UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **Donna Roberts,** | : | CASE NO. 4:21-cv-368 |
| *Petitioner*, | : | |
| | | JUDGE DAN AARON POLSTER |
| vs. | : | |
| **Teri Baldulf, Warden,** | : | DEATH PENALTY CASE |
| *Respondent*. | : | |

**PETITIONER'S FILING OF TIMELINE**

Counsel for the Petitioner submits this timeline pursuant to this Court's October 4, 2021 Order to Submit a Time Line (ECF 7).

> Respectfully submitted,
>
> STEPHEN C. NEWMAN
> Federal Public Defender
> Ohio Bar: 0051928
>
> */s/ Lori B. Riga*
> LORI B. RIGA (0066994)
> Research and Writing Attorney
>
> */s/ Vicki Ruth Adams Werneke*
> VICKI RUTH ADAMS WERNEKE (0088560)
> Assistant Federal Public Defender
> Office of the Federal Public Defender
> Capital Habeas Unit
> 1660 West Second St., Suite 750
> Cleveland, OH 44113
> (216) 522-4856 (o); (216) 522-1951 (f)
> E-mail: lori_riga@fd.org; vicki_werneke@fd.org

# TIME LINE

To Be Completed by Counsel for Petitioner and Respondent:

| **FILING:** | **DATE: (month / day / year)** |
|---|---|
| Ohio Supreme Court issued opinion affirming conviction on direct appeal: | 5/30/2017 |
| U.S. Supreme Court denied Petition for Writ of Certiorari: | 2/20/2018 |
| Post-Conviction Petition filed in Ohio trial court: | 8/20/2008 |
| Ohio Supreme Court denied Motion for Post-Conviction Relief:[1] | 12/29/2020 |
| Ohio Supreme Court denied Motion for Reconsideration of Post-Conviction Relief: | N/A |
| Motion for Delayed Reconsideration filed pursuant to Ohio R. App. P. 26: | N/A |
| Ohio Supreme Court denied Motion for Delayed Reconsideration: | N/A |
| First Direct Appeal (Reserve and Remand Case): | 8/2/2006 |
| Second Direct Appeal (Reserve and Remand Case): | 12/22/2013 |
| First Petition for Writ of Certiorari: | 3/24/2014 |

---

[1] If additional post-conviction petitions have been filed, counsel must add the relevant dates to the time line.

## CERTIFICATE OF SERVICE

    I hereby certify that on October 20, 2021, a copy of the foregoing Petitioner's Filing of Timeline was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                       */s/ Lori B. Riga*
                                                       Lori B. Riga
                                                       Research and Writing Attorney
                                                       Capital Habeas Unit