IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **DONNA ROBERTS,** | : | |
| | : | Case No. 4:21-cv-00368-DAP |
| Petitioner, | : | |
| | : | JUDGE DAN AARON POLSTER |
| v. | : | |
| | : | |
| **TERI BALDAUF, Warden,** | : | |
| | : | |
| Respondent. | : | *Death Penalty Case* |

### THE WARDEN'S NOTICE OF SUBMISSION
### OF THE APPENDIX TO THE RETURN OF WRIT

The Warden hereby notifies the Court and the Petitioner of the submission of the Appendix to the Return of Writ. State's Exhibits 1, 2, 319, 360, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371, 372, 373, 374, 375, 376, 377, 378, 379, 380, 381 contain audio and video files which will be filed manually in a separate pleading. The Warden will provide counsel and the Court with an Index to the Appendix as soon as practicable.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

s/ *Stephen E. Maher*
**STEPHEN E. MAHER (0032279)***
*Lead Counsel
Assistant Attorney General
Criminal Justice Section, Capital Crimes Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (866) 440-6159 (fax)
Stephen.Maher@ohioAGO.gov

**COUNSEL FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Submission of the Appendix to the Return of Writ* has been forwarded via the court's electronic filing to all parties of record this 14th day of January, 2022.

s/ *Stephen E. Maher*
**STEPHEN E. MAHER (0032279)***
*Lead Counsel
Assistant Attorney General