Mr. BCI

Howland Police Dept.
BCI 01-35755-D          D2

## EVIDENCE

ITEM NO. _19-30_ CASE NO. _01-078868_
INVENTORY NO. _3_ COLLECTED BY _Monroe_
TIME COLLECTED _____ DATE COLLECTED _12-12-01_
TYPE OF OFFENSE _Homicide_ VICTIM(S) _Fingerhut_
LOCATION OF COLLECTION _Master Bedroom_
_inside armoire_
_____
_____
_____

DESCRIPTION OF EVIDENCE _5 pages of_
_handwritten letters from_
_Nathaniel E. Jackson to Donna_
_Marie Roberts dated 10.29.01,_
_Post marked in an envelope_
_10-31-01 from Jackson to Roberts_

CHAIN OF POSSESSION

RECEIVED FROM _____ BY _____
DATE _____ TIME _____ A.M./P.M.

RECEIVED FROM _____ BY _____
DATE _____ TIME _____ A.M./P.M.

RECEIVED FROM _____ BY _____
DATE _____ TIME _____ A.M./P.M.

POLICE SUPPLYDEPOT.COM     TOLL FREE 888-226-1951

10/29/01

275A

Supreme Court of Ohio
Case No. 03-0137
Date Rec'd 7/9/03

BCI 01-35755-D

RECYCLED PAPER
MINIMUM 20% POST-CONSUMER
FIBER CONTENTS
Columbian® — 90 Cbad (9 x 12)

HPD Case 01-078868
Item #19 - **30**

Hey you!          MONDAY OCT 29, 2001          9:00 P.M.

Whats going on my love? Well yes BABY I Do have An IDEA of how much you miss me An BABY I Know Its A whole lot. An I miss you even more! An BABY STOP ASKING me Do I Really love you. Because you Know I Do! Right Now AN FOREVER! OKAY? An how Do you Know FOR SURE? well DON'T you Think THAT I WOULD have Been gone AFTER All of This Time? An hell no you're NOT Fooling yourself Again, An you've NEVER fooled yourself from The Beggining Because my love has NEVER STOPPED For you An NEVER will! well Tell me what hotel Do you WANNA go To? Because SOMEthing with A JACUZZI, An Room SERVICE Do SOUND good. An yes THATS WHAT I WANT. An SOME WEED SOME good WEED, SO WE CAN Really Be Relaxed An make love for A long Time An I WANNA Bring All of The FREAK out of you; An I WANT A BoTTle of Hennesey from The liquor STORE OKAY for The AFTER PARTY For when WE get BACK To The hotel, An AS far AS The ROBERT Problem? yes I'm TAKing CARE of That The NEXT NIGHT, BECAUSE I Told you I'm Tired of living like This when I DON'T have To. An AFTER That will you get me A 2002 CADIllac DEVille? Because I DREAM of iT Alot. So DON'T WORRY NOMORE Because THATS FOR SURE! AN NO I DON'T WANT NO-ONE ELSE To EVEN KNOW ABOUT This, An yes I will BE 100% SAFE OKAY. AN I DON'T NEED KNOW MORE MONEY, AN AS FAR

As what time that I'll be leaving from here? well its in the morning sometime, so when I get to the bus station up in Elyria I'll call an let you know at what time that it get to the Akron Greyhound station an then maybe you can be there waiting for me will you please? An ~~some~~ NO you are not allowed to send me a ticket, but I'm still checkin up on that, an as far as where this place is? Its in Grafton ohio, but from what I saw on the schdule is that the bus goes to cleveland first an I will be there for awhile so I might have you to pick me up in cleveland, because I have to be with you as soon as possible, an this is how you will believe that I love you 100%. When I take care of business? An then you'll see that I really love you an wanna be with you, because is I didn't love you an didn't wanna be with you well I wouldn't be willing to do something this serious don't you think? An baby I know that you wouldn't never deny me for nothing that I really needed an I told you I was just talking crazy okay? well what does it make me feel like to know that someone really needs me? well honey knowing that its you it makes me feel damn good! An baby I will never take you for granted I promise! An how you know that this aint know game with you? well you look back to January 13th 2001 to now an figure it out an tell me do you think

HPD Case 01-078868
Item #19 - **30**

THAT THIS IS A GAME. DONNA I HAVE TO MUCH JOVE
FOR YOU TO PLAY A GAME WITH YOU! SOMEONE ELSE
YES! YOU HELL NO! BECAUSE YOU ARE 1$^{ST MY}$ PRIDE
SO DON'T EVER THINK THAT! AN AS LONG AS YOU
KEEP THAT BULLSHIT IN YOUR HEAD YOU'RE ALWAYS
GONNA BE FUCKED UP! AN YOU STILL DON'T BELIEVE
ME AN THATS WHAT'S PISSING ME OFF! I MEAN YOU
ASKED FOR THE TRUTH AN I GAVE IT TO YOU BUT
YOU'RE STILL PLAYING ME LIKE I REALLY HAD SOMETHING
GOING ON, ESPECIALLY WHEN I TOLD YOU THE HONEST
TO GOD TRUTH, SO HOW COULD YOU KEEP BRINGING
UP SHIT THAT YOU READ THAT WASN'T REAL? TALKING
ABOUT WHAT I TELL YOU - YOU CAN THINK OF ME
SAYING IT TO HER, WELL DONNA YOU REALLY ARE FUCKED
UP AIN'T YOU? FOR THE LAST TIME I DON'T EVER
WANNA HEAR ABOUT THAT SHIT AGAIN! EVER! BECAUSE
DAMN IT YOU CAN'T SEE WHO THE FUCK I REALLY
JOVE AN NEED? HUH? BABY I'M SORRY! BUT I'M
JUST TIRED OF HEARING ABOUT IT, DONNA YOU KNOW
I LOVE YOU, AN NEED YOU I MEAN MY LETTERS CAN'T
TELL? I MEAN BABY LOOK HOW MUCH I WRITE TO
YOU? AN BABY YOU ARE THE ONLY ONE THAT I
WRITE BECAUSE I HAVE NO TIME FOR KNOW-ONE
ELSE, DONNA DO YOU REALLY REALIZE THAT YOU ARE
ALL I HAVE? NO READ THAT AGAIN! AN I MEAN
I TRUELY LOVE YOU! DONNA I LOVE YOU !!!
AN I NEED YOU IN MY LIFE! AN I KNOW YOU
SAID THAT YOU DON'T WANT ME TO BE STRUNG OUT

HPD Case 01-078868
Item #19 - **30**

over you, But Donna This is something That I cant help, Because it all goes with The love an my feelings. So That part I cant help. an if I could I wouldn't want to anyway Because I feel good Being strung out over you. Because That lets me know That you are not going knowwhere.

An you say you keep Thinking about The first day I come home an Do I Think That we'll make love on The first Day? well hell yeah! No matter what! An even if I gotta come To The house an shoot Robert in his fucking head you're gonna Be with me. An Do you know what mandatory means? well its mandatory That we Be Together. An yes I Do Believe That I'll Be in This cell until Dec. 9th But I Just got a letter in The mail an if you Remember I told you That I had wrote columbus Trying To get Down There where my BroTher is at an They Just sent me a letter saying That They have To check They file an it has To Be Decided Through a panel so I'll Just wait an see whats going on But until Then. hell I Don't have much Time left Because I'll Be home NEXT Month an By The Time you get This letter I know That it will Be Nov1s

An yes Donna Marie I am more Than sure That you are The only one That I'm cumming home To. An yes That is what I'm gonna Do at This

HPD Case 01-078868
Item #19 - 30

Point in my life, because I love you! An know probation! so we really don't have to worry about getting checked up on, so thats that! I'm coming home to my baby an my baby only! Donna Marie Roberts Jackson how would you like my last name? you want it? really do you? now you tell me how much love do you think that is?

Donna I love you. An I want you to marry me, an Donna - I mean this from my heart! will you marry me after I take care of things? Seriously! will you? I love you Donna.

Well I'll close for now

P.S.
Hey don't forget to get the best weed, a small bottle of ~~Hennessey~~ Henessey an a box of blunts, so we can have our way an I want the best hotel with a jacuzzi so when the time comes just make reservations okay?

I love you
Now an forever

Nathaniel Edwin Jackson
Loves
Donna Marie Roberts
Only!

P.S.
I'll have you some cum on my next letter I promise

AI-35355-D-2-8



HPD Case 01-078868
Item #19 - **30**

10-29-01
AF

CLEVELAND OH 441
PM
31 OCT 2001

Donna Marie Roberts
P.O. Box 1483
Warren, Ohio  44482

Nathan W. Roberts  389-401
Lot 65
2075 S. Avon Belden RD.
Grafton, Ohio  44044



Howland Police Dept
01-35755-D        D-3

# EVIDENCE

ITEM NO. _19-33_     CASE NO. _01-078868_
INVENTORY NO. _3_     COLLECTED BY _Monu_
TIME COLLECTED _____ DATE COLLECTED _12-12-01_
TYPE OF OFFENSE _Homicide_ VICTIM(S) _Fingerhut_
LOCATION OF COLLECTION _Master bedroom_
_inside armoire_
_____
_____
_____

DESCRIPTION OF EVIDENCE _10 pages of_
_Nathaniel Jackson's writing dated_
_10-26-01, inside an envelope_
_post marked 10-27-01 addressed_
_to Donna Marie Roberts_
_____

CHAIN OF POSSESSION

RECEIVED FROM _____ BY _____
DATE _____ TIME _____ A.M./P.M.

RECEIVED FROM _____ BY _____
DATE _____ TIME _____ A.M./P.M.

RECEIVED FROM _____ BY _____
DATE _____ TIME _____ A.M./P.M.

POLICE SUPPLYDEPOT.COM     TOLL FREE 888-226-1951

10/26/01
275B

Supreme Court of Ohio
Case No. 03-0137
Date Rec'd 7/9/03

01-35755-D
D3

RECYCLED PAPER.
MINIMUM 20% POST-CONSUMER
FIBER CONTENT
Columbian — 90 Clasp (9 x 12)

HPD Case 01-078868
Item #19 - **33**

Hey you!        Friday Oct. 26, 2001      7:45 P.M.

What is going on with my Baby? An how are you? Baby I miss you so much an can't wait to be with you so that we can share our love juices together, An this time Donna I want you to let it all out an I don't care how loud you think that you are gonna scream Baby I wanna hear it all an then I'll really know that I'm doing right! So can I hear it all this time? Promise? I mean Baby let it all out because I don't want you to hold nothing back from me, An the more I hear you scream the harder I hit it. An the same goes when I eat that pussy. Baby if you got anything to say Baby just say it because that turns me on so much when I hear your voice while we're having sex an sometimes just your voice alone makes me cum so good an hard. As you can see I don't hold back on nothing because you are my woman so I feel good expressing my sexual feelings with you, Because you are so damn good! An I wanna make sure that I'm as good for you as you are for me. Donna you are damn good! So listen here even if you can't spend the whole night with me, I still gotta see you because you have to bring me some money so I can get a hotel room, An like I say just tell him that Taushia want you to watch the kids while she takes the baby to the hospital, so that way we can atleast get ~~to~~ spend some hours together

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5416

2

An Then After that you Don't ever have To worry About making Knowmore excuses To him, Because he will no longer Be with us After 12-10-01 An Then It'll Be me An you Totally An Completely, Hey! Guess what I Found The other Day After I got out of The Shower? Well I was Combing My hair An greasing it An There it was A string of gray hair, you're still gonna love me Aint you? ☺ Hey I looked At it As A good sign Because I was Blessed long Enough To See A Piece of gray. What you Think? So whats going on with My Baby? Donna I Really love you So much! An I'm gonna Keep loving you An now Alls I Do is sit here An Stare At my Babys Pictures An speaking of Pictures They Sent The other ones Back So As Soon As They get Back mail Them Right Back To me But This Time you have To Put Three in Each letter So send Them All Back But Just Put Three in Each letter Because I Didn't Know That I couldn't have Them All At one Time, Baby This Place is So Stupid, An Keep sending me envelopes Too But Don't Put The envelopes in The letter with The Pictures, An Don't worry About writing Paper Because I have enough of That now, An Put your Pussy In The mail To so That I Can Eat it, yummy! Baby I love your Pussy Because its The Best! So Are you gonna go Ahead An open up To me Completely An let everything out! Promise! An you Know The Part That I Really liked in your one letter is when you

HPD Case 01-078868
Item #19 - *33*

'3

SAID THAT WE'LL MAKE love UNTIL WE ARE BOOTH EXHAUSTED AN THEN YOU'LL JUST SUCK MY DICK WHILE I JUST LAY THERE AN EVEN IS ITS SOFT YOU'LL JUST KEEP SUCKING IT WELL DONNA THATS JUST WHAT I WANT AN I WOULD love THAT SO MUCH TO JUST LAY THERE AN LET YOU SUCK THIS DICK AS long AS YOU WANT. WILL YOU DO THAT? AFTER WE FINISH MAKING love TO WHERE WE CANT GO KNOWMORE AN JUST SUCK MY DICK UNTIL YOU GET TIRED? AN ANOTHER THING I READ IN YOUR lETTER WHERE YOU ASKED ME DO I THINK YOU'RE PRETTY? AN DONNA YOU KNOW I ALWAYS TOLD YOU THAT YOU WERE BEAUTIFUL AN YOU USE TO TELL ME STOP. WELL JUST TO LET YOU KNOW HELL YEAH YOU'RE BEAUTIFUL AN I love YOU SO MUCH OKAY? WELL AS FAR AS THE C.O. GUY JUST ASK HIM COULD HE PLEASE STOP BOTHEEING YOU BECAUSE YOU DON'T WANNA BE RUDE BUT HE'S MAKING YOU FEEL THAT HE'S TRYING TO FORCE HIMSELF ON YOU, BY HARRASSING YOU, SO ASK HIM ONE MORE TIME COULD HE PLEASE STOP CALLING IF IT AINT ABOUT A BUS TICKET BECAUSE YOU DON'T WANT NOTHING TO DO WITH HIM, BECAUSE YOU DON'T lIKE TO BE FORCED UPON NOTHING THAT YOU DON'T WANT, AN YOU DON'T WANT HIM SO PLEASE STOP OFFERING YOU OUT, AN TELL HIM JUST lIKE I WROTE IT DOWN. AN I CANT WAIT UNTIL DECEMBER, AN ASK HIM DO HE HAVE A PROBLEM WITH GETTING HIM A WOMAN? AN IF HE SAYS NO WELL THEN TELL HIM WHY DON'T HE GO AN GET ONE AN lEAVE YOU ALONE BECAUSE YOU DON'T WANT KNOW PARTS OF HIM AN IS HE DON'T GET IT THEN, WELL JUST SCARE HIM WITH

4

The harrasment charge an I bet he'll leave you alone. Then well I just read over one part where and you said he said that I'll just hurt you again well Donna what do he mean I'll hurt you again? You see thats where you get yourself in trouble at because you think everybody to so nice an you wanna be so fuckin friendly an start pouring your insides out, to someone that you don't even know an maybe if you wouldn't be telling every fucking body our business well they wouldn't keep trying to hit on you, for one I've always told you that you don't have know right telling anybody that I'm locked up because you aint doing nothing but opening yourself up, an then if you stop trying to be so friendly to everybody maybe you won't have to worry about that problem, but not only friendly! stop telling my business to people I don't know! aint none of they're fucking business where your man is at an baby I'm sorry that I came down on you so hard but you gotta learn my way if you're gonna be with me, because like I say I know the game! An, the game is shrewd! because its like this I don't know you from a can of paint right? An you tell me you gotta man, well okay I heard you but I don't care an if I did I would have respected the fact an moved on but know I wanna fuck you so I'm gonna still keep at you as a nice friend, but remember you don't know me from a can of paint

HPD Case 01-078868
Item #19 - 33

So I'm gonna keep on with dinner or maybe a movie or even a walk in the park, But I know you gotta man, an you always tell me how much you love him so I know this but I just keep not gonna leave him, an I know this but I just keep at you Because I just can't unless I don't for, an that's the pussy or my dick sucked, an why so I can have something to tell my niggas yeah so I fucked the white bitch from the spelhouse station in the josit an she sucked my dick an the bitch gotta man thats in the josit an she's but need fuckin an then you're labeled as a hoe because why else wanna be your friend hell I got my own Job, my own car so its something that I'm missing? Exactly the pussy I mean why else would I keep askin you an knowing you gotta man? An he figured it out just as he planned it well I'll call an say good morning an sorry hoe up all night an then maybe later on I'll think of something else suckin An sister hoe up a little more, But all this time you're thinking that they're your friends, well then to know friendship when we don't have respect the fact that I'm with someone an love them well then we ain't got nothing to talk about Because Donna when you sit there an talk to someone on the Phone well yeah I'm gonna talk to someone on the Phone well yeah I'm gonna call Back to, Donna you have to tell then straight out that this is a place of business an not know dating gam2 an the same as the Phone, or know what...

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5420

HPD Case 01-078868
Item #19 - **33**

ι

YOU'RE SCARED To HANG UP ON THEM, I MEAN YOU HUNG
UP ON ME! DONNA YOU HAVE To STOP BEING SO LOOSE
BECAUSE IF THEY SEE A LOOSE OPENING THEY'RE GONNA TRY TO
GO IN IT, AN BABY YOU GOTTA LET THEM KNOW! FUCK
PLEASE! LISTEN HERE STOP PRESSING ME! BECAUSE I DON'T
WANT NOTHING YOU HAVE TO OFFER THANK YOU AN HAVE
A NICE DAY. OR DO THAT MAKE YOU IMPORTANT BY
HAVING ALOT OF FRIENDS AN THEY ALL ARE GUYS! AND
BABY I DON'T GIVE A FUCK ABOUT KNOW FRIENDS. BECAUSE
YOU ARE THE ONLY FRIEND I NEED. AN BABY I'M NOT
SAYING ALL OF THIS TO MAKE YOU TURN AGAINST PEOPLE
BUT BABY I LIVED THAT LIFE AN I HAVE DONE THEM
THINGS IN THE PAST, I MEAN YOU AINT MY FRIEND IF
YOU CAN'T RESPECT THE FACT THAT I TOLD YOU THAT I'M
WITH SOMEONE AN THAT I LOVE THEM, BECAUSE WHAT DO
I LOOK LIKE GOING OUT WITH SOMEONE THAT MY MATE
DON'T EVEN KNOW AN I REALLY DON'T EVEN KNOW. SO
ALL'S I WOULD BE DOING IS DISRESPECTING MY MATE
AN THATS WHY I SAY THAT THOSE ARE KNOW TYPE OF
FRIENDS BUT THE ONES THAT TRY TO GET YOU TO
DISRESPECT YOUR MATE AN BABY I KNOW YOU WON'T
DO THAT BUT I'M JUST LETTING YOU KNOW HOW THE
GAME GOES ESPECIALLY WHEN YOU THINK THAT THEY ARE
SO SWEET BECAUSE THAT ALONE HURTS ME ITSELF WHEN
YOU TELL ME, BECAUSE THERE IS KNOW OTHER SWEET
WOMAN AN I DON'T CARE HOW NICE SHE BE TO ME
OR HOW FRIENDLY BUT ITS ONLY ONE SWEET ONE AN
THATS DONNA MARIE, AN I GET AFFENDED WHEN YOU

7

WRITE : AN TELL ME HOW HANDSOME ANOTHER MAN IS
OR HOW SWEET THEY ARE BECAUSE RIGHT THERE YOU'RE
JUST LETTING ME KNOW THAT YOU'RE LUSTING, BECAUSE
I COULDN'T NEVER FIX MY MOUTH TO TELL ANY WOMAN
THAT ABOUT ANOTHER WOMAN BECAUSE THAT MAKES HER
FEEL LET DOWN, AN BY YOU TELLING ME THAT JUST
MAKES ME MAD, AN I DON'T WORRY ABOUT GETTING LET
DOWN BECAUSE I KNOW I'M A CHARM BUT ITS JUST
WHERE WE COME FROM WE DON'T SAY THINGS LIKE
THAT BECAUSE IT WOULD CAUSE A FIGHT, BECAUSE YOU
DON'T NEVER TELL ME HOW HANDSOME ANOTHER MAN
LOOK AN I DON'T NEVER TELL YOU HOW GOOD ANOTHER
WOMAN LOOK, BECAUSE ITS ABOUT US! BUT DON'T WORRY
BECAUSE I'M GONNA BREAK YOU IN JUST THE WAY I
WANT YOU AS SOON AS I TAKE CARE OF BUSINESS AN
ITS GONNA BE MY WAY OR NO WAY YOU HEAR? AN
DONNA YOU KNOW THAT I'M JEALOUS SO PLEASE STOP TELLING
ME HOW SWEET YOU THINK ANOTHER GUY IS OR HOW
HANDSOME YOU THINK HE IS, BECAUSE I DON'T CARE
TO KNOW, AN ALLS THAT DO WHEN YOU TELL ME HOW
SWEET ANOTHER MAN IS - IS JUST MAKE ME THINK
THINGS THAT I DON'T WANNA THINK, BUT NOT SAYING
YOU GOTTA STOP TELLING ME EVERYTHING BUT THAT HANDSOME
AN SWEET SHIT GOTTA GO, BECAUSE I DON'T CARE TO
KNOW ABOUT ANOTHER NIGGA OKAY! SO STOP THE MADDNESS
AN BABY I'M NOT SAYING THAT YOU ARE GETTING LECTURED
BY ME BUT SOMETIMES DO YOU STOP AN THINK OF
THE THINGS THAT YOU SAY TO SOME OF THESE GUYS

HPD Case 01-078868
Item #19 - 33

One what might happen to you get to FRoNLLy with
them as you Peacefully do even other black men
that comes to them, And that coo, like this
if you have to skill As I as About him AggRessiNy
you skill you still And Bullet he dont want
know have like that An Big show out
there that No LoitERiNg For BusiNess Refuse
oNLy that All others will Be ProsecuteD Please
And when he comes he just let him know that you
could like see him to leave you alone, Because
you have A BusiNess To RuN, And DoNNA I know
you that you Are serious it to true And that I love
you So much Because you Are A Real woman And you
let your mAN know everything thats going on, An
that I work BABY Because your mAN will Be hoNe
real real sooN, An By the time you get this
letter I should Be 39 DAys left 5 weeks Two DAys
And then I cAN show you just how much I missed
you An just how much I need you. Hey DONNA Just
think come 12-11-01 you'll Be walking up to me
or MAyBe we'll give it A couple of DAys to let
things look cool An the FuNeral BABy when
I come home I'm have leaving An we're only BusiN
it like that Just to make it look good, But then
AgAiN well we'll sit down And Discuss this when
I come home, An don't worry Because I'm going
Be AlRight okay? An I promise you that, An the
way that I have it All Planned out is so sweet An

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5423

HPD Case 01-078868
Item #19 - **33**

9

Alls I need is for my baby not to worry an leave everything else up to me, An I told you Donna that I'm truely in love with you An thats why it's time that we really be together because I'm tired of my baby taking all of that mental An physical punishment when she doesn't have to, An yes Donna I love you enough to do whatever I have to do to be with you. I love you Donna baby I really do. Well I'm gonna close for now An just keep parking the car around the front because I don't want you leaving from out back An once I get out, it's gonna be alright because DADDY will be there, Okay?

I Love You!!
I Miss You!!
I Want You!!
I Need You!!
I Got You!!

Now you wonder where you get so much to say at nine pages Donna wow, An it makes me feel good talking to my Boo

I Love you Donna Marie Forever!!

P.S.
Don't forget when the pictures come back to send those in each letter

An Don't forget what I told you what to say to that c.o. An make that sign an put up!



HPD Case 01-078868
Item #19- 33



Please send this page back to me — & save all your letters & read them at night when I get lonely for you. Shanda Honey.

HPD Case 01-078868
Item #19 - **33**

 no'd y̶
letter be
prepared!

I'm so working back out because I know you I'm have to be fully prepared for all that Punch in the arm ☺ An plus I'm also getting ready for them real long hours of love making, I'm talking about the the pussy the mouth, an the asshole. *HIT IT HARD! CUM THERE OUCH!* Because I desire really get that yes I'm I really want it. *TAKE IT LIKE YOU WANT IT!* it. But when I do oh God take stop 's what *NO-NEVER STOP!* I'm gonna hear. Ay you know what I have been thinking *PLEASE TOUCH IT FOR ME!* inside as much, so that means that I'm gonna have mattream to put inside of you real deep *PUT EVERY DROP IN ME* because it won't be to much for you the swallow *I'LL SWALLOW ALL OF IT.* so I'll take it right on you the lips found *DON'T TAKE IT LIGHT — I NEED YOU HARD.* but everything after that is have mercy on you *→ I HOPE NOT!* because I'm not gonna be able to get enough of you, just constantly, sucking fucking an making love an this time you're gonna be the one at the emergency for a sore an swollen pussy ☺ what *I HOPE ITS REAL SORE!* you think? you think I can do it? *yes!* an you gotta write back an tell me the answer to that one because I gotta hear it. yes, yes, yes, yes.

Well I'll close for now so that I can work out a little before lights out. *CAN YOU DO PUSH-UPS WHILE I LAY UNDER YOU?*

I love you Donna Marie & always & forever *I LOVE YOU TOO.*

Can I eat you when I come home? Please! *TONGUE FUCK, ME!*
Can I make real serious love to you when I come home? *REAL SERIOUS*
Can I be the *YOU ARE* the man of my life — ALWAYS!
Can I about to you that I love you an outs... *I HOPE YOU CAN.*
Can I make all your dreams come true? *You're the only one*
Can we live happy together? *we?: I HOPE SO*
Can I ...? *YOU ARE MY SUNSHINE*
Will you answer these questions for me? I DID. 01-35755-D-5-B

Howland
Police Dept.

01-35755-D

D.4

276C

**EVIDENCE**

ITEM NO. _1_          CASE NO. _01-078848_
INVENTORY NO. _23_          COLLECTED BY _Monroe_
TIME COLLECTED _230_  DATE COLLECTED _4-12-01_
TYPE OF OFFENSE _theft_          VICTIM(S) _R. Fingerhut_
LOCATION OF COLLECTION _Community_
_Corrections Association_
_1507 Market st_
_Youngstown Ohio_
_44507_

DESCRIPTION OF EVIDENCE _(7) Seven original_
_pages with Nathaniel E Jackson's_
_signature and printed handwriting_
_____
_____
_____

CHAIN OF POSSESSION
RECEIVED FROM _Keith Kilme_ BY _Monroe_
DATE _4-12-01_ TIME _230_          A.M./P.M.
RECEIVED FROM _____ BY _____
DATE _____ TIME _____          A.M./P.M.
RECEIVED FROM _____ BY _____
DATE _____ TIME _____          A.M./P.M.

POLICE-SUPPLYDEPOT.COM          TOLL FREE 888-226-1951

Supreme Court of Ohio
Case No. 03-0137
Date Rec'd 7/9/03

01-35755-D
D4

276B



# COMMUNITY CORRECTIONS ASSOCIATION, INC.
## CLIENT NOTICE OF CONFIDENTIALITY OF RECORDS
### FOR
### DRUG AND ALCOHOL TREATMENT

**(2-1-06-H1)**

Confidentiality of drug and alcohol abuse client's records maintained by the Community Corrections Association, Inc. are protected by Federal law and regulations. Generally, this agency will not convey to a person outside the agency that a client attends or receives services from the agency or disclose any information identifying as an alcohol or drug abuser unless:

1. The client consents in writing.
2. The disclosure is allowed by court order.
3. The disclosure is made to medical personnel in a medical emergency.
4. The disclosure is made to qualified personnel for research, audit or evaluation of services.

**(2-1-06-H2, H3)**

Violation of Federal law and regulations by this agency is a crime. Suspected violations may be reported to appropriate authorities in accordance with Federal regulations.

However, Federal law and regulations do not protect any information about a crime committed by a client, either at the agency or against any person who works for the agency or about any threat to commit such a crime. Federal law and regulations do not protect any information about suspected child abuse or neglect from being reported under state law to appropriate state and local authorities.

See 42 U.S.C. 290 DD-3 and 42 U.S.C. 290 EE-3 for Federal laws and 42 CFR Part 2 for Federal regulations.

Signed: _Nathaniel Jackson_

Date: _5/26/07_

Witness: _Jl Sage_

Date: _5/26/07_

/kjb

d2-35755-D-4-B



### COMMUNITY CORRECTIONS ASSOCIATION, INC.
### DRUG/ALCOHOL/TREATMENT PROGRAM
### GRIEVANCE PROCEDURE NOTIFICATION

For those clients admitted to the Drug/Alcohol Treatment Program, the following grievance procedure apply:

1.     The grievance must be in writing.

2.     The grievance form, can be obtained from your Case Manager.   Your Case Manager will assist you in preparing and filing your grievance.  If the grievance is against your Case Manager you may file your grievance with the Program Director.  The grievance form will include:
   - Requirement for your signature
   - Requirement to date the form
   - Descriptions of Grievance including date, time, description and names of individuals involved in the incident/situation being grieved

3.     You will receive a resolution/decision on the grievance within twenty-one  (21) calendar days of receipt of grievance.

4.     Grievances can also be filed with outside agencies inclusive of:

Mahoning County Alcohol and Drug Board
20 Federal Plaza West
2nd Floor
Youngstown, Ohio 44503
(216) 740-2104

Ohio Legal Rights Services
8 East Long Street
5th Floor
Columbus, Ohio 43215
(614) 886-2357

Ohio Department of Alcohol & Drug Addiction Services
Two Nationwide Plaza
280 North High Street
Columbus, Ohio 43215
(614) 466-3445

US Department of Health and Human Services
Civil Right Regional Office
105 West Adams
16th Floor
Chicago, Illinois 60603
(312) 886-2357

5.     This program will maintain all Grievances on file for two years in the Case File: Documentation included:

   - Copy of the grievance
   - Documentation of the resolution
   - Letter to client reflecting resolution

_Nathaniel Jackson_
X   Resident

_[signature]_
X   Staff

02- 35755- D-4-45



# COMMUNITY CORRECTIONS ASSOCIATION, INC.
## CONSENT TO RELEASE INFORMATION

RE: Client ___Nate Jackson___

Person Requesting Information: ___Mahoning County Court of Common Pleas___

Person/Agency Releasing Information: ___Community Corrections Associates___
___1507 Market St    Youngstown, Ohio 44507___

Information Requested: ___Prog. Reports, Term. Letter___

Purpose/Need for Information: ___For case file review / continuum of care upon Termination___
___DS RW, CCA CI___

## CONSENT

    I, the undersigned, do hereby give my consent for release of the above stated information for the above stated purpose.

    This consent is subject to revocation at any time except to the extent that the program or person who is to make the disclosure has already acted in reliance on it as per 42 CFR Part 2.

    This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information in criminally investigate or prosecute any alcohol or drug abuse patient.

If not revoked, this consent is invalid after the date of ___6/01___

Signed ___Nathaniel Jackson___

Date ___5/26/6___

Witness ___JL Argh___

If under 18, Parent or Guardian _____

___d2-35-755-D-4-8___

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5431



## RESIDENT VOCATIONAL PLAN

Resident Name: _Nathaniel Jackson_

Date: _7-17-01_

1. *Instructions:*  Please take a few minutes to reflect on what you have learned about yourself and the world of work through Vocational Planning. Please indicate how this impacts your future vocational plans. (What do you plan to do vocationally and how do you plan to accomplish this goal?)

   _Well I plan on get my mind more clear as far as what I need to do, An since I've entered Vocational Planning I've captured the criterias on how to go about get a proper job_

2. *Instructions:*  Please take a few minutes to reflect on what you have learned about the interview process and how to identify potential job possibilities. Please indicate how this impacts your future plans.

   _I've learned how to talk to the interviewer in ways without getting stuck on a question, An also present the answer in shorter but better terms_

_Nathaniel Jackson_
**Resident Signature**

_7-17-01_
**Date**

_GMcDonald_
**Teacher Signature**

_7/17/01_
**Date**

_a2- 35755-D-4-8_

From the list below, choose at lease 7 areas that you feel you are weakest in and need help on. You must choose at lease 7. If you feel that you don't need help on any of these areas now, list the 7 that have given you the most problems in the past. Remember, honesty is what will help you now.

\_\_\_\_\_ Poor vocational skills

\_\_\_\_\_ Obtaining your G.E.D.

\_\_\_\_\_ Improving your academic skills

\_\_\_\_\_ College/trade school enrollment

\_\_\_\_\_ Trusting others

✓ Substance abuse issues

\_\_\_\_\_ Temper control issues

✓ Making proper decisions

\_\_\_\_\_ Accepting responsibility

✓ Communicating clearly

\_\_\_\_\_ Peer pressure issues

\_\_\_\_\_ Tension/frustration

✓ Family/relationship dysfunctions

\_\_\_\_\_ Lack of self-confidence/self-esteem

\_\_\_\_\_ Dealing with authority

\_\_\_\_\_ Poor interactions with others

\_\_\_\_\_ Presenting a negative image

\_\_\_\_\_ Immature behavior

\_\_\_\_\_ Poor budgeting skills

\_\_\_\_\_ Leisure time activities

\_\_\_\_\_ Prejudicial attitudes

\_\_\_\_\_ Sex education issues

\_\_\_\_\_ Acceptable living plans

\_\_\_\_\_ Personal hygiene problems

\_\_\_\_\_ Positive assertiveness

\_\_\_\_\_ Self-defeating behavior

✓ Denial and excuse-making

✓ Other: Driver's License

12- 35755-D-4-55

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5433



For each of the 7 or more problem areas you identified, write a brief statement on how it has caused you problems, and why it is still an issue for you.

1. As far as my God I don't know how results an would It's to option it

2. Trusting others I don't trust anyone Because I've had bad pas experiences

3. As far as family issues Drugs was the big issue An I really hope I'm not the family

4. Substance abuse is a problem that I used to deal with so that I can beat this monkey

5. Poor decisions has caused me alot of problems an its still a problem until I get it taken care of

6. Denial a big problem, its very hard, but now I'm learning how to be out front with my problems

7. Deviance behavior has caused me alot Because I don't have them an until I get them its still a problem

42-35755-D-4-8

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5434



DATE: 7-22-01

I, NATHANIEL JACKSON , no longer need or use the
       Printed Name
medication(s) listed below and authorize the removal and
subsequent disposal of same.

1. IBPROFEN 800mg        4. _____

2. CHLORZOXAZON 500mg    5. _____

3. _____    -   6. _____


Nathaniel Jackson
_____
Resident Signature


Andrew Pombilla
_____
Staff Signature


Margu DeBaugh
_____
staff signature


d2-35755-D-4-S

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5435

STATE OF OHIO
HP 28
Rev. 3/1/98
10-0161-00
OHP 0161

DEPARTMENT OF PUBLIC SAFETY

STATE HIGHWAY PATROL
# PROPERTY CONTROL FORM

Post _D-04_  Name _Inmate Nathaniel Jackson #A399-469_  Age _30_  Sex _male_

Collected By _Tpr. G. A. Funell_  Date _04-17-02_ Time _1020hrs_

Location _Lorain Correctional Institution_

( ) Crash    ( ) Arrest    (X) Case    ( ) Field    Report No. _01-13730-0400_

( ) From A Fatal Crash —  ( ) Driver  ( ) Pass.  ( ) Ped.—  ( ) Deceased  ( ) Alive

| Property Description | Serial No. | Your ID Mark |
|---|---|---|
| 2. Food Package Lists dated 04-16-01 / 04-13-01 | — | SS |
| 1. Religious Service Form | — | SS |
| 1. Inmate Employment History | — | SS |

### PROPERTY CHAIN

| Signature | Unit No. | Time | Date | Method of Transport |
|---|---|---|---|---|
| _[signature]_ | | 1020 hrs | 04-17-02 | Canister Form |
| _G. A. Funell_ | SS | 1020hrs | 04-17-02 | Hand Carried |
| _[signature]_ | 412 | 1452hrs | 04-17-02 | Hand Delivered |

### LABORATORY EXAMINATION REQUEST

Check Type or Types of Laboratory Examination Desired

1 ( ) Blood/Urine Analysis: Fluid con-
tainer sealed and labeled with
time, date, name and col-
lected by _____
 a ( ) For All Available Drugs
 b ( ) For Specific Drug/s
 _____
 c ( ) For Alcohol
 d ( ) SFT tablet added by _____
2 ( ) Pedal Impression

3 ( ) Filament Analysis
4 ( ) Paint Comparison
5 ( ) Hair Comparison
6 ( ) Fabric/Fiber Comparison
7 ( ) Glass Comparison
8 ( ) Human Blood and Group
9 ( ) Beverage Analysis
10 ( ) Seminal Fluid
11 ( ) Test Firearm
12 ( ) Bullet Comparison

13 ( ) Serial Restoration
14 ( ) Latent Fingerprints
15 ( ) Tool Mark Comparison
16 ( ) Drugs
 (Controlled Substance)
 Check for _____
17 ( ) Other Examination

Remarks:

Do Not Write In This Space

Laboratory Number

Supreme Court of Ohio
Case No. 03-0137
Date Rec'd 7/9/03





## EMPLOYMENT HISTORY CONTINUED

List three jobs (in order of preference) you would like to hold at BeCI.

1. _I NEED A G.E.D. REALLY BAD_
2. _YARD WORK_
3. _LANDRY_

What type of work would you like to have upon release? _FACTORY_
_____

Have you worked for OPI (Ohio Penal Industries) before? yes ( )  no (✓)
   If yes, when and where? _____
*****************************************************************

Please list previous <u>outside</u> work experience.  List any special qualifications.  Begin with the <u>last job held</u> before being incarcerated.

COMPANY NAME: _Dinesol Plastic_
City & State: _Niles, Ohio_
Position Held: _Factory Work_
From _1998_ (year) to _1999_ (year)
*****************************************************************

COMPANY NAME: _____
City & State: _____
Position Held: _____
From _____ (year) to _____ (year)
*****************************************************************

COMPANY NAME: _____
City & State: _____
Position Held: _____
From _____ (year) to _____ (year)
*****************************************************************

List any other employable skills you may have.

_Cutting hair_
_____
_____
_____

•

_11- 75755-D-5-00_

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5438

# SPECIAL SERVICES DEPARTMENT
# INMATE EMPLOYMENT HISTORY
### (Please **PRINT** and answer to the best of your knowledge)

ID# _39⁰⁹_ - _469_  Date: _4-4-01_

NAME (last) _Jackson_  (first) _Lafrance l_  (MI) _E_

Date of Birth: _02_ _13_ _72_ Age: _29_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Branch of Military: _____ Type of Discharge: _____ Honorable

_____ Medical

Are you registered for the draft?   _No_    _____ Dishonorable

_____ Other

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name of High School _Stambaugh_  City & State _Youngstown, Ohio_

Did you Graduate? yes ( ) no (x) Highest grade completed _10_ Year _1988_

Do you have a GED? yes ( ) no (x) If yes, when and where? _____
Year/ Place

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

College or Technical Schools Attended:

School: _____ City/State _____ Years Attn: _____
   Did you receive a Degree, Certificate, License? yes ( ) no ( )
School: _____ City/State _____ Years Attn: _____
   Did you receive a Degree, Certificate, License? yes ( ) no ( )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please list the last three <u>INSTITUTIONAL</u> jobs held:

1. _School_ How long? _3 months_ Institution _Belmont_
2. _Porter_ How long? _1 month_ Institution _Lorain_
3. _Porter_ How long? _2 months_ Institution _Belmont_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

List any special job training or special skills you have mastered inside or out.

_Hair Cutting_

_____

_____

_____

### Please turn over & complete the reverse side

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5439

**RELEIGIOUS SERVICES INTAKE FORM**
**DEPARTMENT OF REHABILITATION AND CORRECTION**
**STATE OF OHIO**

Number: # _374_ _469_

Name: _JACKSON_ (last)  _NATANIEL_ (first)  _EDWIN_ (middle)

Date of Review: _2_ (mo.) _26_ (day) _01_ (yr.)

Date of Birth: _2_ (month) _13_ (day) _70_ (year)

Reviewer: _____

Institution: _____

| RACE: | SEX: | HISPANIC: |
|---|---|---|
| White ☐ | Male ☑ | Yes ☐ |
| Black ☑ | Female ☐ | No ☑ |
| Other ☐ | | |

Alias Names:

| | |
|---|---|
| Personal Religious Preference: _BAPTIST_ | |
| Father's Religion: _BAPTIST_ | Mother's Religion: _BAPTIST_ |
| Spouse's Religion: | Children's Religion: _BAPTIST_ |

If you are a PROTESTANT, give the name of your Church body: _____

Were you Baptized?  ☐ Yes  ☐ No  Where? _Church_

If you are CATHOLIC or ORTHODOX, were you Baptized?  ☐ Yes  ☐ No  Where?

Were you Confirmed?  ☐ Yes  ☐ No  At what age?

If you are JEWISH, did you make your Bar Mitzvah?  ☐ Yes  ☐ No  At what age?

If you are MUSLIM, did you make your Shahada?  ☐ Yes  ☐ No  Where?

Are you a member of a Church or Religious Body?  ☐ Yes  ☐ No

Name of Church or Religious Body: _GREATER FRIENDSHIP BAPTIST_

Address of Church or Religious Body: _____  Zip Code: _____

Name of Minister/Religious Leader: _____

Address of Minister/Religious Leader: _____  Zip Code: _____

Do you desire visits from your Minister / Religious Leaders?  ☐ Yes  ☑ No

If you DO NOT wish to make your Religious choice known,  Check here:  ☐

Is there additional Religious information you desire to give? _NO_

| Name: _NATANIEL JACKSON_ | Inmate No.: _374-469_ | Sex: _M_ | Race: _B_ | County: _MAHONING_ | State: _Oh_ |
|---|---|---|---|---|---|

DRC 4007 (Rev. 8/97)

_11-155255-D-5-8_

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5440

Ohio Department of Rehabilitation and Correction

# APPROVED INMATE PACKAGE LIST

The following items in this package are for:

| Inmate's Name: NATHANIEL E. JACKSON | Number: 399469 |
|---|---|

### Package Procedures

1. The property listed on this form may be received by the institution in packages and may be possessed by inmates. *Property listed, or in quantities exceeding authorized limits, will be considered contraband.*

2. Unless otherwise noted, personal clothing will be blue or green, solid color only, no pockets, zippers, hoods, emblems or insignia.

3. Pursuant to Administrative Rule ("AR") 5120-9-33, the sender of a package must be on the inmate's approved visiting list. Special visitors, such attorneys or clergy, who are not on the inmate's approved visiting list, must obtain prior approval from the managing officer to send packages into the institution.

4. All medical ID/bracelets, and religious items must have prior written approval before the item can be sent.

5. The package must have a complete listing of all items contained and not exceed the listed value/possession limits. This list must be signed by the sending party, complete with return address. This list must be attached to the outside of the package.
   The package must meet all the restrictions for packages listed in AR 5120-9-33.

6. Inmates are not permitted to receive packages while at the Ohio State Penitentiary, Frazier Health Center, Oakwood Correctional Facility, the Corrections Medical Center, an outside hospital, or shock incarceration program. Inmates assigned to reception, disciplinary control, local control, administrative control are not permitted to receive packages.

7. All packages received must pass through the institution's fluoroscope and are limited to 25 pounds gross. See appropriate institutional manual for specific sizes for the fluoroscope.

| Item | Value Limit | Poss. Limit | Item Value | Number Enclosed |
|---|---|---|---|---|
| Baseball Cap - White | $ 10 | 1 | 10.00 | 1 |
| Bath Robe | $ 25 | 1 | | |
| Belt - 1' 1/2" blk or brn leather with a belt buckle no larger than 2"x 2" | $ 15 | 1 | | |
| Blanket - fire retardant, twin size, green or blue, no electric | $ 35 | 1 | 31.99 | 1 |
| Cards/Board Games - table type, non-gambling, no dice | $ 10 ea. | 3 | 1.00 | 1 |
| Cassette Tapes - commercially recorded in the original wrapper; including cleaning cartridges | $15 ea. | 15 | | |
| Clock - wind-up only | $ 15 | 1 | | |
| Embossed Envelopes | | 25 | | |
| Earrings - female only per reg 5120-9-251 | $ 10 | 2 pr | | |
| Gloves - black or brown jersey | $ 10 | 1 | | |
| Gym Shorts | $ 10 | 2 | 10.00 | 2 |
| Handkerchiefs - white, 15" x 15" | $ 1 | 12 | | |
| House Slippers - brown or black | $ 25 | 1 | 15.00 | 1 |
| Medical ID/Bracelet - written APPROVAL of the Health Care Administrator | $ 15 | Reasonable | | |
| Mugs and Glasses - clear plastic, non-insulated | $ 3 | 1 each | | |
| Pajamas | $ 20 | 2 | 12.00 | 1 |
| Rain Coat - clear plastic, may have a hood | $ 20 | 1 | | |
| Religious Items - written APPROVAL of the Chaplain required | | | | |
| Chain w/medallion | $ 20 | 1 | | |
| Beads | $ 20 | 1 | | |
| Religious headgear (1) Fez, Hijaab, Tarboosh, Yarmulke, or Kufi (white only) | $ 20 | 1 | | |
| Dashiki | $ 20 | 1 | | |
| Prayer Robe | $ 20 | 1 | | |
| Prayer Rug - 27" x 54" | $ 15 | 1 | | |
| Shower Shoes - brown or black, rubber only | $ 15 | 1 | | |
| Socks - white cotton | $ 4 | 7 | 5.00 | 3 |
| Stock Hat - toboggan, no ski mask | $ 10 | 1 | | |
| Sweat Pants | $ 15 | 2 | 15.00 | 2 |
| Sweat Shirt | $ 15 | 2 | 12.00 | 2 |
| T-Shirts - crew neck only | $ 5 | 6 | 5.00 | 1 |
| Thermal Underwear - set, white, no padded or quilted | $ 25 | 3 | | |
| Towels - bath size only; blue or green only | $ 15 | 3 | 15.00 | 3 |
| Typewriter Ribbons | $ 10 | 3 | | |
| Undershirt - male / Brassieres - female   white | $ 3 / $ 15 | 7 | | |
| Undershorts - male / Panties - female     white | $ 5 | 7 | | |
| Wash Cloth - blue or green only | $ 5 | 5 | 5.00 | 2 |
| Wedding Band - no stones or gems | $ 100 | 1 | | |
| Wristwatch - date and time only | $ 75 | 1 | | |

**SENDER:** I hereby certify that I am an approved visitor. The above items and values are correct to the best of my knowledge. I am mailing this package to the inmate listed at the top of this form.

| Sender's Signature: Donnie Roberts | Date: 4-13-01 |
|---|---|
| Sender's Address: 309 So Pearl   Youngstown Ohio  44506 | |

| Contraband Item | | Return to Sender/Visitor | Donate | Destroy |
|---|---|---|---|---|
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |

**INMATE:** I hereby certify that I have received all of the items indicated on this package list except for those listed as contraband. I have chosen the means of disposition of items listed as contraband and I understand that my personal account will be charged for postage costs for any item returned by mail.

| Inmate Signature: Nathaniel Jackson | Number: 399-469 | Date Received: 4-18-01 |
|---|---|---|
| Officer Signature: | Date: | Institution: |

*Officer: After the inmate signs, a copy shall be given to inmate for future verification of property values and limits.*

DRC 2427 (Rev. 3:00)    DISTRIBUTION:    WHITE - Package File    CANARY - Inmate    ACA 4279, 4280, 4281, 4433- 4438

41-35 #55- D-5-35



Ohio Department of Rehabilitation and Correction
# STANDARD FOOD PACKAGE LIST

The following items in this package are for:

Inmate's Name: NATHANIEL JACKSON        Number: 399469

## Package Procedures

1. *The property listed on this form may be received by the institution in packages and may be possessed by inmates. Property not listed, or in quantities exceeding authorized limits, will be considered contraband.*

2. *Pursuant to Administrative Rule ("AR") 5120-9-33, the sender of a package must be on the inmate's approved visiting list. Special visitors, such as attorneys or clergy, who are not on the inmate's approved visiting list, must obtain prior approval from the managing officer to send packages into the institution.*

3. *The package must have a complete listing of all items contained including costs. This list must be signed by the sending party, complete with address. This list must be attached to the outside of the package.*

4. *The package must meet all the restrictions for packages listed in AR 5120-9-33.*

5. *Inmates are not permitted to receive packages while at the Ohio State Penitentiary, Frazier Health Center, Oakwood Correctional Facility, the Corrections Medical Center, an outside hospital, or shock incarceration program. Inmates assigned to reception, disciplinary control, local control, administrative control are not permitted to receive packages.*

6. *All packages received must pass through the institution's fluoroscope and are limited to 25 pounds gross. See appropriate institutional manual for specific sizes of the fluoroscope.*

7. *All items must be ready to eat, non-refrigerated, in original factory sealed container, NO GLASS.*

| Item | Maximum Size Pkg. | Quan. (No.) Enclosed | Inmates Poss. Limit | Value |
|---|---|---|---|---|
| **Beans** | 8 oz | | 6 Cans | |
| **Beef Tamales** - Enchiladas | 15 oz | | 2 Cans | |
| **Bread Products** - Bread, bagels, pita, etc. No fruit, nut or raisin | 16 oz | | 2 Packages | |
| **Candy Bars** | 3 oz | 12 | 24 Bars | 6.00 |
| **Candy** - see through bags, No foil wrapped, No hollow type | 16 oz | 2 | 2 Packages | 2.00 |
| **Catsup** - plastic container | 12 oz | | 1 Bottle | |
| **Cheese** - sliced or brick (No pressurized cans, No metal or glass) | 2 lb | 1 | 2 pounds | 4.00 |
| **Chili** - all types , canned | 16 oz | 4 | 4 Cans | 6.00 |
| **Chips** - all types, bagged or canned | N/A | 2 | 72 ounces | 5.00 |
| **Cocoa** - water - mixed type only | N/A | | 12 Packages | |
| **Coffee** - Instant | N/A | 2 | 20 ounces | 8.00 |
| **Cookies** - See through packages | 20 oz | 2 | 2 Packages | 6.00 |
| **Crackers** - All types, must be in inner liner | 16 oz | 2 | 2 Packages | 4.00 |
| **Drink Mix** - Pre-sweetened Only | N/A | 4 | 80 ounces | 8.00 |
| **Instant Breakfast** | 12 oz | | 2 Packages | |
| **Meat** - Any type, canned or plastic   No bones | 16 oz | 10 | 10 Cans | 15.00 |
| **Meat** - Dried and sliced | 12 oz | | 4 Packages | |
| **Mustard** | 12 oz | | 12 ounces | |
| **Non-Dairy Creamer** - Must be sealed plastic jar | 12 oz | 2 | 3 Jars | 3.00 |
| **Nuts** - Any type, plastic bag Only, No shells | 8 oz | | 1 pound | |
| **Olives** - Any style, metal can Only | 8 oz | | 2 Cans | |
| **Pasta** - Spaghetti, Lasagna, Ravioli, Any kind | 16 oz | 6 | 6 Cans | 9.00 |
| **Pastries** - Any type fruit pies or donuts, Individually wrapped, single serving, No foil wrapping or metal pans | 5 oz | 4 | 15 Packages | 2.00 |
| **Peanut Butter** - Factory pack | N/A | 2 | 3 pounds | 4.00 |
| **Pickles** - Factory plastic wrapped | 16 oz | 1 | 1 Package | 3.00 |
| **Pudding** - Ready to eat only | 5 oz | | 8 Cans | |
| **Seafood** - Any style, canned, No shells | 16 oz | | 10 Cans | |
| **Sausage** - Pre-cooked, Factory wrapped | N/A | 3 | 2 pounds | 15.00 |
| **Soup** - Dried, envelopes Only | N/A | 8 | 8 Packages | 4.00 |
| **Spreads and Dips** - Any type, canned or in original plastic container | 6 oz | | 10 Cans | |
| **Stew** - Any type | 16 oz | 2 | 4 Cans | 6.00 |
| **Sugar** - Cubes Only | 16 oz | 2 | 2 Boxes | 4.00 |
| **Tea** - Instant | N/A | | 24 ounces | |

**SENDER:** I hereby certify that I am an approved visitor. The above items and values are correct to the best of my knowledge. I am mailing this package to the inmate listed at the top of this form.

Sender's Signature: Donna M Roberts        Date: 4-16-01

Sender's Address: 309 So Pearl  Youngstown, Ohio  44506

| Contraband Item | Return to Sender/Visitor | Donate | Destroy |
|---|---|---|---|
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |

**INMATE:** I hereby certify that I have received all of the items indicated on this package list except for those listed as contraband. I have chosen the means of disposition of items listed as contraband and I understand that my personal account will be charged for postage costs for any item returned by mail.

Inmate Signature: Nathaniel Jackson        Number: 399-469        Date Received:

Officer Signature:        Date: 4-18-01        Institution:

*Officer: After the inmate signs, a copy shall be given to inmate for future verification of property values and limits.*

DRC 4092 (Rev. 2/00)    DISTRIBUTION:  WHITE - Package File    CANARY - Inmate    ACA 4279, 4280, 4281, 4433-4438

**Attorney General**
**Betty D. Montgomery**

Evidence Submission Sheet

BCI-101 (Rev. 1-97)

| BCI LAB NUMBER |
| --- |
| 01-35755 —C |

ADD'L:  XXX

**PLEASE REFER TO THIS BCI LAB NUMBER WHEN MAKING INQUIRY.**

| BCI & I- Bowling Green Office P. O. Box 928 Bowling Green, OH. 43402 Phone: (419) 353-5603 | BCI & I- London Office P. O. Box 365 London, OH 43140 Phone: (614) 466-8204 | BCI & I- Cambridge Office 60788 Southgate Rd. Byesville, OH 43723 Phone: (614) 439-3655 | BCI & I- Richfield Office P. O. Box 336 3333 Brecksville Road Richfield, OH 44286 Phone: (330) 659-4107 |
| --- | --- | --- | --- |

**RECEIVED IN LABORATORY AT BCI: Richfield**

| Date: | Time: | Day: |
| --- | --- | --- |
| 12/24/2001 | 9:55a | Monday |

Agency Case No.  2001-078868

| Offense: Homicide | Date of Offense: 12/11/2001 | Location: (City-County) Trumbull |
| --- | --- | --- |

Subject(s): (Name, Race, Sex, DOB)
Nathaiel Jackson/ male/ black

Victim(s): (Name, Race, Sex, DOB)
Robert Fingerhut / male / white

| Submitting Agency: Howland Police Department | Submitting Officer: Det. Sgt. Monroe |
| --- | --- |
| Case Investigator: Same | MAILING ADDRESS: 169 Niles Cortland Road, N.E. Warren, OH 44484 |
| Telephone Number: 330/856-5555 | |

| Latent Prints | Chemis' | Microanalysis XX | Firearms XXX | Documents | Hand Swabs/AA | Other |
| --- | --- | --- | --- | --- | --- | --- |

Please List Individual Items and Examinations Requested:    Please Attach a Synopsis of the Case to Assist the Examiner

C 1    brown paper envelope containing swabings from the mouth of Donna M. Roberts
C 2    brown paper envelope containing swabings from the mouth of Nathaniel E. Jackson
C 3    brown paper bag containing a six page letter and a paper envelope from Roberts to Jackson
C 4    pair of black gloves with hole in the tip of the left index finger with stain and residue
C 5    pair of rubber gloves with stain
C 6    pair of black and red Nike tennis shoes
C 7    pair of blue tennis shoes with yellow laces
C 8    black leather jacket

```
Items C1 and C2 - DNA
Item C3 - Stamp and envelope - presence of amylase
Item C4 - human blood and gunshot residue
Item C5 through C3 - human blood
```

| Date/Time Returned: | Form Filled Out By: km | Is Subject(s) in Custody? Yes    No | Date of Trial or Hearing: | Evidence Location |
| --- | --- | --- | --- | --- |
| Returned to: (Signature) | | Should there be any change in the status of this case including trial dates, please contact BCI immediately.  Refer to the BCI Lab Number. | | |

**Attorney General**
**Betty D. Montgomery**

Evidence Submission Sheet

BCI-101 (Rev. 1-97)

| | | | | NEW | | | BCI LAB NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | ADD'L: | | | 01-35755-D |
| | | | | | XXX | | |

**PLEASE REFER TO THIS BCI LAB NUMBER WHEN MAKING INQUIRY.**

| BCI & I- | BCI & I- | BCI & I- | BCI & I- |
|---|---|---|---|
| Bowling Green Office | London Office | Cambridge Office | Richfield Office |
| P. O. Box 928 | P. O. Box 365 | 60788 Southgate Rd. | P. O. Box 336 |
| Bowling Green, OH 43402 | London, OH 43140 | Byesville, OH 43723 | 3333 Brecksville Road |
| Phone: (419) 353-5603 | Phone: (614) 466-8204 | Phone: (614) 439-3655 | Richfield, OH 44286 |
| | | | Phone: (330) 659-4107 |

RECEIVED IN LABORATORY AT BCI: Richfield

| Date: | Time: | Day: |
|---|---|---|
| 5/6/02 | **12:39 pm** | Monday |

Agency Case No.     2001-078868

| Offense: | Date of Offense: | Location: (City-County) |
|---|---|---|
| Homicide | 12/11/01 | Trumbull |

Subject(s): (Name, Race, Sex, DOB)
Nathaniel E. Jackson / Male / Black

Victim(s): (Name, Race, Sex, DOB)
Robert Fingerhut / Male / white

| Submitting Agency: | Submitting Officer: |
|---|---|
| Howland Police Department | **Det. Paul Monroe** |

Case Investigator:
**Det. Paul Monroe**

MAILING ADDRESS:

Telephone Number:
330/856-5555

169 Niles Cortland Road, N.E.
Warren, OH 44484

| Latent Prints | Chemistry | Microanalysis | Firearms | Documents XXX | Hand Swabs/AA | Other |
|---|---|---|---|---|---|---|

Please List Individual Items and Examinations Requested:     Please Attach a Synopsis of the Case to Assist the Examiner

D 1    Handwriting standard from Nathaniel E. Jackson     4/29/02
D 2    Hand written letter from Nathaniel E. Jackson to Donna Marie Roberts, dated 10-29-01
D 3    Hand written letter from Nathaniel E. Jackson to Donna Marie Roberts, dated 10-26-01
D 4    Seven hand written pages of documents with Nathaniel Jackson's printing and signature     from CCA
D 5    Four pages of documentation written by Nathaniel E. Jackson from Lorian Corectional Inst.

| Date/Time Returned: | Form Filled Out By: | Is Subject(s) in Custody? | Date of Trial or Hearing: | Evidence Location |
|---|---|---|---|---|
| | PSM | XXX Yes    No | 10-08-02 | |

Returned to: (Signature)     Should there be any change in the status of this case including trial dates, please contact BCI immediately. Refer to the BCI Lab Number.



**Attorney General
Betty D. Montgomery**



282A

BCI-30 (Rev. 3-95)

| Bureau of Criminal Identification and Investigation | Laboratory Report |
|---|---|

To:  Howland Police Department
169 Niles Cortland Road
Warren, OH. 4484
**ATTN: Det. Sgt. Monroe**

BCI Lab Number:  01-35755 & C - corrected copy

Analysis Date:  3-22-02

Re:  Homicide
Subject:  Nathaiel Jackson
Victim:  Robert S. Fingerhut

Agency Number:  2001-078868

### Submitted on 12-14-01 by Det. Sgt. Monroe to the Firearms Section (01-35755)

3.   One (1) brown bag containing one (1) Taurus brand 38 Special caliber revolver, model 85, serial number JH14188.
4.   One (1) brown bag containing five (5) Remington-Peters brand 38 Special caliber cartridges.
5.   One (1) white envelope containing one (1) fired, full metal jacketed bullet.
6.   One (1) plastic vial containing one (1) fired, full metal jacketed bullet.
7.   One (1) plastic vial containing one (1) fired, full metal jacketed bullet.
8.   One (1) brown paper bag containing one (1) jacket from victim.
9.   One (1) brown paper bag containing one (1) shirt from victim.

### Submitted on 12-24-01 by Det. Sgt. Monroe to the Firearms Section (01-35755C)

C4.   One (1) brown paper bag containing one (1) pair of black gloves with hole in tip of the left index finger with stain and residue.

### Laboratory Examination

The submitted pistol (**item 3**) was examined, test fired and determined to be operable as submitted.

Two (2) of the five (5) submitted cartridges in **item 4** were used for test firing **item 3** and are being returned to the submitting agency.

Please address inquiries to the office indicated, using the BCI case number.

| [ ] BCI & I-Bowling Green Office | [ ] BCI & I-London Office | [X] BCI & I-Richfield Office | [ ] BCI & I-Cambridge Office |
|---|---|---|---|
| 1616 E. Wooster St.-Unit T | P. O. Box 365 | 4055 Highlander Parkway | 60788 Southgate Road |
| Bowling Green, OH 43402 | London, Ohio 43140 | Richfield, Ohio 44286 | Byesville, Ohio 43723 |
| Phone: (419) 353-5603 | Phone: (614) 466-8204 | Phone: (330) 659-4600 | Phone: (740) 439-3655 |

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5445

Page 2
April 18, 2002
BCI Lab Number:01-35755 & C- corrected copy

**Laboratory Examination cont'd**

The three (3) submitted fired bullets (**items 5, 6 and 7**) were microscopically compared to each other. The results revealed matching barrel engraved striations, confirming **items 5, 6 and 7** were fired from the same weapon.

Microscopic comparison of **items 5, 6 and 7** with bullets test fired from the submitted revolver (**item 3**) failed to reveal matching barrel engraved striations. This finding indicates **items 5, 6 and 7** were not fired from **item 3**.

Examination of the victim's jacket (**item 8**) revealed three (3) possible bullet passage holes. One hole (labeled "A") is located in the right armpit area, the second hole (labeled "B") is located in the right shoulder area and the third hole (labeled C) is located in the right, mid to upper back area.

Microscopic examination of the areas around holes "A", "B" and "C" on **item 8** failed to reveal any visual gunshot residue including contact characteristics. Chemical analysis of the areas around holes "A", "B" and "C" failed to reveal any gunshot residue pattern. However, four (4) nitrite dots were detected near hole "A". Nitrites are a common component of gunshot residue.

The muzzle to garment distance at the time of discharge was greater than contact. Due to the absence of any gunshot residue pattern a more concise muzzle to garment determination could not be made.

Examination of the victim's sleeveless shirt (**item 9**) revealed two (2) possible bullet passage holes. One hole (labeled "B/2") is located in the right shoulder area and the second hole (labeled "C/2") is located in the right, mid to upper back area.

Microscopic examination of the areas around holes "B/2" and "C/2" failed to reveal any visual gunshot residue including contact characteristics. Chemical analysis of the areas around holes "B/2" and "C/2" failed to reveal any gunshot residue.

Examination of the submitted pair of gloves (**item C-4**) revealed the left index finger tip was severely damaged possibly by a gunshot.

Microscopic examination of the left index finger on **item C-4** failed to reveal any visual gunshot residue. Chemical analysis of the left index finger on **item C-4** revealed the presence of vaporous lead residue. Vaporous lead residue is component of gunshot residue.

Michael E. Roberts
Forensic Scientist

MER:mer
T-4-01-02

 

**Attorney General**
**Betty D. Montgomery**

282C

BCI-30 (Rev. 3-95)

**Bureau of Criminal Identification and Investigation**                    **Laboratory Report**

To:      Howland  Police Dept.            BCI Lab Number:   01-35755 Supplemental
         169 Niles Cortland Road
         Warren, Ohio 44484
         **ATTN: Det. Sgt. Monroe**       Analysis Date:    3-22-02

Re:      Homicide                         Agency Number:    2001-078868
Subject: Nathaniel Jackson
Victim:  Robert S. Fingerhut

### Submitted on 12-14-01 by Det. Sgt. Monroe to the Firearms Section

4.    One (1) brown bag containing five (5) Remington-Peters brand 38 Special caliber cartridges.
5.    One (1) white envelope containing one (1) fired full metal jacketed bullet.
6.    One (1) plastic vial containing one (1) fired full metal jacketed bullet.
7.    One (1) plastic vial containing one (1) fired full metal jacketed bullet.

### Laboratory Findings

**Items 5, 6** and **7** were microscopically examined and determined to be fired 38 Special / 357 Magnum caliber bullets based on the design, rifling measurements and weight.

**Items 5, 6** and **7** were compared with two (2) cartridges from **Item 4**. The results revealed similar design and weight.  This indicates **Items 5, 6** and **7** are consistent with the submitted ammunition, **Item 4** (Remington-Peters brand 38 Special caliber).

Michael E. Roberts
Forensic Scientist

MER:mer JJL
T-091802

Please address inquiries to the office indicated, using the BCI case number.

[ ] BCI & I-Bowling Green Office    [ ]  BCI & I-London Office        [X]  BCI & I-Richfield Office       [ ]  BCI & I-Cambridge Office
    1616 E. Wooster St.-Unit T           P. O. Box 365                    4055 Highlander Parkway            60788 Southgate Road
    Bowling Green, OH 43402              London, Ohio 43140               Richfield, Ohio 44286              Byesville, Ohio 43723
    Phone: (419) 353-5603               Phone: (614) 466-8204            Phone: (330) 659-4600              Phone: (740) 439-3655



**Attorney General**
**Betty D. Montgomery**



283

BCI-30 (Rev. 9-2001)

**Bureau of Criminal Identification and Investigation**                                    **Laboratory Report**

| | | | |
|---|---|---|---|
| To: | Howland Police Department<br>169 Niles Cortland Road NE<br>Warren, Ohio 44484-1937<br>Attn: Detective Sgt. Monroe | BCI Lab Number: | 01-35755 & A & B |
| | | Analysis Date: | 2-13-02 |
| Re: | Homicide<br>Subject: Nathaniel E. Jackson<br>Victim: Robert S. Fingerhut | Agency Number: | 2001-078868 |

### Submitted 12-14-01 by Det. Sgt. Monroe for Latent Section (01-35755)

3. Taurus .38 cal. Revolver; #JH14188.
4. Live Rounds.
24. Plastic Placemat.
25. Plastic Tray.
26. Post Mortem prints of Robert Fingerhut.
27. Copies of fingerprint cards of Nathaniel E. Jackson.
28. Chrysler 300m, License Plate #CPA 8225.

### Submitted 12-18-01 by Det. Sgt. Pizzulo for Latent Section (01-35755-A)

A5. Gauze with stain (item not examined) and piece of tape.
A10. Plastic bottle.
A11. Bandage Container.
A12. Empty paper tape package.
A13. Empty bandage container.
A14. Empty sponge container.
A15. Empty sponge container.
A16. Empty sponge container.
A17. Empty sponge container.
A18. Empty envelope.
A19. Empty envelope.
A20. Keys.
A21. Cell phone.
A22. Garage door opener.
A23. CD.

Please address inquiries to the office indicated, using the BCI case number.

| [ ] BCI & I-Bowling Green Office<br>P. O. Box 928<br>Bowling Green, Ohio 43402<br>Phone: (419) 353-5603 | [ ] BCI & I-London Office<br>P. O. Box 365<br>London, Ohio 43140<br>Phone: (740) 845-2000 | [ X ] BCI & I-Richfield Office<br>4055 Highlander Parkway<br>Richfield, Ohio 44286<br>Phone: (330) 659-4600 | [ ] BCI & I-Cambridge Office<br>60788 Southgate Road<br>Byesville, Ohio 43723<br>Phone: (740) 439-3655 |
|---|---|---|---|

Supreme Court of Ohio
Case No. 03-0137
Date Rec'd 7/9/03

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5448

01-35755 & A & B
-Page 2-

**Submitted 12-19-01 by S/A Lulla for Latent Section (01-35755-B)**
B8.  Latent lifts.
B9.  Inked finger and palm prints of Jennifer Robinson.

**Findings**
An examination of the evidence listed evidence listed above revealed eight (8) partial latent fingerprints and one (1) partial latent palm print with sufficient ridge detail for finger and palm print comparisons.

The latent prints were from items A18, B8.

The latent prints were compared with the inked fingerprints of Robert Fingerhut and Nathaniel E. Jackson, and the inked fingerprints and palm prints of Jennifer Robinson.

The comparisons revealed eight identifications. One each to the Right Thumb and Right Index finger and two each to the Right Middle, Right Ring, and Right Little fingers of Nathaniel E. Jackson.

The identified latent prints were from items A18: empty envelope and B8 latent lifts labeled as; "Bathroom Wall", and "Interior Side of Front Door".

In order to complete this examination, please submit inked print cards of subjects and victims for elimination.

The latent prints will be kept in the Richfield BCI files.


Cynthia S. Mayle
Forensic Scientist


CSM/bs
T031502
Cc:  S/A Lulla

 **Attorney General
Betty D. Montgomery**



284

BCI-30 (Rev. 3-95)

| Bureau of Criminal Identification and Investigation | Laboratory Report |
|---|---|

To:    Howland Police Department
169 Niles Cortland Road, N.E.
Warren, Ohio 44484
**ATTN: Det. Sgt. Monroe**

BCI Lab Number:    01-35755 and 01-35755-A

Date:    February 15, 2002

Re:    Homicide
Subject:    None Listed
Victim:    Robert S. Fingerhut

Agency Number:    2001-078868

### Submitted by Det. Sgt. Monroe on 12/14/01 to DNA/Serology (01-35755)

2.    Brown paper bag containing shirt from victim's wife
10.    Blood standard from victim
11.    White envelope containing rectal swabs from victim
12.    White envelope containing oral swabs from victim
14.    Brown envelope containing swab with unknown stain
15.    Brown envelope containing swab with unknown stain
16.    Brown envelope containing swab with unknown stain
17.    Brown envelope containing swab with unknown stain
18.    Brown envelope containing swab with unknown stain
19.    Brown envelope containing swab with unknown stain
20.    Brown envelope containing swab with unknown stain
21.    Brown envelope containing swab with unknown stain
22.    Brown envelope containing swab with unknown stain
28.    2001 Chrysler 300m, license plate CPA 8225, VIN # 2C3AE66G81H526861

### Submitted by Det. Sgt. Pizzulo on 12/18/01 to DNA/Serology (01-35755-A)

A1.    Brown paper bag containing napkin, dishcloth and duct tape
A2.    Brown paper bag containing dishcloth
A3.    Brown paper bag containing gauze
A4.    Brown paper bag containing gauze
A5.    Brown paper bag containing gauze and tape
A6.    Brown paper bag containing napkin

Please address inquiries to the office indicated, using the BCI case number.    

| [ ] BCI & I-Bowling Green Office | [ ] BCI & I-London Office | [X] BCI & I-Richfield Office | [ ] BCI & I-Cambridge Office |
|---|---|---|---|
| 1616 E. Wooster St.-Unit T | P. O. Box 365 | 4055 Highlander Parkway | 60788 Southgate Road |
| Bowling Green, OH 43402 | London, Ohio 43140 | Richfield, Ohio 44286 | Byesville, Ohio 43723 |
| Phone: (419) 353-5603 | Phone: (614) 466-8204 | Phone: (330) 659-4600 | Phone: (740) 439-3655 |

Page 2
February 15, 2002
BCI Lab Number: 01-35755 and 01-35755-A

| | |
|---|---|
| A7. | Brown paper bag containing wash cloth |
| A8. | Brown paper bag containing condom |
| A9. | Brown paper bag containing condom |
| A20. | Brown paper bag containing keys |
| A21. | Brown paper bag containing cell phone |
| A22. | Brown paper bag containing garage door opener |
| A23. | Brown paper bag containing CD |
| A24. | Brown paper bag containing chicken |
| A25. | Brown paper bag containing napkin |

**Laboratory Examination**

Presumptive tests indicated the presence of blood on a swab, Item 14, on the car, Item 28, and a piece of gauze, Item A3. The swab from Item 14, the gauze from Item A3, a dried sample of blood from Item 10, and samples from the car, Item 28, were retained.

No analysis was performed upon the rest of the samples submitted in the original or A submissions.

_____
Dale L. Laux, M.S.
Forensic Scientist

DLL:dll
T-021502





**Attorney General
Betty D. Montgomery**



285

BCI-30 (Rev. 3-95)

| Bureau of Criminal Identification and Investigation | Laboratory Report |

To:  Howland Police Department
     Detective Paul Monroe
     169 Niles Cortland Rd N.E.
     Warren OH 44484

BCI Lab Number:    01-35755-D

Analysis Date:    05-29-2002

Re:  Homicide
     Subject:  Nathaniel E. Jackson
     Victim:  Robert Fingerhut

Agency Number:    2001-078868

**Submitted on 05-06-02 by Detective Paul Monroe; transported from BCI Richfield Lab to BCI London Lab via Jim Wurster 05-07-02.**

D1.  Handwriting standard from Nathaniel E. Jackson
D2.  Handwritten letter from Nathaniel E. Jackson to Donna Marie Roberts dated 10-29-01
D3.  Handwritten letter from Nathaniel E. Jackson to Donna Marie Roberts dated 10-26-01
D4.  Seven hand written pages of documents with Nathaniel Jackson's printing and signature
D5.  Four pages of documentation written by Nathaniel E. Jackson from Lorain correctional Institution

**FINDINGS:**

The person, who wrote the handwriting samples submitted of Nathaniel Jackson wrote the letters and envelopes, listed as Items D2 and D3, with the exception of the inked entries on the yellow page of the letter, listed in Item D3.

D. Steven Greene
Forensic Scientist

DSG/jaw
T -- 060602
CC:  BCI Richfield Lab

Please address inquiries to the office indicated, using the BCI case number.

| [ ] BCI & I-Bowling Green Office | [X] BCI & I-London Office | [ ] BCI & I-Richfield Office | [ ] BCI & I-Cambridge Office |
|---|---|---|---|
| 1616 E. Wooster St.-Unit T | P. O. Box 365 | P. O. Box 336 | 60788 Southgate Road |
| Bowling Green, OH 43402 | London, Ohio 43140 | 3333 Brecksville Road | Byesville, Ohio 43723 |
| Phone: (419) 353-5603 | Phone: (740) 845-2000 | Richfield, Ohio 44286 | Phone: (614) 439-3655 |
| | | Phone: (330) 659-4600 | |

BCI  RICHFIELD



286A



**Attorney General
Betty D. Montgomery**

BCI-30 (Rev. 3-95)

**Bureau of Criminal Identification and Investigation**                          **Laboratory Report**

To:  Howland Police Department
     169 Niles Cortland Road N.E.
     Warren, OH 44484
     **Attn: Det. Sgt. Monroe**

BCI Lab Number:   01-35755, 01-35755-A
                    01-35755-C

Date:     3/5/02

Re:  Homicide
     Subject:  Nathaniel E. Jackson
     Victim:  Robert S. Fingerhut

Agency Number:   2001-078868

**Submitted 12/14/01 by Det. Sgt. Monroe for Serology/DNA (01-35755)**
10.  Plastic bag containing blood standard from victim
     10 Blood standard of Robert S. Fingerhut
14.  Brown envelope containing swab with unknown stain
     14 One swab (Blood indicated - see report dated 2/15/02)
28.  One sealed 2001 Chrysler 300m, license plate no. CPA 8225, VIN # 2C3AE66G81H526861
     28.8.1 Two swabs from visor (blood indicated - see report dated 2/15/02)

**Submitted 12/18/01 by Det. Sgt. Pizzulo for Serology/DNA (01-35755-A)**
A3.  Brown paper bag containing gauze with stain
     A3 Gauze (Blood indicated – see report dated 2/15/02)

**Submitted 12/24/01 by Det. Sgt. Monroe for Serology/DNA (01-35755-C)**
C2.  Brown paper envelope containing swabs from the mouth of Nathaniel E. Jackson
     C2 Oral standard of Nathaniel E. Jackson

**Results**
DNA profiling using the polymerase chain reaction at the loci D3S1358, vWA, FGA, Amelogenin,
D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, THO1, TPOX, and CSF1PO was
performed on samples from Items 10, 14, 28, A3 and C2 .

Please address inquiries to the office indicated, using the BCI case number.



[ ] BCI & I-Bowling Green Office
   1616 E. Wooster St., #18
   Bowling Green, OH 43402
   Phone: (419) 353-5603

[ ] BCI & I-London Office
   P. O. Box 365
   London, Ohio 43140
   Phone: (740) 845-2000

[X] BCI & I-Richfield Office
   4055 Highlander Parkway
   Richfield, Ohio 44286
   Phone: (330) 659-4600

[ ] BCI & I-Cambridge Office
   60788 Southgate Road
   Byesville, Ohio 43723
   Phone: (614) 439-3655



DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5453

08/22/02   13:41   ☎3306594496          BCI RICHFIELD                          ☑003

Page 2
RE: Homicide
BCI Lab Number:  01-35755, 01-35755-A, 01-35755-C

DNA profiling results appear in the following tables:

| Item | Description | vWA | FGA | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 |
|------|-------------|-----|-----|---------|--------|--------|--------|---------|
| I4 | Swab | 17 | 21,23 | 10,14 | 30,32.2 | 14,16 | 11 | 9,11 |
| 28.8.1 | Visor | 15,16,17 | 21 (23) (24) | 14 (10) (12) | 28,29 (30) (32.2) | 14 (16) (19) | 11 (8)  * | 11 (9) (13) |
| A3 | Gauze | 15,16 | 21,24 | 12,14 | 28,29 | 14,19 | 8,11 | 11,13 |
| 10 | Robert Fingerhut | 17 | 21,23 | 10,14 | 30,32.2 | 14,16 | 11 | 9,11 |
| C2 | Nathaniel Jackson | 15,16 | 21,24 | 12,14 | 28,29 | 14,19 | 8,11 | 11,13 |

| Item | Description | D3S1358 | D16S539 | Amel. | THO1 | TPOX | CSF1PO | D7S820 |
|------|-------------|---------|---------|-------|------|------|--------|--------|
| I4 | Swab | 14,17 | 11 | XY | 6 | 8,9 | 10 | 9,12 |
| 28.8.1 | Visor | 16,17,18 (14) | 9,10,11 | XY | 7 (6) | 6,8 (9) | 10 (7) | 10,11 (9) (12) |
| A3 | Gauze | 16,18 | 9,10 | XY | 7 | 6,8 | 7,10 | 10,11 |
| 10 | Robert Fingerhut | 14,17 | 11 | XY | 6 | 8,9 | 10 | 9,12 |
| C2 | Nathaniel Jackson | 16,18 | 9,10 | XY | 7 | 6,8 | 7 (10) | 10,11 |

*  = Additional DNA detected, but below reporting standards
( ) = Signal less intense

The DNA profile of the swab (Item 14) is consistent with Robert Fingerhut.

The DNA profile of the visor (Item 28.8.1) is a mixture consistent with contributions from Robert Fingerhut and Nathaniel Jackson.

The DNA profile of the gauze (Item A3) is consistent with Nathaniel Jackson.

**Conclusions**
Robert Fingerhut cannot be excluded as being the source of the DNA on the swab or from being a contributor to the mixture of DNA on the visor.

Nathaniel Jackson cannot be excluded as being the source of the DNA on the gauze or from being a contributor to the mixture of DNA on the visor.

**Statistical Information**
Based on a national database provided by the Federal Bureau of Investigation, the approximate frequencies of occurrence of the DNA profile identified on the gauze (Item A3) are as follows:

| | |
|---|---|
| Caucasian | 1 in 45,170,000,000,000,000,000 people |
| African American | 1 in     29,860,000,000,000,000 people |
| Hispanic | 1 in 22,400,000,000,000,000,000 people |



DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5454

08/22/02   13:42   3306594496          BCI RICHFIELD                          004

Page 3
RE: Homicide
BCI Lab Number:  01-35755, 01-35755-A, 01-35755-C

**Remarks**
The remaining portions of each item will be retained in the laboratory.

Brenda K. Gerardi
Forensic Scientist
(330) 659-4600 ext. 231

08/22/02   13:43   ☎3306594496          BCI  RICHFIELD                      ☑005

 **Attorney General**
**Betty D. Montgomery**



286C

BCI-30 (Rev. 3-95)

### Bureau of Criminal Identification and Investigation                    Laboratory Report

To:   Howland Police Department          BCI Lab Number:   01-35755 and 01-35755-C
      169 Niles Cortland Road N.E.                         **Supplemental 1**
      Warren, OH  44484                                    **Corrected Copy**
      **Attn: Det. Sgt. Monroe**
                                         Date:             3/28/02

Re:   Homicide                           Agency Number:    2001-078868
      Subject:  Nathaniel E. Jackson
      Victim:   Robert S. Fingerhut

### Submitted 12/14/01 by Det. Sgt. Monroe for Serology/DNA (01-35755)
10.  Plastic bag containing blood standard from victim
     10  Blood standard of Robert S. Fingerhut
28.  One sealed 2001 Chrysler 300m, license plate no. CPA 8225, VIN # 2C3AE66G81H526861
     28.8.1  Two swabs from visor (blood indicated - see report dated 2/15/02)

### Submitted 12/24/01 by Det. Sgt. Monroe for Serology/DNA (01-35755-C)
C2.  Brown paper envelope containing swabs from the mouth of Nathaniel E. Jackson
     C2  Oral standard of Nathaniel E. Jackson

### Results
DNA profiling using the polymerase chain reaction at the loci D3S1358, vWA, FGA, Amelogenin,
D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, THO1, TPOX, and CSF1PO was
performed on samples from Items 10, 28 and C2 .

DNA profiling results appear in the following tables:

| Item | Description | vWA | FGA | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 |
|------|-------------|-----|-----|---------|--------|--------|--------|---------|
| 28.8.1 | Visor | 15,16,17 | 21 (23) (24) | 14 (10) (12) | 28,29 (30) (32.2) | 14 (16) (19) | 11 (8) * | 11 (9) (13) |
| 10 | Robert Fingerhut | 17 | 21,23 | 10,14 | 30,32.2 | 14,16 | 11 | 9,11 |
| C2 | Nathaniel Jackson | 15,16 | 21,24 | 12,14 | 28,29 | 14,19 | 8,11 | 11,13 |

\* = Additional DNA detected, but below reporting standards
( ) = Signal less intense

Please address inquiries to the office indicated, using the BCI case number.                    *BCS*

[ ] BCI & I-Bowling Green Office   [ ] BCI & I-London Office   [X] BCI & I-Richfield Office   [ ] BCI & I-Cambridge Office
    1616 E. Wooster St.. #18           P. O. Box 365               4055 Highlander Parkway        60788 Southgate Road
    Bowling Green, OH 43402            London, Ohio 43140           Richfield, Ohio 44286          Byesville, Ohio 43723
    Phone: (419) 353-5603             Phone: (740) 845-2000        Phone: (330) 659-4600          Phone: (614) 439-3655



08/22/02 13:44 ☎3306594490 BCI RICHFIELD 🏴006

Page 2
RE: Homicide
BCI Lab Number: 01-35755 and 01-35755-C **Supplemental 1 Corrected Copy**

| Item | Description | D3S1358 | D16S539 | Amel. | THO1 | TPOX | CSF1PO | D7S820 |
|------|-------------|---------|---------|-------|------|------|--------|--------|
| 28.8.1 | Visor | 16,17,18 (14) | 9,10,11 | XY | 7 (6) | 6,8 (9) | 10 (7) | 10,11 (9) (12) |
| 10 | Robert Fingerhut | 14,17 | 11 | XY | 6 | 8,9 | 10 | 9,12 |
| C2 | Nathaniel Jackson | 16,18 | 9,10 | XY | 7 | 6,8 | 7 (10) | 10,11 |

\* = Additional DNA detected, but below reporting standards
( ) = Signal less intense

## Statistical Information

~~Based on a national database provided by the Federal Bureau of Investigation, the approximate frequencies of occurrence of the DNA mixture identified on the visor (Item 28.8.1) are as follows:~~

**Based on a national database provided by the Federal Bureau of Investigation, the proportions of the population which cannot be excluded as contributors to the mixture of DNA profiles on the visor (Item 28.8.1) are as follows:**

| Caucasian | 1 in 16,010,000 people |
|-----------|------------------------|
| African American | 1 in 5,491,000 people |
| Hispanic | 1 in 6,835,000 people |

## Remarks

The remaining portions of each item will be retained in the laboratory.

Brenda K. Gerardi
Forensic Scientist
(330) 659-4600 ext. 231
T-061702



08/22/02   13:45   ☎3306394498   BCI RICHFIELD   ☒007



**Attorney General
Betty D. Montgomery**



286D

BCI-30 (Rev. 3-95)

**Bureau of Criminal Identification and Investigation**                           **Laboratory Report**

| | |
|---|---|
| To: | Howland Police Department |
| | 169 Niles Cortland Road N.E. |
| | Warren, OH 44484 |
| | **Attn: Detective Sergeant Monroe** |

| | |
|---|---|
| BCI Lab Number: | 01-35755 and 01-35755-C |
| | **Supplemental 2** |
| Date: | 6/17/02 |

Re:   Homicide
       Subject: Nathaniel E. Jackson
       Victim:   Robert S. Fingerhut

Agency Number:   2001-078868

**Submitted 12/14/01 by Detective Sergeant Monroe for Serology/DNA (01-35755)**
8.  Brown paper bag containing jacket from victim
10. Plastic bag containing blood standard from victim
    10 Blood standard of Robert S. Fingerhut
28. One sealed 2001 Chrysler 300m, license plate no. CPA 8225, VIN # 2C3AE66G81H526861
    28.7 Two swabs from a stain above the trunk release inside the car (blood indicated - see BCI report dated 2/15/02)

**Submitted 12/24/01 by Detective Sergeant Monroe for Serology/DNA (01-35755-C)**
C2.  Brown paper envelope containing swabs from the mouth of Nathaniel E. Jackson
     C2 Oral standard of Nathaniel E. Jackson

**Results**
Presumptive testing indicated the presence of blood on a stain from the back of the jacket (Item 8s1).

DNA profiling using the polymerase chain reaction at the loci D3S1358, vWA, FGA, Amelogenin, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, THO1, TPOX, and CSF1PO was performed on samples from Items 8, 10, 28 and C2 .

Please address inquiries to the office indicated, using the BCI case number.

| [ ] BCI & I-Bowling Green Office | [ ] BCI & I-London Office | [X] BCI & I-Richfield Office | [ ] BCI & I-Cambridge Office |
|---|---|---|---|
| 1616 E. Wooster St.. #18 | P. O. Box 365 | 4055 Highlander Parkway | 60788 Southgate Road |
| Bowling Green, OH 43402 | London, Ohio 43140 | Richfield, Ohio 44286 | Byesville, Ohio 43723 |
| Phone: (419) 353-5603 | Phone: (740) 845-2000 | Phone: (330) 659-4600 | Phone: (614) 439-3655 |



08/22/02   13:47   ☎3306594496          BCI RICHFIELD                     @008

Page 2
RE: Homicide
BCI Lab Number: 01-35755 and 01-35755-C **Supplemental 2**

DNA profiling results appear in the following tables:

| Item | Description | VWA | FGA | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 |
|------|-------------|-----|-----|---------|--------|--------|--------|---------|
| 8s1 | Jacket | 17 | 21,23 | 10,14 | 30,32.2 | 14,16 | 11 | 9 (11) |
| 28.7 | Inside Car | 15,16 (17) | 21 (24) * | 12,14 (10) | 28,29 (30) * | 14,19 * | 8,11 | 11 (9) (13) |
| 10^ | Robert Fingerhut | 17 | 21,23 | 10,14 | 30,32.2 | 14,16 | 11 | 9,11 |
| C2^ | Nathaniel Jackson | 15,16 | 21,24 | 12,14 | 28,29 | 14,19 | 8,11 | 11,13 |

| Item | Description | D3S1358 | D16S539 | Amel. | THO1 | TPOX | CSF1PO | D7S820 |
|------|-------------|---------|---------|-------|------|------|--------|--------|
| 8s1 | Jacket | 14,17 | NP | XY | NP | NP | NP | 9,12 |
| 28.7 | Inside Car | 16,18 (14) (17) | 9,10 (11) | XY | 7 * | (6) 8 * | 7,10 | 10,11 * |
| 10^ | Robert Fingerhut | 14,17 | 11 | XY | 6 | 8,9 | 10 | 9,12 |
| C2^ | Nathaniel Jackson | 16,18 | 9,10 | XY | 7 | 6,8 | 7 (10) | 10,11 |

\* = Additional DNA detected, but below reporting standards
( ) = Signal less intense
NP = Not Performed
^ = Results taken from BCI report dated 3/5/02

The DNA profile from a stain on the back of the jacket (Item 8s1) is consistent with Robert Fingerhut.

The DNA profile from a stain above the trunk release inside the car (Item 28.7) is a mixture. The major profile is consistent with Nathaniel Jackson. The partial minor profile is consistent with Robert Fingerhut.

## Conclusions

Nathaniel Jackson cannot be excluded as the major source of the DNA from the stain above the trunk release inside the car.

Robert Fingerhut cannot be excluded as the minor source of the DNA from the stain above the trunk release inside the car.

Robert Fingerhut cannot be excluded as the source of the DNA from a stain on the back of the jacket.

## Statistical Information

Based on a national database provided by the Federal Bureau of Investigation, the approximate frequencies of occurrence of the major DNA profile from the stain above the trunk release inside the car (Item 28.7) is as follows:

| Caucasian | 1 in 45,170,000,000,000,000,000 people |
|-----------|----------------------------------------|
| African American | 1 in 29,860,000,000,000,000 people |
| Hispanic | 1 in 22,400,000,000,000,000,000 people |



08/22/02  13:48  ☎3306594496  BCI RICHFIELD  ⑨009

Page 3
RE: Homicide
BCI Lab Number:  01-35755 and 01-35755-C **Supplemental 2**

**Remarks**
The remaining portions of each item will be retained in the laboratory.

Brenda K. Gerardi
Forensic Scientist
(330) 659-4600 ext. 231



DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5461



DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX - PAGE 5462



DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX - PAGE 5463



TAPE LIFTS w/ HAIRS FROM
TOILET AREA

S/A E.R. LUCIA
BCI #117

01-35755
B-7

STATES
EXHIBIT
230

Howland PD
01-35755-B
#B7

BIOHAZARD
Lab Safety Supply Inc.        Reorder No. 17887



#81

BELOW
TOILET
RIM

12/18/01

#82

FLOOR
BELOW
TOILET

12/18/01

#83

FLOOR
BELOW
TOILET

12/18/01

DECEMBER 18, 2001
S/A E.R. LUCIA #117
HOWLAND P.D.
FROM DAYS INN
ROOM #149
BOARDMAN OH.



01·35755
B-9

Howland PD
01-35755-B
#B9

ELIMINATION PRINTS
JENNIFER ROBINSON

EVIDENCE    EVIDENCE

JENNIFER ROBINSON
DAYS INN HOUSEKEEPING
S/A E.R. LULLA
BCI #117

RIGHT

JENNIFER ROBINSON
DAYS INN HOUSEKEEPING

01-35755 B9
CM 213-02

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5465



DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5466







311

• Jacuzzi **DAYS INN** • Outdoor Pool

**DAYS INN**

8392 MARKET ST. • YOUNGSTOWN, OH 44512
Phone: (330) 758-2371 • Fax: (330) 758-2371

RATE $ 30.00

DATE IN: 2/11

DATE OUT: 2/17

NAME: D. M. ROBERTS

ADDRESS: 254 FONDERLAC

CITY: WARREN STATE: MI ZIP CODE: 44484

REPRESENTING: _____

SIGNATURE: _____

Will You Pay By: ☐ CASH ☑ CREDIT CARD

CREDIT CARD CO.: _____ CARD NO.: _____

CAR LICENSE: _____ STATE: _____

MAKE OF CAR: _____ MODEL: _____ YEAR: _____

NUMBER OF PERSONS: 1

| DAYS OCCUPIED | | |
|---|---|---|
| SUN. | X | |
| MON. | X | |
| TUE. | X | |
| WED. | X | NC |
| THU. | X | |
| FRI. | X | |
| SAT. | X | |

AMOUNT $ 210.00
PHONE $
COUNTY TAX $ .30
SALES TAX $ 2.60
TWSP. TAX $ 6.30
DEPOSIT $
TOTAL $ 35.20

**ADVANCE PAYMENT REQUESTED**

NOTICE TO GUESTS: This property is privately owned and the management reserves the right to refuse service to anyone, and will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

311A

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5470

311B



129

DECEMBER 11, 2001, 11:33:51 PM

**DAYS INN SOUTH**
8392 MARKET STREET
YOUNGSTOWN, OH 44512
PHONE OR FAX 330 758-2371
ASK ABOUT OUR JACUZZI SUITES

CREDIT CARD SALE

T ACCOUNT NUMBER   EXP. AUTH.   AMOUNT
0 5308994208021636  0405 011232   $235.20

X--------------------------------

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

311C



DAYS INN SOUTH



```
                        Youngstown, OH 44512
                          (330) 758-2371
                        TRIAL CHECKOUT REPORT

CHECKOUT REPORT FOR EXTENSION: 129                    12-16-2001

-------------------------------------------------------------------
EXT   DATE         TIME       DIALED NUMBER        DUR       COST
129   12/13/2001   1:01 P     5090270              0.3       0.35
129   12/13/2001   1:49 P     3307929554           0.9       0.35
129   12/13/2001   1:50 P     5090271              0.4       0.35
129   12/13/2001   1:52 P     3307476915           2.0       0.35
129   12/13/2001   2:08 P     3307476915           3.6       0.35
129   12/13/2001   3:42 P     3307929554           0.4       0.35
129   12/13/2001   6:13 P     3307886266           5.4       0.35
129   12/13/2001   6:41 P     3307886266           1.4       0.35
129   12/13/2001   6:46 P     3307886266           0.5       0.35
129   12/13/2001   7:39 P     3307886266           0.5       0.35
129   12/13/2001   7:41 P     3307886266           2.5       0.35
129   12/13/2001   7:48 P     3307886266          10.5       0.35
129   12/14/2001   9:35       3307886266           2.1       0.35
129   12/14/2001   9:53       3307886266           2.5       0.35
129   12/14/2001   11:21      3307886266           1.4       0.35
129   12/14/2001   11:32      3307886266           0.5       0.35
129   12/14/2001   12:02 P    3307886266           0.4       0.35
129   12/14/2001   1:28 P     3307886266          10.0       0.35
129   12/14/2001   1:38 P     3307886266           0.3       0.35
129   12/14/2001   1:39 P     3305189889           0.5       0.35
129   12/14/2001   2:04 P     3307886266           6.1       0.35
129   12/14/2001   2:28 P     3307886266           2.5       0.35
129   12/14/2001   3:20 P     3307886266           0.4       0.35
129   12/14/2001   3:50 P     3307886266           0.5       0.35
-------------------------------------------------------------------
                                                             8.40
```

311D

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5473



311E

DECEMBER 16, 2001, 07:31:29 AM

**DAYS INN SOUTH**
8392 MARKET STREET
YOUNGSTOWN, OH 44512
PHONE OR FAX 330 758-2371
ASK ABOUT OUR JACUZZI SUITES

CREDIT CARD SALE

T ACCOUNT NUMBER  EXP.  AUTH   AMOUNT
1 5308994200021636 0405 016010   $8.40

X-------------------------------------

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5474

# EVIDENCE

ITEM NO. _____ *1*  CASE NO. *01-078868*

INVENTORY NO. *1 SEU 25*  COLLECTED BY *412*

TIME COLLECTED *11:15 AM*  DATE COLLECTED *10-21-02*

TYPE OF OFFENSE *Homicide*  VICTIM(S) *Robert Fingerhut*

LOCATION OF COLLECTION *Office of Wagon Wheel Motel 7015 Market St. Youngstown, OH 44512*

DESCRIPTION OF EVIDENCE *1-Original Receipt for Room 101 dated 12/09 with the Name of Nathaniel Jackson 809 S. Pearl St. Youngstown, OH OFD*

## CHAIN OF POSSESION

RECEIVED FROM _____ BY _____

DATE _____ TIME _____ A.M./P.M.

RECEIVED FROM _____ BY _____

DATE _____ TIME _____ A.M./P.M.

RECEIVED FROM _____ BY _____

DATE _____ TIME _____ A.M./P.M.

policesupplydepot.com          Toll Free 888-226-1951

312

## GUEST REGISTER
PLEASE PAY IN ADVANCE

*transfered below took the pictures of this card and ruel_____ on 12/18*

Room No. _101_  Rate _95_ on _12/18_

PLEASE PRINT
ALL INFORMATION  Date _12/9_

Name _NATHANIEL JACKSON_

Address _309 So PEARL_

City _YNG_  State _OH_

Representing _____

Drivers License No. _____

Make of Car _30RM Chrysler_ Year _2000_

License No. _____ State _____

Number in Party _2_

| Daily Record | Charges |  |
|---|---|---|
| Sunday | | |
| Monday | | |
| Tuesday | | |
| Wednesday | | |
| Thursday | | |
| Friday | | |
| Saturday | | |
| Subtotal | 95 | 00 |
| Tax | 11 | 40 |
| **Total** | 106 | 40 |

### NOTICE
This property is privately owned and the management reserves the right to refuse service to anyone and will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

*NRaka*
*12/C*

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5476

# Trumbull County
## Photographic Line-Up Admonition



313

**1**    **2**    **3**  

**4**    **5**    **6**  

**VIEWER:**    You will be asked to look at a group of photographs. The fact that the photos are shown to you should not influence your judgement in any way. You should not conclude nor guess that the photographs contain the picture of the person who committed the crime. You do not have to identify anyone.

Keep in mind hair styles, beards and moustaches are easily changed. Please do not indicate to other witnesses that you have or have not made an identification.

I _Jose T Flores_ , Address _7015 Market St. Boardman OH 44512_

do identify photo # _6_ to be the subject who _Rented Room 161 on Dec 31,2001 at Wagon Wheel Motel_

Viewer Signature _____ Officer Signature _____

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5477

314



preme Court of Ohio
se No. 03-0137
te Rec'd 7/9/03

# T. Log Report

Page 7

```
12/11/01 10024 - No Operator (-1) / JILL K (200) 17:47:16
Order Store (2157)
        ICED TEA                        1.69
        SHR TUES BUYUP                  12.99
        Scampi 15                        .00
        Lmpep shrimp15                   .00
        Lmpep shrimp15                   .00
        French fries                     .00
Tax                                      .81
DINE IN                                15.49
```

```
12/11/01                            17:47:22
Cashier On        JILL K (200)
```

314A

```
12/11/01 10023 - No Operator (-1) / JILL K (200) 17:47:30
Order Store (2161)
        LOB+SHR+SCALOP-OP              18.75
        ----------------
        ----------------
        ----------------
        Baked potato                     .00
        Butter                           .00
        Sour cream                       .00
        GR CHICKEN-LR                   9.99
        Baked potato                     .00
        Butter                           .00
        Sour cream                       .00
        ULT FONDUE-SR                   6.99
        HOT TEA                         1.40
        SOFT DRK                        1.69
        C-CHC SMOOTH                    1.99
Tax                                     2.25
DINE IN                                43.06
```

```
12/11/01                            17:54:13
Cashier On        JILL K (200)
```

```
12/11/01 60009 - No Operator (-1) / JILL K (200) 17:54:54
Order Store (2165)
        VDKA-MARTINI                    4.50
        Absolut                         1.00
        UP
        LONG ISL ICE                    4.50
Tax                                      .55
DINE IN                                10.55
```

```
Date/Time: 12/19/01 12:38
```

```
                  T. Log Report          Page 8
```



```
12/11/01                              18:00:33
Cashier On          JILL K (200)
```

```
12/11/01 60009 - No Operator (-1) / JILL K (200) 18:00:56
Order Store (2165)
        VDKA-MARTINI                    4.50
        Absolut                         1.00
        UP
        LONG ISL ICE                    4.50
        CRAB STF FLOU-LR               10.99
        Veg of day                      .00
        KING 1.5 LB-OP                 24.99
        French fries                    .00
Tax                                     2.53
DINE IN                                48.51
```

314B

```
12/11/01                              18:06:14
Cashier On          JILL K (200)
```

```
12/11/01 10023 - No Operator (-1) / JILL K (200) 18:06:26
Order Store (2161)
        LOB+SHR+SCALOP-OP              18.75

        _____
        _____
        _____
        Baked potato                    .00
        Butter                          .00
        Sour cream                      .00
        GR CHICKEN-LR                   9.99
        Baked potato                    .00
        Butter                          .00
        Sour cream                      .00
        ULT FONDUE-SR                   6.99
        HOT TEA                         1.40
        SOFT DRK                        1.69
        C-CHC SMOOTH                    1.99
        SOFT DRK                        1.69
Tax                                     2.34
DINE IN                                44.84
```

```
12/11/01                              18:13:42
Cashier On          JILL K (200)
```

```
12/11/01 10021 - No Operator (-1) / JILL K (200) 18:13:54
```

```
Date/Time: 12/19/01 12:38
```



```
                    T. Log Report              Page 10

              Butter                        .00
              ON SIDE*
              Sour cream                    .00
              ON SIDE*
          Tax                               .85
          DINE IN                         16.19

          12/11/01                              18:20:40
          Cashier On        JILL K (200)

          12/11/01 60009 - No Operator (-1) / JILL K (200) 18:20:48
          Order Store (2165)
              VDKA-MARTINI                  4.50
              Absolut                       1.00
              UP
              LONG ISL ICE                  4.50
              CRAB STF FLOU-LR             10.99
              Veg of day                    .00
              KING 1.5 LB-OP               24.99
              French fries                  .00
              SOFT DRK                      1.69
          Tax                              2.63
          DINE IN                         50.30

          12/11/01                              18:20:53
          Cashier On        JILL K (200)

          12/11/01 20055 - No Operator (-1) / JILL K (200) 18:21:01
          Order Store (2193)
              HOT TEA                       1.40
              SOFT DRK                      1.69
          Tax                               .17
          DINE IN                          3.26

          12/11/01                              18:26:41
          Cashier On        JILL K (200)

          12/11/01 20055 - No Operator (-1) / JILL K (200) 18:27:06
          Order Store (2193)
              HOT TEA                       1.40
              SOFT DRK                      1.69
              CLASIC LOB+SHR-OP            19.99
              Mashed tato                   .00
              ULT FONDUE-SR                 6.99
              AP-WITH MEAL

Date/Time: 12/19/01 12:38
```

314C

```
                    T. Log Report              Page 11
```



314D

```
          WITH MEAL*
Tax                                   1.66
DINE IN                              31.73

Operator Error  123   12/11/01  18:27:23

12/11/01                              18:32:21
Cashier On         JILL K (200)

12/11/01 20055 - No Operator (-1) / JILL K (200) 18:32:26
Order Store (2193)
     HOT TEA                          1.40
     SOFT DRK                         1.69
     CLASIC LOB+SHR-OP               19.99
     Mashed tato                       .00
     ULT FONDUE-SR                    6.99
     AP-WITH MEAL
     WITH MEAL*
Tax                                   1.66
DINE IN                              31.73

12/11/01                              18:34:06
Cashier On         JILL K (200)

12/11/01 60009 - No Operator (-1) / JILL K (200) 18:34:13
Order Store (2165)
     VDKA-MARTINI                     4.50
     Absolut                          1.00
     UP
     LONG ISL ICE                     4.50
     CRAB STF FLOU-LR                10.99
     Veg of day                        .00
     KING 1.5 LB-OP                  24.99
     French fries                      .00
     SOFT DRK                         1.69
     COFFEE                           1.40
Tax                                   2.70
DINE IN                              51.77

12/11/01                              18:35:30
Cashier On         JILL K (200)

12/11/01 10023 - No Operator (-1) / JILL K (200) 18:35:40

     Check ID  2161    Guest Count   2    Table ID    53

Date/Time: 12/19/01 12:38
```

## T. Log Report

```
          CYOP-FR SHR                         .00
          CYOP-SCPI 10                        .00
          CYOP STEAK                         2.00
          MEDIUM
          Baked potato                        .00
          Butter                              .00
          ON SIDE*
          Sour cream                          .00
          ON SIDE*
Tax                                          1.13
DINE IN                                     21.57
CASH                                        21.57
Change Detail                                8.43

12/11/01                                           18:43:21
Cashier On          JILL K (200)
```

```
12/11/01 60009 - No Operator (-1) / JILL K (200) 18:43:30

Check ID  2165   Guest Count   2    Table ID    56
          VDKA-MARTINI                       4.50
          Absolut                            1.00
          UP
          LONG ISL ICE                       4.50
          CRAB STF FLOU-LR                  10.99
          Veg of day                          .00
          KING 1.5 LB-OP                    24.99
          French fries                        .00
          SOFT DRK                           1.69
          COFFEE                             1.40
Tax                                          2.70
DINE IN                                     51.77
CASH                                        51.77
Change Detail                                8.23

12/11/01                                           18:46:10
Cashier On          JILL K (200)
```

```
12/11/01 20046 - No Operator (-1) / JILL K (200) 18:46:13

Check ID  2154   Guest Count   1    Table ID    50
          COFFEE                             1.40
          SOFT DRK                           1.69
          FR SFD PLATTER-OP                 12.25
```

```
Date/Time: 12/19/01 12:38
```



314E

315



```
          RE[...]        [...]K
  DE[. 11, 200[...]            6:43 [...]
               [...]
  ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
  Server :JILL K
  Cashier:JILL K
  Check  :2165
  Table  :56
  ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
            Guest No. 1
   VDKA-MARTINI               5.50
    Absolut
   LONG ISL ICE               4.50
   CRAB STF FLOU-LR          10.99
   KING 1.5 LB-OP            24.99
   SOFT DRK                   1.69
   COFFEE                     1.40

  SALES TAX                   2.70
  DINE IN                    51.77

  CASH                       60.00
  CHANGE                      8.23
```

# Trumbull County
## Photographic Line-Up Admonition



316

**1**           **2**           **3**

**4**           **5**           **6**

**VIEWER:**      You will be asked to look at a group of photographs. The fact that the photos are shown to you should not influence your judgement in any way. You should not conclude nor guess that the photographs contain the picture of the person who committed the crime. You do not have to identify anyone.

Keep in mind hair styles, beards and moustaches are easily changed. Please do not indicate to other witnesses that you have or have not made an identification.

I _____ , Address _____

do identify photo # ___ to be the subject who _____

Viewer Signature: _____ Officer Signature _____

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5485



317



318



**NASA Glenn Research Center**
**21000 Brookpark Road ■ MS 5-2 ■ Cleveland Ohio ■ 44135**
http://www.grc.nasa.gov/WWW/ITC
216-433-5976

5 - 8½ " 11 Color Photo's from Greyhound Terminal in Youngstown of Robert Fingerhut

2 - Smaller Color Photos of Same

2 - " Black + White Photos of Same

Supreme Court of Ohio
Case No. 03-0137
Date Rec'd 7/9/03





OCT 09 2002 9:59AM    HP LASERJET 3200                          P.2



### *Declaration of Custodian of Records*

321

I hereby certify under the penalties of perjury that I am the Custodian of Records for
Dobson Communications Corporation.  I am in receipt of a civil subpoena requesting
specified records of the above named business.  Attached hereto are records responsive to
referenced subpoena.  I hereby certify that the records attached hereto:

   (1) were made at or near the time of the occurrence of the matters set forth in the
       records, by, or from information transmitted by, a person with knowledge of
       those matters.

   (2) Were kept in the course of regularly conducted business activity; and

   (3) Were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

*Andrea L. Ray*
Signature of declarant

*Andrea L. Ray, Custodian of Records*
Name and title of declarant

*Dobson Communications Corp.*
Name of Business

*14201 Wireless Way, OKC, OK 73134*
Business address

I hereby certify that on this _9th_ day of _October_, _2002_, before me, the
subscriber, a Notary Public of the state of Oklahoma, in and for
_Oklahoma_ city/county, personally appeared _Andrea Ray_,
As _Custodian of Records_ of _Dobson Communications_, and
as such made oath in due form of law that the matters and facts set forth in the
foregoing certification are true and correct as therein stated.

AS WITNESS my hand and Notarial Seal.

_____
Notary Public
My commission expires on _3-1-03_



```
        NOTARY          SANDRA DAVIS
        SEAL            Oklahoma County
        PUBLIC       Notary Public in and for
                         State of Oklahoma
                            91001534
        My Commission Expires 3-1-03
```

```
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ  Cellular Phones  ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ cphninq ¿
³                                              ³ Functions Available          ³
³ Phone #      (330)506-0373                   ³ F1 - Forward    F2- Backward ³
³ Account      012 - 0358746 - 4              ³ F3 - Show Services            ³
³ Cust Type    RETAIL                          ³ F4 - Free Minutes      NO     ³
³ Name         DONNA M ROBERTS                 ³ F5 - Phone Level Adjustments³
³ User                    Lock Code            ³ F6 - Switch Manager           ³
³ ESN          13407137063   Hex=866CE727     ³ F7 - Rate Plan Analysis       ³
³ Model        134     MITSUBISHI              ³ F8 - Minute Adjustments       ³
³ Location     H   HANDHELD                    ³ F9 - Phone Maintenance        ³
³ Salesman     NWS NILES/WARREN               ³ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ³
³ CSR ID       620 MICHAEL TRELLA              ³ Calls Thru   12/18/01 21:59 ³
³ Commission   999 NO COMMISSION               ³ Lease Billed          0.00 ³
³ Contract     0024 24 MONTH NEW ADD          ³ Lease Balance         0.00 ³
³ Activate     8/30/01                         ³ MTD Usage Charges  (No Tax) ³
³ Lock Date    8/30/01 Term Date  8/30/03      ³ Peak AirTime Used    179.0 ³
³ Toll Carrier 0288 AT&T                       ³ OffPeak AirTime Used 484.0 ³
³ Origination  INVENTORY                       ³ Total AirTime Used   663.0 ³
³ Lease                                        ³ Roamer Air Charges    5.36 ³
³ Campaign                                     ³ Toll Charges         42.43 ³
³ Standard Trnsmt #        Batch Date          ³ Other Charges         0.00 ³
³ Feature  Trnsmt #        Batch Date          ³ Total MTD            47.79 ³
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÙ
 Esc- Exit to Subscriber Profile                                              _
```

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5492

LOCATION:058                          DOBSON COMMUNICATIONS CORP                          ARAY
                                                                                         PAGE:   2
--------------------------------------------------------------------------------------------------
BIL013                            C A L L   R E P O R T                    DATE 12/19/01  TIME 11:23
--------------------------------------------------------------------------------------------------

PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)506-0373 | 12/11/01 | 10:15:11 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 10:44:03 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 11:02:00 | (330)506-0373 | INCOMING | 2.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 16:39:49 | (330)781-1906 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.20 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 18:06:17 | (330)781-1906 | YOUNGSTOWN OH | 5.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 18:40:12 | (330)788-6266 | YOUNGSTOWN OH | 5.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 18:45:59 | (330)788-6266 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 21:45:44 | (330)509-0271 | LOCAL | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 21:47:11 | (330)509-0271 | LOCAL | 2.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 21:54:00 | (330)509-0271 | LOCAL | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 21:55:28 | (330)509-0271 | LOCAL | 2.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 21:59:45 | (330)509-0271 | LOCAL | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 22:00:14 | (330)509-0271 | LOCAL | 2.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 22:03:07 | (330)506-0373 | INCOMING | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 23:01:16 | (330)509-0271 | LOCAL | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 23:44:27 | (330)509-0271 | LOCAL | 4.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/11/01 | 23:48:50 | (330)746-1682 | YOUNGSTOWN OH | 11.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 00:03:34 | (330)746-1682 | YOUNGSTOWN OH | 4.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 00:27:12 | (330)746-1682 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 00:31:56 | (330)746-1682 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 00:40:49 | (330)746-1682 | YOUNGSTOWN OH | 7.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 00:52:53 | (330)746-1682 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 00:58:05 | (330)746-8844 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 01:00:26 | (330)746-1682 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 01:12:11 | (330)746-1682 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 03:25:52 | (330)746-1682 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 03:38:49 | (330)609-7812 | WARREN    OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 03:48:35 | (330)506-0373 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 04:40:18 | (330)746-1682 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 06:36:19 | (330)747-6260 | YOUNGSTOWN OH | 3.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 12:48:14 | (330)747-6915 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 12:49:43 | (330)788-6267 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 12:52:22 | (330)788-6267 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 1:28:59 | (330)506-0373 | INCOMING | 2.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 13:46:46 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 16:01:53 | (330)788-6367 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 16:07:20 | (330)788-6366 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 16:12:56 | (330)609-7812 | WARREN    OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 16:19:37 | (330)744-4578 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/12/01 | 17:18:23 | (330)743-1801 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:09:53 | (330)536-6273 | LOWELLVL  OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:11:55 | (330)536-6930 | LOWELLVL  OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:12:59 | (330)404-4047 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:26:58 | (330)506-0373 | INCOMING | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |

```
LOCATION:058                        DOBSON COMMUNICATIONS CORP                    ARAY
                                                                                 PAGE:  3
----------------------------------------------------------------------------------------
BIL013                              C A L L   R E P O R T                DATE 12/19/01  TIME 11:23
----------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA

PHONE NUMBER   DATE      TIME     CALLED NUMBER  CALLED CITY    DUR  P DIR  AIR    TOLL   RMR    TOT    SID     ESN
```

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)506-0373 | 12/14/01 | 17:38:14 | (330)506-0373 | INCOMING | 2.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:43:49 | (330)744-5217 | YOUNGSTOWN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:47:46 | (330)506-0373 | INCOMING | 2.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 17:54:30 | (330)506-0373 | INCOMING | 1.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 18:04:46 | (330)506-0373 | INCOMING | 1.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 18:05:16 | (330)506-0373 | INCOMING | 1.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 18:18:25 | (330)744-8337 | YOUNGSTOWN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 18:34:43 | (330)746-5401 | YOUNGSTOWN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 18:35:10 | (330)744-2707 | YOUNGSTOWN OH | 3.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:23:35 | (330)744-8462 | YOUNGSTOWN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:24:16 | (330)404-5459 | YOUNGSTOWN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:30:28 | (330)506-0373 | INCOMING | 1.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:31:38 | (330)506-0373 | INCOMING | 1.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:32:12 | (330)506-0373 | INCOMING | 1.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:42:58 | (330)506-0373 | INCOMING | 2.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:49:24 | (330)759-3077 | YOUNGSTOWN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:59:01 | (330)506-0373 | INCOMING | 1.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 19:59:42 | (330)506-0373 | INCOMING | 1.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 20:14:43 | (330)506-0373 | INCOMING | 1.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 20:30:59 | (330)506-0373 | INCOMING | 1.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 20:35:47 | (216)373-9714 | CLEVELAND  OH | 2.0 | P ML | 0.00 | 0.47 | 0.00 | 0.47 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 20:37:08 | (330)744-8337 | YOUNGSTOWN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 21:20:00 | (216)373-9714 | CLEVELAND  OH | 1.0 | O ML | 0.00 | 0.24 | 0.00 | 0.24 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 22:01:42 | (330)506-0373 | INCOMING | 2.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 22:09:42 | (330)506-0373 | INCOMING | 1.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 22:43:40 | (216)373-9714 | CLEVELAND  OH | 5.0 | O ML | 0.00 | 1.17 | 0.00 | 1.17 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 22:48:55 | (216)373-9714 | CLEVELAND  OH | 5.0 | O ML | 0.00 | 1.17 | 0.00 | 1.17 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 22:53:50 | (216)373-9714 | CLEVELAND  OH | 3.0 | O ML | 0.00 | 0.70 | 0.00 | 0.70 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 22:56:48 | (216)373-9714 | CLEVELAND  OH | 2.0 | O ML | 0.00 | 0.47 | 0.00 | 0.47 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:00:22 | (216)373-9714 | CLEVELAND  OH | 22.0 | O ML | 0.00 | 4.38 | 0.00 | 4.38 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:21:59 | (330)506-0373 | INCOMING | 1.0 | O MF | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:22:31 | (216)373-9714 | CLEVELAND  OH | 9.0 | O ML | 0.00 | 1.80 | 0.00 | 1.80 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:35:05 | (216)373-9714 | CLEVELAND  OH | 11.0 | O ML | 0.00 | 2.20 | 0.00 | 2.20 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:46:34 | (800)957-7399 | 800 SVC | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:47:50 | (216)373-9714 | CLEVELAND  OH | 6.0 | O ML | 0.00 | 1.21 | 0.00 | 1.21 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:55:03 | (216)373-9714 | CLEVELAND  OH | 2.0 | O ML | 0.00 | 0.42 | 0.00 | 0.42 | 000000 | 13407137063 |
| (330)506-0373 | 12/14/01 | 23:57:45 | (330)799-1963 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:03:29 | (216)373-9714 | CLEVELAND  OH | 1.0 | O ML | 0.00 | 0.22 | 0.00 | 0.22 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:07:38 | (330)782-0086 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:08:48 | (330)747-3305 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:09:34 | (330)747-3417 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:14:18 | (330)747-1507 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:27:58 | (216)373-9714 | CLEVELAND  OH | 12.0 | O ML | 0.00 | 2.40 | 0.00 | 2.40 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 00:42:30 | (216)373-9714 | CLEVELAND  OH | 5.0 | O ML | 0.00 | 1.01 | 0.00 | 1.01 | 000000 | 13407137063 |

```
LOCATION:058                        DOBSON COMMUNICATIONS CORP                           ARAY
                                                                                        PAGE:   4
-------------------------------------------------------------------------------------------------
BIL013                           C A L L   R E P O R T                      DATE 12/19/01  TIME 11:23
-------------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS         DONNA

PHONE NUMBER    DATE      TIME    CALLED NUMBER  CALLED CITY      DUR P DIR  AIR    TOLL    RMR     TOT    SID    ESN

(330)506-0373 12/15/01  00:46:54  (216)373-9714  CLEVELAND  OH   2.0  O ML  0.00   0.42    0.00    0.42   000000 13407137063
(330)506-0373 12/15/01  00:50:48  (330)746-5401  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  00:52:30  (330)746-5401  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  00:54:19  (330)744-2441  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  00:55:05  (330)782-5986  YOUNGSTOWN OH   2.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  00:57:15  (330)782-5986  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  01:01:14  (330)782-5986  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  01:02:10  (216)373-9714  CLEVELAND  OH   2.0  O ML  0.00   0.42    0.00    0.42   000000 13407137063
(330)506-0373 12/15/01  01:05:11  (216)373-9714  CLEVELAND  OH   4.0  O ML  0.00   0.81    0.00    0.81   000000 13407137063
(330)506-0373 12/15/01  08:26:01  (330)652-8884  NILES      OH   2.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  08:34:19  (216)373-9714  CLEVELAND  OH   1.0  O ML  0.00   0.22    0.00    0.22   000000 13407137063
(330)506-0373 12/15/01  08:35:45  (216)373-9714  CLEVELAND  OH   1.0  O ML  0.00   0.22    0.00    0.22   000000 13407137063
(330)506-0373 12/15/01  09:15:18  (216)373-9714  CLEVELAND  OH   3.0  O ML  0.00   0.62    0.00    0.62   000000 13407137063
(330)506-0373 12/15/01  09:32:21  (330)404-0002  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  09:33:33  (330)506-0373  INCOMING        1.0  O LM  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  09:42:14  (330)404-0002  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  09:51:22  (330)742-4880  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  09:57:45  (330)742-4880  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  09:59:36  (330)744-5217  YOUNGSTOWN OH   3.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  10:06:45  (330)744-5217  YOUNGSTOWN OH   2.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  10:13:33  (330)744-0538  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  10:14:28  (330)744-0538  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  10:15:12  (330)747-9446  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  10:18:14  (330)744-5989  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  10:29:54  (330)744-0831  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  10:49:14  (330)743-1130  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  11:00:44  (330)536-6417  LOWELLVL   OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  11:04:53  (330)747-3951  YOUNGSTOWN OH   2.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  11:07:57  (330)743-5217  YOUNGSTOWN OH   2.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  11:10:05  (330)744-2707  YOUNGSTOWN OH   4.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  11:27:18  (330)744-2319  YOUNGSTOWN OH   3.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  11:29:55  (330)746-8173  YOUNGSTOWN OH   2.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  12:13:50  (330)652-8884  NILES      OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  12:21:48  (330)536-6417  LOWELLVL   OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  13:03:09  (330)652-8884  NILES      OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  13:53:38  (330)744-5217  YOUNGSTOWN OH   2.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  14:05:28  (330)536-6273  LOWELLVL   OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  14:09:55  (330)744-3781  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  14:10:17  (330)717-1476  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  14:11:28  (330)744-3781  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  14:45:46  (330)536-6273  LOWELLVL   OH   2.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/15/01  15:21:56  (216)373-9714  CLEVELAND  OH   1.0  O ML  0.00   0.22    0.00    0.22   000000 13407137063
(330)506-0373 12/15/01  15:22:19  (216)373-9714  CLEVELAND  OH   3.0  O ML  0.00   0.62    0.00    0.62   000000 13407137063
(330)506-0373 12/15/01  15:51:36  (330)518-3353  YOUNGSTOWN OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 13407137063
```

```
LOCATION:058                    DOBSON COMMUNICATIONS CORP                      ARAY
                                                                               PAGE:   5
-------------------------------------------------------------------------------------------
BIL013                          C A L L   R E P O R T                     DATE 12/19/01  TIME 11:23
-------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS        DONNA


PHONE NUMBER   DATE     TIME    CALLED NUMBER  CALLED CITY     DUR P DIR  AIR    TOLL    RMR     TOT     SID     ESN
```

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)506-0373 | 12/15/01 | 16:22:50 | (330)506-0373 | INCOMING | 1.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 17:35:45 | (216)373-9714 | CLEVELAND  OH | 8.0 | O ML | 0.00 | 1.61 | 0.00 | 1.61 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 17:43:31 | (330)782-5986 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 17:44:52 | (216)373-9714 | CLEVELAND  OH | 3.0 | O ML | 0.00 | 0.62 | 0.00 | 0.62 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 17:48:48 | (330)744-5217 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 18:15:18 | (330)404-4047 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 18:19:24 | (330)506-0373 | INCOMING | 2.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 18:21:02 | (330)744-3781 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 18:21:53 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 18:40:02 | (330)506-0373 | INCOMING | 3.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 18:52:25 | (330)788-1784 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 19:12:38 | (330)506-0373 | INCOMING | 1.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 19:25:26 | (330)726-6969 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 19:37:44 | (330)506-0373 | INCOMING | 1.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 19:49:45 | (330)726-6969 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:03:14 | (330)506-0373 | INCOMING | 1.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:08:23 | (330)747-3951 | YOUNGSTOWN OH | 2.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:10:26 | (330)744-2707 | YOUNGSTOWN OH | 3.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:14:07 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:14:41 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:17:09 | (330)404-0002 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:19:23 | (330)744-3781 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:25:49 | (330)652-1434 | NILES      OH | 2.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 20:33:27 | (330)744-5217 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 21:26:33 | (330)743-0650 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 21:50:32 | (330)506-0373 | INCOMING | 1.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 22:19:51 | (330)518-1920 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 22:27:41 | (330)747-3951 | YOUNGSTOWN OH | 5.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 22:33:13 | (330)759-3077 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 22:36:12 | (330)744-2707 | YOUNGSTOWN OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 22:42:58 | (330)536-6273 | LOWELLVL   OH | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 22:43:19 | (330)506-0373 | INCOMING | 2.0 | O MF | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/15/01 | 23:26:34 | (330)506-0373 | INCOMING | 1.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:04:56 | (330)744-5217 | YOUNGSTOWN OH | 2.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:06:31 | (216)373-9714 | CLEVELAND  OH | 1.0 | O ML | 0.00 | 0.22 | 0.00 | 0.22 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:08:30 | (330)744-2707 | YOUNGSTOWN OH | 4.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:12:26 | (330)506-0373 | INCOMING | 2.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:13:24 | (330)506-0373 | INCOMING | 2.0 | O MF | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:37:21 | (330)506-0373 | INCOMING | 1.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:38:07 | (330)506-0373 | INCOMING | 1.0 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:43:15 | (330)506-0373 | INCOMING | 2.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 00:49:04 | (216)373-9714 | CLEVELAND  OH | 6.0 | O ML | 0.00 | 1.21 | 0.00 | 1.21 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 01:02:07 | (330)506-0373 | INCOMING | 3.0 | O LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 13407137063 |
| (330)506-0373 | 12/16/01 | 01:05:18 | (216)373-9714 | CLEVELAND  OH | 5.0 | O ML | 0.00 | 1.01 | 0.00 | 1.01 | 000000 | 13407137063 |

```
LOCATION:058                        DOBSON COMMUNICATIONS CORP                    ARAY
                                                                                 PAGE:   6
--------------------------------------------------------------------------------------------
BIL013                            C A L L   R E P O R T              DATE 12/19/01  TIME 11:23
--------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA

PHONE NUMBER   DATE     TIME    CALLED NUMBER  CALLED CITY      DUR  P DIR  AIR     TOLL     RMR      TOT      SID     ESN

(330)506-0373 12/16/01 01:09:33  (800)957-7399  800 SVC         1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 01:12:30  (216)373-9714  CLEVELAND  OH   2.0  O ML  0.00    0.42     0.00     0.42    000006 13407137063
(330)506-0373 12/16/01 01:14:22  (216)373-9714  CLEVELAND  OH   2.0  O ML  0.00    0.42     0.00     0.42    000006 13407137063
(330)506-0373 12/16/01 01:37:29  (216)373-9714  CLEVELAND  OH   8.0  O ML  0.00    1.61     0.00     1.61    000006 13407137063
(330)506-0373 12/16/01 03:52:51  (216)373-9714  CLEVELAND  OH   3.0  O ML  0.00    0.62     0.00     0.62    000006 13407137063
(330)506-0373 12/16/01 04:07:02  (216)373-9714  CLEVELAND  OH   1.0  O ML  0.00    0.22     0.00     0.22    000006 13407137063
(330)506-0373 12/16/01 12:47:25  (330)404-0002  YOUNGSTOWN OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 13:04:16  (330)744-3781  YOUNGSTOWN OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 14:38:38  (330)744-8646  YOUNGSTOWN OH   2.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 16:16:18  (330)536-6274  LOWELLVL   OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 16:17:28  (330)536-6273  LOWELLVL   OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 16:20:31  (330)536-6930  LOWELLVL   OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 16:29:39  (330)506-0373  INCOMING        1.0  O LM  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 16:35:03  (330)506-0373  INCOMING        2.0  O LM  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 16:36:44  (330)744-3781  YOUNGSTOWN OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 16:50:31  (330)404-0002  YOUNGSTOWN OH   2.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 16:58:27  (330)744-1463  YOUNGSTOWN OH   2.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 17:00:53  (330)747-1750  YOUNGSTOWN OH   2.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 17:05:47  (330)744-3781  YOUNGSTOWN OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 17:09:28  (330)744-3781  YOUNGSTOWN OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 17:26:32  (216)373-9714  CLEVELAND  OH   1.0  O ML  0.00    0.22     0.00     0.22    000006 13407137063
(330)506-0373 12/16/01 17:40:56  (216)373-9714  CLEVELAND  OH   1.0  O ML  0.00    0.22     0.00     0.22    000006 13407137063
(330)506-0373 12/16/01 17:42:31  (216)373-9714  CLEVELAND  OH   4.0  O ML  0.00    0.81     0.00     0.81    000006 13407137063
(330)506-0373 12/16/01 17:48:03  (330)519-8337  YOUNGSTOWN OH   7.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 17:55:25  (216)373-9714  CLEVELAND  OH   4.0  O ML  0.00    0.81     0.00     0.81    000006 13407137063
(330)506-0373 12/16/01 17:58:53  (216)373-9714  CLEVELAND  OH   5.0  O ML  0.00    1.01     0.00     1.01    000006 13407137063
(330)506-0373 12/16/01 18:03:08  (330)747-1750  YOUNGSTOWN OH   4.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 18:08:55  (330)404-0002  YOUNGSTOWN OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 18:14:16  (330)506-0373  INCOMING        1.0  O LM  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 18:28:56  (330)747-1750  YOUNGSTOWN OH   2.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 18:39:02  (216)373-9714  CLEVELAND  OH   2.0  O ML  0.00    0.42     0.00     0.42    000006 13407137063
(330)506-0373 12/16/01 18:41:47  (330)404-0002  YOUNGSTOWN OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 18:59:12  (330)747-1750  YOUNGSTOWN OH   2.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 19:25:06  (330)506-0373  INCOMING        4.0  O LM  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 20:07:50  (330)518-3353  YOUNGSTOWN OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 20:12:24  (330)744-5217  YOUNGSTOWN OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 20:24:07  (330)746-5401  YOUNGSTOWN OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 20:28:09  (888)690-1923                  1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 20:30:32  (330)506-0373  INCOMING        2.0  O LM  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 20:32:47  (330)746-5401  YOUNGSTOWN OH   2.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 20:35:05  (330)404-0002  YOUNGSTOWN OH   2.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 20:37:20  (330)746-5401  YOUNGSTOWN OH   5.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 20:41:51  (330)404-0002  YOUNGSTOWN OH   1.0  O ML  0.00    0.00     0.00     0.00    000006 13407137063
(330)506-0373 12/16/01 20:42:50  (330)506-0373  INCOMING        1.0  O LM  0.00    0.00     0.00     0.00    000006 13407137063
```

```
LOCATION:058                    DOBSON COMMUNICATIONS CORP                        ARAY
                                                                                 PAGE:    7
------------------------------------------------------------------------------------------
BIL013                        C A L L   R E P O R T              DATE 12/19/01  TIME 11:23
------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS        DONNA


PHONE NUMBER   DATE       TIME      CALLED NUMBER  CALLED CITY    DUR  P DIR  AIR    TOLL    RMR    TOT    SID   ESN

(330)506-0373 12/16/01  20:43:55  (330)744-5217  YOUNGSTOWN OH   1.0  O ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  20:45:15  (330)746-5401  YOUNGSTOWN OH   4.0  O ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  20:50:20  (330)744-5217  YOUNGSTOWN OH   1.0  O ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:05:53  (888)690-1923                  1.0  O ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:06:48  (330)506-0373  INCOMING        1.0  O LM  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:07:54  (330)506-0373  INCOMING        1.0  O LM  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:08:12  (330)506-0373  INCOMING        2.0  O MF  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:13:09  (330)744-5217  YOUNGSTOWN OH   1.0  O ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:19:20  (330)506-0373  INCOMING        1.0  O LM  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:28:59  (330)747-0636  YOUNGSTOWN OH   1.0  O ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:30:00  (330)747-1750  YOUNGSTOWN OH   3.0  O ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:35:38  (330)747-1750  YOUNGSTOWN OH   1.0  O ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:36:35  (330)506-0373  INCOMING        2.0  O MF  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:41:34  (330)404-0002  INCOMING        1.0  O ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:48:24  (330)506-0373  INCOMING        1.0  O LM  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  21:58:27  (330)506-0373  INCOMING        1.0  O LM  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  22:07:50  (330)744-5217  YOUNGSTOWN OH   1.0  O ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  22:09:22  (330)506-0373  INCOMING        1.0  O LM  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/16/01  22:13:59  (330)506-0373  INCOMING        1.0  O LM  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  10:01:38  (330)652-8884  NILES      OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  10:34:07  (330)744-8642  YOUNGSTOWN OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  10:34:33  (330)744-8646  YOUNGSTOWN OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  10:35:07  (330)759-3077  YOUNGSTOWN OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  10:36:31  (330)744-2707  YOUNGSTOWN OH   4.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  10:40:14  (330)506-0373  INCOMING        1.0  P MF  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  10:56:52  (330)404-0002  YOUNGSTOWN OH   2.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  11:07:53  (330)746-5401  YOUNGSTOWN OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  11:08:16  (330)744-2707  YOUNGSTOWN OH   2.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  11:11:24  (330)744-8558  YOUNGSTOWN OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  11:12:02  (330)743-8558  YOUNGSTOWN OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  11:16:22  (330)743-8558  YOUNGSTOWN OH   2.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  11:19:49  (330)506-0373  INCOMING        2.0  P MM  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  11:43:13  (330)652-8884  NILES      OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  11:49:02  (330)506-0373  INCOMING        1.0  P MM  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  11:50:44  (330)536-6930  LOWELLVL   OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  11:54:57  (330)609-5838  WARREN     OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  12:06:56  (330)506-0373  INCOMING        1.0  P LM  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  12:25:38  (330)742-4880  YOUNGSTOWN OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  12:31:07  (330)742-4880  YOUNGSTOWN OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  12:33:14  (330)742-4880  YOUNGSTOWN OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  12:34:04  (330)742-4880  YOUNGSTOWN OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  12:34:58  (330)742-4880  YOUNGSTOWN OH   2.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  12:39:13  (330)746-3636  YOUNGSTOWN OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
(330)506-0373 12/17/01  12:40:15  (330)747-1750  YOUNGSTOWN OH   1.0  P ML  0.00   0.00   0.00   0.00   000000 13407137063
```

```
LOCATION:058                        DOBSON COMMUNICATIONS CORP                      ARAY
                                                                                   PAGE:    8
---------------------------------------------------------------------------------------------
BIL013                          C A L L   R E P O R T                   DATE 12/19/01  TIME 11:23
---------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT+012 0358746 4 ROBERTS        DONNA

PHONE NUMBER   DATE     TIME    CALLED NUMBER  CALLED CITY      DUR  P DIR  AIR    TOLL    RMR     TOT    SID    ESN

(330)506-0373 12/17/01 12:41:02 (330)404-0002 YOUNGSTOWN OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 12:42:37 (330)506-0373 INCOMING         1.0  P LM  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 13:03:27 (330)742-4880 YOUNGSTOWN OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 13:11:31 (330)746-3636 YOUNGSTOWN OH    2.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 13:12:41 (330)404-0002 YOUNGSTOWN OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 13:13:20 (330)404-0002 YOUNGSTOWN OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 13:13:48 (330)404-0002 YOUNGSTOWN OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 13:15:34 (330)652-8884 NILES     OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 13:16:26 (330)506-0373 INCOMING         1.0  P LM  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 13:26:33 (330)404-0002 YOUNGSTOWN OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 13:30:13 (330)506-0373 INCOMING         1.0  P LM  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 13:31:25 (330)743-2180 YOUNGSTOWN OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 13:39:46 (330)747-1750 YOUNGSTOWN OH    2.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 13:47:20 (330)506-0373 INCOMING         1.0  P LM  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 14:08:26 (330)744-8646 YOUNGSTOWN OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 14:08:53 (330)744-0831 YOUNGSTOWN OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 14:18:56 (330)506-0373 INCOMING         5.0  P LM  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 14:36:00 (330)652-8884 NILES     OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 14:57:35 (330)652-8884 NILES     OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 14:59:18 (330)506-0373 INCOMING         1.0  P LM  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 15:05:26 (330)404-0002 YOUNGSTOWN OH    2.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 15:06:38 (330)404-0002 YOUNGSTOWN OH    2.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 15:10:42 (330)652-8884 NILES     OH    1.0  P ML  0.00    0.00    0.00    0.00   000000 13407137063
(330)506-0373 12/17/01 15:11:14 (330)506-0373 INCOMING         2.0  P LM  0.00    0.00    0.00    0.00   000000 13407137063
                                                                -----       -----   -----   -----   -----
                                                                730.0 0.00  42.43   5.36    47.79
```

*No call detail after 12/17/01*

```
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ  Cellular Phones  ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ cphninq ¿
³                                                ³ Functions Available       ³
³ Phone #       (330)509-0270                    ³ F1 - Forward    F2- Backward³
³ Account       012 - 0358746 - 4                ³ F3 - Show Services        ³
³ Cust Type     RETAIL                           ³ F4 - Free Minutes    NO   ³
³ Name          DONNA M ROBERTS                  ³ F5 - Phone Level Adjustments³
³ User                    Lock Code 12345        ³ F6 - Switch Manager       ³
³ ESN           23702281473   Hex=ED22D001       ³ F7 - Rate Plan Analysis   ³
³ Model         237        MOTOROLA              ³ F8 - Minute Adjustments   ³
³ Location      C  01R PHONE                     ³ F9 - Phone Maintenance    ³
³ Salesman      NWS NILES/WARREN                 ³ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
³ CSR ID        618 JENNIFER BURRES              ³ Calls Thru   12/18/01 21:59 ³
³ Commission    999 NO COMMISSION                ³ Lease Billed         0.00 ³
³ Contract      0012 "12 MONTH NEW ADD"          ³ Lease Balance        0.00 ³
³ Activate      11/16/00                         ³ MTD Usage Charges  (No Tax) ³
³ Lock Date     11/16/00 Term Date 11/16/01      ³ Peak AirTime Used    22.5 ³
³ Toll Carrier 0288 AT&T                         ³ OffPeak AirTime Used 16.0 ³
³ Origination  PREV-OWN                          ³ Total AirTime Used   38.5 ³
³ Lease                                          ³ Roamer Air Charges   0.00 ³
³ Campaign                                       ³ Toll Charges         0.33 ³
³ Standard Trnsmt #         Batch Date           ³ Other Charges        0.00 ³
³ Feature  Trnsmt #         Batch Date           ³ Total MTD            0.33 ³
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÙ
 Esc- Exit to Subscriber Profile                                           _
```

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5500

```
LOCATION:058                        DOBSON COMMUNICATIONS CORP                    ARAY
                                                                                 PAGE:   2
--------------------------------------------------------------------------------------------
BIL013                          C A L L   R E P O R T              DATE 12/19/01  TIME 11:21
--------------------------------------------------------------------------------------------
PERIOD : 10/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA

 PHONE NUMBER   DATE      TIME    CALLED NUMBER  CALLED CITY     DUR  P DIR  AIR    TOLL    RMR     TOT    SID    ESN
```

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)509-0270 | 9/22/01 | 11:23:03 | (330)743-4141 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/22/01 | 11:24:50 | (330)743-4141 | YOUNGSTOWN OH | 2.5 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/22/01 | 11:28:21 | (330)394-9453 | WARREN    OH | 1.5 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/22/01 | 11:42:49 | (330)394-9453 | WARREN    OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/25/01 | 13:44:49 | (330)841-2529 | WARREN    OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/25/01 | 13:46:10 | (330)509-0270 | INCOMING     | 1.5 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/25/01 | 13:48:50 | (330)394-9453 | WARREN    OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/25/01 | 13:53:28 | (330)509-0270 | INCOMING     | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/26/01 | 11:42:37 | (330)609-7812 | WARREN    OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/26/01 | 11:46:19 | (330)841-2529 | WARREN    OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/26/01 | 11:55:19 | (330)609-7812 | WARREN    OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/26/01 | 13:13:03 | (330)509-0270 | INCOMING     | 1.5 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/27/01 | 13:05:33 | (330)394-9453 | WARREN    OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/28/01 | 11:08:28 | (330)841-2708 | WARREN    OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/28/01 | 11:27:53 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/29/01 | 11:39:47 | (330)394-9453 | WARREN    OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 9/29/01 | 17:32:27 | (330)509-0270 | INCOMING     | 1.5 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/01/01 | 13:20:59 | (330)394-9453 | WARREN    OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/01/01 | 21:32:40 | (330)509-0270 | INCOMING     | 1.5 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/02/01 | 13:30:18 | (330)509-0270 | INCOMING     | 7.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/04/01 | 17:30:49 | (330)744-8431 | YOUNGSTOWN OH | 3.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/04/01 | 17:34:07 | (330)743-4141 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/04/01 | 17:36:39 | (330)609-7812 | WARREN    OH | 2.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/05/01 | 11:41:47 | (330)394-9453 | WARREN    OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/05/01 | 11:49:46 | (330)509-0270 | INCOMING     | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/06/01 | 15:54:20 | (330)394-9453 | WARREN    OH | 1.5 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/11/01 | 11:35:57 | (330)394-7827 | WARREN    OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/11/01 | 11:38:15 | (330)743-4507 | YOUNGSTOWN OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/11/01 | 12:20:47 | (330)509-0270 | INCOMING     | 6.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/13/01 | 12:40:11 | (330)509-0270 | INCOMING     | 4.5 | C | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/17/01 | 11:18:47 | (330)609-7812 | WARREN    OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/18/01 | 11:49:54 | (330)394-7827 | WARREN    OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |

```
                                                                  -----  -----  -----  -----  -----
                                                                  65.0    0.00   0.00   0.00   0.00
```

LOCATION:058                          DOBSON COMMUNICATIONS CORP                          ARAY
                                                                                         PAGE:   2
--------------------------------------------------------------------------------------------------
BIL013                              C A L L   R E P O R T                    DATE 12/19/01  TIME 11:22
--------------------------------------------------------------------------------------------------
PERIOD : 11/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)509-0270 | 10/22/01 | 13:22:29 | (330)509-0270 | INCOMING | | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/22/01 | 21:13:56 | (330)509-0270 | INCOMING | | 2.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/22/01 | 21:18:04 | (330)509-0270 | INCOMING | | 1.5 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/23/01 | 13:06:05 | (330)394-9453 | WARREN | OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/23/01 | 13:14:30 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/23/01 | 13:16:49 | (330)394-9453 | WARREN | OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/24/01 | 12:14:06 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/29/01 | 13:27:21 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/30/01 | 12:23:17 | (330)394-9453 | WARREN | OH | 5.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/31/01 | 14:01:54 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/31/01 | 14:02:22 | (330)394-9453 | WARREN | OH | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 10/31/01 | 21:05:58 | (330)509-0270 | INCOMING | | 1.5 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/02/01 | 13:07:06 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/03/01 | 13:53:01 | (330)394-9453 | WARREN | OH | 4.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/03/01 | 13:57:18 | (330)394-9453 | WARREN | OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/03/01 | 16:51:21 | (330)509-0270 | INCOMING | | 1.5 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/05/01 | 12:05:32 | (330)609-7812 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/05/01 | 12:10:51 | (330)609-7812 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/06/01 | 12:16:12 | (330)743-4507 | YOUNGSTOWN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/06/01 | 12:16:57 | (330)509-0270 | INCOMING | | 2.5 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/06/01 | 13:32:59 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/07/01 | 12:05:12 | (330)509-0270 | INCOMING | | 4.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/07/01 | 12:11:09 | (330)743-4507 | YOUNGSTOWN | OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/07/01 | 12:35:53 | (330)394-9453 | WARREN | OH | 2.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/08/01 | 13:38:03 | (330)394-9453 | WARREN | OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/09/01 | 11:40:48 | (330)509-0270 | INCOMING | | 1.5 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/09/01 | 12:02:33 | (330)509-0270 | INCOMING | | 2.5 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/09/01 | 12:13:48 | (330)856-4774 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/12/01 | 12:51:24 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/13/01 | 13:05:53 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 09:57:18 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 09:59:25 | (330)372-8800 | WARREN | OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 10:00:54 | (330)372-8800 | WARREN | OH | 4.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 10:05:32 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 12:44:21 | (330)394-9453 | WARREN | OH | 1.5 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 13:07:37 | (330)509-0270 | INCOMING | | 1.0 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/16/01 | 21:12:13 | (330)509-0270 | INCOMING | | 3.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/19/01 | 11:02:01 | (330)509-0270 | INCOMING | | 1.5 | P | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/19/01 | 12:52:14 | (330)744-9611 | YOUNGSTOWN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/20/01 | 12:50:04 | (330)394-9453 | WARREN | OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |
| (330)509-0270 | 11/20/01 | 13:59:04 | (330)394-9453 | WARREN | OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 23702281473 |

                                                                71.5      0.00      0.00      0.00      0.00

```
LOCATION:058                        DOBSON COMMUNICATIONS CORP                        ARAY
                                                                                     PAGE:    9
-------------------------------------------------------------------------------------------------
BIL013                          C A L L   R E P O R T                        DATE 12/19/01  TIME 11:23
-------------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS         DONNA


PHONE NUMBER   DATE      TIME     CALLED NUMBER  CALLED CITY      DUR  P DIR  AIR    TOLL    RMR     TOT    SID    ESN

(330)509-0270 11/21/01  14:26:29  (330)509-0270  INCOMING         7.0  P LM  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 11/21/01  14:45:09  (330)509-0270  INCOMING         2.0  P LM  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 11/21/01  21:21:07  (330)609-7812  WARREN      OH   2.0  O ML  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 11/24/01  12:55:19  (330)509-0270  INCOMING         1.0  O LM  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 11/24/01  13:23:52  (330)394-9453  WARREN      OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 11/24/01  13:44:43  (330)394-9453  WARREN      OH   2.0  O ML  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 11/24/01  14:02:23  (330)394-9453  WARREN      OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 11/26/01  11:23:43  (330)509-0270  INCOMING         1.0  P MM  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 11/26/01  21:50:21  (330)509-0270  INCOMING         2.0  O LM  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 11/27/01  12:44:24  (330)394-9453  WARREN      OH   1.0  P ML  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 11/27/01  12:45:08  (330)394-9453  WARREN      OH   1.0  P ML  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 11/30/01  11:25:50  (330)394-9453  WARREN      OH   4.0  P ML  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 12/01/01  11:04:54  (330)394-9453  WARREN      OH   1.0  O ML  0.00   0.00    0.00    0 00   000000 23702281473
(330)509-0270 12/01/01  12:05:30  (330)609-7013  WARREN      OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 12/03/01  21:43:55  (330)609-7812  WARREN      OH   2.0  O ML  0.00   0.33    0.00    0.33   000000 23702281473
(330)509-0270 12/04/01  10:41:58  (330)394-9453  WARREN      OH   2.0  P ML  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 12/05/01  14:47:22  (330)743-4507  YOUNGSTOWN  OH   1.0  P ML  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 12/05/01  14:50:58  (330)509-0270  INCOMING         1.0  P LM  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 12/05/01  14:53:15  (330)373-6575  WARREN      OH   1.0  P ML  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 12/08/01  11:46:37  (330)609-7812  WARREN      OH   1.0  O ML  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 12/08/01  11:47:36  (330)509-0270  INCOMING         2.0  O LM  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 12/10/01  12:52:57  (330)509-0270  INCOMING         1.0  P MM  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 12/11/01  13:07:58  (330)509-0270  INCOMING         2.0  P LM  0.00   0.00    0.00    0.00   000000 23702281473
(330)509-0270 12/11/01  21:04:38  (330)509-0270  INCOMING         1.0  O LM  0.00   0.00    0.00    0.00   000000 23702281473
                                                                 -----      -----  -----   -----   -----
                                                                 41.0       0.00   0.33    0.00    0.33
```

*No call detail for 12/12/01*

```
ÚÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ  Cellular Phones  ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ cphning ¿
³                                                  ³ Functions Available          ³
³ Phone #      (330)509-0271                        ³ F1 - Forward    F2- Backward³
³ Account      012 - 0358746 - 4                    ³ F3 - Show Services           ³
³ Cust Type    RETAIL                               ³ F4 - Free Minutes    NO      ³
³ Name         DONNA M ROBERTS                      ³ F5 - Phone Level Adjustments³
³ User                     Lock Code 12345          ³ F6 - Switch Manager          ³
³ ESN          25201165554  Hex=FC11C8F2            ³ F7 - Rate Plan Analysis      ³
³ Model        252      MOTOROLA STARTAC            ³ F8 - Minute Adjustments      ³
³ Location     C   01R PHONE                        ³ F9 - Phone Maintenance       ³
³ Salesman     NWS NILES/WARREN                     ³ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ³
³ CSR ID       618 JENNIFER BURRES                  ³ Calls Thru   12/30/01 20:06 ³
³ Commission   999 NO COMMISSION                    ³ Lease Billed          0.00  ³
³ Contract     0012 "12 MONTH NEW ADD"              ³ Lease Balance         0.00  ³
³ Activate     11/16/00                             ³ MTD Usage Charges  (No Tax) ³
³ Lock Date    11/16/00 Term Date 11/16/01          ³ Peak AirTime Used     0.0   ³
³ Toll Carrier 0288 AT&T                            ³ OffPeak AirTime Used  0.0   ³
³ Origination  PREV-OWN                             ³ Total AirTime Used    0.0   ³
³ Lease                                             ³ Roamer Air Charges    0.00  ³
³ Campaign                                          ³ Toll Charges          0.00  ³
³ Standard Trnsmt #       Batch Date                ³ Other Charges         0.00  ³
³ Feature  Trnsmt #       Batch Date                ³ Total MTD             0.00  ³
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÙ
 Esc- Exit to Subscriber Profile                                              _
```

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5504

LOCATION:058                          DOBSON COMMUNICATIONS CORP                        ARAY
                                                                                       PAGE:   3

BIL013                          C A L L   R E P O R T                  DATE 12/19/01  TIME 11:21

PERIOD : 10/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)509-0271 | 9/22/01 | 14:47:59 | (330)394-9453 | WARREN OH | 2.5 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 9/25/01 | 12:31:20 | (330)392-1571 | WARREN OH | 3.5 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 9/25/01 | 12:37:54 | (330)394-7827 | WARREN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 9/27/01 | 17:22:50 | (330)609-7812 | WARREN OH | 2.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/01/01 | 18:43:15 | (330)509-0271 | INCOMING | 1.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/03/01 | 17:35:22 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/03/01 | 19:23:28 | (330)743-4507 | YOUNGSTOWN OH | 7.5 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/04/01 | 13:56:24 | (330)394-9453 | WARREN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/05/01 | 17:58:46 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/13/01 | 11:27:23 | (330)609-7812 | WARREN OH | 2.5 | O ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/15/01 | 11:46:12 | (330)509-0271 | INCOMING | 1.0 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/15/01 | 19:54:49 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/16/01 | 12:35:38 | (330)609-7812 | WARREN OH | 1.5 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/16/01 | 17:51:34 | (330)747-6915 | YOUNGSTOWN OH | 1.0 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/16/01 | 20:04:35 | (330)743-4507 | YOUNGSTOWN OH | 1.5 | P ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 10/18/01 | 16:32:48 | (330)509-0271 | INCOMING | 1.5 | P LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |

                                                      -----  -----  -----  -----  -----
                                                      30.5   0.00   0.00   0.00   0.00

                                                      -----  -----  -----  -----  -----
                                                     140.5   0.00   0.00   0.00   0 00

```
LOCATION:058                        DOBSON COMMUNICATIONS CORP                           ARAY
                                                                                        PAGE:   1
--------------------------------------------------------------------------------------------------
BIL013                          C A L L   R E P O R T                    DATE 12/19/01  TIME 11:22
--------------------------------------------------------------------------------------------------
PERIOD : 11/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA

  PHONE NUMBER   DATE      TIME     CALLED NUMBER  CALLED CITY    DUR  P DIR  AIR     TOLL    RMR     TOT    SID    ESN

(330)509-0271 10/23/01  12:01:43  (330)609-7812  WARREN    OH   1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/23/01  12:20:37  (330)509-0271  INCOMING       1.0  P LM  0.00    0.00    0.00    0.00   000000 25201165554
(330)509 0271 10/23/01  19:08:19  (330)544-2876  NILES     OH   1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/23/01  19:18:51  (330)898-1185  WARREN    OH   1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/23/01  19:22:28  (330)743-6819  YOUNGSTOWN OH  1.0  P ML  0.00    0.00    0.00    0.03   000000 25201165554
(330)509-0271 10/23/01  20:08:49  (330)509-0271  INCOMING       4.5  P LM  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/24/01  17:32:13  (330)743-4141  YOUNGSTOWN OH  1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/24/01  19:03:39  (330)743-4507  YOUNGSTOWN OH  2.5  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/26/01  12:57:59  (330)509-0271  INCOMING       1.0  P LM  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/26/01  17:20:23  (330)743-4507  YOUNGSTOWN OH  1.0  P ML  0.00    0.00    0.00    0.00   020000 25201165554
(330)509-0271 10/26/01  17:20:56  (330)393-9295  WARREN    OH   1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/26/01  18:07:39  (330)743-4507  YOUNGSTOWN OH  1.0  P ML  0.00    0.00    0.00    0.00   060000 25201165554
(330)509-0271 10/26/01  19:46:13  (330)719-8757  YOUNGSTOWN OH  1.5  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/29/01  17:48:31  (330)509-0271  INCOMING       3.5  P LM  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/29/01  17:54:17  (330)509-0271  INCOMING       1.0  P LM  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/30/01  18:22:55  (330)743-6819  YOUNGSTOWN OH  1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/30/01  19:04:59  (330)743-4507  YOUNGSTOWN OH 11.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 10/31/01  17:52:50  (330)743-4507  YOUNGSTOWN OH  3.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509 0271 11/01/01  14:26:16  (330)394-9453  WARREN    OH   1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/01/01  17:08:55  (330)394-9453  WARREN    OH   1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/02/01  18:16:11  (330)743-4507  YOUNGSTOWN OH  7.5  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/05/01  10:26:06  (330)394-9453  WARREN    OH   1.5  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/05/01  17:32:27  (330)743-4507  YOUNGSTOWN OH  4.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/06/01  11:55:40  (330)609-7812  WARREN    OH   1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/06/01  12:16:57  (330)509-0270  LOCAL          2.5  P MM  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/07/01  17:18:17  (330)743-4507  YOUNGSTOWN OH  1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/10/01  09:49:40  (330)509-0271  INCOMING       1.0  O LM  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/10/01  19:07:21  (330)509-0271  INCOMING       1.0  O LM  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/11/01  13:09:29  (330)509-0271  INCOMING       1.0  O LM  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/12/01  17:22:40  (330)743-4507  YOUNGSTOWN OH  1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/14/01  20:28:49  (330)743-4507  YOUNGSTOWN OH  3.5  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/16/01  11:27:48  (330)609-7812  WARREN    OH   1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/16/01  18:25:04  (330)743-6819  YOUNGSTOWN OH  1.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/16/01  19:13:22  (330)743-4507  YOUNGSTOWN OH  4.0  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/17/01  15:27:29  (330)394-9453  WARREN    OH   1.0  O ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/19/01  11:36:21  (330)509-0271  INCOMING       1.0  P LM  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/19/01  17:29:38  (330)743-4507  YOUNGSTOWN OH  1.5  P ML  0.00    0.00    0.00    0.00   000000 25201165554
(330)509-0271 11/20/01  17:39:43  (330)509-0271  INCOMING       1.0  P LM  0.00    0.00    0.00    0.00   000000 25201165554
                                                              -----  -----  -----  -----  -----
                                                               75.5   0.00   0.00   0.00   0.00

                                                              -----  -----  -----  -----  -----
                                                              216.0   0.00   0.00   0.00   0.00
```

```
LOCATION:058                        DOBSON COMMUNICATIONS CORP                          ARAY
                                                                                    PAGE:   10
---------------------------------------------------------------------------------------------
BIL013                            C A L L   R E P O R T                  DATE 12/19/01  TIME 11:23
---------------------------------------------------------------------------------------------
PERIOD : 12/01

ACCOUNT=012 0358746 4 ROBERTS          DONNA

PHONE NUMBER   DATE      TIME     CALLED NUMBER  CALLED CITY    DUR P DIR  AIR    TOLL    RMR     TOT    SID   ESN
```

| PHONE NUMBER | DATE | TIME | CALLED NUMBER | CALLED CITY | DUR | P | DIR | AIR | TOLL | RMR | TOT | SID | ESN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (330)509-0271 | 11/20/01 | 18:16:19 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/21/01 | 18:05:18 | (330)898-1274 | WARREN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/21/01 | 18:06:23 | (330)898-1274 | WARREN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/21/01 | 18:06:38 | (330)898-1274 | WARREN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/21/01 | 18:08:02 | (330)743-4507 | YOUNGSTOWN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/22/01 | 13:45:10 | (330)743-4507 | YOUNGSTOWN OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/23/01 | 13:52:18 | (330)394-9453 | WARREN OH | 5.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/26/01 | 11:23:43 | (330)509-0270 | LOCAL | 1.0 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/26/01 | 17:26:07 | (000)000-0911 | NO CHARGE | 0.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/26/01 | 17:27:11 | (330)841-2515 | WARREN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/28/01 | 09:53:22 | (330)393-1565 | WARREN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/28/01 | 09:54:01 | (330)393-3003 | WARREN OH | 6.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/29/01 | 10:39:07 | (330)393-3003 | WARREN OH | 2.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/29/01 | 11:50:00 | (330)744-8977 | YOUNGSTOWN OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/30/01 | 18:57:44 | (330)743-6819 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 11/30/01 | 19:01:07 | (330)743-4507 | YOUNGSTOWN OH | 5.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/01/01 | 11:52:27 | (330)509-0271 | INCOMING | 1.0 | O | LM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/01/01 | 18:33:10 | (330)743-4507 | YOUNGSTOWN OH | 17.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/03/01 | 17:39:08 | (330)743-4507 | YOUNGSTOWN OH | 4.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/04/01 | 12:30:17 | (330)394-9453 | WARREN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/04/01 | 17:44:55 | (330)743-4507 | YOUNGSTOWN OH | 3.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/07/01 | 17:45:21 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/09/01 | 12:34:55 | (330)609-7812 | WARREN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/09/01 | 14:02:49 | (330)609-7812 | WARREN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/09/01 | 18:37:49 | (330)609-7812 | WARREN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/09/01 | 20:44:13 | (330)746-1682 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/10/01 | 07:49:57 | (330)746-1682 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/10/01 | 12:52:57 | (330)509-0270 | LOCAL | 1.0 | P | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 21:02:17 | (330)743-4507 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 11:24:34 | (330)781-1906 | YOUNGSTOWN OH | 1.0 | P | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 21:45:44 | (330)509-0271 | INCOMING | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 21:47:11 | (330)509-0271 | INCOMING | 2.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 21:54:00 | (330)509-0271 | INCOMING | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 21:55:28 | (330)509-0271 | INCOMING | 2.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 21:59:45 | (330)509-0271 | INCOMING | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 22:00:14 | (330)509-0271 | INCOMING | 2.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 22:03:07 | (330)506-0373 | LOCAL | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 22:26:16 | (330)744-8431 | YOUNGSTOWN OH | 1.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 22:58:55 | (330)744-8431 | YOUNGSTOWN OH | 2.0 | O | ML | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 23:01:16 | (330)509-0271 | INCOMING | 1.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |
| (330)509-0271 | 12/11/01 | 23:44:27 | (330)509-0271 | INCOMING | 4.0 | O | MM | 0.00 | 0.00 | 0.00 | 0.00 | 000000 | 25201165554 |

```
                                                              88.0   0.00    0.00    0.00    0.00


                                                             859.0   0.00   42.76    5.36   48.12
```

No call detail for 12/12/01

STATE OF ILLINOIS              )
                               )
COUNTY OF LAKE                 )                                   322

## CERTIFICATION

I, Barbara S. Sacks, am the Custodian of Records for Zurich Life Insurance Company of America.  I hereby certify, under the penalty of perjury that the following is true and correct:

1.     The attached records, consisting of 23 pages of the duplicate policy for life insurance policy no. ZL6856053, issued to Robert Fingerhut,:

   (A)   were made at or near the time of the occurrence of the matters set forth by, or from, information transmitted by a person with knowledge of those matters.
   (B)   were kept in the course of regularly conducted activity of Zurich Life Insurance Company of America.
   (C)   were made by the regularly conducted activity of Zurich Life Insurance Company of America as a regular business practice.

2.     Policy no. ZL6856053 was in full force and effect on December 11, 2001 with a face value of $250,000.00.

Signed under the pains and penalties of perjury this 21st day of October, 2002

_____

Barbara S. Sacks
Custodian of Records


The above named individual, personally known to me, appeared before me and executed this document of his/her free will, this 21st day of October, 2002.

_____
Signature
Notary Public

My Commission Expires: _____

```
OFFICIAL SEAL
EMILY S BAILEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 03-08-06
```

**Zurich Life Insurance Company of America**
A Stock Life Insurance Company
1600 McConnor Parkway
Schaumburg, Illinois 60196-6801
(800) 321-9313


**ZURICH LIFE**

| Insured | ROBERT S FINGERHUT | Age | 53 |
| Policy Date | AUG 19 1998 | Policy Number | ZL6856053 |
| Face Amount | $250,000 | | |

DUPLICATE

**20 DAY RIGHT TO EXAMINE POLICY**
**At any time within 20 days of receiving this policy you may return it to us or to the agent who sold it to you. Upon such delivery or mailing, this policy will be deemed void and all premiums paid will be returned.**

We will pay the proceeds of this policy to the beneficiary when we receive due proof that the insured died while this policy was in force.

The insured is named in the Policy Specifications. If not later changed, the beneficiary is as named in the application.

We make these promises and issue this policy in consideration of the application for this policy and the payment of the premium due on the Policy Date.

The provisions that follow are part of this policy.

Signed for the Zurich Life Insurance Company of America at its home office in Schaumburg, Illinois.

Secretary                President

If this policy is in force:

Proceeds are payable at the insured's death prior to the Expiry Date; and

Premiums are payable during the lifetime of the insured until the Expiry Date.

Premiums vary by Policy Year as shown in the Policy Specifications.

Premiums can be changed in accordance with the Change of Premium Section and the Policy Specifications.

**TERM LIFE INSURANCE TO AGE 95 — CONVERTIBLE DURING THE FIRST TWENTY POLICY YEARS, OR TO AGE 70 IF EARLIER**

**NON-PARTICIPATING — NO ANNUAL DIVIDENDS**

This policy is a legal contract between you and us.

**READ YOUR POLICY CAREFULLY.**

Policy No. Z-5002

Z-5002

# INDEX

**Page No.**

| | |
|---|---|
| Age | Policy Specifications |
| Application | Attached to the Policy |
| Assignment | 6 |
| Beneficiary | Application, 7 |
| Change of Beneficiary | 7 |
| Change of Owner | 7 |
| Change of Plan | 6 |
| Change of Premium Section | 9 |
| Contestability | 6 |
| Contract | 6 |
| Conversion Section | 10 |
| Date of Issue | Policy Specifications |
| Definition of Terms Section | 5 |
| Evidence of Age, Death, Sex and Survival | 7 |
| Exchange Provision Section | 9 |
| Face Amount | Policy Specifications |
| General Section | 6 |
| Grace Period | 8 |
| Misstatement of Age and/or Sex | 6 |
| Non-Participating | 7 |
| Ownership Section | 7 |
| Premium Payment Section | 8 |
| Premiums (Amount Payable) | Policy Specifications |
| Proceeds Section | 8 |
| Reduction in Rate Class | 7 |
| Reinstatement | 8 |
| Right To Examine Policy | Front Cover |
| Settlement Option Section | 11 |
| Suicide | 6 |

Additional Benefits listed in the Policy Specifications, if any, are described in the additional benefit agreements that follow page 12.

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5510

POLICY SPECIFICATIONS

INSURED     ROBERT S FINGERHUT                        53          AGE

POLICY DATE AUGUST 19 1998                     ZL6856053   POLICY NO.

FACE AMOUNT $250,000

|  |  |  | FIRST YEAR |
|---|---|---|---|
| POLICY BENEFITS | COVERAGE AMOUNT | EXPIRY DATE | ANNUAL PREMIUM |
| ERM LIFE INSURANCE TO AGE 95 | $   250,000 | AUG 19 2040 | $1,005.00 |
| ACCELERATED DEATH BENEFIT |  | AUG 19 2040 |  |
| EXTENSION OF RATE GUARANTEE |  | AUG 19 2008 |  |

| TOTAL PREMIUMS | ANNUAL | SEMI-ANNUAL | QUARTERLY | MONTHLY PAC |
|---|---|---|---|---|
| FIRST YEAR | $1,005.00 | $522.60 | $301.50 | $87.44 |

THE EXCHANGE DATE IS THE 10TH ANNIVERSARY OF THIS POLICY.  HOWEVER, EXCHANGE IS
NOT ALLOWED IF THE INSURED'S ATTAINED AGE ON THE EXCHANGE DATE EXCEEDS AGE 75.

ANNUAL "CURRENT PREMIUMS AFTER THE FIRST POLICY YEAR" ARE SHOWN BEGINNING ON THE
NEXT PAGE.  ANNUAL "GUARANTEED MAXIMUM PREMIUMS AFTER THE FIRST POLICY YEAR" ARE
SHOWN ON THE PAGES THAT FOLLOW "CURRENT PREMIUMS AFTER THE FIRST POLICY YEAR".

AFTER THE FIRST 10 POLICY YEARS, PREMIUMS SHOWN WILL BE SUBJECT TO CHANGE IN
ACCORDANCE WITH THE CHANGE OF PREMIUM SECTION.  THE CURRENT ANNUAL PREMIUMS
AFTER ANY CHANGE CAN NEVER EXCEED THE GUARANTEED MAXIMUM ANNUAL PREMIUMS.

STANDARD NONTOBACCO RATE CLASS POLICY

POLICY SPECIFICATIONS

INSURED     ROBERT S FINGERHUT              53 YEARS        AGE AT ISSUE

POLICY
NUMBER      ZL6856053                       OCT 09, 2002    DATE OF ISSUE

BASIC POLICY
FACE AMOUNT     $250,000                     TERM TO AGE 95

CURRENT PREMIUMS AFTER THE FIRST POLICY YEAR:

| POLICY YEAR | ATT AGE | TERM LIFE INSURANCE PREMIUM | TOTAL ANNUAL PREMIUMS |
|---|---|---|---|
| 2 | 54 | 1,005.00 | 1,005.00 |
| 3 | 55 | 1,005.00 | 1,005.00 |
| 4 | 56 | 1,005.00 | 1,005.00 |
| 5 | 57 | 1,005.00 | 1,005.00 |
| 6 | 58 | 1,005.00 | 1,005.00 |
| 7 | 59 | 1,005.00 | 1,005.00 |
| 8 | 60 | 1,005.00 | 1,005.00 |
| 9 | 61 | 1,005.00 | 1,005.00 |
| 10 | 62 | 1,005.00 | 1,005.00 |
| 11 | 63 | 5,655.00 | 5,655.00 |
| 12 | 64 | 6,292.50 | 6,292.50 |
| 13 | 65 | 7,000.00 | 7,000.00 |
| 14 | 66 | 7,762.50 | 7,762.50 |
| 15 | 67 | 8,592.50 | 8,592.50 |
| 16 | 68 | 9,485.00 | 9,485.00 |
| 17 | 69 | 10,460.00 | 10,460.00 |
| 18 | 70 | 11,562.50 | 11,562.50 |
| 19 | 71 | 13,012.50 | 13,012.50 |
| 20 | 72 | 14,260.00 | 14,260.00 |
| 21 | 73 | 15,925.00 | 15,925.00 |
| 22 | 74 | 17,797.50 | 17,797.50 |
| 23 | 75 | 19,812.50 | 19,812.50 |
| 24 | 76 | 21,965.00 | 21,965.00 |
| 25 | 77 | 24,235.00 | 24,235.00 |
| 26 | 78 | 26,600.00 | 26,600.00 |
| 27 | 79 | 29,117.50 | 29,117.50 |
| 28 | 80 | 31,885.00 | 31,885.00 |
| 29 | 81 | 34,972.50 | 34,972.50 |
| 30 | 82 | 38,465.00 | 38,465.00 |
| 31 | 83 | 42,407.50 | 42,407.50 |
| 32 | 84 | 46,727.50 | 46,727.50 |
| 33 | 85 | 51,332.50 | 51,332.50 |

5002-10

POLICY SPECIFICATIONS

INSURED    ROBERT S FINGERHUT              53 YEARS        AGE AT ISSUE

POLICY
NUMBER    ZL6856053                  OCT 09, 2002    DATE OF ISSUE

BASIC POLICY
FACE AMOUNT    $250,000              TERM TO AGE 95

CURRENT PREMIUMS AFTER THE FIRST POLICY YEAR:

| POLICY YEAR | ATT AGE | TERM LIFE INSURANCE PREMIUM | TOTAL ANNUAL PREMIUMS |
|---|---|---|---|
| 34 | 86 | 56,132.50 | 56,132.50 |
| 35 | 87 | 61,092.50 | 61,092.50 |
| 36 | 88 | 66,112.50 | 66,112.50 |
| 37 | 89 | 71,260.00 | 71,260.00 |
| 38 | 90 | 76,605.00 | 76,605.00 |
| 39 | 91 | 82,235.00 | 82,235.00 |
| 40 | 92 | 88,332.50 | 88,332.50 |
| 41 | 93 | 95,147.50 | 95,147.50 |
| 42 | 94 | 103,795.00 | 103,795.00 |

5002-10

POLICY SPECIFICATIONS

| INSURED | ROBERT S FINGERHUT | 53 YEARS | AGE AT ISSUE |
| --- | --- | --- | --- |

| POLICY NUMBER | ZL6856053 | OCT 09, 2002 | DATE OF ISSUE |
| --- | --- | --- | --- |

BASIC POLICY
FACE AMOUNT      $250,000                    TERM TO AGE 95

GUARANTEED MAXIMUM PREMIUMS AFTER THE FIRST POLICY YEAR:

| POLICY YEAR | ATT AGE | TERM LIFE INSURANCE PREMIUM | TOTAL ANNUAL PREMIUMS |
| --- | --- | --- | --- |
| 2 | 54 | 1,005.00 | 1,005.00 |
| 3 | 55 | 1,005.00 | 1,005.00 |
| 4 | 56 | 1,005.00 | 1,005.00 |
| 5 | 57 | 1,005.00 | 1,005.00 |
| 6 | 58 | 1,005.00 | 1,005.00 |
| 7 | 59 | 1,005.00 | 1,005.00 |
| 8 | 60 | 1,005.00 | 1,005.00 |
| 9 | 61 | 1,005.00 | 1,005.00 |
| 10 | 62 | 1,005.00 | 1,005.00 |
| 11 | 63 | 11,247.50 | 11,247.50 |
| 12 | 64 | 12,525.00 | 12,525.00 |
| 13 | 65 | 13,940.00 | 13,940.00 |
| 14 | 66 | 15,465.00 | 15,465.00 |
| 15 | 67 | 17,122.50 | 17,122.50 |
| 16 | 68 | 18,907.50 | 18,907.50 |
| 17 | 69 | 20,860.00 | 20,860.00 |
| 18 | 70 | 23,065.00 | 23,065.00 |
| 19 | 71 | 25,965.00 | 25,965.00 |
| 20 | 72 | 28,460.00 | 28,460.00 |
| 21 | 73 | 31,787.50 | 31,787.50 |
| 22 | 74 | 35,532.50 | 35,532.50 |
| 23 | 75 | 39,562.50 | 39,562.50 |
| 24 | 76 | 43,867.50 | 43,867.50 |
| 25 | 77 | 48,407.50 | 48,407.50 |
| 26 | 78 | 53,137.50 | 53,137.50 |
| 27 | 79 | 58,175.00 | 58,175.00 |
| 28 | 80 | 63,710.00 | 63,710.00 |
| 29 | 81 | 69,882.50 | 69,882.50 |
| 30 | 82 | 76,867.50 | 76,867.50 |
| 31 | 83 | 84,752.50 | 84,752.50 |
| 32 | 84 | 93,392.50 | 93,392.50 |
| 33 | 85 | 102,602.50 | 102,602.50 |

POLICY SPECIFICATIONS

INSURED    ROBERT S FINGERHUT              53 YEARS       AGE AT ISSUE

POLICY
NUMBER    ZL6856053                OCT 09, 2002   DATE OF ISSUE

BASIC POLICY
FACE AMOUNT    $250,000                   TERM TO AGE 95

GUARANTEED MAXIMUM PREMIUMS AFTER THE FIRST POLICY YEAR:

| POLICY<br>YEAR | ATT<br>AGE | TERM LIFE<br>INSURANCE<br>PREMIUM | TOTAL<br>ANNUAL<br>PREMIUMS |
|---|---|---|---|
| 34 | 86 | 112,205.00 | 112,205.00 |
| 35 | 87 | 122,122.50 | 122,122.50 |
| 36 | 88 | 132,162.50 | 132,162.50 |
| 37 | 89 | 142,457.50 | 142,457.50 |
| 38 | 90 | 153,147.50 | 153,147.50 |
| 39 | 91 | 164,410.00 | 164,410.00 |
| 40 | 92 | 176,605.00 | 176,605.00 |
| 41 | 93 | 190,235.00 | 190,235.00 |
| 42 | 94 | 207,527.50 | 207,527.50 |

## DEFINITION OF TERMS SECTION

**Age at Issue:** The insured's age nearest birthday on the Policy Date. This is the Age shown in the Policy Specifications.

**Application:** The application for this policy attached to and made a part of this policy.

**Beneficiary:** The party(s) so named in the application, unless later changed as provided in this policy.

**Date of Issue:** The date shown in the Policy Specifications.  The Suicide and Contestability provisions use this date.

**Due Proof:** Information or evidence submitted to us sufficient to satisfy us of the existence of a fact or condition.

**Insured:** The person whose life is insured under this policy as shown in the Policy Specifications.

**Policy Anniversary:** The same day and month as the Policy Date for each succeeding year this policy remains in force.

**Policy Date:** The effective date of coverage under this policy if all the terms of the application are satisfied, including the payment of the premium due. The date from which policy anniversaries, policy years, policy months and premium due dates are determined. This date is shown in the Policy Specifications.

**Policy Specifications:** The pages of this policy so titled which show your benefits, premium and other information.

**Policy Year:** A one year period of time starting on successive policy anniversaries, with the first policy year starting on the Policy Date.

**Rate Class:** The mortality or morbidity classifications assigned under this policy.

**Request:** A request in writing on a form acceptable to us, signed by you and received by us.

**Supplemental Application:** A request for reinstatement of or a change to this policy.

**We, Our, Ours, Us:** Zurich Life Insurance Company of America, Schaumburg, Illinois 60196-6801.

**You, Your, Yours:** The party(s) named as owner in the application unless later changed as provided in this policy.

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5516

# GENERAL SECTION

**Contract**

This policy, with any proper changes, is the entire contract between you and us. Only our president, vice-president, secretary, or assistant secretary can change, modify, or waive any provisions of this policy.

This policy includes: 1. the Policy Specifications; 2. the attached application; and 3. any supplemental applications, riders, amendments or endorsements made a part of this policy.

**Contestability**

We rely on the statements made in the application for this policy. We also rely on statements made in any supplemental application or request for a change of this policy. In the absence of fraud, they are deemed representations and not warranties. In addition to the other reasons permitted by law, we can contest the validity of: 1. this policy; 2. any reduction in rate class; 3. reinstatement of this policy; or 4. any supplemental benefit or rider added, if:

a. any material misrepresentation of fact is made in the application, a supplemental application or a request; and

b. a copy of that application, supplemental application or request is attached to this policy when issued or is later made a part of this policy.

We will not contest the validity of this policy after it has been in force, during the insured's life, for 2 years from the Date of Issue. With respect to: 1. a reduction in rate class; 2. any reinstatement of this policy; or 3. any supplemental benefit or rider added, we will not contest the validity of the change or reinstatement after they have been in effect, during the insured's life, for 2 years.  However,we can always contest the validity of this policy for the non-payment of any premium due.

**Suicide**

We will limit the proceeds we pay under this policy if the insured commits suicide, while sane or insane:

1. within 2 years from the Date of Issue; and

2. after 2 years from the Date of Issue, but within 2 years from the effective date of the last reinstatement of this policy.

The limited amount will equal all premiums paid on this policy.

**Misstatement of Age and/or Sex**

If the age and/or sex of the insured was misstated to us, the benefits under this policy are those which the premiums paid would have bought for the insured's correct age and sex.

**Assignment**

You may assign this policy if you file the assignment or a certified copy with us. When filed, your rights and those of the beneficiary are subject to the assignment. No assignment is binding on us unless we receive it in writing. We are not responsible for the validity or sufficiency of any assignment. Any claim is subject to due proof of the interest of the assignee.

**Change of Plan**

You may change the plan or the amount of insurance or both as long as we both agree.

## GENERAL SECTION (Continued)

**Non-Participating**

This policy does not share in our surplus earnings.

**Beneficiary**

**Change** — Unless otherwise provided by request, you may change the beneficiary while this policy is in force. We may require you to send the policy to us. Such change is subject to any existing assignment of this policy. The change becomes effective when we record it. Once recorded, the effective date is the date the request was signed. The change is subject to any proceeds paid or other action taken by us before the change was recorded.

**Death** — Unless otherwise provided, and subject to any assignment:

1. if no primary beneficiary survives the insured, the proceeds will be paid to any contingent beneficiary(s) who survive(s) the insured;

2. if no beneficiary survives the insured, the proceeds of this policy will be paid to the estate of the insured;

3. the interest of any beneficiary who dies before the insured will pass to any beneficiaries in the same class (that is primary or contingent) who survive the insured, share and share alike; and

4. if a beneficiary dies at the same time as the insured or within 10 days after the death of the insured, the proceeds will be paid as if the insured had survived that beneficiary.

**Evidence of Age, Death, Sex and Survival**

We may require due proof of:

1. the death of any person which will result in proceeds being paid, or rights being transferred, under this policy;

2. the age and sex of any person on whose life an income is based; and

3. the continued survival of any person on whose life an income is based.

**Reduction in Rate Class**

You may request that we reduce your rate class if you are eligible.  We will allow a reduction in rate class if we receive satisfactory evidence that your health has improved.  A reduction in rate class will be subject to the following conditions.

1. You will be required to pay for any evidence we may need to establish your health.

2. Any evidence we may require must be provided by a company approved medical examiner.

3. A new Policy will not be issued. However, new Policy Specifications pages will be provided to you.

## OWNERSHIP SECTION

**Owner**

The owner of this policy is the insured unless another party is so named in the application. The owner may be changed while the insured is living, the owner may use all the rights and privileges granted by this policy.

**Change of Owner**

While the insured is living, you may change the owner by request.  Such change is subject to any existing assignment of this policy. The change becomes effective when we record it. Once recorded, the effective date is the date the request was signed. The change is subject to any proceeds paid or other action taken by us before the change was recorded.

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5518

## PREMIUM PAYMENT SECTION

**General**

Premium payments are payable to us at the home office or to an authorized representative. A receipt for premium payments signed by our secretary will be furnished if requested. The first premium is due on or before the date this policy is delivered to you. All premium checks must be made payable to us. A premium paid is deemed fully earned on its due date. Once earned, a premium is non-refundable except as may be specifically stated in this policy.

**Frequency**

Premiums are due in advance at the start of each billing period. At issue, the billing period you selected in the application will apply. The amount of premium due for a billing period is shown in the Policy Specifications. Subject to our minimums, the billing period may be annual, semi-annual, or quarterly. You can arrange by request: 1. to change the billing period; and 2. to have preauthorized payments withdrawn from your bank account. After the first policy year, the semi-annual, quarterly, or monthly payments for each policy year will be determined on the same basis as that used to determine the premium for the selected mode for the first policy year.

**Grace Period**

A grace period of 31 days will be allowed for payment of each premium after the first. This policy will continue in force during the grace period. If the premium remains unpaid at the end of the grace period, coverage will cease. If the insured dies during the grace period, the unpaid premium will be deducted from the proceeds.

**Reinstatement**

Reinstatement means to restore this policy to a normal in force status after it has gone into default because a premium due was not paid before the end of a grace period. We will reinstate this policy if we receive:

1. your request to do so: a. prior to the Expiry Date and the death of the insured, and b. within 3 years after the due date of the unpaid premium;

2. due proof that the insured is insurable at the rate class in effect as of the date of premium default.

3. payment of the premium from the date we agree to reinstate the policy to the next premium due date; and

4. the premium due for any coverage provided under the Grace Period.

A reinstatement will be effective only as of the date we approve your request for reinstatement.

## PROCEEDS SECTION

The proceeds are subject to adjustment under the Suicide and Misstatement of Age and/or Sex provisions. The amount of proceeds as defined below is subject to all provisions of this policy.

The proceeds payable on the death of the insured are equal to:

1. the face amount of this policy; plus

2. any supplemental benefits and riders payable on the life of the insured; less

3. any premium needed as set forth in the Grace Period provision; plus

4. any advanced premium deposits which are paid past the current payment period.

## CHANGE OF PREMIUM SECTION

Two sets of Total Annual Premiums for each policy year are shown in the Policy Specifications. One set is labeled "Current Premiums After First Policy Year." The other set is labeled "Guaranteed Maximum Premiums After First Policy Year." Premiums are subject to change as shown in the Policy Specifications. If anticipated future interest, expense, persistency, mortality or tax experience differs from those assumed in the current premium, the premium rates may change. It is anticipated, though, that "Current Premiums After First Policy Year" will be charged. We can never raise premiums above the respective "Guaranteed Maximum Premiums After First Policy Year."

If we change the "Current Premiums After First Policy Year," the change will be made for all insureds with the same issue age, sex, face amount, policy year, and rate class as the insured. Changes in health or occupation will not affect any change in the premium rates. We will not change the premium for any riders or benefits other than the term life insurance benefit or Other Insured Rider. We will send you: a. a notice of any change before it takes effect; and b. a new premium rate table when rates are changed which shows the then current premium rates for all policy years.

## EXCHANGE PROVISION SECTION

On the Exchange Date, we will exchange this policy for a new policy if we receive satisfactory evidence of insurability. The Exchange Date is shown in the Policy Specifications. All premiums due on this policy must have been paid before the Exchange Date. The face amount of the new policy must be equal to or less than the face amount of this policy. The new policy is subject to the following terms.

1. You must complete and submit a new application to us not more than 90 days or less than 60 days before the Exchange Date.

2. We must approve the issuance of the new policy before it can become effective.

3. You must pay the first premium on the new policy in order for the new policy to become effective.

4. Coverage under this policy terminates when coverage under the new policy begins.

5. The new policy will be on the same plan as this policy.

6. The policy date of the new policy will be the Exchange Date. The issue age on the new policy will be the insured's attained age nearest birthday on the Exchange Date. Annual premium rates for the new policy will be those applicable to such policies issued on the Exchange Date.

7. The Exchange Date and the maximum age when this policy may be exchanged are shown in the Policy Specifications.

8. Any rider or benefit in this policy can be included in the new one. Any rider or benefit is subject to the rules and premium rates we are using on the policy date of the new policy.

9. We will pay for the required evidence of insurability.

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5520

## CONVERSION SECTION

Whenever a policy is converted, the policy date of the new policy is the date of conversion. The premium for the new policy will be based on the rate in use on the date of conversion for the insured's: a. sex; b. then attained age; and c. rate class.  The policy form for the new policy will be the one in use on the date of conversion. If this policy is issued in a substandard class, the premium rate for the new policy will be based on the rate for that class for the plan chosen. A new suicide or contestable period will not apply to benefits converted from this policy to a new policy. These periods will be measured from the Date of Issue of this policy.

If you request, this policy may be converted to a whole life policy or to a flexible premium adjustable life policy on the insured without evidence of insurability providing that:

1. This policy has not reached the earlier of a. the 20th policy anniversary or b. the policy anniversary nearest the insured's 70th birthday;

2. no benefits are being paid under any Total and Permanent Disability Benefit;

3. no premiums on this policy are in default;

4. a. the premium rate per $1,000 of coverage amount on any new whole life policy, or b. the minimum initial premium rate per $1,000 of coverage amount on any new flexible premium adjustable life policy, is higher than the corresponding premium rate for this policy on the date of conversion;

5. the amount of coverage provided by the new policy is equal to or less than the amount of coverage provided by this policy; and

6. the amount of coverage provided by the new policy is at least equal to the minimum amount issued by us for the plan chosen.

## SETTLEMENT OPTION SECTION

**One Sum Settlement**

When the insured dies the proceeds will be paid in one sum unless otherwise provided.

**Optional Methods of Settlement**

In lieu of a single sum you or a beneficiary may elect payments according to the provisions below when the insured dies.

This privilege does not apply unless the beneficiary is a natural person acting in that person's own behalf.

**How to Elect**

**Owner:** You may elect to have the sum due paid: a. in accordance with one of the settlement option methods; or b. in some other manner on which you and we may agree.

The election is made by filing a request. Such election is subject to any existing assignment of this policy and will take effect only when endorsed by us, as a settlement agreement, during the lifetime of the insured.

**Beneficiary:** If the owner does not make an election before the death of the insured, a beneficiary may elect to have the sum due paid in accordance with one of the settlement options after the death of the insured and before any settlement is made. The election must provide that: a. payments will be made to the beneficiary; and b. any amounts remaining unpaid after the death of the beneficiary will be made to the estate of the beneficiary.

The election is made by filing a request.

**How to Change**

You may change the settlement agreement to any method of payment on which you and we may agree. You must file a request. Such change is subject to any existing assignment of this policy. The change takes effect when endorsed hereon by us during the lifetime of the insured.

**Excess Interest**

We may pay interest in excess of the guaranteed rate on proceeds held under any option. Excess interest is paid or credited in amounts and in such manner as we may determine.

**Proceeds at Interest**

**Optional Method 1:** We will hold all or part of the proceeds, if more than $10,000. We will pay interest of at least 2 1/2% per year each 6 months. The payee may take out sums of $1,000 or more at any time. If the payee dies  we will pay the principal and accrued interest to the payee's estate or to such other person properly elected.

**Fixed Years Instalments**

**Optional Method 2:** We will pay all or part of the proceeds of this policy in a fixed number of monthly instalments as shown in the table on the following page. Instalment payments will be limited to an amount of at least $100. If the payee dies before all instalments are paid, the value of the remaining instalments commuted at the interest rate used in calculating the payment will be paid to the payee's estate or to such other person properly elected.

The beneficiary has the right to receive the value of any unpaid instalments commuted at the interest rate used in calculating the payment.

**Life Income**

**Optional Method 3:** We will pay all or part of the proceeds of this policy in equal monthly instalments during the lifetime of the payee. Payments are determined from the Life Instalments Table for the sex and age at nearest birthday of the payee on the date this option becomes effective. Instalment payments are limited to an amount of at least $100.

If the payee dies before receiving all of any fixed year certain instalments, the value of the unpaid certain instalments commuted at the interest rate used in calculating the payment will be paid to the payee's estate or to such other person properly elected.

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5522

Z-5002                                                                                          Page 12

**Fixed Amounts Instalments**          **Optional Method 4:** We will pay all or any part of the proceeds of this policy in specified instalments each year, each 6 months, each 3 months or each month until the proceeds (including interest on the unpaid balance at 2 1/2% per year compound interest) are exhausted. The final payment is the unpaid balance of the proceeds. Instalment payments are limited to an amount of at least $100.

If the payee dies while we are holding any balance of the proceeds, such balance will be paid in one sum to the payee's estate or to such other person properly elected.

If this optional method is elected by the beneficiary, the beneficiary will have the right to withdraw the unpaid balance of the proceeds.

## Tables of Monthly Payments under Optional Methods 2 and 3 that $1,000 Will Obtain

The interest rate basis for calculating the monthly payments shown is 2 1/2% per year.

### Fixed Years Instalments Table — Optional Method 2

| No. of Years Elected | Monthly | No. of Years Elected | Monthly | No. of Years Elected | Monthly | No. of Years Elected | Monthly | No. of Years Elected | Monthly | No. of Years Elected | Monthly |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $84.28 | 6 | $14.93 | 11 | $8.64 | 16 | $6.30 | 21 | $5.08 | 26 | $4.34 |
| 2 | 42.66 | 7 | 12.95 | 12 | 8.02 | 17 | 6.00 | 22 | 4.90 | 27 | 4.22 |
| 3 | 28.79 | 8 | 11.47 | 13 | 7.49 | 18 | 5.73 | 23 | 4.74 | 28 | 4.12 |
| 4 | 21.86 | 9 | 10.32 | 14 | 7.03 | 19 | 5.49 | 24 | 4.60 | 29 | 4.02 |
| 5 | 17.70 | 10 | 9.39 | 15 | 6.64 | 20 | 5.27 | 25 | 4.46 | 30 | 3.93 |

### Life Instalments Table — Optional Method 3

| Age of Payee When 1st Instalment is Payable Male | Female | Life | With 10 Yrs. Certain | With 20 Yrs. Certain | With Instalment Refund | Age of Payee When 1st Instalment is Payable Male | Female | Life | With 10 Yrs. Certain | With 20 Yrs. Certain | With Instalment Refund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10& Under | 15& Under | $2.71 | $2.71 | 2.70 | $2.67 | 47 | 52 | $4.33 | $4.25 | $4.01 | $3.98 |
| 11 | 16 | 2.73 | 2.73 | 2.71 | 2.69 | 48 | 53 | 4.42 | 4.33 | 4.07 | 4.04 |
| 12 | 17 | 2.75 | 2.74 | 2.73 | 2.71 | 49 | 54 | 4.51 | 4.42 | 4.12 | 4.11 |
| 13 | 18 | 2.77 | 2.76 | 2.75 | 2.73 | 50 | 55 | 4.61 | 4.50 | 4.18 | 4.18 |
| 14 | 19 | 2.79 | 2.78 | 2.77 | 2.75 | 51 | 56 | 4.72 | 4.60 | 4.24 | 4.26 |
| 15 | 20 | 2.81 | 2.81 | 2.79 | 2.77 | 52 | 57 | 4.83 | 4.69 | 4.30 | 4.34 |
| 16 | 21 | 2.83 | 2.83 | 2.81 | 2.79 | 53 | 58 | 4.95 | 4.79 | 4.36 | 4.42 |
| 17 | 22 | 2.86 | 2.85 | 2.84 | 2.81 | 54 | 59 | 5.07 | 4.90 | 4.41 | 4.50 |
| 18 | 23 | 2.88 | 2.88 | 2.86 | 2.83 | 55 | 60 | 5.20 | 5.01 | 4.47 | 4.59 |
| 19 | 24 | 2.91 | 2.90 | 2.88 | 2.85 | 56 | 61 | 5.34 | 5.12 | 4.53 | 4.68 |
| 20 | 25 | 2.93 | 2.93 | 2.91 | 2.88 | 57 | 62 | 5.48 | 5.23 | 4.59 | 4.77 |
| 21 | 26 | 2.96 | 2.95 | 2.93 | 2.90 | 58 | 63 | 5.64 | 5.35 | 4.64 | 4.87 |
| 22 | 27 | 2.99 | 2.98 | 2.96 | 2.93 | 59 | 64 | 5.80 | 5.48 | 4.70 | 4.98 |
| 23 | 28 | 3.02 | 3.01 | 2.99 | 2.96 | 60 | 65 | 5.97 | 5.61 | 4.75 | 5.09 |
| 24 | 29 | 3.05 | 3.04 | 3.02 | 2.98 | 61 | 66 | 6.15 | 5.74 | 4.80 | 5.20 |
| 25 | 30 | 3.08 | 3.08 | 3.05 | 3.01 | 62 | 67 | 6.34 | 5.87 | 4.85 | 5.32 |
| 26 | 31 | 3.12 | 3.11 | 3.08 | 3.04 | 63 | 68 | 6.54 | 6.01 | 4.90 | 5.44 |
| 27 | 32 | 3.15 | 3.14 | 3.11 | 3.07 | 64 | 69 | 6.75 | 6.16 | 4.94 | 5.57 |
| 28 | 33 | 3.19 | 3.18 | 3.15 | 3.10 | 65 | 70 | 6.97 | 6.30 | 4.98 | 5.70 |
| 29 | 34 | 3.23 | 3.22 | 3.18 | 3.13 | 66 | 71 | 7.21 | 6.45 | 5.02 | 5.84 |
| 30 | 35 | 3.27 | 3.26 | 3.22 | 3.17 | 67 | 72 | 7.46 | 6.60 | 5.05 | 5.99 |
| 31 | 36 | 3.31 | 3.30 | 3.25 | 3.20 | 68 | 73 | 7.73 | 6.76 | 5.09 | 6.15 |
| 32 | 37 | 3.36 | 3.34 | 3.29 | 3.24 | 69 | 74 | 8.02 | 6.91 | 5.12 | 6.31 |
| 33 | 38 | 3.41 | 3.39 | 3.33 | 3.28 | 70 | 75 | 8.32 | 7.07 | 5.14 | 6.48 |
| 34 | 39 | 3.45 | 3.43 | 3.37 | 3.32 | 71 | 76 | 8.64 | 7.23 | 5.17 | 6.66 |
| 35 | 40 | 3.50 | 3.48 | 3.41 | 3.36 | 72 | 77 | 8.98 | 7.38 | 5.19 | 6.84 |
| 36 | 41 | 3.56 | 3.53 | 3.45 | 3.40 | 73 | 78 | 9.34 | 7.54 | 5.20 | 7.04 |
| 37 | 42 | 3.61 | 3.59 | 3.50 | 3.44 | 74 | 79 | 9.72 | 7.69 | 5.22 | 7.25 |
| 38 | 43 | 3.67 | 3.64 | 3.54 | 3.49 |  | 80 & Over |  |  |  |  |
| 39 | 44 | 3.73 | 3.70 | 3.59 | 3.53 | 75 |  | 10.13 | 7.84 | 5.23 | 7.47 |
| 40 | 45 | 3.79 | 3.76 | 3.64 | 3.58 | 76 |  | 10.57 | 7.98 | 5.23 | 7.47 |
| 41 | 46 | 3.86 | 3.82 | 3.69 | 3.63 | 77 |  | 11.03 | 8.13 | 5.25 | 7.94 |
| 42 | 47 | 3.93 | 3.88 | 3.74 | 3.68 | 78 |  | 11.53 | 8.26 | 5.26 | 8.19 |
| 43 | 48 | 4.00 | 3.95 | 3.79 | 3.74 | 79 |  | 12.06 | 8.36 | 5.26 | 8.45 |
| 44 | 49 | 4.08 | 4.02 | 3.84 | 3.80 | 80 & Over |  | 12.62 | 8.51 | 5.27 | 8.74 |
| 45 | 50 | 4.15 | 4.09 | 3.90 | 3.85 |  |  |  |  |  |  |
| 46 | 51 | 4.24 | 4.17 | 3.95 | 3.91 |  |  |  |  |  |  |

**Zurich Life Insurance Company of America**

1600 McConnor Parkway, Schaumburg, Illinois  60196-6801

**ACCELERATED DEATH BENEFIT RIDER**

| | |
|---|---|
| **IMPORTANT** | **Benefits as specified under the Policy will be reduced if you receive an Accelerated Death Benefit payment.** |
| | **The benefit payment under this Rider may be taxable or may affect eligibility for benefits under state or federal law. You should contact your personal tax advisor for specific advice. Neither the Company nor its agents can provide tax advice.** |
| **Effective Date** | This Rider is a part of the policy as of the Issue Date of the Policy. |
| **Definitions** | **Accelerated Death Benefit -** This is the amount of death benefit that you elect to accelerate when the insured is determined to be Terminally Ill. We will pay you the Accelerated Death Benefit less certain specified adjustments. |
| | **Terminally Ill -** This is when the insured has a life expectancy of 12 months or less due to an illness or physical condition. We will require proof, satisfactory to us, that the insured is Terminally Ill. This proof will include, but is not limited to, certification by a Physician. |
| | **Physician -** This must be a Physician licensed and practicing, within, the scope of his/her license, within the United States. The Physician must not be: you; the insured; or, related to either party by blood or marriage. |
| **Accelerated Death Benefit** | You may elect to have a portion of the death benefit accelerated when the insured is found to be Terminally Ill, subject to the terms and conditions of this Rider. The maximum Accelerated Death Benefit you may elect under this Policy is the lesser of: |
| | 1. 25% of the death benefit; or |
| | 2. $250,000. |
| | The total Accelerated Death Benefit available under all policies issued by us or our affiliates on the life of the insured will not exceed $250,000. The minimum death benefit you may elect to accelerate is $10,000. You may not request more than one Accelerated Death Benefit under this Rider. |
| **Adjustments** | We will charge an administration fee of $150 for processing an Accelerated Death Benefit.  This fee will be deducted from any payment made. |
| **Lien** | We will treat the Accelerated Death Benefit as a lien against your Policy. As a lien, we will charge you interest on the Accelerated Death Benefit. The maximum annual interest rate we may charge you is the greater of: |
| | 1. 7%; or |
| | 2. the current 90 day U.S. Treasury Bill rate in effect on the date that the Accelerated Death Benefit is paid. |
| **Effects on the Policy** | The death benefit payable under this Policy will be reduced by the amount of the lien. |

Z-2005

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5524

Z-2005                                                                                          Page 2

Any benefits payable under other riders attached to this Policy will not be affected by any benefit payable under this Rider. Premiums, without reduction, will still be payable on this Policy, including any premiums for riders.

**Conditions**

Payment of an Accelerated Death Benefit is subject to the conditions that follow:

1. This Rider is subject to the terms of the Contestability provision under this Policy.

2. The insured must not be Terminally Ill due to any attempt of suicide while the suicide provision under this Policy is in effect.

3. You may reinstate this Rider subject to the same terms which apply to the Policy.

4. You must send us a written request to elect the Accelerated Death Benefit. The written request must be in a form satisfactory to us.

5. Any irrevocable beneficiaries or assignees must send us a written consent to the Accelerated Death Benefit.  The written consent must be in a form satisfactory to us.

6. You must provide us with proof satisfactory to us that the insured is Terminally Ill. This proof must include a certification by a Physician, who is not: you; the insured; or, related to either party by blood or marriage. We reserve the right to obtain a second medical opinion at our expense. If there is a conflict of opinion, we reserve the right to make the final determination.

7. This Rider provides for the accelerated payment of the death benefit and is not intended to allow third parties to cause you to involuntarily invade your Policy proceeds ultimately payable to your beneficiary. Therefore, any election forced by creditors or government agencies will be honored only to the extent required by law.

**Relationship to the Policy**

This Rider is part of the Policy to which it is attached. The terms and conditions of the Policy apply to this Rider. Where the terms and conditions of the Policy and this Rider are in conflict, the terms and conditions of this Rider will prevail.

**Termination**

This Rider will terminate on the earliest of:

1. the date we pay you an Accelerated Death Benefit;

2. the date you ask us to do so in writing and send us the Policy;

3. the date this Policy lapses because a premium due is not paid within the required grace period; or

4. the policy anniversary that is 5 years before the Expiry Date of this Policy.

Signed for the Zurich Life Insurance Company of America at its home office in Schaumburg, Illinois.

_Donna P. Ryavok_                         _Jack R. Caruso_

Secretary                                          President

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5525

**Zurich Life Insurance Company of America**
1 Kemper Drive, Long Grove, Illinois  60049-0001

## Extension of Rate Guarantee Rider

This Rider is a part of the policy to which it is attached.  It is subject to all of the policy's provisions which are not inconsistent with this Rider.  If inconsistencies occur, the provisions of this Rider will apply.

**Benefit**

This Rider guarantees that while it is in effect, the Maximum Annual Premium due in each policy year will not exceed the total annual premiums paid in the first year or the first year after reinstatement, if later.

The Maximum Annual Premium may change if a different payment frequency is selected under the Premium Payment Section of the policy.

**Effective Date**

This Rider becomes effective on the Policy Date, as shown on the Policy Specifications Page.

**Termination**

This Rider will terminate on the earliest of:

      A.   the day after the expiry date of the Rider, as shown in the Policy Specifications;

      B.   the day coverage under this policy terminates;

      C.   the day after the end of a grace period, when a premium due remains unpaid.

**Reinstatement**

This Rider may be reinstated if:

      1.   The policy itself is being reinstated; and

      2.   The Rider terminated due to the termination of the policy according to the terms of the policy's Grace Period provision.

Signed for the Zurich Life Insurance Company of America at its home office in Long Grove, Illinois.

Secretary

President

Z-2003

**Zurich Life Insurance Company of America**
1400 American Lane
Schaumburg, IL 60173-4987
1-800-708-6799

**ZURICH LIFE**

*Life Insurance Application*
ZL685605

82

**PART 1**

## I. Proposed Insured

Full Name: Robert S. Fingerhut
☒ Male ☐ Female   Height: 508   Weight: 188
Birth Date: 10/24/45   Birth Place: NJ
Street Address: 254 Fonderlac St SE
City: Warren   State: OH Zip: 44484
County: Trumbull
Phone: Home: (330)609-7812 Work:(330)394-9453
Best time of day to reach: ☒ Morning ☐ Aft. ☐ Eve.
☒ At Home ☐ At Work

Driver's License Number: RS995340   State: OH
Social Security Number: 261968906
Employer: Self
Occupation: Owner
Specific Duties: Franchise/Greyhound Line
Years Employed: 3
Current annual earned income: 100000
Net worth: 650000
Purpose of Insurance:

## II. Other Insurance

Does any person to be covered have life insurance or annuities in force? ☒ Yes ☐ No
If "yes"   **Purpose**

| Name of Company | Amount | Personal/Business | Date of Issue | Person to be Covered |
|---|---|---|---|---|
| a. State Farm | $ 150000 | X / | 1978 | Robert Fingerhut |
| b. CNA Life | $ 250000 | X / | 1998 | Robert Fingerhut |
| c. | $ | / | | |

Within the past 6 months, has any person to be covered applied for life insurance,
or is any person to be covered currently applying with another company? ☒ Yes ☐ No
If "yes": Who?                What Company?                Amount?
Is this policy to replace any existing life insurance or annuity? ☐ Yes ☒ No
If "yes": Which policy(s)? ☐ a. ☐ b ☐ c

## III. New Insurance

Plan name: Z-210   Face amount $250000
Term rider: face amount: $   Child rider: 0   Units.

| Rider | Name of Rider Insured | Birth Date | Birth Place | Sex | Height/ Weight | Soc. Sec. Number | Occupation | Driver's Lic. Number & State | Relationship to Proposed Insured |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Who will pay premiums? ☒ Proposed Insured. ☐ Owner. ☐ Other. *If other, please give name and address in Remarks.*
Mode: ☐ Annual ☐ Semi-annual
☒ Monthly Bank Withdrawal (complete authorization on page 4).   Premium Quoted: $87.43

## IV. Beneficiary Information   Provide full name and relationship to Proposed Insured. If trust, give date:

Primary: Donna M. Roberts Fiancee 100%   Contingent:
Primary:   Contingent:
*The beneficiary of the coverage for persons other than the Proposed Insured will be the owner unless indicated otherwise in **Remarks**.*

## V. Owner   Complete only if other than Proposed Insured.

Name:
Street:
City:   State:   Zip:
County:

Relationship to Proposed Insured:
Social Security or Tax I.D #:
If trust, give date:

Form L4-10169 A- ZI3-OH   1

*Life Insurance Application*
**PART 2**

Answer the following questions for each person to be covered.

For any "yes" answers, please provide complete details in the **Remarks** section that follows. If the information is medical in nature, include: diagnosis, treatment, and medications; date of occurrence, duration, and current status; all names, addresses, and phone numbers of doctors, hospitals, and medical facilities.

1. Is any person to be covered taking, or has any person to be covered ever been advised to take, any medication?.......................................................................................................... ☒ Yes ☐ No

2. Within the past 10 years, has any person to be covered had or been diagnosed or treated by a member of the medical profession for: high blood pressure; stroke; heart, lung, kidney, or liver disease; diabetes; cancer or a tumor; colon disorder; back or spinal disorder; seizure or nervous disorder; alcohol or drug dependency; immune system disorder; digestive or genitourinary disorder; mental disorder or depression?............................................................................................................................... ☐ Yes ☒ No

3. Within the past 5 years, has any person to be covered:
   a. Been hospitalized; had any tests or blood studies ordered: consulted, been examined, or been treated by a member of the medical profession? ............................................................................ ☐ Yes ☒ No
   *If "yes", provide details of each visit to each doctor, hospital, and medical facility.*
   b. Engaged in, or within the next 12 months, does any person to be covered intend to engage in: skydiving, organized vehicle racing, hang gliding, scuba diving, parachuting, or mountain climbing?...................... ☐ Yes ☒ No
   c. Piloted or been a crew member of, or within the next 12 months, does any person to be covered intend to pilot or be a crew member of, an aircraft? ................................................................................ ☐ Yes ☒ No
   d. Had a driver's license suspended or revoked; had 3 or more moving violations; or been convicted of driving while impaired or intoxicated? ...................................................................................... ☐ Yes ☒ No

4. Has any person to be covered ever been convicted of, or is any person to be covered now awaiting trial for, a felony? ...................................................................................................................... ☐ Yes ☒ No

5. Within the past 3 years, has any person to be covered traveled, or within the next 12 months, does any person to be covered intend to travel, outside the United States? .............................................. ☐ Yes ☒ No

6. Is each person to be covered a U.S. citizen? ............................................................................ ☒ Yes ☐ No
   *If "no":* Who?_____  Citizen of:_____
   Visa Type:_____  Visa Expiry Date: _____

7. Has any person to be covered ever had an application for insurance rated, postponed, or declined? ..... *(N/A in Missouri)* .................................................................................................. ☐ Yes ☒ No

8. Has any person to be covered ever been advised to quit or reduce or seek treatment or counseling for the use of alcohol or other drugs? ...................................................................................................... ☐ Yes ☒ No

9. Has any person to be covered ever used any tobacco or nicotine product?.................................... ☐ Yes ☒ No
   *If "yes":* Who?_____  What kind?_____
   Date last used?_____  How much?_____

10. Has any person to be covered ever attempted suicide?............................................................. ☐ Yes ☒ No

11. Has any person to be covered lost weight in the past year?........................................................ ☐ Yes ☒ No
    *If "yes":* Who?_____  How much?_____
    Reason?_____

12. Family Record:

| | ······· Living ······· | | | ········ Deceased ········ | |
|---|---|---|---|---|---|
| | Age | State of health | | Age | Cause of death |
| Father | | | | 47 | CAD |
| Mother | | | | 79 | Cancer-Breast |
| Brothers *(list)* | | | | | |
| | | | | | |
| | | | | | |
| Sisters *(list)* | All Siblings Fine | | | | |
| | | | | | |
| | | | | | |

Form LI-10169-A-ZD-OH                    2

*Life Insurance Application*
**PART 2 Continued**

## Remarks

*(Be sure to give question #, and identify the applicable person to be covered.)*

Sect. VI, Quest. 1, Robert S Fingerhut:

Robert S Fingerhut  Lopressor for high BP (preventative, has not had high BP in the past), has taken meds for 10yrs, all
normal

Lorazepam for mild anxiety (med since 11/97), no problems

Dr. Name for Robert S Fingerhut: Dr. Kulper
Dr. Address for Robert S Fingerhut:

                    Warren, OH
Dr. Phone for Robert S Fingerhut: 3303999300
Dr. visit date for Robert S Fingerhut: 6/1/98
Dr. reason date for Robert S Fingerhut: Physical
Dr. visit result for Robert S Fingerhut: Normal
Marital Status Robert S Fingerhut: Married


Nate Hummel Team:    11691
ZD File: DMC86121

Form L4-10169-A- ZD-OH                                            3

*Life Insurance Application*
**PART 3**

**Bank Authorization**
*(For Monthly Bank Withdrawal)*

I authorize Zurich Life Insurance Company of America to withdraw premium from my bank account on the _____ day of each month.

Signature of Account Holder: **x** _NOT SIGNED BY applicant._

**ATTACH VOIDED CHECK**

**DO NOT SUBMIT PREMIUM IF THE INITIAL DEATH BENEFIT EXCEEDS $500,000**

*PREMIUM not Submitted*

| $87.43 | remitted with this application will be exchanged for a Temporary Insurance Agreement. |

---

**Agreement and Authorization**

I/We, herein jointly to be known as I, represent that the statements and answers made in all parts of this application are true and complete to the best of my knowledge and belief. I agree that: 1. All such statements and answers shall be the basis for any insurance that may be issued. 2. No one can accept risks, or make changes to the application, or waive the Company's rights or requirements. Except in Missouri, Oregon and South Carolina, no one can accept statements or answers that are not in the application. 3. Zurich Life Insurance Company of America (the Company) has the right to require a medical examination of any person to be covered. 4. **Except as stated in the Temporary Insurance Agreement (if any) provided upon a payment of premium, insurance will not be effective until: (a) The policy is delivered and accepted by the applicant; and (b) The first full premium is paid; and (c) Any amendments are signed and returned.** 5. Any changes in the application will be subject to written acceptance by me.

I authorize any health care provider or medical facility; any insurer or reinsurer; any consumer reporting service; the Medical Information Bureau; and any financial source, employer, family member or associate, to release to the Company, its representatives, and its reinsurers, any personal information relating to my health or mental condition, general character and reputation, driving records, use of alcohol and drugs, hobbies, finances, and occupations. This information will be used to determine if I am eligible for insurance. It may also be used to evaluate a claim for benefits. The Company may release information to: reinsurers; other insurance companies to whom I have applied or may apply; the Medical Information Bureau; or other persons who perform business or legal services in connection with my application or other business purpose; or as required by law. This authorization is valid for 30 months from the date it is signed. I am aware that I may have a copy of it upon request. I agree that a copy of it shall be as valid as the original.

I have received the Notice of Insurance Information Practices.
☐ I choose to be interviewed if an investigative consumer report is prepared.

**Any person who, with intent to defraud or knowingly that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.**

**All persons to be covered, age 15 and over, must sign this application.**

Signed at: **X** _____  _____
City and State and County

**X** _____  Mo/Dy/Yr 7/13/98
Signature of Owner

**X** (n/a) _____  Mo/Dy/Yr
Signature of Person to be Covered

**X** (n/a) _____  Mo/Dy/Yr
Signature of Person to be Covered

To the best of your knowledge and belief, is replacement involved in this transaction? ☐Yes ☒No

**X** _____  Mo/Dy/Yr
Signature of Person to be Covered

_____  10912
Agent name and number

**X** _____  Mo/Dy/Yr 7/15/98
Signature of Witness

Form L4-10169-A-ZD-OH                    5

If this policy is in force:

Proceeds are payable at the insured's death prior to the Expiry Date; and

Premiums are payable during the lifetime of the insured until the Expiry Date.

Premiums vary by policy year as shown in the Policy Specifications.

Premiums can be changed in accordance with the Change of Premium Section and the Policy Specifications.

**TERM LIFE INSURANCE TO AGE 95 — CONVERTIBLE DURING THE FIRST TWENTY POLICY YEARS, OR TO AGE 70 IF EARLIER**

**NON-PARTICIPATING — NO ANNUAL DIVIDENDS**

This policy is a legal contract between you and us.

**READ YOUR POLICY CAREFULLY.**

**Zurich Life Insurance Company of America**

A Stock Life Insurance Company
Schaumburg, Illinois  60196-6801

Policy No. Z-5002

# State Farm Insurance Companies



## CERTIFICATION

323

I, Cheryl Clapper, am the custodian of Records, for State Farm Life Insurance Company.  I hereby certify, under the penalty of perjury that the following is true and correct:

The attached records, consisting of 16 pages of the insurance policy issued to Robert S. Fingerhut which was in full force an effect on the date of his death:

(A)     were made at or near the time of the occurrence of the matters set forth by, or from, information transmitted by a person with knowledge of those matters;

(B)     were kept in the course of regularly conducted activity of State Farm Life Insurance Company.

(C)     were made by the regularly conducted activity of State Farm Life Insurance Company as a regular business practice.

Signed under the pains and penalties of perjury this 16th day of October, 2002.

*Cheryl Clapper*

Cheryl Clapper
Custodian of Records

The above named individual, personally known to me, appeared before me and executed this document as of his/her free will, this 16th day of October, 2002.

Signature
Notary Public
Custodian of Records

# STATE FARM LIFE INSURANCE COMPANY

### HOME OFFICE: ONE STATE FARM PLAZA, BLOOMINGTON, ILLINOIS 61710-0001

| | |
|---|---|
| INSURED | ROBERT B FINGERHUT (Male) |
| AGE | 53 |
| POLICY NUMBER | LF-1717-3705 |
| POLICY DATE | August 12, 1999 |
| BASIC PLAN AMOUNT | Re-Issued As Requested |

This policy is based on the application and the payment of premiums for the term of insurance while the Insured lives. The Basic Plan provides insurance to the policy anniversary when the Insured is age 95. State Farm Life Insurance Company will pay the policy proceeds to the beneficiary when due proof of the Insured's death is received.

**30-Day Right to Examine the Policy.**   This policy may be returned within 30 days of its receipt for a refund of all premiums paid. Return may be made to State Farm Life Insurance Company or one of its agents. If returned, this policy will be void from the policy date.

**Read this policy with care.** This is a legal contract between the Owner and State Farm Life Insurance Company.

*Laura P Sullivan*
Secretary

*Edward B Rust Jr.*
President

---

### BASIC PLAN DESCRIPTION

Term life insurance to age 95. Insurance is payable when the Insured dies. Premiums are payable for the term of insurance. Premiums are level for the first 10 policy years. Subject to provisions for adjusting and changing premiums, premiums are level for 10 years following the qualifying date on which the Insured qualifies for reentry; otherwise, the premiums increase each year. The basic plan is convertible to age 75. The basic plan is eligible for annual dividends.

---

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5533

# CONTENTS

|  | PAGE |
|---|---|
| Policy Identification | 3 |
| Schedule of Benefits | 3 |
| Schedule of Premiums | 3 |
| Schedule of Insurance | 4 |
| Definitions | 5 |
| Ownership | 5 |

Owner.      Change of Owner.

**Payment of Benefits** .......................................... 6

Beneficiary Designation.      Methods of Payment.
Change of Beneficiary Designation.      Minimum Payment.
Order of Payment on the Insured's      Basis of Computation for Payments.
     Death.      Additional Amounts Payable.

**Premiums** .......................................... 8

Payment of Premiums.      Grace Period.
Basic Plan Maximum Premiums.      Nonpayment of Premium.
Basic Plan Scheduled Premiums.      Accumulations to Avoid Lapse.
Adjustment of Basic Plan Premiums.      Reinstatement.
Change in Basic Plan Scheduled      Premium Adjustment When the
     Premiums.      Insured Dies.

**Conversion** .......................................... 9

Conversion.

**General** .......................................... 9

The Contract.      Incontestability.
Dividend.      Limited Death Benefit.
Assignment.      Termination.
Error in Age or Sex.

The Application and any Riders and Endorsements follow page 10.

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5534

POLICY IDENTIFICATION

| | | | |
|---|---|---|---|
| Insured | ROBERT B FINGERHUT (Male) | Age | 53 |
| Policy Number | LF-1717-3705 | Basic Plan Amount | Re-issued As Requested |
| Policy Date | August 12, 1999 | | |
| Issue Date | October 4, 1999 | | |

SCHEDULE OF BENEFITS

| Form | Description | Initial Amount | Benefit Period Ends | Annual Premium | Premiums Payable |
|---|---|---|---|---|---|
| 98026 | Basic Plan + (Select-10) | $300,000 | In 2041 | $1,368.00* | To 2003* |
| | | | *Subsequent premiums included below. | | |
| 96204 | Waiver of Premium Effective Date: October 4, 1999 Issue Date: October 4, 1999 | | In 2006 | $393.00* | To 2003* |
| | *Increasing premiums included below for each policy year. | | | | |

+ Qualifies for non-tobacco premium rate

SCHEDULE OF PREMIUMS

The Schedule of Premiums includes the Basic Plan Maximum Premiums. After the first 10 policy years, the Basic Plan Scheduled Premiums may be adjusted based on the Adjustment of Basic Plan Premiums provision. The Basic Plan Scheduled Premiums are level for 10 years following each qualifying date on which the Insured qualifies for reentry. If the Insured qualifies for reentry, the Basic Plan Scheduled Premiums may be changed based on the Change in Basic Plan Scheduled Premiums provision. If the insured does not qualify for reentry on a qualifying date, Basic Plan Scheduled Premiums increase each year thereafter. The Basic Plan Amount will not change if the premiums are adjusted or changed. The Basic Plan Scheduled Premiums cannot exceed the Basic Plan Maximum Premiums. For the payment period to be 1 month, premiums must be paid under the rules established by us for the monthly payment plans made available.

| Beginning | For periods of: | 12 Months | 1 Month |
|---|---|---|---|
| August 12, 2003 | | $1,761.00 | $156.00 |
| August 12, 2004 | | 1,761.00 | 156.00 |
| August 12, 2005 | | 1,761.00 | 156.00 |
| August 12, 2006 | | 1,368.00 | 120.00 |

Continued on Next Page

Page 3

Form 98026

20021015

# S C H E D U L E   O F   P R E M I U M S

### Continued from Page 3

| Beginning | For periods of: | 12 Months | 1 Month |
|---|---|---|---|
| August 12, 2007 | | 1,368.00 | 120.00 |
| August 12, 2008 | | 1,368.00 | 120.00 |
| August 12, 2009 | | 13,725.00 | 1,209.00 |
| August 12, 2010 | | 15,255.00 | 1,344.00 |
| August 12, 2011 | | 16,929.00 | 1,491.00 |
| August 12, 2012 | | 18,750.00 | 1,650.00 |
| August 12, 2013 | | 20,709.00 | 1,824.00 |
| August 12, 2014 | | 22,830.00 | 2,010.00 |
| August 12, 2015 | | 25,200.00 | 2,217.00 |
| August 12, 2016 | | 27,885.00 | 2,454.00 |
| August 12, 2017 | | 30,960.00 | 2,724.00 |
| August 12, 2018 | | 34,530.00 | 3,039.00 |
| August 12, 2019 | | 38,589.00 | 3,396.00 |
| August 12, 2020 | | 43,065.00 | 3,789.00 |
| August 12, 2021 | | 47,889.00 | 4,215.00 |
| August 12, 2022 | | 53,010.00 | 4,665.00 |
| August 12, 2023 | | 58,395.00 | 5,139.00 |
| August 12, 2024 | | 64,089.00 | 5,640.00 |
| August 12, 2025 | | 70,275.00 | 6,186.00 |
| August 12, 2026 | | 77,160.00 | 6,792.00 |
| August 12, 2027 | | 84,954.00 | 7,476.00 |
| August 12, 2028 | | 93,825.00 | 8,256.00 |
| August 12, 2029 | | 103,785.00 | 9,135.00 |
| August 12, 2030 | | 114,660.00 | 10,092.00 |
| August 12, 2031 | | 126,240.00 | 11,109.00 |
| August 12, 2032 | | 138,390.00 | 12,180.00 |
| August 12, 2033 | | 150,945.00 | 13,284.00 |
| August 12, 2034 | | 163,860.00 | 14,421.00 |
| August 12, 2035 | | 177,345.00 | 15,606.00 |
| August 12, 2036 | | 191,619.00 | 16,863.00 |
| August 12, 2037 | | 207,039.00 | 18,219.00 |
| August 12, 2038 | | 224,274.00 | 19,737.00 |
| August 12, 2039 | | 245,139.00 | 21,573.00 |
| August 12, 2040 | | 273,924.00 | 24,105.00 |

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5536

# SCHEDULE OF INSURANCE

- Insurance Amount  -

| On Insured | Aug 12, |
|---|---|
| $300,000 | 2002 |
| 300,000 | 2003 |
| 300,000 | 2004 |
| 300,000 | 2005 |
| 300,000 | 2006 |
| 300,000 | 2007 |
| 300,000 | 2008 |
| 300,000 | 2009 |
| 300,000 | 2010 |
| 300,000 | 2011 |
| 300,000 | 2012 |
| 300,000 | 2013 |
| 300,000 | 2014 |
| 300,000 | 2015 |
| 300,000 | 2016 |
| 300,000 | 2017 |
| 300,000 | 2018 |
| 300,000 | 2019 |
| 300,000 | 2020 |
| 300,000 | 2021 |
| 300,000 | 2022 |
| 300,000 | 2023 |
| 300,000 | 2024 |
| 300,000 | 2025 |
| 300,000 | 2026 |
| 300,000 | 2027 |
| 300,000 | 2028 |
| 300,000 | 2029 |
| 300,000 | 2030 |
| 300,000 | 2031 |
| 300,000 | 2032 |
| 300,000 | 2033 |
| 300,000 | 2034 |
| 300,000 | 2035 |
| 300,000 | 2036 |
| 300,000 | 2037 |
| 300,000 | 2038 |
| 300,000 | 2039 |
| 300,000 | 2040 |
|  | 2041 |

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5537

PRINTED IN U.S.A.

---

| DEFINITIONS |
| --- |

**We**, **us**, and **our** refer to State Farm Life Insurance Company.

**You** and **your** refer to the Owner.

**Application.**   Includes any life insurance application, medical history, questionnaire, and other documents from you or any other person proposed for insurance which are made a part of this policy.

**Basic Plan Amount.**   The amount of insurance on the Insured provided by the Basic Plan.

**Benefit Period Ends.**   The coverage for the benefit extends to, but does not include, the policy anniversary in the year shown on page 3 under this heading.

**Dividend Credits.**   Any dividend accumulations or any current dividend under dividend options 1 or 2.

**Dollars.**   Any money we pay, or which is paid to us, must be in United States dollars.

**Effective Date.**   Coverage starts on this date.

**Initial Amount.**   The amount of coverage on the effective date of each benefit.

**Insurance Amount**   The amount of insurance shown on page 3 on the effective date of each benefit.

**Officer.**   The president, a vice president, the secretary, or an assistant secretary of State Farm Life Insurance Company.

**Payee.**   On the Insured's death, the beneficiaries shown in the application, unless changed. A payee can be other than a natural person only if we agree.

**Policy Date.**   The effective date of this policy.

**Policy Month, Year, or Anniversary.**   A policy month, year, or anniversary is measured from the policy date.

**Premiums Payable.**   Premiums are payable until the policy anniversary in the year shown on page 3 under this heading.

**Proceeds.**   The sum of the insurance amounts payable under
(1)   the Basic Plan and
(2)   any rider on the Insured
plus any dividend credits, any dividend payable at the Insured's death, and any premium paid for part of the payment period beyond the Insured's death less any part of a premium due.

**Request.**   A written request signed by the person making the request. Such request must be sent to and be in a form acceptable to us.

**Rider.**   Any benefit, other than the Basic Plan, made a part of this policy.

---

| OWNERSHIP PROVISIONS |
| --- |

**Owner.**   The Owner is as named in the application, unless changed. You may exercise any policy provision only by request and while the Insured is alive.

**Change of Owner.**   You may change the ownership of this policy by sending us a request while

the Insured is alive. We have the right to request this policy to make the change on it. The change will take effect the date you sign the request, but the change will not affect any action we have taken before we receive the request. A change of owner does not change the beneficiary designation.

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5538

## PAYMENT OF BENEFITS PROVISIONS

**Beneficiary Designation.** This is as shown in the application, unless you have made a change. It includes the name of the beneficiary and the order and method of payment. If you name "estate" as a beneficiary, it means the executors or administrators of the last survivor of you and all beneficiaries. If you name "children" of a person as a beneficiary, only children born to or legally adopted by that person will be included.

We may rely on an affidavit as to the ages, names, and other facts about all beneficiaries. We will incur no liability if we act on such affidavit.

**Change of Beneficiary Designation.** You may make a change while the Insured is alive by sending us a request. The change will take effect the date the request is signed, but the change will not affect any action we have taken before we receive the request. We have the right to request your policy to make the change on it.

**Order of Payment on the Insured's Death.** When the Insured dies, we will make payment in equal shares to the primary beneficiaries living when payment is made. If a primary dies after the first payment is made, we will pay that primary's unpaid share in equal shares to the other primaries living when payment is made. If the last primary dies, we will make payment in equal shares to the successor beneficiaries living when payment is made. If a successor dies while receiving payments, we will pay that successor's unpaid share in equal shares to the other successors living when payment is made. If, at any time, no primary or successor is alive, we will make a one sum payment in equal shares to the final beneficiaries. If, at any time, no beneficiary is living, we will make a one sum payment to you, if living when payment is made. Otherwise, we will make a one sum payment to the estate of the last survivor of you and all beneficiaries. "When payment is made" means (1) the date that a periodic payment is due or (2) the date that a request is signed for a cash withdrawal or a one sum payment. You may change this order of payment by sending us a request while the In-sured is alive.

**Methods of Payment.** We will pay the proceeds under the Interest method unless you choose another method. If the payee is other than a natural person, we will make payment under the One Sum method.

All payment intervals are measured from the date the Insured dies. No part of any payment can be assigned before the payment is made.

After the Insured's death, anyone who has the right to make a withdrawal may change the method of payment and may name a successor to their interest. The successor payee may be their estate.

**Method 1 (Interest Method).** We will pay interest at the end of each monthly interval. The interest rate will be at least 3½% a year. If chosen, we will pay interest at the end of 3, 6, or 12 month intervals. Withdrawals may be made at any time, but any withdrawal must be at least $500. We will pay interest to the date of withdrawal on the amount withdrawn.

**Method 2 (Fixed Years Method).** We will make equal payments at the end of each monthly interval for a fixed number of years. These payments include interest. The guaranteed interest rate is 3½% a year. The present value of any unpaid payments may be withdrawn at any time.

### FIXED YEARS TABLE

Monthly payments that $1000 will provide for the number of years chosen. Payments for years not shown will be given, if requested.

| Years | Payments | Years | Payments |
|-------|----------|-------|----------|
| 1 | $84.90 | 8 | $11.93 |
| 2 | 43.18 | 9 | 10.78 |
| 3 | 29.28 | 10 | 9.86 |
| 4 | 22.33 | 15 | 7.12 |
| 5 | 18.17 | 20 | 5.77 |
| 6 | 15.39 | 25 | 4.98 |
| 7 | 13.41 | 30 | 4.46 |

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5539

PRINTED IN U.S.A.

## PAYMENT OF BENEFITS PROVISIONS (CONTINUED)

**Method 3 (Life Income Method).**  We will make equal payments at the end of each monthly interval as long as the payee is alive. We base the amount of each payment on the payee's age and sex at the start of the first monthly interval. We may require proof of the payee's age and sex. The payee may not withdraw the present value of the payments. If the payee dies during a certain period, we will continue the payments to the end of the certain period; or the successor payee may have the present value of any remaining payments paid in one sum.

### LIFE INCOME TABLE
Monthly payments for life that $1000 will provide. Payments for ages not shown will be given, if requested.

| Age Last Birthday | Life | | Life with 10 Years Certain | |
|---|---|---|---|---|
| | Male | Female | Male | Female |
| 50 | $4.34 | $4.02 | $4.30 | $4.01 |
| 55 | 4.70 | 4.31 | 4.64 | 4.28 |
| 60 | 5.17 | 4.69 | 5.07 | 4.64 |
| 65 | 5.82 | 5.20 | 5.63 | 5.11 |
| 70 | 6.73 | 5.90 | 6.34 | 5.73 |
| 75 | 8.01 | 6.92 | 7.17 | 6.52 |

**Method 4 (Fixed Amount Method).**  We will make equal payments at the end of 1, 3, 6, or 12 month intervals. We will continue payments until the amount put under this method together with compound interest has been paid. The interest rate will be at least 3½% a year. The payment interval chosen must provide a total annual payment of at least $100 for each $1000 put under this method. The unpaid balance may be withdrawn at any time.

**Method 5 (Joint Life Income Method).**  We will make equal payments at the end of each monthly interval as long as at least one of the two payees is alive. We will base each payment on the age and sex of both payees at the start of the first monthly interval. We may require proof of the age and sex of each payee. The payees may not withdraw the present value of any payments.

### JOINT LIFE INCOME TABLE
Monthly payments that $1000 will provide as long as at least one of the two payees is alive. Payments for age combinations not shown will be given, if requested.

| Age Last Birthday Male | Female | | | |
|---|---|---|---|---|
| | 60 | 65 | 70 | 75 |
| 60 | $4.27 | $4.47 | $4.66 | $4.82 |
| 65 | 4.39 | 4.66 | 4.93 | 5.19 |
| 70 | 4.49 | 4.82 | 5.20 | 5.58 |
| 75 | 4.56 | 4.95 | 5.42 | 5.95 |

**Method 6 (One Sum Method).**  We will pay the proceeds in one sum. Interest at the rate of at least 3½% a year will be paid from the date of the Insured's death to the date of payment.

**Method 7 (Other Method).**  Payment by any other method may be made if we agree.

**Minimum Payment.**  If any payment, except the last, under a method of payment would be less than $100 per payee, we will pay the present value of any unpaid payments in one sum.

**Basis of Computation for Payments.**  The monthly payments shown for methods 3 and 5 are guaranteed payments based on an interest rate of 3½% a year and the 1983a Individual Annuity Mortality Table with ages set back 4 years.

Any present values will be based on the interest rate used in determining the payments for the method.

**Additional Amounts Payable.**  Each year we may apportion and pay dividends or additional interest under any method of payment.

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5540

| PREMIUM PROVISIONS |
| --- |

**Payment of Premiums.**   You may pay premiums at our Home Office, a regional office, or to one of our agents. We will give you a receipt signed by one of our officers, if you request one.

The first premium is due on the policy date. All other premiums are payable on or before their due dates. A due date is the first day of each payment period. Such period may be 1 or 12 months, starting on the same day of the month as the policy date. If a due date does not appear in a calendar month's days, the due date will be the last day of that same month. You may change the period on any due date by paying the premium for the new period, but you cannot change the period if premiums are being waived.

**Basic Plan Maximum Premiums.**   The Basic Plan Maximum Premiums are included in the Schedule of Premiums on page 3.

**Basic Plan Scheduled Premiums.**   The Basic Plan Scheduled Premiums are level for the first 10 policy years as shown on page 3. After the first 10 policy years, the Basic Plan Scheduled Premium is subject to the Adjustment of Basic Plan Premiums provision. Before each policy anniversary, we will send you a notice showing the Basic Plan Scheduled Premiums for that policy year.

**Adjustment of Basic Plan Premiums.**   The Basic Plan Scheduled Premiums can be adjusted based on projected changes in investment earnings, mortality, persistency, and expenses. The Basic Plan Scheduled Premiums will be the same for all policies of the same age, sex, duration, and class of risk. The Basic Plan Scheduled Premiums cannot exceed the Basic Plan Maximum Premiums.

**Change in Basic Plan Scheduled Premiums.** You may apply for reentry by completing a life insurance application and furnishing evidence of insurability satisfactory to us. The application

must be received at least 60 days before the qualifying date but not more than 120 days before such date. The first qualifying date is the 10th policy anniversary. Any qualifying date after the first must be 10 years after the previous qualifying date. No qualifying date can be after the policy anniversary when the Insured is age 75.

To qualify for reentry, the Insured must be insurable in the same class of risk as on the policy date. If the Insured qualifies for reentry effective on the qualifying date, the Basic Plan Scheduled Premium will be less than if the Insured had not qualified and will be level for the following 10 years, subject to the Adjustment of Basic Plan Premiums provision. The changed Basic Plan Scheduled Premiums are based on policy years starting on the qualifying date. A copy of the application will be sent to you to be placed with the policy. The change will be effective on the qualifying date.

If, on any qualifying date, you fail to apply for reentry or you apply but the Insured fails to qualify for reentry, no future application for reentry can be made. Subject to the Adjustment of Basic Plan Premiums provision, premiums will increase each year starting on the 10th policy anniversary following the qualifying date on which the Insured last qualified for reentry.

**Grace Period.**   Except for the first premium, 31 days are allowed for the payment of a premium after its due date. During this time, the policy benefits continue.

**Nonpayment of Premium.**   If any premium has not been paid by the end of its grace period, the Accumulations to Avoid Lapse provision will apply. If that provision does not apply, this policy will lapse as of the due date of any unpaid premium. With such lapse, coverage ceases.

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5541

PRINTED IN U.S.A.

## PREMIUM PROVISIONS (CONTINUED)

**Accumulations to Avoid Lapse.**   If any premium has not been paid by the end of its grace period, any dividend accumulations will be used to pay all or part of that premium. The unpaid balance of that premium will be due the day after the end of the partial payment period. A new grace period will be allowed for the payment of this unpaid balance.

We will send you a notice if accumulations are used to pay part of any premium. Tell us within 90 days after the premium due date if you do not want the accumulations used to pay premiums. Accumulations will then be paid in cash, and the policy will lapse.

**Reinstatement.**   You may apply to reinstate this policy within 5 years after lapse. You must give us proof of the Insured's insurability that is satisfactory to us. You must pay all unpaid premiums with compound interest from their due dates. The interest rate is 6% a year. Reinstatement will take effect on the date we approve the Insured's insurability.

**Premium Adjustment When the Insured Dies.** If the Insured dies during a grace period, any part of a premium due will be paid from the proceeds. Any premium paid for the payment period beyond the Insured's death will be part of the proceeds.

## CONVERSION PROVISIONS

**Conversion.**   You may request to convert this policy to a new policy on the Insured without evidence of insurability subject to the following:
  (1)  This policy must be in force.
  (2)  The conversion must occur on or before the policy anniversary when the Insured is age 75.
  (3)  The request must include this policy and the first premium for the new policy.

The new policy becomes effective when we receive that request. Any premium paid for this policy for a period past that effective date will be refunded. Coverage under this policy will terminate when the conversion occurs.

The new policy will be subject to the following conditions at the time of conversion:

  (1)  It must be a whole life plan then available. At least one plan will be made available.
  (2)  The amount of insurance can be no more than the amount then provided by the Basic Plan.
  (3)  The premium will be based on the Insured's attained age, sex, and class of risk. The class of risk will be the same as for this policy with the following exception: if the class of risk for this policy is preferred, only the standard non-tobacco class of risk will be available.
  (4)  All limitations of this policy will be part of the new policy.
  (5)  The Incontestability and Limited Death Benefit provisions of the new policy will not extend beyond the period set by this policy.

## GENERAL PROVISIONS

**The Contract.**   The policy contains the Basic Plan, any amendments, endorsements, and riders, and a copy of the application. The policy is the entire contract. We have relied on the statements in the application in issuing this policy. We reserve the right to investigate the truth and completeness of those statements. In the absence of fraud, they are representations and not warranties. Only statements in the application will be used to rescind this policy or deny a claim.

Only an officer has the right to change this policy. No agent has the authority to change the policy or to waive any of its terms. All endorsements, amendments, or riders must be signed by an officer to be valid.

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5542

## GENERAL PROVISIONS (CONTINUED)

**Dividend.** We do not expect to pay dividends on this policy; however, we may apportion and pay dividends each year. Any such dividends will be paid only at the end of the policy year. There is no right to a partial or pro rated dividend prior to the end of the policy year. Such dividends will not be paid if all premiums due have not been paid. We will pay you any dividend credits available when the policy terminates.

You may choose to have your dividend used under one of these options:
  (1)  Premium Payment - We will apply it toward payment of a premium then due.
  (2)  Dividend Accumulation - We will hold it at interest. We will credit interest at a rate not less than 3½% a year. Such interest will be paid only at the end of the policy year. You may withdraw accumulations at any time. If withdrawn prior to the end of the policy year, there is no right to a partial or pro rated credit of such interest. Accumulations plus interest to the Insured's death will be part of the proceeds.
  (3)  Cash - We will pay it to you in cash.
If you do not choose an option or the option you choose is not available, we will use option 2. You may request to change the option. The change will apply only to dividends paid after we receive the request.

We may pay a dividend when the Insured dies. Such dividend will be a partial or pro rated amount based on the period from the start of a policy year to the Insured's death.

**Assignment.** You may assign this policy or any interest in it. We will recognize an assignment only if it is in writing and filed with us. We are not responsible for the validity or effect of any assignment. An assignment may limit the interest of any beneficiary.

**Error in Age or Sex.** If the Insured's date of birth or sex is not as stated in the application, we will adjust each benefit on the Insured to that which the premium paid would have bought at the correct age and sex. Such adjustment will be based on the premium rates in effect on the issue date of the benefit.

**Incontestability.** Except for nonpayment of premiums, we will not contest the Basic Plan after it has been in force during the Insured's lifetime for 2 years from the issue date of the policy. We will not contest a change in Basic Plan Premiums after the change has been in effect during the lifetime of the Insured for 2 years from the qualifying date of such change. If contested, the Basic Plan Amount payable will be reduced by an amount equal to the difference between (1) the premiums which would have been paid had the Insured not qualified for such change and (2) the actual premiums paid. Each rider has its own incontestability provision.

**Limited Death Benefit.** If the Insured dies by suicide while sane or by self-destruction while insane within 2 years from the issue date of the policy, the Basic Plan Amount will not be paid. The proceeds in this case will be limited to the premiums paid on the Basic Plan less any dividends paid on the Basic Plan. Each rider has its own limited death benefit provision.

**Termination.** This policy will terminate on the policy anniversary when the Insured is age 95. We will terminate this policy before that date when the policy is converted or the premium is not paid by the end of its grace period. You may request to terminate this policy. You must send us the request and the policy. This policy will terminate on the later of the date we receive your request and the policy or the termination date you choose. Any premium paid for the payment period beyond the date the policy terminates will be paid to you along with any dividend accumulations.

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5543

PRINTED IN U.S.A.

| WAIVER OF PREMIUM BENEFIT RIDER |
| --- |

**General.**   This rider is part of your policy. It is based on the application for this rider and the payment of premiums. The premiums for this rider are shown on page 3. These premiums are not subject to adjustment or change. Only certain policy provisions are a part of this rider. They are "Definitions," "Ownership," "Premium," "The Contract," "Assignment," and "Error in Age or Sex."

**Waiver of Premium Benefit.**   We will waive each premium due under this policy if the Insured becomes totally disabled and such total disability has existed for 6 continuous months during the lifetime of the Insured. We will waive each premium due under this policy as long as the total disability continues. We will only waive premiums due on and after total disability starts. No premium will be waived which was due more than one year prior to the date we receive notice of claim. The benefit applies to the entire premium for this policy. While premiums are waived, all benefits continue as though you had paid the premiums.

**Total Disability Defined.**   Total disability is a condition caused by injury or disease. During the first 24 months after total disability starts, this condition must prevent the Insured from performing substantially all of the work of the Insured's regular occupation. After the first 24 months, the condition must prevent the Insured from performing substantially all of the work in any occupation for which the Insured is, or becomes, reasonably qualified based upon education, training, or experience. The Insured's total and irrecoverable loss, caused by injury or disease, of any of the following will be considered total disability even if the Insured is able to work:
(1)   sight in both eyes.
(2)   use of both hands.
(3)   use of both feet.
(4)   use of one hand and one foot.

**Disabilities Not Covered.**   We will not waive premiums if total disability:
(1)   starts before the issue date of this rider unless such disability was disclosed in the application,
(2)   results from an intended self-injury, or

(3)   results from any act due to war whether or not the Insured is in the military service. "War" means declared or undeclared war or conflict involving the armed forces of one or more countries, governments, or international organizations.

**Notice and Proof of Total Disability.**   We must receive notice of a claim and due proof of total disability while the Insured is alive and totally disabled. If this is not done, you should submit such notice and proof as soon as reasonably possible. We may also require you to submit proof of the Insured's continuing total disability at reasonable intervals. If you do not submit proof when we require it, no further premiums will be waived. We will not require proof more than once a year after the total disability has lasted more than 2 years.

**Premium Payments.**   If the Insured's total disability starts during a grace period, the unpaid premium must be paid before a claim will be approved. We may charge interest on that premium from the end of the grace period to the date paid at 6% a year. You must pay all premiums that come due until we approve the claim. We will refund any premium that you paid after total disability starts which is later waived. If the Insured dies before such refund is made, we will include that amount in the proceeds.

**Conversion.**   When the Basic Plan is converted and this rider is in force, a waiver of premium benefit will be included in the new policy unless the Insured is then age 60 or over or is totally disabled as defined in this rider.

The benefit on the new policy will be subject to the following conditions at the time of conversion:
(1)   The premium will be based on the Insured's attained age, sex, and class of risk. The class of risk will be the same as for this rider.
(2)   All limitations of this rider will be part of the new policy.
(3)   The Incontestability provision in the new benefit will not extend beyond the period set by this rider.

FORM 96204

960218

## WAIVER OF PREMIUM BENEFIT RIDER  (CONTINUED)

**Automatic Conversion.**   If the premiums for the policy are being waived on the policy anniversary when the Insured is age 75, this Basic Plan will be converted to a Whole Life Basic Plan. The premiums will be waived while the Insured's total disability continues.

**Termination.**   This rider will terminate on the policy anniversary when the Insured is age 60. We will terminate this rider before that date when:
(1)   the Basic Plan or rider is not renewed or
(2)   the policy is terminated by surrender, lapse, or conversion.

You may request to terminate this rider. You must send us the request and the policy. This rider will terminate the later of the date we receive your request and the policy or the termination date you choose. We will revise page 3 of the policy to show this change. Any premium paid for the payment period beyond the date this rider terminates will be paid to you.

Termination will not affect any claim for total disability which starts before termination.

**Incontestability.**   Except for nonpayment of premiums, we will not contest this rider after it has been in force during the lifetime of the Insured for 2 years from its issue date unless the Insured becomes totally disabled within that period.

**Issue Date of This Rider.**   This is the date coverage starts. It is the same as the issue date of the policy unless a different date for this rider is shown on page 3.

**State Farm Life Insurance Company**

*Edward B Rust Jr.*

President

*Laura P Sullivan*

Secretary

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5545

STATE FARM LIFE INSURANCE COMPANY, Bloomington, Illinois

APPLICATION FOR LIFE INSURANCE

1ST COPY
PAGE 1

**1** If the application is for a change in a State Farm policy, give the policy number: _____ 01

**2 PROPOSED INSURED 1** (Print name in full)

a ☒ FINGERHUT ROBERT S.    254 FONDERLAC ST. SE

b WARREN   OH 44984   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

c M 10-24-45 53 MARRIED 58918S N.J. ☒

d SELF EMPLOYED

**3 PROPOSED INSURED 2** (Additional Insured or Payor, print name in full)

a

b

c

**4 APPLICANT/OWNER** (If not Proposed Insured 1, print name in full)

a

b

c Successor Owner (Required unless Applicant/Owner is a TRUST or CORPORATION)

**5** Complete: If Proposed Insured is under age 16   **a** Is Proposed Insured 1 to be Owner at and after age 21? ☐ YES ☐ NO   **b** Give amount of insurance in force or (if none, so indicate)
Father $ _____ Mother $ _____

**COVERAGES APPLIED FOR**    **UNIVERSAL LIFE** (Complete 9 when applying for Universal Life)

**6a** Basic Amount and Plan applied for:
$ 960,000 SELECT 10   MTG ☐

**b** Riders/Benefits applied for:   Waiver of Premium Disability? ☒ YES ☐ NO
(Check Ratebook for availability of riders)

| | AMOUNT | | |
|---|---|---|---|
| AD | | RT | AMOUNT |
| GIO | | 5 YR RT | |
| | | 10 YR RT | AMOUNT |
| CTR | UNITS | AI 2 MTG | |
| PAYOR 2 | | AI 2 TERM | AMOUNT |
| MTG | YRS MO. | AI 2 5 YR RT | |
| | | 10 YR RT | |

1-Complete 12 & 13   2-Complete for Proposed Insured 2

**7** Dividend Option - If the option chosen is not available or no option is chosen, policy provisions determine the option.
☐ Paid-Up Additions ☐ Accumulate ☐ Reduce Premium
☐ Cash Payment ☐ Fifth Dividend Option

**8** Do you want the Automatic Premium Loan provision to apply, if available? ☐ YES ☒ NO

**9a** Initial Basic Amount:

**b** Death Benefit: ☐ Option 1- ☐ Option 2-Basic Amount
(COMPLETE FOR NEW POLICY ONLY) Basic Amount plus Account Value
If option not chosen, policy provisions determine option.

**c** Riders/Benefits applied for:   Waiver of Monthly Deduction (For Disability) ☐ YES ☐ NO
(Check Ratebook for availability of riders)

| | | AMOUNT | |
|---|---|---|---|
| AD | | GIO | 1-COMPLETE 12 & 13 |
| CTR 1 | UNITS | AI 2 | 2-COMPLETE QUESTIONS FOR PROPOSED INSURED 2 |

**d** Dividend Option: ☐ Addition to Account Value ☐ Cash Payment
If option not chosen, policy provisions determine option.

**e** Planned Premium:
Mode of Payment ☐ ANNUAL ☐ SFPP ☐ OTHER SPEC. MO.
Amount to be billed each payment date $ _____

**f** Increase in Basic Amount: $ _____
(DO NOT COMPLETE FOR NEW POLICY)

**10 Beneficiary Designation** - Proposed Insured 1

Completion of this section will replace all previous rider and beneficiary designations for this policy. If a Change of Plan, this will replace previous designations.

PRIMARY BENEFICIARY - FULL NAME   AGE   RELATIONSHIP
DONNA FINGERHUT 55 WIFE
☒ Interest Option or ☐ One Sum or ☐ Other-Explain*

SUCCESSOR BENEFICIARY - FULL NAME   AGE   RELATIONSHIP
☐ Interest Option or ☐ One Sum or ☐ Other-Explain*

FINAL BENEFICIARY - FULL NAME   AGE   RELATIONSHIP
One Sum Settlement Only

* If additional space is needed, use the explanation section on page 2.
If a beneficiary survives the Insured, any payment to successor will be one sum, unless changed.

**11 Beneficiary Designation** - Proposed Insured 2

(Complete for Additional Insured's rider only if Beneficiary provision in the rider is not desired.) If a Change of Plan, this will replace previous designations. If this section is completed, the Payment of Benefit Provisions of the policy will control rather than the Beneficiary provision of such rider. "Additional Insured" would be used in place of "Insured."

PRIMARY BENEFICIARY - FULL NAME   AGE   RELATIONSHIP
☐ Interest Option or ☐ One Sum or ☐ Other-Explain*

SUCCESSOR BENEFICIARY - FULL NAME   AGE   RELATIONSHIP
☐ Interest Option or ☐ One Sum or ☐ Other-Explain*

FINAL BENEFICIARY - FULL NAME   AGE   RELATIONSHIP
One Sum Settlement Only

* If additional space is needed, use the explanation section on page 2.
If a beneficiary survives the Additional Insured, any payment to successor will be one sum, unless changed.

**CHILDREN'S TERM RIDER** Complete 12 & 13   OR   **JUVENILE APPLICATIONS (AGES 0 - 15)** Complete 13 & 14

**12** List children under age 18: (only if CTR applied for) (If None, so state)

| LAST NAME, FIRST NAME, MI (IF LAST NAME DIFFERENT EXPLAIN) | RELATIONSHIP TO PROPOSED INSURED 1 | BIRTH DATE MO. DAY YR. | AMOUNT NOW INSURED FOR |
|---|---|---|---|
| | | | |
| | | | |

**13** Has juvenile or have any children named in question 12: (If yes, explain)   YES NO

**a** had a birth defect, mental disorder, or impairment of sight, hearing, or speech? ☐ ☐

**b** had asthma, seizure, diabetes, or kidney disease? ☐ ☐

**c** had heart murmur, anemia, leukemia, or cancer? ☐ ☐

**d** in the last 3 years, for any reason not previously explained, been a patient in a hospital, clinic, or emergency room? ☐ ☐

**e** in the last 10 years, had or been treated for Acquired Immune Deficiency Syndrome (AIDS)? ☐ ☐

131-3433 OH.2    4-98   Printed in U.S.A.

APPLICATION FOR LIFE INSURANCE

1ST COPY
PAGE 2

**ALL Applications Complete '14**

| | Proposed Insured 1 | | Proposed Insured 2 | |
|---|---|---|---|---|
| | YES NO | | YES NO | |

14a Do you have personal and business life insurance of more than $200,000? (If yes, give amounts and details)

b Do you have any accidental death insurance excluding group? (If yes, and AD applied for, give amount)

c Will this policy replace or change insurance or annuities you now have? (If yes, explain)

d Are you now applying for life or health insurance with any other company? (If yes, state companies and amount)

e Do you plan to leave or travel from the United States or Canada in the next 6 months? (If yes, explain)

**Applications (Ages 16 & Up):**
- **If NO Medical Exam required complete 15 - 20**
- **If Medical Exam required complete 15, 16, 18a. & 18e.**

15 Have you used tobacco in any form in the last 12 months?

16 Have you, in the last 3 years: (If yes, explain)

a flown as a pilot, crew member, or a student pilot in aircraft such as an airplane, helicopter, glider, or ultralight? Or, is any such activity planned in the next 6 months?

b engaged in avocations such as mountain or rock climbing, auto, motorcycle, or powerboat racing, scuba or sky diving, hang gliding, or ballooning? Or, is any such activity planned in the next 6 months?

c had your driver's license suspended or revoked, had any moving violations, had 2 or more accidents, or been charged with driving under the influence of alcohol or drugs?

17 Have you ever: (If yes, explain)

a applied for or received disability benefits?

b had an impairment or loss of sight or hearing, or an impairment of neck, back, or limb?

18 Have you, in the last 10 years, had or been treated for: (If yes, circle and explain)

a high blood pressure, stroke, heart murmur, chest pain, heart attack, tumor, cancer, or lymph gland disorder?

b mental, nervous, or convulsive disorder; or epilepsy?

c pneumonia, emphysema, asthma; ulcer, colitis, liver or intestinal disorder; anemia or blood disorder?

d diabetes, arthritis, sexually transmitted disease, or kidney disease?

e Acquired Immune Deficiency Syndrome (AIDS)?

f chronic diarrhea, unexplained weight loss, recurrent fever, fatigue, or night sweats?

19 Have you, in the last 5 years: (If yes, explain)

a used cocaine, marijuana, hallucinogenic drugs, or narcotics not prescribed by a physician?

b been treated or counseled, or advised to seek treatment or counsel, for alcohol or drug use?

20 Have you, in the last 5 years, for any reason not previously explained: (If yes, explain)

a had treatment or a test in any medical facility such as a lab, clinic, emergency room, or hospital?

b had treatment or advice from any physician or psychologist?

c taken prescribed medication? (If yes, list & explain)

d had surgery or been told surgery was necessary?

**AGENT - If yes, it may be advisable not to collect money or give a Binding Receipt - Consult Agents Service for specific instructions.**

Explanations: If space below is insufficient, use additional sheets, which will be part of this application. Sheets must be signed & dated by Proposed Insured(s), and/or Applicant, and witnessed by Agent.

| QUESTION NUMBER | NAME OF PERSON | NATURE AND SEVERITY OF CONDITION FREQUENCY OF ATTACKS - TREATMENT RECEIVED | DATES ONSET YR. MO. | RECOVERY YR. MO. | NAMES & ADDRESSES OF MEDICAL ATTENDANTS AND HOSPITALS |
|---|---|---|---|---|---|
| 20C | ROBERT | LAPRESSOR—PREVENTATIVE | | | DR. KUIPER |
| | | BETA BLOCKER | | | |
| | | ASPIRIN - PREVENTATIVE | | | |

Coverage will be effective as of the policy date if the following conditions are met: the first premium is paid when the policy is delivered; the Proposed Insureds are living on the delivery date; and, on that delivery date, the information given to State Farm Life is true and complete without material changes.

For changes in Basic Amount for a Universal Life Policy, the change will be effective on the deduction date on or next following acceptance of the change by State Farm Life if on such deduction date the following conditions are met: there is enough cash surrender value to make the required deduction; the Proposed Insureds are all living; and the information given to State Farm Life is true and complete without material changes.

However, if a binding receipt has been given and is in effect, its terms apply.

All Proposed Insureds and the Applicant state that the information in this application and any medical history is true and complete. It is agreed that State Farm Life can investigate the truth and completeness of such information while the policy is contestable.

By accepting the policy, the Owner agrees to the beneficiaries named, method of payment, and corrections made. No change in plan, amount, benefits, or age at issue may be made on the application unless the Owner agrees in writing. Only an authorized company officer may change the policy provisions. Neither the agent nor a medical examiner may pass on insurability.

Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

Social Security or Tax Identification Number (TIN) Certification - By signing this application, I certify under penalties of perjury that (1) the TIN shown above is correct, and (2) that I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. (If you are subject to backup withholding, cross out item 2.) "The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. (See instructions on reverse side)

Any policy issued on this application may be owned by Proposed Insured 1 or the Applicant if other than Proposed Insured 1.

DATED ON  8 - 12 - 99    MONTH / DAY / YEAR    Signature of Proposed Insured 1

AT    Houston County, Ohio    Signature of Proposed Insured 2

Signature of Agent as Witness to all Signatures    Kathryn L. Thomas    Signature of Applicant

## Substitute Form W-9

### Explanation of and Instructions for Payer's Request for Taxpayer Identification Number (TIN) and Certification

**Definitions**

"We" and "us" refer to State Farm Life Insurance Company. We are a payer of interest.

"You" and "your" refer to the owner of the policy.

"Dividends" does not include life insurance policy dividends paid under the provisions of a life insurance policy.

"Interest" paid on life insurance policy dividends left to accumulate at interest is, in general, taxable interest.

**Purpose of Request**

To give your taxpayer identification number (TIN) and certification to us as a payer of interest so that you will not be subject to backup withholding that became effective January 1, 1984.

Completion of this form furnishes and certifies your taxpayer identification number (TIN) to us, certifies that you are not subject to backup withholding because of under-reporting interest and dividends on your tax return and claims exemption from backup withholding if you are an exempt payee.

If you do not complete this form properly and return it to us, we may be required to withhold 31% of payments made to you.

**What is Backup Withholding**

The Interest and Dividend Tax Compliance Act requires payers to withhold and pay to IRS 31% of payments of interest, dividends, and certain other payments under certain conditions. This is called "backup withholding." If you give us your correct TIN, certify your TIN when required, and report all your taxable interest and dividends on your tax return, your payments will not be subject to backup withholding.

Payments you receive will be subject to backup withholding if:

interest and dividends on your tax return (for interest and dividend accounts only), or

(4) You fail to certify to us that you are not subject to backup withholding under (3) above (for interest and dividend accounts opened after 1983 only), or

(5) You fail to certify your TIN.

**Payees and Payments Exempt from Backup Withholding.**

The following lists payees that are exempt from backup withholding and information reporting. If you are exempt, indicate in the explanations section on the reverse side. For interest and dividends, all listed payees are exempt:

(1) A corporation.

(2) An organization exempt from tax under section 501(a), or an individual retirement plan (IRA), or a custodial account under section 403(b) (7).

(3) A state, the District of Columbia, a possession of the United States, or any subdivision or instrumentality thereof or an internal organization or any agency or instrumentality thereof.

(4) A dealer in securities or commodities required to register in the U.S. or a possession of the U.S.

(5) A futures commission merchant registered with the Commodity Futures Trading Commission.

(6) A real estate investment trust.

(7) An entity registered at all times during the tax year under the Investment Company Act of 1940.

(8) A common trust fund operated by a bank under section 584(a).

(9) A financial institution.

(10) A middleman known in the investment community as a nominee or listed in the most recent publication of the American Society of Corporate Secretaries, Inc., Nominee List.

(11) A trust exempt from tax under section 664 or described in section 4947.

Civil Penalty for False Information With Respect to Withholding. - If you make a false statement with no reasonable basis which results in no imposition of backup withholding, you are subject to a penalty of $500.

Criminal Penalty for Falsifying Information. - Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Specific Instructions**

Name. - Be sure your correct name is shown. If you are an individual and your name has changed, for example, because of marriage, contact the Social Security Administration to report your new name.

If you are a sole proprietor, you must furnish your individual name and either your social security number or employer identification number.

Certification. -

(1) Interest Accounts Opened After 1983. - You must furnish a correct and certified TIN to us or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to us, you must cross out item (2) in the certification before signing the form.

(2) Exempt Payees and Payments. - Even if you are exempt from backup withholding, you should complete this form to avoid possible erroneous backup withholding. Provide your correct TIN and cross out item (2) of the certification. If you are a nonresident alien or foreign entity not subject to backup withholding, give us a completed Department of the U.S. Treasury Form W-8, Certificate of Foreign Status.

Privacy Act Notice. - IRS Section 6109 requires most recipients of dividend, interest, or other payments to give taxpayer identification numbers to payers who must report the payments to IRS. IRS uses the numbers for identification purposes.



## BASIC PLAN DESCRIPTION

Term life insurance to age 95. Insurance is payable when the Insured dies. Premiums are payable for the term of insurance. Premiums are level for the first 10 policy years. Subject to provisions for adjusting and changing premiums, premiums are level for 10 years following the qualifying date on which the Insured qualifies for reentry; otherwise, the premiums increase each year. The basic plan is convertible to age 75. The basic plan is eligible for annual dividends.

FORM 98026 970728

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5549

## Your Constitutional Rights

### MIRANDA



PLACE _Capt. Bacon's Office_

DATE _12-21-01_

TIME _2:13 am_

Before we ask you any questions, you must understand your Rights. _N J_

You have the right to remain silent. _N J_

Anything you say can be used against you in court. _N J_

You have the right to talk to a lawyer for advice before we ask you any questions, and to have him with you during questioning. _N J_

If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish. _N J_

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer. _N J_

### Waiver Of Rights

I have read, or have had read to me, this statement of my Constitutional Rights, and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me. I, therefore, waive my rights and agree to make a statement.

Signed _Nathaniel Jackson_

Witness: _Lt. Sgt. Moore_

Witness: _Det. Jeff Hoolihan_

Time: _2:15 am_

(Rev. 2/14/86)

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5550



## NATE JACKSON: Audio from Video

Date of Interview:     Friday, December 21, 2001
Location:              Trumbull County Sheriff's Dept, office of Capt G Bacon
Present at Interview:  Detective Paul Monroe - Howland Twp Police Department
                       Detective Jeff Hoolihan - Warren Police Department
                       **NATHANIEL JACKSON**


Det Hoolihan:     Not too smokey in here, is it?

JACKSON:          No, huh, uh.

Det Hoolihan:     You want the door cracked?

JACKSON:          It's alright.

Det Hoolihan:     You got enough coffee and everything?

JACKSON:          (No response)

Det Monroe:       It's, uh, December 21st, the year 2001, at 2:13 a.m.  OK, I'm gonna read
                  your rights, Nate.  Before we ask you any questions, you must understand
                  your rights.  You have the right to remain silent.  Anything you say can be
                  used against you in court.  You have the right to talk to a lawyer for advise
                  before we ask you any questions, and to have him with you during
                  questioning.  If you cannot afford a lawyer, one will be appointed for you
                  before any questioning, if you wish.  If you decide to answer questions
                  now, without a lawyer present, you still have the right to stop answering at
                  any time until you have talked to a lawyer.  You also have the right to stop
                  answering at any time 'til you talk to a lawyer.  I've read this statement,
                  and my Constitutional Rights, and understand what my Rights are.  I'm
                  willing to make a statement and to answer questions.  I do not want a
                  lawyer at this time.  I understand and know what I am doing.  No promises
                  or threats have been made or used against me; no pressure, coercion of any
                  kind has been used against me.  I, therefore, waive my Rights, and agree to
                  make a statement. Do you understand that, Nate?

JACKSON:          Yeah.

Det Monroe:       Could you look this over?  Put your initials on each one of these lines, sign
                  it down here.  Make some room here ...  At the end of each little line here,
                  put your initials.  That means the form was read and showing that you

1

understand it, okay?

JACKSON:          Uh-huh...

Det Hoolihan:     And I need your signature here.  You left-handed or right-handed?

JACKSON:          Left-handed.

Det Hoolihan:     Okay.

JACKSON:          And, I didn't mean to do this shit, man...I really didn't mean to do that
                  shit, man.

Det Hoolihan:     You have any questions regarding your Rights?

JACKSON:          I just didn't mean to do it, man.

Det Hoolihan:     Okay.

JACKSON:          I didn't, man; I'm sure I didn't, man.  Sorry, man.

Det Monroe:       Okay, Nate.  What you need to do is, is go back and talk about this, okay?
                  And we got to start from the beginning.  We got to start from, uh...

JACKSON:          I ain't (inaudible)...

Det Monroe:       You're going to have to speak up.

JACKSON:          I told you, I told you, you know what I'm saying; I mean, I was, man, I
                  mean, I don't even like talking about it, man, you know what I'm saying, I
                  mean, cause you know what I mean, it's fucked for me, man, you know
                  what I mean, that's, you know what I'm saying, I mean, I told you
                  (inaudible) ...  what happened, man, you know what I'm saying, I mean, I
                  don't even want to, you know what I'm saying, discuss no more about it,
                  man, you know, 'cause it ain't gonna, you know, it ain't gonna to bring,
                  ain't gonna bring the man back.

Det Monroe:       Okay, let's go over the events that occurred on December 11th, that's a
                  Tuesday, that's the day that, um, the shooting occurred, alright?  Get up
                  early in the morning, right?  You hook up with Donna on Tuesday?

JACKSON:          It's over, man, you know what I'm saying; I say what I had to say, man.
                  You know what I'm saying; that's it, man.  Anything else, man, you know,

2

|  |  |
|---|---|
|  | we just, man, you know, argue that, you know what I'm saying, whatever my attorney be, man, you know what I'm saying, man, you know, right know, man, I'm just saying, you know, I mean, I ain't, I ain't fully... |
| Det Monroe: | I know ... |
| JACKSON: | you know what I'm saying; I'm fucked up, man, you know? |
| Det Monroe: | Alright, I know it's tough for you.  Could you, now that we got the camera rolling, could you just talk about this with me one more time, we got to clear it up, alright.  This is your side.  Robert picks you up, right? |
| JACKSON: | Uh huh. |
| Det Monroe: | Okay, where's he pick you up at? |
| JACKSON: | Down at, by C-Staples. |
| Det Monroe: | Oh, C- Staples?  Okay... |
| JACKSON: | Yeah. |
| Det Monroe: | I thought you were talking about another place. |
| JACKSON: | No, C- Staples is like a little eatery, man. |
| Det Monroe: | You get ribs there?  Okay.  Robert comes down there and picks you up. Do you know about what time this is? |
| JACKSON: | Shit man, I can't recall. |
| Det Monroe: | Still daylight? |
| JACKSON: | Ah, man, told you, she dropped me off, man; it was around about nine (9). Let see, probably, it, it was after seven (7), man, you know... |
| Det Monroe: | After seven (7) sometime. |
| JACKSON: | Yeah, she dropped me off. |
| Det Monroe: | Okay. |
| Det Hoolihan: | This place, is it in Warren or Youngstown? |

3

| | |
|---|---|
| JACKSON: | Youngstown.  That's what I'm saying, man, I mean, if it was like something intended, man, just, you know, I mean, you know, on one of them, them ol' backstreets, or something, man, you know what I'm saying, up in my 'hood, well, I know, you know, I could probably try to get away with it, man, when, you know, it wasn't, it wasn't, you know, laid out like that, man, you know...wasn't laid out like that.  You know, I ain't no killer or nothing; I ain't gonna kill 'em for real, man, you know, I was just always a hustler, man, you know what I'm saying.  That's all.  I mean, trying to, you know what I'm saying, I mean, make it on my own, man, you know.  I mean, I could find some shit, I don't ask nobody for shit, man, 'cause I can't depend on nobody, you know, if I want something, I got to get it for myself.  You know (inaudible)... street hustler, you know, it was like my job, man, you know what I'm saying.  I don't have no problems with it, you know, I mean I have fun, money was good, you know what I'm saying, all this shit.  (Inaudible)...I would never tighten, you know what I'm saying, it just, you know, would all be here, they're like, you know, yeah, 'cause I'm hustling, you know what I'm saying, I got to be a killer, oh, man... |
| Det Hoolihan: | Just tell us the story again, so we can understand it. |
| JACKSON: | Told you, man, you know, I mean, ain't, ain't too much you can, you know, ain't too much more you can say, man, you know what I'm saying. |
| Det Monroe: | Okay, well, how does Robert get a hold of you? |
| JACKSON: | What did you say? |
| Det Monroe: | Robert picks you up at the C-Staples, but... |
| JACKSON: | I'm already, I mean, (inaudible)...I talked to him here and there, you know what I'm saying, shit, man, down at the bus station... |
| Det Monroe: | On that, on Tuesday night, how does he get a hold of you, though? |
| JACKSON: | Huh? |
| Det Monroe: | He picks you up ... |
| JACKSON: | I talked to him, I talked to him at the bus station. |
| Det Monroe: | You were at the bus station? |

4

JACKSON:        Yeah.

Det Hoolihan:   Which bus station?

JACKSON:        Downtown.

Det Hoolihan:   In Warren or Youngstown?

JACKSON:        In Youngstown.  He was, he was outside, they was putting, they was putting luggages on a bus.  I be talking to him, told him meet me at (inaudible)...C-Staples.

Det Monroe:     Okay.  About how long after you told him to meet you up by, at C- Staples before he comes up there?

JACKSON:        Shit, man, shit, I guess it was after he got off work.  You know what I'm saying...whatever time he got off work, you know.

Det Monroe:     Where were you at when he shows up at C-Staples?  You inside?

JACKSON:        Huh?

Det Monroe:     You inside?

JACKSON:        Nah...

Det Monroe:     Where were you at?

JACKSON:        Outside.

Det Monroe:     You were outside?

JACKSON:        You know what I mean, 'cause I, yeah, that, that whole, that whole section of the block, you know what I'm saying, I mean, when, you know, I mean, when, when the corner was the corner, you know what I'm saying, I mean, I used to hang out up there, you know what I'm saying.

Det Hoolihan:   What time was it?

JACKSON:        Huh?

Det Hoolihan:   Do you remember what time it is?

5

| | |
|---|---|
| JACKSON: | Shit, it was, probably, I'd say here roughly about, probably, after, probably after nine (9). |
| Det Hoolihan: | In the morning, or in the night? |
| JACKSON: | Nah, in the night. |
| Det Monroe: | Okay, Robert rolls up and what happens? |
| JACKSON: | He pulled up, you know what I'm saying, I got in the car, you know what I'm saying, um, during, during the process, you know what I'm saying, you know, we talking, you know what I'm saying, about the little transaction I actually made, can I come over here, you know, she goes, you know what I'm saying, like, you know, 'cause I was going, um, to start, you know, working, working for him, and shit, you know, down at the station and shit; you know, he was gonna give me a job... |
| Det Monroe: | Okay, but he, he rolls up to C-Staples, and he wants something from you, right? |
| JACKSON: | Yeah, he wanted some weed. |
| Det Monroe: | How much weed does he want? |
| JACKSON: | Huh? |
| Det Monroe: | How much weed does he want? |
| JACKSON: | He wanted an ounce.  I ain't had no ounce on me... |
| Det Monroe: | You didn't have an ounce? |
| JACKSON: | Huh-uh (negative). |
| Det Monroe: | Okay.  Did you have any with you? |
| JACKSON: | (No audible response) |
| Det Monroe: | Did you sell it to him? |
| JACKSON: | (Inaudible) |
| Det Monroe: | So you sold him the weed.  How much weed did you sell? |

6

JACKSON:         Shit, man (inaudible)... I only used, it wasn't no, it wasn't no quite ounce, you know what I'm saying.

Det Monroe:      How much did he pay for it?

JACKSON:         Huh?

Det Monroe:      How much did he pay for the weed?

JACKSON:         A hundred bucks.

Det Monroe:      A hundred bucks?

JACKSON:         Yeah.

Det Monroe:      Okay.  And then you want something from him, right?

JACKSON:         Huh?

Det Monroe:      What do you want from him?

JACKSON:         I didn't want nothing from him, shit...I mean, you know what I mean, I mean...

Det Monroe:      You didn't want him to put you up in his crib for awhile?

JACKSON:         Huh?

Det Monroe:      Didn't you say you wanted him to put you up for awhile?

JACKSON:         Nah, I asked him, you know what I'm saying, can I, can I come up, do you know what I'm saying, until, you know what I mean, you ain't gotta, you ain't gotta put me up, you know, so, I mean, I'm going, I'm going at you, you know what I'm saying, I mean, 'cause, I mean, ain't nothing to a failure but a try, you see what I'm saying...

Det Hoolihan:    Yeah...

JACKSON:         I mean, shit...

Det Hoolihan:    How long have you known Robert?

JACKSON:         Robert, Robert (inaudible)... shit, a couple years.

7

Det Hoolihan:    Have you ever been at the house before?

JACKSON:    Yeah, I've been...

Det Hoolihan:    So you know where he lives then, right?

JACKSON:    (Inaudible) ... and, um, I used to, um, come over there, man, you know what I'm saying, lot of times, I mean, I mean, I used, I used to like, you know, I mean, I, I watched the games with him, you know what I'm saying, hey, Nate, you know, 'cause you, you know, he was in the sports, you know, I mean, cool, you know, I mean, he was alright, man, you know. I mean, he wasn't no bad dude, man, you know, that's why I say, man, you know, it hurt me, you know what I'm saying, when it happened, man. You know.

Det Monroe:    Okay. But you asked him if you could come over there and hang out. Did you end up in his car?

JACKSON:    Yeah. He took me. (Laughter)

Det Monroe:    He told you to get in his car?

JACKSON:    Yeah. When, when we, when he first pulled up, you know what I'm saying, he unlocked the door, you know what I'm saying, got in, you know, and, um, we was, we was driving up, I said, "Lookey here, check this out, man." I said, um, "Do you think you can go ahead and let me chill, you know what I'm saying, tonight, man? You know, I mean, then you know, we get an early start tomorrow, you know, take me down there, you know, and show me how to, you know, get progress, you know what I mean, with the luggage bags and shit, you know." Yeah, he just, he just made, he just took my, you know, he just took my, what I do, you know what I'm saying, my, my street life, man, you know what I mean, just, he just like, man, he just like said fuck me, man, you know what I'm saying, I mean, it ain't like this is what I, I planned to do, you know what I'm saying, I mean, I ain't, I ain't, you know what I'm saying, I ain't planned to, you know, living no, you know what I'm saying, on no street life, shit, man, you know what I'm saying, I mean, I just, I just caught up in the mix, you know what I'm saying, then now, since I'm up in the mix, you know what I'm saying, that's all I knew, you know what I'm saying. I mean, okay, so, you, you may got a little some girlie, okay, that's cool, you know what I'm saying, I mean, I ain't mad at you; I'm happy for you, you know what I'm saying. I'm happy to see anybody, you know what I'm saying, do something good for theirself, but then, you know what I'm saying, this

8

is all I know, you know what I'm saying...

Det Hoolihan:     So this was the discussion that you were having while you were driving to his house?  In the car?

JACKSON:     I mean, no...

Det Hoolihan:     As soon as you got in the car?

JACKSON:     I mean, we, we wasn't, you know, we were talking about that, you know what I mean, it was like, you know, we was talking about, you know, getting everything, you know, processed, to see, you know, if, I hire, you know, the, to do the luggages and shit, and tag 'em, you know, and, (belch) shit like that, you know what I'm saying, that's all it was, you know, up on me, you know.

Det Hoolihan:     So you were going to start working for him, right?

JACKSON:     Yeah.

Det Hoolihan:     And you, he was discussing with you how you were going to go about your job?

JACKSON:     Yeah, you know, and then when we got to the house, he's saying, yeah, you know, you got to, um, he's telling me about this street life, and saying, you know what I'm saying, I'm going, you know, I'm going to do this forever, and, you know; and I'm like, man, you know, damn, why, why would you down somebody like that, you know what I'm saying, I mean...

Det Hoolihan:     He disrespected you?

JACKSON:     Everybody, everybody change, you know what I'm saying, I mean, but it's like, a lot of this shit, you know what I'm saying, I can just take and eat up, you know what I'm saying.  I mean, you, you can call me what you want, you know what I'm saying, say what you want, say, you know what I mean, I'm not, I'm, I'm, I'm more than a man on that, you know what I'm saying, 'cause I ain't gonna let no worries sit here and intimidate me, you know what I'm saying.  To try to hurt nobody.  You know what I'm saying, 'cause it's all you doing, you know.  I mean, shit, you gonna, you gonna, you gonna pull a weapon on me, man, I mean, damn, you just let me know right then, you know what I'm saying, it's like, you know, fuck you, for real.

9

| | |
|---|---|
| Det Hoolihan: | So when you got at the house, did you guys, where did you guys put the car at? |
| JACKSON: | Huh? Put, we put, the car? In the garage. |
| Det Hoolihan: | Okay, then put the garage door down? |
| JACKSON: | Uh-huh (affirmative). |
| Det Hoolihan: | Then you went into the house? |
| JACKSON: | Yeah. |
| Det Hoolihan: | Did he take the weed with him in the house? |
| JACKSON: | I don't, I don't remember where he took the weed, man. |
| Det Monroe: | He had the weed, though? |
| JACKSON: | Huh? |
| Det Monroe: | He, Robert had the weed? |
| JACKSON: | Yeah. |
| Det Monroe: | So you guys go in the house. You guys sit down at the kitchen table and talk? |
| JACKSON: | Yeah, you know what I'm saying; I used the bathroom real quick, and I came in, you know. And, I guess he was, you know, overlooking his, you know, mail, whatever, you know, we was sitting there, you know, we was talking, you know, and he was telling me, you know, that shit, you know, you, all you, you know what I'm saying, all you black guys, the same, this and that, you know, you all don't want to do nothing for you all self, you know, and then, you know, and then he make me think, like, well, damn, you know, you, you trying to, you know, say now on, that I'm, I'm a flunkie, or something, you know what I'm saying, 'cause you, you, you telling me all this, you know, and you about to hire me, so it's like, you know, you just saying, huh, yeah, yeah, and the guy got you, you know what I'm saying, working for me. But, you know, I mean, I still, shit like like that, I overlook, you know what I'm saying, I mean, I'm just trying to, you know, I'm trying to, you know, make it, a different life-style, you know what I'm saying, and try to work some, you know. |

10

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5560

Det Hoolihan:      So what time did you get at the house?

JACKSON:            Shit man, I don't...

Det Hoolihan:      Did you guys arrive...

JACKSON:            ... know, man, you know what I'm saying, I mean, I wouldn't, you know ...

Det Hoolihan:      Was it dark?

JACKSON:            I mean, yeah, it was dark, you know what I mean, the time, you know what I mean, I really wasn't worried about no time or nottin', you know what I'm saying, I mean...

Det Hoolihan:      But Robert usually works 'til a certain time, doesn't he?

JACKSON:            Huh?

Det Hoolihan:      Doesn't the bus station close at a certain time?

JACKSON:            Shit, I, I, I guess it close like 8:30, 9:00 o'clock, some shit like that.

Det Hoolihan:      Does Robert usually work 'til then, 8:30, 9:00 o'clock?

JACKSON:            I guess, I take it as that, you know.

Det Hoolihan:      So it would be fair to say that sometime after 9:00 you guys arrived at Robert's house?

JACKSON:            Shit, I mean, it was, it was, it was after 9:00, man, you know what I'm saying.

Det Monroe:        You guys were both sitting at that table right there in the kitchen, talking.

JACKSON:            Nah, he was, he was standing up, by, by the end of the counter, man.

Det Monroe::       And you, you're sitting down?

JACKSON:            Uh, no, I'm, you know what I mean, I'm standing at, you know, up behind the back of the chair, you know what I mean, with my hands crossed, you know, this and that, you know what I'm saying, I mean, 'cause I'll tell you know, I mean, I listen to anything, you know what I'm saying, if somebody, you know, try to tell me and say, you know I mean, I ain't

11

gonna just take it and throw it away, you know what I mean, I'm gonna go ahead and put some use to it, you know, man, I'm listening at him, he say, you know, then, he was telling me, I told him, "Well, man lookey here, man, I mean, come give me a lecture or something, I mean, shit, you could have left me, you know what I'm saying, down the 'hood, I mean, if I knew I was coming up here for this shit, man, you know." And, he, he talking, well, you know, I mean, I can, walk in this and that, and I'm like, come on, raining, it don't gotta be like this, you know what I'm saying, I'm like, well then again, man, I mean, you, you brought me up here, you know what I'm saying, I mean, you take me back where you got me from, you know what I'm saying, just out of respect.  No, you see, I ain't got to do shit, you know what I'm saying, I mean, you know, I mean, I'm sitting down, I mean, I'm like, yeah, alright, man.  I look up, you know what I'm saying, I mean, what the fuck?  You know.  I mean, he, he had the gun, man, you know what I'm saying, I go, (inaudible)... the mother-fucker, man, I'm like, you know, I'm just saying to myself, man, this cat...

Det Monroe:    Wait a second, wait, you sit, you're standing here, talking to him, right?  You guys aren't arguing, he's just, he's dis, disrespecting ...

JACKSON:    He is ... (inaudible) listen, listen here, okay.  At the, you know what I'm saying, when, when, when the disrespect, you know, part came on, you know what I'm saying, like I say, you know what I mean, I, you know what I'm saying, I wasn't expecting him, you know what I'm saying, to, you know, I mean, to, to, to take it, you know, to where it, you know, I mean, getting further detail, you know what I'm saying, I mean, 'cause like I say, man, when, when, when people say shit, man, I just like, you know, I, I'll brush it off, yeah, you know what I'm saying ...

Det Monroe:    Just let it go by.

JACKSON:    Yeah, you know, but, but at the same time, you know, I'm gonna let you know, you know what I'm saying, that I'm listening to you, you know what I'm saying, yeah, okay, you know, I mean, I mean, shit, you, you can call me the lowest scum of the earth, okay, yeah, you know what I mean, I can, I can't, you know, I can't change your opinion, you know what I'm saying ...

Det Monroe:    So what...

JACKSON:    ... 'cause you gonna think what you want to think, you know what I'm saying, okay, then, yeah, you know.

12

| | |
|---|---|
| Det Hoolihan: | Everybody's got the right to their own opinion, right? |
| JACKSON: | Right.  You know, so I mean I ain't going to sit here and say well, man, you know you're a mother-fucker and lie, this and that, well, shit, if you feel I'm gonna be out here, you know what I'm saying, selling drugs all my life, okay, then.  (Inaudible) |
| Det Monroe: | Then this gun, this gun comes out.  Why, why does the gun come out? |
| JACKSON: | 'Cause I told him, man, I said, "Lookey here," I said, "Look, you brought me up here, man, for all this shit man, you, you, you could have left me back," you know what I'm saying.  I mean, man, you know, I mean, I don't got to be here, you know.  He tell, well, you, you can, um, you can walk, and this and that, man, and look here, man, no, I say, I ain't, man, look, then again, I ain't, I ain't walking.  You know what I'm saying, I ain't walking, (inaudible)... oh, you know, you can get the fuck out of here now, you know what I'm saying, I'm like, yeah, I understand, when I looked up, man... |
| Det Hoolihan: | Where did the gun come from? |
| JACKSON | Man, I don't know, man.  It just ... |
| Det Hoolihan: | Did you see a gun lying around in there, when you walked in? |
| JACKSON: | I don't know, man, I mean, I ain't seen no, I ain't seen no gun, man, you know what I'm saying.  I mean, 'cause for one, man, you know what I mean, if, when I come to somebody's house, man, you know what I'm saying, I mean, I , I ain't going to go in their house, you know what I'm saying, to get to rambling and shit, man, you know what I'm saying, 'cause that ain't mine, you know. |
| Det Hoolihan: | What did the gun look like?  Describe it. |
| JACKSON: | Huh? |
| Det Hoolihan: | Describe the gun. |
| JACKSON: | Man, it was just, man, it was, it was, it was a shiny gun, man, you know what I'm saying ... |
| Det Hoolihan: | Was is an automatic?  Revolver? |

13

JACKSON:        Um, shit, it was, it was a revolver, man.

Det Hoolihan:   Chrome, like a chrome?  Shiny?  Maybe a stainless steel?

JACKSON:        I just, I just seen some, you know, I mean, I just seen some shine, you know what I mean.

Det Hoolihan:   Do you know what caliber it was?  Twenty-eight?  Thirty-eight?

JACKSON:        Ah man, I don't even know, I ain't, I ain't no gun man, you know what I'm saying...

Det Monroe:     What about the barrel, how long was the barrel?

JACKSON:        Huh?

Det Monroe:     How long was the barrel?

JACKSON:        It was just, it was a little gun, man.  It was a little gun, man.

Det Hoolihan:   Do you know what the grips look like?

JACKSON:        I mean, I ain't, I ain't, you know, like I say, man, I wouldn't try to, you know, analyze the gun like that, you know what I'm saying, 'cause, really man, I ain't, you know, I don't like to, you know what I'm saying, touch no guns, man, you know.  I don't like to touch no guns, I mean even though when I was out there, on the streets, you know, I mean, I been shot at, you know what I'm saying, a few times, but, I mean, I ain't gonna sit here and try to, you know, keep coming back, you know, as far as no retaliation thing.  I'm gonna leave it alone.  Fuck it.  You got me.  You know what I'm saying ...

Det Hoolihan:   Right.

JACKSON:        I mean, I look at it as I'm blessed 'cause you ain't killed me, you know.  So, I mean, I always left shit alone like that, man, you know what I'm saying.  Ain't carry no guns, you know.

Det Hoolihan:   So what happens, you guys are, an argument starts or something, or what?  Then what happens?

JACKSON:        I mean, it was like I say, man, I mean, I wouldn't, I wouldn't own no organ-type stuff, man, you know what I'm saying.  I mean, he just may, I

14

|  | mean, it's just like, he just like flipped, man, you know what I'm saying, I mean, he just, Doctor Jeckyl, Mr. Hyde, you know. |
|---|---|
| Det Monroe: | So when he flips, pulls a gun out, whether he's got it on his clothes or wherever it comes from... |
| JACKSON: | Yeah, hey, you know 'saying, he got, he got the gun... |
| Det Monroe: | He got the gun... got the gun pointed at you, right? |
| JACKSON: | ...he got the gun pointed at me, know what I'm saying, so I reached up, you know what I'm saying, I, I go to grab, you know what I'm saying, I, you know, I mean, I got the front of, you know what I'm saying, I'm trying, you know, hold it back away from me, man, you know. |
| Det Monroe: | And what happens? |
| JACKSON: | Ow, man, you know what I'm saying, he squeezed on me, man. |
| Det Monroe: | He squeezed on you. |
| JACKSON: | Yeah. |
| Det Monroe: | And what happened? |
| JACKSON: | I, that's when I, that's when I felt my finger, and shit, man, you know what I'm like, what the fuck.  You know, I'm like, oh, you know, I mean, I'm like thinking in my mind, man, you know, I, I can't, I can't let this, you know, this cat keep this gun in his hand, man, 'cause if I do, huh, I know, I'm prob, I'm probably a done deal, man... |
| Det Monroe: | So what do you do? |
| JACKSON: | ...you know, I mean, I just, I mean, on the, on the tussle, you know what I'm saying, I mean, just like, you know, wow, you know what I'm saying, I'm like, damn, man, what the fuck, man. |
| Det Hoolihan: | So you, you shot Robert... |
| JACKSON: | ... man, I mean ... |
| Det Hoolihan: | ... in the tussle? |

15

JACKSON: I didn't mean to, man.

Det Hoolihan: Okay...

JACKSON: I didn't mean to, man.

Det Hoolihan: Well then, how many, how many times did you shoot him?

JACKSON: Man, I didn't, man, I just heard the gun go off, you know what I'm saying, like, two times, man, the thing went off, you know what I'm saying, like, a couple times, man, I mean, I ain't, I ain't mean, you know what I'm saying, it wasn't like I'm sitting here, you know, counting no shots, like, yeah, this is, this is what I'm going to do, you know what I mean.  I ain't, man, I ain't wanna do it, man.

Det Monroe: How many times do you think...

JACKSON: I swear to God, I ain't wanna did it, man.

Det Monroe: Nate, how many times do you think the gun went off?

JACKSON: Man, Lord knows I ain't wanna do that, man.  I'm serious, man, I ain't wanna take nobody's life, man.

Det Hoolihan: So the first time he got shot, where did he get hit?

JACKSON: I don't know, man.

Det Hoolihan: Well, what does he do?

JACKSON: I don't know.  You know, I mean, what he do?

Det Hoolihan: Yeah.

JACKSON: Shit, man, he, man, the, the cat steals your, you know what I mean, I mean, it's like, we still, you know what I'm saying ...

Det Hoolihan: He's still coming at you?

JACKSON: Yeah.

Det Monroe: After you shot him?

16

JACKSON: Huh, I mean, after the gun went off, you know what I'm saying, it's like, you know, I mean, 'cause I don't even know, you know, if, um, if, you know what I mean, if I really, you know, hit him like that right then, you know what I mean. You trying to, he trying to, you know what I'm saying, I mean, this cat, trying to fuck me up, man.

Det Monroe: Tell me what he's doing. What's he doing?

JACKSON: Huh? I mean, I got, I got, I got him on the gun, you know what I'm saying, when I, when I pulled it down, he shot me, you know, I mean, he still trying to, he still trying to, you know what I mean, hit me, you know what I'm saying, in the buckle...

Det Hoolihan: Yeah.

JACKSON: ...you know what I'm saying, so, you know what I mean, where he can, where he can really hurt me, you know what I'm saying. I mean, I'm, I'm, I'm trying to, you know, shift his weight up off me, you know what I'm saying ...

Det Monroe: He's got your head in a head-lock?

JACKSON: Uh, nah, I mean, you know what I'm saying, we, we, we like this, you know what I'm saying, I mean, I mean, I'm, I'm, I'm beside 'em, you know what I'm saying, I'm trying to tussle with the gun, you know what I'm saying. He, he got the ups on me, you know what I'm saying, I mean, he, he trying to, you know what I'm saying, really bend me over, and I'm thinking, like, man, you know, I'm, I'm, I'm, I'm gone, man, you know what I'm saying...

Det Hoolihan: So you shoot him again?

JACKSON: Huh?

Det Hoolihan: You squeeze the trigger again?

JACKSON: I, man, that's how it was, man, you know what I'm saying...

Det Hoolihan: Then what happens after that?

JACKSON: Shit, man, I don't know, I ran, jumped in the car, man. And left, man. I was scared, man.

17

| | |
|---|---|
| Det Monroe: | You got, where'd you get the keys from? |
| JACKSON: | On the counter. |
| Det Monroe: | On the counter?  You go out in the garage... |
| JACKSON: | Yeah, got in the car, man, I left, man. |
| Det Monroe: | Where did you put the gun? |
| JACKSON: | I don't know. |
| Det Monroe: | In your pocket?  Throw it in the car?  Where did you put the gun, Nate? |
| JACKSON: | I don't, I don't, I don't, man, I just, I was so fucked up, man, I mean, after this shit happened, man, it fucked me up, man. |
| Det Monroe: | Okay.  You, you get in the car; what side of the car do you get in? |
| JACKSON: | Got in on the passenger side. |
| Det Monroe: | Okay.  What do you do then? |
| JACKSON: | Started the car up, man, left from out of there. |
| Det Hoolihan: | What did Robert do once you shot him the second time? |
| JACKSON: | Shit man, I mean, he was, he was, I mean, he was, he was just urinating on the floor 'cause he was, he was breathing, though. |
| Det Hoolihan: | Where do you think you shot him at? |
| JACKSON: | I don't know.  I mean, he was breathing. |
| Det Hoolihan: | How do you know that? |
| JACKSON: | Huh?  'Cause I mean, I mean, I, I could, I could, I could see him, you know what I'm saying, I mean, shit, he like (heavy breathing sounds), you know what I'm saying, I mean, I'm, I'm, I mean I'm scared now, man, you know what I'm saying, I'm like, I'm out of here, man.  I ain't want to do that shit, man.  And I ain't, I ain't mean to take that man's life, man.  I didn't, man. |

18

Det Hoolihan:     So what did you do with the gun?

JACKSON:          I don't know...I don't know what I ..., man, I don't know what I, I don't know what I got to do with it, man.

Det Monroe:       Where do you go with the car?

JACKSON:          Huh?

Det Monroe:       Where do you take the car?

JACKSON:          Shit...(inaudible)

Det Monroe:       Where at?  What street?

JACKSON:          Man, I don't know, man, you know what I'm saying, I mean, I ain't, I ain't, I ain't, you know what I'm saying, I mean, I'm on, I'm an eastsider, you know what I'm saying, but really I'm all around, you know what I'm saying, well, I mean, like, only streets I really know are, you know what I'm saying, like, Main Street, you know what I'm saying, from my 'hood, you know what I mean, few, few streets on northside, awhile I'm around there, you know what I'm saying, like, you know, the Projects, and all that shit, you know what I'm saying, yeah, I, you know, I knew them, but, you know, I mean, I just, I moved the car on the street, you know, got out of it, you know what I'm saying.

Det Monroe:       Okay, you get out of the car, still got the gun with you?

JACKSON:          (No response)

Det Hoolihan:     You're bleeding pretty good now, right?

JACKSON:          Huh?

Det Hoolihan:     You're bleeding pretty good now, right?

JACKSON:          (No response)

Det Monroe:       You still got the gun with you?

JACKSON:          Oh, man.  I got rid of the gun, man.

Det Monroe:       Where did you get rid of the run?

19

JACKSON:        Shit, way back in Youngstown, man.

Det Monroe:     Where at, Nate?

JACKSON:        Tossed the mother-fucker out, the mother-fucker out of the car.

Det Monroe:     What street are you on when you do that?

JACKSON:        Shit, right, right when I was about to get on the, um, right when I got on the freeway, man.

Det Monroe:     Which freeway, Nate?

JACKSON:        On the way back to Youngstown. Shit, I don't know (inaudible) no streets, or shit out there.

Det Hoolihan:   When you left the house, which way did you go?

JACKSON:        I got on that freeway.

Det Monroe:     Eighty-two (82)?

JACKSON:        I don't know what it is, man. I just jumped on the freeway, man. I...

Det Hoolihan:   So...

JACKSON:        ...Youngstown, (inaudible)...Youngstown...

Det Hoolihan:   Did you take the short way out of the area over there?

JACKSON:        Shit man, I, I mean, I took the only way I seen. I seen the sign that said Youngstown, and there it was. Like I say, man, I, I mean, I don't, I don't know my way, I don't, I don't know my way around out there, man, you know what I'm saying. I mean, that ain't, that ain't my neck of the woods.

Det Hoolihan:   So it wasn't part of the, um, the development where the freeway comes out of the road. Is that where you threw the gun out? At this, at the caution light there, at the traffic light?

JACKSON:        Uh...right on the freeway, man. You know what I'm saying.

Det Monroe:     You threw it out of the driver side or the passenger side?

20

JACKSON:        (Inaudible)

Det Monroe:     Okay.  You go through the traffic light to get on the freeway, right?  Were we in the right spot?

Det Hoolihan:   Which way you turning?

JACKSON:        Made a left to get on the freeway.

Det Monroe:     A left, and you still got the gun, right?  You make a left, and you got the gun.  How far up the freeway do you go before you throw it?

JACKSON:        Shit, I mean, not that far.  I rolled the window, I tossed that mother-fucker...

Det Monroe:     Did you toss that out before you get to the bend that goes to Youngstown?

JACKSON:        Uh-huh (affirmative).

Det Monroe:     Okay.  You call Donna from the car?

JACKSON:        Huh-uh (negative).

Det Monroe:     When did you call Donna?

JACKSON:        I called, I, I called Donna, like, after work, man.  (Inaudible)...

Det Hoolihan:   You're going to have to speak up, okay?  Can't hear you.

JACKSON:        Alright.  Told her I needed, told her I needed a place to stay, man, you know what I'm saying...

Det Monroe:     How do you call?  What phone do you use?

JACKSON:        Huh?

Det Monroe:     What phone do you use to call her?

JACKSON:        Shit...

Det Monroe:     Do you still have her little cell phone?

JACKSON:        Huh?

21

Det Monroe:       Do you still have her cell phone?  Is that how you called her?

JACKSON:       Shit, I used the phone that was in the car.  Used that.

Det Monroe:       Okay.

Det Hoolihan:       Where was the cell phone in the car at?

JACKSON:       Huh?

Det Hoolihan:       Where was the cell phone at in the car?

JACKSON:       I, I..., top of the visor...

Det Hoolihan:       Was it Robert's or Donna's cell phone?

JACKSON:       I don't know whose phone it was.  I just used it.

Det Monroe:       How many times did you call her?

JACKSON:       I'm, I mean, I called, you know what I'm saying...

Det Hoolihan:       Where was she at?

JACKSON:       Huh?

Det Hoolihan:       Where was she at?

JACKSON:       Shit, man.  I called her and told her, you know what I'm saying, 'cause she, when she coming, um, when she come an' get me, man.  Go home, man.

Det Hoolihan:       So what time do you think it is now?  When you're leaving the house.

JACKSON:       Man, I don't know, man.  I mean, like I say, man, I mean...

Det Hoolihan:       (Inaudible)

JACKSON:       ...(inaudible) I wasn't never a turn, man, you know what I'm saying, 'cause it ain't never no time, you know what I'm saying ...

Det Hoolihan:       Well, if you get there a little after nine (9) p.m., and, how long do you think you were over there?

22

| | |
|---|---|
| JACKSON: | Ah, ah, I don't know, man. |
| Det Hoolihan: | So you called Donna, and what did you tell her? |
| JACKSON: | (Inaudible) ... Won't you go ahead and help me out, you know what I'm saying... |
| Det Hoolihan: | Where did you call her at? |
| JACKSON: | ...place to stay, man...you know. |
| Det Hoolihan: | But where'd you, where'd you know, know to get a hold of Donna? Where did you call her at? |
| JACKSON: | 'Cause shit, I mean, I know.  I knew, you know what I'm saying, that, she, alright, she says she was going, she was going down to the mall, you know what I'm saying, I mean, I guess she was going shopping, (inaudible)...but, |
| Det Hoolihan: | Okay, but did you have her cell-phone number, did you call her on her cell-phone? |
| JACKSON: | Huh? |
| Det Hoolihan: | Did you call her on her cell-phone? |
| JACKSON: | I called her on her cell-phone. |
| Det Monroe: | Where did you call her at?  Where was she at when you called her? |
| JACKSON: | When I called her, she, she was in the car, man, I mean, I guess she was, she was in shopping somewhere, man.  You know what I'm saying... |
| Det Hoolihan: | But you called her on her cell-phone, right? |
| JACKSON: | Huh? |
| Det Hoolihan: | I mean, you wouldn't, you didn't have a number inside the mall to call her. You had her cell-phone number. |
| JACKSON: | Yeah, I mean, when I called, man, you know what I'm saying, I mean, she was, I caught her in the car, you see what I'm saying... |
| Det Hoolihan: | What I'm saying is ... |

23

JACKSON:           ... I was trying to get in touch with her, you know what I'm saying...

Det Hoolihan:      How did you know how to get in touch with her?

JACKSON:           Huh?

Det Hoolihan:      What's her cell-phone number?

JACKSON:           Cell-phone number...is 5, 509, 509, 0, 0, 2, 7, 1 ...

Det Monroe:        That's the number you called her at?  509-0271 ... You sure?

JACKSON:           (Inaudible) ... you know what I'm saying, I mean, and it's like, man, I
                   mean, I just told her, man, I, I, I needed a place to stay, you know what I
                   mean, man ... I was so fucked up, man, that it happened, man, you know
                   what I mean, I just wanted, you know what I'm saying, be away from
                   everything, you know what I'm saying, I mean, 'cause I couldn't even
                   believe it myself, man, you know.  Then, when I did fall off to sleep, and I
                   woke up, man, you know, I'm like, damn, man ...

Det Monroe:        Nate, could you sit up and talk in the mike a little more?

JACKSON:           (Sigh)

Det Monroe:        She, so she comes over the 'hood to pick you up, right?  And she puts you
                   up, yes?

JACKSON:           And she what?

Det Monroe:        She comes and picks you up in the 'hood, right?

JACKSON:           Yeah.

Det Monroe:        Where does she take you?

JACKSON:           I mean, I asked her if she'd give me a room, man, you know what I'm
                   saying.  And she got me a room up there, at the, at the Days Inn, and shit,
                   man, you know.

Det Hoolihan:      So you dumped the car, first?

JACKSON:           Yeah, I think, I got to remember, know what I'm saying, got a (inaudible)
                   ...

24

| | |
|---|---|
| Det Hoolihan: | Where did you tell Donna to meet you at? |
| JACKSON: | Huh? |
| Det Hoolihan: | Where did you tell Donna on the phone to meet you? |
| JACKSON: | Shit, (inaudible) ... on the northside. |
| Det Hoolihan: | Did she know where to find you? |
| JACKSON: | Huh? |
| Det Hoolihan: | She knew where to find you? |
| JACKSON: | I told her, I'll, I'll be up here, here, by, uh, Sheila's house.  Northside. |
| Det Hoolihan: | Well, how did Donna know where Sheila lives? |
| JACKSON: | 'Cause I had to tell her to drop me off there. |
| Det Hoolihan: | So what happens then? |
| JACKSON: | Huh? |
| Det Hoolihan: | What happens next? |
| JACKSON: | Shit, she just took me up there, you know what I'm saying, to my room, man, you know what I mean, that was it.  I mean, I'm I'm, I'm, I'm so fucked up, man, I mean, I, I, I mean, I don't even, you know, I mean, I can't even, voice my own self, man, you know what I'm saying, I mean, I think what happened, man... |
| Det Hoolihan: | Did you tell her what happened? |
| JACKSON: | I didn't tell her what happened, man.  I just told her, man, you know, I'm sorry to hear about what happened, I mean, I'm trying (inaudible) ... you know what I'm saying, because, I mean, like I say, man, she was always a good friend, man, you know what I'm saying, not only, you know, I mean, she, she used to help, you know what I'm saying, a lot of people out, man, you know what I'm saying, feed people every restaurant, everything man, and I'm thinking, like, man, you know, man, I, I tell her this, man, you know, just like, shit, you know what I'm saying ... |

25

Det Hoolihan:       What did you tell her...

JACKSON:            She gonna look at me like ...

Det Hoolihan:       Did you tell Donna what happened?

JACKSON:            (No response)

Det Hoolihan:       So she gets you a room?

JACKSON:            Yeah, you know what I'm saying, she helped me out, man.

Det Monroe:         Who helped you with your finger, Nate?

JACKSON:            Huh?

Det Monroe:         Who helped you with your finger?

JACKSON:            Shit, I did my own finger.

Det Monroe:         Where'd you get the stuff to put on?

JACKSON:            Shit, I mean, shit, I did my own finger, man.

Det Monroe:         Okay, you did it yourself?   Where did you get the bandages and stuff?

JACKSON:            (No response)

Det Monroe:         Do you remember?

JACKSON:            Shit, I was getting shit from, from a little everywhere, man.

Det Monroe:         Did you go to Walgreens?

JACKSON:            Huh?

Det Monroe:         Did you go to Walgreens?

JACKSON:            Yeah, man, I had, I had, you know what I'm saying, I mean, I had to go get
                    me some shit for my finger, man, but she didn't, she didn't, you know
                    what I mean, I ain't, I ain't, I ain't tell her what happened, you know what
                    I'm saying, she (inaudible) what happened to me (inaudible) ...

26

| Det Hoolihan: | So what time is it now? |
|---|---|
| JACKSON: | I ain't, I ain't telling you, man, you know what I'm saying, I mean, I, I couldn't sit here and say, well, yeah, your husband, you know what I'm saying, um, pulled a gun on me, you know, and I had to, you know what I'm saying ... |
| Det Hoolihan: | Was it like eleven (11) or twelve (12) o'clock at night, now? |
| JACKSON: | Man, man, I can't give details, man, you know what I'm saying, man, I'm, I'm, I'm in a (inaudible), I mean, I was fucked up, man, you know what I'm saying, I mean, I mean, I, I, just wanted to, you know what I'm saying, just be left alone, man, you know what I'm saying ... |
| Det Monroe: | What did you tell Donna happened to your finger? |
| JACKSON: | I just told her, man, I, I, fucked my finger up, man, that's all, man... |
| Det Monroe: | You didn't tell her how? |
| JACKSON: | I just told her I fucked my finger up, man, just ... |
| Det Monroe: | Did she help you bandage it?  Help you get all the medical stuff? |
| JACKSON: | .....All I did, man, I mean, was peroxide, you know what I'm saying... |
| Det Monroe: | Where did the peroxide come from? |
| JACKSON: | Huh? |
| Det Monroe: | Where did you get the peroxide from? |
| JACKSON: | Where's I get the peroxide from? |
| Det Monroe: | Yeah. |
| Det Hoolihan: | Put the chair around so we can ... |
| JACKSON: | Shit. |
| Det Hoolihan: | Did you get the peroxide at Walgreens? |
| JACKSON: | Shit, I guess it came from Walgreens.  Shit |

27

| | |
|---|---|
| Det Monroe: | Who brought it to you? |
| JACKSON: | Huh? |
| Det Monroe: | Who brought you the peroxide? |
| JACKSON: | Shit, man, I mean, actually, you know what I'm saying, did, uh, could, uh, (inaudible)...peroxide, shit, man, I mean, you know, it's just like, it's just like, I mean, if, if, if, if you know I'm fucked up, you know what I'm saying, I mean, you don't know where it's from, I, I can just tell you anything, you know what I'm saying, I mean, it's cool ...you know what I'm saying. |
| Det Monroe: | Yeah, I mean, you needed help, it's not against the law.  I mean, you needed help, you hurt your, you got hurt. |
| JACKSON: | (Inaudible) ... you know what I'm saying, I mean, but, as far as, you know what I'm saying, saying, how it happened, you know what I mean, just like you, (inaudible) ... what's up with your finger, man...she was cool, you know what I'm saying, I mean, I don't even want to talking about this shit, you know.  Man, I look at it, like, man, I mean, my finger fucked up, man, you know what I'm saying, for life, man, I mean, it could have been my life, you know what I'm saying, but... |
| Det Hoolihan: | So you guys go back to the Days Inn?  And she dropped you off in the room?  And she goes to Walgreens and gets some bandages and peroxide and ... is that right? |
| JACKSON: | (No response) |
| Det Hoolihan: | And she brings it back to the room? |
| JACKSON: | Uh-huh (affirmative). |
| Det Hoolihan: | Is that right, Nate? |
| JACKSON: | Yeah.  Yeah, she, yeah, she, um, got me, you know what I'm saying, she had, um, she had to get home, you know what I'm saying, I told her, you know... |
| Det Hoolihan: | So she comes to the room? |
| JACKSON: | I talked to her ... |

28

Det Hoolihan:     You mean she comes in the room?  And you guys were talking?

JACKSON:          Talking for what?  Huh, I mean, there wasn't nothing to talk about, man.  I told you, man, I wasn't, you know what I'm saying ...

Det Hoolihan:     What I'm saying is, I mean, she gets you the room, right?  She helps you out...

JACKSON:          But see, why am I gonna sit here, why am I gonna sit here, I don't want to talk to you, you know what I'm saying, when I know I just did something fucked up, you know what I'm saying...man...

Det Hoolihan:     But what I'm saying is, I mean, she gets the room, right?  She gets a room for you?

JACKSON:          Shit, man...

Det Hoolihan:     Okay, how does she pay for it?

JACKSON:          I don't know, man, I mean, I don't, I don't go, I mean, I don't go and do all that ...

Det Hoolihan:     Okay, but then she goes to Walgreens and brings the stuff to the room?

JACKSON:          (Mumbles) ...  I, you know, I, I, I told you, you know what I'm saying, but what I had to say, man, I mean, I mean, I can't just sit here, you know what I'm saying, I mean, just, keep on, you know what I'm saying, back-tracking, I mean, I don't even want to talk about it no more, man.  I'm, I'm,  I'm through with it, man, just, man, you know what I mean, police, you know, I mean, I, I talked to a lawyer or something, man, you know what I mean, 'cause I, I mean, I ain't got time to just, just keep on, over and over, man, I'm,  I'm through, man, I'm through, man, you know what I'm saying.  I say, I mean, I, I ain't mean to do it, I'm sorry I did it, you know what I'm saying, I mean, but, I was left, I had no choice, man.  And that's it.  End of discussion, man.

Det Monroe:       Anything else you want to say?

JACKSON:          (Inaudible) ... all I got to say, man, I didn't mean to do it, man.  I mean, I mean, I'm sorry it happened.

Det Monroe:       Nate, uh, these guys found a pair of gloves over at Shelia's house.  Do you know anything about those?

29

JACKSON:        Nah...

Det Monroe:     The pair of gloves got a hole in the finger.  Those yours?

JACKSON:        Nah.

Det Monroe:     Got a hole in this finger.  Same one that you got shot in.  Did you have those on when you got shot?

JACKSON:        I don't remember anything about doing that, you know what I'm saying.

Det Monroe:     You don't know anything about those gloves?

JACKSON:        (Mumble)...

Det Monroe:     Is your blood on 'em?

JACKSON:        Shit, man.  Why should my blood be on them?

Det Monroe:     Well, if they're, if they're your gloves, and you got shot while you were wearing them, then blood would be on them, right?

JACKSON:        (No response)

Det Hoolihan:   They would be powderey, you know, there would be gun, gunshot residue on the glove, too.

JACKSON:        (No response)

Det Monroe:     Did you take the pot back off of Robert after you shot him?

JACKSON:        Man, I don't ...

Det Monroe:     Or did you leave it on him?

JACKSON:        Fucked up and threw it, it was disgusting, man, you know what I'm saying, I mean...

Det Monroe:     Well, there's, there's more here that we didn't get to...

JACKSON:        We, we just sum it up like I said, man, when, when I talk to my lawyer, man, you know what I'm saying.  Other than that, man, you know, I mean...

30

Det Monroe:        So you, you're going to put this all on you?

JACKSON:           Huh?  I mean, you, you got ...

**(end of Side I of tape)**

Det Hoolihan:      ... about it...

JACKSON:           ...I don't know nothing 'bout it, man, I mean, I ain't, I ain't gonna say, hey, you know what I'm saying, I mean, if we was, if, if you was my worse enemy, you know what I'm saying, I mean, I ain't gonna put nottin' on you, you know what I'm saying, just, it ain't true, man...you know, flat out, man, I mean, I ain't never been the type of person to do that, man, if I do something, man, I take the fall for it myself, man, 'cause if I did.  But if you did, if you had something to do with it, oh, most definitely, you know what I'm saying, you got to go with me.  But if you ain't got nottin' to do with it, man, I mean, I'm just, like, man, you know, I'm, I'm taking your life, you know what I'm saying ...

Det Hoolihan:      Yeah, but just because Donna wasn't there, and didn't pull the trigger, doesn't mean she didn't have nothing to do with it...

JACKSON:           I mean, Donna ain't, Donna ain't had nothing to do with it at all, man. The lady ain't had nothing to do with it, man, you know what I'm saying, I mean, all the lady was was nice.  You know what I'm saying, I mean, I mean, and, man, it hurted me, you know what I'm saying, after that happened, man, you know.  I mean, I ain't gonna just sit here, you know what I'm saying, (inaudible)...and drag the lady (inaudible)...after nothing, man, you know.

Det Hoolihan:      Does Donna know today that you shot her husband?

JACKSON:           I don't know.

Det Hoolihan:      Did you ever tell her?

JACKSON:           (Inaudible) ... I mean, this, this, this is over with, man, it's over with, man, you know what I'm saying, I mean, you're here, man, you know what I'm saying, (inaudible) ... me, man, I told you what I did, man, it's over with. As far as anything else that happened, I mean ...

Det Hoolihan:      Are you sure you don't want to come out with the rest of it?  And tell the rest of the truth...

31

JACKSON:          Ain't, ain't, ain't, ain't, that's it, man, that's it.  That's it, sir.  You know.

Det Hoolihan:      But if you want to give it out...let it out.

JACKSON:          Ain't, ain't, ain't nothing else to give out, man, you know what I'm saying, ain't nothing to give out, man.  You know what I mean, ain't, like I say, man, I'm not gonna, I'm not gonna sit here, you know what I'm saying, and try to stack a lie on top of a lie on top of a lie, you know what I'm saying, I mean, I'm gonna come, I'm, I'm, I'm, I'm gonna give it to you real, you know what I'm saying, and just hopefully, you know what I'm saying, you go ahead and take it in (inaudible)... you know, I mean, I ain't gonna sit here and, and try to cover up, man, for what?  You know, shit.  Why am I gonna try to cover up for it, I mean, you know, shit happened, man.

Det Hoolihan:      Well, you got feelings for Donna, I mean, you know.

JACKSON:          I mean, come on, man, with that man, I mean, shit, man, I mean, I don't, I mean I don't be all up in his shit like that, man, you know what I'm saying, I mean, shit, I don't, it, it, it ain't all up in there like that, man, you know what I'm saying, feelings or no feelings, shit, you know.  I mean ...

Det Hoolihan:      Did you ever write any letters at all?

JACKSON:          The only, the only, the only feelings, you know what I'm saying, that I really got for, you know what I'm saying, a woman, and, and, and that's my momma, 'cause you know what I'm saying, my momma gonna be here, you know what I'm saying, regardless.  You see what I'm saying, so I can't sit here, you know, and depend on no broad, you know what I'm saying, 'cause a broad gonna do what she wanna do, you know what I'm saying, so, I mean, I ain't, I ain't...

Det Hoolihan:      Did you ever write any letters to Donna?

JACKSON:          Only, I, I, yeah, I used to write her, man, you know what I'm saying, I mean, 'cause, it like this, man, I mean, we, was like, you know what I mean, we, we, we good friends, man, you know what I'm saying, I mean, I ain't gonna ...

Det Hoolihan:      Did Robert ever know you wrote letters?

JACKSON:          Man, I don't know what he knew, man.  I don't know what he knew, man, you know what I'm saying.  Like I say, me and him, we ain't never had no

32

beef, you know what I'm saying, or no confrontation, you know what I mean, about, you know what I'm saying, about Donna, you know, 'cause it wasn't, you know what I'm saying, I mean, shit didn't escalate like that, you know what I'm saying.

Det Hoolihan:   Did you ever talk to Donna on the phone from prison?

JACKSON:   (Inaudible) ...

Det Hoolihan:   I mean, you know, she call you; you call her?  You know, chat?

JACKSON:   This, I mean, this, it's, it's, it's left alone, man, you know what I'm saying, I mean...

Det Hoolihan:   I was just asking...

JACKSON:   I'm saying, but I mean, what, what, what do, me, you know what I'm saying, what, what I got to with her, you know what I'm saying, got to do with this, though, man, you know what I'm saying.  I mean, that chatting and all that, you know what I'm saying, that's, that's all irrelevant, man, you know what I'm saying, I mean, ain't, ain't trying to think back to what I used to do, man, I mean, man, I told you what happened, man, you know what I'm saying, I'm just trying, you know, I mean, I'm trying, you know, I'm still trying to get my head, right, man, you know what I'm saying; I'm still fucked up, man.  I'm still fucked up.

Det Hoolihan:   So Donna had nothing to do with, uh, this, right?

JACKSON:   Nah, she ain't had nothing to do with it, man.  And I wouldn't, and, and, and, and, and, and furthermore, you know, if I'm, if I'm gonna do something like this, intentionally, you know what I'm saying, I mean, I'm going, I'm gonna ride alone, you know what I'm saying, cause I, I ain't gonna never tell on me, you know what I'm saying.  So, I,...

Det Hoolihan:   Did you ever ...

JACKSON:   ... I, don't, I ain't never, I ain't never, I ain't never used nobody, you know what I'm saying, for me to try to get here.  If I'm going to do something, I'm going to do it by myself, man, you know what I'm saying.  I mean, like I say, it wasn't like nottin' ...

Det Hoolihan:   Did you ever talk to Donna or ever write in letters, back and forth, about, you know, you need a ski mask, you need gloves, you needed to get some

33

things, so the job can be done?

JACKSON:          (Inaudible) ...

Det Hoolihan:     So if that was in the letter, that, it would be made up, right?

JACKSON:          (No response)

Det Hoolihan:     I mean, you wrote it.  It's your handwriting.  So how do you explain that?

JACKSON:          How'd explain what?

Det Hoolihan:     Why would you need a ski mask?

JACKSON:          I mean, yeah, that's, that's what I'm saying...

Det Hoolihan:     Why would you need gloves?

JACKSON:          ...I'm saying, that's what I'm saying, you know.

Det Hoolihan:     Why would you need Donna to let you in?

JACKSON:          I mean...

Det Hoolihan:     You got to be in the house, but, you know, when he comes home.

JACKSON:          Lookey here, check this out; check this out ...

Det Hoolihan:     Okay, check it out, go ahead.

JACKSON:          If this, man, look here, man, like I say, man, if there was something intentionally, you know what I'm saying, planned on doing, man, I mean, like I say, man, I, cut him down in my neck of the woods, man, you know what I'm saying, you know.

Det Hoolihan:     Yeah, but this is the way you wanted it done.

JACKSON:          I don't know...

Det Hoolihan:     'Cause you guys wanted to be together.

JACKSON:          I didn't care, man, I mean, it's like this.

34

Det Hoolihan:     Robert knew because he.. .

JACKSON:          I can ...

Det Hoolihan:     ... he found your letters...

JACKSON:          I can, I can have, I can have, you know what I'm saying, I mean, I'm, I'm
                  entitled to any female I want, you know what I'm saying, I mean, if you,
                  you know what I mean, if, if, if, we, we don't be together, you know what
                  I'm saying, and you know, you know that you, you know what I mean, you
                  got a little, a, a, a string attached, you know what I'm saying, well,
                  hell, you know what I'm saying, if you, if you, if you wanna be with me,
                  you know what I'm saying, you got to go ahead and get rid of that, first,
                  you know what I'm saying, I mean, you know what I'm saying, then go
                  ahead and get rid of that first, you see what I'm saying.

Det Hoolihan:     Well, I know what you're saying, but...

JACKSON:          But, look ...

Det Hoolihan:     Were you and Donna kicking it?

JACKSON:          Ah, I told you how the fuck it is, man. What happened, man, you know
                  what I'm saying, was nottin' that makes me happy, man, you know what
                  I'm saying, it ain't got nottin' to do with if me and Donna kicked it, or not,
                  you know what I'm saying, I mean, 'cause for one thing like I say, man,
                  you know, Donna ain't got shit to do with it, man, you know what I'm
                  saying, shit, you know what I'm saying, I mean, it happened, you know
                  what I'm saying, which, which it wasn't supposed to happen, but, hell, as
                  far as anything else, man, I mean ...

Det Hoolihan:     I think it was supposed to happen, but it...

JACKSON:          Ah...

Det Hoolihan:     ...a couple things backfired on you.

JACKSON:          I mean, shit, I mean, well, well, lookey here, man, I mean, if, if, if I'm
                  sitting here thinking, thinking like that, man, don't you think I would, you
                  know, I would get everything cleaned up, man, you know what I'm saying,
                  before I'm going to go here and do something like this, man.

Det Hoolihan:     What do you mean by cleaned up?

35

JACKSON:       I'm saying, though, you know what I mean, you said that, you know, shit didn't probably go down right, I mean, but, if, if I'm gonna do something like that, you know what I'm saying, I mean, I'm gonna leave, I'm gonna leave a clean trail, you know what I'm saying.  You see, I mean, I mean, it wasn't like, I mean, everything I did, you know what I'm saying, I mean, I, I, you know what I'm saying, I mean, I wasn't trying to, I wasn't trying to sit here, you know what I'm saying, I mean, and, hide nottin', you know what I'm saying, I...

Det Hoolihan:  Let me ask ...

JACKSON:       ...I mean, I keep it real.

Det Hoolihan:  If that's a fair statement, let me ask you this.  You said you got rid of the gun off the by-pass, right?  Right?

JACKSON:       (No response)

Det Hoolihan:  You threw it out the passenger window.

JACKSON:       Uh-huh (affirmative)...

Det Hoolihan:  Right?

JACKSON:       Uh-huh (affirmative) ...

Det Hoolihan:  Then why was it laying on the kitchen floor?  How do you explain that?

JACKSON:       Shit.  (Inaudible)...

Det Hoolihan:  I mean, you got to explain that.  Same gun you describe, laying on the kitchen floor.  But you threw it out the by-pass.

Det Monroe:    Nate, we're just...

JACKSON:       Like I said, man ...

Det Monroe:    We're trying to understand that, I know you say it's prison talk, but you and Donna had these letters going back and forth.  You tell you have it planned out, it's all in your head; you know what needs to be done.  You're street-wise, you know what you got to do.  Day after you get out of prison, it's got to be done.

36

| | |
|---|---|
| JACKSON: | Like I said, man, this is all, like I said, man, it was all, it was all ... |
| Det Monroe: | But it hasn't ... |
| JACKSON: | ... you know what I'm saying, I mean, it was all, man, it was like this, man, you know what I mean, I always, you know, always try, you know what I'm saying, 'cause, you know, when she, she look at me, as you, you know what I'm saying, she look at me, as you, I mean, she look at me ... |
| Det Hoolihan: | Why don't you turn around so we can look at you... |
| JACKSON: | ...as a little thug, so I mean, you know, I'm sorry... |
| Det Hoolihan: | She did, too? |
| JACKSON: | Huh? I mean, I'm, I'm saying, I mean, from the way I dress, you know what I'm saying, I mean, she, she don't really know what a thug is, you know what I'm saying, I mean, the, the dress-ware, you know what I'm saying, okay, man, you look tough, you know, I mean, just like, I mean, I just, you know, say shit, you know what I'm saying, (inaudible)... you know, like I used to tell broads, you know, and shit, I was a big dope-man, you know what I'm saying, I had this and that, I ain't had shit. See what I'm saying. I mean, just, I just, you know, just, just rammed in there, you know what I'm saying... |
| Det Hoolihan: | How do you explain the gloves? I mean, they got them gloves there with blood of them. Gloves will probably come back to you. I mean, a part of the glove is torn where the, you were shot, where Robert shot you, right? |
| JACKSON: | Uh-huh (affirmative)... |
| Det Hoolihan: | Okay, why would you wear gloves into the house? |
| JACKSON: | Man... that's I'm saying ... |
| Det Hoolihan: | 'Cause you didn't want the fingerprints, right? I mean, it was all in your letter. |
| JACKSON: | If, look, if it was like that, man, you know what I'm saying, I mean, I ain't gonna, you know what I'm saying, I mean, I ain't gonna leave, I ain't gonna leave no trail behind me, man, you know what I'm saying, if I'm gonna do something like that, you know what I'm saying... |

37

Det Monroe:    Doesn't it get messed up when you get shot?

JACKSON:    Huh?

Det Monroe:    The whole trail gets messed up when you get shot.

JACKSON:    What I'm saying don't matter, I mean, if, if, if I get shot or not, man, you know what I'm saying, I mean, if, you know, I mean, if I'm gonna do something like this, intentionally, you know what I'm saying, I mean, shit, I mean, I, why am I even gonna even get shot?  You know what I'm saying...that's what I'm saying.

Det Monroe:    Well, nobody plans on that.  Where else, after you shoot Robert, where do you go in the house?

JACKSON:    Uh, .... (inaudible) get killed, man.  It's, it's, it's over with, man, you know what I'm saying, I mean, I'm through, man, you all (inaudible)...you know what I'm saying, take me whereever, man, I mean, I ain't got no more else to say, man, you know what I'm saying, this, this, this is ended, and over with, man, you know what I'm saying, I mean, you guys...

Det Hoolihan:    Okay...

JACKSON:    ...just get this shit over, you know, you know what I'm saying, I mean, I got, you know, I mean, I have to go lay down, I don't want to, but shit, I got to, you know.

Det Hoolihan:    Alright, you want to stop, then?

JACKSON:    Yeah.

Det Monroe:    Okay.  It's now three-thirteen (3:15), we'll conclude the interview with NATHANIEL JACKSON.

**\*\* END OF TAPE \*\***

(Transcribed by D Durig, Trumbull Co Prosecutor's Office, 01/28/2002)

38



**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

CERTIFICATION



327A

I, Udora M. Hugee, am the Custodian of Records, for the Bureau of Alcohol, Tobacco & Firearms, National Tracing Center Division, National Tracing Branch.  I herby certify, under the penalty of perjury that the following is true and correct:

The attached records, consisting of two pages of the Firearms Trace Summary for a Taurus, .38 caliber, serial number JH14188 and a Taurus .38 caliber, model 85 and serial number IL45854.

   (A)   were made at or near the time of the occurrence of the matters set forth by, or from, information transmitted by a person with knowledge of those matters:
   (B)   were kept in the course of regularly conducted activity of the Bureau of Alcohol, Tobacco & Firearms, National Tracing Center Division, National Tracing Branch.
   (C)   were made by the regularly conducted activity of the Bureau of Alcohol, Tobacco & Firearms, National Tracing Center Division, National Tracing Branch as a regular business practice.

Signed under the pains and penalties of perjury this _____ day of _____, 2002.


Udora M. Hugee
Custodian of Records


The above named individual, personally known to me, appeared before me and executed this document as of his/her free will, this _____ day of _____, 2002.


Signature
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DAN E. WALSH
2046 WINCHESTER PIKE
MARTINSBURG, WV 25401
My Commission Expires August 25, 2009

**WWW.ATF.TREAS.GOV**



# DEPARTMENT OF THE TREASURY
## BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## NATIONAL TRACING CENTER
**Phone: (800) 788-7133    Fax: (800) 578-7223**
**Print Date: October 21, 2002**



327B

### FIREARMS TRACE SUMMARY

**Trace Number:** T20020000426                **Request Date:** January 02, 2002

**MICHAEL F SOLAN**
**YOUNGSTOWN FIELD OFFICE**
**100 EAST FEDERAL PLAZA, RM 420**
**YOUNGSTOWN, OH  44503-1838**

**Badge No: 4295**
**Investigation No: 773065020002**

### FIREARM INFORMATION
**Manufacturer:** TAURUS
**Model:** 85
**Caliber:** 38
**Serial Number:** IL46854
**Type:** REVOLVER
**Country:** BRAZIL
**Importer:** TAURUS INTERNATIONAL INC. MIAMI.
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 12/11/2001
**Time to Crime:** 4278 days

### PURCHASER INFORMATION        **Purchase Date:** 03/26/1990
DONNA M ROBERTS
722 NE 203 LN
MIAMI, FL  33179
UNITED STATES OF AMERICA
**DOB:** 05/22/1944
**POB:** YOUNGSTOWN, OH   UNITED STATES OF AMERICA
**Race:** White            **Height:** 4 ft. 11 in.
**Sex:** Female            **Weight:** 125 lbs.
**ID 1:** FL  DRIVER'S LICENSE      **#:** G41517644682
**ID 2:**                            **#:**

254 FONDERLEC
WARREN, OH
UNITED STATES OF AMERICA
**Possessor:**
**DOB:**
**POB:**

### DEALER INFORMATION            **FFL:** 15914911
                                    **Out of Business**
SHOOTERS EMPORIUM
800 NE 45TH ST
OAKLAND PARK, FL  33334-0000
**Phone:** N/A                    **Ship Date:** 03/23/1990

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THE TRACE HISTORY OF THIS FIREARM WAS DERIVED FROM THE RECORDS OF A FEDERAL FIREARMS LICENSEE (FFL) THAT HAS DISCONTINUED BUSINESS AND HAS SUBMITTED THEIR RECORDS TO THE NATIONAL TRACING CENTERS (NTC) OUT-OF-BUSINESS RECORDS SECTION (OBR) AS REQUIRED BY FEDERAL LAW.    THEREFORE, THE TRACE RESULTS MAY NOT REFLECT THE COMPLETE SALES HISTORY OF THIS FIREARM. IF YOU HAVE QUESTIONS ABOUT THIS TRACE, PLEASE CONTACT THE NATIONAL TRACING CENTER AT 800-788-7133.

**Additional Remarks:**

**The information in this report must be validated with the Federal Firearms Licensee (FFL) prior to use in any criminal proceedings.**

(1 of 1)                        Trace:  T20020000426                        Page 1 of 1



# DEPARTMENT OF THE TREASURY
## BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
### NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: October 21, 2002



327C

## FIREARMS TRACE SUMMARY

Trace Number: T20010239268          Request Date: December 14, 2001

DET SGT PAUL S MONROE
HOWLAND TOWNSHIP PD
169   NILES CORTLAND ROAD
WARREN, OH  44484-0000

Badge No: 411
Investigation No:  01075868

### FIREARM INFORMATION
Manufacturer: TAURUS
Model:
Caliber: 38
Serial Number: JH14188
Type: REVOLVER
Country: BRAZIL
Importer: TAURUS INTERNATIONAL INC. MIAMI,
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 12/14/2001
Time to Crime: 4069 days

### PURCHASER INFORMATION   Purchase Date: 10/24/1990
ROBERT STEVEN FINGERHUT
722 NE 203 LN
MIAMI, FL  33179
UNITED STATES OF AMERICA
DOB: 10/24/1945
POB: NEWARK, NJ  UNITED STATES OF AMERICA
Race: White          Height: 5 ft. 8 in.
Sex: Male             Weight: 190 lbs.
ID 1: FL   DRIVER'S LICENSE      #: F52677745384
ID 2:                            #:

Possessor:  ROBERT STEVEN FINGERHUT
DOB:
POB:

### DEALER INFORMATION
FFL: 15954346
Out of Business

NATIONAL GUN SALES INC
3130 SW 19 ST
PEMBROKE, FL  33009-0000
Phone:  N/A                          Ship Date:

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS
THE TRACE HISTORY OF THIS FIREARM WAS DERIVED FROM THE RECORDS OF A FEDERAL FIREARMS LICENSEE (FFL) THAT HAS DISCONTINUED BUSINESS AND HAS SUBMITTED THEIR RECORDS TO THE NATIONAL TRACING CENTERS (NTC) OUT-OF-BUSINESS RECORDS SECTION (OBR) AS REQUIRED BY FEDERAL LAW.   THEREFORE, THE TRACE RESULTS MAY NOT REFLECT THE COMPLETE SALES HISTORY OF THIS FIREARM. IF YOU HAVE QUESTIONS ABOUT THIS TRACE, PLEASE CONTACT THE NATIONAL TRACING CENTER AT 800-788-7133.

Additional Remarks:

**The information in this report must be validated with the Federal Firearms Licensee (FFL) prior to use in any criminal proceedings.**

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5591



Call Detail Report - Generated on 12/14/01 9:39 AM by cmonyak

| Rec# | R | N | L | K | Station | Location | Destination | PIN-ID | Date/Time | Duration | Start Code | |
|------|---|---|---|---|---------|----------|-------------|--------|-----------|----------|------------|---|
| 1 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 12/08/2001 10:42:16 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 2 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 12/08/2001 10:38:12 | 00:02:44 | DTMF 0 Call Accepted | Three way call detected |
| 3 | X | | | | (***) ***-*039 | 8B2 | (330) 609-7812 | 23994690213 | 12/06/2001 13:02:06 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 4 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 12/02/2001 15:47:44 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 5 | X | | | | (***) ***-*041 | 8B4 | (330) 609-7812 | 23994690213 | 12/01/2001 09:10:00 | 00:09:53 | DTMF 0 Call Accepted | Inmate hung up |
| 6 | X | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 11/29/2001 14:15:20 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 7 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/25/2001 17:11:26 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 8 | X | | | | (***) ***-*041 | 8B4 | (330) 609-7812 | 23994690213 | 11/24/2001 15:31:20 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 9 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/24/2001 09:43:12 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 10 | X | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 11/22/2001 13:01:44 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 11 | X | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 11/17/2001 09:15:57 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 12 | X | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 11/15/2001 13:03:47 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 13 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/11/2001 18:24:54 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 14 | X | | | | (***) ***-*039 | 8B2 | (330) 609-7812 | 23994690213 | 11/10/2001 09:31:47 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 15 | X | | | | (***) ***-*039 | 8B2 | (330) 609-7812 | 23994690213 | 11/08/2001 13:01:44 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 16 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/03/2001 09:07:23 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 17 | X | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 10/27/2001 09:04:03 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 18 | X | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 10/25/2001 13:00:52 | 00:10:00 | DTMF 0 Call Accepted | Timeout, call ended |
| 19 | | | | | (***) ***-*040 | 8B3 | (330) 744-4578 | 23994690213 | 11/18/2001 12:39:54 | 00:00:00 | Validation Denied | Denied No Collect Call (613) |
| 20 | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/25/2001 17:09:16 | 00:00:00 | Called Party Hung Up | Call not completed (no code) |
| 21 | | | | | (***) ***-*040 | 8B3 | (330) 609-7011 | 23994690213 | 11/18/2001 12:40:01 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 22 | | | | | (***) ***-*040 | 8B3 | (330) 609-7011 | 23994690213 | 11/04/2001 16:52:20 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 23 | | | | | (***) ***-*040 | 8B3 | (330) 744-4578 | 23994690213 | 11/04/2001 16:52:16 | 00:00:00 | Validation Denied | Denied No Collect Call (613) |
| 24 | | | | | (***) ***-*040 | 8B3 | (330) 609-7011 | 23994690213 | 11/18/2001 12:41:04 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 25 | | | | | (***) ***-*040 | 8B3 | (330) 609-7011 | 23994690213 | 11/04/2001 16:54:03 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 26 | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:11:18 | 00:00:00 | Busy | Call not completed (no code) |
| 27 | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:10:23 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 28 | | | | | (***) ***-*039 | 8B2 | (330) 609-7812 | 23994690213 | 11/08/2001 13:00:50 | 00:00:00 | Validation Denied | No STBL Record (708) |

Page # 1

Call Detail Report - Generated on 12/14/01 9:39 AM by cmonyak

| Rec# | R | N | L | K | Station | Location | Destination | PIN-ID | Date/Time | Duration | Start Code | End Code |
|------|---|---|---|---|---------|----------|-------------|--------|-----------|----------|------------|----------|
| 29 | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:12:01 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 30 | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:08:37 | 00:00:00 | Busy | Call not completed (no code) |
| 31 | | | | | (***) ***-*038 | 8B1 | (330) 394-9453 | 23994690213 | 11/01/2001 15:08:01 | 00:00:00 | Station Hangup During Called Party Prompts | Call not completed (no code) |
| 32 | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:07:36 | 00:00:00 | Busy | Call not completed (no code) |
| 33 | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:06:41 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 34 | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:06:15 | 00:00:00 | Busy | Call not completed (no code) |
| 35 | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:05:16 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 36 | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:04:51 | 00:00:00 | Busy | Call not completed (no code) |
| 37 | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:03:56 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 38 | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:02:59 | 00:00:00 | Busy | Call not completed (no code) |
| 39 | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:01:46 | 00:00:00 | Busy | Call not completed (no code) |
| 40 | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:00:32 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 41 | | | | | (***) ***-*038 | 8B1 | (330) 609-7812 | 23994690213 | 11/01/2001 15:09:58 | 00:00:00 | Busy | Call not completed (no code) |
| 42 | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 11/01/2001 15:09:02 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 43 | | | | | (***) ***-*038 | 8B1 | (330) 747-6915 | 23994690213 | 10/21/2001 17:41:31 | 00:00:00 | Validation Denied | Casual Block (216) |
| 44 | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 10/21/2001 17:39:39 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 45 | | | | | (***) ***-*038 | 8B1 | (330) 744-4578 | 23994690213 | 10/21/2001 17:39:30 | 00:00:00 | Validation Denied | Denied No Collect Call (613) |
| 46 | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 10/21/2001 17:38:15 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 47 | | | | | (***) ***-*038 | 8B1 | (330) 609-7011 | 23994690213 | 10/21/2001 17:37:14 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 48 | | | | | (***) ***-*041 | 8B4 | (330) 609-7812 | 23994690213 | 10/20/2001 09:19:56 | 00:00:00 | Busy | Call not completed (no code) |
| 49 | | | | | (***) ***-*041 | 8B4 | (330) 394-9453 | 23994690213 | 10/20/2001 09:19:28 | 00:00:00 | Busy | Call not completed (no code) |
| 50 | | | | | (***) ***-*041 | 8B4 | (330) 609-7812 | 23994690213 | 10/20/2001 09:18:43 | 00:00:00 | Busy | Call not completed (no code) |
| 51 | | | | | (***) ***-*041 | 8B4 | (330) 394-9453 | 23994690213 | 10/20/2001 09:18:10 | 00:00:00 | Busy | Call not completed (no code) |
| 52 | | | | | (***) ***-*041 | 8B4 | (330) 609-7812 | 23994690213 | 10/20/2001 09:17:42 | 00:00:00 | Busy | Call not completed (no code) |
| 53 | | | | | (***) ***-*041 | 8B4 | (330) 609-7812 | 23994690213 | 10/20/2001 09:17:13 | 00:00:00 | Busy | Call not completed (no code) |
| 54 | | | | | (***) ***-*041 | 8B4 | (330) 609-7812 | 23994690213 | 10/20/2001 09:15:52 | 00:00:00 | Station Hangup During Called Party Prompts | Call not completed (no code) |
| 55 | | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 10/18/2001 13:56:54 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 56 | | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 10/18/2001 13:55:30 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5594

Call Detail Report - Generated on 12/14/01 9:39 AM by cmonyak

| Rec# | R | N | L | K | Station | Location | Destination | PIN-ID | Date/Time | Duration | Start Code | End Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 10/18/2001 13:54:47 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 58 | | | | | (***) ***-*040 | 8B3 | (330) 394-9453 | 23994690213 | 10/18/2001 13:54:10 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 59 | | | | | (***) ***-*040 | 8B3 | (330) 609-7812 | 23994690213 | 10/18/2001 13:53:21 | 00:00:00 | Station Hangup During Called Party Prompts | Call not completed (no code) |
| 60 | | | | | (***) ***-*040 | 8B3 | (330) 394-9453 | 23994690213 | 10/18/2001 13:52:44 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 61 | | | | | (***) ***-*017 | 4C1 | (330) 609-7812 | 23994690213 | 10/14/2001 13:51:51 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 62 | | | | | (***) ***-*017 | 4C1 | (330) 609-7011 | 23994690213 | 10/14/2001 13:51:23 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 63 | | | | | (***) ***-*017 | 4C1 | (330) 609-7812 | 23994690213 | 10/14/2001 13:50:13 | 00:00:00 | Ring No Answer | Call not completed (no code) |
| 64 | | | | | (***) ***-*019 | 4C3 | (330) 506-0373 | 23994690213 | 10/13/2001 12:17:29 | 00:00:00 | Validation Denied | Denied BNS/COLL Num Exist (630) |
| 65 | | | | | (***) ***-*019 | 4C3 | (330) 394-9453 | 23994690213 | 10/13/2001 12:15:17 | 00:00:00 | Station Hangup During OutDial | Call not completed (no code) |
| 66 | | | | | (***) ***-*019 | 4C3 | (330) 609-7812 | 23994690213 | 10/13/2001 12:14:26 | 00:00:00 | Station Hangup During Called Party Prompts | Call not completed (no code) |
| 67 | | | | | (***) ***-*019 | 4C3 | (330) 609-7812 | 23994690213 | 10/13/2001 08:47:38 | 00:00:00 | Station Hangup During Called Party Prompts | Call not completed (no code) |
| 68 | | | | | (***) ***-*016 | 4B4 | (330) 609-7812 | 23994690213 | 10/06/2001 17:24:21 | 00:00:00 | Validation Denied | PIN not found (200) |
| 69 | | | | | (***) ***-*016 | 4B4 | (330) 609-7812 | 23994690213 | 10/06/2001 17:23:43 | 00:00:00 | Validation Denied | PIN not found (200) |
| 70 | | | | | (***) ***-*016 | 4B4 | (330) 609-7812 | 23994690213 | 10/06/2001 17:22:50 | 00:00:00 | Validation Denied | PIN not found (200) |
| 71 | | | | | (***) ***-*013 | 4B1 | (330) 609-7812 | 23994690213 | 10/05/2001 18:31:11 | 00:00:00 | Validation Denied | PIN not found (200) |
| 72 | | | | | (***) ***-*013 | 4B1 | (330) 609-7812 | 23994690213 | 10/05/2001 18:30:36 | 00:00:00 | Validation Denied | PIN not found (200) |



362A

A50D10UL - 10-05-01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from (inaudible), right?  Yes.  An inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial O and hold. To refuse dial 5 and hang up. Thank you

| | |
|---|---|
| Nathaniel: | Hello. |
| Donna: | Hello |
| Nathaniel: | Hey |
| Donna: | Nate. |
| Nathaniel: | Yes.  How you doing? |
| Donna: | Alright. |
| Nathaniel: | Alright.  Hey listen here, um, I sent you a letter out, you know, telling you how,  hey why don't you, could you go get a money order tomorrow? An um, and send  me like the differences you know, like, just hold a hundred for me and um, and  like send it up here, you know you got to use my grandmother's um, um, address  and everything. Put my name and number on the money order. |
| Donna: | Where do I send it to? |
| Nathaniel: | Um, down here, um 2075 South Avon Belden Road |
| Donna: | Avon |
| Nathaniel: | Yeah |
| Donna: | Avon what? |
| Nathaniel: | Belden Road.  B-E-L-D-E-N road |
| Donna: | Un-huh |
| Nathaniel: | Grafton, Ohio |
| Donna: | Un-huh |

1

| Nathaniel: | 44044.  You know you got to put um, LORCI on there too.  Yeah and um, hey look, I just, I just sent you a, I sent the letter out yesterday.  I sent you out another one out today.  And would you, hey would you do something else for me too? |
|---|---|
| Donna: | What? |
| Nathaniel: | Like um, when you send it, would you send me like, um, three embossed envelopes so I can like you know, like be able to get my money and go to the store. |
| Donna: | Send you what? |
| Nathaniel: | Three embossed envelopes inside it, cause |
| Donna: | Oh sure. |
| Nathaniel: | Ok, cause um, I just sent my last one out to you this morning, so you know, cause you know, I mean I want to keep writing Donna, you know. |
| Donna: | Nate. |
| Nathaniel: | I just wrote you, you know what I'm saying, I wrote a six page letter last night.  And I hope you understand this one, man, you know what I'm saying. |
| Donna: | Nate. |
| Nathaniel: | I mean I really realize Donna, you know what I'm saying, I mean, I have what what I did.  You know what I'm saying.  I mean, Donna, you know what I mean when I got down here, man you know what I mean, I like, you know, I found God and you know, got him into my life.  You know what I mean.  And its like, you know, it just made me change everything, Donna, you know what I'm saying.  I mean like I said, I'm sorry I hurted you Donna, you know.  I mean, I really, I really need you in my life Donna, you know what I mean.  I'm hurt right now and you know what I mean, I'm lost.  You know, I mean, and like I say, you know, I mean, you know I, I, got closer, you know closer relationship with God.  You know, I mean.  And I just, you know, I hope you know, you realize it, you know and um, it's like, you know, it gave me time, you know this really gave me time to think, you know.  I mean, Donna, before, you know, I mean it was just like always out, I was always wanting to run, you know what I'm saying, but now I ran at the end of the road where I can't ran no more, you know what I'm saying.  I mean, and I'm tired of hurting myself, you know and other people.  You know what I mean.  I'm willing to change everything I got to, you know what I mean.  As far as, you know, the people I hang out with, you know what I'm saying, all the places you know, and the things.  You know I mean, in order you know to establish, you know what I believe in Donna.  You know, I'm willing to do |

2

all that, get out and get a job.  Stay on my job, you know what I'm saying.  Get my own place and everything.  I want, you know, I mean, I want to do everything you know that I can, you know, to prove to you Donna, you know what I'm saying.  I mean, I'm really sorry Donna, you know what I mean.  And it would never, you know what I'm saying, I would never do this again man.  You know, I mean, I just, I wrote so much last night man.  You, I mean I really, I really realize that  Donna.  You know what I'm saying, your a damn good woman Donna.  Damn  good woman, you know.  You is Donna.  A damn good woman.  I mean, it hurts  be so bad, you know every time I think about it, you know what I mean.  I mean, I'm, I'm suffering from it, you know what I'm saying, cause I did something  stupid man.  You know, but now, you know like I say, you know I mean, I realize, you know, what I did was wrong.  You know, I mean and um, I want, you know I  mean I want to change that man, you know.  Like I say, you know, I mean, what  ever it take Donna, you know.  I'm through with all that street life, you know,  hanging out, you know what I'm saying, I mean I don't want to be around no _____.  You know, like I say I only want to be in Youngstown Donna.  You  know, I mean I want to move up to Warren somewhere, go ahead and get me a job up there, you know and maintain.  Do what I got to do.  You know I mean, I  would do anything to prove it to you Donna.  Cause I know, you know, that I, that there is no other chance, you know what I'm saying.  I mean and all the things that I'm doing now, you know, trying to get back with you, I know you know that I can't fuck up no more cause it would never be no more chance, you know.  If I didn't really love you Donna, from deep down in my heart, you know I would just leave the situation alone but I can't Donna. I can't Donna.  I'm hurting so bad, you know.  I mean, me and my room mate, we sat and talked all night, man you  know what I'm saying.  I mean he  gave me  a lot of, you know, encouragement, you know what I'm saying, of wives and shit man and you know it made me really think man, you know.  I mean, and I'm coming to you as a man, I admit this, you know what I'm saying.  That you know, I mean, I was just, you know I was just childish man, you know.  But now I realize what I had, you know what I'm saying and you know, and what I'm losing.  You know, and I can't, I can't afford to lose you Donna.  You know.

Donna:          Nate

Nathaniel:      Yes Donna.

Donna:          I thought about you every second of every minute of every hour today.

Nathaniel:      You know Donna, I really mean this from my heart, Donna.

Donna:          I wrote you five letters today Nate.  Five.

Nathaniel:      You ain't send them out did you?

3

| | |
|---|---|
| Donna: | No, I didn't have your address.  I called.  You know, I felt real odd this morning  and I felt extra lonely.  And I said, you know what, Nate's gone.  He's gone away  from here.  He's far. |
| Nathaniel: | Donna listen to me. |
| Donna: | And I called the jail and they said yes he's gone.  And you know what? |
| Nathaniel: | Yes. |
| Donna: | I started crying. |
| Nathaniel: | Donna, I really, I really love you.  I mean this from my heart Donna.  You know, I mean, I know you heard this a lot of times, |
| Donna: | Nate. |
| Nathaniel: | But Donna, I mean this, |
| Donna: | Nate, Nate. |
| Nathaniel: | Yes. |
| Donna: | I love you so much. |
| Nathaniel: | And I love you too, baby.  I really mean it this time Donna.  You know, I know it ain't no more times Donna, I can't, I can't live this life no more, Donna.  You  know like all the threatening stuff I've told you man.  I'm sorry man.  I would  never hurt you no more Donna. |
| Donna: | I know, I know. |
| Nathaniel: | I promise that man.  I just said that man to just try to you know, |
| Donna: | I know. |
| Nathaniel: | No, I mean, you know, I'm so sorry Donna. |
| Donna: | It's alright, I understand. |
| Nathaniel: | No, I mean I'm really hurting right now man, you know. |
| Donna: | Nate. |

4

Nathaniel:     Donna I need you with me Donna.

Donna:         I hurt so bad.

Nathaniel:     Donna, please, please give me another chance.  Donna, please.

Donna:         They say if a man's like that, he's like that Nate.

Nathaniel:     Yeah.

Donna:         You know?

Nathaniel:     Yeah.

Donna:         They say if a man's does those things, he's always gonna do those things.

RECORDING:     THIS CALL IS ORIGINATING FROM AN OHIO CORRECTIONAL INSTITUTION AND MAY BE RECORDED OR MONITORED.

Nathaniel:     What did you say Donna?  What did you say baby?

Donna:         They said if that's the way a man is, he's gonna always be that way.

Nathaniel:     Donna, you know what I'm saying, I mean, I want to change this man, cause I know what I got man.  I realize this, what I, I didn't know what I had really, you  know what I'm saying.  It's who I really, you know what I'm saying.  God, man,  God made me see the light.  You know what I'm saying, and now I realize what I  have and I would be a fucking fool Donna, to try to ever, to try to lose this again.   You hear me? You hear me Donna?

Donna:         I hear you.

Nathaniel:     I really mean this man.  I'm telling you Donna, when I come out from the joint, I even wrote, man,

Donna:         Nate, I'm really too scared.

Nathaniel:     Please.   Ok, ok.  I'm getting off now.  Please don't be scared Donna.  Please, you know what I'm saying, just slowing try to you know, I mean, understand like I  say, you know I ain't here,

Donna:         I can't ever feel this pain again Nate.

5

| | |
|---|---|
| Nathaniel: | No you won't Donna.  Hey lookie here sweetheart, I got to get off the phone, I don't know, you know, I don't want to get in no trouble now but um, we got a free  letter coming up, I'm about to write you tonight, ok. |
| Donna: | Ok. |
| Nathaniel: | Write me baby, ok.  And don't forget to send me three envelopes ok? |
| Donna: | Ok. |
| Nathaniel: | I love you baby.  Ok? |
| Donna: | Ok. |
| Nathaniel: | I'm getting off now.  Bye-bye baby. |
| Donna: | Bye. |
| Nathaniel: | Bye. |

CALL ENDS


Transcribed by J. Hoffman   10/16/02

6



363A

AP1410CG 10-25-01

MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at the Lorain Correctional Institution.  If you wish to accept and pay for this call, dial "0" - - thank you.

| | |
|---|---|
| Nathaniel: | Hey baby. |
| Donna: | Nate. |
| Nathaniel: | Hey. |
| Donna: | Oh, Nate.  Hi honey. |
| Nathaniel: | Hi baby.  How are you doin. |
| Donna: | Oh sweetheart. |
| Nathaniel: | I miss you so much baby. |
| Donna: | I love you. |
| Nathaniel: | I love you too, honey.  How are you doin baby. |
| Donna: | Okay. |
| Nathaniel: | That's good. |
| Donna: | How are you. |
| Nathaniel: | Oh, I'm doin cool now. |
| Donna: | Are you. |
| Nathaniel: | Yeah. |
| Donna: | Oh honey. |
| Nathaniel: | Doin real good.  Real good.  I miss you so much baby. |
| Donna: | I miss you Nate. |
| Nathaniel: | Cool. |
| Donna: | I do too. |

Nathaniel:    Man, my baby.  Baby, Donna Marie, I love you so much honey, I do.

Donna:        Oh, Nate.

Nathaniel:    I really mean that.  I love you so much with all my heart baby.  I've been gettin my baby's letters - -

Donna:        Every day.

Nathaniel:    Yes.  I love it.  I love it.

Donna:        You know that I have so much to say, huh.

Nathaniel:    Yeah.  That's my baby.  I love my baby.  What you want for Christmas.

Donna:        You.

Nathaniel:    Huh.

Donna:        You.

Nathaniel:    Is that what you want.

Donna:        Yeah.

Nathaniel:    Guess what.

Donna:        Huh.

Nathaniel:    It's goin to happen.

Donna:        What.

Nathaniel:    It's goin to happen.

Donna:        What.

Nathaniel:    You're goin to have me.

Donna:        What do you mean.

Nathaniel:    You're goin to have me for Christmas.

Donna:        What do you mean.

Nathaniel:     You're goin to have me for Christmas.

Donna:          You're getting out.

Nathaniel:     Yes, I am.

Donna:          When.

Nathaniel:     Huh.

Donna:          When.

Nathaniel:     December 9th.

Donna:          Why.

Nathaniel:     Huh.

Donna:          Why.

Nathaniel:     Because they gave me my time for CCA.

Donna:          Oh, my god.  Oh, my god.  Oh, no.  Oh, no.

Nathaniel:     I sent the letter out what on Tuesday morning.

Donna:          Oh, my god.  Oh, my god, honey.

Nathaniel:     December 9th baby.

Donna:          Oh, my god.

Nathaniel:     I'll be home to you.  December 9th all the worries will be over baby.

Donna:          Oh, Nate.

Nathaniel:     All the worries over baby.  December 9th, I was on my bed writing the letter and um, my (inaudible) came and gave me this paper and um, I open it up and I looked at it and it said, (inaudible) 12-9.  I was thinking 2002.  And I looked and it said, the end of my definite sentence was 12-9-01.  I'm like, yes.

Donna:          Oh, my god, are you sure.

Nathaniel:     Positive.

Donna:        You don't have to stay in there all winter.

Nathaniel:    No.  And you know what - -

Donna:        Oh, my god.

Nathaniel:    You know what baby.

Donna:        What honey.

Nathaniel:    The next day out, I'm goin to - - I already got it in my mind, my mind made up.  I'm goin to go ahead and do that the next day, okay.  All right.

Donna:        Oh, I just wrote to you that I didn't think that you really meant it.

Nathaniel:    What.  My mind is made up.  My mind made - - I wrote it in my letters, you know what I'm saying, but you know, I don't like to talk too much like that but when I come home, you know what I mean, it's goin to be in full detail.  Okay.  I'm goin to let you know how I'm goin to do it and everything.  I'm goin to do it for sure the next day.

Donna:        No.

Nathaniel:    What.

Donna:        Really.

Nathaniel:    What you mean.

Donna:        For real.

Nathaniel:    For real.  I mean that on my heart.  That is a promise baby.  I told you from here on out when I promise you something baby that's my heart.  That is my word.

Donna:        Nate.

Nathaniel:    What.

Donna:        Please tell me.

Nathaniel:    Yes.

Donna:        Please tell me honey.

Nathaniel:    Yes.  Yes.

Donna:        Oh, Nate, your voice is so wonderful to hear.

Nathaniel:    Man, when I get out the very - -

Donna:        December 9th, though, did you count how many days that is.

Nathaniel:    Oh, I'm less than 2 months.

Donna:        Oh, my god.  Oh, honey.

Nathaniel:    Did you send my pictures out yet.

Donna:        Yes.  Yesterday.

Nathaniel:    You did.

Donna:        I promised you that you would have them by the end of the week.

Nathaniel:    Okay, then.

Donna:        You'll probably get them - - oh, that's what I wanted to know.  How long does it take you to get my letters when their postage.

Nathaniel:    Well, see, sometimes they be holding out mail, you know what I'm saying.

Donna:        Oh.

Nathaniel:    Sometimes they be holding our mail.  I just got my money too.

Donna:        Your kidding.

Nathaniel:    Hey, look.  I got - - send me like the 23 dollars and just leave like - - I'll have 50 left.

Donna:        What's 23 dollars.

Nathaniel:    Huh.

Donna:        What's 23.

Nathaniel:    So, I can just have something, you know, be all right with the rest of my time.

Donna:        Oh, so, you got the two 50's, right, honey.

Nathaniel:    Yeah.  I just got the other 50.

Donna:          Why such an odd amount.  Why not 25.

Nathaniel:      Huh.

Donna:          Why an odd amount like 23?

Nathaniel:      Because I got like 78, you know.

Donna:          Oh Nate come on.  You know you don't just have 78.  You know you have anything
                you want.

Nathaniel:      Yeah, um, I need a coat too when I come home, you hear me?

Donna:          There is plenty of coats here.

Nathaniel:      Okay.  Like I said baby for sure, the next date man

Donna:          Really?

Nathaniel:      I really mean it.

Donna:          What day are you thinkin of?

Nathaniel:      Because I'm tired of this man, you know, I'm tired of this lifestyle, you know.  I
                mean, as long as I be out there man, you know, some subject can always, you know,
                come up.  I'm tired of the lifestyle and I'm ready to be with you, you know what I am
                saying to show you that I really love you, Donna, and then everything, you know,
                those letters that file, you know, I mean, those weren't real, you know what I'm
                saying.  I mean, I want you to know this, you know.  My love ain't never stop for
                you, you know.  I could of never started no relationship up with no body else, you
                know, I mean

Recording:       This call is originating from an Ohio Correctional Institution and maybe recorded
                or monitored.

Nathaniel:      You know, as much begging as I did, you know what I'm saying, to try you know to
                get to you to let you know.  I mean, if it was like that, I would of just said, forget it,
                she caught me, you know what I am saying, and leave it alone.  But no, I couldn't do
                that cause, you know, I was right, you know what I'm saying.  I was right.  You
                know, you mean, it was just all a part of street gang, you know what I am saying.

Donna:          Nath, don't talk about it now.

Nathaniel:      All right.

| | |
|---|---|
| Donna: | Just tell me you love me. |
| Nathaniel: | I love you so fucking much. |
| Donna: | Oh honey. |
| Nathaniel: | I love my baby so much. Yeah. And then look, the night that I get out, we going to spend the night together? Huh? |
| Donna: | I'll try. |
| Donna: | I want you to man. |
| Donna: | Oh, me too. |
| Donna: | I'm going to get out on a Sunday. I'm going to get out on a Sunday. |
| Donna: | Oh. |
| Donna: | Hey, you going to go down to the Vindicator for me? |
| Donna: | Oh, I'll try sweetheart. |
| Donna: | Huh? |
| Donna: | I'll try. Its just that I've been working. I just took this off cause you were going to call. I got your letter just yesterday. |
| Nathaniel: | Yeah, okay, then. |
| Donna: | But I've been working morning ad afternoon's, you know. I've been working a lot to keep busy or else I would gone out of my mind. |
| Nathaniel: | Okay. |
| Donna: | You know, it was like two whole things that got me at once. You going away again just broke my heart, honey. |
| Nathaniel: | But you know that everything is all right now, right? |
| Donna: | Yes. |
| Nathaniel: | Okay then. Its all I wanted to do is talk to my baby, man. |
| Donna: | Honey. |

Nathaniel:     Yeah.

Donna:         Oh, Nate.  I'm full of so much love for you.

Nathaniel:     That's my baby, man.

Donna:         You know I'll always love you.

Nathaniel:     You know what I want to see you in too?

Donna:         No.  What?

Nathaniel:     A pair of thongs.

Donna:         Ah.

Nathaniel:     I want to see you in some thongs.  I wrote that in the letter.

Donna:         I have them.

Nathaniel:     You got some thongs?

Donna:         Yeah.  In my panty drawer.

Nathaniel:     With the but part cut out?

Donna:         Yeah.

Nathaniel:     You got some of those?

Donna:         Hell, yeah.  I got a lot.

Nathaniel:     Get the fuck out of here.  Oh man, I was writing it in my letter this morning.  I was writing it in my letter this morning.

Donna:         I have them.  Sure I do.  I just don't wear them.

Nathaniel:     Oh, okay then.  I can't wait to come home, man.

Donna:         Oh, honey.  I can't wait to kiss you.

Nathaniel:     My whole life is going to be so wonderful.

Donna:         Oh, Nate.

Nathaniel:    Oh, I mean, I'm telling you baby, I don't care what man, nothing is going to stop me from doing this, man.

Donna:    Just please, Nate.

Nathaniel:    Yeah, I already understand and everything, okay, you know what I mean.  I'm going to do it and everything - -

Donna:    I don't want to lose you forever.

Nathaniel:    Just, you know, we are talking about that when I come home.

Recording-    You have sixty seconds left on this call

Donna:    Already.

Nathaniel:    Yeah.  I want get no more calls till like Saturday morning and Sunday evening.  I called the private line the other day last Sunday.

Donna:    I heard it ringing.

Nathaniel:    Yeah.  That was me.

Donna:    I was hoping it was.

Nathaniel:    So, when can I call again?

Donna:    Um, when are you allowed?

Nathaniel:    Um, Saturday morning and Thursday afternoon.

Donna:    All right.  Here is what I am going to do.  If I work Saturday morning, I'll forward the calls to my cell phone, so if I'm at work, I'll get it anyway.

Nathaniel:    Okay, then.

Donna:    How's that?

Nathaniel:    Okay then.

Donna:    Oh, you sound wonderful.

Nathaniel:    Oh, my baby.

Donna:    Oh, honey.  I love you so much.

Nathaniel:     Guess what Donna.

Donna:         What honey?

Nathaniel:     I'm coming home.

Donna:         Oh my god.

Nathaniel:     I'm coming home.

Donna:         Oh man, its like Christmas already.

Nathaniel:     I love you so much baby.

Donna:         Oh, honey.



364A

AR1210Z7-10-27-01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.   I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, thank you.

Nathaniel:    Hey you.

Donna:    Hey honey.

Nathaniel:    What's going on baby?

Donna:    Oh, its sweet and (inaudible) to hear your voice again.

Nathaniel:    Hey, you in bed.

Donna:    Yeah.

Nathaniel:    Oh, you sound so cozy.

Donna:    I am honey.

Nathaniel:    Man.

Donna:    Snow.

Nathaniel:    Huh?

Donna:    There's snow outside.

Nathaniel:    You got snow outside?

Donna:    Yeah.

Nathaniel:    We don't got none out here.

Donna:    You're kidding?

Nathaniel:    Huh, hum.

Donna:    I thought you'd have more.

Nathaniel:    No.  It ain't snowed out here.  It rained and mixed with snow last night a little bit, you know - -

Donna:      Huh, hum.

Nathaniel:  - - but it stopped though.

Donna:      How are you honey?

Nathaniel:  I'm doing good now, baby.  Hey look, they sent my pictures back, you know.  They gave me three of them, so you know, as soon as they sent them or get them back, send - - you can only send three in each envelope and I didn't know it though, you know.  So, I'm, as soon as they come back, just you know, send three in each letter.

Donna:      Okay.

Nathaniel:  Okay.

Donna:      Which one did you get?

Nathaniel:  I got the three - - the one which you at the table, the one with you on the couch, and um, the one you standing up with the attitude shirt on.

Donna:      You took all of me?

Nathaniel:  Yeah.

Donna:      Do I look okay?

Nathaniel:  Yes, you do, baby.  You look wonderful.  You look wonderful.  You're my baby.

Donna:      Nate.

Nathaniel:  Yes.

Donna:      I love you.

Nathaniel:  I love you too, Donna so much.  So much.  I can't wait to come home man.

Donna:      Can't wait.

Nathaniel:  I think about it every night man just waking up with you man every fucking night I think about it.  Sometimes I can't even go to sleep man.

Donna:      Me too honey.

Nathaniel:  I'm telling you man I can't wait to get out man so I can, you know, do what has to be done man.  I got to be with you Donna, I'm serious.  I have to.

Donna:          Are you sure?

Nathaniel:      I'm positive.  I'm more than sure.  I am more than sure.  I got to be with my baby.
                Damn man, I love my baby so much.

Donna:          Honey.

Nathaniel:      I love my baby so much.

Donna:          Promise.

Nathaniel:      Promise.  Big old, big old promise.  Hey, I sent you a letter too to ask you know
                about the bus schedule from um, Elyria.

Donna:          I already sent it out yesterday.

Nathaniel:      You did?

Donna:          Yeah.

Nathaniel:      You got that already?

Donna:          Yes, I sent it to Warren and to Youngstown.

Nathaniel:      Okay.

Donna:          There's one bus that takes two-and-a-half hours and the other one takes like six
                hours.

Nathaniel:      From Elyria?

Donna:          Yeah.  Because you have to wait in Cleveland for a long time.

Nathaniel:      Oh man.

Donna:          But there is one to Youngstown that is just a couple of hours.  And guess what, I was
                reading your letter that I got and answering all of your things the best I can and I
                thought of calling the Vindicator up on the phone and they took my charge and they
                did it.

Nathaniel:      They did?

Donna:          Yeah.

Nathaniel:      Okay, then.

Donna:        It was like going to be impossible for me to go.  I'm like working every day all day almost.

Nathaniel:    Yeah.

Donna:        So, they did it and they said it will start Tuesday, okay.

Nathaniel:    Okay, then.  That's my baby.

Donna:        And I got it for a month at a time and they said you will get a little note if you want to renew it then, okay?

Nathaniel:    Okay then, baby.

Donna:        And I sent you the $25.00 out yesterday also.

Nathaniel:    That's my baby.  That's my baby.  You see why I got to be with you man.  I'm telling you Donna, you are the only woman that I ever had that I mean, its just like, man - -

Donna:        You know you can count on me.

Nathaniel:    You know, you are the only woman that I trust, Donna.  You are the only one I trust.

Donna:        I think I deserve your trust honey.

Nathaniel:    You're the only woman.

Donna:        I don't think I ever betrayed your trust ever.

Nathaniel:    The only woman.  I was reading the letter yesterday, man, about that CO man.  You can tell this cat - -

Donna:        He was in again yesterday.

Nathaniel:    I sent the letter out man, you know, this morning.  Tell this man to stop harassing you man, look her.  It's scary.  Just tell him, you know what I'm saying, you are - -

Donna:        Guess what he did.

Nathaniel:    What?

Donna:        Yesterday he came in and he - - i almost, I can't even believes, he followed me home.

Nathaniel:    He what?

Donna:      He followed me home.

Nathaniel:  All the way to the house?

Donna:      From Warren.

Nathaniel:  All the way to the house.

Donna:      But I didn't know it until yesterday.  He said something and I said something and he said, well, something about where I live and I said, how do you know where I live? He said, I followed you home.  I said, what.  Are you out of your fucking mind.  Just like that I said.  He doesn't care what I say or nothing.

Nathaniel:  Man - -

Donna:      He won't stop.

Nathaniel:  Tell him man that you are going to call the police man.

Donna:      Do you know what I have been doing honey?

Nathaniel:  What.

Donna:      I've been going out at 5:00 while people are there and bringing the car around front.

Nathaniel:  That is what I put in my letter.  Keep doing that.  Look man, tell him that you are going to file harassment charges, you know what I'm saying.  Or call his job.

Donna:      He's a big guy too, hon.

Nathaniel:  Tell him that you are going to file harassment charges or you are going to call his job.

Donna:      He's a big guy.

Nathaniel:  I can't wait - - oh, I'll be glad when I get out, man.  Just let him know like it is.

Donna:      He comes and stands there for like a half-hour and looks at me, hon.

Nathaniel:  Just tell him, man, you know what I am saying, this is business purposes only.  Put up a sign man that say, no loitering.  Business purposes only.  Others will be prosecuted.

Donna:      Don't worry about it hon.

Nathaniel:  Man.  Tell him - -

| | |
|---|---|
| Donna: | If I knew that you were going to worry I wouldn't even tell you. |
| Recording | This call is originating from an Ohio Correctional Institution and maybe recorded or monitored. |
| Donna: | Don't worry.  Hey, they can't take that back can they? |
| Nathaniel: | What? |
| Donna: | That you're coming out in December. |
| Nathaniel: | No.  They sent me another paper too. |
| Donna: | For sure? |
| Nathaniel: | Yeah.  I sent one of them home to you. |
| Donna: | Oh. |
| Nathaniel: | And um, it's like man, you know what I me, some like, you know, that I had went off on one of my letter, that letter that I sent out this morning for a minute man, because you know, I read the part where you said that I was going to come back out and I was going to hurt you again.  I was wondering, you know what I am saying, out in there, you know what I mean, what do you mean I am going to hurt you again.  So, you know what I mean, it's like you had to tell him what happened, you know what I'm saying.  Don't be doing that Donna.  You can't just open up our business like that, you know what I'm saying.  This is me and your life Donna. |
| Donna: | Well. |
| Nathaniel: | You can't spill everything out, you know, when you think people are your friends. |
| Donna: | Nate. |
| Nathaniel: | Huh. |
| Donna: | You don't know what kind of shape was in honey. |
| Nathaniel: | But I'm saying, you can't put everything out like that Donna, you know.  Some days you got to hold it in. |
| Donna: | I didn't tell anybody but the guys, my buddies. |
| Nathaniel: | But I'm saying, you think they're your buddies man, but look, we are still together, you know what I'm saying.  I mean, you got to think first, Donna.  Like you tell me |

think, you know.  Don't be telling no body that I'm locked up man.

Donna:      Why?

Nathaniel:  Okay.  That is how we open yourself up to somebody.

Donna:      Why.

Nathaniel:  You know what I'm saying because, man, I don't want no body to know man about me man.  I don't know those people man.

Donna:      They don't know who you are.

Nathaniel:  But I'm saying though sweetheart eventually they'll see me.  You know what I'm saying.

Donna:      Yeah.

Nathaniel:  I mean, don't tell me, I mean, that is how you lead yourself open then you wonder why you can't get rid of people.

Donna:      Oh.

Nathaniel:  You know what I'm saying.  Okay.  How would you like, you know what I'm saying, if I was in that position you know and I had you know what I' saying some girls calling in telling me good morning and I was telling you that they so sweet, you know what I'm saying and - -

Donna:      But they are sweet to me hon.

Nathaniel:  Okay.  And I come and tell you that a girl looked beautiful and how would you feel, you know what I'm saying.  I mean, some different to run through your mind.

Donna:      No.

Nathaniel:  You know what I' saying.

Donna:      I'm just telling you it doesn't mean anything to me.

Nathaniel:  But I don't want to be hearing how handsome some dudes look or how - -

Donna:      Well, some of them are.

Nathaniel:  But I'm saying though don't tell me man.

Donna:        But I don't have anybody else to tell anything to but you.

Nathaniel:    Okay baby.  Okay.  I'm sorry.

Donna:        I tell you everything honey.

Nathaniel:    I'm sorry baby, okay.

Donna:        You see how much I'm writing.  I tell you everything in my mind.

Nathaniel:    Don't take that letter bad, okay.  I told you in that letter, you know what I'm saying, I mean, you know, I was just rambling.

Donna:        Nate, you know no body in the world means a damn thing to me but you.

Nathaniel:    You ain't going to um - -

Donna:        Do you know that?

Nathaniel:    Huh?  What baby?

Donna:        No body means a damn thing to me but you.

Nathaniel:    Okay.  My letters ain't going to slack up since I'm coming home December 9th is they?

Donna:        I don't think so.  I wrote you four yesterday.  I wrote you all day long.

Nathaniel:    Okay then.

Donna:        It's like all I did.

Nathaniel:    Okay.  Well, it is about time for me to get off the phone, but look here, don't forget to um, you know when them pictures come back.  I'm going to call you again Thursday afternoon, so, if you have to work, just forward the calls, okay.

Donna:        All right, honey.

Nathaniel:    Okay.  I love you baby.

Donna:        How much?

Nathaniel:    So much.  Okay.

Donna:        I love you honey.

Nathaniel:    I love you too baby.

Donna:        I'll always love you.

Nathaniel:    I'll always love you.  Okay.

Donna:        No body can change that.

Nathaniel:    No body.  I love you baby.

Donna:        Look at my pictures and think of me.

Nathaniel:    All the time.

Donna:        Okay.

Nathaniel:    Okay, baby.

Donna:        Bye honey.

Nathaniel:    Bye-bye.

365A

B312102Q-11-03-01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, thank you.

Nathaniel:     Hey, you.  What's going on.

Donna:         Hello honey.

Nathaniel:     Hi baby.

Donna:         I'm at work.

Nathaniel:     You're at work.

Donna:         I remembered to forward the call.

Nathaniel:     Okay.  I called Thursday.

Donna:         You did?

Nathaniel:     Yeah.  The line was busy.

Donna:         Oh, the phone was off the hook when I got home, but Fluffy must of done it.

Nathaniel:     Yeah.

Donna:         I waited there and I waited there and  - -

Nathaniel:     Yeah.  We didn't get on the phone until like, I think, you see, they didn't let us out early, you know, so I didn't get on the phone until like 3:00 o'clock, you know.  Then, I got real worried man.

Donna:         Oh, I got worried when you didn't call.

Nathaniel:     Man, I was so worried and then, I'm like, Oh, man.

Donna:         Oh, honey.

Nathaniel:     Man, I was so scared man.

Donna:         You sound wonderful.

Nathaniel:     How you doing baby?

Donna:        Oh.

Nathaniel:    I miss you.  I couldn't even sleep for the last three days ever since Thursday night
              man.

Donna:        Why?

Nathaniel:    Because I was thinking about you man and I was you know, man I was like, and I
              kept calling on the private phone too.

Donna:        I wasn't even there.  I waited until like 2:00 o'clock and then, I came and did my
              report here.

Nathaniel:    Okay.  I was like oh - -

Donna:        I was so worried.  I thought you were in the hole or something.

Nathaniel:    Oh, baby.  I ain't going to get into no trouble.  I kept calling on the private phone
              like, man, I know she knew that I was going to call man.  Why isn't she answering
              her private phone.

Donna:        I thought it was 1:00 or 1:30?

Nathaniel:    Yeah, but um, they ain't let us - - sometimes you know, they don't let us out exactly
              you know at times, but now I know, you know.  I was like, man, I hope she knows
              Saturday man.

Donna:        How are you honey?

Nathaniel:    Cool.

Donna:        Thirty-four and-a-half days.

Nathaniel:    Yeah.  Then, I was like, man then I didn't get no mail Thursday or Friday and I was
              like man - -

Donna:        You didn't?

Nathaniel:    No.

Donna:        I mail you mail ever single day.

Nathaniel:    I was really worried then.  I was like man, did I say anything to her man.

Donna:        Oh, honey.

| | |
|---|---|
| Nathaniel: | I was like man. |
| Donna: | I don't know why you wouldn't get - - i mailed you like three letters on Monday and Tuesday. |
| Nathaniel: | Nope I'm like - - |
| Donna: | Did you get your mail yet today? |
| Nathaniel: | Huh?  No, we don't get no mail until Monday again.  We don't none on Saturday's. |
| Donna: | Oh. |
| Nathaniel: | I was like, man, what did I do man. |
| Donna: | Oh, honey.  Don't think like that. |
| Nathaniel: | Worried baby. |
| Donna: | Don't think like that sweetheart. |
| Nathaniel: | I love my baby so much man. |
| Donna: | Tell me.  Tell me. |
| Nathaniel: | I love you so much honey. |
| Donna: | I love you Nate. |
| Nathaniel: | Wait until next month baby, next month. |
| Donna: | I know.  I know. |
| Nathaniel: | It's really short.  You get that paper that I show you with my out date on it? |
| Donna: | Yes, I did. |
| Nathaniel: | Okay, then.  They just sent me paper Friday I got to go to pre-release. You know, it is like a class, like, pre-release skill, you know, like, show you how to do resumes and everything you know.  It for when you are about to get out.  It's almost over baby. |
| Donna: | I know. |
| Nathaniel: | I'm really excited now.  I talked to my baby and I know my baby all right now, man. |

| | |
|---|---|
| Donna: | I'm kind of all right. |
| Nathaniel: | Okay baby. |
| Donna: | Do you know what happened Monday? |
| Nathaniel: | What. |
| Donna: | Well, I had to come in and do the report, so I waited until like 2:00 o'clock for you to call.  Then, I came in here and I went over to the  - - I was writing you a letter and I went over to the bakery to get a cup a coffee - - |
| Nathaniel: | And he found the letter. |
| Donna: | And he came to check up on me and he found or read the letter on the desk. |
| Nathaniel: | Oh, my goodness. |
| Donna: | Yep. |
| Nathaniel: | Oh. |
| Donna: | Now, he knows for sure, but he doesn't know your name because I put hi sweetheart or honey or something. |
| Nathaniel: | Oh, man. |
| Donna: | Oh, man. |
| Nate | I had a feeling that i kept feeling that man.  I kept feeling that. |
| Donna: | It wasn't good. |
| Nate | Did he - - |
| Donna: | I don't know why you wouldn't get letters everyday sweetheart.  I sent them everyday two and three. |
| Nathaniel: | I don't know. |
| Donna: | Oh, you're going to get a shitload of letters Monday. |
| Nathaniel: | I should get my paper too.  I ain't get my paper yet either. |
| Donna: | Oh, they said that it would start Tuesday. |

Nathaniel:     Yeah, I ain't get them yet.  They probably holding my mail and stuff back man.

Donna:         Why?

Nathaniel:     I don't know.  They be sop slow with it.

Donna:         Oh.

Nathaniel:     Yeah, did he put his hands on you?

Donna:         Don't - - what's going on anyways?  How do you feel?  Do you feel okay?

Nathaniel:     Oh, yeah.

Donna:         I got your letter and it said that your eating your vegetables.

Nathaniel:     Yeah.  I'm eating my vegetables and taking my vitamins.  You better start eating right too.

Donna:         I know.  I know.  I know.

Nathaniel:     Don't worry baby.  When I come home everything is going to be all right, okay.  I promise you that.  The next day I promise on everything baby.  I promise you that for sure.  For sure, for sure.

Donna:         Really.

Nathaniel:     Yeah.  I got to man.  I'm telling you Donna, I am do much in live with you, so much.

Donna:         Are you sure?

Nathaniel:     I am more than sure.  So, the first night we are going to have a celebration me and you.

Donna:         Oh, yes, yes.

Nathaniel:     Let's get the room with the Jacuzzi, okay.

Donna:         I'll try.

Nathaniel:     Okay then.  Or something with some mirrors on the ceiling or something.

Donna:         Oh.  I can't wait until you can out your hands on me honey.

Nathaniel:     Yes.  Yes.  Yes.

Donna:          My baby and your beautiful hands.

Nathaniel:      My baby.  So, look, if I get delayed and um, in Cleveland - -

Donna:          Yeah.

Nathaniel:      - - you will come and get me man.

Donna:          I'll try.  I don't know how to get up there or how to find the Greyhound Station.

Nathaniel:      The Greyhound Station is downtown Cleveland.

Donna:          Yeah.

Nathaniel:      Yeah, it's Downtown Cleveland.

Donna:          Right.

Nathaniel:      But um, when I get to the bus station from when they take me from here

Recording:      This call is originating from an Ohio Correctional Institution and may be recorded
                or monitored.

Nathaniel:      When they take me from the bus station here, then, I mean, when they take me here
                to the bus station, then, I will call you and let you know, you know, um, my next
                stop.

Donna:          Okay.

Nathaniel:      Okay.  I love my baby so much.

Donna:          Oh, Nate.

Nathaniel:      I'm so happy man.

Donna:          Is everything going to be okay?

Nathaniel:      Oh, yeah.  Oh, yeah.  That's mandatory.  That's mandatory baby.  For real you know,
                I'm ready to live that good life now, man.

Donna:          You're ready to settle down with just one woman.

Nathaniel:      I'm ready to settle down with my baby.

Donna:          Are you sure.

| | |
|---|---|
| Nathaniel: | I am more than sure.  I could be no more sure baby.  I'm for real man.  I don't got, I don't have to worry about being out there and getting into trouble. |
| Donna: | Well, I better get me a pair of knee pads then. |
| Nathaniel: | Yeah. |
| Donna: | Because I plan on doing a lot of kneeling down. |
| Nathaniel: | Oh, yeah. |
| Donna: | I can almost taste you now. |
| Nathaniel: | Yes.  Yes.  Yes. |
| Donna: | How do I live without you. |
| Nathaniel: | My baby.  Had the (seal) been back in there? |
| Donna: | Huh? |
| Nathaniel: | Has the (seal) been back in there? |
| Donna: | Oh, yes and he'll never be here again.  You didn't get those letters either? |
| Nathaniel: | I got that one and I was like, yeah, that's my baby. |
| Donna: | Oh, he thinks I'm a real bitch now I'm sure. |
| Nathaniel: | Man. |
| Donna: | But honey, don't think I tell people everything.  I just really told them that you're there and - - |
| Nathaniel: | Okay. |
| Donna: | Really, I'm very careful about it. |
| Nathaniel: | Okay, baby. |
| Donna: | Talk to me.  Hurry. |
| Nathaniel: | My baby.  I love my honey so much.  So much, yes, man.  It won't be long now.   It won't be long.  I love Donna Maria Roberts.  I love my baby.  I be staring at your picture all the time. |

Donna:        Are they okay?

Nathaniel:    Yeah.  I got the rest of them too.  Yeah.  In that big bad that's the romper room.

Donna:        I'm going to get you baby.

Nathaniel:    Oh, the romper room.

Donna:        I'm going to tear your ass apart.

Nathaniel:    Okay, then.  I won't to see my baby in the thong man.

Donna:        Oh, I put one on the other night and looked at myself from behind in the mirror and bend over, it looked good.

Nathaniel:    That's what I'm saying, see I'm telling you.

Donna:        Do you know what I want you to do.  I don't want you to take them off, I want you to leave them on and just tip that little piece of material - -

Nathaniel:    To the side.

Donna:        Behind.

Nathaniel:    Oh, man.  It's is going to be wonderful.  So, um, I'll call you again next Thursday afternoon.  I don't know if it will be exactly at 1:00 or 1:30.

Donna:        Oh, okay.

Nathaniel:    But um, sometime in the afternoon, okay.

Donna:        All right.

Nathaniel:    That's for sure okay, baby.

Donna:        All right.

Nathaniel:    I love my honey so much.

Donna:        I love you Nate.

Nathaniel:    I love you so much baby.

Donna:        You be careful with those words now, they're pretty strong.

Nathaniel:    I love you so much.

Donna:        Don't say that if you don't mean it.

Nathaniel:    I mean it.  I mean it.  I love my baby so much.

Donna:        I love you honey.

Nathaniel:    I love you baby.

Donna:        I think about you every second.

Nathaniel:    I miss you so much too.



366A

B81310HP-11-08-01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, thank you.

Nathaniel:   Hey you.

Donna:   Hey you, honey.

Nathaniel:   What's goin on.

Donna:   I just got your letter from Monday.  Oh, it is so sexy honey.

Nathaniel:   What's going on baby.

Donna:   I love you Nate.

Nathaniel:   Me to baby so much.

Donna:   Oh, I had a terrible day yesterday.  I couldn't stop thinking about you for one fucking minute.  I wrote to you from when I got here at 8:30 in the morning until 4:00 in the afternoon.  Then, I got home and wrote some more.  I mailed about six letters to you.

Nathaniel:   Oh, yes.

Donna:   So, did you get all your letters?

Nathaniel:   Huh, yeah, they started.  Man haven't been sending me my papers man.  Only got three papers from um, I got a paper from Tuesday, Wednesday, and Thursday of last week and I got no more yet man.  The mail room man been bagging up all the mail man.  I haven't been getting my papers man, I'm like, man, what's up.

Donna:   Oh.  You see, I didn't stop writing to you sweetheart.

Nathaniel:   Yeah.  I was like, oh man.

Donna:   You know you can always count on me.

Nathaniel:   I love you so much baby.

Donna:   I would never let you down honey.

Nathaniel:   I love my baby so much man.

Donna:          Oh guess what, I dreamt about you.

Nathaniel:      You did.

Donna:          I went to sleep.  I had a touch it last night a couple of times.  Something is wrong
                with me.  And I fell asleep and I was asleep for a couple of hours but it felt like a
                minute and I dreamt that I was going into your arms and you were about to kiss
                me and I grabbed your arms and they were only an inch thick.  I said, what's
                wrong with your arms honey.

Nathaniel:      What's wrong with my arms.

Donna:          That was my dream.

Nathaniel:      Oh, okay.

Donna:          So, what have you been doing?

Nathaniel:      Nothing.  Just staying out of the way. Going to work out, you know, just keeping
                my head up.

Donna:          Are you eating all right?

Nathaniel:      Yeah.  I'm eating cool.  Yeah, we do be going outside.  I seen your letter where
                they kept told me we going to go outside or nothin.  We do go outside.  We was
                outside yesterday.  I went to the gym and worked out.

Donna:          Oh, good.

Nathaniel:      It wasn't that cold out.  It ain't that cold out now.

Donna:          Oh, it's beautiful today.

Nathaniel:      Yeah, I be going out, you know what I'm saying, so don't worry about that.  You
                got my worrying for nothin.  We got to go outside to go eat, you know.

Donna:          Nate.

Nate            Yes.

Donna:          Tell me.  Tell me.

Nate            I love you so much baby.  So much man.  I can't wait to hold you so warm.
                Hey, why don't you send me um, $10.00 all right.

Donna:       Okay.

Nate         That is all that I need it ten bucks.

Donna:       Are you sure?

Nate         Yeah.  That's all.  I don't want no more, just ten bucks.

Donna:       Are you sure you don't need twenty?

Nate         No, just ten bucks.

Donna:       All right.

Nate         That is all I need it ten bucks.  I put it in the letter I sent out this morning.

Donna:       All right.  I'll send it tomorrow for sure honey.

Nate         Okay.  Yeah, my baby.

Donna:       Oh, honey.

Nathaniel:   Hey - -

Donna:       I don't think I'm going to be able to wait for you to go in the shower honey.

Nathaniel:   Huh, yeah, man.  I got to clean this smell off man.  We only take shower like only
             on certain days man, you know, I don't want my baby touching me man without
             me being fully clean first.

Donna:       Do you think I would care.  You can fall in the mud and I'll be right on top of you.

Nathaniel:   Oh, my baby.  I love my baby.  Um, are you goin to get me a um sweat suit for
             when I come home.

Donna:       Of course.

Nathaniel:   Okay.

Donna:       Don't I get you everything you want.

Nathaniel:   Okay, baby.  Because I um, man, this stuff, they don't us here wearing home man.
             Yeah, man.

Donna:       You sound wonderful honey.

Nathaniel:    Look 30 day from now.

Donna:    I know.  I know I was so excited driving here thinking about that.

Nathaniel:    Oh, baby 30 days.

Donna:    I can't wait to kiss you honey.

Nathaniel:    Oh, I'm going to do everything to you.

Donna:    Oh, I know.  I read your letter and got so excited.  I love it when you order me.

Nathaniel:    I was reading a letter that you wrote like, you know, you would like to let him see you suck my dick man before he goes away man.  I'm like I love that.  I put that on my letter the one I sent out this morning, I asked you could we do it like that.

Donna:    Of course.

Nathaniel:    I'm serious man.  I'm dead serious, you know.

Donna:    Yeah, tell me about it.

Nathaniel:    I mean that baby.  I'm serious man.

Donna:    What?

Nathaniel:    Huh.

Donna:    About what.

Nathaniel:    Huh, letting him watch you suck my dick.

Donna:    I wish I could do it real good for you.

Nathaniel:    I mean everything that I say, you know about that package man.  For real, man.  We have to talk about you know the night we be together.  Are you going to spend the night with me?

Donna:    I hope so.

Nathaniel:    Huh.

Donna:    I hope so.

Nathaniel:    What could be possibly wrong.  Huh.

| | |
|---|---|
| Recording | This call is originating from an Ohio Correctional Institution and maybe recorded or monitored. |
| Nathaniel: | What could be possibly wrong for you not to? Huh? |
| Donna: | I don't know. Nothing I guess. |
| Nathaniel: | Okay, then, that's all I want to know. I told you, you know what I'm saying, you can leave everything else up to me, you know. I love my baby so much. |
| Donna: | Oh, honey. |
| Nathaniel: | Yeah. I love my baby a lot. You is my heart baby. |
| Donna: | I wish that you could just touch me now just once. Just touch me once honey. |
| Nathaniel: | But once I touch once, I ain't going to want to stop. Man, I had a dream, man. I wrote it in my letter. I we got a house with a indoor pool and coming out of the pool all dripping wet with a t-shirt and a thong on and the t-shirt was all wet and I seen your nipples and I just grabbed and pick you up and put you on my dick to the bedroom. I had you put your hands behind you on the bed and as I held the rest of your body in my hand. I fuck the shit out of you. You had your legs wrapped around your waist. |
| Donna: | Oh, honey, don't. |
| Nathaniel: | Man, that's so sexy, man, to see you in a thong and short t-shirt. Oh, man that eats me up. |
| Donna: | You're going to get it then. |
| Nathaniel: | Oh, man, that would eat me up then, to see my baby walk around the house with a thong and a t-shirt. You were sexy as hell. You were so beautiful baby. |
| Donna: | Oh, honey. |
| Nathaniel: | Don't cut your hair either. |
| Donna: | Oh, you should see it today. |
| Nathaniel: | Don't cut your hair. I seen it in that picture and I love it like that. |
| Donna: | You know what. I have been wearing it up and today I decided to do a really good job on it and oh Nate, it looks so beautiful. It is all hanging down and waves and |

it's so fluffy.

Nathaniel:     Yeah.

Donna:        I can't wait for you to take it in your hands.

Nathaniel:     Just wrap it all around my wrist like a big ball of it.

Donna:        And rub it up and down your dick so it feels silky.

Nathaniel:     Okay, then.

Donna:        Oh, honey.

Nathaniel:     So, how have you been doing?

Donna:        All right, really.

Nathaniel:     Okay then.  You sound good baby.

Donna:        I can't stop thinking about you for one minute lately honey.  It's not good.

Nathaniel:     It's going to be all right in a minute though.

              **60 SECONDS LEFT**

Donna:        Already.

Nathaniel:     It be going fast man.  I'm going to call you Saturday morning though, okay.
              Where are you at?

Donna:        At work.

Nathaniel:     You're at work.  Okay.

Donna:        Oh, I don't want to get this call.

Nathaniel:     I'm going to call you Saturday morning.

Donna:        All right sweetheart.

Nathaniel:     I love you baby.

Donna:        I love you Nate.

Nathaniel:     I love you so much honey.  You are my life, you hear me.

Donna:         Yeah.

Nathaniel:     You is my whole life Donna.  My entire life.  My everything.

Donna:         Oh, honey, I love you.

Nathaniel:     I love you to baby.

Donna:         Forever.

Nathaniel:     I love my baby.  I love you Donna.

Donna:         All right honey.

Nathaniel:     I love you baby.

Donna:         I love you to.

Nathaniel:     Talk to you Saturday.

               **END OF CONVERSATION**



BA13101K-11-10-01                                     367A

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, thank you.

Nathaniel:      Hey you.

Donna:          Wait a second.  Hi honey I was just leaving the bank.

Nathaniel:      What's going on.

Donna:          I'm just leaving the bank.

Nathaniel:      Hey.  You sent that money order out, didn't you.

Donna:          Yes.

Nathaniel:      Send me fifteen more.

Donna:          All right.

Nathaniel:      Okay.

Donna:          Wait a minute.  Wait a minute.  Let me see something here.  Let me get in the car. I have two envelopes to send you, it's one of them.  I'll just send one for twenty-five.

Nathaniel:      Okay.

Donna:          What's going on with my baby.

Donna:          Not much.

Nathaniel:      I can't wait to come home man.

Donna:          Hey you, I had such a wonderful shower and I did my hair and I have been wearing it long.  It looks so pretty.  It's all bouncy and wavy and waiting for you to take a hold of it.

Nathaniel:      Shut up.  That's what I'm talking about.

Donna:          Oh, that's what I'm waiting for every minute.

Nathaniel:      That's my baby man.

| | |
|---|---|
| Donna: | Oh, you got to grab it all and pull it. |
| Nathaniel: | Grab it all. |
| Donna: | I miss you so fucking much. |
| Nathaniel: | Oh, I miss you so much. |
| Donna: | No. |
| Nathaniel: | Yeah. |
| Donna: | No.  Not like I miss you. |
| Nathaniel: | Oh. |
| Donna: | Oh, yea.  I'll I do is think about you - - look at my purse Nathaniel Jackson, Nathaniel Jackson. |
| Nathaniel: | My baby. |
| Donna: | Are you getting a lot of letters.  Are you getting them all. |
| Nathaniel: | Yeah.  Yeah.  They coming. |
| Donna: | Are you getting a lot. |
| Nathaniel: | Yeah. |
| Donna: | Do you like how much I'm writing. |
| Nathaniel: | I love it.  I love it. |
| Donna: | I think there's one letter that you might get that you might not like something I ask you. |
| Nathaniel: | Oh, okay. |
| Donna: | But don't be mad at me because you know whether comes to my mind, I have to say it. |
| Nathaniel: | Okay. |
| Donna: | So, everything is always up front with us. |

Nathaniel:     Okay.

Donna:          What.

Nathaniel:     Is it real bad.

Donna:          No.  Just more stuff that I want to know you don't want to talk about anymore. Guess where I'm going on.

Nathaniel:     Where.

Donna:          Well, I'm on my way to work.  He had to show somebody apartment, so he opened but I have to work all day.  I'm on my way to my favorite place, the post office.

Nathaniel:     So, he - -

Donna:          They're open too, I could get that $25.00 - - I knew I should sent you that much.  I knew it.  I knew it.  I was going to do it but I said, maybe, he knows what he is talking about and he won't really need it.

Nathaniel:     Because one of my dudes from Youngstown, he's my roommate now, because the old dud left.

Donna:          Oh.

Nathaniel:     I wanted to make sure we all right, you know.

Donna:          Of course.  Of course honey.

Nathaniel:     And um, you say he's working Saturday and Sunday now in Youngstown?

Donna:          Huh, hum.

Nathaniel:     Okay.

Donna:          I think every other one.

Nathaniel:     Okay.

Donna:          I'm not sure but this time he is.

Nathaniel:     Did he - -

Donna:          What.

Nathaniel:      Is he working Youngstown tomorrow.

Donna:          Yeah.

Nathaniel:      What time.

Donna:          From morning until 9:00 at night.

Nathaniel:      Okay.  Because we get phone calls tomorrow too.

Donna:          I know.  What time.

Nathaniel:      Sometime in the evening.

Donna:          Oh that will be nice.  You will call me right.

Nathaniel:      Oh, yeah.

Donna:          Tell me something good honey.

Nathaniel:      I love you so much.

Donna:          Are you are.

Nathaniel:      More than sure.  I'll show you when I come home.

Donna:          Are you one-hundred percent.

Nathaniel:      I'm one-hundred and ten percent.  I'll show you when I come home.

Donna:          Oh, your letters are getting so sexy honey.

Nathaniel:      Yeah.

Donna:          You're so fucking horny.

Nathaniel:      Right.

Donna:          You know what.  I walk around wet all the time now.  I am wet right now.  I can take a bath or take a shower, wash, wipe and think of you wet.  You see, I'm writing to you all through the day, right.

Nathaniel:      Yeah.

Donna:          And at home at night.  So, you know I'm always thinking about you.

Nathaniel:     Yeah.     Hey when you, hey, when you like, I don't know if we are allowed (inaudible)

Donna:     I can't hear you what honey.

Nathaniel:     I said, I don't know if we are allowed to have them envelopes with the stamps already on them.

Donna:     Their not.

Nathaniel:     I'm saying - -

Donna:     Oh, you mean, if I stick them on.

Nathaniel:     Yeah.

Donna:     Oh, found out.

Nathaniel:     Yeah, but look, just send three anyway, you know what I'm saying.  Then, if they, you know, if they let me have them, you know, (inaudible)

Donna:     Oh, all right.

Nathaniel:     Yeah - -

Donna:     Sure.

Nathaniel:     I put that in my letter too.

Donna:     Okay.  I'll send them out today hon.

Nathaniel:     So, how's my baby been doing.

Donna:     Oh, good really.  I haven't been letting too much bother me and - -

Nathaniel:     Okay.

Donna:     - - and I have been thinking about you coming home.

Nathaniel:     I can't wait to come home with my baby man.

Donna:     I have this picture in my mind of everything that I want you to do to me and everything I want to do to you and how am I ever going to get enough of you honey.

Nathaniel:     Oh, man.  Then, when we really be together man.

| | |
|---|---|
| Donna: | Oh. |
| Nathaniel: | It will really be on man. |
| Donna: | Oh, last night I came so hard.  I just have to rub it now and think about stuff with you. |
| Nathaniel: | It will really be on now man once we be together man, I'm telling you man. |
| Donna: | Honey, we'll have so many wonderful secret private moments together. |
| Nathaniel: | Man, for real. |
| Donna: | Oh, I'm going to explore your whole body and never pass up an experience.  You know what I'm going to make you do. |
| Nathaniel: | What. |
| Donna: | I know you really like it so, I'm really be a pro at it and I'm thinking when I got you on your knees, I'm going to make reach both your hands back no matter how awkward that might be and spread those little ass checks wide apart - - |
| Nathaniel: | Oh man. |
| Donna: | - - and I'm going to lick you soft and slow and around and up and down |
| Recording | This call is originating from an Ohio Correctional Institution and maybe recorded or monitored. |
| Donna: | - - and around that real delicate skin that you love to be licked and I'm going then make my tongue so hard and I'm going to really suck you with my tongue. |
| Nathaniel: | Oh man. |
| Donna: | Or you can suck my tongue moving back and forth I don't care. |
| Nathaniel: | Damn, damn. |
| Donna: | I want ever bit of you Nate. |
| Nathaniel: | I can't - - |
| Donna: | I do. |
| Nathaniel: | - - wait to - - I love you so fucking much man. |

| | |
|---|---|
| Donna: | I want you to kiss me so much honey. |
| Nathaniel: | I'm going to kiss you hard. |
| Donna: | Promise. |
| Nathaniel: | Promise.  Promise baby. |
| Donna: | I can't wait anymore Nate. |
| Nathaniel: | It's going to be all right baby, you know, we down, we got real down. |
| Donna: | But my whole body is like jittery now.  It's getting close and I'm nervous and I can't wait. |
| Nathaniel: | Don't get nervous now. |
| Donna: | What. |
| Nathaniel: | Don't get nervous now. |
| Donna: | Oh, I am nervous.  No, I'm nervous.  I think once you hold me and kiss me everything will be okay. |
| Nathaniel: | I put down the cd's I want you to get to. |
| Donna: | All right. |
| Nate | On the - - |
| Donna: | I asked you if you wanted to get music. |
| Nathaniel: | Yeah.  I got that letter yesterday.  That song, you got it bad that is by Usher and yeah, I got it bad.  Yeah. |
| Donna: | Do you. |
| Nathaniel: | Oh, man. |
| Donna: | You want your babygirl. |
| Nathaniel: | Bad. |
| Donna: | You know what, Nate. |

Nathaniel:   What baby.

Donna:       I'm gonna pay you the biggest compliment.  Now I know where you come from, it's like no big deal, it happens everyday but I want you to know.  If I was a younger person, I would have a baby with you and have a wonderful family and show you what life could really be like.

Nate         Oh honey.

Donna:       I only wish I, I didn't miss that part of you, you know.  I'm so sorry about that.

Nathaniel:   That's ok baby.

Donna:       Cause I would love, love for you to have a real family life for once in your life but I guess our family will just be two people, huh.

Nathaniel:   Yes, yes, yes.  Hey and then the ___ I want you to get, I want you to get the Garcia Vega, the  - -

Donna:       Oh Garcia, oh, I went to get them.  Did you get that letter already.

Nathaniel:   Yeah.

Donna:       Oh wow.

Nathaniel:   Yeah.

Donna:       I went to get them and it says blunt, blunt.

Nathaniel:   Yeah all those

Donna:       Oh shit

Nathaniel:   It's the Garcia Vega green

Donna:       Ok, I won't forget that.

Nathaniel:   Yeah I put it down in the letter

Donna:       I already got your Black and Milds.

Nathaniel:   (Laughs)

Donna:       (Laughs) I'm so fucked up.  I don't know if I'm coming or going, you know.

Nathaniel:    You said a

Donna:        It's, it's real different - -oh no.

Nathaniel:    You said the new Lincoln's look good.

Donna:        Huh?

Nathaniel:    You said them new Lincoln's look good.

Donna:        Oh yeah.

Nathaniel:    We tight.

Donna:        Oh, yeah.

Nathaniel:    We'll look at one.

Donna:        I want you to have anything that makes you happy.

Nathaniel:    My dude, my dude, man, tell you my cousin, he's in a bad joint.  He got a truck, man,
              that I like, man.  He wants $10,00 for it man.  Man, it's tight.  Like an orange color.
              It got different colors in it man.  It's cold man.  It got a TV in it. A DVD player.

Donna:        Is it used?

Nathaniel:    Huh.  It's newer but I mean, it's tight man.  I like it.

Donna:        Oh, honey, tell me you love me.  It's almost times up.

Nathaniel:    I love you baby so much.

Donna:        I love you.  I love you Nate.

Nathaniel:    I'm going call tomorrow evening sometime.  I don't know exactly what time.  I
              promise I'm going to call.

Donna:        Okay, honey.  I'll be home waiting.

Nathaniel:    Okay, I love you baby.



368A

BB12107K-11-11-01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, thank you.

Nathaniel:      Hello.

Donna           Hello

Nathaniel:      Hey, are you there.

Donna:          Yeah.

Nathaniel:      Oh, man.  Man, man, man.  How are you doing today, okay.

Donna:          No.

Nathaniel:      What's wrong.

Donna:          I was thinking of stuff last night.

Nathaniel:      What.

Donna:          Will you tell me.

Nathaniel:      Huh.

Donna:          Will you tell me the truth for once.

Nathaniel:      Will I tell you the truth.

Donna:          Yeah.

Nathaniel:      What's wrong.

Donna:          Something didn't make sense to me and I keep thinking about.

Nathaniel:      What did I do.

Donna:          I just want to know why.  Why, why, why did you want her apartment so bad.

Nathaniel:      Oh, man, I know you ain't still with that, man.

Donna:          Yeah, I - -

Nathaniel:     Man, come on, man, look here.

Donna:         Please tell me.

Nathaniel:     What.  So, I can - -

Donna:         Tell me.

Nathaniel:     So, I can have a place to live, man.

Donna:         Well - -

Nathaniel:     Where was I goin to go.

Donna:         But wait a minute.  There is a lot of apartments why her's.  Why her's that you had worked on for months.

Nathaniel:     Because for one thing, man, I didn't have to go through the changes of trying to look and find an apartment, man.  It was right there, man.

Donna:         Where was she going to go.

Nathaniel:     Man, I don't care, man.  I did not care at all.  I told you.  I did not care, man.  It wasn't like that, man.  See, man.

Donna:         Wasn't she going to be there.

Nathaniel:     No.

Donna:         Oh, okay.

Nathaniel:     I'm trying to - -

Donna:         Then, there's one other thing.

Nathaniel:     What.

Donna:         Other thing.  When she wrote about - -

Nathaniel:     Man, I'm not used of dealing with this, man.

Donna:         I'm sorry.  I just can't, it won't settle.  I have to get it settled and then, I'll forget it.

Nathaniel:     Man.  We've been, man, we been - -

Donna:          Wait a minute.

Nathaniel:      Got this man.

Donna:          Wait a minute.

Nathaniel:      What.

Donna:          She was writing Mr. And Mrs. Nathaniel Jackson.

Nathaniel:      Man, I don't - -

Donna:          Then, she wrote - -

Nathaniel:      You don't - -

Donna:          Listen.

Nathaniel:      You don't understand the street life, do you.

Donna:          Listen, she wrote me, you, my son, and our baby.

Nathaniel:      Look, look, listen here, you don't - -

Donna:          Why did she write that.

Nathaniel:      You don't understand fucking street life, right.

Donna:          Why did she write our baby.

Nathaniel:      Man, look.  If you want to finish it man, right now, man, let's just go ahead, man, because I don't want to go through that no more man.

Donna:          Just tell me.

Nathaniel:      I do not know, man.  Didn't I fucking tell you that, man.

Donna:          And then - -

Nathaniel:      I don't care what she said, man.  Look, like I said - -

Donna:          Then, you told me she was pregnant.

Nathaniel:      Look, look, look.  I told you one thing right, you know what I am saying.  We said that we was going to leave this alone, man.  Look here, man, I ain't trying - -I'm too

short, man, coming home, man, if you want to go ahead and end this right now, man, go ahead, man, because I ain't going through this no more, man.  I told you, man, that is left alone, man, and nothing there, man, you know what I'm saying.  You know who I been by, you know what I'm saying.  Who my time with, man.  You keep bringing this back up, man, and I'm going for it, man, because I ain't going get out there on the streets, man, and throw that in my face, man.  So, if you want to go ahead and ends this right now, man, then, go ahead.

Donna:      Okay.

Nathaniel:  Cause I'm not, you know what I'm saying, I'm not getting out there like this no more, man.  We even made plans and everything, man.  Why do you still want to keep doing this, huh.

Donna:      I don't know if you're trying to really include me.

Nathaniel:  What do you mean, man.

Donna:      Things just don't make sense.

Nathaniel:  What do you mean, man.  What do you want me to do, man.  I'm feeling good, man, you know what I'm saying, man.  You always do this shit, man.  You always fuck around and bring me down, man.

Donna:      I'm sorry.

Nathaniel:  You know what I'm saying.  You always do it, but you keep saying you're sorry though, man, but you still do it, man.  You see what I'm saying, man.  After you know, you know what I'm saying, you promise that you were goin, you know what I'm saying, leave the situation alone, man, but you still want to bring it up, man.  You let no body get to your mind, man.  Your easily influenced, man.  You let no body get to your mind, man.

Donna:      It doesn't make sense.

Nathaniel:  You know who I love, man.

Donna:      It doesn't make sense.

Nathaniel:  What the fuck you mean.

Donna:      You tell me something.

Nathaniel:  What.

Donna:      Why do you love me.

Nathaniel:  You're my heart.  I been with you almost two years.  To many fellows get involved with you.  I can't let that go like that, you know what I'm saying.  I sit here every night, lay up, and think about our plans, man, when I come home, man.  Now, it seems like everything, man, I stayed up until 3:00 this morning, man, thinking about us man.  It seemed like everything is just goin down the drain now, you know what I'm saying.  I knew something was goin to happen, man, when I get closer to coming home, man, it just made me think more and more, man, you don't want to be with me, man.  You're trying to get an excuse, man, and all of sudden, man, you gettin to wait until I'm coming home, man, you know what I'm saying.  You feel good and everything about it, man, then, you down grade me, man, you know what I'm saying.  When I want to have a good life with you, man, but you don't want it though, man.

Donna:      Yes, I do.

Nathaniel:  No, you don't man, because you would leave that alone, man.  You would leave that alone, man.  If you could see, man, you know what I'm saying, man.

Donna:      It bothers me.

Nathaniel:  If you - -

Donna:      It bothers me.  I can't sleep when I think about it.

Nathaniel:  Look, if you would see, man, who is all my time with, huh.  Whose all my time with, Donna.

Donna:      I don't know.

Nathaniel:  What you mean don't know, Donna.

Donna:      Maybe she seen some before because you know (inaudible)

Nathaniel:  Donna.  Donna.  Look here, I'm going to tell you this one and last time, all right.

Donna:      Is she pregnant with your child.

Nathaniel:  Hell no.  Mean, what do you mean, man.  How could she be pregnant when I haven't touch this girl, man, huh.  If you could understand, man.

Donna:      Why did she write our baby down.

Nathaniel:  Look here Donna, I told you like this, all right.  I told you like this, man, you know

what I'm saying.  The girl she was fooled.  Her mind was gone, okay.  She was figuring she could have all this, man, you see what I'm saying.  I even told her, man, I explained to you in my letter, man.  It's all game, man.  It's all part of the game, man.  You don't know the streets, man, that's why your messed up, man, because you keep on thinkin stuff, right.  I did this all upon the street game, man, you know what I'm saying.  I told you, man, I said, fuck it, I don't want the apartment that is why I never send the letters out, man, they just stayed in my property, man.  I left it alone, man.  Donna,

| | |
|---|---|
| Recording | This call is originating from an Ohio Correctional Institution and maybe recorded or monitored. |
| Nathaniel: | Donna.  Donna. |
| Donna: | And you never did tell me what - - |
| Nathaniel: | Donna.  Donna. |
| Donna: | - - happened at the end. |
| Nathaniel: | Donna.  Donna. |
| Donna: | Did it end. |
| Nathaniel: | Ain't nothin there. |
| Donna: | Huh. |
| Nathaniel: | I told you there wasn't nothin there. |
| Donna: | How did it end. |
| Nathaniel: | Oh, may goodness, man.  Look. |
| Donna: | Tell me. |
| Nathaniel: | Look, I'm about to get off this phone, man, because I don't want to go through this no more.  I'm about to go ahead and get off the phone. |
| Donna: | Please tell. |
| Nathaniel: | Donna. |
| Donna: | Please tell me. |

Nathaniel:   It wasn't never no beginning.  Do you understand, man.

Donna:   Did it end.

Nathaniel:   It wasn't no beginning, okay.

Donna:   You still won't answer me, huh.

Nathaniel:   Why are you trying to make me say something, man, huh.  Didn't I tell you there was no beginning, huh.

Donna:   Yeah.

Nathaniel:   So, how could something end when it never began, huh.

Donna:   When did the letters and the call end?

Nathaniel:   Donna, hey, I talk to you, Donna.  I'm about to get off the phone, man. I ain't trying to go - - I ain't trying to keep going through this, man.

Donna:   All right.

Nathaniel:   You know what I' saying.  Hey, Donna, Donna, Donna, Donna.

Donna:   What.

Nathaniel:   Don't hang up the phone, man.  Look here, man, do you want to be with me when I come home or not, man, just let me know right now, man, huh.  What is it is you seeing somebody else or something to bring this up, huh.  Another dude got to your head that quick.

Donna:   You know better than that.

Nathaniel:   Over what.  One day I just talked to you yesterday and everything was all good, man.

Donna:   Because I was thinking about all that.

Nathaniel:   You know what I'm saying.  Man, you see what I'm saying, man.  Why you - -

Donna:   I was thinking about all that.

Nathaniel:   You know what I'm saying.  You just let the devil take your mind, man.  That's what you do, man.  When I try teach you stuff that's right, man.  You just get drifted off. Why.  Huh.

| | |
|---|---|
| Donna: | Maybe I had a reality check. |
| Nathaniel: | Donna, do you want to be with me when I come home.  Answer this, do you.  Huh. I knew something told me I shouldn't of called, man.  I felt something, man, you know.  Every time, man, when I try, you know what I'm saying, make things right, man, you know what I'm saying man, you, man, you would be the reason, man, my life to get turned around, man, and go right back down again, man. |
| Donna: | Don't blame it on me. |
| Nathaniel: | Yeah, no, you would be the reason, man, you know what I'm saying.  Because just when I thought everything was going good, man, my whole life was about to change around, and the things that I was about to do just to be with you, man, you know what I'm saying. |
| Recording | 60 Seconds left on this call. |
| Nathaniel: | that's what it is, man, you don't want me to do that, man, so we can be together, man. |
| Donna: | That's not it at all.  I want to be absolutely sure about you. |
| Nathaniel: | Donna.  Donna. |
| Donna: | And I can't be. |
| Nathaniel: | Donna.  Donna. |
| Donna: | And I want to be but I can't think - - things don't make sense. |
| Nathaniel: | Donna.  Donna, look, listen here, okay.  I love you all right.  You love me.  Huh. Now, everything just changed all in one day, man.  I'm tired of this shit, man.  I'm fucking tired of this shit, man.  I'm tired of it, man.  All of a fucking sudden, man, you just wait til I come home, man, you know what I'm saying.  I'm about to go back to my old fucking ways, man.  You wait till I come home, man.  You pissed me off now, man. |
| Donna: | Please don't talk like that. |
| Nathaniel: | No, man.  No please don't talk like this, man.  Don't talk to me, man.  I'm gone, man, bye. |

369A

BF1410KP 11/15/2001

This is MCI Worldcom. This call is originating from an Ohio Correctional Institution and maybe recorded or monitored. I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution. If you wish to accept and pay for this call, dial zero, and hold, thank you.

Nathaniel:     Hello.

Donna:     Hello.

Nathaniel:     Hey, hey, sweetheart. Sweetheart.

Donna:     What.

Nathaniel:     Are you there.

Donna:     Hey, honey.

Nathaniel:     Hey, baby look here. I didn't mean that I was gone, I mean out of your life, okay. I mean - -

Donna:     Oh, Nate.

Nathaniel:     - - my time was up on the phone, baby, okay. Please don't don't take it that way, okay.

Donna:     Nate, I have not lived since you said that to me.

Nathaniel:     No, baby. I meant as far as the phone because my time, you know, you know, it said 60 seconds, you know, so, you know, just hang straight up on you, you know. But I let you know, baby, that I love you, Donna. You know, please sweetheart.

Donna:     Nate.

Nathaniel:     Baby, I love you so much honey.

Donna:     Nate, I love you. I can't live without you.

Nathaniel:     All I want to do baby is be in your life, honey.

Donna:     Please.

Nathaniel:     Baby, I'm never goin leave you, Donna. I'm never goin to leave you.

Donna:     I'm sorry I hurt you. I'm sorry I was selfish.

Nathaniel:   I read them letters yesterday, man.  I was so hurt, man, you know what I mean.

Donna:       I'm sorry.

Nathaniel:   Baby, you know what I'm saying.  All I want to - -

Donna:       Honey, you loved it.  See, you're missing the whole point.

Nathaniel:   All I want us to do is - -

Donna:       The point is only one thing.

Nathaniel:   All I want is - -

Donna:       No matter how bad it is, please, don't lie to me.  We can't have - - live on lies.  We have been doing that.

Nathaniel:   Fine.  Sweetheart, look, all I want to do, you know what I'm saying because, okay, you know just as well as I know, you know what I'm saying, is that man, I admitted up to my wrongdoings, okay.  I told you - -

Donna:       I know but - -

Nathaniel:   Wait a minute, let me talk know.  Look.  Let me talk.  I told you, I told you that it wasn't nothing, you know what I'm saying, between us like that.  I never touched that girl, you know what I'm saying.

Donna:       But why did you - -

Nathaniel:   But wait a minute.  Wait a minute, sweetheart.

Donna:       Why did you go there.

Nathaniel:   Huh.  I did not go there.  I didn't never tell you I want to her apartment never.

Donna:       You said it was in a nice neighborhood.

Nathaniel:   Huh.  In Austintown.  Austin town is a nice neighborhood.  Boardman is a nice neighborhood.

Donna:       Okay.  Then, let's not even talk about it ever again.  I threw those things away last night.

Nathaniel:   Okay.  That's all I wanted you to do, you know.

Donna:          And when I got your letters today, I felt awful.

Nathaniel:      Baby.

Donna:          I didn't mean to hurt you honest.  I never want to hurt you.

Nathaniel:      I love you so much.

Donna:          I just don't want to be alone anymore without you.

Nathaniel:      You're not.  You're not.  If you look at it like this, baby - -

Donna:          I can't take it anymore here.

Nathaniel:      After almost two years, you know what I'm saying, You should really realize this, you know what I'm saying, I mean, you know, this can't be no game, you know what I'm saying.  Baby, two years, you know.  What kind of game would love could a person actually play for two years.

Donna:          I know.

Nathaniel:      Don't you think it would be something else, you know what I'm saying, that be tied up in this, you know what I'm saying.  Like some kind of (inaudible) or somethin.

Donna:          Honey.

Nathaniel:      I ain't just goin to be around.

Donna:          Nate.

Nathaniel:      Huh.

Donna:          I have to know a hundred percent in my heart - -

Nathaniel:      Hundred percent.

Donna:          - - that I can trust you with my body, my life, and everything I own.  I want to walk out of the house and leave you there and know you can take care of business.  You can go to the bank.  You can take care of bills.

Nathaniel:      Baby I can.

Donna:          I want to trust you with my life knowing you won't touch another woman and bring me home some fucking disease.  I just - -

| | |
|---|---|
| Nathaniel: | Baby, I would never. |
| Donna: | - - have to be so, you know, so hard for me, I know it's hard for you because you're in there, but I'm in a worse kind of jar because every night when I go home and I can't - - |
| Nathaniel: | I had to go over to medical to get a breathing treatment. Then, I had to go over there this morning. |
| Donna: | Oh, I'm sorry. |
| Nathaniel: | Man, oh man.  My celly kept saying, it's going to be all right.  It's going to be all right.  I'm like, man, she's thinkin, you know, she's thinkin its over, man.  She's telling me, you know, good-bye and good luck, you know what I'm saying. |
| Donna: | I'm sorry. |
| Nathaniel: | Like, man.  I still got two letters that I haven't even read, man.  I'm scared to read them. |
| Donna: | Oh, baby. |
| Nathaniel: | I'm scared man, you know. |
| Donna: | Oh, please forgive me.  I don't mean to aggravate you.  I don't know if I'm coming or going sometimes. |
| Nathaniel: | And then, you know, the part about it, you know, when I started writing last night, I, you know what I'm saying, I mean, my mind was talking bad about, you know what I'm saying, yelling and cursing at you and this.  But you know, I'm over that stage, you know, so I just wrote, you know what I mean, what was on my mind and in my heart, or how I felt about you, you know what I'm saying.  I mean, man, you know what I'm saying, I mean, I don't want to go through this with the woman that I love. |
| Donna: | No. |
| Nathaniel: | Because I'm looking, you know what I'm saying, I mean, every day I'm looking forward to December 9th, you know what I'm saying. |
| Donna: | Me too. Oh, Nate, it is all that I can think about honey. |
| Nathaniel: | You know. |

Donna:        You know that.

Nathaniel:    Me and my baby man.

Donna:        You know that I'm aching to be with you.  If I could just see you or something it would be easier.

Nathaniel:    Baby, don't worry about.  It is almost over honey.

Donna:        No.  It's a long time every day.

Nathaniel:    No, it's not.  Look at her baby, a long time if I still had until March.  You think about March and you think about now, sweetheart.

Donna:        All right.

Nathaniel:    You know.

Donna:        Please tell me you forgive me for aggravating you.  I can't help it honey.

Nathaniel:    I forgive you baby, okay.  I forgive you baby.  You know, I just didn't, you know what I mean, I can't, you know what I'm saying, I mean, I fold being under pressure.  I don't like to be under pressure, you know.

Donna:        When I heard you say good-bye I'm gone I went crazy.

Nathaniel:    No, baby, you see, I mean, it's just because, I mean, these people would of sent me to the hole if I would of started arguing.  If I voice my opinion, you know, it would of escalated to, you know, me raising my temper and my voice, you know, and these people looking right at me on the phone, so I mean, I'm trying to hold all of this inside at the same time and let you know baby that I love you and only you sweetheart, you know what I'm saying.  Because if we don't go ahead, you know what I'm saying, and leave this alone now, man, it is going to hurt us in the long run, you know.  Because it is going to make me feel - -

Donna:        How can I get it out of my mind.

Nathaniel:    Just don't - -

Donna:        Please tell me, I don't ever want to think of it again.

Nathaniel:    Listen, please. Stop, stop, stop.  All right.

Donna:        Please tell me.

| | |
|---|---|
| Nathaniel: | Would you stop and listen first.  Listen here, all you, you know, where my heart is.  You know whom I'm with.  You know who I have been with for 2 years, Donna.  You know what I'm saying. |
| Recording: | This call is originating from an Ohio Correctional Institution and may be recorded or monitored. |
| Nathaniel: | I mean, I could see if you seeing some love lost between us, you know what I'm saying.  Some time lost, you know what I'm saying, or if I was somewhat sliding away from you, then you could say something, but baby, you know what I'm saying, you got me and my heart, you know what I' saying.  There isn't anything to worry about man.  Because I don't sit there and worry about you know the guys that try to come and hit on you, you know what I'm saying.  I don't think in my kind for one minute, well, maybe if she did talk to one of them, I don't think that.  Fuck that.  I know who got you, you know what I'm saying.  I know where your heart at. |
| Donna: | You know. |
| Nathaniel: | Look, you is my heart Donna. |
| Donna: | And you're my heart honey. |
| Nathaniel: | I always told you, you know what I'm saying, we in this till death do us part, you know what I'm saying and I meant that.  I sit there and on my last letter that I told you the same thing, you know what I'm saying. |
| Donna: | Promise. |
| Nathaniel: | Promise baby.  We in this till death do us part.  I'm a prisoner of your love, you know.  I'm telling you baby, I mean, you can have all your money and cars and the house, but just leave your love baby.  That is all I want, you know.  I don't want nothin else but your love.  That is all I want sweetheart. |
| Donna: | You have all my love in me. |
| Nathaniel: | You're my heart. |
| Donna: | You know how much I love you. |
| Nathaniel: | My heart baby. |
| Donna: | I love you. |
| Nathaniel: | I'm coming home. |

| Donna: | Can't you tell in those letters that my heart was breaking. |
|---|---|

Nathaniel:     Then, I seen, you know, you said that you were going to stop writing and then, it was like, I'm going to get mine, you know what I'm saying. You know that mine is going to come to me one day for what I did. Baby, I ain't never said, I ain't never mean, you know, to say nothin to hurt you. You took it the wrong way. I meant that I was gone because my time was up, you know. I was in my room going crazy last night. My dude was like, man, it going to be all right, man. It's goin to be all right, man. Because one of my dudes, the kids I went to school with, you know what I'm saying, he's my roommate and he was talking to me about, you know what I'm saying. He would let me know man, cool man.

Donna:     Nate.

Nathaniel:     Yes, baby.

Donna:     Don't you know how much I love you.

Nathaniel:     That's my baby.

Donna:     Do you think for a minute that I can ever let you go.

Nathaniel:     And I'm like, man, we got all these plans for, man when I come home, man. I'm not coming home to no body man because I'm thinking in my room if she doesn't want to be bothered with me man, you know, it had me thinking you was trying to find a way out maybe because I said - -

Donna:     Why.

Nathaniel:     Listen. Wait a minute I'm about to tell you. Because I was thinking that Saturday when I asked you, I told you about that

Recording:     You have sixty seconds left on this call.

Nathaniel:     - - when I told you about that truck. I'm figuring, well, you know what I'm saying, maybe, you know, she wanted to wait, you know what I'm saying, every time I ask for somethin, you know, somethin come up.

Donna:     Are you out of your fucking mind.

Nathaniel:     What a minute listen here.

Donna:     Oh, how crazy.

Nathaniel:     Then, I was like, maybe she don't want, you know what I'm saying, he got her scared

and she don't want to come to Cleveland to pick me up from the bus station when I come home, you know what I'm saying.  Maybe she got a excuse to get mad at me, you know what I'm saying.

Donna:          Oh, Nate, I'm not a girl or a child.  I'm a woman.

Nathaniel:     I mean, you know - -

Donna:          I don't play games don't you know that.

Nathaniel:     Yeah, baby.

Donna:          I just love you.

Nathaniel:     Okay.  I'm I going to get any mail today.

Donna:          I don't know.

Nathaniel:     Okay.  Hey, sweetheart, my time up, okay.  I love you and I'm going to call you Saturday morning, okay.

Donna:          All right, honey.

Nathaniel:     I love you baby.

Donna:          I love you honey so much.

Nathaniel:     I love you baby.

Donna:          I love you honey.

Nathaniel:     I love you.

Donna:          I love you.

Nathaniel:     Bye baby.



370A

BH141OLE 11/17/01

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and maybe recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial zero, and hold, thank you.

Nathaniel:    Hello there sexy voice.

Donna:        Hi honey.

Nathaniel:    Hey, baby I love that voice.  Oh, man.  Oh you sound so cozy.

Donna:        I just came in to the big bed about five minutes ago waiting for you to call.

Nathaniel:    Oh, I just got out of the shower.  I love you baby.

Donna:        I love you.

Nathaniel:    I love you so much honey.

Donna:        I love you baby.

Nathaniel:    I miss you too.

Donna:        I miss you.

Nathaniel:    I can't wait to hold my baby in my arms man.  I can't wait to hold you Donna.  I mean that.

Donna:        Do you honey.

Nathaniel:    Hey, I mean that.  I want to hold you so bad baby.  I love you so much honey.  I really do, I love you so much.  I mean that honey, I love you so much, Donna.  My heart, that's all I got baby, you know.  You is all I got, you know.

Donna:        My sweetheart.

Nathaniel:    You is everything to me.  My mom, my dad, my sister, my brother, my friend, my lover, you know.

Donna:        I want to be everything.

Nathaniel:    You everything above baby.  Everything.

Donna:        is that what you think about when you lay there at night all alone.

Nathaniel:     All alone.  See, man, I ain't been able to sleep, man.

Donna:         Three weeks honey.

Nathaniel:     Oh, man.  You working tomorrow?

Donna:         No.

Nathaniel:     I know that you'll close Thursday.

Donna:         Yeah.

Nathaniel:     So, I won't be able to talk to you till Saturday again.

Donna:         Well, oh, oh, honey.  You sound wonderful Nate.

Nathaniel:     Man, baby, I miss you so much.

Donna:         I only have a pair of grey satin panties on.

Nathaniel:     Oh, man.  You just wait.  I got your letter the other day.  The one that - - I finally read it the other day.

Donna:         Oh.

Nathaniel:     But you know, it's all right baby, you know.

Donna:         I know honey.

Nathaniel:     It's okay, baby.

Donna:         You'll get my letters from me yesterday and the day before, they'll make up for it.

Nathaniel:     I didn't get nothin yesterday or Thursday.

Donna:         You didn't.

Nathaniel:     No.

Donna:         Oh, you know what, I was waiting to talk to you.

Nathaniel:     Yeah, i figure that.  I was like what, I didn't get no mail Thursday and I'm like, I'll get some Friday though.  Friday came and I'll get something from the Vindicator up under my door.  I'm like, there's no mail and she was like, nope.  Oh, man.  I was crushed again.

Donna:        Oh, Nate.  Don't make me feel worse then I feel.

Nathaniel:    Okay, baby, I'm sorry.

Donna:        I'm sorry.

Nathaniel:    That's okay baby.

Donna:        Just forgive me and let's forget all about it.

Nathaniel:    Okay, then, baby.  That's what I'm talking about.  So, how has everything been goin.

Donna:        Oh, okay.  Just okay.

Nathaniel:    I'll take care of things when I come home, okay.

Donna:        It's really bad, Nate.

Nathaniel:    I'll take care of things all right, I'll promise you that.  I'll promise you that on my heart baby.  Won't be no more of that bullshit.

Donna:        If you only knew, you'd break right out of there.  It's real bad but I keep thinking of you, you know.

Nathaniel:    Okay then.  I read your other letter when you said, um, um, like, um, you ask me if I want to do some of that one thing with you.

Donna:        What.

Nathaniel:    The one stuff that you said is plentiful down at Miami.

Donna:        Oh, yeah.

Nathaniel:    I don't care you know what I'm saying, I mean, fuck it.  I kick it with my baby and get real freaky.  I wrote it on the letter I sent out.

Donna:        Guess what I bought yesterday at lunchtime after I went to the post office.

Nathaniel:    What baby.

Donna:        And I got your letter honey.  I got your (Inaudible)

Nathaniel:    Okay then.  Okay then.

Donna:        And I got you big red gum.  I got your (inaudible).  I'm ready for you and it's three

weeks yet.  I can't wait.

Nathaniel:     Okay then.  You know what I'm saying, when you go and get that other stuff, just um, go down there on (inaudible) and ask for Mike or Tonmo.

Donna:         Mike or who.

Nathaniel:     Tonmo.

Donna:         Tonmo.

Nathaniel:     Yeah.  I put it in my letter that I sent out yesterday though because I don't want you messing around up there in Warren, man, you know.

Donna:         Yeah.

Nathaniel:     Because I don't trust the niggers out there, but if you can't get it, you know, don't worry about it, okay.

Donna:         Okay honey.

Nathaniel:     I love my baby.

Recording:     This call is originating from an Ohio Correctional Institution and may be recorded or monitored.

Donna:         So, what are you doing there, hon, are you all right.

Nathaniel:     Yeah, I'm cool.  I've been working out a lot.

Donna:         Have you.

Nathaniel:     Yeah.

Donna:         Are you strong.

Nathaniel:     Oh, yeah.  Feel strong.

Donna:         Can you hold me down and let me move.

Nathaniel:     And not let you move.

Donna:         An inch.

Nathaniel:     An inch.  I'm taking total control.

| | |
|---|---|
| Donna: | I want you to take me so bad. |
| Nathaniel: | Did you send me some envelopes. |
| Donna: | I think I did, yeah, well, sometimes they're so thick that I can't, you know, I got a couple back a few times. |
| Nathaniel: | Okay. |
| Donna: | Because they needed postage, so. |
| Nathaniel: | baby, that's my baby. Hey, what ever happened to that picture that you said that she took with you with your shirt up. |
| Donna: | Um, I think its in my purse. |
| Nathaniel: | I want that.  Send that to me. |
| Donna: | Why. |
| Nathaniel: | Because I want it.  What you mean, why.  Shit, I want it, okay.  Are you going to send it to me.  Are you goin to send it to me.  Huh. |
| Donna: | Are you going to suck my nipples through my wet t-shirt. |
| Nathaniel: | I'm goin to suck it all. |
| Donna: | I want you to suck my nipples until their sore. |
| Nathaniel: | That t-shirt that short t-shirt and that thong. |
| Donna: | Do you want it to be like a white man t-shirt. |
| Nathaniel: | Somethin like a see through one, yeah.  I want it to be short. |
| Donna: | I know. |
| Nathaniel: | I love you so fucking much Donna. |
| Donna: | Do you for sure. |
| Nathaniel: | Hell yeah.  So fucking much.  You is my everything.  Just look at it.  We goin to wake up fro Christmas together. |
| Donna: | I was just daydreaming about you waking up with you. |

Nathaniel:    In the same bed.

Donna:    So hot from sleeping our bodies.

Nathaniel:    baby, I love you so much honey.  I really do.  Its so wonderful.

Donna:    I can't wait until you roll over to me in the morning.  We've never done that.

Nathaniel:    You goin still pick me up at the bus station up in Cleveland.

Donna:    Well, no.  I was thinking, if I was going to Cleveland, how are you going to get to Cleveland.

Nathaniel:    Well, shit, um,

Donna:    Isn't it better if I come there and get you.

Nathaniel:    But see, you got to be there at eight in the morning.

Donna:    Oh, I can't.

Nathaniel:    I know.  That's why I say just pick me up at the bus station in Cleveland.

Donna:    What time will you be there.

Nathaniel:    I don't know.  I'll call the day the morning I get out, you know what I'm saying.  I'll call you, you know, and tell you what time in Cleveland.

Donna:    Oh, I wanted to come and pick you up there.

Nathaniel:    You can check the schedule yourself to see what time the early morning bus leaves from Elyria to go to Cleveland.

Donna:    Oh, so you'll be going from Elyria to Cleveland.

Nathaniel:    probably so.  Just see when the next, when the bus comes from when it leaves from Elyria where do it go as it travels to Youngstown.

Donna:    All right.

Nathaniel:    Okay.

Donna:    Yeah.

Nathaniel:    I love you so much.

Donna:        I love you honey.

Nathaniel:    Baby.  I'm happy now, man.

Donna:        I'm touching it for you.

Nathaniel:    Are you touching it for you.

Donna:        All right sweetheart.

Nathaniel:    I love you baby.   I'll talk to you



371A

BM1410NS-11-22-02

Recording    This is MCI Worldcom.   This call is originating from an Ohio Correctional
Institution and may be recorded or monitored.  I have a collect call from Nathaniel
Jackson, an inmate at Lorain Correctional Institution.  Thank you.

Nathaniel:    Hey you.

Donna:    Honey

Nathaniel:    Happy Thanksgiving baby

Donna:    Happy Thanksgiving.

Nathaniel:    (laughs)

Donna:    Oh guess what I'm doing right now.

Nathaniel:    What baby

Donna:    Listen.  You hear that noise.

Nathaniel:    Uh huh

Donna:    That's all your letters

Nathaniel:    (laughs)

Donna:    All of them in order.  And I'm sitting here, I'm like one third of the way through
reading every single letter.

Nathaniel:    (laughs) Hey sweetheart, I was reading your letter yesterday.

Donna:    Ah oh.

Nathaniel:    About the (inaudible)   I'm telling you like this, I mean, you know I mean.  Don't,
don't, don't keep worrying about this sweetheart.  You know.

Donna:    I do babe

Nathaniel:    I'm, listen here.  You know because um,

Donna:    I was thinking about it real bad last night.

Nathaniel:    Lookie here, you know what I'm saying, cause I'm going to keep you feeling young.

You know what I'm saying.  I mean, and as you get older, you know I'm gonna get older with you.  You know, I mean, cause, you know I.  It ain't something that I can just, even though if you will be 65 and I'll be 37.  You know what I mean, you can't be just throwing it out the window like that.  You know, Imean because, you know, I mean, time, times create, you know, with things.  I mean if (inaudible) they get deeper sweetheart.  You know I can't just, you know, let that go like that.  You know, so don't, don't, don't keep you know, don't keep on you know, getting it in your heart like that, you know cause I'm gonna keep you feeling young.  You know, and if I have to get old with you, well then there it is.  You know, that's the way it's gonna be.  Ok.

Donna:       Ok.

Nathaniel:   All right then.

Donna:       How are you?

Nathaniel:   Cool, sweetheart.  Hey, um, my dude was telling me man, about this spot up on Market Street, the Wagon Wheel.

Donna:       The what?

Nathaniel:   The Wagon Wheel

Donna:       What is it?

Nathaniel:   The Wagon Wheel

Donna:       What is it?

Nathaniel:   It's a hotel.

Donna:       Oh.

Nathaniel:   It's um, he said they got $100.00 jacuzzi.  They got um, it's, they got the TV's with the VCR's.  The um, they got the big king size bed with the mirrors up over it.  And um, you got a couch in there, you got a build in cassette player with big jacuzzi with the mirrors around the jacuzzi.  Shower.  Yeah, he said it's love man.  It's said it's love man, for a hundred bucks, man.

Donna:       (laughs)

Nathaniel:   Man, what you think.

Donna:       I think you deserve it.

Nathaniel:   Man, I want it.  I'll tell you man, he was kicking' it man, you know and he was like man, he was like man, got, it's the jacuzzi, jacuzzi with the mirrors around the jacuzzi.  Then the bed got the mirror up over the bed and shit,

Donna:   You told me that already (laughs).

Nathaniel:   (laughs)

Donna:   You always repeat yourself when your excited, do you know that.

Nathaniel:   Yeah I know.

Donna:   So it's what the Wagon Wheel on Market Street?

Nathaniel:   Yeah, yeah he said like, if I was you, a week before you know, I come home, just make reservations.  He said you might have to go put a deposit down.  Because a lot of people make reservations.

Donna:   I found a place that has a heart shaped jacuzzi but that sounds better.

Nathaniel:   Yeah, this one sounds better (laughs).  Hey you might have to put a deposit down, cause he said a lot of people call you know, and um, they call for rooms you know, but they don't never come in, you know, then they had and somebody else wanted it and they put them on hold.  But the next person don't ever come in.

Donna:   Oh.

Nathaniel:   Yeah, um.

Donna:   Nate.

Nathaniel:   Huh.

Donna:   Have you been getting my mail?

Nathaniel:   Yeah.  Yeah.

Donna:   You get it every day?

Nathaniel:   I got your letters yesterday that you probably thought I was gonna get Friday saying that you know, he was working in Youngstown.

Donna:   Oh, good.

Nathaniel:   Oh.  Yeah and um

Donna:       That was fast.

Nathaniel:   Yeah, and um, yeah I talked to the Sergeant yesterday.  Hey, which, which um, what's the soonest, what's earliest you can leave?

Donna:       I don't know.  I don't know.  I just don't want to face another confrontation.  I mean I would come up Saturday night to be there Sunday morning if it was up to me.

Nathaniel:   Yeah.  Well like, I mean, were,

Donna:       Are you getting out for sure early Sunday morning?

Nathaniel:   Yeah, I mean, what time you think?

Donna:       I don't know but you can't take the bus, did you see the schedule?

Nathaniel:   Yeah.  I'm saying cause um, you know I mean, I can wait here.  You know what I'm saying.

Donna:       That's what I was thinking.  I would be happy to come there.

Nathaniel:   Yeah.  You know, I mean, cause they said, the Sergeant told me as long as you coming for sure, you know, I mean, they would keep me here.

Donna:       Un huh.  Well.  I don't want to see you spending 6 hours going to the bus and waiting for the bus and I still have to drive all the way to Cleveland.  You know what I'm saying.

Nathaniel:   Yeah.  Yeah, that's what, that's what I was saying.  You know, cause he said, he said I could stay here, you know what I'm saying, until my ride get here, just as long as my ride is coming for sure.  And I said yeah, my ride is coming, you know.  Yeah.  Um, but then I seen in your letter where you was like, you know, where I'm going, where am I gonna go when I get out.  You know what I'm saying, the next day after.  You know what I told you I wanted to do right?

Donna:       I'm afraid Nate.

Nathaniel:   What you, man.

Donna:       I can't afford to lose you.

Nathaniel:   And I, listen, listen here.

Donna:       I can not lose you.  Like I will kill myself.

| | |
|---|---|
| Nathaniel: | Man, look.  See man. |
| Donna: | If you go away from me again, |
| Nathaniel: | Just forget about it man, you know what I'm saying, cause man I mean, when a person, man, know what he's doing, man, you know what I'm saying, that's like jinxing, man.  You know what I'm saying, I know what I was doing, man. You know what I'm saying. |
| Donna: | But what was the story with the trunk and handcuffs, that's too involved. |
| Nathaniel: | Just, just, just leave it alone, alright. |
| Donna: | It's too much involved. Your gonna leave hair, your gonna leave prints, your gonna, |
| Nathaniel: | Leave it alone, man.  Leave it alone, alright. |
| Donna: | Oh |
| Nathaniel: | You know what I'm saying. |
| Donna: | Alright. |
| Nathaniel: | Come on man.  This ain't Perry Mason man. |
| Donna: | I don't want to know anything about it ever. |
| Nathaniel: | Just leave it alone, alright. |
| Donna: | I don't want anybody to be in pain. |
| Nathaniel: | Leave it alone, I said.  Just forget about it, man. |
| Donna: | Alright.  All I know is one thing. |
| Nathaniel: | So how, so how you feeling today? |
| Donna: | I'm feeling full of love. |
| Nathaniel: | Did you send my picture out? |
| Donna: | No. |
| Nathaniel: | I know. |

Recoding:    This call is originating from an Ohio Correctional Institution and may be recorded
             or monitored.

Donna:       (Laughs)

Nathaniel:   So when you gonna send my picture out.

Donna:       It's not a nice picture of me honey.

Nathaniel:   Why.

Donna:       I don't know.  I look,

Nathaniel:   Send it to me.

Donna:       I look funny.

Nathaniel:   Send it to me.  So I take it your gonna send it out tomorrow, right.

Donna:       (laughs)

Nathaniel:   Alright?  Right.

Donna:       Are you my master and am I your slave, what is this.

Nathaniel:   (laughs) Your gonna send it out tomorrow right?

Donna:       No.

Nathaniel:   You are.

Donna:       No.

Nathaniel:   Or you must gonna send it out tonight then.

Donna:       Right.

Nathaniel:   Ok (laughs)

Donna:       (laughs)

Nathaniel:   Hey um, yeah I wrote in a letter for you to call, my roommate man, wants you to  call
             his girl for him.  She stays in Columbus.  But you can use one of them calling  cards
             to call her.

| | |
|---|---|
| Donna: | Ok.  You have the number. |
| Nathaniel: | No.  You should get the letter tomorrow. |
| Donna: | Oh. |
| Nathaniel: | Yeah, you should get the letter tomorrow, you know what I'm saying. |
| Donna: | Ok. |
| Nathaniel: | My roommate, you know what I'm saying, that's my dude from Youngstown.  We went to school together. |
| Donna: | Oh. |
| Nathaniel: | And like she ain't even writing him, you know.  And he wanted to know if she left him or is she got another dude or what, you know. |
| Donna: | She's not writing to him. |
| Nathaniel: | No, she ain't wrote him nothing.  He, you know, tell her he said to send him some money too.  You know, cause he's all messed up down here, you know.  I've been, I've been helping him out as much as I could, you know. |
| Donna: | Yeah. |
| Nathaniel: | Yeah.  You should get the, you'll get the letter tomorrow and call like around  about 5:00 or after.  He said just call until you get in touch with her. |
| Donna: | Alright I will. |
| Nathaniel: | Ok. Yeah.  Everything, his name, it's all on the letter. |
| Donna: | Alright. |
| Nathaniel: | Yeah, you should get it tomorrow. |
| Donna: | Hey |
| Nathaniel: | Yes baby. |
| Donna: | You didn't tell me yet. |
| Nathaniel: | I love you. |

| | |
|---|---|
| Donna: | (laughs) |
| Nathaniel: | (laughs) I love you so much. |
| Donna: | Do you. |
| Nathaniel: | So much, so much, so much. So much, man, man, man. Can't wait until that date come man. |
| Donna: | What are you gonna do. |
| Nathaniel: | So much, ooh. |
| Donna: | How are we gonna stand a whole hours drive back here. |
| Nathaniel: | That's alright. We'll make it. We can make it. Yeah man, just like man, like um, see about what time you think you will be able to leave? |
| Donna: | I don't know. I guess if I don't care what happens I can leave anything but, |
| Nathaniel: | See I like to know so I can tell them approximately what time you will come |
| Donna: | Un huh |
| Nathaniel: | You know what I'm saying. So they won't try to make me go get on the bus. |
| Donna: | How long does it take to get there? |
| Nathaniel: | Probably about an hour and half. |
| Donna: | Un huh |
| Nathaniel: | You know. |
| Donna: | I'm looking for the map now as I'm reading your letters. The directions, remember you sent. |
| Nathaniel: | Yeah. |
| Recording: | You have 60 |
| Donna: | Oh no. Can you call me again? |
| Nathaniel: | No. |

Donna:        Please let them.

Nathaniel:    I can't man, not until Saturday.

Donna:        Oh honey.

Nathaniel:    Until Saturday.  Just look for those directions, you know what I'm saying.

Donna:        I have your letters all here, I'm reading every one.

Nathaniel:    Ok, and then, I'll you know I'll call Saturday morning, you know and then you  will
              let me know.

Donna:        Hey

Nathaniel:    Huh

Donna:        Let me give that thing a little kiss.

Nathaniel:    Ok then.

Donna:        (kiss sound)

Nathaniel:    (kiss sound) And yeah then let me know what his girl say too when I call you
              Saturday.

Donna:        Ok.

Nathaniel:    I love you so much baby.

Donna:        I love you Nate.

Nathaniel:    I miss you.

Donna:        Are you my man?

Nathaniel:    I'm your everything.

Donna:        You are.

Nathaniel:    Yes I am.

Donna:        You are my everything.

Nathaniel:    I love you Donna.

| | |
|---|---|
| Donna: | I love you. |
| Nathaniel: | So much, man |
| Donna: | So much. |
| Nathaniel: | (kiss sound) |
| Donna: | (kiss sound) I can't wait to kiss you. |
| Nathaniel: | Ok then.  Do more than kiss you. |
| Donna: | I'm living to kiss you. |
| Nathaniel: | I love you. |

CALL ENDS



B0151049 - 11-24-01                                                                      372A

Recording:     This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution
and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain
Correctional Institution.  If you wish to.  Thank you.


Nathaniel:     Hey you

Donna:         Hey honey

Nathaniel:     What's going on?

Donna:         Oh honey.

Nathaniel:     Hey (laughs)

Donna:         I love you.

Nathaniel:     I love you too baby

Donna:         I'm writing to you right now.

Nathaniel:     Yes.

Donna:         But I don't think I'm going to send this letter out.

Nathaniel:     Why?

Donna:         I don't think your gonna want to hear this.

Nathaniel:     What baby.  What's now honey?

Donna:         Honey, why can't I have a normal life.  Why does shit happen to me?

Nathaniel:     What's wrong.

Donna:         Just because I'm nice and friendly doesn't mean I should be fucked over does it?

Nathaniel:     What happened?

Donna:         Do I have to be a fuckin' bitch.

Nathaniel:     What happened baby

Donna:       Well, you know that big guy that I, first of all, I was only mentioned how strong that guy was because I couldn't budge.  He had me one inch from his face holding me like a fucking grizzly bear.  I could hardly turn my face away from his face. And he was like talking for like about 3 or 4 minutes.

Nathaniel:   See I've been trying to tell you sweetheart.

Donna:       But listen to this.  Ok.  That bastard came in here and took my fucking deposit envelope with $320.00 and all $150.00 worth of my phone cards that were stacked here that I just got.

Nathaniel:   How did he,

Donna:       What I mess.  I was in the back office for like, a half, not a half a minute, ten seconds I walked in the back, he was gone, the money's gone, the cards are gone. And then the son of bitch, fucking mother fucker calls me.  And you know what he said, he said I made him do it, because he couldn't stand to hear about Nate this and Nate that, and he wanted to be Nate.  Then you know what he said,

Nathaniel:   What?

Donna:       I'm gonna make him do something real bad.

Nathaniel:   See I'm telling you man, oh my goodness, man.  See what kind of people man, you know what I'm saying, your trying to be nice, man.

Donna:       Nate, he would come here after work all the time and stand there for a half hour and talk to me like a homeless person.

Nathaniel:   Why don't you never call the police man?

Donna:       Huh.

Nathaniel:   Why didn't you, why didn't you never call the police man?

Donna:       Well, in my letter I say, I almost called the police but then I thought that this was definitely not the time to get involved with police and guns.  Now, oh, why I said guns is, because that son of a bitch always parked in the back, you know.  And he knew what my, everybody knows what my car is, I think that's the son of bitch that went in my fucking car and took the (?) and the fucking gun.

Nathaniel:   Man, man look,

| Donna: | I know it was him Nate.  I know it was him.  I know it was him.  Nobody got vandalized.  Nobody goes in the cars.  Nobody parks back there but the people who work here and him. |
|---|---|
| Nathaniel: | Man, why don't you call and report him man. |
| Donna: | Huh. |
| Nathaniel: | Call and report this cat man.  For real. Did you call and report the guns stolen? |
| Donna: | No. |
| Nathaniel: | Man you better man.  Because if something happens man, somebody shoots somebody with that gun, man, it's coming back on you.  Is it in your name, is it registered? |
| Donna: | Yes. |
| Nathaniel: | Ok then, it's coming back on you, man.  Call and report it.  Whatever he do, it's your case. |
| Donna: | You know I have been sitting here, my pressure must be a 1,0000 over 500.  I am so fucking infuriated.  What if it was him that took my gun. |
| Nathaniel: | Man, it probably |
| Donna: | I have a big loon-a-tick with a 38 of mine. |
| Nathaniel: | Man, call the police man. |
| Donna: | You know what, I think that guy would rape me, honest to God. |
| Nathaniel: | Call |
| Donna: | He, he, know that I heard how he's talking and what does he mean, I'm gonna make him do something bad.  What does that mean?  What does that mean honey.  What does that mean. |
| Nathaniel: | Man, I don't know man.  You know what I'm saying, you see what kind of people you get involved with around, especially when you start thinking he nice, man.  You get to telling people everything, man.  You can't do that Donna. |
| Donna: | I know. |

Nathaniel:    People take advantage of that, man you know what I'm saying.  I mean because they find a weakness in you, man you know.

Donna:    I know, I know, I'm just nice and friendly to everybody.  I can't help it.  I'm learning but why is it so fucking hard!

Nathaniel:    Man, because you, you've got to make yourself do it man.

Donna:    I'm going to have to be a fucking bitch right.

Nathaniel:    Got to.

Donna:    Because of some people being rotten, I have to be a bitch my life, huh.  My hands are ice cold and almost numb here, I'm so fucked up.

Nathaniel:    Call and report that gun man.  Man, call and report this cat, man.  You don't even know his whole name do you? You don't,

Donna:    Yes, and you know what, I know what kind of a place he works at and I just looked everyone of those kinds in the phone book and I'm going there Monday.

Nathaniel:    No, don't go

Donna:    Because I want my fucking gun back

Nathaniel:    Don't go there

Donna:    Because I was gonna give you that gun for your car and it was the nicest one and you took it out and looked at it a lot and you love it.  And that's why I'm so fucking mad.  You think I give a shit about money and guns.

Nathaniel:    Call the police and report it, ok.  Hello, you hear me?

Donna:    Yes.

Nathaniel:    Call the police and report it man, because if he do something with that gun, man, you are going to get in trouble, man.  Call them when you get off the phone with me, man.  Tell then somebody came in and stole it.  Tell them you know who it is man.

Donna:    Oh no.

Nathaniel:    Tell them he took your money.  Huh

Donna:    No

Nathaniel:   What do you mean no, man.  What do you mean no.  Huh.  See that's your problem man.

Donna:       What is Robert gonna say then?

Nathaniel:   So, what, I mean, what you just gonna, I mean.  Oh my goodness

Donna:       No, I'm gonna go find him Monday morning.  I already wrote that in my letter.

Nathaniel:   Don't, don't even do, don't even do.  Look, just wait until I come home, please.

Donna:       No, I'm going Monday.  I'm gonna find his, that bastard.

Nathaniel:   So, so you gonna, you gonna, you know have me here scared, worrying about you now. Can't do it, man.

Donna:       No, I don't want you to worry about me sweetheart.  I'll be ok.  I'm gonna go to where he works.  I'm gonna tell him I want the fucking gun back.  Keep the phone cards, keep the money, I want the fucking gun.  And I'm gonna have my phone in my hand, I've been thinking about this for about a half hour now.  And I'm gonna tell him I'm gonna call the fucking police.

Recording:   This phone call is originating from an Ohio Correctional Institution and may be recorded or monitored.

Donna:       I'm gonna just tell him I'm.  And you know what, where he works will they tell me who his probation officer is?

Nathaniel:   Is he on probation?

Donna:       Yeah.  That's how he knew so much about prison.

Nathaniel:   Who is this

Donna:       That's why he was telling me all that shit honey.

Nathaniel:   The cat that you say use to be a football player.

Donna:       No.

Nathaniel:   Who is this cat then?

Donna:       He's one of the guys, I'm not telling you his name, I already told you his name in one letter.  I'm not telling you who he is because he's a piece of shit and your not getting in trouble because of him.

Nathaniel:     Who is he man

Donna:         No.

Nathaniel:     Where he from?

Donna:         no

Nathaniel:     Huh?  Where he from, man?

Donna:         Warren

Nathaniel:     What is his name, man?

Donna:         No.

Nathaniel:     So you ain't tell me about this cat all this time?

Donna:         What?

Nathaniel:     Who is he then?

Donna:         I told you, I told you about him.  He's one of the guys I talk to.

Nathaniel:     Who is he?

Donna:         No

Nathaniel:     I'm gonna ask you one more time Donna, who is he?

Donna:         I love you sweetheart.

Nathaniel:     Who is he.

Donna:         Nate, why does somebody do that to me?

Nathaniel:     Donna, who is he?

Donna:         Nate.

Nathaniel:     Donna.

Donna:         Why would somebody rob me?   And he knew I knew it was him!  Is that too
               fucking crazy, is he crazy?

Nathaniel:     Man,

Donna:         I mean, I was here, he took it and he left and then he called me.

Nathaniel:     Man, look

Donna:         And he said I made him do it.  Oh, my God.  No, I can't talk about this anymore, no.  I'm getting, No.  I'm gonna have a fucking stroke here.

Nathaniel:     Call the police man.  Call the police man.  I told you, some things man, you've got to ahead, you know what I'm saying, and take a different level, man.

Donna:         Ok, if he doesn't give me my gun back Monday, I'm calling the police right in front of him.  In front of his employer.

Nathaniel:     Look man.  Make sure you take, man, take the other one with you, man, when you go in there on

Donna:         No, I'm not having any guns on me.  No way.  No.

Nathaniel:     Where he work at, where he work at.

Donna:         No

Nathaniel:     Where he work at?

Donna:         He works at one of five different places that were listed in the yellow pages because he told me what kind of place he works at,

Nathaniel:     What is it?

Donna:         And I'm sure as hell not telling you.

Nathaniel:     What is it, man?

Donna:         No.  I'm gonna find him.  I'm gonna find him Monday.  I'm gonna get up real early and I'm gonna go find this asshole.  I've only got five places to call and go to and I'm gonna find him.

Nathaniel:     Do you know his first and last name?

Donna:         Un-huh.  I do.  Of course I do.  He stood here for a half hour, three times a week at least talking to me about everything.  We talked about everything.

Nathaniel:     See that's your problem man.  That's your problem, man.  You know, that's your

|            | problem man.  You know what I'm saying.  You sit there and talk to everybody. |
|------------|---------------------------------------------------------------------------|
| Donna:     | I not anymore.  I'm learning the hard way, ok. |
| Nathaniel: | You know what I'm, |
| Donna:     | And I can't be like you immediately honey. |
| Nathaniel: | Why can't you trust me for what I say.  Tell you, you know what I'm saying, then to learn the hard way.  Huh. |
| Donna:     | I don't know honey. |
| Nathaniel: | You know what I'm saying because, |
| Donna:     | It's hard to change the way you are naturally. |
| Nathaniel: | You can't trust, |
| Donna:     | It's hard honey. |
| Nathaniel: | You can't trust my judgement man. |
| Donna:     | It's like if I asked you to act like me.  How could you. |
| Nathaniel: | No |
| Donna:     | Without some practice. |
| Nathaniel: | Look |
| Donna:     | You have to help me.  You have to protect me. |
| Nathaniel: | Baby |
| Donna:     | I need you bad |
| Nathaniel: | The phone about to hang up, ok.  He working tomorrow? |
| Donna:     | No |
| Nathaniel: | He ain't?  Ok, I'll call you Thursday after, |
| Donna:     | Wait a minute, wait a minute, what time can you call tomorrow? |

Nathaniel:    I'm gonna try and call in the morning, if not, it's gonna be in the afternoon.

Donna:    Call in the afternoon, I'll leave the house and put it, forward it to the cell phone.

Nathaniel:    (inaudible)

Donna:    What time?

Nathaniel:    I don't know, after 2

Donna:    Ok.

Nathaniel:    Alright.  I love you baby.

Donna:    I love you Nate.  I love you.  Please come home!

Nathaniel:    I am baby.

Donna:    Oh my God.

Nathaniel:    (inaudible) ok.

CALL ENDS



BO1210DV - 11-24-02                                              373A

Recording:      This is MCI Worldcom.   This call is originating from an Ohio Correctional
                Institution and may be recorded or monitored.  I have a collect call from Nathaniel
                Jackson. An inmate at Lorain Correctional Institution. If you wish to accept and pay
                for this call dial 0 and hold, to refuse.  Thank you.


Nathaniel:      Hey

Donna:          Hey

Nathaniel:      What's going on.

Donna:          I'm playing this song (inaudible)

Nathaniel:      Huh?  Ok then. (Laughs)

Donna:          (laughs) I've been waiting for you (inaudible)

Nathaniel:      I know, I was in the kitchen, working in the kitchen.

Donna:          Oh honey, I

Nathaniel:      Hey

Donna:          I've been writing you for like one hour here (inaudible)

Nathaniel:      (laughs)

Donna:          I just wrote, wait a minute, I'm waiting for your, where is it.  Ok, 9:34, ok your  not
                calling (laughs)

Nathaniel:      (laughs) yeah

Donna:          Listen, before I forget, ok.

Nathaniel:      Un-huh

Donna:          I love you, I love you, I love you.

Nathaniel:      I love you too baby, so much.

Donna:          I called (?) three times last night.  I got her mom twice and some man, I don't  know

if it was the Dad or what, once.  And she wasn't there and I called at 8:30  this morning and I got her voice mail message but you tell Sutton I just wrote that.  But I promise to keep trying until I reach her.

Nathaniel:    Ok.  Alright.

Donna:        I mean it.  I will

Nathaniel:    Ok.

Donna:        How are you, how are you?

Nathaniel:    Doing cool baby.  I just came, I was working over in the kitchen.

Donna:        Oh.

Nathaniel:    Yeah, you know, trying

Donna:        Your always doing something

Nathaniel:    Yeah, trying to keep out of this cell, man.

Donna:        (laughs) Oh I was so happy when I got your letter yesterday.

Nathaniel:    (laughs)

Donna:        It was wonderful honey.

Nathaniel:    Oh baby.

Donna:        You never said all those nice things to me.

Nathaniel:    My baby.

Donna:        And I was so happy to hear that your like doing stuff and out of that cell.

Nathaniel:    Yeah, yeah I was going to the kitchen this morning.  So I can get up out of the  cell, man.  I went to the kitchen about 6 this morning.

Donna:        Really.

Nathaniel:    Yeah.  About 6 this morning.

Donna:        And you do community service and you get out a few hours?

Nathaniel:    I do community service, I do community service Monday through Friday from um 8:30 to 10:30, from 8:30

Donna:        I know.  I read it in your letter.

Nathaniel:    Yeah.

Donna:        So, you miss me.

Nathaniel:    I miss you so much, baby.

Donna:        Oh Nate.

Nathaniel:    My honey's so (inaudible)

Donna:        I love you.

Nathaniel:    I can't wait until my baby come and get me, man.

Donna:        Oh you know what honey?

Nathaniel:    What baby.

Donna:        I was writing to you last night, um, I think, I went to the AAA to get a map but I think the best thing is really just for me to come and get you right there.

Nathaniel:    Yeah.

Donna:        Really.  I think it's the only thing.

Nathaniel:    Yeah.

Donna:        But I don't know what like time I could get there. You know what I'm saying.

Nathaniel:    Yeah.

Donna:        I'll do my very best to plan a little bit and then like just before I'll call, you'll call and I'll let you know.  Ok.

Nathaniel:    Well see look, I'm gonna call you that Saturday, that following, that Saturday before I come home.  You know what I'm saying.

Donna:        Un huh.  Ok.

Nathaniel:    Then maybe you can let me, maybe hopefully you'll know by then.

Donna:      I will for sure.

Nathaniel:  Ok then.  Yeah, you'll let me know what time, you know, you'll be able to leave.

Donna:      I was trying to figure out, I have a niece up in Cleveland, I was trying to figure out if I could say I'm going there Saturday night and stay there.  I could pick you up real early Sunday, we'll have a whole day.  You know, that would be nice.  Hey are there any motels around there?

Nathaniel:  I don't know.

Donna:      There must be for like when people come to visit or something.      T

Nathaniel:  There should, yeah.  I think, I think it is.  It's in Grafton, Ohio though.

Donna:      I know.

Nathaniel:  Ok.  It should, it should be though, baby.

Donna:      (laughs)

Nathaniel:  It should be yeah.  I know they got motels around here yeah.

Donna:      Talk to me.

Nathaniel:  I love you.

Donna:      I want to hear your voice.

Nathaniel:  I love my baby so much.  So much, I miss you baby.

Donna:      Oh

Nathaniel:  I miss you so much honey

Donna:      (laughs)

Nathaniel:  Oh man I miss you.  I miss my baby so much.  Yeah, I've been thinking about you so much.

Donna:      Oh, your all I think about.

Nathaniel:  So much baby.

Donna:      I can't wait to make love to you.

| | |
|---|---|
| Nathaniel: | Man, we gonna, we gonna, we gonna really talk when I come home, ok. |
| Donna: | Ok |
| Nathaniel: | Especially about our, that situation, man.  You know. |
| Donna: | Yeah |
| Nathaniel: | I mean, it just, you know, you get too nervous at times, that's all the deal is |
| Donna: | Yeah I know, it part of my nature |
| Nathaniel: | And then you said DNA, the only way they can do a DNA is if they got the other, the person's, you know what I'm saying.  If they got the person and the hair cause they can't just take no hair and say this is such and such hair.  You know what I'm saying. There's never, there's never, and then again, you know what I'm saying, the laws that we got in the State of Ohio and the laws from everywhere else, you know what I'm saying, I mean they way different.  You know what I'm saying, so shit in Ohio, you know I'm saying, it's just a lost cause, you know what I'm saying. |
| Donna: | Really |
| Nathaniel: | Hell yeah.  We'll, we'll talk about it when I come home Donna.  Ok, I don't want to talk about it over the phone. |
| Donna: | Alright |
| Nathaniel: | Yeah, and um I seen you say in your letter that somebody went in the car, and took that, |
| Donna: | Oh (inaudible) |
| Nathaniel: | I mean, you don't lock the doors baby? |
| Donna: | I thought I always did. |
| Nathaniel: | Damn.  You got to be more careful sweetheart, to put, to lock the doors and put the alarm on there. |
| Donna: | I know. |
| Nathaniel: | That's alright. |
| Donna: | Sometimes I got out and get stuff but that's not the worst part, there's something else missing too. |

| | |
|---|---|
| Nathaniel: | What? |
| Donna: | I don't want to tell you. |
| Nathaniel: | Tell me please. |
| Donna: | No. |
| Nathaniel: | Please tell me. |
| Donna: | The gun |
| Nathaniel: | Get the fuck out of here. |
| Donna: | No I'm not kidding. I am so fucked up, I wasn't even going to tell you. |
| Nathaniel: | Get the fuck out of here. |
| Donna: | It's a big 38. |
| Nathaniel: | The big one. |
| Donna: | Yeah. I had, I had both of them in there. That little one you know, and that, and for some reason I took the little one and put it in the bedroom by me because I heard a noise one night and got scared. |
| Nathaniel: | Yeah |
| Donna: | Or they would have both been gone. |
| Nathaniel: | So you still got two of them don't you? |
| Donna: | Yes |
| Nathaniel: | Ok.  Baby, please be careful. |
| Donna: | Oh, honey please don't be mad at me. |
| Nathaniel: | No, I'm not mad at you baby, I just want you to be careful ok. |
| Donna: | I try. |
| Recording: | This call is originating from an Ohio Correctional Institution and may be recorded or monitored. |

Nathaniel:   I just want you to be careful honey.

Donna:   I try honey

Nathaniel:   For real man.

Donna:   It's just that I just haven't been the same this time Nate.  Since I first got your call that you are back there on the 3rd of September, I just lost it honey.  I really, really lost it.

Nathaniel:   Oh baby

Donna:   I just couldn't take it anymore.  I didn't want you to leave me.

Nathaniel:   Oh baby I won't leave you no more.

Donna:   And I have just been fucked up Nate, really.

Nathaniel:   I know.  I won't leave you no more.

Donna:   And I'm trying to, you know, go about what I have to do and take care of things  but it's not easy you know.

Nathaniel:   I won't leave you no more.

Donna:   Oh please Nate.

Nathaniel:   Promise you baby.

Donna:   Oh God.  Please if you see a car you want to steal, tell me, I'll buy it for you.

Nathaniel:   Oh baby.

Donna:   If you see a shirt, I'll buy it, anything, please, please.

Nathaniel:   Ok baby, don't get yourself, you know, too excited, ok.

Donna:   But that stuff's always on my mind.  You know, that's why,

Nathaniel:   I told you, all, all I wanted, the only thing that's on my mind now, man, is taking care of that situation.  So I won't got to be out there like that, man.  You know what I'm saying, that's the only thing that scares me, man, knowing that I got to  be out there in that street life man, you know.

Donna:   Oh no.

Nathaniel: When I know I can just come home, you know what I'm saying, and be with you.
Donna: I know.

Nathaniel: And then you look at it man.  Ain't, and don't nobody know I'm coming home on the 9th, you know what I'm saying.  Ok, I do that, you know what I'm saying, and like um, I stay at a hotel or something, you know what I'm saying.

Donna: Uh huh

Nathaniel: Um, I mean out the way for a couple more weeks, you know what I'm saying.

Donna: Yeah.

Nathaniel: Can't, who's to say is me.  Don't nobody, everybody knows I'm locked up.

Donna: Un huh

Nathaniel: See what I'm saying

Donna: Uh huh

Nathaniel: That's what,

Donna: What if somebody sees you?

Nathaniel: Sweetheart, we, we are, that's where you come, your always coming with the what if's.

Donna: No, what if somebody sees you.  No, no I mean in town after you get out.

Nathaniel: How else are they going to see me?

Donna: Oh.

Nathaniel: After the 9th, you know what I'm saying, I get out, I'm going to be with you, you know what I'm saying.  I next day, you know what I'm saying, I mean, that's when it's gonna to go down, you know what I mean.  And then, you know what I mean, after that then I'm going to the hotel.  You know what I'm saying.

Donna: And you have to know a thousand percent,

Nathaniel: Yeah, we'll talk about it ok.

Donna: That you can trust me with your life and my life.  Because it's my life too you know.

Nathaniel:    We'll talk about it ok.

Donna:        Ok.

Nathaniel:    When I come back home, you know what I'm saying, I don't want to talk about it over the phone.

Donna:        So tell me what's going on?  (Laughs)

Nathaniel:    I (inaudible) so much

Donna:        Oh honey, oh I wish I could hug you now so bad.

Nathaniel:    I miss you so much/

Donna:        Oh man, it's already starting that I can't sleep laying there thinking about you all night.

Nathaniel:    (laughs)

Donna:        Looking at me, (inaudible)

Recording:    You have 60 (inaudible) on this call

Donna:        Oh.

Nathaniel:    Shit.  You send my picture out?

Donna:        No, I couldn't find it.

Nathaniel:    Huh.

Donna:        I think I must have thrown it away with the negative so you wouldn't find it.

Nathaniel:    Oh

Donna:        I found one other one in my purse but it was a dumb one.  I'm sorry, I don't know.  I got your picture back here with me again.

Nathaniel:    Ok then.  Well, I'm gonna call, I'm gonna call.  I'll call you Thursday, sometime Thursday afternoon when they let us out, ok.

Donna:        Alright honey.

Nathaniel:    I love you so much baby.

| | |
|---|---|
| Donna: | Please love me forever. |
| Nathaniel: | Forever baby.  Please be careful.  Ok. |
| Donna: | I think I have to be careful, I'm getting a little scared of some people around here Nate, I am. |
| Nathaniel: | Ok, please just be careful until I come home, ok. |
| Donna: | I will honey. |
| Nathaniel: | Protect you baby, I promise you that. |
| Donna: | Will you? |
| Nathaniel: | Yes I will baby, I love you. |
| Donna: | Oh my, you're my wonderful man. |
| Nathaniel: | I love you so much. |

TAPE ENDS



374A

BP1210F8 11-25-01

| | |
|---|---|
| Recording: | This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial 0 and hold.  Thank you. |
| Nathaniel: | Hello. |
| Donna: | Hi. |
| Nathaniel: | Hey.  Hey, who answered the phone? |
| Donna: | Me |
| Nathaniel: | Huh? |
| Donna: | Me |
| Nathaniel: | The first time. |
| Donna: | Me. |
| Nathaniel: | Huh? |
| Donna: | Me |
| Nathaniel: | Why you, I mean you sound like a dude's (inaudible) |
| Donna: | Huh? |
| Nathaniel: | It sounded, it was hello. |
| Donna: | Because I, I was pretending it was my mother. |
| Nathaniel: | Oh. |
| Donna: | He's here. |
| Nathaniel: | Huh? |
| Donna: | He's here and I was pretending it was my mother. |

1

Nathaniel:     Oh, ok.  How you doing?  You alright?

Donna:         Yeah, I'm in the laundry room hiding. (laughs)

Nathaniel:     Man, I hope you be alright.  Hey do you know what man,

Donna:         What?

Nathaniel:     Take the police with you when you go man.

Donna:         Huh-un (no)

Nathaniel:     Please man.

Donna:         I want my gun back

Nathaniel:     Take, look man, do you actually think that he just going to say yeah he got your  gun.
               Come on use your head man.  You know what I'm saying.  I've been in the  game too
               long sweetheart.  You think he's going to take your gun just to give it  back to you.
               Come on now, use your head, man.  Take the police with you man.   You hear me?

Donna:         Yes.  How are you?

Nathaniel:     I'm alright.

Donna:         (laughs)

Nathaniel:     Please take the police with you.

Donna:         Don't worry about it, ok.

Nathaniel:     Man I, man I got to.  Man, I'm in here worried sickly man.

Donna:         Don't worry honey, it will be alright.

Nathaniel:     Man.

Donna:         (laughs) Don't you worry.  Hey you even know what today is?

Nathaniel:     Huh?

Donna:         You know what today is?

2

Nathaniel:     Do I know what today is?

Donna:         Monday

Nathaniel:     Yeah.

Donna:         (laughs)

Nathaniel:     Man, I'm in here worried man.  Why did you, why did you even come out behind that desk man.  And knowing that man, he grabbed you the first time, and why would you even come over behind the door and you leave the door open.

Donna:         I didn't open the door.

Nathaniel:     Well then how did he get in there?

Donna:         He wasn't in there.  He reached right through the cage on the desk.

Nathaniel:     Huh.  He's that skinny, his hands that skinny?

Donna:         Huh?

Nathaniel:     His hands that skinny?

Donna:         No I had it right there on a notebook by where the books are for the um, Greyhound numbers.

Nathaniel:     I mean why would you,

Donna:         Because I trust everybody.  I'm a fool.

Nathaniel:     Man, but I told you in the first place man, you know what I'm saying, there was all a game, man.  That he was out trying, you know, to get what he could get.

Donna:         And you were right.

Nathaniel:     You know what I'm saying.  Who was it?  Huh.  Who was it?

Donna:         Are we gonna waste another phone call on that asshole?  Or are we gonna talk about us?

Nathaniel:     Man, cause I'm gonna find out who it was man.   Is it that, is it that cat with that Lincoln?

3

Donna:      No

Nathaniel:  Huh?

Donna:      Huh-un (no)

Nathaniel:  Who is this other cat then?   Man, I want to know, man.

Donna:      (laughs)

Nathaniel:  Man, he, man.

Donna:      (laughs) Your so cute.

Nathaniel:  Look take the police with you, man.

Donna:      Alright

Nathaniel:  You gonna do that?

Donna:      No

Nathaniel:  Why?

Donna:      Because I want my fucking gun back.

Nathaniel:  Man, why.  How you gonna get your fucking gun just going in.  You think he's just going to actually admit to it, man.  Huh?  Don't you think he's going to try something else man.  If you don't take care of this the right way man.  Huh?

Donna:      Please don't worry about it honey.

Nathaniel:  What you mean please don't worry about it man, it's my thing to do.

Donna:      (laughs) Look in two weeks you'll be in charge and you can take care of me and protect me from this fucked up awful world, ok.  But right now you need to concentrate on taking care of yourself.

Nathaniel:  No man, I got to concentrate on both of us man.

Donna:      Please sweetheart.

Nathaniel:  Man look just, man look.  How you know if that's even, he even gave you, you know

4

what I'm saying, that was a real work place for him.  See what I'm saying.

Donna: Uh-huh (yes).

Nathaniel: So, if not that man, you going to call the police and let them know about the gun?

Donna: Uh-huh (yes)

Nathaniel: Man you better man.  I mean it.

Donna: I don't even know the serial number now.  I, I was looking for the list, I can't find it.

Nathaniel: But they should have it on file.  You got,

Donna: (inaudible)

Nathaniel: Huh?

Donna: In Florida?

Nathaniel: Well tell, let them know it's been registered in Florida man.  You know what I'm saying.  Give them this cat's name man.  Tell them that he, man look here man,  now you know, I mean, look.  I was even writing on my letter man, don't even  worry about the you know, cause I ain't sent the letter for a few things that I  wanted you to get man.  You know what I'm saying.  Like, you know,

Donna: What?

Nathaniel: Soap and toothpaste and shit for when we go to the hotel, man.

Donna: I already got all that.

Nathaniel: Oh, cause I was going to tell you don't worry about it because I know you got to make up for that shit that happened.  You know what I'm saying?

Donna: I got you and me toothbrushes too.  A red one (laughs)

Nathaniel: I know you got to make up for you know what I'm saying, that shit that, you  know, that little loss you took.

Donna: Yeah I got to figure out how to get, um that replaced.

5

Nathaniel:    I know man, see that's what bugged me up too man. I'm mad, you know what I'm saying, cause he's taking from us man.

Donna:        And you know what?

Nathaniel:    What?

Donna:        Some of that was yours from me.  I saved like a hundred to give you so you would have money in your pocket.  That's what I'm really pissed about.

Nathaniel:    See what I'm saying man.  See man.  Man that's what I'm talking about man. You know what I'm saying.  That's fucked man.  That's,

Donna:        That son of a bitch.  Oh boy, is he gonna get it tomorrow.  Look out cause I'm coming.  Right where he works.

Nathaniel:    Man, take the police with you man.

Donna:        Hey are you excited?

Nathaniel:    Yeah man

Donna:        (laughs)

Nathaniel:    I'm pissed off about what happened man.  Write me immediately man.  You know and let me know what's happening (inaudible).  You hear me.

Donna:        I will honey.

Nathaniel:    I'm serious man.  Now we probably can't get even get that room man.

Donna:        Why not?

Nathaniel:    Huh?

Donna:        Why not.

Nathaniel:    I don't know.  Just, look.  Make, make.

Donna:        You know I would do what ever I have to do.

Nathaniel:    Make reservations like, the next following week.

6

| | |
|---|---|
| Recording: | This call is originating from an Ohio Correctional Institution and may be recorded or monitored. |
| Nathaniel: | The week that I come home, before like that Monday.  You know what I'm  saying, not this Monday coming up but the next Monday, call and make reservations, you know what I'm saying.  For the room |
| Donna: | I already wrote, I called them already.  I just have to stop in and give a deposit. |
| Nathaniel: | The Wagon Wheel? |
| Donna: | Un-huh (yes) |
| Nathaniel: | On Market Street. |
| Donna: | Yes sir. |
| Nathaniel: | Ok. |
| Donna: | It's already called and taken care of (laughs). |
| Nathaniel: | Ok then.  I love you so much baby, I just want you to be alright. |
| Donna: | I know honey. |
| Nathaniel: | You know I love you so much, man. |
| Donna: | I think I do. |
| Nathaniel: | Well, you know what I'm saying man., I just want us, I want us to get out, I want  us to leave Youngstown, man. |
| Donna: | Yeah.  Me too. |
| Nathaniel: | (inaudible) Could we do that? |
| Donna: | Un-huh (yes) |
| Nathaniel: | I'm serious man. |
| Donna: | Yep. |
| Nathaniel: | Promise? |

7

| | |
|---|---|
| Donna: | As soon as possible. |
| Nathaniel: | Ok then.  That's what I'm saying man.  You know what I'm saying, don't be,  don't be, don't be sitting there opening yourself up man, to nobody. |
| Donna: | Never, never |
| Nathaniel: | You know what I'm saying |
| Donna: | Never |
| Nathaniel: | Anybody come in there, you know what I'm saying, it's about, if you ain't buying no ticket you got to go.  You know what I'm saying.  If they call, hang up the  phone. You know what I'm saying, if it ain't about business, |
| Donna: | I've already learned the hard way, thank you. |
| Nathaniel: | You know what I'm saying, I mean and as far as, you know what I'm saying, I mean, inmates that come from the joint, you ain't got, if you want to know  anything about the joint.  You wait until I come home.  You ask me.  That's all  you got to do.  You ain't got to sit there you know, I mean, be friendly to everybody man.  You know what I'm saying. |
| Donna: | I know |
| Nathaniel: | Because, |
| Donna: | It's never gonna happen again. |
| Nathaniel: | See look, you there by yourself and everything.  They prey on the weak, man.   You know what I'm saying. |
| Donna: | I know. |
| Nathaniel: | That's, that's the you know, I don't even like that anyway and as far as parking the car around the back, I don't like that either, man. |
| Donna: | I know |
| Nathaniel: | I don't know why don't you park in the front man.  Bump what he said man, you know what I'm saying.  If the car get hit man, insurance will pay for it.  Shit.  Bump what he talking about man.  We talking about your safety.  You know what  I'm saying. |

8

Donna:       Un-huh, I'm scared to go out back now.

Nathaniel:   Don't even park back there.

Donna:       I have to really.

Nathaniel:   Why?

Donna:       Well cause the baker gets business all day and we're not suppose to really park  out
             front.  But I go like 4:30 now.  I use to go at 5.  But I get it up around 4:30  because
             the baker's gone and it's ok.

Nathaniel:   I don't know why you ain't saying nothing when this cat first did it, man.  You  know
             what I'm saying.  That way man, see what I'm saying, you let stuff ride so  long man.
             Then, you know what I'm saying, I mean people would figure they  could get shit off
             again like that man.  You know what I'm saying.

Donna:       I know.

Nathaniel:   I mean you let this mother fucker run out with $450 dollars man.

Donna:       I know.

Nathaniel:   You know what I'm saying.  But you always say you know man, but when I tell  you
             to do something you don't want to do it man.

Donna:       I will.  I promise.  I'm sorry.

Nathaniel:   You should have,

Donna:       I'll listen, your right.

Nathaniel:   You should,

Donna:       Your right.

Nathaniel:   You,

Recording:   You have 60 seconds on this call

Nathaniel:   You should have called the police right then, man.  You know what I'm saying.
             Don't, don't ever give your enemy chance to come back man.  Never, man.

9

| | |
|---|---|
| Donna: | Ok.  You teach me honey. |
| Nathaniel: | I'm serious baby. |
| Donna: | If I, I've never been exposed to this before, this element.  You know, I don't know |
| Nathaniel: | Ok. |
| Donna: | An innocent victim, you know. |
| Nathaniel: | Ok.  Well look, you write me and let me know what's going on tomorrow ok. |
| Donna: | Alright |
| Nathaniel: | I'm gonna call you Thursday, sometime Thursday afternoon, alright? |
| Donna: | Alright. |
| Nathaniel: | I love you baby. |
| Donna: | I love you. |
| Nathaniel: | Please be safe, ok. |
| Donna: | I will sweetheart.  Don't you go worrying.  It will be ok. |
| Nathaniel: | Ok baby.  Be safe, ok. |
| Donna: | (laughs) Ok. |
| Nathaniel: | I love you so much honey. |
| Donna: | Do you? |
| Nathaniel: | I love you so much. |
| Donna: | For real. |
| Nathaniel: | For real. |
| Donna: | You don't tell anybody else that I hope. |
| Nathaniel: | I love my baby.  No I don't tell nobody else because it ain't nobody. |



375A

BT1410QU -11-29-01

| | |
|---|---|
| Recording: | This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for this call, dial 0 and hold.  Thank you. |
| Nathaniel: | Hey you. |
| Donna: | Hello sweetheart |
| Nathaniel: | Hi baby. |
| Donna: | How are you honey? |
| Nathaniel: | Doing good, how are you doing? |
| Donna: | Nine days honey. |
| Nathaniel: | Yes, I miss you so much, baby. |
| Donna: | Nate, I love you honey. |
| Nathaniel: | Love you so much baby. |
| Donna: | I love you and I need you. |
| Nathaniel: | I know baby. |
| Donna: | I need you so much now honey. |
| Nathaniel: | I know baby.  What's goin' on? |
| Donna: | Did you get my letter from Tuesday? |
| Nathaniel: | Um, I got, you had one, you had a part I and a part II.  I seen one, I got one, I got  one from Tuesday that had 2 on there circled and I got one from Monday.  Yeah.  Only part, only part in the letter I read, you said that you went down to the police  station, you had to wait, um, you took a number and you was going down the next  day. |
| Donna: | Uh-huh |
| Nathaniel: | That the only letter I got.  What happened? |
| Donna: | There were like four people there ahead of me and he didn't charge anybody with |

|  |  |  |
|---|---|---|
|  | | everything they told him.  They, he comes, reads your thing and comes right out and does it in        public, you know, it awful. |
| Nathaniel: | | Yeah. |
| Donna: | | And then he got to mine, he read it and he came out and he says he charging him with fifth degree felony.  Looked him up, he came up on the computer and his ass is in big trouble now.  So you didn't get my other Tuesday letter, how it said that he called Robert. |
| Nathaniel: | | Un-huh (no) |
| Donna: | | Yeah he called Robert at, when he was at Greyhound. |
| Nathaniel: | | Yeah. |
| Donna: | | Told him about you and me, everything he knew that I told him for two months. |
| Nathaniel: | | What? |
| Donna: | | Un-huh.  Yep. |
| Nathaniel: | | See that what I'm saying sweetheart |
| Donna: | | I know honey, I'm a fuck-up person.  I am sorry.  I wrote you a letter Tuesday night.  I was just about ready to give up Nate. |
| Nathaniel: | | Don't baby. |
| Donna: | | I mean it. |
| Nathaniel: | | Don't sweetheart. |
| Donna: | | I was ready to just give up because now, |
| Nathaniel: | | I mean |
| Donna: | | What's gonna happen if he hears anything happened to Robert, huh.  What's he gonna do.  You think he's gonna leave us alone? |
| Nathaniel: | | Huh? |
| Donna: | | You think he's not gonna put two and two together. |
| Nathaniel: | | I mean but how's he gonna know I'm out though. |

Donna:        Oh

Nathaniel:    See what I'm saying.

Donna:        But don't you think he's gonna think it's a little curious or

Nathaniel:    I mean but still, what can, where is he to say sweetheart. I mean, you know what I'm saying.  What is he to say, man that's what you fail to realize.

Donna:        You know what, I was so down Tuesday because Robert called me.  He wasn't coming home, he's staying in a motel now sometimes.  I'm not getting any more money and he's ready to just change the locks on the house now and he's.  All he does is say go suck some nigger's dick, why don't you get out you nigger lover.  He even told him that I sent you money.  That was the worst part he could of told  him.

Nathaniel:    See man, you should have, man you should have, I mean,

Donna:        He told him that I went to visit you in prison.  Everything, everything he knew, he,

Nathaniel:    Wait a minute, did you, did you tell him that um, that he snatched the money.  See that's what I'm saying, man, you know what I'm saying.  I mean you leave out  stuff that you know what I'm saying, to cover up your tail

Donna:        I have to.

Nathaniel:    You know what I'm saying, I mean why didn't you tell him he came in and  snatched the money?

Donna:        I did.  I had to.  I had to.

Nathaniel:    See man, dang man.

Donna:        I'm sorry honey.  I've a learned a lesson the hard expensive way.

Nathaniel:    Yeah because experience is the best teacher, you know what I'm saying, I mean,

Donna:        And you know what, it was a very expensive lesson but let me tell you something like there were two persons there yesterday,

Nathaniel:    Yeah

Donna:        They started to try to talk, a black guy and a white guy.  In fact, the white guy  went to the drug store to get a camera, he wanted to take my picture with him.  Do  you believe that shit.  I don't even talk to them anymore.  I don't even look at them when they come by the cage.

| | |
|---|---|
| Nathaniel: | So was, |
| Donna: | I look up and I pretend, I put the TV real loud and I ignore them.  They are  standing there and I ignore them, honest. |
| Nathaniel: | So is you still gonna be able to come pick me up? |
| Donna: | Hell yeah.  What, why not now. |
| Nathaniel: | Ok them.  Hey, so um, hey did you ever get in touch with Sutton's girl? |
| Donna: | Oh yes.  Guess when, my third call last night. |
| Nathaniel: | Ok. |
| Donna: | And here's what, I, I, you know what, I told her I said I don't know what to say to you so I'm just gonna read my boyfriend's letter.  So it was wonderful, I read  your letter, it says he doesn't know what happened, does she still care, you know  what I'm saying I read that. |
| Nathaniel: | Yeah. |
| Donna: | So when I was done she said "oh, I sent him a letter, maybe he never got it."  And I'm thinking, one letter she sent. |
| Nathaniel: | Yeah |
| Donna: | One, she sent him one.  Don't tell him that.  Don't make him feel bad. |
| Nathaniel: | Alright but I'm saying, she |
| Donna: | But just tell him she did write, don't say once. |
| Nathaniel: | Ok |
| Donna: | Just say she did write, she but she said she's gonna write again.  And everything  ok and she's waiting for him. |
| Nathaniel: | Ok. |
| Donna: | She sounded like a nice girl. |
| Nathaniel: | But um, God I meant to tell you that he needed to tell her, he wanted her to send  him some money. |

| | |
|---|---|
| Donna: | Oh |
| Nathaniel: | But um. Hey yeah, you asked me did I need anything else out of my bag. Yeah  get them um, my blue jean shoes. My blue jean shoes and um, |
| Donna: | What about your jeans? |
| Nathaniel: | Huh? |
| Donna: | Your jeans. |
| Nathaniel: | What color jeans? |
| Donna: | Jeans, you know, blue jeans. |
| Nathaniel: | I mean, I had, the blue ones? |
| Donna: | There's only one pair in there honey. |
| Nathaniel: | What color? |
| Donna: | blue jeans. |
| Nathaniel: | Blue no I don't want them.  Just get, get my um, get that, that, my blue jean shoes and I should have a yellow baseball cap in there.  And um, |
| Donna: | I don't think I saw a baseball cap hun, |
| Nathaniel: | Alright well don't worry about it.  What about, what about that yellow shirt that I bought from Footlocker with the blue around it.  Do I got a yellow and blue shirt  in there? |
| Donna: | No |
| Nathaniel: | I don't. |
| Donna: | No.  There's nothing nice left. |
| Nathaniel: | Just, just get my um, just get them blue jean shoes then. |
| Donna: | Ok. |
| Nathaniel: | That's all and bring them.  Yeah um, so I hope man you be able to come up next Saturday night, man. |

Donna:        Me too.

Nathaniel:    Just tell him you want, your cousin wants you, um,

Donna:        Honey,

Nathaniel:    What?

Donna:        What do you mean tell him?

Nathaniel:    Huh.

(Recording in background)

Donna:        What, there's nothing else that I have to tell him ever again Nate.

Nathaniel:    Ok.

Donna:        I mean, he is a crazy man now.  He beat the fuckin' shit out of me.  You should  see me.  I wrote in my letter, if you saw me you would kill him with your bare  hands. I got two good punches in though.  I punched him.  I had to and then I kept  bending down into a little ball so he wouldn't hit my face but he got me.

Nathaniel:    Does your face look bad?

Donna:        How does a woman look with a black eye?  Good or bad?

Nathaniel:    Oh man.

Donna:        I'm wearing fucking sunglasses in the winter here.  People think I'm out of my mind.

Nathaniel:    Un,un,un.

Donna:        I broke a middle, oh never mind.

Nathaniel:    Where you at now?

Donna:        Home.

Nathaniel:    Home.

Donna:        Un-huh

Nathaniel:    I can't wait til I get out man.

Donna:       And when we were tussling there, Fluffy just jumped in on it because he was like a mad man.  You should have seen his face, he went crazy.  It was scary and Fluffy jumped up bit my leg.

Nathaniel:   So did um, did that cat really work there?

Donna:       Yeah.

Nathaniel:   He worked there?

Donna:       Uh-huh (yes)

Nathaniel:   When you went down,

Donna:       I went Monday first thing

Nathaniel:   Was he there?

Donna:       Um, he was out doing something.  I was outside when he came back.

Nathaniel:   Why didn't you take the police with you man, he could have been got then.  We wouldn't had to go through that man.  I told you man, see there you go again.

Donna:       No, no, no.  I called the police.
Nathaniel:   Why didn't you take them with you?

Donna:       No, I called the police.  He went in there to work, honey listen.  He went in there, I called the police, they don't come for that.  It's crazy.  They didn't come.  It was a city police, this police, that police.  I kept calling, nobody came.

Nathaniel:   You should have told the police, man, the dude robbed you, you know what I'm saying, you need the police down there immediately.  You should have called 911.

Donna:       I did.

Nathaniel:   Told them where you was at.

Donna:       I did sweetheart.  I did.  I waited outside for an hour.  I kept calling, they kept giving me, oh that's a Warren City Police, oh that's the county, oh that's Bazetta.  I said ok.  I left there.

Nathaniel:   So what they, what did they charging him with?

Donna:       A fifth degree felony theft.  And then when the prosecutor saw his name come up off the computer of previous things, he said he's gonna get him.  I said do you think I'll

ever get my gun back?   He said probably not.

Nathaniel:     I told you that man.  See man, I just wish you would just listen to me.

Donna:         I know honey, please don't be mad at me.  You know I don't think like you.  I'm not smart like that with you.

Nathaniel:     If you listen to me, if you listen to me

Donna:         Yes

Nathaniel:     If you listen to me, you won't have to,

Donna:         I will honey.

Nathaniel:     You know what I'm saying

Donna:         I've been doing everything you've said.

Nathaniel:     Ok.  Ok, well look, I get on Saturday morning, I've got to get off now.  I'm gonna call you sometime Saturday morning, ok.

Donna:         Alright honey.

Nathaniel:     Ok baby.

Donna:         Don't hang up yet, wait.

Nathaniel:     I love you sweetheart.  I love you so much baby.

Donna:         I love you honey.

Nathaniel:     I miss you too. I'm coming home to you baby.  Ok.

Donna:         Oh yes, say it again.

Nathaniel:     I'm coming home to you, I'm coming home to stay too ok.  I love you baby.

Donna:         Oh Nate, I love you my sweet darling.

Nathaniel:     I love you so much honey.

Donna:         You're my whole life Nate.

Nathaniel:     I'm always be there for you baby.  I mean that.

Donna:          Ok.

Nathaniel:      That's a promise too, ok.

Donna:          You know what?

Nathaniel:      What baby.

Donna:          From now on I'm just gonna believe you and trust you and get all the bad things  out
                of my mind.

Nathaniel:      Ok baby.  I love you.

Donna:          (kiss sound)

Nathaniel:      (kiss sound) I love you so much.
CALL ENDS



376A

C115106 - 12-01-01

Recording:       This is MCI Worldcom.  This call is originating from an Ohio Correctional
                 Institution and may be recorded or monitored.  I have a collect call from Nathaniel
                 Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay
                 for.  Thank you.

Nathaniel:       Hello.

Donna:           Hello

Nathaniel:       Hey.  What's going on?  Are you there?

Donna:           Yeah, I'm here.

Nathaniel:       What's wrong?  He there?

Donna:           Un huh

Nathaniel:       Oh man.

Donna:           No, he's not here, I'm at work.

Nathaniel:       Oh ok.  How you doing?

Donna:           How am I doing?

Nathaniel:       How you doing?

Donna:           Oh great.

Nathaniel:       Ok then.

Donna:           Yeah real great, real fuckin' great.

Nathaniel:       What's wrong baby?

Donna:           Do you believe in miracles baby?

Nathaniel:       What's wrong?

Donna:           Do you believe in miracles?

Nathaniel:       I mean like what?

Donna:        I had a miracle happen to me Thursday.

Nathaniel:    What?

Donna:        Yeah, God saved me right at the last fuckin' minute.

Nathaniel:    What happened baby?

Donna:        Uh huh.

Nathaniel:    What happened?

Donna:        Oh, I went running around like a dancing dog in the circus for you again, getting all your shit.

Nathaniel:    Oh come on man.

Donna:        And I came home and I got your sneakers out and guess what I found?

Nathaniel:    What?

Donna:        A girl's name and a girl's phone number.

Nathaniel:    Oh

Donna:        Guess what I found when I looked some more.  Guess what I found.  Five.  Five of them.  Five of them.

Nathaniel:    Man come on.

Donna:        Sarah and her number and Terri and her number,

Nathaniel:    Who?

Donna:        Nicki and her number, then Lindsey.  From the fuckin' baseball game you went to.  She wrote her name and number on your program.  What the fuck are you doing to me?

Nathaniel:    Man come on man.

Donna:        What are you, some kind of a phony con-artist?

Nathaniel:    Look, look..

Donna:        What is your fuckin' problem.

Nathaniel:     Please stop this ok.

Donna:         What are you doing?

Nathaniel:     Look please stop this.

Donna:         What are you doing? What are you gonna do to me.  What are you ripping my fucking heart out here.

Nathaniel:     Donna.  Donna.

Donna:         Why don't you put a fucking bullet in my brain ok.

Nathaniel:     Please stop it alright.  Please.

Donna:         Stop it.

Nathaniel:     Donna, please.

Donna:         Every fucking time you got out of the  (?)  you got fuckin' girl's names and phone numbers.

Nathaniel:     Donna, Donna.  Donna look, Donna alright.

Donna:         You got names and numbers?

Nathaniel:     Donna, listen here, alright.   Please.

Donna:         Girl's name and numbers.

Nathaniel:     How you, man, I mean.  Look here Donna.

Donna:         Names and phone numbers. Five of them.

Nathaniel:     Donna listen here.

Donna:         Sarah and Terri and Nicki and Lindsay.

Nathaniel:     These people looking at, alright, I mean you know what I'm saying, I'm gonna get in trouble, man.  Listen here, would you listen to me?

Donna:         What the fuck are you doing to me Nate?

Nathaniel:     Fuckin', man look here.

Donna:        And I even gave you permission to do that to Robert, to be with you forever.

Nathaniel:    Donna, Donna

Donna:        To be with you forever.  What were you going to do to me?

Nathaniel:    Would you fuckin' let me talk, man.

Donna:        What were you going to do to me?

Nathaniel:    Donna, hey I'm

Donna:        Were you gonna let me (?) at home.

Nathaniel:    I'm about to get off the phone man.

Donna:        What were you going to do Nate?

Nathaniel:    Look here man, I'm already sick as hell man right here

Donna:        Let me something.

Nathaniel:    Look

Donna:        Your sick, your sick.

Nathaniel:    Man, I love you man.

Donna:        You don't love me, you liar.

Nathaniel:    What do you mean I don't love you, man.

Donna:        Using me like a fucking asshole.  What am I?  I'm stupid old white woman again
              huh.

Nathaniel:    Looky here man.

Donna:        A stupid old white woman huh.

Nathaniel:    Ok, see, see there you go again.  Man look,

Donna:        What were you going to do Nate?  What were you going to do?

Nathaniel:    Just forget about it please ok.  Look,

Donna:      What were you going to do, let me sit at home and rot while you went out with a bitch every night.

Nathaniel:  I'm going to lay down ok.

Donna:      What were you going to do huh?

Nathaniel:  lay down ok.

Donna:      And I let you fuck me without a condom and I'll probably get aids from you.  You probably fuck everybody you meet.

Nathaniel:  Donna, Donna.  Donna look here.  Donna

Donna:      Five.  Explain that.  Explain me five names and numbers.

Nathaniel:  Look man I'm gonna get off the phone cause these people looking at me.

            (Inaudible)

Donna:      Explain me five names and numbers.

Nathaniel:  Donna fine, if you won't shut the fuck up and let me talk man, I'm gonna (inaudible)

Donna:      Explain me five names and numbers

Nathaniel:  (inaudible)  - both taking at once.

Donna:      Five.

Nathaniel:  (inaudible) - both taking at once.

Donna:      Five, five.

Nathaniel:  Donna, those,

Donna:      Sarah and Terri and Lindsay and Nicki

Nathaniel:  Who is.  Man look here man, them wasn't my mother fuckin'.  Man I told you  man, a lot of my shit man got packed up man from everybody elses shit in there,  man.

Donna:      No, it's yours.  Don't you lie to me again.

Nathaniel:  Ok then man, ok then.

Donna:      Don't you lie.  There's no lying now, it's not one, it's not two, it's for an  apartment.

Nathaniel:   Ok, look, look.  Listen here.   Listen here man, look, ok.  Man, I'm,  I'm

Donna:      Every fuckin' time you left there you got a girl's name and number Nate.

Nathaniel:   What the fuck are you talking about man.

Donna:      While you were telling me you loved me, while I was letting you fuck me.

Nathaniel:   Donna, Donna, I do,

Donna:      While I was running around in circles to come and get you and make you happy.
             Your lucky I can't scream cause there are customers here.

Nathaniel:   Donna I do fucking love you man.

Donna:      Oh my God.

Nathaniel:   Please stop that man, you know where my heart at man.

Donna:      Oh you liar, you phony.

Nathaniel:   You know where my heart at man.

Donna:      You're a fucking con-artist, you were, you gonna use me until when, when?

Nathaniel:   You know where my fucking heart at.

Donna:      When, when were you gonna quit?

Nathaniel:   (inaudible)

Donna:      When were you gonna quit getting names and numbers Nate.

Nathaniel:   Messed up. Hey look, look man.

Donna:      Ok, you tell me about Sarah.  Who is Sarah?

Nathaniel:   I don't know no fuckin'

Donna:      Why do you have two phone numbers for Terri, cell phone and a house phone?
             Who's Nicki?  Who's Nicki?

Nathaniel:   Man listen here I'm,

Donna:      And on your statistic sheet from the fucking baseball game Lindsay wrote her number for you.

Nathaniel:  Man look, call the fucking numbers.  Would you call them fucking numbers alright.

Donna:      For what?

Nathaniel:  Call them fucking numbers man.  I don't know what the fuck you talking, I (inaudible)

Donna:      There your number you liar.

Nathaniel:  You mother fucker, call them and ask them do they know me, man.  Look here man, look.  Alright just, just,

Donna:      Five Nate.  Not one or two or three.

Nathaniel:  Well why don't you call the fucking numbers (inaudible - both talking)

Donna:      Every kind of piece of paper, everything you had you wrote on names and numbers.  Girls, girls, girls.

Nathaniel:  Look, look, let me tell you man.  Look let me tell you.

Donna:      Girls not one man's name.

Nathaniel:  Let me tell you this you stupid mother fucker, why don't you call the numbers then.  Call them fuckin' number then and ask them about me.  Mother fucker.  If you think I'm mother fucking' lying.  What the fuck wrong with you man.

Donna:      What are you doing with five girls names and numbers?

Nathaniel:  What the fuck did I just tell you man?  Didn't I just tell you man, that answers every fucking there right there.  Call them mother fucking numbers.

Donna:      Why?

Nathaniel:  Call them fucking numbers man.

Donna:      So I can hear how charming you were when gave you name and number.

Nathaniel:  Call them then asshole.

Donna:      Why?

Nathaniel:     Man, look, look.  Hey man it's almost time for me to get off this phone man.

Donna:         Do you know what you have done to me?

Nathaniel:     Man,

Donna:         You have ripped out my fucking heart and your stepping all over it.

Nathaniel:     So what are you saying man.

Donna:         What were you gonna do Nate?

Nathaniel:     (inaudible)

Donna:         Were you just gonna use, what were you gonna do just say I'm going out with my dudes and go fuck somebody every night?

Nathaniel:     Look.  Look

Donna:         Five.

Recording:     This call is originating from an Ohio Correctional Institution and may be recorded or monitored.

Donna:         Five.

Nathaniel:     Look just,

Donna:         Your right I am stupid.  You are so fucking right.

Nathaniel:     Look, look.  Donna, Donna, Donna listen here.  Ok, is you listening to me.  Is  you listening to me?  Well look I'm gone then man.  I'm getting off the phone  man. Cause you, you know what I'm saying, you don't want to listen,

Donna:         You tell me why,

Nathaniel:     Donna,

Donna:         You had five names and numbers.

Nathaniel:     Man look

Donna:         Five

Nathaniel:     Donna

Donna:      Written on everything.  Tissues, cardboard,

Nathaniel:  Donna I'll see you the day after I get out ok.

Donna:      Sheets from your baseball game even

Nathaniel:  (inaudible)

Donna:      Lindsay, Lindsay.

Nathaniel:  I see you (inaudible)

Donna:      Who's Lindsay?

Nathaniel:  Look.

Donna:      Who's Lindsay from the baseball game?  Why did she write her number?

Nathaniel:  Say one more thing about a girl, I'm hanging this phone up right now.

Donna:      No just tell me.

Nathaniel:  I will see you the day after I get out, to come

Donna:      Cause you don't have a, cause you don't have a  reason, do you?

Nathaniel:  Look, I asked you, I just told you right.  Mother fucker you know who I've been in love with for two mother fucking years.

Donna:      Oh yeah and every fucking time you left the CCA you got a name and number of some another girl.

Nathaniel:  That's bull shit man.

Donna:      For what?

Nathaniel:  Donna.

Donna:      We know for what.

Nathaniel:  Donna look.  This is going to be my last call ok.

Donna:      Why didn't you shoot me Nate?

Nathaniel:  This is going to be my last call.

Donna:        What don't you just come and fucking put a bullet though my head.

Nathaniel:    Coming home to love you.

Donna:        You don't love me you liar.

Nathaniel:    What do you mean I don't love you man.  What the fuck you,

Donna:        All that love you, I love you, I need you.

Nathaniel:    What the fuck you thinking this is a mother fucking (inaudible),

Donna:        You think I'm gonna let you have a herd of bitches, huh.

Nathaniel:    Huh, Do you think this a mother fucking (inaudible)

Donna:        Is that what you think?  You think I'm gonna put up with bitch number one, do you?
              Are you out of your fucking mind?

Nathaniel:    Look, do you (inaudible)

Donna:        Are you out of your mind?

Nathaniel:    Man, look man, (inaudible)

Donna:        Do you know about diseases and shit.

Nathaniel:    Man look here man, I fucking (inaudible)

Donna:        Do you?

Nathaniel:    See there you go man.  You, see, alright look, (inaudible)

Donna:        Five.  Not one, not two, not three.

Nathaniel:    I can't wait man, I can't wait man.  Seven days man, I just can't wait till I get out.

Donna:        Yeah and I was all ready for it too.  I got a whole ounce of killer shit for you.  Yeah,
              un-huh.  A whole ounce.

Nathaniel:    So you come and get me right?

Donna:        You let, let's see,

Nathaniel:    So,

Donna:        You let Sarah come and get you,

Nathaniel:    Ok then bye,

Donna:        You let Terri get you a place to live,

Nathaniel:    Bye, bye.

Donna:        You let Nicki suck your dick.

Nathaniel:    Bye

Donna:        And you let Lindsay cook for you, how's that.

Nathaniel:    Bye bitch.  Yeah, I got something for your ass.

Donna:        I hope it's a bullet through my brain.

Nathaniel:    No.  Ok then.

Donna:        Because you have caused me so much pain and misery/

Nathaniel:    I'm gonna make you suffer.

Donna:        You already have.

Nathaniel:    Ok then.  Well that ain't it then now.

Donna:        You already have.

Nathaniel:    Answer my question, is you coming to get me?

Donna:        You have made me suffer more than anybody in my whole life.

Nathaniel:    Is you coming.  Donna, is you coming to get me?  Answer this question.

Donna:        How could you do this?

Nathaniel:    I got 60 seconds, I'm asking you a question, is you coming to get me?

Donna:        You tell me how you could do this to me.

Nathaniel:    Just answer my question.

Donna:        Why don't you let Nicki or Lindsay or Terri or Sarah come?  Huh?

Nathaniel:   I'm gonna ask you one more time Donna and I'm hanging up the phone.  Is you coming to get me?

Donna:   Why don't you let one of them come and get you.

Nathaniel:   Donna, Donna.

Donna:   What do you want me for?  To laugh at me some more, huh?

Nathaniel:   You won't come and get me?  Huh.

Donna:   The joke on a stupid old white woman huh.

Nathaniel:   Donna, I'm gonna ask you one more time,

Donna:   I'm real funny huh.

Nathaniel:   I'm gonna ask you one more time and I swear (inaudible),

Donna:   Yeah I believe anything, your right.

Nathaniel:   Is you coming to get me?

Donna:   I believe anything.

Nathaniel:   Is you coming to get me huh?

Donna:   Your so right.  I am a stupid old white woman

Nathaniel:   Is you coming to get me Donna?

Donna:   I will believe anything, you said that you loved me.

Nathaniel:   Donna, look, well I love you, alright.  Is you coming to get me?  You know the phone is about to hang up, is you coming to get me?

Donna:   Even that you love me.

CALL ENDS



377A

C21201-12-02-01

Recording:  This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for the.  Thank you.

Nathaniel:  Hello.

Donna:  Hi Nate.

Nathaniel:  Hi Donna.  Donna baby, I love you so much honey.

Donna:  I love you Nate.

Nathaniel:  Donna listen here ok.  Tell you something,

Donna:  I didn't even get out of bed Nate.

Nathaniel:  What's wrong?

Donna:  I'm just broken honey.

Nathaniel:  Huh.

Donna:  I'm broken.

Nathaniel:  What you mean?  Donna listen here, let me tell this, ok.  Can I, why do you accuse me, I mean, you accuse me of fucking every, every, I mean every female,

Donna:  Why do you get,

Nathaniel:  Wait a minute,

Donna:  name and numbers honey?

Nathaniel:  Just would you look man, would you listen to me man.  If you want me to tell you something man, would you listen to me ok.  Ok.  Donna, you accuse me of fucking every female that I know.  Ok, for one thing, ok I mean, then I mean you  act like, you know what I'm saying, that could never have no female friends.  I told you for one thing, they wasn't my numbers.  If those was my numbers I would have told you yeah, you know what I'm saying, because I mean I didn't see  that role of me having no female friends without me having to be fucking them.  You see what I'm saying. But I did tell you, you know what I'm saying, that I was  cutting all my female friends, you know what I'm saying, totally out the picture.  There wasn't gonna be

no more female friends.  You know what I'm saying.  I  mean but therefore, you know what I'm saying, like I told you man, everybody in  my room rode out man. Me, Oscar down here, my little cousin down here, Rico  down here, and I'm down. See what I'm saying. I mean and then like I say man,  for more you always accuse me. You can't just go ahead and accuse me man of  fucking every female that I know man, you know what I'm saying.

Donna:     Why would you bother to get their name and number honey?

Nathaniel:     What you say?  Do you under-fuckin'-stand man.

Donna:     Why do you have to hit on them and get their name and number?

Nathaniel:     Do you understand man, do, I mean what do you mean hit on them man.  Do you understand man the point that, that wasn't mine.

Donna:     All five of them?

Nathaniel:     Do you understand man.  I told you man if it was mine, you know what I 'm  saying, I would have just told yeah them was friends.  You know what I'm saying.

Donna:     Yeah.

Nathaniel:     I mean I would have told you yeah, those my friends, you know what I'm saying?

Donna:     Yeah.

Nathaniel:     But I told you man, I was cutting all ties man with all female friends.  I told you  that man.  There wasn't gonna be nobody but me and you.  I mean if that was the  case man, you know what I'm saying, I mean, you would have seen, if you was  thinking like that, you know what I'm saying, I mean, you'd have seen, you'd  have seen what your so called your mind reading Danielle friends number in there.   See what I'm saying.  You can't just go ahead man, and keep on x-ing me out like  that man, you know what I'm saying cause you be putting me down too much  Donna.  You putting me down too much. I'm serious man.  You pushing me down  entirely to much.

Donna:     Wow what do you think you do to me when I find girl's name and numbers.

Nathaniel:     I mean but, I'm, but I'm.  All you got to,

Donna:     At the ball game

Nathaniel:     All you got to, all you got to.  I'm not the only one that went to the fucking  ball game man.  You understand.  What you think, (inaudible)

| Donna: | Yes sweetheart but it was in your papers. |
|---|---|
| Nathaniel: | Listen here man, listen here let me tell you this man.  When out shit got packed up man.  Shit came up, man look, my cousin Lee told me man yesterday when I seen him at the chow hall man, my some of my stuff might be in his bag.  Some of my fucking clothes might be in his bag man.  Come on man.  Man, don't see here,  man I mean, you know what I'm saying, mean,. |
| Donna: | I know.  It's ok. |
| Nathaniel: | Donna, Donna look here man. |
| Donna: | I understand. |
| Nathaniel: | Donna wait a minute no.  Wait a minute Donna listen here.  I've been, I've been with you almost two years, man.  Why do you, I mean did you ever really ask me big man, what is the reason why I'm still with you man. |
| Donna: | Yeah I have. |
| Nathaniel: | I mean it's not no money man.  I don't want your money man, you know what I'm saying.  I don't want nothing you can do for me Donna.  I ain't ever asked you for nothing Donna.  Never asked, I ain't never said, you know what I'm saying, Donna I need this.  I, I'm, you know I mean I ask you for little things. |
| Donna: | You know what. |
| Nathaniel: | I never came and asked, I never really, you know, |
| Donna: | You know what honey? |
| Nathaniel: | What baby. |
| Donna: | The truth is screaming out and I refuse to believe it. |
| Nathaniel: | Huh.  Man, ok then man.  I'm just going man.  Ok then man, just. |
| Donna: | If you would just tell me the truth sometimes |
| Nathaniel: | Man, |
| Donna: | I would think there is hope |
| Nathaniel: | I just did told you the fucking truth man.  I sat there and just told you man.  You know what I'm saying.  If it was mine, I would have told you man because I didn't |

see nothing having,

Donna:        You know what here's the funny part,

Nathaniel:    I don't see,

Donna:        You what's the funny part about it.  One of them for sure I know is yours and I'm
              wondering why on earth you would have them on you.

Nathaniel:    Look, look

Donna:        Somebody you didn't want to have nothing to do with, why would you have  Terri's
              cell phone and home phone number on you?

Nathaniel:    Terri's cell phone and home phone number.

Donna:        Yeah.

Nathaniel:    Man, look here,

Donna:        Alright

Nathaniel:    I'm gonna tell you like this.  I'm gonna tell you like this.

Donna:        Why

Nathaniel:    I'm gonna tell you like this, listen here, I'm gonna tell you like this. Man I, I, my
              little cousin and them kept asking me, you know what I'm saying, hook with up  with
              her, hook me up with her. Cool.  Ain't no problem.  You know what I'm  saying, if
              it was like that man, do you think man, you know what I'm saying, we'd  been over
              Terri's house man.  Terri's (Inaudible)

Donna:        I don't know.

Nathaniel:    Terri met you man.

Donna:        I don't know anymore honey.


Nathaniel:    Man come on man. Please stop thinking that man.  Terri met you man.  What would
              I want do, what do I want to do with a female man that stuck a pistol in her face.  Do
              you even think, man.

Donna:        How do you get a girl's name at a baseball game?

Nathaniel:    Listen here man.  I'm gonna

Donna:        What about all the other ones?

Nathaniel:    I'm gonna tell you one more time man. I'm gonna tell you one more time man. If I got to tell you man, one more time man, I mean, I'm just gonna just say forget about it man, you know what I'm saying because you ask me something and I tell you man.  I try to help you out man,

Donna:        But you lying Nate.

Nathaniel:    Ok then, forget it.  I'm lying, ok.

Donna:        You said those weren't yours.

Nathaniel:    Man, I'm lying ok.

Donna:        They were in your box of papers honey.

Nathaniel:    Look here man, I mean, I ain't got time to sit here man and keep on arguing with you man.  That's what's wrong with you now, man.  Man, the, the same (?)  with  the same problems you going through right now.  Your thinking got you in it,  man.  You know what I'm saying.  You know I mean that little shit that jumped  down man, you know what I'm saying, when you got jumped on man, when you  got robbed man.  Your fucking insecurity ass thinking, man. Man, I'm telling you  man, your insecurity thinking gonna make you lose something man that you wish  you had never had lost, man. You know what I'm saying.  You, you don't sit there and think man the time that we got in man, and why I'm still with you man.

Donna:        Yeah I did think about it honey.

Nathaniel:    You don't sit there and think about man,

Donna:        Yes I do

Nathaniel:    And why we still together man.

Donna:        Why do you think it hurts me so much.

Nathaniel:    You know what I'm saying man?

Donna:        When you threaten to hurt me, you know what,

Nathaniel:    Look, look,

Donna:        That doesn't scare me.

Nathaniel:       Donna, Donna, Donna.

Donna:           When you threaten to hurt me, it doesn't scare me at all,

Nathaniel:       Look, look, Donna, Donna, I'm not gonna do nothing to you ok.

Donna:           If you killed me, I wouldn't care.

Nathaniel:       Look, look, baby I'm sorry, ok.

Donna:           I wouldn't even care Nate.

Nathaniel:       Donna listen here, I love you, ok.

Donna:           I thought about doing it myself cause I don't care.

Nathaniel:       Donna, Donna, I love you, ok.  Please, ok.   Ok?  Ok Donna?  I love you so much
                 baby.  Ok, look here,

Donna:            (Inaudible) love me (inaudible)

Nathaniel:       Donna, Donna, Donna.  Donna listen here, ok, I mean from here only I'm telling you
                 this face to face ok.  I mean, well, person to person, Donna ain't no more  female
                 friends, ok.  I mean it's all about just me and you, ok.  You know what I'm  saying,

Donna:           You want me to have, (inaudible) You told me there's no such thing (inaudible)

Nathaniel:       Look, ok, ok.  Wait a minute, wait a minute, wait a minute, wait a minute, wait a
                 minute,

Donna:           You told me there are no friends (inaudible)

Nathaniel:       Right, right.  What I been told you man, that I been told you in my letter man, you
                 know what I'm saying, that it wasn't gonna be no female friends.  I'm letting you
                 know, you know what I'm saying, with my voice, I told you man, that's it, ok.  Ain't
                 nothing about no friends, it's just me and you, ok baby.  Ok.  Ok sweetheart.  It's just
                 me and you Donna.  Alright, you know what I'm saying, we ain't gonna  have to go
                 through this shit no more.  Alright.  It's me and you ok.  Ok baby.

Donna:           Yeah.

Nathaniel:       I'm serious Donna.  We ain't got, you know what I'm saying, we ain't got to go

through this shit no more man. You know what I'm saying, it's me and you, ok. Ok baby?

Donna:      Yeah

Nathaniel:  You love me honey? Huh? You love me baby? Hey well look here man, I'm about to go ahead and get off the phone man cause you know, she gonna end up telling me anyway because you ain't gonna talk man, you know what I'm saying. So I ain't gonna just sit here man, you know. I telling you, you know what I'm saying, go ahead man and let you know man, you know I mean, damn man, people just don't fucking realize man. People don't, you know you got to come get me Sunday right man cause I turned down my ticket. You hear me?

Donna:      Yeah.

Nathaniel:  I tuned down my ticket, you know what I'm saying, already they got it on file that your coming to get me. Donna baby, I love you, ok. Please man, you know what I'm saying, don't do nothing to yourself man. You know what I'm saying, I got big plans for you when I come home, man. You hear me?

Donna:      Yeah

Nathaniel:  I'm for real. That date man, when I get out man, you know what I'm saying, I mean, that's that's a sealed plan for me and you. You know what I'm saying, that day is ours. Ok. Donna.

Donna:      Ok.

Nathaniel:  I love you baby. You know what I'm saying, I mean, and that's another way that, you know what I'm saying, when you tell man if I really love you, you know what I'm saying because you know I mean that's one thing I always do man, no matter how, how we get into it man, I always still let you know man that I love you, man. You know what I'm saying. Like you don't say it, not like you as, not like you, as when you write, you say yeah your friend Donna. You know what I'm saying, I still always say I love you, you know what I'm saying cause that's true love man, you know what I'm saying. I don't get mad at you man and not let you know that I love you man cause I always do. You know what I'm saying, not like you man, you know what I'm saying, that's like man like little game to me man. You know what I'm saying. Especially man, cause I feel good to let, you know what I'm saying when you know somebody loves you man, they let you know.

Donna:      I love you Nate.

Nathaniel:  I'm serious Donna, man, you know what I'm saying, I don't never, even when my letters man, I don't sit there and get mad. I don't even argue with you at the end of

my letter what do I put, I love you. I still love you. I'm gonna always love you.  I not gonna let that little man, you know what I'm saying, tear that down cause we  got too much in together.  You hear me?

Donna:      Yeah.

Nathaniel:  We got too much in together baby, you know what I'm saying, I ain't lose you for nobody.  Ok?  Hey, I'm gonna call you Thursday, ok?

Donna:      Ok.

Nathaniel:  Thursday afternoon, ok.  I love you baby.

Donna:      I love you Nate.

Nathaniel:  I love you so much.

CALL ENDS



378A

C61310TT-12-06-01

Recording:  This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept and pay for the.  Thank you.


Nathaniel:  Hello

Donna:  I'm sorry I said I hate you.

Nathaniel:  Hey baby, I love you so much.

Donna:  I'm sorry Nate.

Nathaniel:  I love you so much honey.

Donna:  I'm sorry I was so angry, I love you honey.

Nathaniel:  Love you so much baby

Donna:  I love you too much

Nathaniel:  I can't be without you baby, I love and miss you more now then I ever did.

Donna:  Nate.

Nathaniel:  I do baby

Donna:  Swear it.

Nathaniel:  I swear it baby, I miss you and I love you so much baby.  I mean I miss you more. I woke up this morning baby, I miss you so much honey.  So much.  I miss my baby so much.  I love you darling.  I love you with all my heart baby.

Donna:  Oh honey

Nathaniel:  All my heart baby.

Donna:  Nate.

Nathaniel:  Your always going to be my number one, I don't care what baby.  Always going to be in my world.  Always.

Donna:        Nate.  I can't stop loving you even if I try.

Nathaniel:    That's my baby, Donna.  I mean it.

Donna:        I don't want to love you anymore.

Nathaniel:    You love me.

Donna:        I don't want to love you anymore, it hurts too much honey.

Nathaniel:    Baby no baby.  Things gonna get better when I come home.  I mean it hurt now
              cause you know I mean I ain't there,

Donna:        Oh let's be realistic, we can't do that.

Nathaniel:    Huh.

Donna:        We can't do anything about it.

Nathaniel:    What you mean baby?  What you mean we can't do nothing about it?

Donna:        How could we do such a thing.

Nathaniel:    I mean.

Donna:        Just for what we want.

Nathaniel:    Soon I'm gonna get there baby, I mean you know, we got to be together honey.

Donna:        No.

Nathaniel:    You know what I mean, we suppose to be together Donna.

Donna:        I don't think so honey.

Nathaniel:    You don't think so?  Why don't you?

Donna:        Because we would have to do something terrible to do it.

Nathaniel:    You mean, well I mean, some things just have to be done, you know what I'm
              saying.  I mean to get what we want.  You know.

Donna:        Oh God.

Nathaniel:    Sometimes you have (inaudible),

Donna:        You know what?

Nathaniel:    What baby?

Donna:        When I just have a little tiny inkling of the thought that I might lose you I go crazy.

Nathaniel:    Oh baby, it ain't gonna be like that ok.

Donna:        I go crazy, I go crazy.

Nathaniel:    Don't think like that.

Donna:        I went crazy when you called me this time and it's been crazy and fucked up the whole time.

Nathaniel:    Don't think like that.

Donna:        You have me so fucked up Nate.

Nathaniel:    Hey look, (?) wants you to call his girl again and um he wants you to tell her don't send him no money, go ahead and um send his lawyer some money.  You know what I'm saying, cause his lawyer you know, he talked to his lawyer and his lawyer said you know he owes like $750.00 you know and um he got to, he want to go ahead and pay him, you know cause he got a good chance on beating his case.  The lawyer is trying to slide out on him, you know what I'm saying, if he don't get his money.

Donna:        Un-huh

Nathaniel:    You know, and tell her, you know,

Donna:        Ok, I will

Nathaniel:    Tell her he wrote her a letter, you know what I'm saying because you know, he said um, tell her to disregard the um letter he just wrote her, you know what I'm saying,

Donna:        Ok

Nathaniel:    He was all upset because he didn't hear from her but he got her letters and everything and he feels better now.

Donna:        Oh good.

Nathaniel:    Because um, her dad, her mom's boyfriend answered the phone and he was thinking

|             |                                                                                                                                                      |
|-------------|------------------------------------------------------------------------------------------------------------------------------------------------------|
|             | it was some dude.  You know what I'm saying.                                                                                                          |
| Donna:      | Oh he answered the phone when I called also                                                                                                           |
| Nathaniel:  | Yeah, that's what I'm saying. You know, he's thinking you know what I'm saying, it was some dude.                                                      |
| Donna:      | No, no.                                                                                                                                               |
| Nathaniel:  | She wrote him and told him.                                                                                                                           |
| Donna:      | That was her mother's boyfriend I think                                                                                                               |
| Nathaniel:  | Yeah, yeah.  She wrote him and told him.                                                                                                              |
| Donna:      | That's what I gathered.                                                                                                                               |
| Nathaniel:  | So he said just tell her disregard, you know what I'm saying, that letter he wrote her, you know what I'm saying, he was just mad and upset because he ain't get no letter from her or nothing. |
| Donna:      | Ok.                                                                                                                                                   |
| Nathaniel:  | Hey guess what?  Two days.                                                                                                                            |
| Donna:      | I know.                                                                                                                                               |
| Nathaniel:  | Yeah                                                                                                                                                  |
| Donna:      | Oh Nate.                                                                                                                                              |
| Nathaniel:  | (laughs)                                                                                                                                              |
| Donna:      | Nate.                                                                                                                                                 |
| Nathaniel:  | Look man,                                                                                                                                             |
| Donna:      | So different this time isn't it.                                                                                                                      |
| Nathaniel:  | Look man, I'm so full of cum man.                                                                                                                     |
| Donna:      | I'm so full of                                                                                                                                        |
| Nathaniel:  | See like when I just take a piss, it seem like just cum just drip out my dick.   Man.                                                                 |

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5740

I can't wait to put that somewhere, ooh.  Hey, you know what um,

Donna:       I want you to put it in me right away.

Nathaniel:   Right away, ooh.  Hey you know what, you know what I want you to get?

Donna:       Will you?

Nathaniel:   Yes.  Anywhere you want it baby.    I want you to get me a pick for my hair.  You hear me?

Donna:       A pick.

Nathaniel:   Yeah

Donna:       Is that one of those like, it looks like a rake thing?

Nathaniel:   Yeah

Donna:       Ok.  Alright

Nathaniel:   A red one or a black one.

Donna:       (Laughs)

Nathaniel:   Yeah, like a rake thing.  Hey did you go um, go take that deposit up there at  Wagon Wheel?

Donna:       No

Nathaniel:   You didn't?

Donna:       Didn't go yet.

Nathaniel:   Ok.

Donna:       Should I go now?

Nathaniel:   Yeah.  Yeah, I want you too.

Donna:       I didn't know if you wanted me to pick you up as a friend or your woman.

Nathaniel:   Hey, get the hell out of here with that man.  Cut that out man.  You always going  to be my baby.  You my baby, you my woman.  What you talking about.  Shit  don't come with that.  I'll show you man once I get out man, things going to be  better man.

You know, cause the way I got it planned out man, you know what I'm saying, I mean I ain't gonna be in no hood or nothing man, you know what I'm saying. Cause from what I wanted man, till I take care of, you know what I want to take of man, you know what I'm saying, it's like, I want,

Donna:  I don't think you really want to do that.

Nathaniel:  Huh. You don't want me to?

Donna:  I just don't think you really want to have to do that.

Nathaniel:  Cause you don't want me to?

Donna:  No.

Nathaniel:  Ok then, well, like I was saying, you know after I do what I'm gonna do, you know what I'm saying I mean, I just like you know, like get me, you know what I'm saying like um, you know what I'm saying, get me a like hotel room, you know what I'm saying, charge me a room for a couple of weeks, ok. You hear me?

Donna:  Un-huh.

Nathaniel:  You know what I'm saying, and that way I just you know, I mean chill in my room. You know what I'm saying, I'm telling you baby, I'm finished with the hood, man. All that ripping and running shit, that's gone man. You know what I m saying, I mean whatever I ain't got out the streets, I ain't gonna get it.

Recording:  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.

Nathaniel:  You see what I'm saying, whatever I ain't got, whatever else that was left on the street that I ain't got, I ain't gonna get it. You know what I'm saying. For real. I mean I got a woman that really loves me, you know what I'm saying, I love my baby, you know what I'm saying, that's what it's about now, you know. That's what it's about me and you Donna. You hear me baby?

Donna:  Yeah.

Nathaniel:  That's what it's about honey. Me and my baby. Hey, so did you decide what, hey she gonna do that. Hey he said thank you too.

Donna:  Ok.

Nathaniel:  Hey um, look did you, did you decide man if you coming Saturday night?

Donna:          Yes.

Nathaniel:      You coming Saturday night?

Donna:          Of course I am.

Nathaniel:      Yes!

Donna:          Did you ever doubt that I wouldn't.

Nathaniel:      Yes. Yes, yes, yes.

Donna:          Did you ever doubt that I wouldn't Nate?

Nathaniel:      No baby, I just didn't know if it was going to be Saturday, I mean Sunday morning.
                Yes. I'll be out of here early Sunday, just be here before 8 o'clock.

Donna:          (laughs)

Nathaniel:      Yes, man I am so fucking happy now. Really happy now that I talked to you man.

Donna:          I know honey.

Nathaniel:      I was a bummer for a couple of days man. I was. I was a straight bummer, man.

Donna:          Yeah. I

Nathaniel:      Yeah I got all my stuff packed up and everything. Man, so you, so I hear you got the
                map and everything.

Donna:          Yeah

Nathaniel:      Ok. You would know how to get here?

Donna:          Un-huh

Nathaniel:      Ok then.

Donna:          I went to the AAA and he made a line and circle and where I'm going and where I
                coming from so I won't get lost.

Nathaniel:      My baby man. Donna, Donna.

Donna:          Huh

Nathaniel:    I love you so much.

Donna:        Oh, I love you.

Nathaniel:    Man, I just want to,

Donna:        Oh Nate please,

Nathaniel:    Love my baby so much

Donna:        Oh Nate.  I can't wait to feel you Nate.

Nathaniel:    Ooh come on hit a blunt, take a sip on henny and ever love,

Donna:        Ooh

Nathaniel:    un, un, un

Donna:        Oh I wonder what it's gonna feel like after all this time.

Nathaniel:    Smoke a blunt, drink some henny, and make a lot of love.  Un, un, un. Damn, damn, damn.  Ooh, it's gonna feel so good.

Donna:        I will be making love to you.

Nathaniel:    I mean I'm gonna make, oh I'm telling you ooh, just wait.  I'm gonna eat you up. I'm gonna eat you up.  Hey did you um, did you send me a letter out Tuesday?

Donna:        Oh, I don't remember.  Yes, I think it was the one that I said I'm not  sharing you ever.  So you have a choice to make, if (inaudible).

Nathaniel:    I got, I got, I got one yesterday with the green envelope.

Donna:        I don't remember Nate.

Nathaniel:    a (inaudible)

Donna:        I don't know.

Nathaniel:    Ok.  Just, hey um, did you send one out yesterday?

Donna:        No

Nathaniel:    You didn't?

Donna:        No.

Nathaniel:    Ok then.  But I'm gonna call you on Saturday morning ok?  Ok baby.

Donna:        Ok.

Nathaniel:    I'm gonna call my baby Saturday morning, you ok?

Donna:        Yeah

Nathaniel:    I love you so much honey.

Donna:        I love you.

Nathaniel:    (kiss sound) I love my baby so much.

Donna:        Oh God.

Nathaniel:    I'm coming to get you.

Donna:        I know.

Nathaniel:    I'm coming to get you.

Donna:        I know.

CALL ENDS

Exhibit 379A unable to be located, but audio seems to indicate it is the same as Exhibit 381A.



380A

C81210M5 12-08-01-1

This is MCI Worldcom.  This call is originating from an Ohio Correctional Institution and may be recorded or monitored.  I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution.  If you wish to accept, Thank you.

N. Jackson:     Hey you.

D. Roberts:     Nate.

N. Jackson:     What's goin' on?

D. Roberts:     (laughs)

N. Jackson:     What's goin' on.

D. Roberts:     Hey you.

N. Jackson:     What's up baby.

D. Roberts:     Do you love me?

N. Jackson:     I love you so much honey.

D. Roberts:     Honey, I guy named Chuck just called me from prison.

N. Jackson:     Chuck?

D. Roberts:     Yeah he told me you gave him the number cause you had a fight and were in the hole.

N. Jackson:     What!

D. Roberts:     I said, I said how did you get this number and he said, I said did Nate, where's Nate? And he said he's in the hole.

N. Jackson:     Chuck?

D. Roberts:     Yeah a white guy.

N. Jackson:     Get out of here.

D. Roberts:     No, I'm not kidding.

N. Jackson:     From Lorain?

D. Roberts:     Well that's what I thought.  But then, I hung up on him and he called me back and then I heard the recording say something else, I forget the name.

N. Jackson:     No man.

D. Roberts:     Yeah and I said well I can't believe Nate would give you my number

N. Jackson:     No

D. Roberts:     I mean I know you better honey.

N. Jackson:     Man

D. Roberts:     And he said Nate said it's ok you could talk to me because I'm in here for life for killing the guy that tried to rape my wife.

N. Jackson:     No man.  Come on.

D. Roberts:     And I said why, he said yeah he said you'd talk sexy to me, it would be ok.  I said no I don't think my Nate said that at all ever, ever.

N. Jackson:     Hell no.  I ain't goin' out like that.

D. Roberts:     Then he called like ten times and it's on the machine every time.  I hope he stops calling.

N. Jackson:     No man.

D. Roberts:     So what you doing?

N. Jackson:     Missing you, thinking about you.

D. Roberts:     Nate.

N. Jackson:     I couldn't sleep last night.

D. Roberts:     Nate, there honey

N. Jackson:     I just can't, I'm working in the kitchen all day today.

D. Roberts:     Are you.

N. Jackson:     Yeah, so I could stay out of that cell man.  I've been thinking about you so much.

D. Roberts:     Nate.

N. Jackson:   I like you baby

D. Roberts:   Honest and true

N. Jackson:   Honest and true.  I love my baby so much man.  Are you at home?

D. Roberts:   Yeah.

N. Jackson:   Hey look, I want you to call this number for me.

D. Roberts:   What.

N. Jackson:   It's um, 743-8255.  You might have to get the other phone though cause if you call three way this might hang up.

D. Roberts:   Why?

N. Jackson:   Huh

D. Roberts:   Why would they hang up?

N. Jackson:   I don't know cause sometimes they do that.

D. Roberts:   What's the number?

N. Jackson:   743-8255 but if you hurry up and do it, you know what I'm saying,

D. Roberts:   Who is it?

N. Jackson:   Um, I'm calling for one of my dudes.

D. Roberts:   Ok wait a minute.    Are you there?

N. Jackson:   Yeah.  Ok then.

D. Roberts:   (laughs) Oh honey I woke up feeling so good this morning.  (phone ringing)



381A

C8121OM6 - 12-08-01-2

This is MCI Worldcom. This call is originating from an Ohio Correctional Institution and may be recorded or monitored. I have a collect call from Nathaniel Jackson, an inmate at Lorain Correctional Institution. If you wish to accept and pay for this call. Thank you.

N. Jackson:   Ok, now don't do that no more. Forget that. I'll just, no don't even worry about that number, ok.

D. Roberts:   Wait, I'm on the other phone honey.

N. Jackson:   Huh?

D. Roberts:   I'm on the other phone.

N. Jackson:   Your on the other phone.

D. Roberts:   It's ringing. Are you there?

N. Jackson:   Yeah.

D. Roberts:   Honey?

N. Jackson:   Yeah I'm here.

D. Roberts:   No one is answering.

N. Jackson:   Don't worry about it, I'll just tell him ain't nobody answering.

D. Roberts:   Huh.

N. Jackson:   I'll just tell him ain't nobody answering. Cause he wanted me,

D. Roberts:   Nobody answered.

N. Jackson:   He wanted me to, he wanted me to get an address for him but I'll just tell him ain't nobody answered. I'm worried about me now, you know what I'm saying. Me and my baby, man. Oh Donna  want to see you, want to hold you, want to kiss you, oh make love to you. Man. Donna,

D. Roberts:   Nate

N. Jackson:   I love you so much baby.

D. Roberts:   Are you sure?

N. Jackson:    Hell yeah.

D. Roberts:    How do you know?

N. Jackson:    Man cause it's all in my heart.  I can't, I can't get rid of you.  I don't want to.  You know my heart won't let me.

D. Roberts:    I love you Nate.

N. Jackson:    I love you too baby.  I told you it's always, you know.  Like I say, you know, it's best to be a older woman's heart than a younger woman's fool.  You know.

D. Roberts:    I love you so much.

N. Jackson:    I love you too baby.

D. Roberts:    I do Nate.

N. Jackson:    Coming up here tonight?

D. Roberts:    Of course I am.

N. Jackson:    Ok then.  I went and, I went and signed my release papers yesterday.

D. Roberts:    Am I not always there when you want me to be?

N. Jackson:    That's my baby.  Hey did you ever talk to um, Renee?

D. Roberts:    No but I got a machine, her voice mail and I left her a message.

N. Jackson:    Ok.  You my baby.  Oh, I'm gonna see my baby tomorrow.  I'm so fucking excited.  Hey did you, did you ever um go up to Wagon Wheel.

D. Roberts:    Well it's funny you asked because after I spoke to you I um, pulled out a whole bunch of your letters and I was reading them you know.

N. Jackson:    Yeah.

D. Roberts:    And I read that one where you said you really wanted to go there so bad.

N. Jackson:    Yeah.

D. Roberts:    So, I got in the car,

N. Jackson:    (laughs)

D. Roberts:      (laughs) Went all the way downtown and all the way up Market,

N. Jackson:      (laughs)

D. Roberts:      (laughs) Of course I got it honey.

N. Jackson:      Well baby.  Did they tell you, they didn't say which room did they?

D. Roberts:      101

N. Jackson:      101?  Ok cause my dude tells me its 100 and 101.

D. Roberts:      (laughs)

N. Jackson:      Ok then.

D. Roberts:      Don't you know I want you to have everything you want,

N. Jackson:      Man oh man.

D. Roberts:      (laughs)

N. Jackson:      Hey bring some Vaseline.

D. Roberts:      For what?

N. Jackson:      Huh?

D. Roberts:      For what?

N. Jackson:      Cause I be using it for my skin too.

D. Roberts:      Oh.

N. Jackson:      You know.  Keep my skin soft.

D. Roberts:      Oh, is it soft.

N. Jackson:      Oh real soft.

D. Roberts:      Oh I can't wait to get my hands on you.

N. Jackson:      Man, man

D. Roberts:      Oh, I'm gonna go crazy,

N. Jackson:     Oh (laughs)

D. Roberts:     You know what I was thinking about?

N. Jackson:     What baby?

D. Roberts:     When I check out of my room in the morning, I can come and get you and we could go back there and you could take like a shower and put clean clothes on so you'll be clean all the way home.

N. Jackson:     Ok then.  There you go, good thinkin'.

D. Roberts:     Isn't it.  Then you don't have to sit in the car all yuckie from prison.

N. Jackson:     Good thinking baby.

D. Roberts:     Oh.

N. Jackson:     Oh man.

D. Roberts:     As soon as I get you in that door.

N. Jackson:     I might attack you.  Oh man.

D. Roberts:     Oh man.

N. Jackson:     Ooh way, way, way man.  Just be here early.

D. Roberts:     I'm gonna make you put it in me so fast.

N. Jackson:     Um, um, um.

D. Roberts:     I'm gonna make you,

N. Jackson:     Baby

D. Roberts:     I'm gonna attack you

N. Jackson:     Donna man, we, baby we really have to talk man.

D. Roberts:     Nate, I love you so

N. Jackson:     I love you too.

D. Roberts:     Fucking much I can't stand it.

N. Jackson:     Cause I,

D. Roberts:     You know what?

N. Jackson:     I want, huh?

D. Roberts:     This has been the worst three months in my whole life.

N. Jackson:     Man, yours?

D. Roberts:     I have been up and down a fucking roller coaster, thought I was gonna go crazy, thought I was gonna die.  Too sick to eat.  Oh Nate.

N. Jackson:     What did you say?

D. Roberts:     Please tell me this is over.

N. Jackson:     Listen baby it's over.  Telling you baby, I'm

D. Roberts:     You get my letter that said the riot act.

N. Jackson:     Huh.

D. Roberts:     Did you get my riot act letter?

N. Jackson:     Riot act?

D. Roberts:     Yeah when I read you the riot act.  I am not sharing you Nate.

N. Jackson:     Yeah, yeah.  I know baby.

D. Roberts:     You are not going to be a young black man that's gonna fuck every pussy you find.

N. Jackson:     I'm not baby.  Hey look,

D. Roberts:     If I find another name and number or ever I wonder again, Nate I mean it.  You can't do this to me.

N. Jackson:     I know baby.

D. Roberts:     I love you too much.  It's not funny,

N. Jackson:     Me too.

D. Roberts:     It's not a game.

N. Jackson:     I know sweetheart.

D. Roberts:     You got my heart, you got my emotions, you got everything, you know.  I'm in your like fucking power man.

N. Jackson:     Baby, I just want to man, all I want to do man, take care of man what I want to take care of Monday, man.  Monday night man.

D. Roberts:     Honey

N. Jackson:     I'm serious man.  Man I got to do this Donna.  I got to,

D. Roberts:     No

N. Jackson:     Man

D. Roberts:     You can't

N. Jackson:     Baby, huh?  What do you mean man, I got to man.

D. Roberts:     No, I know but,

N. Jackson:     Man, this is my life man.  This is my life man.

D. Roberts:     I know honey

N. Jackson:     That's how I'm looking at it man.  If I don't man, my life is just like upside down man.  Just,

D. Roberts:     What about me.

N. Jackson:     I mean,

D. Roberts:     What about me.  How much time do you think I have left here?

N. Jackson:     Baby, that's what I'm saying sweetheart.  But you said no, I mean, I'm saying yeah man.  I mean you suppose to be with me man.

D. Roberts:     I know.

N. Jackson:     Especially when I tell you when I know what I'm talking about man.  I know what I'm doing man.

D. Roberts:    Do I have to know about it?

N. Jackson:    No.

D. Roberts:    Then don't tell me.

N. Jackson:    Ok then.

D. Roberts:    Ok

N. Jackson:    Just consider it a done deal.  Only thing I'm gonna need is one thing.

D. Roberts:    What?

N. Jackson:    Huh?

D. Roberts:    What.

N. Jackson:    I just need to be in that house when he come home.

D. Roberts:    Oh no.

N. Jackson:    Huh?

D. Roberts:    No.

N. Jackson:    Baby it ain't gonna happen in the house.  It ain't gonna happen in the house man, I promise you.

Recording:     This call is originating from an Ohio Correctional Institution and may be recorded or monitored.

N. Jackson:    I just need to be in there man.  It ain't gonna happen in the house man.  I mean I ain't gonna jeopardize that man.

D. Roberts:    Well, let's not talk about it now.

N. Jackson:    Ok.  We'll talk, we'll, I'll just wait until tomorrow.  I love you so much honey.

D. Roberts:    Nate, I need you in my life.

N. Jackson:    Baby, I need you bad .  Donna, I'm serious.  You know what I'm saying, I'm tired, I'm tired of living that life like that man.  I just want to get me and you man, mean just get away from everything.

D. Roberts:    Nate, you know what's gonna happen if we don't get together?  Your gonna go right back to jail.

N. Jackson:    I don't want that.

D. Roberts:    But you are, you know it.

N. Jackson:    I don't want that.

D. Roberts:    But you are.

N. Jackson:    I don't want that.

D. Roberts:    You'll be out there again.

N. Jackson:    That's why I want, that's why I want to do what I got to do man.  You know what I'm saying.  I mean, I'm trying to you know, I mean pull my true love as much as I can man, so I can be with you.  You know.  I mean, you mean more to me than the streets man.  You know.  I want to got to sleep and I want to wake up with you.  I want to hold you, when I, you know, when I want to.  You know.  That's what I'm talking about, when I want to.

D. Roberts:    I know.

N. Jackson:    Not when I got to or when I can.

D. Roberts:    You think I don't feel the same way?

N. Jackson:    Baby I want to hold, baby I want to hold you all the time, you know.  Then when you wrote, when you wrote on the back of the letter, you know what I'm saying, do what I got to do, just wake up and tell you Merry Christmas man. Oh man, that's what I'm talking about.   You know.

D. Roberts:    You know what I meant?

N. Jackson:    Yeah.  That's what I'm talking about baby.

D. Roberts:    I'm so scared honey.

N. Jackson:    Man just look,

D. Roberts:    It's everything now.

N. Jackson:     Just, just we'll talk about it tomorrow morning ok?

D. Roberts:     Ok.

N. Jackson:     But right now it's about, how you doin' man?

D. Roberts:     (laughs)

N. Jackson:     Huh?

D. Roberts:     Well I woke up so glowing.

N. Jackson:     I've been up 1 o'clock.  I got back up at like twenty after 3.

D. Roberts:     Oh, I was up at 3:30.

N. Jackson:     For real?

D. Roberts:     Un-huh.

N. Jackson:     I got back, then um, I smoked a cigarette, just kept walking from the window to the door.  Then I got back up about 5:30.  You know, brushed my teeth and everything.  When to the kitchen about 6:30 this morning.  You know, I'm gonna go over there all day today.  So hope, I know I ain't gonna be able to sleep tonight.

D. Roberts:     I know.  What am I gonna do, I'll look awful in the morning and I won't never be able to sleep.

N. Jackson:     Baby, don't.  Look here baby, hey, don't, look here, look here.  I love you the way you is.  Come as you is baby.  You mine, you know.

D. Roberts:     I am yours.

N. Jackson:     Don't worry, don't worry, don't worry about how you look, you know.

D. Roberts:     Nate.

N. Jackson:     I just want your heart.

D. Roberts:     Do you know that I am yours?

N. Jackson:     All mine baby.  All mine.

D. Roberts:     I'm so glad I waited for you.  I was tempted so many times but nobody meant anything to me but you.

| | |
|---|---|
| Recording: | 60 seconds left on this call. |
| N. Jackson: | What time is you leaving tonight to come up here? |
| D. Roberts: | Oh I don't know, I guess before he gets home for sure. |
| N. Jackson: | Ok.  Ok.  Just be here before 8 o'clock in the morning. |
| D. Roberts: | (laughs) |
| N. Jackson: | Ok.  Ooh I'm getting butterflies. |
| D. Roberts: | Me too. |
| N. Jackson: | Ooh, I'm gonna get you. |
| D. Roberts: | I know. |
| N. Jackson: | I love you baby. |
| D. Roberts: | I'm gonna get you. |
| N. Jackson: | I love you |
| D. Roberts: | Real good |
| N. Jackson: | I love you so much honey.  I love you baby |
| D. Roberts: | I'm keeping my tongue polished. |
| N. Jackson: | Ooh. |
| D. Roberts: | (laughs) Tomorrow morning. |
| N. Jackson: | I love you honey. |
| D. Roberts: | I love you. |
| N. Jackson: | (kiss sound) Talk to you in the morning ok? |
| D. Roberts: | (kiss sound) |
| N. Jackson: | (kiss sound) Talk to my baby in the morning ok. |
| D. Roberts: | I'm picturing you. |

| | |
|---|---|
| N. Jackson: | Ooh I'm gonna get you. |
| D. Roberts: | Ooh |
| N. Jackson: | Gonna get you. |
| D. Roberts: | (laughs) |
| N. Jackson: | (laughs) |
| D. Roberts: | Nate |
| N. Jackson: | Love you honey. |

CALL ENDS

Transcribed by J. Hoffman    4/12/02















391



Howland P.D.
01-35755
#27

TCSO #2001-08795  12/12/01
Homicide Scene/Investigation
Victim: Robert Fingerhut
254 Fonderlac, Howland, Twp.

HOWLAND TWP. P.D.
FINGERPRINT CARDS x 4

Nataniel E. Jackson

Supreme Court of Ohio
Case No. 03-0137
Date Rec'd 7/9/03

391

| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | LEAVE BLANK |
|---|---|---|---|

STATE USAGE

NFF SECOND

☐ SUBMISSION  ☐ APPROXIMATE CLASS  ☐ AMPUTATION  ☐ SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

JACKSON,NATHANIEL EDWARD

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH | MM | DD | YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 19720213 | | | | M | B | 510 | 155 | BRO | BLK |

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

ID 50X50G8 TP-600 #001389 04:44:02     LXOPS   #11-KH078   20000511-07:19

| LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY |
|---|---|---|---|

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5768

## FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
### WASHINGTON, D.C. 20537

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI |
|---|---|---|
| SUBMISSION          YES | MM DD YY | CONTRIBUTOR **OHO780000** |
| | | ADDRESS **SHERIFFS OFFICE** |
| TREAT AS ADULT      YES | 20000509 | **WARREN, OHIO 44481** |
| | | REPLY   YES  DESIRED? |

| SEND COPY TO: (ENTER ORI) | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| | MM DD YY | | |
| | 20000509 | OH | |

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | |
|---|---|---|---|

| | RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|---|

| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE?    YES  X |
|---|---|---|
| JONES - JLJONES | 00-2433 | PALM PRINTS TAKEN?    YES |

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. — OCCUPATION

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1. RECEIVING OF STOLEN PROPERTY  2913.51      FEL | 1. |
| 2. | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

CAT. NO. FC330

SIRCHIE® FINGER PRINT LABORATORIES, IN

| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | | LEAVE BLANK |
|---|---|---|---|---|

STATE USAGE

NFF SECOND

SUBMISSION  APPROXIMATE CLASS  AMPUTATION  SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

STATE USAGE

**JACKSON, NATHANIEL EDWARD**

SIGNATURE OF PERSON FINGERPRINTED

*Nathaniel Finchs.*

SOCIAL SECURITY NO.

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH  MM  DD  YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 19720213 | M | B | 510 | 155 | BRO | BLK |



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

ID 50X50G8 TP-600 #001389 04:44:02                LXOPS    #11-KH078    20000511-07:19

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR TAKEN SIMULTANEOUSLY

**FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE**
**WASHINGTON, D.C. 20537**

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | | DATE OF ARREST | ORI | |
|---|---|---|---|---|
| SUBMISSION | YES ☐ | MM DD YY | CONTRIBUTOR | **OHO780000** |
| | | | ADDRESS | **SHERIFFS OFFICE** |
| TREAT AS ADULT | YES ☐ | 20000509 | | **WARREN, OHIO 44481** |
| | | | REPLY YES ☐ DESIRED? | |

| SEND COPY TO: (ENTER ORI) | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| | MM DD YY | | |
| | 20000509 | OH | |

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | |
|---|---|---|---|
| | RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
| | | | |

| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE? | YES ☒ |
|---|---|---|---|
| JONES - JLJONES | 00-2433 | PALM PRINTS TAKEN? | YES ☐ |

EMPLOYER:  IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.  IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1. RECEIVING OF STOLEN PROPERTY  2913.51    FEL | 1. |
| 2. | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

CAT. NO. FC330

SIRCHIE® FINGER PRINT LABORATORIES, IN





DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5773









395

396



#34

01-078868

12-12-01

Mamma

Wal★Mart receipt

dated  12-11-01

Time  21 37

Recovered in Walmart bag
on kitchen table



# WAL★MART
ALWAYS LOW PRICES. ALWAYS WAL-MART.

*Always.*

WE SELL FOR LESS
MANAGER MOSES COOPER
( 330 ) 372 - 1772
ST# 2197 OP# 00001477 TE# 09 TR# 06991
MAKEUP        007124902651K      9.97 J
LIGHTER       007025700147       1.97 J
                  SUBTOTAL       11.94
        TAX 1   5.500 %           0.66
                     TOTAL       12.60
        WALMART CREDIT TEND      12.60

ACCOUNT #1816-99/99
APPROVAL #011623
TRANS ID -
VALIDATION -
PAYMENT SERVICE - N
                 CHANGE DUE       0.00

# **# ITEMS SOLD 2**

TC# 2522 4636 1947 2469 6002



THE PRINCESS DIARIES, DECEMBER 18!
    12/11/01      21:37:18

***CUSTOMER COPY***

**Supreme Court of Ohio
Case No. 03-0137
Date Rec'd 7/9/03**



PEL INFERN     2000 Chrysler 300M   Vin#2C3HE66G2YH132880

**Supreme Court of Ohio**
Case No. 03-0137
Date Rec'd 7/9/03



398A

20529

6w969780w

ACCOUNTING

PAGE 1

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-394-9453 BUS: 330-743-4507

SERVICE ADVISOR:  2116 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| PEL INFERN | 00 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 15963/15964 | T662 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | 14:00 10AUG01 | | 60.00 | CASH | 11AUG2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: | ENG:3.5_Liter_24V_SOHC_Alum_Blk |
|---|---|---|---|
| 11:17 10AUG01 | 08:09 11AUG01 | | |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A CHECK FLAT TIRE (IN TRUNK); PUT BACK ON VEHICLE | | | | | | | | | | | |
| SEE PLUG TIRE; PUT SPARE IN TRUNK; REINSTALL TIRE | | | | | | | | | | | |
| 2115 PUTNAM,BRIAN LIC#: 7439 | | | | | | | | | | | |
| | | | CCP | 0.30 | 480 | 1595 | | | | 15.95 | 15.95 |
| B ROTATE TIRES, IF NEEDED | | | | | | | | | | | |
| SEE NOT NEEDED AT THIS TIME | | | | | | | | | | | |
| 9999 SUBLET LIC#: 9999 | | | | | | | | | | | |
| | | | CCP | 0.00 | 0 | 0 | | | | 0.00 | 0.00 |
| C CUST. STATES DR. WINDOW SQUEAKS W/DROPPED | | | | | | | | | | | |
| CAUSE: . | | | | | | | | | | | |
| 23202209 R & R DR. FRT. DOOR PANEL, LUBE WINDOW | | | | | | | | | | | |
| REGULATOR | | | | | | | | | | | |
| 2115 PUTNAM,BRIAN LIC#: 7439 | | | | | | | | | | | |
| | | | WCP4 | 0.40 | 640 | 2232 | | | | 22.32 | 22.32 |
| FC: 67 PART#: COUNT: | | | | | | | | | | | |
| CLAIM TYPE: | | | | | | | | | | | |
| AUTH CODE: | | | | | | | | | | | |
| 7439 | | | | | | | | | | | |
| | | | | 0 | | 0 TPARTS | | | | | |
| | | | | 640 | | 2232 TLABOR | | | | | |
| SHOP MATERIALS | | | | 0 | | 160 | | | | | 1.60 |

"THANK YOU"
THE QUALITY PARTS YOU NEED
THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
ALWAYS AT
PRESTON AUTO MALL INC.
SERVICE HOURS
MON THRU FRI 7:30 TO 6:00    SAT 8:00 TO 1:00

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 46000 | 1595 | 480 | | 46200 | 2232 | 640 | |
| 6104 | 160 | 0 | | 32400 | 97 | 0 | |
| 26300 | 2232 | ******* | | 22500 | 1852 | ******* | 96978 |
| COST, SALE, & COMP TOTALS | | | 1120 | 3987 | 0 | | |

| METHOD OF PAYMENT | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | 15.95 |
| | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| CASH ☐ | SUBLET AMOUNT | 0.00 |
| CREDIT CARD ☐ | MISC. CHARGES | 1.60 |
| | TOTAL CHARGES | 17.55 |
| CHECK ☐ NO. | LESS ADJ / DIS | 0.00 |
| OTHER ☐ | SALES TAX | 0.97 |
| | PLEASE PAY THIS AMOUNT | 18.52 |

FILE COPY

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5780

```
+-----------------VEHICLE INFORMATION PLUS SUMMARY REPORT--------------------+
|                                                                            |
| 08/10/2001 10:29      PRESTON CHRYSLER PLYMOUTH BMW           PAGE  1       |
+----------------------------------------------------------------------------+
|      VIN: 2C3HE66G2YH132880   WCC: 336    Current Odometer: 15963 Miles     |
|  Yr/Model: 2000 CHRYSLER 300M FOUR-DOOR SEDAN     In-Serv Date: 08/28/1999  |
|                                                                            |
+---------------------------------VEHICLE SUMMARY----------------------------+
|                                                                            |
| BodyStyle: LHYS41                    Build Date: 08/19/1999    Hour: 23     |
|   Color 1: PEL  - Inferno Red Tinted Pearl Coat                            |
|         2: QELS - Inferno Red Tinted Pearl Coat                            |
|    Engine: Engine - 3.5L High Output V6 24V MPI              BOOK: F        |
|     Trans: Transmission - 4-Speed Automatic              CARLINE: L         |
|    Seller: 68662 PRESTON CHRYSLER PLYMOU        Zone: 43                    |
|       Address: 3843 YOUNGSTOWN ROAD SE                                      |
|          City: WARREN                                                       |
| State/Province: OH  Desc: OHIO                                              |
|   Postal Code: 444842895                                                    |
|       Country: USA  Desc: UNITED STATES                                     |
|         Phone: 330.369.4611                                                 |
| Sale Type: L-BROKER          Last Odometer:  13626 Miles on 05/03/2001      |
|                                                                            |
+------------------------CUSTOMER NAME AND ADDRESS---------------------------+
|                                                                            |
| **** CURRENT OWNER NAME ****                                               |
|      Title Code: 03 MISS                                                    |
|      First Name: DONNA                                                      |
|  Preferred Name:                                                           |
|  Middle Initial:                                                           |
|      Last Name: ROBERTS                                                     |
|        Address: 254 FONDERLAC ST SE                                        |
|           City: WARREN                                                      |
|  Province/State: OH OHIO                                                    |
| Postal Code:     444842157                                                  |
|   Phones - Home: 3306097812              Bus:                               |
|            Fax:                                                            |
|  Language Pref: 010 ENGLISH                                                 |
|        Country: USA UNITED STATES                                          |
|                                                                            |
+---------------------------ORIGINAL OWNER NAME-----------------------------+
|                                                                            |
|      First Name: DONNA                                                      |
|  Middle Initial:                                                           |
|      Last Name: ROBERTS                                                     |
|                                                                            |
+-------------------SERVICE HISTORY (LAST  24 MONTHS)-----------------------+
|                                                                            |
| Repair Date  Dealer/Payee              Claim #    Transaction Type          |
| 05/03/2001  68662-PRESTON CHRYSLER PLYMOUT  934600     WARRANTY REPAIR      |
|       LOP: 23306540  Height and centering position                         |
| 12/01/2000  68662-PRESTON CHRYSLER PLYMOUT  888410     WARRANTY APPEAL      |
|       LOP: 08522004  4D sedan-Van-Wagon-Front door-Right or left           |
| 11/16/2000  68662-PRESTON CHRYSLER PLYMOUT  883520     WARRANTY REPAIR      |
|       LOP: 08607005  Front door-Right or left                              |
| 02/04/2000  68662-                          788420     WARRANTY REPAIR      |
|       LOP: 08802802  KEYLESS ENTRY                                          |
| 02/03/2000  68662-PRESTON CHRYSLER PLYMOUT  787920     WARRANTY REPAIR      |
|       LOP: 08900103  FUSES                                                  |
|       LOP: 08607004  SPEAKER INFINITY                                       |
|       LOP: 08802803  KEYLESS ENTRY                                          |
| 02/03/2000  68662-PRESTON CHRYSLER PLYMOUT  787921     RECALL REPAIR        |
|       LOP: 08857182  RECALL                                                 |
| 10/29/1999  68662-PRESTON CHRYSLER PLYMOUT  759230     WARRANTY REPAIR      |
|       LOP: 08281001  ELEMENT,LIGHTER                                        |
```

```
08/28/1999  68662-PRESTON CHRYSLER PLYMOUT  XJH095    MISC. TRANSACTION
     LOP: NO LOP   NO LOP DESC FOUND
08/25/1999  68662-PRESTON CHRYSLER PLYMOUT  PREPNV    PREPARATION
     LOP: 95900040  ROAD READY
     LOP: 95900045  ROAD READY
```

```
+------------------------WARRANTY COVERAGE SUMMARY------------------------+

WCC: 336    ------ Original ----- - Deduct --Expires-  ----- Remaining ------
    BASIC: 36 Mos or  36000 Miles      0 08/28/2002  12 Mos or  20037 Miles
POWERTRAIN: 36 Mos or  36000 Miles      0 08/28/2002  12 Mos or  20037 Miles
PERFORATION: 60 Mos or 100000 Miles      0 08/28/2004  36 Mos or  84037 Miles
 EMISSIONS: 36 Mos or  36000 Miles      0 08/28/2002  12 Mos or  20037 Miles
ADJUSTMENTS: 36 Mos or  36000 Miles      0 08/28/2002  12 Mos or  20037 Miles
 AIR COND.: 36 Mos or  36000 Miles      0 08/28/2002  12 Mos or  20037 Miles
EX.FED.EMIS: 96 Mos or  80000 Miles      0 08/28/2007  72 Mos or  64037 Miles


In-Service Odometer:    4 Miles      Roadside Assistance      : YES
Master Shield    : N/A               Transferable - Warranty  : N/A
Veh. Restrictions : NO RESTRICTIONS         - Service Contract: NO

*** Above info has been adjusted in accordance to local laws ***

+--------------------CURRENT VEHICLE TRANSFER INFORMATION--------------------+

Restrictions: NO RESTRICTIONS
          WARRANTY ODOMETER LEFT: 55.658 %   TIME LEFT: 34.945 %

WCC         MODEL YRS   BASIC   POWERTRAIN   DED  RUST PROTECTION
336         1995-96     3/36    3/36         0     7/100
            1997-01     3/36    3/36         0     5/100
          WARRANTY COVERAGE GOES WITH THE VEHICLE. INFORM DAIMLER-
          CHRYSLER OF ANY SUBSEQUENT OWNER'S NAME AND ADDRESS CHANGES USING
          'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' ON THE VIP UPDATE MENU.

NO SERVICE CONTRACTS FOR THIS VEHICLE

Use 'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' on the VIP update menu to xfer.

+----------------------------SERVICE CONTRACT----------------------------+

     NO SERVICE CONTRACTS FOR THIS VEHICLE

+----------------------------RECALL INFORMATION----------------------------+

Recall                                      Launch      Repair
Number   Description                        Date        Date
-------------INCOMPLETE RECALLS--------------
     ** NO INCOMPLETE RECALLS **

-------------COMPLETE RECALLS----------------
857      INCORRECT VTA,OTIS,ACT OPERATION   01/24/2000  02/03/2000
957      OWNER'S MANUAL ADDENDUM            11/06/2000  12/15/2000

+----------------------------OPEN CAIR SUMMARY----------------------------+

     NO OPEN CAIRS FOR INQUIRING DEALER FOR THIS VEHICLE

+----------------------------E N D   O F   R E P O R T----------------------------+
```

96978
**TECHNICIAN COPY**
WORKORDER

PAGE 1

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

CUSTOMER #:20529
DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME:330-394-9453 BUS:330-743-4507

SERVICE ADVISOR: 2116 RICKER,BARRY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN: OUT | TAG |
|---|---|---|---|---|---|---|
| PEL INFERN | 00 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 15963/ | T662 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | 14:00 10AUG01 | | 60.00 | CASH | |

| R.O. OPENED | READY | OPTIONS: ENG:3.5_Liter_24V_SOHC_Alum_Blk |
|---|---|---|
| 10AUG2001 11:17 | | |

LINE OP CODE  TECH TYPE  DESCRIPTIONS/INSTRUCTIONS

\# A                CCP     CHECK FLAT TIRE (IN TRUNK); PUT BACK ON VEHICLE

\# B    #15          CCP     ROTATE TIRES, IF NEEDED

\# C                 WCP4  CUST. STATES DR. WINDOW SQUEAKS W/DROPPED

23-20-22-09  4



PAID  AUG 1 0 2001

**EXCLUSION OF WARRANTIES**

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality, or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE $  8.52

| AUTHORIZED BY  X | | | |
|---|---|---|---|
| | DATE | TIME | BY |
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES

X
CUSTOMER SIGNATURE



Repaired Tire Reinstalled on Vehicle .3

✓ DR window sqveaks
R+R Door Panel Lubed
DR window Regulator Rechecked
found ok.

23-20-2209 .4



398B

20529

6w934600w

ACCOUNTING

PAGE 2

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-394-9453 BUS: 330-743-4507

SERVICE ADVISOR: 2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| PEL INFERN | 00 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 13626/13627 | T8234 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | 16:00 03MAY01 | | 60.00 | CASH | 03MAY2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: ENG:3.5_Liter_24V_SOHC_Alum_Blk |
|---|---|---|
| 08:47 03MAY01 | 10:43 03MAY01 | |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6104 | | 255 | | 0 | | | 32400 | 239 | | 0 | |
| 26300 | | 1116 | ******* | | | | 22500 | 4084 | ******* | | 93460 |
| 99100 | | 494 | ******* | | | | | | | | |

COST, SALE, & COMP TOTALS       2370       5455       0

**METHOD OF PAYMENT**

CASH ☐

CREDIT CARD ☑

CHECK ☐ NO.

OTHER ☐

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 25.45 |
| PARTS AMOUNT | 15.39 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 2.55 |
| TOTAL CHARGES | 43.39 |
| LESS ADJ / DIS | 4.94 |
| SALES TAX | 2.39 |
| PLEASE PAY THIS AMOUNT | 40.84 |

FILE COPY



PAID MAY - 3 2001

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5785

20529          6w934600w      **PRESTON AUTO MALL**
                                        CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW

DONNA ROBERTS                            3843 YOUNGSTOWN RD.
DONNA ROBERTS          ACCOUNTING            WARREN, OHIO 44484
254 FONDERLAC SE                             (330) 369-4611
WARREN, OH 44484
HOME: 330-394-9453 BUS: 330-743-4507     PAGE 1

SERVICE ADVISOR:   2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|---|
| PEL INFERN | 00 | CHRYSLER 300M | | 2C3HE66G2YH132880 | | 13626/13627 | T8234 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | 16:00 03MAY01 | | 60.00 | CASH | 03MAY2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: ENG:3.5_Liter_24V_SOHC_Alum_Blk |
|---|---|---|
| 08:47 03MAY01 | 10:43 03MAY01 | |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|

A LUBE, OIL AND FILTER
   110 LUBE, OIL AND FILTER
      2055 PUTNAM, BRIAN LIC#: 7439
         CCP     0.30   480    950                 9.50    9.50
      1 5281090 FILTER-ENGINE
        OIL             390    729    0    7.29    7.29    7.29
      6 OIL VALVOLINE OIL      540    810    0    1.35    1.35    8.10
B TIRE ROTATION
   F6-M TIRE ROTATION
      2055 PUTNAM, BRIAN LIC#: 7439
         CCP     0.40   640   1595              15.95   15.95
C CUST. STATES SUNROOF SQUEAKS W/OPENED OR CLOSED
CAUSE:
     23306540 GLASS, SUNROOF-Adjust (C)
      2055 PUTNAM, BRIAN LIC#: 7439
         WCP4    0.20   320   1116             11.16   11.16
   FC: PART#: COUNT:
   CLAIM TYPE:
   AUTH CODE:
   7439
                    0     0 TPARTS
                320   1116 TLABOR
BODY SHOP MATERIALS       0    255                        2.55
                     "THANK YOU"
        THE QUALITY PARTS YOU NEED
    THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
               ALWAYS AT
         PRESTON AUTO MALL INC.
            SERVICE HOURS
    MON THRU FRI 7:30 TO 6:00    SAT 8:00 TO 1:00

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 46000 | 2545 | 1120 | | 46700 | 729 | 390 | |
| 49100 | 810 | 540 | | 46200 | 1116 | 320 | |

| | DESCRIPTION | TOTALS |
|---|---|---|
| **METHOD OF PAYMENT** | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| **CASH** ☐ | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| **CREDIT CARD** ☐ | TOTAL CHARGES | |
| | LESS ADJ / DIS | |
| **CHECK** ☐ NO. ____ | SALES TAX | |
| **OTHER** ☐ | PLEASE PAY THIS AMOUNT | |

**FILE COPY**

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5786

93460
TECHNICIAN COPY

**PRESTON**
*Auto Mall*

CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW.

SERVICE ADVISOR:

| COLOR | TECH | MAKE/MODEL | | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|---|---------|---------------|-----|

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|----------|----------|--------|------|---------|-----------|

| R/O OPENED | READY | OPTIONS: |

#A          COP    LUBE, OIL AND FILTER

#B          #55    COP   CORE CHARGE

#C

33306400

Yd.BC
(V)
4084

$4.94

EXCLUSION OF WARRANTIES

AUTHORIZATION FOR REPAIRS

PAID MAY - 3 2001



L.O.F

ROTATION

(SUNROOF SQUEAKS)
LUBED SUNROOF TRACK AND MOLDING
RECHECKED FOUND OK.

```
+----------------VEHICLE INFORMATION PLUS SUMMARY REPORT-----------------+
|                                                                        |
| 05/03/2001 08:17      PRESTON CHRYSLER PLYMOUTH BMW          PAGE  1    |
+------------------------------------------------------------------------+
|   VIN: 2C3HE66G2YH132880  WCC: 336     Current Odometer: 13626 Miles    |
| Yr/Model: 2000 CHRYSLER 300M FOUR-DOOR SEDAN    In-Serv Date: 08/28/1999|
+------------------------------------------------------------------------+
|                          -----VEHICLE SUMMARY---------------           |
|                                                                        |
| BodyStyle: LHYS41              Build Date: 08/19/1999    Hour: 23       |
|   Color 1: PEL  - Inferno Red Tinted Pearl Coat                        |
|         2: QELS - Inferno Red Tinted Pearl Coat                        |
|   Engine: Engine - 3.5L High Output V6 24V MPI           BOOK: F       |
|    Trans: Transmission - 4-Speed Automatic             CARLINE: L      |
|   Seller: 68662 PRESTON CHRYSLER PLYMOU       Zone: 43                 |
|     Address: 3843 YOUNGSTOWN ROAD SE                                   |
|        City: WARREN                                                    |
| State/Province: OH  Desc: OHIO                                         |
|   Postal Code: 444842895                                               |
|     Country: USA  Desc: UNITED STATES                                  |
|       Phone: 330.369.4611                                              |
| Sale Type: L-BROKER          Last Odometer:  10478 Miles on 12/01/2000 |
|                                                                        |
+-----------------------CUSTOMER NAME AND ADDRESS------------------------+
|                                                                        |
| **** CURRENT OWNER NAME ****                                           |
|       Title Code: 03 MISS                                              |
|       First Name: DONNA                                                |
|   Preferred Name:                                                      |
|   Middle Initial:                                                      |
|        Last Name: ROBERTS                                              |
|          Address: 254 FONDERLAC ST SE                                  |
|             City: WARREN                                               |
|   Province/State: OH OHIO                                              |
| Postal Code:    444842157                                              |
|   Phones - Home: 3306097812          Bus:                              |
|            Fax:                                                        |
|   Language Pref: 010 ENGLISH                                           |
|        Country: USA UNITED STATES                                      |
|                                                                        |
+------------------------ORIGINAL OWNER NAME----------------------------+
|                                                                        |
|     First Name: DONNA                                                  |
|   Middle Initial:                                                      |
|      Last Name: ROBERTS                                                |
|                                                                        |
+------------------SERVICE HISTORY (LAST  24 MONTHS)--------------------+
|                                                                        |
| Repair Date  Dealer/Payee              Claim #    Transaction Type     |
| 12/01/2000  68662-PRESTON CHRYSLER PLYMOUT  888410   WARRANTY APPEAL   |
|       LOP: 08522004 4D sedan-Van-Wagon-Front door-Right or left        |
| 11/16/2000  68662-PRESTON CHRYSLER PLYMOUT  883520   WARRANTY REPAIR   |
|       LOP: 08607005  Front door-Right or left                         |
| 02/04/2000  68662-                          788420   WARRANTY REPAIR   |
|       LOP: 08802802  KEYLESS ENTRY                                     |
| 02/03/2000  68662-PRESTON CHRYSLER PLYMOUT  787920   WARRANTY REPAIR   |
|       LOP: 08900103  FUSES                                            |
|       LOP: 08607004  SPEAKER INFINITY                                 |
|       LOP: 08802803  KEYLESS ENTRY                                    |
| 02/03/2000  68662-PRESTON CHRYSLER PLYMOUT  787921   RECALL REPAIR     |
|       LOP: 08857182  RECALL                                           |
| 10/29/1999  68662-PRESTON CHRYSLER PLYMOUT  759230   WARRANTY REPAIR   |
|       LOP: 08281001  ELEMENT LIGHTER                                  |
| 08/28/1999  68662-PRESTON CHRYSLER PLYMOUT  XJH095   MISC. TRANSACTION |
|       LOP: NO LOP   NO LOP DESC FOUND                                 |
```

```
08/25/1999   68662-PRESTON CHRYSLER PLYMOUT  PREPNV     PREPARATION
         LOP: 95900040  ROAD READY
         LOP: 95900045  ROAD READY

+---------------------WARRANTY COVERAGE SUMMARY---------------------+

WCC: 336      ------ Original ----- - Deduct --Expires-  ----- Remaining ------
      BASIC: 36 Mos or  36000 Miles        0 08/28/2002  15 Mos or  22374 Miles
 POWERTRAIN: 36 Mos or  36000 Miles        0 08/28/2002  15 Mos or  22374 Miles
PERFORATION: 60 Mos or 100000 Miles        0 08/28/2004  39 Mos or  86374 Miles
  EMISSIONS: 36 Mos or  36000 Miles        0 08/28/2002  15 Mos or  22374 Miles
ADJUSTMENTS: 36 Mos or  36000 Miles        0 08/28/2002  15 Mos or  22374 Miles
  AIR COND.: 36 Mos or  36000 Miles        0 08/28/2002  15 Mos or  22374 Miles
EX.FED.EMIS: 96 Mos or  80000 Miles        0 08/28/2007  75 Mos or  66374 Miles


In-Service Odometer:    4 Miles        Roadside Assistance      : YES
Master Shield    : N/A                 Transferable - Warranty  : N/A
Veh. Restrictions : NO RESTRICTIONS            - Service Contract: NO

*** Above info has been adjusted in accordance to local laws ***

+-------------------CURRENT VEHICLE TRANSFER INFORMATION--------------------+

Restrictions: NO RESTRICTIONS
          WARRANTY ODOMETER LEFT: 62.150 %   TIME LEFT: 43.978 %

WCC        MODEL YRS   BASIC   POWERTRAIN   DED  RUST PROTECTION
336        1995-96     3/36      3/36        0      7/100
           1997        3/36      3/36        0      5/100
          WARRANTY COVERAGE GOES WITH THE VEHICLE. INFORM DAIMLER-
          CHRYSLER OF ANY SUESEQUENT OWNER'S NAME AND ADDRESS CHANGES USING
          'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' ON THE VIP UPDATE MENU.

NO SERVICE CONTRACTS FOR THIS VEHICLE

Use 'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' on the VIP update menu to xfer.

+-----------------------------SERVICE CONTRACT-----------------------------+

     NO SERVICE CONTRACTS FOR THIS VEHICLE

+----------------------------RECALL INFORMATION----------------------------+

 Recall                                   Launch      Repair
 Number   Description                     Date        Date
 -------------INCOMPLETE RECALLS---------------
     ** NO INCOMPLETE RECALLS **

 -------------COMPLETE RECALLS---------------
 857      INCORRECT VTA,OTIS,ACT OPERATION  01/24/2000  02/03/2000
 957      OWNER'S MANUAL ADDENDUM           11/06/2000  12/15/2000

+----------------------------OPEN CAIR SUMMARY-----------------------------+

     NO OPEN CAIRS FOR INQUIRING DEALER FOR THIS VEHICLE

+------------------------E N D   O F   R E P O R T-------------------------+
```

398C

20529

6w888410w

ACCOUNTING

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-394-9453 BUS: 330-743-4507

PAGE 1

SERVICE ADVISOR: 2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| PEL INFERN | 00 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 10478/10479 | T6358 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | 16:00 01DEC00 | | 58.00 | CASH | 04DEC2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: ENG:3.5_Liter_24V_SOHC_Alum_Blk |
|---|---|---|
| 12:07 01DEC00 | 17:45 04DEC00 | |

LINE OPCODE TECH TYPE A/HRS S/HRS    COST    SALE  COMP    LIST      NET      TOTAL
A CUST. STATES FRT. WINDOW NOISY
CAUSE: .
    23341009 REPLACE PASS. FRT. WINDOW REGULATOR
        2080 DIKUN,ROBERT LIC#: 3468
            WCP4      0.50    800    2790                27.90    27.90
    1 4574092AO
    REGULATOR-FRONT DOOR WIND  6100   8540    0 102.00   85.40    85.40
    FC: 07
    PART#: 4574092AO
    COUNT:
    CLAIM TYPE:
    AUTH CODE:
    3468
                              6100    8540 TPARTS
                               800    2790 TLABOR
B CUST. STATES FRT. PLATE HOLDER BROKEN
    SOP SPECIAL PARTS ORDERED
    9999 SUBLET LIC#: 9999
        CCP    0.00      0       0       0            0.00     0.00
                            "THANK YOU"
                THE QUALITY PARTS YOU NEED
        THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                      ALWAYS AT
                PRESTON AUTO MALL INC.
                    SERVICE HOURS
        MON THRU FRI 7:30 TO 6:00  SAT 8:00 TO 1:00

ACCOUNT   SALE    COST    CONTROL    ACCOUNT   SALE    COST    CONTROL
46200     2790     800               48000     8540    6100
46000        0       0               26300    11330  *******
22500        0  *******

     COST, SALE, & COMP TOTALS    6900   11330     0

| | DESCRIPTION | TOTALS |
|---|---|---|
| **METHOD OF PAYMENT** | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| CASH ☐ | SUBLET AMOUNT | 0.00 |
| | MISC. CHARGES | 0.00 |
| CREDIT CARD ☐ | TOTAL CHARGES | 0.00 |
| | LESS ADJ / DIS | 0.00 |
| CHECK ☐ NO. ___ | SALES TAX | 0.00 |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | 0.00 |

FILE COPY

88841
TECHNICIAN COPY

PRESTON
*Auto Mall*

CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3848 YOUNGSTOWN RD. WARREN, OHIO  44484
(330) 369-4611

CUSTOMER #:10529
DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME:330-394-P453  BUS:330-743-4507

PAGE 1

SERVICE ADVISOR: 0006 COOPER, GARRY

| COLOR | YEAR | MAKE MODEL | VIN | LICENSE | MILEAGE IN | OUT | TAG |
|-------|------|-----------|-----|---------|-----------|-----|-----|
| RED INFERNO | 00 | CHRYSLER 300M | 203HEG52VH 10653 | | 6479 | | |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| | | | | | | | |

| R.O. OPENED | READY | OPTIONS | | | |
|-------------|-------|---------|---|---|---|

# A

LQ - 23-34-10-09    OS

FC. 07

# B     OCP  CUST. STATES FRT. PLATE HOLDER BROKEN

Parts Returned

Name

Date  12/1/00

Parts Ordered

Name

Date  12/1/00

### EXCLUSION OF WARRANTIES

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased, and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to, any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

### AUTHORIZATION FOR REPAIRS

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damage from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE $

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|------|------|-----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THIS REVISED ESTIMATE

DiD Replace Right Door Window
Regulator And Adjust

DiD Order Front Bracket for
Licence Plate

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. | TIME | OFF | 5 |
|---|---|---|---|---|---|
| | .05 | 80 | | ON | |

88841

FLAG

FLAG

FLAG

**PRESTON**
*Auto Mall*
Nobody Sells for Less

CHRYSLER-PLYMOUTH-BMW-JEEP
3843 YOUNGSTOWN RD/WARREN, OHIO 44484
Phone (330) 369-4611
(330) 743-5431

CUSTOMER'S
CONTACT  _Bary_

NAME  _Donna Roberts_

ADDRESS  _254 Fonda-lac Sc_

CITY/STATE  _Warren  OH_

ZIP  _44484_

| WORK ☐  OR DAYTIME ☐  PHONE | EVENING ☐  OR HOME ☐  PHONE | REPAIR ORDER |
|---|---|---|
| (    ) | (    ) | 88841 |

| ORDER DATE | ESTIMATED ARRIVAL | URGENCY DESCRIPTION | | |
|---|---|---|---|---|
| /   / | /   / | | | |

| VEHICLE ID NUMBER | | PRODUCTION DATE | COLOR | TRIM |
|---|---|---|---|---|
| | | /   / | | |

| QTY | PART NUMBER | DESCRIPTION | NOTES |
|---|---|---|---|
| 1 | ~~4573~~ | | |
| | 4574923 | Bracket | |

| 1ST NOTIFICATION DATE | BY: | 2ND NOTIFICATION DATE: | BY: | DATE CARD MAILED | BY: |
|---|---|---|---|---|---|
| | | | | | |

WHITE - CUSTOMER COPY    CANARY - ORIGINATING DEPT. COPY    PINK - PARTS MONITORING
GOLD - ARRIVAL NOTICE    TAG - CUSTOMER NOTIFICATION

FORM RL-177N (12/94)    Reynolds and Reynolds    ORDER TOLL FREE 1-800-344-0596    FAX: 1-800-531-9016

398D

20529　　　　　　　6w883520w

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-394-9453 BUS: 330-743-4507

ACCOUNTING

PAGE 1

SERVICE ADVISOR: 2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| PEL INFERN | 00 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 10161/10162 | T6147 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------------|-----------|------------|----------|--------|------|---------|-----------|
| 28AUG1999 | | | 16:00 16NOV00 | | 58.00 | CASH | 27NOV2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: | ENG:3.5_Liter_24V_SOHC_Alum_Blk |
|----------------|------------------------|----------|--------------------------------|
| 12:17 16NOV00 | 15:46 27NOV00 | | |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|------|--------|------|------|-------|-------|------|------|------|------|-----|-------|

A CUST. STATES LEFT SPEAKER CRACKLES
CAUSE: .
　　08607005 SPEAKERS, INFINITY/SOUND SYSTEM-Test and
　　　replace(B)
　　　　2080 DIKUN,ROBERT LIC#: 3468
　　　　　　WCP4　0.20　320　1116　　　　　　11.16　11.16
　　　1 4760374AB SPEAKER-FRONT
　　　DOOR　　　　　　　　2750　3850　0　46.00　38.50　38.50
　　　FC: 68
　　　PART#: 4760374AB
　　　COUNT:
　　　CLAIM TYPE:
　　　AUTH CODE:
　　　3468
　　　　　　　　　　　　2750　3850 TPARTS
　　　　　　　　　　　　320　1116 TLABOR
B CUST. STATES BOTH FRT. WINDOWS NOISY
　　SOP SPECIAL PARTS ORDERED
　　　　9999 SUBLET LIC#: 9999
　　　　　　CCP　0.00　0　0　　　　0.00　0.00
C CHECK TIRES FOR ROTATION
　　SEE NOT NEEDED
　　　　9999 SUBLET LIC#: 9999
　　　　　　CCP　0.00　0　0　　　　0.00　0.00
D CHECK COOLANT FOR WINTER
　　SEE GOOD TO 40 BELOW
　　　　9999 SUBLET LIC#: 9999
　　　　　　CCP　0.00　0　0　　　　0.00　0.00

| | DESCRIPTION | TOTALS |
|---|-------------|--------|
| METHOD OF PAYMENT | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| CASH ☐ | SUBLET AMOUNT | |
| CREDIT CARD ☐ | MISC. CHARGES | |
| | TOTAL CHARGES | |
| CHECK ☐ NO. ___ | LESS ADJ / DIS | |
| | SALES TAX | |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | |

FILE COPY

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5795

20529                      6w883520w              **PRESTON AUTO MALL**
                                                  CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
DONNA ROBERTS                       ACCOUNTING            3843 YOUNGSTOWN RD.
DONNA ROBERTS                                              WARREN, OHIO 44484
254 FONDERLAC SE                                            (330) 369-4611
WARREN, OH 44484                       PAGE 2
HOME: 330-394-9453 BUS: 330-743-4507
                                    SERVICE ADVISOR:  2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| PEL INFERN | 00 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 10161/10162 | T6147 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | 16:00 16NOV00 | | 58.00 | CASH | 27NOV2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: | ENG:3.5_Liter_24V_SOHC_Alum_Blk |
|---|---|---|---|
| 12:17 16NOV00 | 15:46 27NOV00 | | |

LINE OPCODE TECH TYPE A/HRS S/HRS    COST    SALE   COMP    LIST     NET     TOTAL
                                  "THANK YOU"
                        THE QUALITY PARTS YOU NEED
                THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                              ALWAYS AT
                        PRESTON AUTO MALL INC.
                            SERVICE HOURS
                  MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00

ACCOUNT   SALE    COST      CONTROL    ACCOUNT   SALE    COST      CONTROL
46200     1116    320                  48000     3850    2750
46000     0       0                    26300     4966    ******
22500     0       ******

COST, SALE, & COMP TOTALS      3070    4966      0

| METHOD OF PAYMENT | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| CASH ☐ | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| CREDIT CARD ☐ | MISC. CHARGES | 0.00 |
| | TOTAL CHARGES | 0.00 |
| CHECK ☐ NO. ___ | LESS ADJ / DIS | 0.00 |
| | SALES TAX | 0.00 |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | 0.00 |

**FILE COPY**



**PRESTON**
*Auto Mall*
Nobody Sells for Less

**CHRYSLER-PLYMOUTH-BMW-JEEP**
3843 YOUNGSTOWN RD/WARREN, OHIO 44484
Phone (330) 369-4611
(330) 743-5431

CUSTOMER'S CONTACT _BOB_

NAME _DONNA ROBERTS_

ADDRESS _254 FONDERLAC SE_

CITY/STATE _WARREN, OH_

ZIP _44484_

| WORK ☐ | OR DAYTIME ☐ | PHONE | EVENING ☐ | OR HOME ☐ | PHONE | REPAIR ORDER |
|---|---|---|---|---|---|---|
| (330 394 9453 | | | ( ) | | | 88352 |

| ORDER DATE | ESTIMATED ARRIVAL | | URGENCY DESCRIPTION |
|---|---|---|---|
| 11/16/00 | / | / | |

| VEHICLE ID NUMBER | | PRODUCTION DATE | COLOR | TRIM |
|---|---|---|---|---|
| 2YH132880 | | / / | | |

| QTY | PART NUMBER | DESCRIPTION | NOTES |
|---|---|---|---|
| 1 | 4574092A0 | REGULATOR | |

| 1ST NOTIFICATION DATE | BY: | 2ND NOTIFICATION DATE: | BY: | DATE CARD MAILED | BY: |
|---|---|---|---|---|---|

WHITE - CUSTOMER COPY    CANARY - ORIGINATING DEPT. COPY    PINK - PARTS MONITORING
GOLD - ARRIVAL NOTICE    TAG - CUSTOMER NOTIFICATION

FORM RL-117N (12/94)                    Reynolds and Reynolds    ORDER TOLL FREE: 1-800-344-0996   FAX: 1-805-531-6055

8 8 3 5 2
TECHNICIAN COPY
WORKORDER
PAGE 1

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

CUSTOMER #:20509
DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME:330-394-2453  BUS:330-743-4507

SERVICE ADVISOR: 0106 POCHER, BARRY

| COLOR | YEAR | MAKE MODEL | | VIN | LICENSE | MILEAGE IN OUT | TAG |
|---|---|---|---|---|---|---|---|
| RED INFERNO | 00 | CHRYSLER 300M | | 2C3HE66G02VH132990 | | | 5614T |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 26AUG1999 | | | 16:00 16NOV01 | | 55.00 | CASH | |

| R.O. OPENED | READY | OPTIONS: | ENG:3.5 LITER | | | | |
|---|---|---|---|---|---|---|---|

| LINE OP CODE | TECH CODE | DESCRIPTION | CUSTOMER... |
|---|---|---|---|
| # A | | WCPA | CUST. STATES LEFT SPEAKER CRACKLE |

Lo. 08-60-70-05    02

Fc 68

# B          OCP    CUST. STATES BOTH FRT. WINDOWS NOISY

# C          OCP    CHECK TIRES FOR ROTATION

# D          OCP    CHECK COOLANT FOR WINTER    -50° F

**Parts Ordered**
Name _Scott_
Date _11-16-02_

**Parts Returned**
Name _Scott_
Date _11-16-02_

N/C

**EXCLUSION OF WARRANTIES**
ALL warranties on the parts and accessories sold hereby, are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, expressed or implied and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased, and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer include but are not limited to any warranties that such parts and/or accessories are of merchantable quality, or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

**AUTHORIZATION FOR REPAIRS**
Hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delay caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereof. The dealership not responsible for articles left in vehicle due to loss of articles.

PRELIMINARY ESTIMATE $

AUTHORIZED BY

| REVISED ESTIMATE 1 | DATE | TIME | BY |
|---|---|---|---|
| REVISED ESTIMATE 2 | | | |
| REVISED ESTIMATE 3 | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATE(S)

X

| PARTS | | PARTS | |
|---|---|---|---|
| QTY. | PART # | QTY. | PART # |
| | | | |

MECHANIC'S NAME & NUMBER

REPLACE DRIVERS DOOR SPEAKER

Order Pass. Window Regulator

NO NEED ROTATION

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R.O. NO. | TIME | OFF |
|---|---|---|---|---|
| | 122 80 | 88352 | | ON |

ANTIFREEZE -50°



398E      20529                    6w878740w        **PRESTON AUTO MALL**
                                                    CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
                                   ACCOUNTING       3843 YOUNGSTOWN RD.
DONNA ROBERTS                                       WARREN, OHIO 44484
DONNA ROBERTS                                       (330) 369-4611
254 FONDERLAC SE
WARREN, OH 44484                   PAGE 2
HOME: 330-394-9453 BUS: 330-743-4507
                                   SERVICE ADVISOR:  2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|---|
| PEL_INFERN | 00 | CHRYSLER 300M | | 2C3HE66G2YH132880 | | 9868/9868 | T4967 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | 16:00 02NOV00 | | 58.00 | CASH | 03NOV2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: | ENG:3.5_Liter_24V_SOHC_Alum_Blk |
|---|---|---|---|
| 12:58 02NOV00 | 14:40 02NOV00 | | |

LINE OPCODE TECH TYPE A/HRS S/HRS   COST   SALE   COMP   LIST   NET   TOTAL
99100       494    *******

COST, SALE, & COMP TOTALS    1410    2584    0

| METHOD OF PAYMENT | | DESCRIPTION | TOTALS |
|---|---|---|---|
| | | LABOR AMOUNT | 9.50 |
| | | PARTS AMOUNT | 15.39 |
| CASH ☐ | | GAS, OIL, LUBE | 0.00 |
| CREDIT CARD ☑ | ✓ | SUBLET AMOUNT | 0.00 |
| | | MISC. CHARGES | 0.95 |
| CHECK ☐ NO. | | TOTAL CHARGES | 25.84 |
| OTHER ☐ | | LESS ADJ / DIS | 4.94 |
| | | SALES TAX | 1.42 |
| | | PLEASE PAY THIS AMOUNT | 22.32 |

FILE COPY                    PAID NOV -3 2000

20529                    6w878740w              **PRESTON AUTO MALL**
                                                CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
DONNA ROBERTS                   ACCOUNTING      3843 YOUNGSTOWN RD.
DONNA ROBERTS                                   WARREN, OHIO 44484
254 FONDERLAC SE                                (330) 369-4611
WARREN, OH 44484                  PAGE 1
HOME: 330-394-9453 BUS: 330-743-4507
                                SERVICE ADVISOR:  2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| PEL INFERN | 00 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 9868/9868 | T4967 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | 16:00 02NOV00 | | 58.00 | CASH | 03NOV2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS:  ENG:3.5_Liter_24V_SOHC_Alum_Blk |
|---|---|---|
| 12:58 02NOV00 | 14:40 02NOV00 | |

```
LINE OPCODE TECH TYPE A/HRS S/HRS   COST    SALE  COMP    LIST     NET    TOTAL
A LUBE, OIL AND FILTER
    110 LUBE, OIL AND FILTER
         2080 DIKUN,ROBERT LIC#: 3468
                    CCP   0.30   480    950                   9.50     9.50
       1 5281090 FILTER-ENGINE
         OIL                     390    729    0   7.29      7.29     7.29
       6 OIL VALVOLINE OIL       540    810    0   1.35      1.35     8.10
B CHECK TIRE PRESSURES
    SEE CHECK REAR TIRE PRESSURES; CANNOT CHECK FRT.
       TIRES-VALVE STEM CAPS WON'T COME OFF-HAVE TO
       BREAK DOWN TIRES TO REPLACE VALVE STEMS
       9999 SUBLET LIC#: 9999
                    CCP   0.00     0      0              0.00     0.00
C CUST. STATES DR. FRT. WINDOW NOISY
    SEE LUBE CHANNELS
       9999 SUBLET LIC#: 9999
                    CCP   0.00     0      0              0.00     0.00
D CUST. STATES DR. SIDE SPEAKER CRACKLES
    SOP SPECIAL PARTS ORDERED
       9999 SUBLET LIC#: 9999
                    CCP   0.00     0      0              0.00     0.00
SHOP MATERIALS                    0     95                        0.95
                              "THANK YOU"
                    THE QUALITY PARTS YOU NEED
                THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                            ALWAYS AT
                      PRESTON AUTO MALL INC.
                          SERVICE HOURS
                MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00
```

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 46000 | 950 | 480 | | 46700 | 729 | 390 | |
| 49100 | 810 | 540 | | 6104 | 95 | 0 | |
| 32400 | 142 | 0 | | 22500 | 2232 | ******* | 87874 |

| METHOD OF PAYMENT | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| CASH ☐ | SUBLET AMOUNT | |
| CREDIT CARD ☐ | MISC. CHARGES | |
| | TOTAL CHARGES | |
| CHECK ☐ NO. | LESS ADJ / DIS | |
| | SALES TAX | |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | |

FILE COPY

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5801

CUSTOMER #:00629
DONNA ROBERTS
DONNA ROBERTS
254 HOMEWOOD SE
WARREN, OH 44484
HOME:330-394-9463 BUS:330-743-4507

87874
TECHNICIAN COPY
WORKORDER

PAGE 1

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD., WARREN, OHIO 44484
(330) 369-4611

SERVICE ADVISOR: 2126 RICKER, BARRY

| COLOR | YEAR | MAKE MODEL | VIN | LICENSE | MILEAGE IN OUT | TAG |
|---|---|---|---|---|---|---|
| RED INFERN | 00 | CHRYSLER 300M | 2C3HE66G0YH130661 | | 9969 | T4967 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16AUG1999 | | | 16:30 02NOV00 | | 55.00 | CASH | |

| R.O. OPENED | READY | OPTIONS: ENG:3.5 LITER 24V SOHC ALUM BLK |
|---|---|---|
| 02NOV2000 10:58 | | |

LINE OP CODE TECH TYPE DESCRIPTION INSTRUCTIONS

# A 110        COP    LUBE, OIL AND FILTER          DID LOF  BELTS OK.

# B            COP    CHECK TIRE PRESSURES          2 FRONT VALVE CAPS WILL NO
                                                    COME  OFF  VALVE STEM.
                                                    4 REAR TIRES  32 PSI.

# C            COMP4  CUST. STATES DR. FRO. WINDOW NOISY     LUBE WINDOW
                                                            TRACKS

# D            COMP4  CUST. STATES DR. SIDE SPEAKER RATTLES

Parts Ordered          Pd.50

Name

Date       8/1/20

22.32

PRELIMINARY ESTIMATE

EXCLUSION OF WARRANTIES
Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties including warranties of merchantability, or fitness for a particular purpose, with regard to the parts and/or accessories purchased, and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such business. The undersigned purchaser further agrees that the warranties exclusion by dealer include but are not limited to any warranties that such parts and/or accessories are of merchantable quality, or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency or comfort.

AUTHORIZATION FOR REPAIRS
Hereby authorize the repair work herein set forth to be done along with the necessary materials and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. Hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership not responsible for damages from freezing due to lack of antifreeze.

AUTHORIZED BY X

| | DATE | TIME | BY |
|---|---|---|---|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | Preliminary | @ 4.94 | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT THE ABOVE NOTIFIED & I GAVE ORAL APPROVAL OF THESE ESTIMATES
X

PAID NOV -3 2000

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5802

| PARTS | | PARTS | |
|---|---|---|---|
| QTY. | PART # | QTY. | PART # |

**MECHANIC'S NAME & NUMBER**

DID LUBE OIL & FILTER CHANGE
FRONT TIRE CAN NOT TAKE OFF VALVE CAPS
REAR TIRES 32 PSI

**MECHANIC'S NAME & NUMBER**

CHECK WINDO NOISE

LUBE WINDOW TRACKS

**MECHANIC'S NAME & NUMBER**

ORDERED SPEAKER FOR LEFT
FRONT
DOOR.

FLAGS

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. | TIME | |
|---|---|---|---|---|
| | .03 80 | 37874 | | OFF |
| | | | | ON |

FLAG

FLAG

FLAG

```
+----------------VEHICLE INFORMATION PLUS SUMMARY REPORT----------------+
|                                                                       |
| 11/02/2000 12:51      PRESTON CHRYSLER PLYMOUTH BMW           PAGE  1  |
+-----------------------------------------------------------------------+
|   VIN: 2C3HE66G2YH132880   WCC: 336    Current Odometer:   9868 Miles  |
| Yr/Model: 2000 CHRYSLER 300M FOUR-DOOR SEDAN    In-Serv Date: 08/28/1999 |
+-------------------------------VEHICLE SUMMARY-------------------------+
|                                                                       |
|BodyStyle: LHYS41             Build Date: 08/19/1999    Hour: 23        |
| Color 1: PEL  - Inferno Red Tinted Pearl Coat                         |
|       2: QELS - Inferno Red Tinted Pearl Coat                         |
|  Engine:  Engine - 3.5L High Output V6 24V MPI            BOOK: F      |
|  Trans:  Transmission - 4-Speed Automatic               CARLINE: L    |
|   Seller: 68662 PRESTON CHRYSLER PLYMOU       Zone: 43                 |
|       Address: 3843 YOUNGSTOWN ROAD SE                                 |
|          City: WARREN                                                 |
|State/Province: OH  Desc: OHIO                                         |
|   Postal Code: 444842895                                              |
|       Country: USA  Desc: UNITED STATES                               |
|         Phone: 330.369.4611                                           |
|Sale Type: L-BROKER            Last Odometer:   3621 Miles on 02/04/2000|
|                                                                       |
+-------------------------CUSTOMER NAME AND ADDRESS---------------------+
|                                                                       |
|**** CURRENT OWNER NAME ****                                           |
|       Title Code: 03 MISS                                             |
|      First Name: DONNA                                                |
| Preferred Name:                                                       |
| Middle Initial:                                                       |
|       Last Name: ROBERTS                                              |
|         Address: 254 FONDERLAC ST SE                                  |
|            City: WARREN                                               |
| Province/State: OH OHIO                                               |
|Postal Code:    444842157                                             |
|   Phones - Home: 3303949453              Bus:                         |
|            Fax:                                                       |
| Language Pref: 010 ENGLISH                                            |
|        Country: USA UNITED STATES                                     |
|                                                                       |
+---------------------ORIGINAL OWNER NAME------------------------------+
|                                                                       |
|   First Name: DONNA                                                   |
| Middle Initial:                                                       |
|    Last Name: ROBERTS                                                 |
|                                                                       |
+--------------------SERVICE HISTORY (LAST  24 MONTHS)-----------------+
|                                                                       |
|Repair Date  Dealer/Payee            Claim #    Transaction Type       |
|02/04/2000   68662-PRESTON CHRYSLER PLYMOUT  788420    WARRANTY REPAIR  |
|     LOP: 08302802  Transmitter                                        |
|02/03/2000   68662-PRESTON CHRYSLER PLYMOUT  787920    WARRANTY REPAIR  |
|     LOP: 08900103  One or all                                         |
|     LOP: 08607004  Front door-Right or left                           |
|     LOP: 08802803  Batteries                                          |
|02/03/2000   68662-PRESTON CHRYSLER PLYMOUT  787921    RECALL REPAIR    |
|     LOP: 08857182  recall 857                                         |
|10/29/1999   68662-PRESTON CHRYSLER PLYMOUT  759230    WARRANTY REPAIR  |
|     LOP: 08281001  Element, cigar lighter                             |
|08/28/1999   68662-                 XJH095    MISC. TRANSACTION         |
|     LOP: NO LOP    NO LOP DESC FOUND                                   |
|08/25/1999   68662-PRESTON CHRYSLER PLYMOUT  PREPNV    PREPARATION      |
|     LOP: 95900040  ROAD READY                                         |
|     LOP: 95900045  ROAD READY                                         |
|                                                                       |
```

```
+--------------------------WARRANTY COVERAGE SUMMARY--------------------------+
|                                                                            |
|WCC: 336     ------ Original ----- - Deduct --Expires-  ----- Remaining -----|
|     BASIC: 36 Mos or  36000 Miles      0 08/28/2002  21 Mos or  26132 Miles |
| POWERTRAIN: 36 Mos or  36000 Miles      0 08/28/2002  21 Mos or  26132 Miles |
|PERFORATION: 60 Mos or 100000 Miles      0 08/28/2004  45 Mos or  90132 Miles |
|  EMISSIONS: 36 Mos or  36000 Miles      0 08/28/2002  21 Mos or  26132 Miles |
|ADJUSTMENTS: 36 Mos or  36000 Miles      0 08/28/2002  21 Mos or  26132 Miles |
|  AIR COND.: 36 Mos or  36000 Miles      0 08/28/2002  21 Mos or  26132 Miles |
|EX.FED.EMIS: 96 Mos or  80000 Miles      0 08/28/2007  81 Mos or  70132 Miles |
|                                                                            |
|                                                                            |
|In-Service Odometer:    4 Miles        Roadside Assistance       : YES       |
|Master Shield   : N/A                  Transferable - Warranty    : N/A      |
|Veh. Restrictions : NO RESTRICTIONS              - Service Contract: NO      |
|                                                                            |
|*** Above info has been adjusted in accordance to local laws ***            |
+--------------------CURRENT VEHICLE TRANSFER INFORMATION---------------------+
|                                                                            |
|Restrictions: NO RESTRICTIONS                                               |
|          WARRANTY ODOMETER LEFT: 72.588 %   TIME LEFT: 60.492 %            |
|                                                                            |
|WCC      MODEL YRS  BASIC   POWERTRAIN   DED  RUST PROTECTION               |
|336      1995-96    3/36      3/36        0      7/100                       |
|         1997       3/36      3/36        0      5/100                       |
|         WARRANTY COVERAGE GOES WITH THE VEHICLE. INFORM DAIMLER-           |
|         CHRYSLER OF ANY SUBSEQUENT OWNER'S NAME AND ADDRESS CHANGES USING   |
|         'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' ON THE VIP UPDATE MENU.    |
|                                                                            |
|NO SERVICE CONTRACTS FOR THIS VEHICLE                                       |
|                                                                            |
|Use 'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' on the VIP update menu to xfer. |
+----------------------------SERVICE CONTRACT--------------------------------+
|                                                                            |
|      NO SERVICE CONTRACTS FOR THIS VEHICLE                                  |
+----------------------------RECALL INFORMATION------------------------------+
|                                                                            |
| Recall                              Launch      Repair                      |
| Number   Description                Date        Date                        |
|-------------INCOMPLETE RECALLS---------------                               |
|     ** NO INCOMPLETE RECALLS **                                            |
|                                                                            |
|-------------COMPLETE RECALLS---------------                                 |
| 857      INCORRECT VTA,OTIS,ACT OPERATION  01/24/2000  02/03/2000          |
|                                                                            |
+----------------------E N D   O F   R E P O R T----------------------------+
```

# PRESTON
*Auto Mall*
Nobody Sells for Less

## CHRYSLER-PLYMOUTH-BMW-JEEP
3843 YOUNGSTOWN RD/WARREN, OHIO 44484
Phone (330) 369-4611
(330) 743-5431

CUSTOMER'S
CONTACT _Bob Berry_

NAME _Donna Roberts_

ADDRESS _254 Fonderlac SE_

CITY/STATE _Warren OH_

ZIP _44424_

| WORK ☐  OR DAYTIME ☐  PHONE<br>(     ) | EVENING ☐  OR HOME ☐  PHONE<br>(     ) | | REPAIR ORDER<br>_87874_ | |
|---|---|---|---|---|
| ORDER DATE<br>/   / | ESTIMATED ARRIVAL<br>/   / | URGENCY DESCRIPTION | | |
| VEHICLE ID NUMBER | | PRODUCTION DATE<br>/   / | COLOR | TRIM |
| QTY | PART NUMBER | DESCRIPTION | | NOTES |
| 1 | 4760374 | Speaker | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 1ST NOTIFICATION DATE | BY: | 2ND NOTIFICATION DATE: | BY: | DATE CARD MAILED | BY: |

WHITE - CUSTOMER COPY    CANARY - ORIGINATING DEPT. COPY    PINK - PARTS MONITORING
GOLD - ARRIVAL NOTICE    TAG - CUSTOMER NOTIFICATION

FORM NL-1177 (12/94)

Reynolds and Reynolds    ORDER TOLL FREE 1-800-344-0996   FAX 1-800-531-6055

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5806



398F          20529                          6w788420w          **PRESTON AUTO MALL**
                                                                CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
                                             ACCOUNTING           3843 YOUNGSTOWN RD.
DONNA ROBERTS                                                      WARREN, OHIO 44484
DONNA ROBERTS                                                        (330) 369-4611
254 FONDERLAC SE
WARREN, OH 44484                             PAGE 1
HOME: 330-609-7812 BUS:

                              SERVICE ADVISOR:  2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| PEL INFERN | 00 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 3621/3622 | |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | WAIT 04FEB00 | | 51.00 | CASH | 18FEB2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:2C0144 |
|---|---|---|
| 16:38 04FEB00 | 16:53 18FEB00 | ENG:3.5_Liter_24V_SOHC_Alum_Blk |

LINE OPCODE TECH TYPE A/HRS S/HRS    COST    SALE   COMP    LIST    NET    TOTAL
A CUST. STATES 1 REMOTE INOP.,
CAUSE: .
     08802802 TRANSMITTER, KEYLESS ENTRY-Replace (C)
        2059 TURNER, BRIAN LIC#: 5449
              WCP4      0.20    210    1078                  10.78   10.78
        1 4602268AB
        TRANSMTR-KEYLESS ENTRY    1775    2485    0   26.75   24.85   24.85
        FC: 58
        PART#: 4602268AB
        COUNT:
        CLAIM TYPE:
        AUTH CODE:
        5449

                         1775    2485 TPARTS
                          210    1078 TLABOR
                         "THANK YOU"
                THE QUALITY PARTS YOU NEED
           THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                       ALWAYS AT
                  PRESTON AUTO MALL INC.
                     SERVICE HOURS
              MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00

ACCOUNT   SALE    COST     CONTROL    ACCOUNT   SALE    COST     CONTROL
46200     1078    210                 48000     2485    1775
26300     3563    *******

     COST, SALE, & COMP TOTALS    1985    3563    0

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS ADJ / DIS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

METHOD OF PAYMENT

CASH ☐
CREDIT CARD ☐
CHECK ☐ NO.
OTHER ☐

FILE COPY

**PRESTON**
*Auto Mall*

78842
TECHNICIAN COPY
WORKORDER
PAGE 1

CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

CUSTOMER #:20529
DONNA ROBERTS
DONNA ROBERTS
254 TIMBERLANE SE
WARREN, OH 44484
HOME:330-469-7312 BUS:

SERVICE ADVISOR: 2026 ROCKER, BARRY

| COLOR | YEAR | MAKE MODEL | VIN | LICENSE | MILEAGE IN OUT | TAG |
|---|---|---|---|---|---|---|
| RED, CHERRY | 00 | CHRYSLER 300M | 2C3HE66G0YH132960 | | 3621/3608 | |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 03JAN2000 | | | ** WAITER ** | | 51.00 | CASH | |

| R.O. OPENED | READY | OPTIONS: STK:2C0144 |
|---|---|---|
| 04FEB2000 16:33 | | ENG:3.5 Liter 24V SOHC Alum Blk |

| LINE IS CODE TECH TYPE | DESCRIPTIONS/INSTRUCTIONS |
|---|---|
| = A | WCP  CUST. STATES 1 REMOTE INOP., |

#059  Tested  Remote   No Green, Replace
Remote / Reprogram

FC 58

Parts Returned

Name ~~signature~~

Date  02-04-00

**EXCLUSION OF WARRANTIES**

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased, and that in no event shall dealer be liable for incidental or consequential damages arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer include but are not limited to any warranties that such parts and/or accessories are of merchantable quality, or that they will enable any vehicle or its systems to perform with any particular standard of performance.

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE $ _____

AUTHORIZED BY  x

| | DATE | TIME | BY |
|---|---|---|---|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES.

X _____

Tested And found 1 Remote to
Not Be PROGRAM Had to Replace
Remote

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | P. O. NO | | TIME | OFF |
|---|---|---|---|---|---|
| | 0 2 | 59 | 78842 | | ON |

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5809



**PRESTON** Nobody Sells for Less

**PRESTON AUTO MALL**
(330) 369-4611
3843 Youngstown Road
**WARREN, OHIO 44484**

398G

| FLAT RATE HOUR | ACCESS CODE |
|---|---|
| $ PER. HR. | |
| BILL TO CUSTOMER NO. | R.O. CROSS REF. |

DISCLAIMER OF WARRANTIES
The seller, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

| | PARTS | LABOR | TOTAL |
|---|---|---|---|
| ORIGINAL ESTIMATE | | | |
| REVISED ESTIMATE | | | |
| REV. EST AUTH. BY | | DATE | |
| EMPLOYEE REC. AUTH | | TIME | |

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, or partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

YOU HAVE THE RIGHT TO AN ESTIMATE OF THE EXPECTED COST OF REPAIRS OR SERVICES.
INITIAL YOUR CHOICE

WRITTEN ESTIMATE — ORAL ESTIMATE — I DO NOT REQUEST AN ESTIMATE

LBS. GREASE @
QTS. OIL @
GALS. GAS @

| SPEC. ORDER PARTS DATE | SPEC. ORD. PARTS ORDER NO. | ORDERED BY |
|---|---|---|
| | | |

AUTHORIZATION CODE

| COST | QTY | PART NO. | DESCRIPTION | SALE |
|---|---|---|---|---|
| [redacted] | | | | |

SHOW LINE CODE (A-E) RELATING ALL PARTS TO F.C.

| CC | OPERATION | UNITS | FC | CC | INSTRUCTIONS | LABOR |
|---|---|---|---|---|---|---|
| | | | | | | |

ENTERED MAY 10 2000

PAID MAY - 4 2000

| | |
|---|---|
| INS. CO. | POLICY NO. EXP. |
| CONTACT | |
| OPERATOR | |
| BILL TO | |
| RES | BUS |

IN SVC. DATE

| | |
|---|---|
| VEH. TYPE | |
| SOLD BY | |
| PROMO | EXP — EXT. WARR. ☐ |
| SAVE PARTS ☐ | MFG. WARR. ☐ |
| CALL WHEN READY ☐ | DELY — MI |
| APPOINTMENT ☐ | |
| SERVICE ADVISOR | PROM |

STOCK NO.

VEH. DEL. ☐ RENTAL ☐

PAYMENT METHOD
AUTHORIZED BY
CUSTOMER P.O. NO.

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in part shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

CUSTOMER'S SIGNATURE

DONE BY TERRL

20529                                6w816090w

DONNA ROBERTS                                    ACCOUNTING
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-609-7812 BUS:                    PAGE 1

398H

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

SERVICE ADVISOR: 2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|---|
| PEL INFERN | 00 | CHRYSLER 300M | | 2C3HE66G2YH132880 | | 6488/6488 | T1402 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | 16:00 02MAY00 | | 58.00 | CASH | 04MAY2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:2C0144 |
|---|---|---|
| 10:24 02MAY00 | 12:22 02MAY00 | ENG:3.5_Liter_24V_SOHC_Alum_Blk |

```
LINE OPCODE TECH TYPE A/HRS S/HRS   COST    SALE   COMP    LIST      NET     TOTAL
A LUBE, OIL AND FILTER
     110 LUBE, OIL AND FILTER
          2008 LOUGH, RODNEY LIC#: 6247
                    CCP    0.30    450    950                       9.50      9.50
      1 5281090 FILTER-ENGINE
            OIL          390    729     0     7.29         7.29      7.29
      6 OIL VALVOLINE OIL      540    810     0     1.35         1.35      8.10
B TIRE ROTATION
     F6-M TIRE ROTATION
          2008 LOUGH, RODNEY LIC#: 6247
                    CCP    0.40    600   1595                      15.95     15.95
SHOP MATERIALS                       0    150                                 1.50
                            "THANK YOU"
                    THE QUALITY PARTS YOU NEED
             THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                          ALWAYS AT
                    PRESTON AUTO MALL INC.
                        SERVICE HOURS
             MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00
```

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 46000 | 2545 | 1050 | | 46700 | 729 | 390 | |
| 49100 | 810 | 540 | | 6104 | 150 | 0 | |
| 32400 | 233 | 0 | | 22500 | 3973 | ******* | 81609 |
| 99100 | 494 | ******* | | | | | |

*Pd. GC*
*Ck# 2151*

COST, SALE, & COMP TOTALS    1980    4234    0

| | DESCRIPTION | TOTALS |
|---|---|---|
| **METHOD OF PAYMENT** | LABOR AMOUNT | 25.45 |
| | PARTS AMOUNT | 15.39 |
| | GAS, OIL, LUBE | 0.00 |
| CASH ☐ | SUBLET AMOUNT | 0.00 |
| CREDIT CARD ☐ | MISC. CHARGES | 1.50 |
| | TOTAL CHARGES | 42.34 |
| CHECK ☐ NO. | LESS ADJ / DIS | 4.94 |
| OTHER ☐ | SALES TAX | 2.33 |
| | PLEASE PAY THIS AMOUNT | 39.73 |

FILE COPY

PAID MAY - 4 2000

81609
TECHNICIAN COPY
WORKORDER

PAGE 1

# PRESTON
*Auto Mall*

CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD, WARREN, OHIO 44484
(330) 369-4611

SERVICE ADVISOR: DICK PORTER, BARRY

| YEAR | MAKE MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|------|------------|-----|---------|----------------|-----|

| VENDOR | PROD DATE | WARR EXP | PROMISED | PO NO | RATE | PAYMENT | INV. DATE |
|--------|-----------|----------|----------|-------|------|---------|-----------|

OPTIONS

ENGINE_DIESEL_24_RCHG_ALUM_BLK

# A        CUS  LUBE, OIL AND FILTER

# B  97-A            CUS  TIRE ROTATION

*Pd. BC*
*Ck# 2151*
*$39.73.*

EXCLUSION OF WARRANTIES

AUTHORIZATION FOR REPAIRS

PRELIMINARY ESTIMATE

| AUTHORIZED BY | | DATE | TIME | BY |
|---------------|--|------|------|----|
| REVISED ESTIMATE | | | | |
| REVISED ESTIMATE | *Krauss total by $494* | | | |
| REVISED ESTIMATE | | | | |

*PAID MAY - 4 2000*

DID LUBE OIL &FILTER SERVICE

DID ROTATE TIRES

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. 81609 | | TIME | OFF | S |
|---|---|---|---|---|---|---|
| | 0  7 | EMP NO. 008 OPER. NO. | | | ON | |

20529  6w787920w

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-609-7812 BUS:

ACCOUNTING
398I
PAGE 3

SERVICE ADVISOR:  2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|---|-----|---------|-----------------|-----|
| PEL INFERN | 00 | CHRYSLER 300M | | 2C3HE66G2YH132880 | | 3619/3620 | T466 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------------|-----------|-----------|----------|--------|------|---------|-----------|
| 28AUG1999 | | | 16:00 04FEB00 | | 51.00 | CASH | 16FEB2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS:  STK:2C0144 |
|----------------|------------------------|---------------------|
| 10:18 03FEB00 | 16:38 16FEB00 | ENG:3.5_Liter_24V_SOHC_Alum_Blk |

LINE  OPCODE  TECH  TYPE A/HRS S/HRS    COST    SALE  COMP     LIST       NET      TOTAL

```
                              "THANK YOU"
                  THE QUALITY PARTS YOU NEED
            THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                          ALWAYS AT
                     PRESTON AUTO MALL INC.
                       SERVICE HOURS
         MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00
```

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---------|------|------|---------|---------|------|------|---------|
| 46000 | 950 | 315 | | 46700 | 729 | 390 | |
| 49100 | 675 | 450 | | 46200 | 5929 | 1155 | |
| 48000 | 994 | 710 | | 6104 | 95 | 0 | |
| 32400 | 134 | 0 | | 26300 | 6923 | ******* | |
| 22500 | 2224 | ******* | 78792 | 99100 | 359 | ******* | |

COST, SALE, & COMP TOTALS    3020   9372    0

| METHOD OF PAYMENT | DESCRIPTION | TOTALS |
|-------------------|-------------|--------|
| | LABOR AMOUNT | 9.50 |
| | PARTS AMOUNT | 14.04 |
| CASH ☐ | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| CREDIT CARD ☐ | MISC. CHARGES | 0.95 |
| | TOTAL CHARGES | 24.49 |
| CHECK ☐ NO. | LESS ADJ : DIS | 3.59 |
| | SALES TAX | 1.34 |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | 22.24 |

FILE COPY

```
            20529                    6w787920w        PRESTON AUTO MALL
                                                   CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
DONNA ROBERTS                        ACCOUNTING           3843 YOUNGSTOWN RD.
DONNA ROBERTS                                              WARREN, OHIO 44484
254 FONDERLAC SE                                            (330) 369-4611
WARREN, OH 44484                     PAGE 2
HOME: 330-609-7812 BUS:
                                     SERVICE ADVISOR:  2026 BARRY RICKER
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| PEL INFERN | 00 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 3619/3620 | T466 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------------|-----------|------------|----------|--------|------|---------|-----------|
| 28AUG1999 | | | 16:00 04FEB00 | | 51.00 | CASH | 16FEB2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: | STK:2C0144 |
|----------------|------------------------|----------|------------|
| 10:18 03FEB00 | 16:38 16FEB00 | ENG:3.5_Liter_24V_SOHC_Alum_Blk | |

```
LINE OPCODE TECH TYPE A/HRS S/HRS    COST     SALE  COMP    LIST      NET      TOTAL
                                    0       0 TPARTS
                                  210    1078 TLABOR
E CUST. STATES KEYLESS REMOTE INOP. (CUST. SUPPLIED ONLY 1 REMOTE)
CAUSE: .
    08802803 BATTERIES, KEYLESS ENTRY-Replace (C)
       2059 TURNER, BRIAN LIC#: 5449
          WCP4    0.20    210    1078                     10.78    10.78
    1 83504802
       BATTERY-TRANSMITTER        640     896    0  10.75   8.96     8.96
       FC:
       PART#: 83504802
       COUNT:
       CLAIM TYPE:
       AUTH CODE:
       5449
                                  640     896 TPARTS
                                  210    1078 TLABOR
H** RECALL 857 INCORRECT VTA, OTIS, ACT OPERATION
CAUSE: .
    08857182 REPROGRAM POWERTRAIN CONTROL MODULE
       2059 TURNER, BRIAN LIC#: 5449
          WCP4    0.50    525    2695                     26.95    26.95
       FC: PART#: COUNT:
       CLAIM TYPE:
       AUTH CODE:
       5449
                                    0       0 TPARTS
                                  525    2695 TLABOR
SHOP MATERIALS                      0      95                        0.95
```

| | | METHOD OF PAYMENT | DESCRIPTION | TOTALS |
|--|--|-------------------|-------------|--------|
| | | | LABOR AMOUNT | |
| | | | PARTS AMOUNT | |
| | | | GAS, OIL, LUBE | |
| | | CASH ☐ | SUBLET AMOUNT | |
| | | CREDIT CARD ☐ | MISC. CHARGES | |
| | | | TOTAL CHARGES | |
| | | CHECK ☐ NO. ___ | LESS ADJ / DIS | |
| | | | SALES TAX | |
| | | OTHER ☐ | PLEASE PAY THIS AMOUNT | |

```
                              FILE COPY
```

20529                    6w787920w              **PRESTON AUTO MALL**
                                                CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
DONNA ROBERTS                   ACCOUNTING              3843 YOUNGSTOWN RD.
DONNA ROBERTS                                            WARREN, OHIO 44484
254 FONDERLAC SE                                         (330) 369-4611
WARREN, OH 44484                     PAGE 1
HOME: 330-609-7812 BUS:

SERVICE ADVISOR:   2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | | TAG |
|---|---|---|---|---|---|---|---|---|
| PEL INFERN | 00 | CHRYSLER 300M | | 2C3HE66G2YH132880 | | 3619/3620 | | T466 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | 16:00 04FEB00 | | 51.00 | CASH | 16FEB2000 |

| DATE OF REPAIR | | CUSTOMER NOTIFIED DATE | OPTIONS: | STK:2C0144 |
|---|---|---|---|---|
| 10:18 03FEB00 | | 16:38 16FEB00 | ENG:3.5 Liter 24V SOHC Alum_Blk | |

| LINE OPCODE TECH TYPE A/HRS S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|
| A LUBE, OIL AND FILTER | | | | | | |
|    110 LUBE, OIL AND FILTER | | | | | | |
|       2059 TURNER, BRIAN LIC#: 5449 | | | | | | |
|         CCP   0.30 | 315 | 950 | | | 9.50 | 9.50 |
|    1 5281090 FILTER-ENGINE | | | | | | |
|       OIL | 390 | 729 | 0 | 7.29 | 7.29 | 7.29 |
|    5 OIL VALVOLINE OIL | 450 | 675 | 0 | 1.35 | 1.35 | 6.75 |
| B TIRE ROTATION | | | | | | |
|    SEE NOT NEEDED AT THIS TIME | | | | | | |
|      9999 SUBLET LIC#: 9999 | | | | | | |
|         CCP   0.00 | 0 | 0 | | | 0.00 | 0.00 |
| C CUST. STATES CIGARETTE LIGHTER INOP. | | | | | | |
| CAUSE: . | | | | | | |
|    08900103 FUSES-Test and replace (D) | | | | | | |
|      2059 TURNER, BRIAN LIC#: 5449 | | | | | | |
|         WCP4   0.20 | 210 | 1078 | | | 10.78 | 10.78 |
|    1 000ATM15 FUSE | 70 | 98 | 0 | 1.20 | 0.98 | 0.98 |
|      FC: 14 | | | | | | |
|      PART#: 000ATM15 | | | | | | |
|      COUNT: | | | | | | |
|      CLAIM TYPE: | | | | | | |
|      AUTH CODE: | | | | | | |
|      5449 | | | | | | |
| | 70 | 98 TPARTS | | | | |
| | 210 | 1078 TLABOR | | | | |
| D CUST. STATES DR. DOOR SPEAKER LOOSE | | | | | | |
| CAUSE: . | | | | | | |
|    08607004 ADJUST AND SECURE DR. DOOR SPEAKER | | | | | | |
|      2059 TURNER, BRIAN LIC#: 5449 | | | | | | |
|         WCP4   0.20 | 210 | 1078 | | | 10.78 | 10.78 |
|      FC: 67 PART#: COUNT: | | | | | | |
|      CLAIM TYPE: | | | | | | |
|      AUTH CODE: | | | | | | |
|      5449 | | | | | | |

| | DESCRIPTION | TOTALS |
|---|---|---|
| **METHOD OF PAYMENT** | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| CASH ☐ | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| CREDIT CARD ☐ | TOTAL CHARGES | |
| | LESS ADJ / DIS | |
| CHECK ☐ NO. ___ | SALES TAX | |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | |

**FILE COPY**

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5817

78792

TECHNICIAN COPY
WORKORDER

PAGE 1

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3943 YOUNGSTOWN RD. WARREN, OHIO  44484
(330) 369-4611

CUSTOMER #:00529
DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME:330-609-7613 BUS:

SERVICE ADVISOR: 2006 RICKER, BARRY

| COLOR | YEAR | MAKE MODEL | VIN | LICENSE | MILEAGE IN | OUT | TAG |
|-------|------|-----------|-----|---------|-----------|-----|-----|
| DEL INTERI | 00 | CHRYSLER 300M | 2C3HE66G2YH132460 | | 3619 | 3600 | T466 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|-------|------|---------|-----------|
| 15AUG1999 | | | 16:00 04FEB00 | | 51.00 | CASH | |

R.O. OPENED: 04FEB2000 10:15    READY:    OPTIONS: STK:2C0144
ENG:3.5_Liter_24V_SOHC_Alum_Blk

LINE OP CODE  TECH TYPE  DESCRIPTIONS/INSTRUCTIONS

# A  110       1FREE LUBE, OIL AND FILTER

3  D.d preform LOL

# B  FS-M        CCP   TIRE ROTATION

d.d not need

# C           WCP   CUST. STATES CIGARETTE LIGHTER INOP. (cigarette)

0.2  Tested + found fuse to be Bad  08900103
FC 14

# D           WCP   CUST. STATES DR. DOOR SPEAKER LOOSE

0.8  Adjust Door Speaker  Pd. BC
08607004  Clt# 2035
FC 67
22.24

PRELIMINARY ESTIMATE $ _____

**EXCLUSION OF WARRANTIES**

Any warranties on the parts and accessories sold hereby, are made by the manufacturer. The undersigned purchaser understands and agrees that Dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall Dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer include but are not limited to any warranties that such parts and/or accessories are of merchantable quality, or that they have, or shall have, any defects, or are fit to withstand to perform with reasonable effort, efficiency, or operation.

**AUTHORIZATION FOR REPAIRS**

Hereby, authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by obtaining parts or labor from any other source. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The customer is not responsible for damages from freezing due to lack of antifreeze.

AUTHORIZED BY X

| | DATE | TIME | BY |
|---|------|------|----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES

PAID FEB - 4 2000

| PARTS | | PARTS | | MECHANIC'S NAME & NUMBER |
|---|---|---|---|---|
| QTY. | PART # | QTY. | PART # | |

A

MECHANIC'S NAME & NUMBER

B

MECHANIC'S NAME & NUMBER

C

FLAGS

FLAG

MECHANIC'S NAME & NUMBER

D

FLAG

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R.O. NO. 78792 | | TIME | OFF | 5 |
|---|---|---|---|---|---|---|
| | 0 3 59 | EMP NO | OPER NO | | ON | |

FLAG

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R.O. NO. 78792 | | TIME | OFF | 2 |
|---|---|---|---|---|---|---|
| | 0 6 59 | EMP NO | OPER NO | | ON | |

FLAT

CUSTOMER #:20529
DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME:330-609-7612 BUS:

7 8 7 9 2
TECHNICIAN COPY
WORKORDER

PAGE 2

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO  44484
(330) 369-4611

SERVICE ADVISOR: 2026 RICKER, BARRY

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|---|
| RED INFERN | 00 | CHRYSLER 300M | | 2C3HE66G2YH132880 | | 3619/ | T466 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 16AUG1999 | | | 16:00 04FEB00 | | 51.00 | CASH | |
| R/O OPENED | | READY | OPTIONS: STK:2C0144 | | | | |
| 04FEB2000 10:14 | | | ENG:3.5_Liter_24V_SOHC_Alum_Blk | | | | |

| LINE ID CODE | TECH TYPE | DESCRIPTION/INSTRUCTIONS |
|---|---|---|
| # E | WOP | CUST. STATES KEYLESS REMOTE INOP. (CUST. SUPPLIED ONLY 1 REMOTE) |

Ricker Barry          08802803
                      FC  B2

| # F | CCP | CUST. REQUESTS AIR TIRES TO 31-32 LBS |

Air Tires to SPEC

| # G | CCP | SEND VEHICLE TO CARMEN W/DONE |

H          WCP  Ricar  857  Instruct VTA , OTIS , ACT CRUISE

048962410 AF

04896240 AG

.5

**EXCLUSION OF WARRANTIES**

All warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties or merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer include but are not limited to any warranties that such parts and/or accessories are of the merchantable quality or that they will satisfy any needs of any of its systems to perform with such reasonable skill, efficiency, or comfort.

**AUTHORIZATION FOR REPAIRS**

You are authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealer will not responsible for damages resulting from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE  $ _____

AUTHORIZED BY  X _____

| | DATE | TIME | BY |
|---|---|---|---|
| REVISED ESTIMATE (1): | | | |
| REVISED ESTIMATE (2): | | | |
| REVISED ESTIMATE (3): | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES:

X _____

| PARTS | | PARTS | | MECHANIC'S NAME & NUMBER |
|---|---|---|---|---|
| QTY. | PART # | QTY. | PART # | |

A

MECHANIC'S NAME & NUMBER

B

MECHANIC'S NAME & NUMBER

C

FLAGS

FLAG

MECHANIC'S NAME & NUMBER

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. 78 742 | TIME | OFF |
|---|---|---|---|---|
| | O 5 | SHP NO. 059 OPER. N. | | ON |

D

FLAG

FLAG

Remote *lcop*

Cigarette *lighter* DOES NOT WORK

eft S*peaker* DOOR FALL OUT

~~them~~

Oil CHANGE

rotate tires

fluids —

FREE

AIR UP TIRES
31 — 32 lbs

394 — 9753

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5822

```
+----------------VEHICLE INFORMATION PLUS SUMMARY REPORT----------------+
|                                                                       |
| 02/03/2000 10:15      PRESTON CHRYSLER PLYMOUTH BMW         PAGE  1    |
+-----------------------------------------------------------------------+
|    VIN: 2C3HE66G2YH132880  WCC: 336    Current Odometer:   3619 Miles  |
| Yr/Model: 2000 CHRYSLER 300M FOUR-DOOR SEDAN    In-Serv Date: 08/28/1999|
|                                                                       |
+----------------------------VEHICLE SUMMARY---------------------------+
|                                                                       |
| BodyStyle: LHYS41              Build Date: 08/19/1999   Hour: 23       |
|  Color 1: PEL  -   Inferno Red Tinted Pearl Coat                      |
|        2: QELS -   Inferno Red Tinted Pearl Coat                      |
|  Engine: EGG  NO ENGINE DESC. FOUND                        BOOK: F    |
|   Trans: DGXS NO TRANS DESC FOUND                       CARLINE: L    |
|  Seller: 68662 PRESTON CHRYSLER PLYMOU          Zone: 43              |
|      Address: 3843 YOUNGSTOWN ROAD SE                                 |
|          City: WARREN                                                 |
| State/Province: OH Desc: OHIO                                         |
|   Postal Code: 444842895                                              |
|       Country: USA  Desc: UNITED STATES                               |
|       Phone: 330.369.4611                                             |
| Sale Type: L-BROKER          Last Odometer:   1212 Miles on 10/29/1999 |
|  WARNING: CURRENT ODOMETER (  3619) SEEMS TOO HIGH.                    |
|  WARNING: OWNER'S LAST NAME WAS NOT ENTERED.                          |
|                                                                       |
+----------------------CUSTOMER NAME AND ADDRESS-----------------------+
|                                                                       |
| **** CURRENT OWNER NAME ****                                          |
|       Title Code: C7 MS                                               |
|       First Name: DONNA                                               |
|  Preferred Name:                                                      |
|  Middle Initial:                                                      |
|       Last Name: ROBERTS                                              |
|         Address: 254 FONDERLAC ST SE                                  |
|            City: WARREN                                               |
|  Province/State: OH OHIO                                              |
| Postal Code:     444842157                                            |
|   Phones - Home: 3306097812          Bus:                             |
|            Fax:                                                       |
|  Language Pref: 010 ENGLISH                                           |
|         Country: USA UNITED STATES                                    |
|                                                                       |
+-----------------------ORIGINAL OWNER NAME----------------------------+
|                                                                       |
|     First Name: DONNA                                                 |
|  Middle Initial:                                                      |
|    Last Name: ROBERTS                                                 |
|                                                                       |
+-----------------SERVICE HISTORY (LAST  24 MONTHS)--------------------+
|                                                                       |
| Repair Date  Dealer/Payee            Claim #     Transaction Type     |
| 10/29/1999   68662-PRESTON CHRYSLER PLYMOUT  759230    WARRANTY REPAIR|
|       LOP: 08281001   ELEMENT LIGHTER                                 |
| 08/28/1999   68662-PRESTON CHRYSLER PLYMOUT  XJH095   MISC. TRANSACTION|
|       LOP: NO LOPS                                                    |
| 08/25/1999   68662-PRESTON CHRYSLER PLYMOUT  PREPNV    PREPARATION    |
|       LOP: 95900040   REIMBURSE TRNSFR FEE                            |
|       LOP: 95900045   REIMBURSE TRNSFR FEE                            |
|                                                                       |
+---------------------WARRANTY COVERAGE SUMMARY------------------------+
|                                                                       |
| WCC: 336    ------ Original ----- - Deduct --Expires- ----- Remaining ------|
|                                   (USD)                               |
|     BASIC: 36 Mos or  36000 Miles     0 08/28/2002  30 Mos or  32381 Miles|
| POWERTRAIN: 36 Mos or  36000 Miles     0 08/28/2002  30 Mos or  32381 Miles|
```

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5823

```
|PERFORATION: 60 Mos or 100000 Miles     0 08/28/2004  54 Mos or  96381 Miles|
|  EMISSIONS: 36 Mos or  36000 Miles     0 08/28/2002  30 Mos or  32381 Miles|
|ADJUSTMENTS: 36 Mos or  36000 Miles     0 08/28/2002  30 Mos or  32381 Miles|
|  AIR COND.: 36 Mos or  36000 Miles     0 08/28/2002  30 Mos or  32381 Miles|
|EX.FED.EMIS: 96 Mos or  80000 Miles     0 08/28/2007  90 Mos or  76381 Miles|
|                                                                            |
|                                                                            |
|In-Service Odometer:    4 Miles        Roadside Assistance        : YES     |
|Master Shield    : N/A                 Transferable - Warranty     : N/A    |
|Veh. Restrictions  : NO RESTRICTIONS            - Service Contract: NO      |
|                                                                            |
|*** Above info has been adjusted in accordance to local laws ***            |
|                                                                            |
+-------------------CURRENT VEHICLE TRANSFER INFORMATION--------------------+
|                                                                            |
|Restrictions: NO RESTRICTIONS                                               |
|          WARRANTY ODOMETER LEFT: 89.947 %   TIME LEFT: 85.492 %            |
|                                                                            |
|WCC        MODEL YRS   BASIC   POWERTRAIN  DED  RUST PROTECTION             |
|336        1995-96     3/36      3/36       0      7/100                     |
|           1997        3/36      3/36       0      5/100                     |
|           WARRANTY COVERAGE GOES WITH THE VEHICLE                          |
|           NO WARRANTY TRANSFER IS NECESSARY.  HOWEVER, INFORM CHRYSLER     |
|           OF SUBSEQUENT OWNER(S) NAME AND ADDRESS BY USING D.I.A.L.        |
|           FUNCTION 75.  NO TRANSFER FEE WILL BE CHARGED TO YOUR DEALERSHIP |
|                                                                            |
|NO SERVICE CONTRACTS FOR THIS VEHICLE                                       |
|                                                                            |
|Use 'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' on the VIP update menu to xfer.|
|                                                                            |
+----------------------------SERVICE CONTRACT------------------------------+
|                                                                            |
|       NO SERVICE CONTRACTS FOR THIS VEHICLE                                |
|                                                                            |
+----------------------------RECALL INFORMATION----------------------------+
|                                                                            |
|Recall                                Launch      Repair                    |
|Number   Description                  Date        Date                      |
|-----------INCOMPLETE RECALLS---------------                                |
| 857     INCORRECT VTA,OTIS,ACT OPERATION    01/24/2000                     |
|                                                                            |
|-------------COMPLETE RECALLS---------------                                |
|    ** NO COMPLETE RECALLS **                                               |
|                                                                            |
+-------------------------E N D   O F   R E P O R T------------------------+
```

# CAREFREE CAR PROTECTION

C-134
09/98

*MECHANICAL FAILURE SERVICE CONTRACT FOR NEW CARS*

**398J**

## VEHICLE INFORMATION

| CONTRACT NUMBER | 51355384 | SERIAL NUMBER | 2C3HE66G2YH132880 | CURRENT ODOMETER READING |
|---|---|---|---|---|

| YEAR | MAKE | MODEL | |
|---|---|---|---|
| 2000 | CHRYSLER | 300M | 4 |

ADDITIONAL EQUIPMENT (Check All That Apply) FOR PRICING PURPOSES ONLY

TURBO ☐   DIESEL ☐   4x4 ☐

## DEALER INFORMATION

| SELLING DEALER | | | | DEALER # |
|---|---|---|---|---|
| PRESTON AUTOMALL INC. | | | | 3 4 6 0 0 |

| DEALER ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 3843 YOUNGSTOWN ROAD | WARREN, OH | | 44484 |

| LIEN-HOLDER | ADDRESS |
|---|---|
| FIRST NATIONAL BANK OF PA | 3320 E. STATE STREET HERMITAGE PA 16148 |

| SERVICE CONTRACT PRICE | DEALER SIGNATURE | DATE |
|---|---|---|
| | | 08/28/1999 |

## SERVICE CONTRACT INFORMATION

| | TERM / MILEAGE | | | COVERAGE | OPTIONS | |
|---|---|---|---|---|---|---|
| | **48** MONTHS | OR | 48,000 MILES / 60,000 MILES | PLATINUM ☒ PXP | ZERO DEDUCTIBLE | ZRD |
| PURCHASE DATE | **60** MONTHS ☒ | OR | 60,000 MILES / 75,000 MILES | GOLD PNG | $250 DEDUCTIBLE | ZTF |
| 28/1999 *SEE "CONTRACT PERIOD" TO DETERMINE EXPIRATION DATE AND MILES* | **72** MONTHS | OR | 72,000 MILES / 100,000 MILES | SILVER PNS | ROAD HAZARD TIRE COVERAGE* | HTC |

*(NOT AVAILABLE ON 4x4 VEHICLES)*

## CONTRACT HOLDER INFORMATION

| FIRST NAME | | LAST NAME | | |
|---|---|---|---|---|
| DONNA | | ROBERTS | | |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 254 FONDERLAC SE | WARREN | OH | 44484 |

| (AREA CODE) TELEPHONE NUMBER | | DATE |
|---|---|---|
| (330) 609-7812 | I understand that the purchase of this service contract is not required in order to obtain financing or to purchase this vehicle. I also understand that this contract has a standard $100 deductible. | 08/28/1999 |

SIGNATURE

NOTICE TO CONTRACT HOLDER: You are required to obtain authorization prior to beginning any repairs covered by this contract.

## OPTIONAL CAR CARE SERVICE PLAN INFORMATION

SEE OWNERS MANUAL FOR COMPLETE LISTING OF FULL FACTORY RECOMMENDED SERVICES

08/28/1999

I hereby acknowledge the purchase of Optional Car Care Service Plan

Signature

| TERM | MILEAGE |
|---|---|
| MONTHS | MILES |

| SERVICE INTERVALS | | | |
|---|---|---|---|
| SERVICE DUE EVERY | | | |
| MN3 | MNP | MN5 | MNV |
| 3,000 MILES | 3,750 MILES | 5,000 MILES | 7,500 MILES |

CAR CARE PURCHASE PRICE

COPY 1 - FWS   ▼   COPIES 2 & 3 - DEALER   ▼   COPY 4 - LIENHOLDER   ▼   COPY 5 - CUSTOMER

2000 | 300 M | 4H132860

| VEH. DEL. | RENTAL |
|---|---|
| ☐ | ☐ |

STOCK NO.

SERVICE ADVISOR

CUSTOMER'S SIGNATURE

| | | | APPOINTMENT ☐ | | |
|---|---|---|---|---|---|
| | | | CALL WHEN READY ☐ | | MI |
| | | | SEE PARTS ☐ | MFG. WARR. ☐ | |
| | | | PROMO | EXT. WARR. ☐ | |
| | | | SOLD BY | IN SVC DATE | |

**SHOW LINE CODE (A-E) RELATING ALL PARTS TO F.C.**

RES
BILL TO
OPERATOR
CONTACT
INS. CO.

| COST | QTY | PART NO | DESCRIPTION | SALE |
|---|---|---|---|---|

POLICY NO.    EXP.

| CC | OPERATION | UNITS | FC | CC | INSTRUCTIONS | LABOR |
|---|---|---|---|---|---|---|

N/C PRO RATE    100.00

STK # 200144

AUTHORIZATION CODE

ENTERED AUG 2 7 1999

**398K**

| SVC. ORDER PARTS DATE | SPEC. ORD. PARTS ORDER NO | ORDERED BY |
|---|---|---|

GALS. GAS @
QTS. OIL @
LBS. GREASE @

**YOU HAVE THE RIGHT TO AN ESTIMATE OF THE EXPECTED COST OF REPAIRS OR SERVICES.**

☐ WRITTEN ESTIMATE    ☐ ORAL ESTIMATE    ☐ I DO NOT REQUEST AN ESTIMATE

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, or partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

| | PARTS | LABOR | TOTAL |
|---|---|---|---|
| ORIGINAL ESTIMATE | | | |
| REVISED ESTIMATE | | | |
| REV. EST AUTH BY | | DATE | |
| EMPLOYEE REC. AUTH | | TIME | |

100.00

$200.00

| FLAT RATE HOUR | ACCESS CODE |
|---|---|
| $        PER. HR. | |
| BILL TO CUSTOMER NO | R.O. CROSS REF. |

**PRESTON**
Nobody Sells for Less

PRESTON MOTORS, Inc.
(412) 654-0500
1500 WILMINGTON AVE.
NEW CASTLE, PA 16105

TOYOTA

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5826

DONE By Jerry how.



20529

398L

7 5 9 2 3

INVOICE

**PRESTON** Auto Mall

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-609-7812 BUS:

PAGE 2     3843 YOUNGSTOWN RD.  WARREN, OHIO 44484
(330) 369-4611

SERVICE ADVISOR:  69914 BARRY G. RICKER

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | | TAG |
|---|---|---|---|---|---|---|---|---|
| PEL INFERN | 2000 | CHRYSLER 300M | | 2C3HE66G2YH132880 | | 1212/1213 | | T479 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | WAIT 29OCT99 | | 51.00 | CASH | 29OCT1999 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:2C0144 | | | |
|---|---|---|---|---|---|
| 09:29 29OCT99 | 14:23 29OCT99 | ENG:3.5_Liter_24V_SOHC_Alum_Blk | | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

"THANK YOU"
THE QUALITY PARTS YOU NEED
THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
ALWAYS AT
PRESTON AUTO MALL INC.
SERVICE HOURS
MON THRU FRI 7:30 TO 6:00    SAT 8:00 TO 1:00

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 15.95 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 1.60 |
| TOTAL CHARGES | 17.55 |
| LESS ADJ / DIS | 0.00 |
| SALES TAX | 0.97 |
| PLEASE PAY THIS AMOUNT | 18.52 |

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)       CUSTOMER SIGNATURE

FILE COPY

20529      7 5 9 2 3

DONNA ROBERTS      INVOICE   
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484      PAGE 1   3843 YOUNGSTOWN RD. WARREN, OHIO 44484
HOME: 330-609-7812 BUS:        (330) 369-4611
             SERVICE ADVISOR:  69914 BARRY G. RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| PEL INFERN | 2000 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 1212/1213 | T479 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG1999 | | | WAIT 29OCT99 | | 51.00 | CASH | 29OCT1999 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:2C0144 |
|---|---|---|
| 09:29 29OCT99 | 14:23 29OCT99 | ENG:3.5_Liter_24V_SOHC_Alum_Blk |

| LINE OPCODE TECH TYPE HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|

A LUBE, OIL AND FILTER
  110 LUBE, OIL AND FILTER
    8910 COY,CHRISTOPHER L LIC#: 7496
      IFREE  0.30            (N/C)
   1 5281090 FILTER-ENGINE OIL      (N/C)
   1 OIL VALVOLINE OIL        (N/C)
   ************************************************

B TIRE ROTATION
  F6-M TIRE ROTATION
    8910 COY,CHRISTOPHER L LIC#: 7496
      CCP  0.40         15.95  15.95
   ************************************************

C CUST. STATES CIGARETTE LIGHTER INOP.
CAUSE:
  08281001 ELEMENT, CIGAR LIGHTER-Test and replace
  (D)
    8910 COY,CHRISTOPHER L LIC#: 7496
      WCP4  0.20          (N/C)
   1 4685536 LIGHTER-CIGAR LIGHTER   (N/C)
   1 000ATM15 FUSE         (N/C)
   FC: 14
   PART#: 4685536
   COUNT:
   CLAIM TYPE:
   AUTH CODE:
   7496

   ************************************************
SHOP MATERIALS          (N/C)
SHOP MATERIALS          1.60

| ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE. | STATEMENT OF DISCLAIMER<br>The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. | DESCRIPTION | TOTALS |
|---|---|---|---|
| | | LABOR AMOUNT | |
| | | PARTS AMOUNT | |
| | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES | |
| | | TOTAL CHARGES | |
| | | LESS ADJ / DIS | |
| | | SALES TAX | |
| (SIGNED)  DEALER, GENERAL MANAGER OR AUTHORIZED PERSON  (DATE) | CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |

FILE COPY

75923
TECHNICIAN COPY
WORKORDER

PAGE 1

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

CUSTOMER #:30529
DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44464
HOME:330-609-7812 BUS:

SERVICE ADVISOR: 69914 RICKER, BARRY G.

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| RED INFER | 2000 | CHRYSLER 300M | 2C3HE66G2YH132880 | | 1212/ *1213* | T479 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|------------|----------|--------|------|---------|-----------|
| 26AUG1999 | | | ** WAITER ** | | 51.00 | CASH | |

| R.O. OPENED | READY | OPTIONS:  STK:2C0144 |
|-------------|-------|---------------------|
| 29OCT1999 09:29 | | ENG:3.5_Liter_24V_SOHC_Alum_Blk |

LINE OF CODE  TECH  TYPE  DESCRIPTIONS/INSTRUCTIONS

# A  110  IFREE LUBE, OIL AND FILTER

*8910*  *perform*  *LOF*  *.3hr*

# B  F6-M  CCP  TIRE ROTATION

*rotate tires*  *.4hr*

# C  WCP  CUST. STATES CIGARETTE LIGHTER INOP.

*LOP*  *08900103*  *.2hr*

*test and replace*
*blown fuse*

*Pd.8C*
*M/C*
*18.52*

PRELIMINARY ESTIMATE $ _____

### EXCLUSION OF WARRANTIES

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

### AUTHORIZATION FOR REPAIRS

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|------|------|-----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES
X

PAID OCT 2 7 1999

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. 75925 | | TIME | OFF | 3 |
| | 7 10 | EMP. NO. | OPER. NO. Roberts | B/C | ON | |

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. 75925 | | TIME | OFF | 2 |
| | 2 10 | EMP. NO. | OPER. NO. Roberts | B/C | ON | |

COMPONENT I.D. NO.

ENGINE

TRANS

REAR

```
+------------------VEHICLE INFORMATION PLUS SUMMARY REPORT----------------------+
| 10/29/1999 08:31     PRESTON CHRYSLER PLYMOUTH BMW              PAGE  1        |
+-------------------------------------------------------------------------------+
|      VIN: 2C3HE66G2YH132880   WCC: 336     Current Odometer:  1212 Miles       |
|  Yr/Model: 2000 CHRYSLER 300M FOUR-DOOR SEDAN     In-Serv Date: 08/28/1999     |
+-------------------------VEHICLE SUMMARY---------------------------------------+
| BodyStyle: LHYS41                  Build Date: 08/19/1999    Hour: 23          |
|   Color 1: PEL  - INFERNO RED TINTED PEARL COAT                                |
|        2: QELS - INFERNO RED TINTED PEARL COAT                                 |
|    Engine: EGG  NO ENGINE DESC. FOUND                           BOOK: F        |
|    Trans: DGXS NO TRANS DESC FOUND                           CARLINE: L        |
|    Seller: 68662 PRESTON CHRYSLER PLYMOU        Zone: 43                       |
|   Address: 3843 YOUNGSTOWN ROAD SE                                             |
|      City: WARREN                                                              |
| State/Province: OH  Desc: OHIO                                                 |
|   Postal Code: 444842895                                                       |
|     Country: USA  Desc: UNITED STATES                                          |
|       Phone: 330.369.4611                                                      |
| Sale Type: L-BROKER              Last Odometer:      0 Miles on 08/28/1999     |
+------------------------CUSTOMER NAME AND ADDRESS-----------------------------+
| **** CURRENT OWNER NAME ****                                                   |
|       Title Code: 07 MS                                                        |
|       First Name: DONNA                                                        |
|   Preferred Name:                                                              |
|   Middle Initial:                                                              |
|        Last Name: ROBERTS                                                      |
|          Address: 254 FONDERLAC ST SE                                          |
|             City: WARREN                                                       |
|   Province/State: OH OHIO                                                      |
| Postal Code:      444842157                                                    |
|   Phones - Home: 3306097812           Bus:                                     |
|          Fax:                                                                  |
|   Language Pref: 010 ENGLISH                                                   |
|        Country: USA UNITED STATES                                              |
+--------------------------ORIGINAL OWNER NAME-------------------------------+
|      First Name: DONNA                                                         |
|   Middle Initial:                                                              |
|      Last Name: ROBERTS                                                        |
+--------------------SERVICE HISTORY (LAST  24 MONTHS)----------------------+
| Repair Date  Dealer/Payee              Claim #    Transaction Type             |
| 08/28/1999   68662-PRESTON CHRYSLER PLYMOUT  XJH095   MISC. TRANSACTION        |
|      LOP: NO LOPS                                                              |
| 08/25/1999   68662-PRESTON CHRYSLER PLYMOUT  PREPNV   PREPARATION              |
|      LOP: 95900040   REIMBURSE TRNSFR FEE                                      |
|      LOP: 95900045   REIMBURSE TRNSFR FEE                                      |
+--------------------------WARRANTY COVERAGE SUMMARY-------------------------+
| WCC: 336      ------ Original ----- - Deduct --Expires-  ----- Remaining ------|
|                                        (USD)                                   |
|       BASIC: 36 Mos or  36000 Miles      0 08/28/2002  34 Mos or  34788 Miles  |
|  POWERTRAIN: 36 Mos or  36000 Miles      0 08/28/2002  34 Mos or  34788 Miles  |
| PERFORATION: 60 Mos or 100000 Miles      0 08/28/2004  58 Mos or  98788 Miles  |
|   EMISSIONS: 36 Mos or  36000 Miles      0 08/28/2002  34 Mos or  34788 Miles  |
| ADJUSTMENTS: 36 Mos or  36000 Miles      0 08/28/2002  34 Mos or  34788 Miles  |
|   AIR COND.: 36 Mos or  36000 Miles      0 08/28/2002  34 Mos or  34788 Miles  |
```

```
EX.FED.EMIS: 96 Mos or  80000 Miles     0 08/28/2007  94 Mos or  78788 Miles

In-Service Odometer:     4 Miles       Roadside Assistance      : YES
Master Shield     : N/A                Transferable - Warranty  : N/A
Veh. Restrictions : NO RESTRICTIONS              - Service Contract: NO

*** Above info has been adjusted in accordance to local laws ***
+--------------------CURRENT VEHICLE TRANSFER INFORMATION--------------------+
|                                                                            |
| Restrictions: NO RESTRICTIONS                                              |
|          WARRANTY ODOMETER LEFT: 96.633 %   TIME LEFT: 94.343 %            |
|                                                                            |
| WCC       MODEL YRS   BASIC    POWERTRAIN   DED  RUST PROTECTION           |
| 336       1995-96     3/36       3/36        0      7/100                   |
|           1997        3/36       3/36        0      5/100                   |
|           WARRANTY COVERAGE GOES WITH THE VEHICLE                          |
|           NO WARRANTY TRANSFER IS NECESSARY.  HOWEVER, INFORM CHRYSLER     |
|           OF SUBSEQUENT OWNER(S) NAME AND ADDRESS BY USING D.I.A.L.        |
|           FUNCTION 75.  NO TRANSFER FEE WILL BE CHARGED TO YOUR DEALERSHIP |
|                                                                            |
| NO SERVICE CONTRACTS FOR THIS VEHICLE                                      |
|                                                                            |
| Use 'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' on the VIP update menu to xfer.|
+----------------------------SERVICE CONTRACT-------------------------------+
|                                                                            |
|         NO SERVICE CONTRACTS FOR THIS VEHICLE                              |
|                                                                            |
+----------------------------RECALL INFORMATION-----------------------------+
|                                                                            |
|         NO RECALL INFORMATION FOR THIS VEHICLE                             |
|                                                                            |
+------------------------E N D   O F   R E P O R T--------------------------+
```

**398M**



7 4 0 8 2

INVOICE



PAGE 1          3843 YOUNGSTOWN RD. WARREN, OHIO 44484
                         (330) 369-4611

HOME:                    BUS:

SERVICE ADVISOR:  69922 ROCCO A DEMART

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|---|-----|---------|------------------|-----|
| | 2000 | CHRYSLER 300M | | 2C3HE66G2YH132880 | | 5/8 | |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|------------------|-----------|-----------|----------|--------|------|---------|-----------|
| | | | 16:00 25AUG99 | | 51.00 | CASH | 25AUG1999 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:2C0144 |
|----------------|------------------------|---------------------|
| 14:14 25AUG99 | 16:18 25AUG99 | ENG:3.5_Liter_24V_SOHC_Alum_Blk |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------------------------------|------|-----|-------|

A PRE DELIVERY INSPECTION
    PDI PRE DELIVERY INSPECTION
        8901 PUTNAM,BRIAN LIC#: 7439
        INCR  1.40                     (N/C)
     \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

       "THANK YOU"
    THE QUALITY PARTS YOU NEED
  THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
         ALWAYS AT
    PRESTON AUTO MALL INC.
      SERVICE HOURS
  MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS ADJ / DIS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)

CUSTOMER SIGNATURE

FILE COPY

CUSTOMER #:

74082
TECHNICIAN COPY
WORKORDER

PAGE 1

**PRESTON**
*Auto Mall*

CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD, WARREN, OHIO 44484
(330) 369-4611

HOME:                 BUS:

SERVICE ADVISOR: 69922 DEMART, ROCCO A

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|---|-----|---------|-----------------|-----|
|  | 2000 | CHRYSLER 300M | | 2C3HE66G2YH132880 | | 5/7 | |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
|  |  |  | 16:00 25AUG99 | | 51.00 | CASH | |

| R.O. OPENED | READY | OPTIONS: STK:2C0144 |
|-------------|-------|----------------------|
| 25AUG1999 14:14 | | ENG:3.5_Liter_24V_SOHC_Alum_Blk |

| LINE | OP CODE | TECH | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|------|---------|------|------|---------------------------|
| # A | PDI | | INCR | PRE DELIVERY INSPECTION |

#01

EXCLUSION OF WARRANTIES

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, expressed or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased, and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer include but are not limited to any warranties that such parts and/or accessories are of merchantable quality, or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

AUTHORIZATION FOR REPAIRS

I hereby authorize the repair work herein set forth to be done along with the necessary materials and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE $ _____

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|------|------|-----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES.

X _____

DIAGNOSTIC TROUBLE CODES

R) Repair Number, (MIL) Malfunction Indicator Light, and 2, 3 or 5 digit (DTC) Diagnostic Trouble Code, information here:

DTC
POWERTRAIN:
  KOEO
  KOEC
  KOER
BODY:
CHASSIS:
UNDEFINED
OTHER:

TECHNICIANS COMMENTS,
INCLUDE DESCRIPTION OF CAUSE

LABOR RECORD

| | RPR NBR | CONDITION CODE | PARTS RETURN | EMP. NO. | COST-TAT ELAPSED TIME |

PLAINT

CAUSE

Performes P.D.I w/Road Test

CORRECTION

R.O NO 74022
FLAT RATE 1401

398N  2C0144

```
---------------------------------------------------------------------
          DAIMLERCHRYSLER MOTORS CORPORATION  INVOICE
     13930-A
        PLANT      ZONE   DEALER   VEHICLE ID NO.    INVOICE NO.   INVOICE DT
      BRAMALEA      43    68662   2C3HE66G2YH132880  Y-LHY-57060069  08/20/99

  SHIP  PRESTON CHRYSLER PLYMOUTH
  TO:   3843 YOUNGSTOWN ROAD SE                 IGN KEY    M2314
        WARREN         OH 44484-                TRK KEY      2314
                                                ACC KEY      2386
  SOLD  PRESTON CHRYSLER PLYMOUTH                         9126-01-8Y20
  TO:   3843 YOUNGSTOWN ROAD SE
        WARREN         OH 44484-                SHIPPING WT. 3527

  PAID FOR BY:  FIRST WESTERN BANK              SAE HP     34.3
        CREDIT SALE    XX  CASH SALE            000-043301-00
---------------------------------------------------------------------
 BODY &  |                                        |    FACTORY
 EQUIP.  |              DESCRIPTION               | WHOLESALE PRICE
---------------------------------------------------------------------
  LHYS41    Chrysler 300M 4-Door Sedan               26,661.00
  PEL       Inferno Red Tinted Pearl Coat               178.00
  NLFK      Seats - Prem Leather Trimmed Bucket       NO CHARGE
  ARF       Radio-Cass/4 CD/Amp,11 Infinity Spkr        458.00
  AWS       Smoker's Group                               18.00
  DGB       Transmission - 4-Speed Automatic          NO CHARGE
  EGG       Engine - 3.5L High Output V6 24V MPI      NO CHARGE
  GWA       Moonroof - Power                            797.00
  NBN       Emissions - Northeastern States           NO CHARGE
  WFH       Wheels - 17" Aluminum, Chrome               623.00
  YDH       Customer One Owner Loyalty Mailing           20.00
  YGC       7 Additional Gallons Of Gas                   9.00
  2DM       Customer Preferred Package 2DM
  26M       Customer Preferred Package 26M
  3V2       Customer Preferred Discount
  F35       CLEVELAND WEST - PPA                        130.00
  P35       CLEVELAND WEST - DAA                        150.00
  310       DESTINATION CHARGE                          595.00
            HB 94200
                           MDH #   081923
                           EP      28047
```

AUG 24 ENT'D

```
---------------------------------------------------------------------
       MSRP RETAIL TOTAL         32,010.00      TOTAL  29,639.00
                                                  ORIGINAL INVOICE
THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES
REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR
REGISTRATION OUTSIDE OF THE UNITED STATES.
---------------------------------------------------------------------
```

# VEHICLE SHIPPING ORDER

LHY–57060069

POINT OF ORIGIN:  BRAMPTON, ONTARIO, CANADA

COPY 1 – ORIGIN CARRIER
COPY 2 – REMAIN WITH VEHICLE

DaimlerChrysler
Canada Inc.

ROUTE KING:

V.I.N.: 

**2C3HE66G2YH132880**

V.O.N.: 57060069

SOLD TO
DEALER CODE:  43  68662

DATE: 

082099

SHIPPERS WEIGHT:  3527 lbs.
1601 kg.

MERL:  SSS

3980

## SHIPPING INSTRUCTIONS

| DEALER<br>CODE | DEALER<br>ADDRESS | ROUTE<br>DESCRIPTION | ROUTE<br>CODE |
|---|---|---|---|
| 68662 | PRESTON CHRYSLER PLYMOUTH<br>3843 YOUNGSTOWN ROAD SE<br>WARREN      OH  44484–2895 | (AUHL–RELEASING) BRAMALEA ON TO FRT ER ON (COMJ) TO  THIS<br>EAST OH, WEST PA DEALER          SHIPMENT | H8L |

## VEHICLE DESCRIPTION

MODEL:  Chrysler 300M 4–Door Sedan

COLOR:  Inferno Red Tinted Pearl Coat

| | | | |
|---|---|---|---|
| AJF | TWO (2) KEYLESS ENTRIES***LOOSE*** | AWS | SMOKER'S GROUP***LOOSE*** |
| CKR | CARGO NET***LOOSE*** | CLE | FLOOR MATS–FRONT&REAR***LOOSE*** |
| GXR | KEYLESS ENTRY***LOOSE*** | GXX | SENTRY KEY THEFT DETERRENT***LOOSE*** |
| JJA | LIGHTER – CIGAR***LOOSE*** | XGD | GARAGE DOOR OPENER – UNIVRS***LOOSE*** |
| ARF | CHR/INFTY I W/CASS & CD CHANGER PACKAGE | CGD | SHOULDER BELTS – FRONT HEIGHT ADJUST |
| CKM | CARGO COMPARTMENT DRESS–UP | CSG | SEAT – REAR, FOLD DOWN LOCKING |
| CSJ | SEAT – REAR HEADREST, 2 WAY | CSN | SEAT – RR ARMREST W/CUPHOLDER |
| MDA | BRACKET – FRONT LICENSE PLATE | RBN | RADIO – AM/FM CASSETTE, CHANGER CTRL |
| RDL | ANTENNA – INTEGRATED IN REAR WINDOW | RDS | AMPLIFIER – 360 WATT |
| RDW | CD CHANGER – 4 DISC IN DASH | TBC | SPARE TIRE – COMPACT |
| WFH | WHEELS – 17 X 7.0 ALUMINUM/CHROME | XVM | OWNER'S MANUAL |
| XVT | VIDEOTAPE | YGC | 7  ADDITIONAL GALLONS OF GAS |
| GNT | MIRROR – AUTO DAY/NIGHT | GT6 | MIRRORS – POWER HEATED |
| LNJ | FOG LAMPS | GWA | SUNROOF – POWER |

BAY:  _____     BY:  _____     REC'D:  _____

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5838

D E L I V E R Y   R E C E I P T

LOAD # 0477343786

398P

CARRIER: ALTD
ALLIED SYSTEMS
570 ELM STREET
BUFFALO, NY. 14210
716-821-1840

SHIPPER: CHRYSLER CORPORATION

DRIVER: 64477 CARL L. RANC

SHIP TO: 68002
PRESTON CHRYSLER PLYMOUTH
3843 YOUNGSTOWN ROAD SE
WARREN OH. 44484
6000000 7

TRUCK # 60342  TRAILER # 79847
DISPATCH DATE:

| UN REFERENCE | VEHICLE I.D. | DESCRIPTION | COLOR | PRO NUMBER |
|---|---|---|---|---|
| | | | | |

REMARKS:

REMARKS:

DEALER
SIGNATURE:

CARRIER
SIGNATURE:

DATE 8/25/99   TIME _____ M.

DATE ___/___/___   TIME _____ M.

PAGE # _ OF _   DROP # _ OF _



Supreme Court of Ohio
Case No. 03-0137
Date Rec'd 7/9/03

Silver   2001 Chrysler 300 M   Vin#2C3AE66G81H526861



20529



**399A**

6w1006810w

ACCOUNTING

PAGE 1

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-394-9453 BUS: 330-743-4507

SERVICE ADVISOR:  2116 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 12221/12222 | T5171 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------------|-----------|-----------|----------|--------|------|---------|-----------|
| 30OCT2000 | | | 16:00 10DEC01 | | 60.00 | CMP | 11DEC2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: | | | | | |
|----------------|------------------------|----------|---|---|---|---|---|
| 08:11 10DEC01 | 10:12 11DEC01 | STK:C10162 1)CERTIFIED MAINT PLAN 36/36000 2)EXP. 10/30/03 OR 38,975 MILES | | | | | |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|------|--------|------|------|-------|-------|------|------|------|------|-----|-------|
| A | LUBE, OIL AND FILTER | | | | | | | | | | |
| | 110 LUBE, OIL AND FILTER | | | | | | | | | | |
| | | 2108 DIKUN,ROBERT LIC#: 3468 | | | | | | | | | |
| | | | CMP | 0.30 | | 480 | 950 | | | 9.50 | 9.50 |
| | 6 OIL VALVOLINE OIL | | | | | 540 | 810 | 0 | 1.35 | 1.35 | 8.10 |
| | 1 5281090 FILTER-ENGINE | | | | | | | | | | |
| | | OIL | | | | 390 | 729 | 0 | 7.29 | 7.29 | 7.29 |
| B | TIRE ROTATION | | | | | | | | | | |
| | F6-M TIRE ROTATION | | | | | | | | | | |
| | | 2108 DIKUN,ROBERT LIC#: 3468 | | | | | | | | | |
| | | | CMP | 0.40 | | 640 | 1595 | | | 15.95 | 15.95 |
| C | "CHECK ENGINE" LIGHT STAYS ON | | | | | | | | | | |
| | CAUSE: . | | | | | | | | | | |
| | 85410000 DIAGNOSTIC TIME WITH A PART REPLACEMENT | | | | | | | | | | |
| | | 2108 DIKUN,ROBERT LIC#: 3468 | | | | | | | | | |
| | | | WCP4 | 0.40 | | 640 | 2292 | | | 22.92 | 22.92 |
| | 08158001 SENSOR, CRANKSHAFT POSITION-Replace (A) | | | | | | | | | | |
| | | 2108 DIKUN,ROBERT LIC#: 3468 | | | | | | | | | |
| | | | WCP4 | 0.30 | | 480 | 1719 | | | 17.19 | 17.19 |
| | 1 4609153AC | | | | | | | | | | |
| | SENSOR-CRANKSHAFT | | | | | 1660 | 2324 | 0 | 27.70 | 23.24 | 23.24 |
| | FC: ML | | | | | | | | | | |
| | PART#: 4609153AC | | | | | | | | | | |
| | COUNT: | | | | | | | | | | |
| | CLAIM TYPE: | | | | | | | | | | |
| | AUTH CODE: | | | | | | | | | | |
| | | | | | | 1660 | 2324 | TPARTS | | | |
| | | | | | | 1120 | 4011 | TLABOR | | | |

P CODE = P1391
D CUST. STATES PASS. HEATED SEAT INOP.
   SOP SPECIAL PARTS ORDERED

| 9999 SUBLET LIC#: 9999 | | | | |
|------------------------|---|---|---|---|
| CCP | 0.00 | 0 | 0 | 0.00 | 0.00 |

| METHOD OF PAYMENT | | DESCRIPTION | TOTALS |
|-------------------|---|-------------|--------|
| CASH ☐ | | LABOR AMOUNT | |
| | | PARTS AMOUNT | |
| | | GAS, OIL, LUBE | |
| CREDIT CARD ☐ | | SUBLET AMOUNT | |
| | | MISC. CHARGES | |
| CHECK ☐ NO. | | TOTAL CHARGES | |
| | | LESS ADJ / DIS | |
| OTHER ☐ | | SALES TAX | |
| | | PLEASE PAY THIS AMOUNT | |

FILE COPY

20529

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC
WARREN, OH 44484
HOME: 330-394-9453 BUS: 330-743-4507

6w1006810w

ACCOUNTING

PAGE 2

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

SERVICE ADVISOR:  2116 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|-----|---------|----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 12221/12222 | T5171 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------------|-----------|-----------|----------|--------|------|---------|-----------|
| 30OCT2000 | | | 16:00 10DEC01 | | 60.00 | CMP | 11DEC2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:C10162 1)CERTIFIED MAINT PLAN |
|----------------|------------------------|---------------------------------------------|
| 08:11 10DEC01 | 10:12 11DEC01 | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

LINE OPCODE TECH TYPE A/HRS S/HRS    COST    SALE COMP    LIST    NET    TOTAL

"THANK YOU"
THE QUALITY PARTS YOU NEED
THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
ALWAYS AT
PRESTON AUTO MALL INC.
SERVICE HOURS
MON THRU FRI 7:30 TO 6:00  SAT 8:00 TO 1:00

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---------|------|------|---------|---------|------|------|---------|
| 46000 | 2545 | 1120 | | 46700 | 1539 | 930 | |
| 46200 | 4011 | 1120 | | 48000 | 2324 | 1660 | |
| 32400 | 225 | 0 | | 26300 | 6335 | ******* | |
| 22020 | 4309 | ******* | 20529 | | | | |

*CMP*

| COST, SALE, & COMP TOTALS | 4830 | 10419 | 0 |

| DESCRIPTION | TOTALS |
|-------------|--------|
| METHOD OF PAYMENT | |
| LABOR AMOUNT | 25.45 |
| PARTS AMOUNT | 15.39 |
| GAS, OIL, LUBE | 0.00 |
| CASH ☐ | SUBLET AMOUNT | 0.00 |
| CREDIT CARD ☐ | MISC. CHARGES | 0.00 |
| | TOTAL CHARGES | 40.84 |
| CHECK ☐ NO. | LESS ADJ / DIS | 0.00 |
| | SALES TAX | 2.25 |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | 43.09 |

FILE COPY

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5842

CUSTOMER'S
CONTACT _Sales/Ser D-_

NAME _Donna Roberts_

ADDRESS _____

CITY/STATE _____

ZIP _____

| WORK ☐  OR DAYTIME ☐   PHONE<br>(    ) | EVENING ☐  OR HOME ☐   PHONE<br>( )394-9453 | REPAIR ORDER<br>100651 |
|---|---|---|
| ORDER DATE<br>12/10/01 | ESTIMATED ARRIVAL<br>    /    / | URGENCY DESCRIPTION |

| VEHICLE ID NUMBER | | PRODUCTION DATE<br>   /   / | COLOR | TRIM |
|---|---|---|---|---|

| QTY | PART NUMBER | DESCRIPTION | NOTES |
|---|---|---|---|
| 1 | QP36XDVAD | switch | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| 1ST NOTIFICATION DATE: | BY: | 2ND NOTIFICATION DATE: | BY: | DATE CARD MAILED | BY: |
|---|---|---|---|---|---|

WHITE - CUSTOMER COPY    CANARY - ORIGINATING DEPT. COPY    PINK - PARTS MONITORING
GOLD - ARRIVAL NOTICE    TAG - CUSTOMER NOTIFICATION

FORM RL-117N (12/94)                     Reynolds and Reynolds   ORDER TOLL FREE: 1-800-344-0958   FAX 1-800-531-9055

100681
TECHNICIAN COPY
WORKORDER
PAGE 1

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

CUSTOMER #:20529
DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME:330-394-9453 BUS:330-743-4507

SERVICE ADVISOR: 2116 RICKER,BARRY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 12221/ | T5171 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 30OCT2000 | | | 16:00 10DEC01 | | 60.00 | CASH | |

| R.O. OPENED | READY | OPTIONS: STK:C10162 1)CERTIFIED MAINT PLAN |
|-------------|-------|---------------------------------------------|
| 10DEC2001 06:11 | | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

LINE OP CODE   TECH TYPE   DESCRIPTIONS/INSTRUCTIONS

# A  110      03  CMP   LUBE, OIL AND FILTER

# B  F6-M     04  CMP   TIRE ROTATION

# C           WCP4   "CHECK ENGINE" LIGHT STAYS ON

L.O. 08-15-80-01  P 1571   CRK LMP    N.... 0.3

FUEL L.    0815 5065                          3.11 D...

# D           WCP4   CUST. STATES PASS. HEATED SEAT INOP.

CB V AND ORDER   SWITCH.

Parts Ordered

Name _____

Date  12-10-01

Parts Returned

Name _____

Date  12-10-01

NK   DU

**EXCLUSION OF WARRANTIES**

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE $ _____

AUTHORIZED BY  X _____

| | DATE | TIME | BY |
|--|------|------|-----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES.

X _____
CUSTOMER SIGNATURE

| PARTS | | PARTS | |
|---|---|---|---|
| QTY. | PART # | QTY | PART # |

**MECHANIC'S NAME & NUMBER**

LOF
DID LUBE OIL & FILTER

*A*

**MECHANIC'S NAME & NUMBER**

Rotate
DID ROTATE TIRES

*B*

**MECHANIC'S NAME & NUMBER**

Check Eng Light ON
V Codes 1391 Intermittent Cat or O2
Sensor and Replace Crankshaft Sensor

*C*

**MECHANIC'S NAME & NUMBER**

PASS Heated seat don't work
and order switch

*D*

FLAGS

FLAG

FLAG

| STRAIGHT TIME (HRS) | FLAT RATE PRICE | R.O. NO. 100681 | | TIME | OFF | 2 |
|---|---|---|---|---|---|---|
| | 0.7 | 08 | | | ON | |

| STRAIGHT TIME (HRS) | FLAT RATE PRICE | R.O. NO. 100681 | | TIME | OFF |
|---|---|---|---|---|---|
| | 0.7 | 08 | | | ON |

COMPONENT I.D. NO.

ENGINE

```
+-----------------VEHICLE INFORMATION PLUS SUMMARY REPORT-------------------+
|                                                                           |
| 12/10/2001 09:21      PRESTON CHRYSLER PLYMOUTH BMW            PAGE  1     |
+---------------------------------------------------------------------------+
|   VIN: 2C3AE66G81H526861   WCC: 336     Current Odometer:  12221 Miles     |
| Yr/Model: 2001 CHRYSLER 300M FOUR-DOOR SEDAN      In-Serv Date: 10/30/2000 |
|                                                                           |
+------------------------------VEHICLE SUMMARY------------------------------+
|                                                                           |
| BodyStyle: LHYS41                     Build Date: 08/29/2000   Hour: 03    |
|  Color 1: PS2 - Bright Silver Metallic Clear Coat                         |
|        2: QS2S - Bright Silver Metallic Clear Coat                        |
|   Engine: Engine - 3.5L High Output V6 24V MPI              BCOK: F        |
|    Trans: Transmission - 4-Speed Automatic                 CARLINE: L      |
|   Seller: 68662 PRESTON CHRYSLER PLYMOU         Zone: 43                   |
|       Address: 3843 YOUNGSTOWN ROAD SE                                     |
|          City: WARREN                                                     |
| State/Province: OH  Desc: OHIO                                            |
|   Postal Code: 444842895                                                  |
|       Country: USA  Desc: UNITED STATES                                   |
|         Phone: 330.369.4611                                               |
| Sale Type: L-BROKER          Last Odometer:   8706 Miles on 08/16/2001     |
+----------------------CUSTOMER NAME AND ADDRESS---------------------------+
|                                                                           |
| **** CURRENT OWNER NAME ****                                              |
|      Title Code: 03 MISS                                                   |
|      First Name: DONNA                                                     |
|  Preferred Name:                                                          |
|  Middle Initial:                                                          |
|      Last Name: ROBERTS                                                    |
|        Address: 254 FONDERLAC ST SE                                       |
|           City: WARREN                                                     |
|  Province/State: OH OHIO                                                  |
| Postal Code:     444842157                                               |
|   Phones - Home: 3306097812            Bus:                               |
|             Fax:                                                          |
|   Language Pref: 010 ENGLISH                                              |
|         Country: USA UNITED STATES                                       |
+----------------------------ORIGINAL OWNER NAME---------------------------+
|                                                                           |
|     First Name: DONNA                                                     |
|  Middle Initial:                                                          |
|      Last Name: ROBERTS                                                    |
|                                                                           |
+--------------------SERVICE HISTORY (LAST  24 MONTHS)----------------------+
|                                                                           |
| Repair Date  Dealer/Payee                  Claim #    Transaction Type     |
| 08/16/2001  68662-PRESTON CHRYSLER PLYMOUT  971591    WARRANTY REPAIR      |
|      LOP: 08141805  REAR-LEFT REPLACE                                     |
| 08/16/2001  68662-PRESTON CHRYSLER PLYMOUT  971590    WARRANTY REPAIR      |
|      LOP: 85410800  UNASSIGNED                                            |
| 10/30/2000  68662-                          306652    MISC. TRANSACTION    |
|      LOP: NO LOP   NOT AVAILABLE                                          |
| 08/31/2000  68662-PRESTON CHRYSLER PLYMOUT  PREPNV    PREPARATION          |
|      LOP: 95900040  ROAD READY                                           |
|      LOP: 95900045  ROAD READY FUEL FILL                                 |
+--------------------------WARRANTY COVERAGE SUMMARY------------------------+
|                                                                           |
| WCC: 336      ------ Original ----- Deduct --Expires-  ----- Remaining ----- |
|      BASIC: 36 Mos or  36000 Miles       0 10/30/2003  22 Mos or  23779 Miles |
| POWERTRAIN: 36 Mos or  36000 Miles       0 10/30/2003  22 Mos or  23779 Miles |
| PERFORATION: 60 Mos or 100000 Miles      0 10/30/2005  46 Mos or  87779 Miles |
```

```
| EMISSIONS: 36 Mos or  36000 Miles      0 10/30/2003  22 Mos or  23779 Miles|
|ADJUSTMENTS: 36 Mos or  36000 Miles      0 10/30/2003  22 Mos or  23779 Miles|
|  AIR COND.: 36 Mos or  36000 Miles      0 10/30/2003  22 Mos or  23779 Miles|
|EX.FED.EMIS: 96 Mos or  80000 Miles      0 10/30/2008  82 Mos or  67779 Miles|
|
|
|In-Service Odometer:  2975 Miles        Roadside Assistance        : YES
|Master Shield     : N/A                 Transferable - Factory Warranty: N/A
|Veh. Restrictions : NO RESTRICTIONS            - Service Contract: NO
|
|*** Above info has been adjusted in accordance to local laws ***
|
+--------------------CURRENT VEHICLE TRANSFER INFORMATION--------------------+
|
|Restrictions: NO RESTRICTIONS
|    FACTORY WARRANTY ODOMETER LEFT: 66.052 %   TIME LEFT: 62.979 %
|
|WCC         MODEL YRS   BASIC   POWERTRAIN   DED  RUST PROTECTION
|336         1995-96     3/36    3/36          0       7/100
|            1997-01     3/36    3/36          0       5/100
|            WARRANTY COVERAGE GOES WITH THE VEHICLE. INFORM DAIMLER-
|            CHRYSLER OF ANY SUBSEQUENT OWNER'S NAME AND ADDRESS CHANGES USING
|            'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' ON THE VIP UPDATE MENU.
|
|NO SERVICE CONTRACTS FOR THIS VEHICLE
|
|Use 'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' on the VIP update menu to xfer.
|
+----------------------------SERVICE CONTRACT----------------------------+
|
|      NO SERVICE CONTRACTS FOR THIS VEHICLE
|
+----------------------------RECALL INFORMATION----------------------------+
|
|Recall                              Launch      Repair
|Number    Description               Date        Date
|------------INCOMPLETE RECALLS---------------
|    ** NO INCOMPLETE RECALLS **
|
|------------COMPLETE RECALLS----------------
| 957      OWNER'S MANUAL ADDENDUM       11/06/2000  12/15/2000
|
+----------------------------OPEN CAIR SUMMARY----------------------------+
|
|      NO OPEN CAIRS FOR INQUIRING DEALER FOR THIS VEHICLE
|
+-------------------------E N D   O F   R E P O R T-------------------------+
```



DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5848



| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. 77524 | TIME | OFF / ON |
|---|---|---|---|---|
| | 35$^{00}$ | EMP NO: D Arnold / OPER NO: 2035 | | 2/4/00 |

$\mathcal{P}$RESTON
*Auto Mall*
Nobody Sells for Less

CHRYSLER-PLYMOUTH-BMW-JEEP
3843 YOUNGSTOWN RD/WARREN, OHIO 44484
Phone (330) 369-4611
(330) 743-5431

399C

CUSTOMER'S CONTACT **B.D.**

NAME **ROBERTS**

ADDRESS

CITY/STATE

ZIP

1 800 - 850 STAR

| | WORK ☐ | OR DAYTIME ☐ | PHONE | EVENING ☐ | OR HOME ☐ | PHONE | FIELD ORDER |
|---|---|---|---|---|---|---|---|
| | ( ) | | | ( ) | | | R 9515Z |

| ORDER DATE | ESTIMATED ARRIVAL | URGENCY DESCRIPTION | |
|---|---|---|---|
| 6/30/ | / / | | |

| VEHICLE ID NUMBER | | PRODUCTION DATE | COLOR | TRIM |
|---|---|---|---|---|
| 811452686| | / / | | |

| QTY | PART NUMBER | DESCRIPTION | NOTES |
|---|---|---|---|
| 1 | 4779053AB | SPEERSENSOR | |
| | 5749 ** | | |

| 1ST NOTIFICATION DATE: | BY: | 2ND NOTIFICATION DATE: | BY: | DATE CARD MAILED | BY: |
|---|---|---|---|---|---|
| | | | | | |

WHITE - CUSTOMER COPY    CANARY - ORIGINATING DEPT. COPY    PINK - PARTS MONITORING
GOLD - ARRIVAL NOTICE    TAG - CUSTOMER NOTIFICATION

FORM RL-117N (12/94)    Reynolds and Reynolds    ORDER TOLL FREE: 1-800-344-0996    FAX 1-800-531-9095

20529         6w951520w

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

DONNA ROBERTS
DONNA ROBERTS           ACCOUNTING
254 FONDERLAC SE
WARREN, OH 44484         PAGE 1
HOME: 330-394-9453 BUS: 330-743-4507

SERVICE ADVISOR:   2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 6783/6783 | T90 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30OCT2000 | | | 16:00 20JUN01 | | 60.00 | CASH | 22JUN2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:C10162 1)CERTIFIED MAINT PLAN |
|---|---|---|
| 08:22 20JUN01 | 12:23 22JUN01 | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

LINE OPCODE TECH TYPE A/HRS S/HRS   COST     SALE  COMP     LIST      NET     TOTAL
A "CHECK ENGINE", ABS LIGHTS ON
   SOP SPECIAL PARTS ORDERED
      9999 SUBLET LIC#: 9999
           CCP     0.00     0     0        0.00    0.00
B RESET OIL CHANGE LIGHT
   SEE RESET LIGHTS
      9999 SUBLET LIC#: 9999
           CCP     0.00     0     0        0.00    0.00
C CUST. STATES MIRRORS DON'T MOVE
   NPF UNABLE TO DUPLICATE CONDITION AT THIS TIME
      9999 SUBLET LIC#: 9999
           CCP     0.00     0     0        0.00    0.00

"THANK YOU"
THE QUALITY PARTS YOU NEED
THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
ALWAYS AT
PRESTON AUTO MALL INC.
SERVICE HOURS
MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00

ACCOUNT   SALE    COST      CONTROL    ACCOUNT   SALE     COST      CONTROL
46000      0      0               22500      0   *******

COST, SALE, & COMP TOTALS     0      0      0

| METHOD OF PAYMENT | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| CASH ☐ | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| CREDIT CARD ☐ | MISC. CHARGES | 0.00 |
| | TOTAL CHARGES | 0.00 |
| CHECK ☐ NO. | LESS ADJ / DIS | 0.00 |
| | SALES TAX | 0.00 |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | 0.00 |

**FILE COPY**

| R.O. NO. | YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NO. | | LICENSE NO. | MILEAGE | R.O. DATE | TIME RECEIVED | JOB NO. | VEH. DEL. | RENTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 300M | 81452686 | | #90 | 6783 | | | 5495 | ☐ | ☐ |

AUTHORIZED BY: Robins

SERVICE ADVISOR

☐ APPOINTMENT
☐ CALL WHEN READY
☐ SAVE PARTS
☐ MFG. WARR.
☐ EXT. WARR.

**SHOW LINE CODE (A-E) RELATING ALL PARTS TO F.C.**

| COST | QTY | PART NO. | DESCRIPTION | SALE |
|---|---|---|---|---|
| | 1 | LR SPEED SENSOR | | |

BILL TO / OPERATOR / CONTACT

INS. CO.          POLICY NO.          EXP.

| CC | OPERATION | UNITS | FC | CC | INSTRUCTIONS | LABOR |
|---|---|---|---|---|---|---|
| | | | | | CHECK TPMS AND ABS LIGHTS ON | |
| | | | | | | |
| | | | | | CHECK POWER WINDOW DOES W/ DRIVER | |
| | | | | | REAR WINDOW WORK - OK | |
| | | | | | | |
| | | | | | RESET OIL SERVICE | |
| | | | | | 3-150K 5000 MI | |

AUTHORIZATION CODE

YOU HAVE THE RIGHT TO AN ESTIMATE OF THE EXPECTED COST OF REPAIRS OR SERVICES.

GALS. GAS @
QTS. OIL @
LBS. GREASE @

INITIAL YOUR CHOICE

WRITTEN ESTIMATE / ORAL ESTIMATE / I DO NOT REQUEST AN ESTIMATE

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, or partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

| | PARTS | LABOR | TOTAL |
|---|---|---|---|
| ORIGINAL ESTIMATE | | | |
| REVISED ESTIMATE | | | |

REV. EST. AUTH BY
EMPLOYEE REC. AUTH.          DATE / TIME

DISCLAIMER OF WARRANTIES
The seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability.

**PRESTON AUTO MALL**
(330) 369-4611
3843 Youngstown Road
**WARREN, OHIO 44484**

FLAT RATE HOUR          ACCESS CODE
$          PER. HR.
BILL TO CUSTOMER NO.          R.O. CROSS REF.

| STATE INSPECTION INFORMATION | | EMP NO | STATE INS. REPAIRS | |
|---|---|---|---|---|
| TIRES | LF | WHEELS PULLED | LF | 1-4779053AB    S.O.P |
| | RF | | RF | |
| | LR | | LR | |
| | RR | | RR | |

| EMPLOYEE # | STICKER # | OLD MILEAGE | SIGNATURE | TIME CLOCK |
|---|---|---|---|---|
| | | MECHANICS FINDINGS AND REMARKS | | |

**MECHANICS FINDINGS AND REMARKS**

A] COMPLAINT - ✓ Eng light on ; Pull code with DRB 3   WPR

CAUSE - P0455 Large leak Detected Gas Cap Loose
Tighten Cap Rerun LTP Test Passed 2 Time In Bay

CORRECTION -

B] COMPLAINT - ✓ ABS Light on Pull codes w/DRB 3   WPR

CAUSE - LR wheel sensor failure   Ordered Parts

CORRECTION - ✓ Remote Mirrors Inope.

C] COMPLAINT - ✓ Both mirrors Operate In All Modes   WPR

CAUSE - N. P. F

CORRECTION -

D] COMPLAINT - Reset Oil Change Light   WPR

CAUSE - Did Reset Oil Change Light

CORRECTION -

E] COMPLAINT -   WPR

CAUSE -

CORRECTION -

FLAG          FLAG

20529          6w971590w

DONNA ROBERTS          ACCOUNTING
DONNA ROBERTS          **399D**
254 FONDERLAC SE
WARREN, OH 44484          PAGE 2
HOME: 330-394-9453 BUS: 330-743-4507

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

SERVICE ADVISOR:  2116 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 8706/8709 | T737 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------------|-----------|------------|----------|--------|------|---------|-----------|
| 30OCT2000 | | | 18:00 16AUG01 | | 60.00 | CASH | 17AUG2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:C10162 1)CERTIFIED MAINT PLAN |
|----------------|------------------------|--------------------------------------------|
| 08:07 16AUG01 | 15:08 17AUG01 | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

LINE OPCODE TECH TYPE A/HRS S/HRS    COST    SALE   COMP    LIST       NET      TOTAL
      AUTH CODE:
      3468

                          3155    4417 TPARTS
                          1760    6138 TLABOR
                          "THANK YOU"
                  THE QUALITY PARTS YOU NEED
          THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                       ALWAYS AT
                  PRESTON AUTO MALL INC.
                     SERVICE HOURS
          MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---------|------|------|---------|---------|------|------|---------|
| 46200 | 8928 | 2560 | | 46000 | 0 | 0 | |
| 48000 | 4417 | 3155 | | 26300 | 13345 | ******* | |
| 22500 | 0 | ******* | | | | | |

      COST, SALE, & COMP TOTALS    5715  13345    0

| METHOD OF PAYMENT | DESCRIPTION | TOTALS |
|-------------------|-------------|--------|
| | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| CASH ☐ | SUBLET AMOUNT | 0.00 |
| | MISC. CHARGES | 0.00 |
| CREDIT CARD ☐ | TOTAL CHARGES | 0.00 |
| CHECK ☐ NO. | LESS ADJ / DIS | 0.00 |
| | SALES TAX | 0.00 |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | 0.00 |

**FILE COPY**

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5854

20529       6w971590w

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-394-9453 BUS: 330-743-4507

ACCOUNTING

PAGE 1

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

SERVICE ADVISOR:   2116 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 8706/8709 | T737 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30OCT2000 | | | 18:00 16AUG01 | | 60.00 | CASH | 17AUG2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: | STK:C10162 1)CERTIFIED MAINT PLAN |
|---|---|---|---|
| 08:07 16AUG01 | 15:08 17AUG01 | | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | "CHECK ENGINE" LIGHT IS ON | | | | | | | | | | |

CAUSE: .
   85410800 PERFORM ENGINE ANALYSIS, CHECK FOR FAULT
       CODES-LOOSE GAS CAP; TIGHTEN CAP AND RE-TEST
      2108 DIKUN,ROBERT LIC#: 3468

| | | | WCP4 | 0.50 | 800 | 2790 | | | | 27.90 | 27.90 |
|---|---|---|---|---|---|---|---|---|---|---|---|

    FC: 01 PART#: COUNT:
    CLAIM TYPE:
    AUTH CODE:
    3468

| | | | | | 0 | 0 | TPARTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 800 | 2790 | TLABOR | | | |

B CHECK TIRE PRESSURES
   SEE CHECK AND AIR TIRES TO SPECS.
     9999 SUBLET LIC#: 9999

| | | | CCP | | 0.00 | 0 | 0 | | | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

C** "ABS" LIGHT ON
CAUSE: .
   85410000 DIAGNOSITIC TIME WITH REPAIR
     2108 DIKUN,ROBERT LIC#: 3468

| | | | WCP4 | 0.30 | 480 | 1674 | | | | 16.74 | 16.74 |
|---|---|---|---|---|---|---|---|---|---|---|---|

    FC: PART#: COUNT:
    CLAIM TYPE:
    AUTH CODE:
    3468
   08141805 REPLACE DR. REAR WHEEL SPEED SENSOR
     2108 DIKUN,ROBERT LIC#: 3468

| | | | WCP4 | 0.80 | 1280 | 4464 | | | | 44.64 | 44.64 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 4779053AB | | | | | | | | | |
| | SENSOR-ANTI-LOCK BRAKES | | | | 3155 | 4417 | 0 | 52.60 | 44.17 | 44.17 |

    FC: 18
    PART#: 4779053AB
    COUNT:
    CLAIM TYPE:

| METHOD OF PAYMENT | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| CASH ☐ | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| CREDIT CARD ☐ | TOTAL CHARGES | |
| | LESS ADJ / DIS | |
| CHECK ☐ NO. | SALES TAX | |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | |

FILE COPY

```
+-----------------VEHICLE INFORMATION PLUS SUMMARY REPORT------------------+
|                                                                          |
| 08/16/2001 07:11     PRESTON CHRYSLER PLYMOUTH BMW            PAGE  1     |
+--------------------------------------------------------------------------+
|     VIN: 2C3AE66G81H526861  WCC: 336     Current Odometer:   8706 Miles   |
| Yr/Model: 2001 CHRYSLER 300M FOUR-DOOR SEDAN    In-Serv Date: 10/30/2000  |
+------------------------------VEHICLE SUMMARY-----------------------------+
|                                                                          |
| BodyStyle: LHYS41           Build Date: 08/29/2000    Hour: 03           |
|  Color 1: PS2  - Bright Silver Metallic Clear Coat                       |
|        2: QS2S - Bright Silver Metallic Clear Coat                       |
|  Engine: Engine - 3.5L High Output V6 24V MPI               BOOK: F      |
|   Trans: Transmission - 4-Speed Automatic            CARLINE: L          |
|   Seller: 68662 PRESTON CHRYSLER PLYMOU        Zone: 43                  |
|       Address: 3843 YOUNGSTOWN ROAD SE                                   |
|          City: WARREN                                                    |
| State/Province: OH  Desc: OHIO                                           |
|    Postal Code: 444842895                                                |
|       Country: USA  Desc: UNITED STATES                                  |
|         Phone: 330.369.4611                                              |
| Sale Type: L-BROKER          Last Odometer:      0 Miles on 10/30/2000   |
+--------------------------CUSTOMER NAME AND ADDRESS-----------------------+
|                                                                          |
| **** CURRENT OWNER NAME ****                                             |
|       Title Code: 03 MISS                                                |
|       First Name: DONNA                                                  |
|   Preferred Name:                                                        |
|   Middle Initial:                                                        |
|        Last Name: ROBERTS                                                |
|          Address: 254 FONDERLAC ST SE                                    |
|             City: WARREN                                                 |
|   Province/State: OH OHIO                                                |
| Postal Code:     444842157                                               |
|   Phones - Home: 3306097812           Bus:                              |
|            Fax:                                                          |
|   Language Pref: 010 ENGLISH                                             |
|        Country: USA UNITED STATES                                        |
|                                                                          |
+----------------------------ORIGINAL OWNER NAME--------------------------+
|                                                                          |
|    First Name: DONNA                                                     |
|  Middle Initial:                                                         |
|    Last Name: ROBERTS                                                    |
|                                                                          |
+---------------------SERVICE HISTORY (LAST  24 MONTHS)-------------------+
|                                                                          |
| Repair Date  Dealer/Payee              Claim #     Transaction Type      |
| 10/30/2000  68662-PRESTON CHRYSLER PLYMOUT 306652   MISC. TRANSACTION    |
|        LOP: NO LOPS                                                      |
| 08/31/2000  68662-PRESTON CHRYSLER PLYMOUT PREPNV    PREPARATION         |
|        LOP: 95900040  Road ready                                        |
|        LOP: 95900045  Road ready                                        |
|                                                                          |
+---------------------WARRANTY COVERAGE SUMMARY--------------------------+
|                                                                          |
| WCC: 336     ------ Original ----- - Deduct --Expires-  ----- Remaining ------ |
|      BASIC: 36 Mos or  36000 Miles    0 10/30/2003  26 Mos or  27294 Miles |
| POWERTRAIN: 36 Mos or  36000 Miles    0 10/30/2003  26 Mos or  27294 Miles |
| PERFORATION: 60 Mos or 100000 Miles   0 10/30/2005  50 Mos or  91294 Miles |
|   EMISSIONS: 36 Mos or  36000 Miles   0 10/30/2003  26 Mos or  27294 Miles |
| ADJUSTMENTS: 36 Mos or  36000 Miles   0 10/30/2003  26 Mos or  27294 Miles |
|   AIR COND.: 36 Mos or  36000 Miles   0 10/30/2003  26 Mos or  27294 Miles |
| EX.FED.EMIS: 96 Mos or  80000 Miles   0 10/30/2008  86 Mos or  71294 Miles |
```

```
|                                                                          |
|                                                                          |
| In-Service Odometer:  2975 Miles       Roadside Assistance      : YES|
| Master Shield    : N/A                 Transferable - Warranty      : N/A|
| Veh. Restrictions  : NO RESTRICTIONS           - Service Contract: NO |
|                                                                          |
| *** Above info has been adjusted in accordance to local laws ***         |
|                                                                          |
+-----------------CURRENT VEHICLE TRANSFER INFORMATION-------------------+
|                                                                          |
| Restrictions: NO RESTRICTIONS                                            |
|           WARRANTY ODOMETER LEFT: 75.816 %   TIME LEFT: 73.583 %         |
|                                                                          |
| WCC        MODEL YRS  BASIC   POWERTRAIN  DED  RUST PROTECTION            |
| 336        1995-96    3/36      3/36       0        7/100                 |
|            1997-01    3/36      3/36       0        5/100                 |
|            WARRANTY COVERAGE GOES WITH THE VEHICLE. INFORM DAIMLER-       |
|            CHRYSLER OF ANY SUBSEQUENT OWNER'S NAME AND ADDRESS CHANGES USING |
|            'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' ON THE VIP UPDATE MENU. |
|                                                                          |
| NO SERVICE CONTRACTS FOR THIS VEHICLE                                    |
|                                                                          |
| Use 'VEHICLE OWNERSHIP INFO UPDATE/TRANSFER' on the VIP update menu to xfer. |
+-----------------------------SERVICE CONTRACT---------------------------+
|                                                                          |
|        NO SERVICE CONTRACTS FOR THIS VEHICLE                             |
|                                                                          |
+-----------------------------RECALL INFORMATION------------------------+
|                                                                          |
| Recall                             Launch      Repair                    |
| Number   Description               Date        Date                      |
| ------------INCOMPLETE RECALLS---------------                            |
|       ** NO INCOMPLETE RECALLS **                                        |
|                                                                          |
| ------------COMPLETE RECALLS---------------                              |
| 957      OWNER'S MANUAL ADDENDUM           11/06/2000   12/15/2000        |
+-------------------------OPEN CAIR SUMMARY-----------------------------+
|                                                                          |
|        NO OPEN CAIRS FOR INQUIRING DEALER FOR THIS VEHICLE               |
|                                                                          |
+------------------------E N D   O F   R E P O R T----------------------+
```

| PARTS | | PARTS | | MECHANIC'S NAME & NUMBER | |
|---|---|---|---|---|---|
| QTY. | PART # | QTY. | PART # | | |

**MECHANIC'S NAME & NUMBER**

CAUSE:  ON / OFF

**A**

REMEDY:  ON / OFF

**MECHANIC'S NAME & NUMBER**

CAUSE:  ON / OFF

**B**

REMEDY:  ON / OFF

FLAGS

**MECHANIC'S NAME & NUMBER**

CAUSE:  ON / OFF

**C**

FLAG

REMEDY:  ON / OFF

**MECHANIC'S NAME & NUMBER**

CAUSE:  ON / OFF

**D**

FLAG

REMEDY:  ON / OFF

FLAG

STATE INSPECTION EXPIRATION ___ MONTH ___ YEAR   **COMPONENT I.D. NO.**

STICKER # _____   **ENGINE**

FLAG

OLD MILEAGE _____

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R.O. NO. | TIME |
|---|---|---|---|
| | 1 | 6 08 | 97139 |

OFF 12 ∞
ON 10 ∞

NEW MILEAGE _____

BRAKES  REAR  FRONT  REAR  FRONT  (CIRCLE ONE)

**REAR**

TIRES  LEFT  RIGHT  LEFT  RIGHT  (CIRCLE ONE)

TIRE PRESSURE

SET AT _____ P.S.I.

FRONT / REAR

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5858

9 7 1 5 9
**TECHNICIAN COPY**
WORKORDER
PAGE 1

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

CUSTOMER #:20529
DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME:330-394-9453 BUS:330-743-4507

SERVICE ADVISOR: 2116 RICKER,BARRY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 8706/ 8709 | T737 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 30OCT2000 | | | 16:00 16AUG01 | | 60.00 | CASH | |

| R.O. OPENED | READY | OPTIONS: STK:C10162 1)CERTIFIED MAINT PLAN |
|-------------|-------|---------------------------------------------|
| 16AUG2001 08:07 | | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

LINE OP CODE  TECH  TYPE  DESCRIPTIONS/INSTRUCTIONS
# A           WCP4        "CHECK ENGINE" LIGHT IS ON

*Check Eng Light*          ABS          ( SOP )
*Large Leak  P0455*
*found Gas Cap off*                 DMC   08-14-1865   0.3

# B           CCP    CHECK TIRE PRESSURES
                                    Dol  08-14-18-05   08

                                    F.C  18

C            WCP4    ABS Light on

---

**EXCLUSION OF WARRANTIES**

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE $ _____

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|------|------|-----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATE.

CUSTOMER SIGNATURE



20529      6w918140w

**399E**

ACCOUNTING

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

DONNA ROBERTS
DONNA ROBERTS
254 FONDERLAC SE
WARREN, OH 44484
HOME: 330-394-9453 BUS: 330-743-4507

PAGE 1

SERVICE ADVISOR:   2026 BARRY RICKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 4989/4989 | T7570 |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30OCT2000 | | | 16:00 15MAR01 | | 60.00 | CMP | 15MAR2001 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: STK:C10162 1)CERTIFIED MAINT PLAN |
|---|---|---|
| 08:09 15MAR01 | 17:25 15MAR01 | 36/36000 2)EXP. 10/30/03 OR 38,975 MILES |

```
LINE OPCODE TECH TYPE A/HRS S/HRS    COST     SALE   COMP     LIST        NET       TOTAL
A LUBE, OIL AND FILTER
     110 LUBE, OIL AND FILTER
               2085   CMP     0.30     480      950                       9.50        9.50
          1 5281090 FILTER-ENGINE
               OIL                     390      729      0    7.29        7.29        7.29
          6 OIL VALVOLINE OIL          540      810      0    1.35        1.35        8.10
B TIRE ROTATION
     F6-M TIRE ROTATION
               2085   CMP     0.40     640     1595                      15.95       15.95
```

"THANK YOU"
THE QUALITY PARTS YOU NEED
THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
ALWAYS AT
PRESTON AUTO MALL INC.
SERVICE HOURS
MON THRU FRI 7:30 TO 6:00    SAT 8:00 TO 1:00

```
ACCOUNT    SALE      COST     CONTROL     ACCOUNT     SALE     COST       CONTROL
46000      2545      1120                 46780       1539     930
32400       225         0                 22020       4309    *******     20529
```

COST, SALE, & COMP TOTALS    2050    4084    0

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 25.45 |
| PARTS AMOUNT | 15.39 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 40.84 |
| LESS ADJ / DIS | 0.00 |
| SALES TAX | 2.25 |
| PLEASE PAY THIS AMOUNT | 43.09 |

METHOD OF PAYMENT

CASH ☐
CREDIT CARD ☐
CHECK ☐ NO. ____
OTHER ☐

FILE COPY

PRESTON
*Auto Mall*

CHRYSLER PLYMOUTH JEEP EAGLE

91814
TECHNICIAN COPY
WORKORDER

CUSTOMER #:00509
DONNA ROBERTS
DONNA ROBERTS
154 PONDERLAY SE
WARREN, OH 44484
HOME:330-394-7481 BUS:330-743-4517

SERVICE ADVISOR

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILES-SERV IN/OUT | TAG |
|-------|------|-----------|---|-----|---------|-------------------|-----|
| SILVER | 01 | CHRYSLER 300M | | | | | |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO | RATE | PAYMENT | INV DATE |
|----------|-----------|-----------|----------|-------|------|---------|----------|

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|

EXCLUSION OF WARRANTIES

AUTHORIZATION FOR REPAIRS

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5861

| PARTS | | PARTS | |
|---|---|---|---|
| QTY. | PART # | QTY. | PART # |

**MECHANIC'S NAME & NUMBER**

CAUSE: *DiD Lube oiC + FilTER*

*Chnge*

REMEDY:

**A**

ON / OFF / ON / OFF

**MECHANIC'S NAME & NUMBER**

CAUSE: *DiD Tire Rotation*

*F TO R*

**B**

ON / OFF / ON / OFF

**MECHANIC'S NAME & NUMBER**

CAUSE:

REMEDY:

**C**

ON / OFF / ON / OFF

FLAGS

FLAG

**MECHANIC'S NAME & NUMBER**

CAUSE:

REMEDY:

**D**

ON / OFF / ON / OFF

| STANDARD TIME (HRS.) | FLAT RATE PRICE | R.O. NO. 91814 | TIME | |
|---|---|---|---|---|
| | 07 8 | | OFF | MAY 15 9 10 |
| | | | ON | MAY 15 8 27 |

FLAG

FLAG

STATE INSPECTION EXPIRATION _____ (MONTH) _____ (YEAR)

STICKER # _____

OLD MILEAGE _____

NEW MILEAGE _____

BRAKES     LF-FR     RT-FR     LF-RR     RT-RR
(CIRCLE ONE)

TIRES     LF-FR     RT-FR     LF-RR     RT-RR
(CIRCLE ONE)

**COMPONENT I.D. NO.**

ENGINE

TRANS

REAR

TIRE PRESSURE

SET AT _____ P.S.I.

FRONT / REAR

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5862

| | | | | | | | | | | VEH. DEL. | RENTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in part shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

X _____
CUSTOMER'S SIGNATURE

**399F**

SHOW LINE CODE (A-E) RELATING ALL PARTS TO F.C.

| COST | QTY | PART NO. | DESCRIPTION | SALE |
|---|---|---|---|---|

| CC | OPERATION | UNITS | FC | CC | INSTRUCTIONS | LABOR |
|---|---|---|---|---|---|---|

ENTERED OCT 3 1 2000

AUTHORIZATION CODE

SPEC. ORDER PARTS DATE | SPEC. ORD. PARTS ORDER NO. | ORDERED BY

GALS. GAS @
QTS. OIL @
LBS. GREASE @

YOU HAVE THE RIGHT TO AN ESTIMATE OF THE EXPECTED COST OF REPAIRS OR SERVICES.

INITIAL YOUR CHOICE

| WRITTEN ESTIMATE | ORAL ESTIMATE | I DO NOT REQUEST AN ESTIMATE |
|---|---|---|

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, or partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

| | PARTS | LABOR | TOTAL |
|---|---|---|---|
| ORIGINAL ESTIMATE | | | |
| REVISED ESTIMATE | | | |
| REV. EST. AUTH. BY | | | |
| EMPLOYEE REC. AUTH. | | | |

DISCLAIMER OF WARRANTIES
The seller, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

**PRESTON**
Nobody Sells for Less

**PRESTON AUTO MALL**
(330) 369-4611
3843 Youngstown Road
**WARREN, OHIO 44484**

| FLAT RATE HOUR | ACCESS CODE |
|---|---|
| $ PER. HR. | |
| BILL TO CUSTOMER NO. | R.O. CROSS REF. |

| STATE INSPECTION INFORMATION | | | | EMP NO | STATE INS. REPAIRS |
|---|---|---|---|---|---|
| TIRES | LF | WHEELS PULLED | LF | | |
| | RF | | RF | | |
| | LR | | LR | | |
| | RR | | RR | | |

| EMPLOYEE NO. | STICKER # | OLD MILEAGE | SIGNATURE | TIME CLOCK |
|---|---|---|---|---|

MECHANICS FINDINGS AND REMARKS

| | WPR | TIME CLOCK |
|---|---|---|
| A COMPLAINT - | WPR | OFF |
| CAUSE - | | ON |
| | | OFF |
| CORRECTION - | | ON |
| B COMPLAINT - | WPR | OFF |
| CAUSE - | | ON |
| | | OFF |
| CORRECTION - | | ON |
| C COMPLAINT - | WPR | OFF |
| CAUSE - | | ON |
| | | OFF |
| CORRECTION - | | ON |
| D COMPLAINT - | WPR | OFF |
| CAUSE - | | ON |
| | | OFF |
| CORRECTION - | | ON |
| E COMPLAINT - | WPR | OFF |
| CAUSE - | | ON |
| | | OFF |
| CORRECTION - | | ON |
| | | OFF |
| | | ON |

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R.O. NO. / EMP NO. / OPER NO. | TIME | OFF / ON |
|---|---|---|---|---|
| | 17.00 | 2139 / 2035 | | 3 10/30/00 |
| | 10.00 | 2139 / 2035 | | 4 10/30/00 |

| FLAG | FLAG | OFF / ON |
|---|---|---|

CK8089 (3 CO)

**399G**



6w877480w

ACCOUNTING

PAGE 1

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

HOME:                    BUS:

SERVICE ADVISOR:  2079 ROBERT A JONES

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | 1500/1500 | |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| | | | 16:00 30OCT00 | | 58.00 | CASH | 30OCT2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: | STK:C10162 |
|---|---|---|---|
| 15:23 30OCT00 | 16:11 30OCT00 | | |

```
LINE OPCODE TECH TYPE A/HRS S/HRS  COST   SALE  COMP    LIST      NET    TOTAL
A LUBE, OIL AND FILTER
  110 LUBE, OIL AND FILTER
      2056 BACH, PATRICK LIC#: 9198
           INC   0.30   540    950                  9.50    9.50
    1 5281090 FILTER-ENGINE
      OIL                   390    650     0   6.50     6.50    6.50
    6 OIL VALVOLINE OIL     540    810     0   1.35     1.35    8.10
                  "THANK YOU"
            THE QUALITY PARTS YOU NEED
    THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                ALWAYS AT
          PRESTON AUTO MALL INC.
              SERVICE HOURS
        MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00

ACCOUNT   SALE    COST     CONTROL    ACCOUNT   SALE    COST       CONTROL
46300     950     540                 48100     650     390
49100     810     540                 23100     2410   *******     C10162
```

COST, SALE, & COMP TOTALS     1470     2410     0

| | DESCRIPTION | TOTALS |
|---|---|---|
| **METHOD OF PAYMENT** | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| CASH ☐ | SUBLET AMOUNT | 0.00 |
| CREDIT CARD ☐ | MISC. CHARGES | 0.00 |
| | TOTAL CHARGES | 0.00 |
| CHECK ☐ NO. | LESS ADJ / DIS | 0.00 |
| | SALES TAX | 0.00 |
| OTHER ☐ | PLEASE PAY THIS AMOUNT | 0.00 |

FILE COPY

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5865

CUSTOMER #:

*Closed*

87748
TECHNICIAN COPY
WORKORDER

PAGE 1

PRESTON
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD. WARREN, OHIO 44484
(330) 369-4611

HOME:                BUS:

SERVICE ADVISOR: 2079 JONES, ROBERT A

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN OUT | TAG |
|-------|------|-----------|---|-----|---------|----------------|-----|
| SILVER | 01 | CHRYSLER 300M | | 2C3AE66G91H526661 | | 1500/ | |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| | | | 16:00 30OCT00 | | 58.00 | CASH | |

| R.O. OPENED | READY | OPTIONS: STK:C10162 |
|-------------|-------|---------------------|
| 30OCT2000 15:23 | | |

| LINE OP CODE | TECH TYPE | DESCRIPTIONS/INSTRUCTIONS |
|--------------|-----------|---------------------------|
| # A 110 | INC | LUBE, OIL AND FILTER |

56

LOF -40°
ck. TRES

Veh in Detail

EXCLUSION OF WARRANTIES

Any warranties on the parts and accessories sold hereby, are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind express or implied and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased, and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer include but are not limited to any warranties that such parts and/or accessories are of merchantable quality, or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency or comfort.

AUTHORIZATION FOR REPAIRS

Hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control, or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of anti-freeze.

AUTHORIZED BY  *

| REVISED ESTIMATE 1 | | DATE | TIME | BY |
|--------------------|---|------|------|-----|
| REVISED ESTIMATE 2 | | | | |
| REVISED ESTIMATE 3 | | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES

X

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5866

| PARTS | | PARTS | | MECHANIC'S NAME & NUMBER | |
|---|---|---|---|---|---|
| QTY. | PART # | QTY. | PART # | CAUSE: | ON / OFF |
| | | | | **A** | |
| | | | | REMEDY: | ON / OFF |
| | | | | MECHANIC'S NAME & NUMBER | |
| | | | | CAUSE: | ON / OFF |
| | | | | **B** | |
| | | | | REMEDY: | ON / OFF |
| | | | | MECHANIC'S NAME & NUMBER | |
| | | | | CAUSE: | ON / OFF |
| | | | | **C** | |
| | | | | REMEDY: | ON / OFF |
| | | | | MECHANIC'S NAME & NUMBER | |

FLAGS

FLAG

FLAG

FLAG

FLAG

CAUSE:

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R.O. NO. | | TIME | OFF |
|---|---|---|---|---|---|
| | 03 | 56 NCO | BJ | 82248 | ON |

REMEDY:

STATE INSPECTION EXPIRATION _____ MONTH ____ YEAR

STICKER # ...........................

OLD MILEAGE ........................

NEW MILEAGE ........................

BRAKES    LF-FR    RT-FR    LF-R1    RT-RR
          (CIRCLE ONE)

TIRES     LF-FR    RT-FR    LF-RR    RT-RR
          (CIRCLE ONE)

COMPONENT I.D. NO.

ENGINE

TRANS

REAR

TIRE PRESSURE

SET AT ............... P.S.I.

FRONT    REAR

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5867

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by ... of parts or delays in part shipments by the supplier or transportation. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs ...to.

**CUSTOMER'S SIGNATURE**

| PAYMENT METHOD | | |
|---|---|---|
| AUTHORIZED BY | | |
| CUSTOMER P.O. NO | | |

STOCK NO.

| SERVICE ADVISOR | | |
|---|---|---|
| APPOINTMENT | ☐ | |
| CALL WHEN READY | ☐ | |
| SAVE PARTS | ☐ | MFG. WARR. ☐ |
| PROMO | | EXT. WARR. ☐ |
| IN SVC. DATE | | |

| | VEH. DEL. | RENTAL |
|---|---|---|
| | ☐ | ☐ |

MI

SHOW LINE CODE (A-E) RELATING ALL PARTS TO F.C.

| COST | QTY | PART NO. | DESCRIPTION | SALE |
|---|---|---|---|---|

| RES | | BUS |
|---|---|---|
| BILL TO | | |
| OPERATOR | | |
| CONTACT | | |
| INS. CO. | | |

| SOLD BY | |
|---|---|
| VEH. TYPE | |

POLICY NO.          EXP.

**399H**

| CC | OPERATION | UNITS | FC | CC | INSTRUCTIONS | LABOR |
|---|---|---|---|---|---|---|

ENTERED SEP - 7 2000

AUTHORIZATION CODE

| SPEC. ORDER PARTS DATE | SPEC. ORD. PARTS ORDER NO. | ORDERED BY |
|---|---|---|

GALS. GAS @
QTS. OIL @
LBS. GREASE @

**YOU HAVE THE RIGHT TO AN ESTIMATE OF THE EXPECTED COST OF REPAIRS OR SERVICES.** INITIAL YOUR CHOICE

| WRITTEN ESTIMATE | ORAL ESTIMATE | I DO NOT REQUEST AN ESTIMATE |
|---|---|---|

In the event that you, the customer, authorize commencement but do not authorize completion of a repair or service, a charge will be imposed for disassembly, or partially completed work. Such charge will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

| | PARTS | LABOR | TOTAL |
|---|---|---|---|
| ORIGINAL ESTIMATE | | | |
| REVISED ESTIMATE | | | |
| REV. EST. AUTH. BY | | DATE | |
| EMPLOYEE REC. AUTH | | TIME | |

**DISCLAIMER OF WARRANTIES**
The seller, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

**PRESTON**
Nobody Sells for Less

**PRESTON AUTO MALL**
(330) 369-4611
3843 Youngstown Road
**WARREN, OHIO 44484**

| | FLAT RATE HOUR | ACCESS CODE |
|---|---|---|
| | $        PER. HR. | |
| | BILL TO CUSTOMER NO. | R.O. CROSS REF. |

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5868

| STATE INSPECTION INFORMATION | | EMP NO | STATE INS. REPAIRS | | TIME CLOCK |
|---|---|---|---|---|---|
| TIRES LF | WHEELS PULLED LF | | | | |
| PF | RF | | | | |
| LR | LR | | | | |
| RR | RR | | | | |

| STICKER # | OLD MILEAGE | SIGNATURE | | TIME CLOCK |
|---|---|---|---|---|
| MECHANICS FINDINGS AND REMARKS | | | | |
| A COMPLAINT - | | | WPR | OFF |
| CAUSE - | | | | ON |
| | | | | OFF |
| CORRECTION - | | | | ON |
| B COMPLAINT - | | | WPR | OFF |
| CAUSE - | | | | ON |
| | | | | OFF |
| CORRECTION - | | | | ON |
| C COMPLAINT - | | | WPR | OFF |
| CAUSE - | | | | ON |
| | | | | OFF |
| CORRECTION - | | | | ON |
| D COMPLAINT - | | | WPR | OFF |
| CAUSE - | | | | ON |
| | | | | OFF |
| CORRECTION - | | | | ON |
| E COMPLAINT - | | | WPR | OFF |
| CAUSE - | | | | ON |
| | | | | OFF |
| CORRECTION - | | | | ON |
| | | | | OFF |
| | | | | ON |
| FLAG | | FLAG | | OFF |
| | | | | ON |

*(handwritten, upside-down): done Jim Y*

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5869



**399I**

6w858560w

ACCOUNTING

**PRESTON AUTO MALL**
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW
3843 YOUNGSTOWN RD.
WARREN, OHIO 44484
(330) 369-4611

PAGE 1

HOME:                    BUS:

SERVICE ADVISOR: 2079 ROBERT A JONES

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| SILVER | 01 | CHRYSLER 300M | 2C3AE66G81H526861 | | / 2/5 | |

| IN SERVICE DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| | | | 16:00 01SEP00 | | 58.00 | CASH | 01SEP2000 |

| DATE OF REPAIR | CUSTOMER NOTIFIED DATE | OPTIONS: | STK:C10162 |
|---|---|---|---|
| 10:59 01SEP00 | 12:22 01SEP00 | | |

LINE OPCODE TECH TYPE A/HRS S/HRS    COST    SALE   COMP    LIST    NET    TOTAL
A PRE DELIVERY INSPECTION
     PDI PRE DELIVERY INSPECTION
          2059 TURNER, BRIAN LIC#: 5449
              INCR     1.40    1750    7546                    75.46    75.46
                              "THANK YOU"
                    THE QUALITY PARTS YOU NEED
           THE OUTSTANDING CUSTOMER SERVICE YOU EXPECT
                         ALWAYS AT
                    PRESTON AUTO MALL INC.
                       SERVICE HOURS
            MON THRU FRI 7:30 TO 6:00   SAT 8:00 TO 1:00

ACCOUNT    SALE    COST    CONTROL    ACCOUNT    SALE    COST    CONTROL
46400      7546    1750                26300      7546    *******    1H526861

          COST, SALE, & COMP TOTALS    1750    7546    0

| | | METHOD OF PAYMENT | DESCRIPTION | TOTALS |
|---|---|---|---|---|
| | | | LABOR AMOUNT | 0.00 |
| | | | PARTS AMOUNT | 0.00 |
| | | | GAS, OIL, LUBE | 0.00 |
| CASH | ☐ | | SUBLET AMOUNT | 0.00 |
| CREDIT CARD | ☐ | | MISC. CHARGES | 0.00 |
| CHECK | ☐ NO. | | TOTAL CHARGES | 0.00 |
| OTHER | ☐ | | LESS ADJ./ DIS | 0.00 |
| | | | SALES TAX | 0.00 |
| | | | PLEASE PAY THIS AMOUNT | 0.00 |

FILE COPY

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5870

CUSTOMER #:

85856
TECHNICIAN COPY

**PRESTON**
*Auto Mall*
CHRYSLER PLYMOUTH JEEP EAGLE DODGE BMW

HOME:                    BUS:

SERVICE ADVISOR:

| COLOR | YEAR | MAKE MODEL | VIN | LICENSE | MILEAGE |
|-------|------|-----------|-----|---------|---------|
|       |      | CHRYSLER 300M |  |  |  |

| DEL. DATE | PROD. DATE | WARR. EXP | PROMISED |
|-----------|-----------|-----------|----------|

| R.O. OPENED | READY | OPTIONS |
|-------------|-------|---------|

LINE  OP CODE   TECH  TYPE   DESCRIPTION  /  INSTRUCTIONS
# A  PDI          659       PRE DELIVERY INSPECTION

*Did preform PDI*

**EXCLUSION OF WARRANTIES**

**AUTHORIZATION FOR REPAIRS**

PRELIMINARY ESTIMATE $

| AUTHORIZED BY: | | | |
|---------------|--|--|--|
| REVISED ESTIMATE #1 | DATE | TIME | BY |
| REVISED ESTIMATE #2 | | | |
| REVISED ESTIMATE #3 | | | |

X

PARTS      PARTS

QTY.   PART #    QT.   LIST ?

MECHANIC'S NAME & NUMBER

A

MECHANIC'S NAME & NUMBER

CAUSE

REMEDY

B

MECHANIC'S NAME & NUMBER

CAUSE

C

FLAGS

| STRAIGHT TIME (HRS.) | FLAT RATE PRICE | R. O. NO. | | TIME | OFF | 2 |
|---|---|---|---|---|---|---|
| 1 | 4 | 039 | 85856 | | ON | |

MECHANIC'S NAME & NUMBER

CAUSE

D

REMEDY

FLAG

FLAG

STATE INSPECTION EXPIRATION    MONTH    YEAR

COMPONENT I.D. NO.

STICKER #

ENGINE

FLAG

OLD MILEAGE

NEW MILEAGE

TRANS

BRAKES   LFBR   RFBR   LRBR   RLBR

(CIRCLE ONE)

REAR

TIRES   LFTR   RFTR   LRBR   RLBR

(CIRCLE ONE)

TIRE PRESSURE

REAR

399J  C10162

```
-------------------------------------------------------------------------
             DAIMLERCHRYSLER MOTORS CORPORATION  INVOICE
     8202-A
        PLANT      ZONE   DEALER   VEHICLE ID NO.    INVOICE NO.   INVOICE DT
     BRAMALEA        43   68662   2C3AE66G81H526861  1-LHY-60012636 08/29/00

  SHIP  PRESTON CHRYSLER PLYMOUTH
   TO:  3843 YOUNGSTOWN ROAD SE              IGN KEY   M1299
        WARREN         OH 44484-             TRK KEY      1299
                                            ACC KEY      1203
  SOLD  PRESTON CHRYSLER PLYMOUTH                    9126-01-8129
   TO:  3843 YOUNGSTOWN ROAD SE
        WARREN         OH 44484-             SHIPPING WT. 3512

  PAID FOR BY:  SKY BANK                     SAE HP     34.3
        CREDIT SALE    XX  CASH SALE         000-041211-00
-------------------------------------------------------------------------
  BODY &  |                                      |     FACTORY
  EQUIP.  |          DESCRIPTION                 | WHOLESALE PRICE
-------------------------------------------------------------------------
  LHYS41     Chrysler 300M 4-Door Sedan                27,066.00
  PS2        Bright Silver Metallic Clear Coat
  NLDV       Seats - Prem Leather Trimmed Bucket       NO CHARGE
  ADE        Cold Weather Group                            27.00
  AFF        Luxury Group                                 463.00
  ARF        Radio-Cass/4 CD/Amp,11 Infinity Spkr        458.00
  AWS        Smoker's Group                                18.00
  CGS        Air Bags - Side, Supplemental                312.00
  DGX        Transmission - 4-Speed Automatic          NO CHARGE
  EGG        Engine - 3.5L High Output V6 24V MPI      NO CHARGE
  GWA        Moonroof - Power                             797.00
  NAS        Emissions - U.S. 50 State                 NO CHARGE
  WF7        Wheels - 17" Aluminum, Chrome                668.00
  YDH        DaimlerChrysler Owner Loyalty Mail            20.00
  YGC        7  Additional Gallons Of Gas                   9.00
  2DM        Customer Preferred Package 2DM
  26M        Customer Preferred Package 26M
  3V2        Customer Preferred Discount
  G35        CPJ DAA WEST, INC. EBPF                      180.00
  P35        CPJDAA WEST, INC. DAA                        150.00
  310        DESTINATION CHARGE                           630.00
             HB 97900
                             MDH #    082903
                             EP       29119



-------------------------------------------------------------------------
       MSRP RETAIL TOTAL          33,250.00      TOTAL  30,798.00
                                               ORIGINAL INVOICE
  THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES
  REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR
  REGISTRATION OUTSIDE OF THE UNITED STATES.
-------------------------------------------------------------------------
```

# VEHICLE SHIPPING ORDER

LHY–60012636

POINT OF ORIGIN: BRAMPTON, ONTARIO, CANADA

COPY 1 – ORIGIN CARRIER
COPY 2 – REMAIN WITH VEHICLE

DaimlerChrysler
Canada Inc.

ROUTE KING:

V.I.N.:

**2C3AE66G81H526861**

V.O.N.: 60012636

SOLD TO
DEALER CODE: 43  68662

DATE:

082900

SHIPPERS WEIGHT: 3512 lbs.
1594 kg.

MERL:



399K

## SHIPPING INSTRUCTIONS

| DEALER CODE | DEALER ADDRESS | ROUTE DESCRIPTION | ROUTE CODE |
|---|---|---|---|

68662

(AUHL) BRAMALEA ON TO W SENECA NY (ALZS) TO
EAST OH, WEST PA DEALER

PRESTON CHRYSLER PLYMOUTH
3843 YOUNGSTOWN ROAD SE
WARREN          OH  44484–2895

THIS
SHIPMENT

**H8L**

## VEHICLE DESCRIPTION

MODEL:  Chrysler 300M 4-Door Sedan

COLOR:  Bright Silver Metallic Clear Coat

| | | | |
|---|---|---|---|
| AJF | TWO (2) KEYLESS ENTRIES***LOOSE*** | AWS | SMOKER'S GROUP***LOOSE*** |
| CKR | CARGO NET***LOOSE*** | CLE | FLOOR MATS–FRONT&REAR***LOOSE*** |
| GXR | KEYLESS ENTRY***LOOSE*** | JJA | LIGHTER – CIGAR***LOOSE*** |
| MDA | BRACKET – FT. LICENSE PLATE***LOOSE*** | ARF | CHR/INFTY I W/CASS & CD CHANGER PACKAGE |
| CGD | SHOULDER BELTS – FRONT HEIGHT ADJUST | CKM | CARGO COMPARTMENT DRESS–UP |
| CSG | SEAT – REAR, FOLD DOWN LOCKING | CSJ | SEAT – REAR HEADREST, 2 WAY |
| CSL | SEAT– RR ARMREST W/STORAGE,CUPHOLDER | RBB | RADIO – AM/FM CASS, CHANGER CONTROLS |
| RDL | ANTENNA – INTEGRATED IN REAR WINDOW | RDS | AMPLIFIER – 360 WATT |
| RDW | CD CHANGER – 4 DISC IN DASH | TBC | SPARE TIRE – COMPACT |
| WF7 | WHEELS – 17" ALUMINUM, CHROME | XGD | GARAGE DOOR OPENER – UNIVRS |
| XVM | OWNER'S MANUAL | XVT | VIDEOTAPE |
| YGC | 7  ADDITIONAL GALLONS OF GAS | GNT | MIRROR – AUTO DAY/NIGHT |
| GNZ | MIRROR – EXT DRIVER AUTO DAY/NIGHT | GXX | SENTRY KEY THEFT DETERRENT SYSTEM |
| LNJ | FOG LAMPS | GWA | SUNROOF – POWER |

BAY: _D20_

BY: _____

REC'D: _____

Supreme Court of Ohio
Case No. 03-1441
Date Rec'd 1/30/2004

TRIAL COURT CASE No. 01-CR-793

SUPREME COURT OF OHIO CASE No. 01-1441

State of Ohio

-vs-

DONNA ROBERTS

STATE'S EXHIBIT No. 403





Mvc-005f.jpg

Mvc-006f.jpg





Mvc-007f.jpg

STATE'S
EXHIBIT
408

**Supreme Court of Ohio**
**Case No. 03-1441**
**Date Rec'd 1/30/2004**





DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5878



DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5879



BIOHAZARD

BLOOD

01-078867
12-12-01
Maria

3
21

TAG WITH 494
OLIVE ST. WRITTEN
ON FRONT. FOUND
UNDER VICTIM ON
KITCHEN FLOOR.

BIOHAZARD

STATE'S EXHIBIT
4004
FINERO Service, S. L.

494
Olive St.

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5880

Supreme Court of Ohio
Case No. 03-1441
Date Rec'd 1/30/2004

State of Ohio

– vs –

Donna Roberts

DEFENDANT'S EXHIBITS:
1, 2, 3, 4, 5, 6





Supreme Court of Ohio
Case No. 03-1441
Date Rec'd 1/30/2004

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5882





Supreme Court of Ohio
Case No. 03-1441
Date Rec'd 1/30/2004

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5883





Supreme Court of Ohio
Case No. 03-1441
Date Rec'd 1/30/2004

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5884





PENGAD-Bayonne, N. J.

**DEFENDANT'S EXHIBIT**

01 cl 793

Supreme Court of Ohio
Case No. 03-1441
Date Rec'd 1/30/2004

| Case # _01-_ | HOWLAND POLICE DEPARTMENT | CONSENT |
|---|---|---|
| Date _12-12-01_ | 169 Niles Cortland NE<br>Warren, Ohio 44484<br>216-856-2976 | TO SEARCH |

I, _Donna M. Roberts_ of _254 Fonderlac SE, Warren, Ohio 44484_

DOB _05-22-44_ SSN _293 38 1661_ , hereby grant consent to

_Det. Monroe & agents_ , Officer of the HOWLAND POLICE DEPARTMENT

to search the following:

| V<br>E<br>H<br>I<br>C<br>L<br>E | YEAR | _2000_<br>_2001_ | MAKE | _Chry_<br>_Chry_ | | MODEL | _300_<br>_300_ |
| | COLOR | _Maroon 2000 / Silver 2001_ | V.I.N. | _2C3HE66G ZYH132880_<br>_2C3AE66G81H526861_ _dms_ | | | |
| | LICENSE | _CPA 8225_<br>_CPA 8226_ | STATE | _Ohio_<br>_Ohio_ | | | |
| | MISC | | | | | | |

Including Luggage and Contents

| OWNER | | ADDRESS | |
|---|---|---|---|
| PERSON IN CONTROL | | | |
| LOCATION | | | COUNTY |

| R<br>E<br>S<br>I<br>D<br>E<br>N<br>C<br>E | ADDRESS | _254 Fonderlac SE_ | COUNTY | _Trumbull_ |
| | INCLUDING | | | |
| | OWNER | | ADDRESS | |
| | PERSON IN CONTROL | _Donna Roberts_ | | |
| | ADDRESS | _254 Fonderlac SE, Warren, Ohio 44484_ | PHONE | |

| B<br>U<br>S<br>I<br>N<br>E<br>S<br>S | KNOWN AS | | | |
| | ADDRESS | | COUNTY | |
| | INCLUDING | | | |
| | OWNER | | ADDRESS | |
| | PERSON IN CONTROL | | | |

——— WAIVER ———

I understand that I have the right to refuse the search described above
and to refuse to sign this form. I further state that no promises,
threats, force, physical or mental coercion of any kind have been used
against me to get me to consent to this search or to sign this form

WITNESS: _Det. Sgt. Monroe_       SIGNATURE _Donna M Roberts_

WITNESS: _Capt K Compton_         ADDRESS _254 Fonderlac SE_

HPD8        **167**        _10:25 A.M._

DEFENDANT'S
EXHIBIT
_5_

| Case # 01-078868<br>Date 12-17-01 | HOWLAND POLICE DEPARTMENT<br>169 Niles Cortland NE<br>Warren, Ohio 44484<br>216-856-2976 | CONSENT<br>TO SEARCH |
|---|---|---|

I, DONNA M. ROBERTS of HOWLAND

DOB 5-22-44    SSN 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    , hereby grant consent to

Sgt Monroe                , Officer of the HOWLAND POLICE DEPARTMENT

to search the following:

| V E H I C L E | YEAR | | MAKE | | | MODEL | |
|---|---|---|---|---|---|---|---|
| | COLOR | | | V.I.N. | | | |
| | LICENSE | | | STATE | | | |
| | MISC | | | | | | |

Including Luggage and Contents

| OWNER | | ADDRESS | |
|---|---|---|---|
| PERSON IN CONTROL | | | |

| R E S I D E N C E | LOCATION 254 FONDERLAC ST SE | | COUNTY | |
|---|---|---|---|---|
| | ADDRESS 254 FONDERLAC ST SE | | COUNTY TRUMBULL | |
| | INCLUDING GARAGE | | | |
| | OWNER DONNA M ROBERTS | ADDRESS 254 FONDERLAC | WARREN OH 44484 | |
| | PERSON IN CONTROL SAME AS OWNER | | | |
| | ADDRESS SAME AS OWNER | | PHONE 6097812 | |

| B U S I N E S S | KNOWN AS | | | |
|---|---|---|---|---|
| | ADDRESS | | COUNTY | |
| | INCLUDING | | | |
| | OWNER | | ADDRESS | |
| | PERSON IN CONTROL | | | |

——————— WAIVER ———————

I understand that I have the right to refuse the search described above and to refuse to sign this form. I further state that no promises, threats, force, physical or mental coercion of any kind have been used against me to get me to consent to this search or to sign this form

WITNESS: _Sgt Monroe_

WITNESS: _____

SIGNATURE _DM Roberts_

ADDRESS 254 FONDERLAC

HPD8

166

12-17-01 2054 hrs.

DEFENDANT'S EXHIBIT
6

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5887



DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5888

**Supreme Court of Ohio**
**Case No. 03-1441**
**Date Rec'd 1/30/2004**

State of Ohio
-vs-
Donna Roberts

Joint Exhibit No. 1

**Supreme Court of Ohio**
**Case No. 03-1441**
**Date Rec'd 1/30/2004**



JOINT EXHIBIT ①







Copy

State of Ohio
-vs-
Donna Roberts

Court's Exhibits:

1, 2, 3, 4, 5

1A, 2A, 3A, 4A

*Courts Exhibit #1*
*5/27/2003.*

# IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

STATE OF OHIO,                    )
　　　　　Plaintiff               )    Case No.  01 CR 793
　　　　　　　　　　　　　　　　　)
vs.                               )    Judge John M. Stuard
　　　　　　　　　　　　　　　　　)    Courtroom 2
　　　　　　　　　　　　　　　　　)
DONNA M. ROBERTS,                 )
　　　　　Defendant               )

---

### JURY VERDICT
### COUNT ONE—VERDICT ON SPECIFICATION ONE
#### OHIO REV. CODE ANN. §2929.04

---

　　　　　We, the jury, having been duly empaneled to well and truly try the above cause and true deliverance make, do find the Defendant, Donna M. Roberts, is

_____ of committing the offense of aggravated murder while she was committing or attempting to commit, or in fleeing immediately after committing or attempting to commit aggravated burglary and that the Defendant committed the aggravated murder with prior calculation and design in the manner and form she stands charged in the indictment.
　　　　　*Insert in ink either: "Not Guilty" or "Guilty Beyond a Reasonable Doubt."*

1. _____     　　　 7. _____

*Does this paper need to*
2. _____     *Say Complicitor.*

*Explain - Ohio Rev. Code*
3. _____     　　　　　　　　_____

*2929.04*
4. _____     　　　　　　　　_____

*Margaret Z Kay*
5. _____     　　　　　　　　_____

*5/27/2003*
6. _____     　　　　　　　　_____

Date: _____

DONNA ROBERTS v WARDEN
CASE NO. 4:21-cv-00368-DAP
APPENDIX – PAGE 5893

Court's Exhibit No. 1A ₁
5/27/2003

       IN RESPONSE TO YOUR QUESTION, SOME OF THE VERDICT FORMS

HAVE BEEN CHANGED.  I TRUST THAT THE CHANGES HAVE ANSWERED

YOUR QUESTION.

*M. Stuart, Judge*

      MAY 27, 2003

      10:00 p.m.

Court's Exhibit 2
5/28/03

Specification 2 to Count 2

Page 19
Does this mean Donna
was actually there while Nate
Jackson pulled the triger

The phase while the accomplise was
Committing is que (pg 19) of instruct –

Margaret Kcey 5-28-03

What I Constetutes a felony Murder.
Margaret 2 Key 5-28-03
9:30 Am.

*Court's Exhibit No. 2A* [1]
*5/28/2003*

ANSWER TO JURY QUESTION:

THE ANSWER TO YOUR QUESTION IS "NO."  THE CHARGES SET
FORTH IN THE INDICTMENT AND DESCRIBED IN YOUR JURY
INSTRUCTIONS ARE MERELY ALLEGATIONS.

IN RESPONSE TO YOUR QUESTION AS TO WHAT CONSTITUTES
FELONY MURDER, I CAN ONLY DIRECT YOUR ATTENTION TO THE JURY
INSTRUCTIONS PRESENTLY IN YOUR POSSESSION.  SEE INSTRUCTION TO
COUNT TWO, PAGES 17-18.

JUDGE JOHN M. STUARD

MAY 28, 2003

10:00 a.m.

Court's Exhibit 3
5/28/2003

The instructs on page 10. On or about person etc.
we are confused to the words his/her.
On the firearm specification it says Dona Robert.
Please clarify both these specification

Margaret Key  5-28-03
10:45 Am

Court's Exhibit 3A
5/28/2003

1

ANSWER TO JURY QUESTION:

I AM UNABLE TO OFFER ANY FURTHER GUIDANCE AS TO THE
INSTRUCTIONS RELATING TO THE FIREARM SPECIFICATIONS CONTAINED
ON PAGE 10 OF YOUR JURY INSTRUCTIONS.  IF YOU HAVE A MORE
SPECIFIC QUESTION, PLEASE REDUCE THAT QUESTION TO WRITING AND
I WILL TRY TO OFFER ASSISTANCE.

JUDGE JOHN M. STUARD

MAY 28, 2003

11:00 a.m.

Court's Exhibit No. 4
5/28/2003

On the Count 4 Firearm Charge (Robbery)
does the defendant have to
be physically present in the Room
at the time of Discharged to be
considered under her control!

OR

Could you possibly put Above
stated in layman terms. ~~poor parag~~ (4 pg 10)

Thank You.
Maryann Kay  5-28-03
11:50

*Court's Exhibit "TT"*
*5/28/2003.*

ANSWER TO JURY QUESTION:

NO, IF YOU FIND THE DEFENDANT IS A COMPLICITOR, SHE NEED

NOT BE PHYSICALLY PRESENT IN THE ROOM AT THE TIME THE FIREARM

IS DISCHARGED TO BE CONSIDERED UNDER HER CONTROL; HOWEVER, TO

FIND THE DEFENDANT GUILTY OF A FIREARM SPECIFICATION UNDER

SUCH CIRCUMSTANCES YOU MUST FIND BEYOND A REASONABLE DOUBT

THAT DONNA ROBERTS HAD KNOWLEDGE THAT NATHANIEL JACKSON HAD A

FIREARM IN HIS POSSESSION.


JUDGE JOHN M. STUARD

MAY 28, 2003

12:20 p.m.

Count 3 + Count 4 firearm firearm specification
can the word Complicity be put in. ?
And if not why.

Margaret Kay  5-28-03

Court's Exhibit 5
5/28/2003

TRIAL COURT CASE NO. 01-CR-793

Unsealed by the Supreme Cou
3/13/08

STATE OF OHIO
-vs-
DONNA M. ROBERTS

SENTENCING EXHIBIT "A"
MARKED FOR IDENTIFICATION 6/20/200.

- ORDERED SEALED BY THE COURT-



SEALED. PER COURT ORDER

TO BE OPENED BY
COURT OF APPEALS
OR SUPREME COURT ONLY

opened at the Ohio Supreme Court
3/4/05 - RMC

Unsealed by the Supreme Court
3/13/08

SENTENCING EXHIBIT
"A"
6/20/2003

## IN THE COURT OF COMMON PLEAS
### TRUMBULL COUNTY, OHIO

STATE OF OHIO,       \*       CASE NO.:    01-CR-793

     Plaintiff,       \*       JUDGE:      JOHN M. STUARD

-vs-       \*       **OPINION OF THE COURT IMPOSING DEATH SENTENCE AND FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING IMPOSITION OF DEATH SENTENCE. {O.R.C. 2929.03(F)}**

DONNA MARIE ROBERTS,

     Defendant.

### HISTORY

On May 28, 2003, a Trumbull County Petit Jury returned a unanimous verdict finding the Defendant, Donna Marie Roberts, guilty of two (2) counts of complicity to commit aggravated murder arising from the death of Robert S. Fingerhut. Each count contained two (2) specifications of aggravating circumstances listed in division (A) of section 2929.04 of the Revised Code. Since counts one and two of the indictment merge for sentencing purposes, the State elected to dismiss count two and the specifications thereto prior to the commencement of the mitigation phase. Therefore, for purposes of this opinion, the Defendant was convicted of the first count of the indictment, or purposely and with prior calculation and design, causing the death of Robert S. Fingerhut.

On June 4, 2003, the mitigation or second phase of the trial began. The jury, in that phase, unanimously found that the State had proved beyond a reasonable doubt that the aggravating circumstances, to-wit: specification one to count one, that the Defendant was a complicitor in committing or attempting to commit, or in fleeing immediately after committing

-1-

or attempting to commit aggravated burglary and that the Defendant committed the aggravated murder with prior calculation and design and specification two to count one, that the Defendant was a complicitor in committing or attempting to commit, or in fleeing immediately after committing or attempting to commit aggravated robbery and that the Defendant committed the aggravated murder with prior calculation and design outweighed the mitigating factors and returned two (2) verdicts recommending the death sentence.

Pursuant to Revised Code Section 2929.04(F) the Court is now obligated to file a separate written opinion independently weighing the aggravating circumstance of each specification against the mitigating factors. The weighing process reflected in this opinion is based upon evidence heard by the jury but is done independently and without regard to the findings of the jury.

### FACTS

Factually, the evidence at trial revealed that the Defendant planned the murder of her ex-husband and housemate, Robert S. Fingerhut, for five hundred and fifty thousand dollars ($550,000.00) in insurance proceeds. The Defendant plotted the murder for at least three (3) months prior to December 11, 2001. The Defendant corresponded with her convict lover and co-defendant, Nathaniel Jackson, while he was in prison at the Lorain Correctional Institution; she also accepted nineteen (19) collect telephone calls from Jackson while he was incarcerated wherein they planned details of the murder. The telephone calls were recorded and the letters and phone calls were seized by police during the course of the murder investigation.

The murder plot included a plan whereby the Defendant would pick up Jackson from prison on December 9, 2001, and take him to the Wagon Wheel Motel in Boardman, Ohio, and

-2-

rent a room with a mirrored ceiling and a Jacuzzi tub where they would have sexual relations. The Defendant would obtain handcuffs, a firearm, ski mask, leather gloves to conceal fingerprints and would ensure Jackson access to the victim's residence so that Jackson could abduct the victim and take him out of the house and kill him. The conspirators discussed forcing the victim to watch the Defendant perform oral sex on Jackson before executing the victim. The Defendant planned to set up an alibi at the time of the murder by driving around and going to various retail outlets and shopping where she would be filmed by the store's video security cameras. The Defendant made several telephone calls to Fingerhut's place of employment, the Greyhound Bus Station in Youngstown, Ohio, to ensure that Fingerhut timely left work at approximately 9:00 p.m. on December 11, 2001. The Defendant also provided Jackson with a cellular telephone to keep in contact with her while she was driving a red Chrysler 300M which contained its own cellular telephone. The Defendant had previously checked on the insurance policies to ensure that they were in effect and that the premiums were paid until the end of 2001. The Defendant also discussed in the letters and phone calls obtaining a motel room for Jackson after the killing so Jackson could hide out after the murder.

However, the plan began to go bad when Jackson, who was in Fingerhut's residence, sustained a gunshot wound to his left index finger during a struggle with the victim. Jackson shot Fingerhut three (3) times, including one (1) fatal shot to the head. Jackson left the victim's body in the residence, and took Fingerhut's car keys and Fingerhut's silver Chrysler 300M from the garage of the residence. Jackson drove Fingerhut's car to Youngstown, Ohio, where he abandoned it approximately three (3) blocks from where he was ultimately arrested on

-3-

December 20, 2001. A series of telephone calls occurred between the Defendant's telephone in her red Chrysler and her cellular telephone which was in the possession of Jackson during the time frame of approximately 9:30 p.m. and 12:00 midnight on December 11, 2001. Between 9:30 p.m. and 10:30 p.m. the Defendant drove Jackson to the Days Inn in Boardman, Ohio, and rented him a room for one week. Jackson's wound was treated and bandaged in the room.

The Defendant returned to the residence in Howland Township, Trumbull County, Ohio, and "discovered" her ex-husband's body just inside the man door leading from the garage. The Defendant called 911 and feigned hysteria. The Defendant in her letters to Jackson had discussed how she would fake grief upon discovering that her ex-husband had been killed. Howland Township Police Officers responded to the 911 call and were met by the Defendant. The police did not find any signs of forced entry and the only things missing from the residence were the victim's car keys and the victim's automobile. Two wallets containing a large sum of cash and credit cards as well as other valuables were undisturbed inside the residence. The Defendant told the officers that her husband's car was missing and granted them permission to search the residence and her vehicle for evidence that might lead to the killer. During this search police found approximately one hundred and forty (140) letters from Jackson to the Defendant in her dresser, and approximately one hundred and forty (140) letters from the Defendant to Jackson in the trunk of the Defendant's red car, in a paper bag bearing Jackson's name and prison number.

As the investigation progressed, law enforcement officers were able to obtain the nineteen (19) recorded telephone conversations between the Defendant and Jackson while

-4-

Jackson was incarcerated in the Lorain Correctional Institution. These tapes constituted approximately three (3) hours of conversation. These telephone calls, along with the letters which spanned a time frame of approximately three (3) months, revealed a continuing and evolving plan to kill Fingerhut within days after Jackson's release from prison.

Jackson was soon arrested at a house on Wirt Street in Youngstown, Ohio, a few blocks from where Fingerhut's vehicle was recovered ,and a pair of black leather gloves with fleece lining were recovered from that house at the time of his arrest. In a letter written to Jackson, the Defendant acknowledged that she had found thin, fleece-lined leather gloves. The recovered gloves had gunshot residue and a hole in the left index finger, along with a reddish substance which appeared to be blood in that area. This damaged area matched the injury that Jackson had sustained to his finger.

The evidence also revealed that the Defendant, near the approximate time of the murder, was seen driving her automobile in a very slow manner away from the vicinity of the home where Fingerhut lived. Furthermore, within two (2) hours from the last time Fingerhut was seen alive, the Defendant rented a motel room at the Days Inn in Boardman, Ohio, for Jackson. In this room bloody bandages and other medical supplies were found by hotel cleaning personnel and were subsequently collected by police.

Fingerhut's silver Chrysler, which had been stolen by Jackson from the residence, was recovered in Youngstown, Ohio. Blood stains in and on the vehicle were collected by law enforcement officers. DNA analysis of the blood stains collected on the trunk latch and the interior sun visor revealed that the blood matched the DNA profiles of Nate Jackson and the

-5-

victim. Blood stains collected from the Days Inn also matched the DNA profile of Nate Jackson.

The State also introduced evidence from the letters that the Defendant and Jackson discussed purchasing a "new Lincoln" or a "2002 Cadillac DeVille" for Jackson. The Defendant and Jackson repeatedly discussed waking up together on Christmas Morning and the Defendant repeatedly stated how much she hated Fingerhut. Additionally, Fingerhut had two (2) life insurance policies with a combined benefit of five hundred and fifty thousand dollars ($550,000.00).

On December 12, 2001, shortly after calling 911, Howland police officers noticed the Defendant's behavior which included feigned crying and listening in on conversations of investigators. On December 12, 2001, shortly after calling 911, the Defendant told investigators that she had been out shopping at Wal-Mart, Super K-Mart and Giant Eagle. Police could only confirm that the Defendant was at Wal-Mart at approximately 9:30 p.m. The Defendant never stated to police that she had taken Jackson to the Days Inn in Boardman, Ohio.

Later in the afternoon of December 12, 2001, the Defendant provided police with a list of suspects who may have wanted to kill Fingerhut, including an alleged homosexual lover of the victim, a half Hispanic half black man that the Defendant had dated, a man named Santiago Mason and a number of people from the Greyhound bus station. When investigators asked the Defendant about Nathaniel Jackson the Defendant stated, "oh, I almost forgot about him" and proceeded to tell the officers that she had last seen Jackson on Monday, December 10, 2001, and had last spoken to him in the morning of Tuesday, December 11, 2001.

The investigation revealed that the Defendant and Jackson were together throughout the

-6-

afternoon and evening of December 11, 2001. The State presented evidence and testimony that the Defendant took Jackson to get a haircut, ate dinner with him at Red Lobster and was with him at the Warren Greyhound bus terminal in Warren, Ohio, which was the Defendant's place of employment. One witness, Frank Reynolds, testified that after Jackson's release from prison and prior to the murder, he was present at the Youngstown bus terminal when the Defendant asked Fingerhut for three thousand dollars ($3,000.00); when Fingerhut refused to give her the money she gave him a dirty look. The Defendant had stated in her letters that she was tired of "the grinch doling out the money" and was referring to Fingerhut providing her with a set amount of cash to spend every week.

The Defendant planned to obtain a firearm for Jackson to use in order to kill Fingerhut. While the Defendant was supposedly in a torrid love relationship with Jackson, she invited ex-con Santiago Mason to her residence where she performed oral sex on him. When he refused her further sexual advances to engage in vaginal intercourse, Mason was accused by the Defendant of stealing a .38 caliber firearm. Forensic evidence revealed that the weapon used to kill Fingerhut was consistent with a .38 caliber firearm. The investigation revealed that Roberts was missing two .38 caliber firearms at the time of Fingerhut's murder.

### AGGRAVATING CIRCUMSTANCES

In this case the jury found the existence beyond a reasonable doubt of two aggravating circumstances pursuant to section 2929.04(A)(7) of the Revised Code, to-wit: specification one to count one, that the Defendant was a complicitor in committing or attempting to commit, or in fleeing immediately after committing or attempting to commit aggravated burglary and that

-7-

the Defendant committed the aggravated murder with prior calculation and design and specification two to count one, that the Defendant was a complicitor in committing or attempting to commit, or in fleeing immediately after committing or attempting to commit aggravated robbery and that the Defendant committed the aggravated murder with prior calculation and design.

With respect to the aggravating circumstance related to the aggravated burglary, the evidence presented at trial proved that the Defendant allowed Jackson to trespass in Fingerhut's residence located at 254 Fonderlac Drive, Howland Township, Trumbull County, Ohio, with the specific purpose of killing Fingerhut with prior calculation and design. Jackson was wearing leather gloves and armed with a firearm, which he used to shoot the victim three times, causing his death. The gloves, a ski mask, firearm and access to the house were all provided by the Defendant with prior calculation and design as evidenced by the telephone calls and letters introduced by the State. The Defendant ensured the victim's arrival by checking at his place of employment and determining when he left work and by calling him on the telephone while he was on his way home. The Defendant had also checked on the status of the life insurance policies and determined that the premiums were paid up to the end of 2001 and advised Jackson of the same.

Pursuant to her plan to kill Fingerhut, the Defendant took Jackson to a motel room in Boardman, Ohio, and rented the room for one week which was consistent with the plans discussed in the letters and phone calls prior to the murder.

Upon discovering Fingerhut's body the Defendant feigned grief exactly as discussed in

-8-

her letters with Jackson.

During the course of the investigation the Defendant continually threw out red herrings for the Howland Police by mentioning a number of possible suspects including alleged homosexual lovers of the victim, her ex-boyfriends, crazy people from the Greyhound bus terminal in Youngstown and Santiago Mason. The Defendant only mentioned Jackson (the convict she had corresponded with by letter for three (3) months, spoken to on the telephone nineteen (19) times, picked up from prison, engaged in sexual relations with just two days prior, taken to get his haircut and ate dinner with just hours previously, and the person whom she had driven to Boardman, Ohio, on the night of the murder and who had an injured index finger) after the investigators confronted her with his name.

From the aforementioned evidence, this Court concludes that the Defendant committed the aggravated murder as a complicitor while committing or attempting to commit, or in fleeing immediately after committing or attempting to commit aggravated burglary and that the Defendant committed the aggravated murder with prior calculation and design.

With respect to the aggravating circumstance related to the aggravated robbery, after Jackson had murdered the victim, he took the victim's set of keys and his silver Chrysler 300M. Although the planned crime involved Jackson stealing Fingerhut's car in order to kidnap Fingerhut it is clear that Jackson was to take the victim's car to flee the residence. The fact that Fingerhut struggled with Jackson in the residence and was killed in the residence in no way negates the Defendant's plan that Jackson should steal the victim's car to facilitate Jackson's own flight from the residence.

-9-

Ample DNA evidence was presented indicating that Jackson was in the silver Chrysler 300M following the murder of Fingerhut. Additionally, phone records were introduced showing that Jackson and the Defendant called each other after the murder to check on the status of the plan. Finally, the vehicle was recovered a few blocks from the location where Jackson was arrested.

The Defendant, in accordance with the plan to kill Fingerhut, paid for a hotel room for Jackson following the murder.

The fact that the silver Chrysler 300M was found abandoned with the victim's keys in the ignition coupled with the fact that the victim's wallet, money, credit cards and other valuables were not stolen clearly show that the plan to steal the victim's car as a means of escape following the kidnapping and murder of the victim were carried out in accordance with the prior calculation and design as set out by the Defendant and Jackson.

From the aforementioned evidence this Court concludes that the Defendant committed the aggravated murder as a complicitor while committing or attempting to commit, or in fleeing immediately after committing or attempting to commit aggravated robbery and that the Defendant committed the aggravated murder with prior calculation and design.

## **MITIGATING FACTORS**

To be weighed against the aggravating circumstances the Court must weigh any mitigating factors.

On Tuesday, June 3, 2003, the Defendant appeared in chambers and on the record with her retained attorneys, J. Gerald Ingram and John B. Juhasz and her retained psychologist

-10-

Thomas Eberle. The State was present and represented by Assistant Prosecutors Kenneth N. Bailey and Christopher D. Becker.

The Defense indicated to the Court that the Defendant had been evaluated by Dr. Eberle for her competency to waive mitigating evidence and that in the doctor's opinion she was competent to do the same. The Court personally addressed the Defendant and inquired of her as to the importance of presenting mitigating evidence, the use of such evidence to offset the aggravating circumstances, and the effect of failing to present such evidence. The Court was assured that the Defendant understood these concepts by both defense counsel and Dr. Eberle and personally inquired whether the Defendant desired to waive the right to present mitigating evidence. The Court having found no evidence to contradict Dr. Eberle's findings and the Defendant's statements and desire to waive the presentation of mitigating evidence then found that the Defendant was competent to waive the presentation of mitigation evidence and had done so knowingly, voluntarily and intelligently. The Defendant indicated to the Court that she only desired to make an unsworn statement to the jury, which she was advised she was permitted to do and would be permitted to make on June 4, 2003, which was the date previously scheduled for the mitigation or second phase.

On Wednesday, June 4, 2003, the Defendant made an unsworn statement during which she stated to the jury that there were no mitigating factors and during which she requested the jury to impose a death sentence. This statement was articulate, coherent, and well organized. The statement lasted approximately one hour during which the Defendant showed no difficulty or fear in addressing a large group of individuals including the jury and a large number of

-11-

courtroom observers. The Defendant spoke freely and although she had with her prepared notes she often extemporized.

Despite the preceding the Court is still bound to make an independent weighing of any and all mitigating factors that it feels may exist in this case against the aggravating circumstances.

The Defendant in this case was not the principal offender. Pursuant to section 2929.04(B)(6) the Court considers this factor and gives it very little weight. The Defendant committed the aggravated murder during the course of the commission of both an aggravated burglary and aggravated robbery. The record is replete with instances wherein the Defendant actively planned this aggravated murder with prior calculation and design in order to collect five hundred and fifty thousand dollars ($550,000.00) in life insurance proceeds. The Defendant's plan included buying her co-defendant a new Cadillac or Lincoln in exchange for killing her ex-husband, promises of trips, a nice home in a wealthy neighborhood and overall a one hundred and eighty degree change in lifestyle for Nathaniel Jackson, her co-defendant.

The record is overwhelming that but for the Defendant's planning and actions the victim would be alive today. The Defendant discussed and planned for months with the principal offender how they would kill the victim. The Defendant checked on the status of the insurance policies in order to ensure that she would be able to collect the proceeds from the same and advised the principal offender of the status of the policies. The Defendant then transported the principal offender in the aggravated murder from prison to a pre-determined location in order to engage in love making before the murder. The Defendant fed the principal offender prior to

-12-

the crime. The Defendant provided the principal offender with gloves, a ski mask, the murder weapon and a hide out after the aggravated murder all as planned and discussed prior to the aggravated murder. The Defendant gave the principal offender entry into the residence of the victim for the sole and exclusive purpose of killing the victim. This plan was clearly discussed in both the letters and the recorded telephone conversations, including the last telephone call of December 8, 2001, the day before the principal offender was released from prison. The Defendant failed to advise police of her relationship with the principal offender until she was confronted with the existence of the relationship by the police. Prior to being confronted by the existence of this relationship the Defendant gave the police a number of red herrings implicating a number of potential suspects but never mentioned her relationship with the principal offender and her discussions with him regarding the aggravated murder of Robert Fingerhut.

The Court gives very slight weight to the fact that the Defendant indicates in her letters that the victim may have been physically abusive to her. This factor is pursuant to section 2929.04(B)(1)&(2); however, the existence of this factor is given very slight weight due to the fact that it is unsubstantiated and even if it were true it would not warrant the Defendant's actions in this case.

The Court gives very little weight to the Defendant's unsworn statement. During the course of her unsworn statement the Defendant apologized to her defense team and thanked them for their hard work. The few positive things gleaned from this statement were overshadowed by the Defendant's personal attacks and statements that were clearly contrary to the evidence. The Defendant denied guilt and personally attacked the jurors by claiming they

-13-

were not a jury of her peers. The Defendant accused the lead investigator as being motivated solely by career advancement and accusing him of obstruction of justice and perjury. The Defendant referred to the other investigators as "lackeys" and claimed that one member of the prosecution team was "anti-semetic and racist". The Defendant also chastised the jurors for being uninformed about current events. The Defendant also stated to the jury that she and the victim had a loving relationship and planned to live happily ever after. These statements are in direct contravention of her statements in the letters and the phone calls expressing her desire and wishes that the victim meet an untimely death and her desire to marry and live with Nathaniel Jackson. The Defendant also appeared to brag to the jury that she and the deceased had earned over two hundred thousand dollars ($200,000.00) per year and that the five hundred and fifty thousand dollars ($550,000.00) in life insurance proceeds was of little value to her because that sum would only sustain her for a few years.

It is difficult for this Court or any fact finder to give any weight to such a statement.

Pursuant to section 2929.04(A)(7) the Court will give very slight weight to the Defendant's behavior during the course of this trial. The Defendant was courteous, pleasant and properly addressed the Court at all times. The Defendant appeared intelligent and interested in the proceedings and appeared to assist in her defense at all times. The Defendant presented no security problems to the Court and those who transported her to Court each day.

## CONCLUSIONS OF LAW

The Court has carefully and independently weighed the cumulation of all of the mitigating factors against each aggravating circumstance separately as to each of the two

-14-

specifications. In other words the Court has weighed the evidence twice. First, the Court weighed all of the mitigating factors against the aggravating circumstance surrounding the aggravated burglary and then the Court engaged in a second weighing whereby the Court again weighed all of the mitigating factors against the aggravating circumstance surrounding the aggravated robbery.

With respect to the first weighing of the aggravating circumstances related to the aggravated burglary against all of the mitigating factors, this Court finds that the aggravating circumstances not only outweigh the mitigating factors by proof beyond a reasonable doubt, but in fact, they almost completely overshadow them.

The Legislature of the State of Ohio has recognized that under certain circumstances, the death penalty is an appropriate sanction to a defendant who commits an aggravated murder during the commission of certain felonies. In the case at bar, the underlying felonies were aggravated burglary and aggravated robbery.

In this particular case, the Court accords substantial weight to the aggravated burglary specification in the first weighing process. In order to prove an aggravated burglary, the State is required to prove that a defendant trespassed in an occupied structure for the purpose of committing a criminal offense. In this particular case the Defendant purposely had her co-defendant trespass in the occupied structure of Robert S. Fingerhut with the specific purpose of committing an aggravated murder which had been meticulously planned over a number of months with prior calculation and design.

Under the facts of this case, this Court can not foresee any other form of aggravated

-15-