# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **DONNA ROBERTS,** | : | |
| | : | CASE NO. 4:21-cv-00368-DAP |
| Petitioner, | : | |
| | : | JUDGE DAN AARON POLSTER |
| v. | : | |
| | : | |
| **TERI BALDAUF, Warden,** | : | |
| | : | |
| Respondent. | : | *Death Penalty Case* |

## WARDEN'S NOTICE OF FILING OF THE INDEX
## TO THE APPENDIX TO THE RETURN OF WRIT

The Warden hereby notifies the Court and the Petitioner of the submission of the Index to the Appendix to the Return of Writ [ECF #12].

Respectfully submitted,

DAVE YOST
Ohio Attorney General

s/ *Stephen E. Maher*
**STEPHEN E. MAHER (0032279)***
*Lead Counsel
Assistant Attorney General
Criminal Justice Section, Capital Crimes Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (866) 440-6159 (fax)
Stephen.Maher@ohioAGO.gov

**COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing *Warden's Notice of Filing the Index to the Appendix to the Return of Writ* has been forwarded via the court's electronic filing to all parties of record this 10th day of February, 2022.

    s/ *Stephen E. Maher*
**STEPHEN E. MAHER (0032279)***
*Lead Counsel
Assistant Attorney General
Criminal Justice Section, Capital Crimes Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (866) 440-6159 (fax)
Stephen.Maher@ohioAGO.gov

**COUNSEL FOR RESPONDENT**