## INDEX TO THE APPENDIX TO RETURN OF WRIT

### *DONNA ROBERTS v. WARDEN*
### UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF OHIO
### CASE NO. 4:21-cv-00368-DAP

| Index to the Appendix to Return of Writ | Roberts v. Warden |
|---|---|

**PAGEID #**

**TRIAL COURT - Trumbull County Common Pleas Case No. 2001 - CR- 793 (Indictment to original sentencing)**

Docket ...................................................................................................................6803

2001.12.21 Warrant on complaint and return of service ...................................................6825

2001.12.21 Complaint and affidavit ................................................................................6827

2001.12.21 Defendant appearance, not guilty plea, no bond set .......................................6838

2001.12.26 Motion to Intervene.....................................................................................6839

2001.12.28 Direct Presentment for Ct 1-4 .....................................................................6841

2001.12.28 Indictment and Summons .............................................................................6842

2001.12.28 Praecipe for Capias .....................................................................................6848

2001.12.28 Motion of the Vindicator Printing Co. in opposition to Defendant motion to seal court records .......................................................................................6849

2001.12.28 Notice of appearance as co-counsel - John Juhasz ..........................................6859

2001.12.28 Defendant Motion and Memorandum in support of motion to hold affidavit and exhibits under seal.................................................................................................6861

2001.12.31 Not Guilty plea to arraignment on indictment & summons, no bond set .........6895

2001.12.31 Summons on Indictment returned by Sheriff...................................................6896

2001.12.31 Capias returned and endorsed by Sheriff.......................................................6898

2002.01.04 Notice to Supreme Court of Ohio of filing of Indictment charging aggravated murder with specifications of aggravated Circumstances ................................6900

PAGEID #

2002.01.07 Victims rights notification ................................................................6901

2002.01.07 Defendant Notice of request for discovery ........................................6902

2002.01.07 Defendant Motion for notice of intention to use evidence ................6904

2002.01.14 Certified mail, returned endorsed from Supreme Court ....................6909

2002.02.01 Waiver of speedy trial .......................................................................6911

2002.02.11 Defendant Motion for an order enlarging the time for filing pretrial
motions...................................................................................................................6912

2002.02.11 Defendant Motion for discovery .......................................................6917

2002.02.20 Motion to determine proper standard to excuse jurors for cause......6922

2002.02.26 Defendant Motion for comprehensive voir dire examination............6948

2002.03.13 Notice to Supreme Court of Ohio of filing of indictment charging
aggravated murder with specification of aggravated Circumstances ...................6959

2002.03.15 State's request for reciprocal discovery ............................................6960

2002.03.15 State's response to Defendant request for discovery...........................6962

2002.03.15 State's response to Defendant request bill of particulars ...................6967

2002.03.20 Motion of interested Party - return of vehicle by Donna Roberts to Fifth
Third Bank .............................................................................................................6969

2012.04.16 State's second supplemental response to Defendant request for discovery ......6976

2002.04.18 State's third supplemental response to Defendant request for discovery..........6987

2002.06.18 Defendant Motion for comprehensive voir dire examination............6989

2002.06.18 Defendant Motion to prohibit death qualification of jurors unless and
until the government has established probable cause that the case will proceed to
a second phase........................................................................................................7000

2002.07.09 Defendant Motion to suppress evidence ............................................7019

2002.07.15 Defendant Motion for alternating voir dire examination...................7056

2002.07.15 Defendant Motion to have reasons for objections and reasons
for overruling objections placed on the record ...................................................7061

**PAGEID #**

2002.07.18 Memorandum in opposition to Defendant's motion to prohibit death
qualifications until prosecution has shown probable cause that the case will proceed to
a second phase.................................................................................................7066

2002.07.18 State's memorandum in response to Defendant motion to
determine proper standard to excuse jurors for cause.........................................7071

2002.07.18 Memorandum in opposition to Defendant motion for comprehensive
voir dire...........................................................................................................7075

2002.07.18 Defendant Motion to dismiss indictment; or, in the alternative, to
dismiss death specifications because death penalty in Ohio is unconstitutional ...............7078

2002.07.19 Entry of stipulation regarding Defendant July 9, 2002 Motion to suppress .....7264

2002.08.26 Defendant Motion to suppress references to the jury that a verdict of
death is only a recommendation .........................................................................7266

2002.09.11 Entry denying Defendant Motion to suppress references to the jury...............7304

2002.09.12 Defendant Motion to dismiss death specifications due to inadequate
appellate review-request for hearing...................................................................7307

2002.09.13 Defendant Motion to prohibit the government from using peremptory
challenges to exclude veniremen who express concern about imposing capital
punishment - request for oral hearing .................................................................7381

2002.09.16 Defendant Motion to have reasons for objections and reasons
for overruling objections placed on the record ....................................................7395

2002.09.16 Defendant Motion to dismiss death penalty specifications
because method of execution is unconstitutional.................................................7402

**TRIAL COURT - Trumbull County Common Pleas Case No. 2001 - CR- 793 (Indictment
to original sentencing) Pt. 2**

Docket.............................................................................................................7436

2002.10.04 Motion to Suppress .........................................................................7458

2002.10.10 Memorandum in opposition to Defendant Motion to dismiss death
penalty specifications due to inadequate appellate review ...................................7466

2002.10.10 Memorandum in opposition to Defendant Motion to dismiss
death penalty specifications because method of execution is unconstitutional ...................7468

**Index to the Appendix to Return of Writ**                                    **Roberts v. Warden**

**PAGEID #**

2002.10.10 Memorandum Contra to Defendant Motion to dismiss indictment; or
in alternative, to dismiss death specifications because death penalty in Ohio is
unconstitutional .................................................................................................7470

2002.10.10 Memorandum in opposition to Defendant Motion to have reasons
for defense objections and reasons for overruling Defendant objections placed
on record ..........................................................................................................7473

2002.10.10 Memorandum in opposition to Defendant Motion to prohibit the use
of peremptory challenges to exclude veniremen who express concerns about
imposing capital punishment .............................................................................7475

2002.10.10 Memorandum in opposition to Defendant Motion for alternating voir dire .....7478

2002.10.10 Motion for Defendant to submit to handwriting exemplars.............................7481

2002.10.10 State's fourth supplemental response to Defendant request for discovery........7484

2002.10.10 Judgment Entry scheduling Motions hearing on Sept. 20, 2002 .....................7487

2002.10.25 Waiver of Speedy Trial .................................................................................7488

2002.12.03 Defendant Motion to dismiss death specifications and to declare invalid........7489

2003.02.28 Waiver of Speedy Trial .................................................................................7558

2003.03.03 Memorandum in opposition to Defendant Motion to suppress ........................7559

2002.03.17 Notice of open file discovery ........................................................................7580

2003.03.18 Defendant Motion for order granting expert access to Defendant
in county jail ....................................................................................................7582

2003.03.18 Judgment Entry granting expert access.........................................................7585

2003.03.21 Defendant Post Suppression hearing memorandum .......................................7586

2003.04.04 Judgment Entry denying Defendant Motion to Suppress ...............................7604

2003.04.07 Proposed orientation instructions as to procedure in a capital case
(Defendant submission) ...................................................................................7607

2003.04.07 Notice of appeal to the 11th appellate court ..................................................7614

2003.04.02 Judgment Entry denying Defendant Motion to suppress..................................7617

**Index to the Appendix to Return of Writ**                    **Roberts v. Warden**

---

**PAGEID #**

2003.04.07 Defendant Motion to change venue-request for closed oral hearing ............... 7621

Defendant exhibit A-1 ................................................................................................ 7650

Defendant exhibit A-2 ................................................................................................ 7652

Defendant exhibit A-3 ................................................................................................ 7653

Defendant exhibit A-4 ................................................................................................ 7654

Defendant exhibit A-5 ................................................................................................ 7656

Defendant exhibit A-6 ................................................................................................ 7658

Defendant exhibit A-7 ................................................................................................ 7660

Defendant exhibit A-8 ................................................................................................ 7661

Defendant exhibit A-9 ................................................................................................ 7663

Defendant exhibit A-10 .............................................................................................. 7665

Defendant exhibit A-11 .............................................................................................. 7667

Defendant exhibit A-12 .............................................................................................. 7669

Defendant exhibit A-13 .............................................................................................. 7671

Defendant exhibit A-14 .............................................................................................. 7673

Defendant exhibit A-15 .............................................................................................. 7674

Defendant exhibit A-16 .............................................................................................. 7675

Defendant exhibit A-17 .............................................................................................. 7676

Defendant exhibit A-18 .............................................................................................. 7677

Defendant exhibit A-19 .............................................................................................. 7679

Defendant exhibit A-20 .............................................................................................. 7681

Defendant exhibit A-21 .............................................................................................. 7682

Defendant exhibit A-22 .............................................................................................. 7684

Defendant exhibits A-23 ............................................................................................. 7687

**Index to the Appendix to Return of Writ**                    **Roberts v. Warden**

---

                                                                            **PAGEID #**

Defendant exhibits A-24 ...................................................................................7689

Defendant exhibits A-25 ...................................................................................7691

Defendant exhibits A-26 ...................................................................................7693

Defendant exhibits A-27 ...................................................................................7695

Defendant exhibits A-28 ...................................................................................7697

Defendant exhibits A-29 ...................................................................................7701

Defendant exhibits A-30 ...................................................................................7702

Defendant exhibits A-31 ...................................................................................7705

Defendant exhibits A-32 ...................................................................................7706

Defendant exhibits A-33 ...................................................................................7708

Defendant exhibits A-34 ...................................................................................7710

Defendant exhibits A-35 ...................................................................................7712

Defendant exhibits A-36 ...................................................................................7714

Defendant exhibits A-37 ...................................................................................7716

Defendant exhibits A-38 ...................................................................................7718

Defendant exhibits A-39 ...................................................................................7720

Defendant exhibits A-40 ...................................................................................7722

Defendant exhibits A-41 ...................................................................................7724

Defendant exhibits A-42 ...................................................................................7726

Defendant exhibits A-43 ...................................................................................7728

Defendant exhibits A-44 ...................................................................................7731

Defendant exhibits A-45 ...................................................................................7733

Defendant exhibits A-46 ...................................................................................7735

Defendant exhibits A-47 ...................................................................................7737

**PAGEID #**

Defendant exhibits B-1 .........................................................................7738

Defendant exhibits B-2 .........................................................................7740

Defendant exhibits B-3 .........................................................................7742

Defendant exhibits B-4 .........................................................................7744

Defendant exhibits B-5 .........................................................................7746

Defendant exhibits B-6 .........................................................................7747

Defendant exhibits B-7 .........................................................................7749

Defendant exhibits B-8 .........................................................................7751

Defendant exhibits B-9 .........................................................................7753

Defendant exhibits B-10 ........................................................................7754

Defendant exhibits B-11 ........................................................................7756

Defendant exhibits B-12 ........................................................................7757

Defendant exhibits B-13 ........................................................................7759

Defendant exhibits B-14 ........................................................................7760

Defendant exhibits B-15 ........................................................................7761

Defendant exhibits B-16 ........................................................................7763

Defendant exhibits B-17 ........................................................................7764

Defendant exhibits B-18 ........................................................................7766

Defendant exhibits B-19 ........................................................................7768

Defendant exhibits B-20 ........................................................................7769

2003.04.08 Eleventh District Court of Appeals - Judgment Entry - Instant appeal
dismissed for lack of jurisdiction..........................................................7770

2003.04.08 Subpoena returned for Andrew Harvey .....................................7771

2003.04.09 Subpoena returned for Jose Sanchez..........................................7773

2003.04.10 Preliminary Instructions (Defendant submission) ...........................7775

**PAGEID #**

2003.04.10 Defendant Motion for specific disclosure of due process material..................7781

2003.04.14 State's fifth supplemental response to Defendant request for discovery .........7785

    Sentencing Entry for Vaughnda Chambers....................................................................7787

    Indictment of Vaughnda Chambers ..............................................................................7790

    Journal Entry granting judicial release for Vaughnda Chambers ................................7793

    Finding on guilty plea to amended indictment .............................................................7794

2003.04.24 Subpeona returned for Melvin Williams................................................................7799

2003.04.24 Subpoena returned for Sheila Fields ...................................................................7801

2003.04.24 Subpoena returned for Jeffrey Diamantes............................................................7803

2003.04.24 Subpoena returned for Jose Flores .....................................................................7805

2003.04.24 Subpoena returned for Jim McCoy .......................................................................7808

2003.04.24 Subpoena returned for Chris Gear .......................................................................7811

2003.04.24 Subpoena returned for Ralph Roberts ..................................................................7813

2003.04.04 Subpoena returned for James Culwell ..................................................................7815

2003.04.25 Subpoena returned for Jill Kenyon ......................................................................7817

2003.04.25 Subpoena returned for Jennifer Robinson.............................................................7819

2003.04.25 Subpoena returned for Jeffrey Pascarella ...........................................................7821

2003.04.25 Subpoena returned for Rita Morrison ...................................................................7823

2003.04.25 Duplicate subpoena returned for Rita Morrison ....................................................7825

2003.04.25 Subpoena returned for John Guzik .......................................................................7827

2003.04.25 Subpoena returned for Miguel Diaz.......................................................................7829

Trial Stipulation - exhibits written by defendants are authentic ...............................................7831

2003.04.25 Subpoena returned for Frank Reynolds .................................................................7832

2003.04.25 Subpoena returned for James Daniels..................................................................7834

**PAGEID #**

2003.04.25 Subpoena returned for Bridget Paul.................................................................7836

2003.04.25 Subpoena returned for Paula Carson..............................................................7838

2003.04.25 Subpoena returned for Kris Ellington ............................................................7840

2003.04.25 Subpoena returned for Kris Ellington ............................................................7842

2003.04.29 Subpoena returned for Santiago Mason..........................................................7844

2003.04.29 Subpoena returned for Santiago Mason..........................................................7846

2003.05.12 Entry overruling Defendant motions 1-14 ......................................................7848

2003.05.12 Defendant Motion in Limine re prohibiting the government from
introducing any statements of Nathaniel Jackson unless and until a criminal
conspiracy has been proven to exist between def and Jackson............................................7852

2003.05.12 Defendant Motion in Limine re extraneous statements in letters and tapes .....7869

2003.05.12 Stenographer fee .............................................................................................7886

2003.05.15 Stipulation re Katherine Thomas testifying re: records of reported
drivers of vehicles ............................................................................................................7887

2003.05.16 Defendant Motion in Limine re prohibiting the testimony of
Dr. Germaniuk, Michael Roberts, Dale Laux, and Brenda Gerardi; or,
scheduling Daubert ...........................................................................................................7889

2003.05.22 Order re jurors Margaret Kay and Terry Gray are not to report
to places of employment during the duration of their jury service ....................................7923

2003.05.27 Defendant Motion for Judgment of Acquittal..................................................7924

2003.05.27 Defendant proposed instruction to trial jury ...................................................7946

2003.05.27 Charge of the Court........................................................................................7973

2003.05.29 Jury Verdict - Count one, complicity to aggravated murder ...........................7995

2003.05.29 Jury Verdict - Count one, specification one....................................................7996

2003.05.29 Jury Verdict - Count one- specification two ....................................................7997

2003.05.29 Jury Verdict - Count two, complicity to aggravated murder ...........................7998

2003.05.29 Jury Verdict - Count two, specification one ....................................................7999

PAGEID #

2003.05.29 Jury Verdict - Count two, specification two .......................................8000

2003.05.29 Jury Verdict - Count three, complicity to aggravated Burglary.......................8001

2003.05.29 Jury Verdict - Count three, firearm specification ...............................8002

2003.05.29 Jury Verdict - Count four, complicity to aggravated Robbery .......................8003

2003.05.29 Jury Verdict - Count four, firearm specification...............................8004

2003.06.03 Motion to merge death specifications ................................................8005

2003.06.03 Motion to prohibit readmission of certain exhibits from first trial phase .........8008

2003.06.03 Motion to prohibit reference to the nature and circumstances of the
offenses at certain times....................................................................8013

2003.06.03 Motion to prohibit reference to the nature and circumstances of the
offenses at certain times....................................................................8016

2003.06.03 Motion to prohibit improper comment by prosecutor on Defendant
unsworn statement ...........................................................................8019

2003.06.03 Proposed instruction to Jury.....................................................8024

2003.06.05 Jury Finding and recommendation of death sentence. Count 1, spec.
one aggravated burglary ....................................................................8030

2003.06.05 Jury Finding and recommendation of death sentence. Count 1, spec.
two aggravated robbery .....................................................................8032

2003.06.16 Judgment Entry re no authority to order a PSI and reports.............................8034

2003.06.20 Journal Entry excusing jurors without objection by counsel ...........................8035

2003.06.20 Judgment Entry excusing jurors for cause ......................................8042

2003.06.20 Opinion of the Court imposing death sentence and findings of fact and
conclusions of law re imposition of death sentence...........................................8046

2003.06.23 Post sentencing rights ...........................................................8063

2003.06.24 Warrant to Convey...............................................................8064

2003.06.24 Entry on sentencing re Death penalty ...........................................8066

2003.06.25 Writ to Convey prisoner for execution of penalty, June 24, 2003 ...................8070

**PAGEID #**

2003.06.25 Execution of costs ..........................................................8071

2003.06.30 Warrant returned, service on Defendant ..........................8072

2003.07.23 Notice of commitment and calculation of sentence ............8073

2003.08.05 Docket and Journal Entry re: State of Ohio Public Defender's office
is appointed as counsel for Defendant in her appeal of this matter ....................8074

2003.08.18 Order to certify record in death penalty case ....................8075

2003.12.05 Defendant Motion for appointment of counsel and memo in support ............8076

2004.01.20 Delayed Appeal..............................................................8084

2004.01.29 Record returned, exhibits, transcripts, etc........................8087

2004.02.02 Receipt from Sup Ct.......................................................8106

2004.02.27 Cert copy of warrant for removal......................................8107

2004.02.27 Motion for warrant of removal .........................................8109

2004.02.27 Order on warrant for removal ..........................................8110

2004.03.23 Entry conflict of interest ...............................................8111

**Court of Appeals- State of Ohio v. Donna Roberts, Case No. 2003 TR 00056 (Suppression issue)**

Docket.......................................................................................8113

2003.04.07 Notice of appeal ...........................................................8114

2003.04.08 State's Motion to dismiss notice of appeal..........................8117

2003.04.08 Judgment entry - Court sua sponte supplements the record to include
the indictment.............................................................................8125

2003.04.08 Opinion dismissing appeal ..............................................8129

2003.04.08 Mandate Instant appeal dismissed ....................................8131

2013.11.18 Entry from Supreme Court..............................................8132

**PAGEID #**

**Supreme Court of Ohio- State v. Donna Roberts, Case No. 2003-1441 (First Direct Appeal)**

Docket ........................................................................................................................8133

2003.08.13 Notice of appeal for delayed appeal..................................................8135

2003.08.13 Motion for leave to file delayed appeal ............................................8187

2003.08.14 Order to certify record ......................................................................8198

2003.09.24 Entry- Motion for delayed appeal granted ........................................8199

2003.10.06 Motion for extension of time to file the record..................................8200

2003.10.09 Entry granting motion for extension of time to transmit record .......8204

2003.12.23 Second Motion for extension of time to file the record .....................8205

2004.01.02 Entry granting motion for extension of time......................................8209

2004.01.12 Motion to hold appeal in abeyance for remand .................................8210

2004.01.20 Response to Motion to hold appeal in abeyance................................8221

2004.01.30 Clerks notice of filing of record........................................................8224

2004.02.06 Motion granted...................................................................................8226

2004.03.29 Certified copy of entry re conflict of interest....................................8227

2004.06.22 Stipulated Extension of time ............................................................8229

2004.07.19 Appellant Merit Brief .......................................................................8232

2004.10.13 Stipulation to extension of time ........................................................8349

2004.11.01 Appellee Merit Brief ........................................................................8352

2005.11.15 Notice of hearing...............................................................................8454

2006.01.17 Appellant's supplemental authorities ...............................................8455

2006.08.02 Opinion ..............................................................................................8458

2006.08.02 Judgment Entry .................................................................................8478

2006.08.11 Motion for rehearing on Prop III ......................................................8479

13

PAGEID #

2006.08.17 Memo opposing motion for rehearing ........................................... 8489

2006.10.04 Reconsideration Entry sent to clerk ........................................... 8498

2006.10.19 application for attorney fees David Doughten ................................. 8499

2006.11.28 Entry granting David Doughten attorney fees ................................. 8507

2006.11.13 application for attorney fees Patricia Smith .................................. 8508

2006.11.28 Entry granting Patricia Smith attorney fees ................................... 8512

**TRIAL COURT - Trumbull County Common Pleas Case No. 2001 - CR- 793 (Resentencing #1)**

Docket ................................................................................... 8513

2006.10.10 Court of Appeals judgment affirmed in part, vacated in part, remanded to Trial Court ........................................................................... 8535

2006.10.10 Entry Motion for reconsideration denied ..................................... 8536

2006.12.04 Motion for appointment of co-counsel ....................................... 8537

2006.12.04 Motion for appropriation of funds for expert assistance .................... 8539

2006.12.04 Defendant Motion for release of records ..................................... 8543

2007.01.17 Order re Robert Dixon appointed as co-counsel ............................. 8551

2007.01.17 Order directing evaluation re Defendant competency to stand trial ........ 8552

2007.01.17 Order for forensic exam ...................................................... 8553

2007.01.25 Motion for appropriation of funds for lead counsel ........................ 8554

2007.02.05 Order appointing David Doughten as lead counsel .......................... 8556

2007.04.24 Return of Record from Supreme Court - 3 boxes ........................... 8557

2007.05.01 Motion to allow full presentation of mitigation at sentencing rehearing ..... 8558

2007.05.01 Motion for continuance of status conference ................................. 8564

2007.06.28 State's memo in opposition to Defendant Motion to allow full presentation of mitigation at sentencing rehearing and memo in opposition ..................... 8566

2007.08.02 Motion for continuance of sentencing hearing .............................. 8570

**PAGEID #**

2007.08.02 Motion to recuse trial judge ....................................................................8572

2007.08.27 Journal Entry re State's Motion for Warrant for removal is ordered ...............8579

2007.08.27 Motion for warrant of removal ................................................................8580

2007.09.05 Order for cont. of Trial granted................................................................8581

2007.09.11 Motion for appropriation of funds for expert assistance................................8582

2007.09.14 Entry denying Defendant Motion to allow full presentation at sentencing
rehearing ...............................................................................................................8585

2007.09.18 Motion to proffer evidence .....................................................................8587

2007.09.18 Motion to proffer evidence Appendix- Prison records ...................................8605

2007.09.19 Warrant to convey..................................................................................8682

2007.09.20 Motion to Proffer evidence ......................................................................8684

2007.09.20 Motion for appointment of independent expert and for continuance ..............8701

2007.10.02 Motion for warrant of removal .................................................................8703

2007.10.02 Journal Entry, Warrant for removal ..........................................................8704

2007.10.03 Warrant to convey..................................................................................8705

2007.10.22 Judgment Entry instant appeal (1st PCR appeal) dismissed for lack
of jurisdiction.........................................................................................................8707

2007.10.29 Defendant sentencing memo....................................................................8708

2007.10.29 Judgment Entry re Jury recommendation is accepted....................................8712

2007.11.06 writ to convey .......................................................................................8736

2007.11.06 Entry on resentence................................................................................8737

2007.11.07 Warrant returned ...................................................................................8742

2007.11.15 Approval of counsel fees Robert Dixon........................................................8745

2007.12.03 Motion to appoint appellate counsel, Jeffrey Helmick ...................................8748

2007.12.14 Order from Supreme Court to certify record on death penalty case................8751

                                                                    **PAGEID #**

2008.01.11 Approval of attorney fees for David Doughten ................................8752

2008.01.11 Judgment Entry re Jeffrey Helmick to represent Defendant............................8756

2008.02.07 Index sent to attorneys ..................................................8757

2008.02.21 Receipt of record from Supreme Court- 6 boxes, 1 poster .............................8777

**The Supreme Court of Ohio- State v. Donna Roberts, Case No. 2007-2288 (Second Direct Appeal following resentencing 1)**

Docket ...................................................................8778

2007.12.11 Notice of Appeal ..........................................................8780

2007.12.11 Praecipe to court reporter ..............................................8785

2007.12.11 Case Information statement ...............................................8786

2007.12.12 Order to clerk of court to certify record.........................................8788

2007.12.31 Notice of appearance of non-party attorney on behalf of disciplinary counsel ...................................................................8789

2007.12.31 Motion of disciplinary counsel to unseal sentencing ex. A ............................8792

Motion granted ............................................................8798

2008.08.08 Stipulation to extension of time to file merit brief............................8799

2008.08.08 Motion to consolidate case with 03-1441 .....................................8803

Entry denying motion to consolidate case ......................................8807

2008.09.15 Appellant's merit brief ....................................................8808

2008.09.15 Notice of appearance Jeffrey Helmick.............................................8906

2008.12.15 Appellees merit brief......................................................8908

2009.01.02 Reply brief ...............................................................8964

2013.03.01 Notice of oral argument ..................................................8981

2013.10.22 Opinion ..................................................................8982

2013.10.22 Decision, vacated and remanded to trial court for resentencing.....................9000

**PAGEID #**

2014.01.09 application for attorney fees granted, Robert Dixon.........................................9001

2014.01.10 application for attorney fees granted, David Doughten ...................................9002

2014.01.30 Notice of filing petition for certiorari in U.S.S.C. ...........................................9003

2014.03.26 Notice of U.S.S.C denial of petition for writ of certiorari ...............................9004

**Supreme Court of the United States, Donna Roberts v. Ohio, Case No. 13-8411 (Direct Appeal after resentencing #1)**

Docket ...............................................................................................................................9005

2014.1.21. Petition for Writ of Certiorari ........................................................................9007

2014.02.11 Respondent's brief in opposition to petition for writ of certiorari ..................9108

2014.03.24 Order, petition for writ of certiorari denied .................................................9135

**TRIAL COURT - Trumbull County Common Pleas Case No. 2001 - CR- 793 (Resentencing #2)**

Docket ...............................................................................................................................9136

2013.03.11 Motion to appoint counsel ............................................................................9158

2013.04.08 Judgment Entry ordering Robert Dixon as substitute counsel.........................9160

2013.11.18 Appeal from Supreme Court .........................................................................9162

2014.01.02 Return of record from Supreme Court- 4 large boxes, 4 regular boxes...........9164

2014.04.02 Motion for warrant for removal ....................................................................9166

2014.04.02 Journal Entry for warrant for removal ...........................................................9167

2014.04.02 Warrant to Convey........................................................................................9170

2014.04.03 Motion to appoint counsel ............................................................................9171

2014.04.10 Judgment Entry appointing David Doughten and Robert Dixon.....................9173

2014.04.17 Motion to preclude a sentence of death or order a full penalty phase hearing ...................................................................................................................9174

2014.04.23 Motion for continuance of sentencing hearing ...............................................9192

2014.04.30 Notice of post release control ........................................................................9196

**PAGEID #**

2014.04.30 Opinion of the Court ............................................................9198

2014.04.30 Defendant affidavit of indigency ......................................9221

2014.04.30 Judgment Entry re writ of execution to convey Defendant to Ohio
Reformatory for Women.......................................................................9223

2014.04.30 Judgment Entry re Defendant Motion to preclude a sentence of death;
or order a full penalty phase hearing is denied ..................................9224

2014.04.30 Entry on Sentence to the Ohio Reformatory for Women ................9227

2014.05.01 Warrant to convey.............................................................9232

2014.05.01 Execution for costs in felony ...........................................9233

2014.05.01 Execution of costs returned endorsed ..............................9234

2014.05.05 State's Motion for Nunc Pro Tunc entries.......................9236

2014.05.05 Motion to appoint appellate counsel .............................9239

2014.05.12 Order appointing David Doughten as lead counsel .............9241

2014.05.14 Regular mail to Joseph Wilhelm returned ......................9242

2014.06.02 Motion to clarify court's sentencing opinion ..................9243

2014.06.03 Costs sent to Correctional facility..................................9247

2014.06.10 Nunc Pro Tunc Opinion of the Court findings of fact and conclusions
of law ...................................................................................................9248

2014.06.16 Supreme Court Order to certify record ...........................9272

2014.09.15 Record transported to Supreme Court including original papers,
transcripts, index, list of exhibits ........................................................9325

2014.09.18 Receipt of record of death penalty case .........................9348

2014.09.23 Exhibits transported to Supreme Court by personal delivery ...........9349

**Supreme Court of Ohio- State v. Donna Roberts, Case No. 2014-0989 (Direct Appeal after
2d resentencing)**

Docket ..................................................................................................9351

2014.06.13 Notice of appeal ..............................................................9353

**PAGEID #**

2014.06.13 Praecipe to court reporter ...........................................................9359

2014.06.13 Entry of appointment of counsel ..............................................9356

2014.06.13 Lower court orders .....................................................................9360

2014.06.16 Order to clerk to certify record ................................................9414

2015.03.23 Appellant's merit brief ..............................................................9415

2015.07.14 Appellee's merit brief ................................................................9511

2015.08.27 Reply brief .................................................................................9545

2016.11.02 Notice of oral argument ............................................................9559

2017.01.12 Notice of appearance, Ashleigh Musick ...................................9560

2017.01.18 Appellant's list of supp. Authorities .........................................9563

2017.01.30 Appellee's Supp. Authorities .....................................................9566

2017.05.30 Opinion ....................................................................................9569

2017.05.30 Decision, affirmed....................................................................9585

2017.06.08 Motion for reconsideration ......................................................9586

2017.06.14 Memo in response to motion for reconsideration ...................9602

2017.07.26 Motion for reconsideration denied...........................................9611

2017.09.22 application for attorney fees granted, David Doughten ...................9612

2017.09.22 application for attorney fees granted, Robert Dixon.......................9613

2017.10.24 Notice of U.S.S.C. extension of time for filing petition for certiorari .............9614

2017.12.18 Notice of filing petition for certiorari in the U.S.S.C. ...................9616

2018.02.26 Notice of U.S.S.C. denial of petition for writ of certiorari ..............9617

2018.04.11 Return receipt...........................................................................9618

2020.06.12 Motion for stay of execution during pendency of State post-conviction remedies ...........................................................................9619

2020.06.25 Motion for stay of execution granted.......................................9624

**PAGEID #**

2020.09.29 Copies of Entry issued by Cert Mail ...............................................................9625

2020.10.05 Return receipt; received by Amy Hamilton ....................................................9641

2020.10.07 Return receipt; received by Sarah Ackman ....................................................9642

2020.10.09 Return receipt; received by LuWayne Annos ................................................9643

2020.10.14 Return receipt; received by Trumbull County Clerk of Courts ......................9644

**Supreme Court of the United States, Donna Roberts v. Ohio, Case No. 17-7066 (Direct Appeal after resentencing 2)**

Docket ...............................................................................................................................9645

2017.10.13 Application for extension of time to file petition for writ of certiorari ...........9647

2017.12.08 Petition to file Writ of Certiorari ....................................................................9682

2018.01.05 State's Brief in Opposition to Petition for Writ of Certiorari..........................9699

2018.02.20 Notice of U.S.S.C. denial of petition for writ of certiorari ...............................9720

**TRIAL COURT - Trumbull County Common Pleas Case No. 2001 - CR- 793 (First Post-Conviction Relief)**

Docket ...............................................................................................................................9721

2004.04.14 Order appointing post conv counsel ...............................................................9743

2004.07.22 Motion for subst. of counsel .........................................................................9745

2004.08.20 Motion for subst. of counsel granted .............................................................9748

2004.09.09 Joint Motion to toll filing date .......................................................................9749

2004.09.09 Judgment Entry pursuant to joint Motion .......................................................9751

2004.09.24 Petition to vacate or set aside sentence .........................................................9752

2004.10.1 Motion to extend time to respond .....................................................................9774

2004.10.07 Judgment Entry Defendant postconviction to be filed by Sept. 25, 2004........9776

2004.10.07 Judgment Entry extending time to respond ....................................................9777

2004.10.25 First amended petition to vacate or set aside sentence ....................................9778

**PAGEID #**

2004.11.02 Motion for Summary Judgment ...................................................................9799

2004.11.02 Merit Brief- appellee ................................................................................9861

2004.12.01 Defendant Motion to transfer the record of Nathanial Jackson to this
cause of action.................................................................................................................9957

2004.12.01 Defendant Motion in opposition to State's Motion for summary judgment .....9959

2004.12.01 Defendant Motion for leave of court to conduct discovery ............................9971

2005.02.11 Findings of fact and conclusions of law dismissing Defendant original
and first amended petition for post-conviction relief.........................................................9982

2005.02.11 Judgment Entry re Defendant Motion for leave of court to conduct
discovery overruled as moot ...........................................................................................9996

2005.02.23 Judgment Entry re Clerk ordered to immediately serve a copy of
Findings of fact and conclusions to David Doughten and Prosecutor .................................9997

2005.03.01 Motion for appointment of appellate counsel ................................................9998

2005.03.17 Motion for leave to file delayed appeal .......................................................10000

**Court of Appeals- State of Ohio v. Donna Roberts, Case No. 2005 TR 00034 (First PCR
Appeal)**

Docket ...........................................................................................................................10005

2005.03.17 Motion for appointment of appellate counsel ...............................................10007

2005.03.17 Motion for leave to file delayed appeal .......................................................10009

2005.03.17 Notice of appeal .........................................................................................10014

2005.03.17 Docketing statement....................................................................................10016

2005.07.06 Entry finding moot motion for delayed appeal, and granting
motion for appointment of counsel ................................................................................10019

2005.07.28 Motion for extension of time to file appellants brief .....................................10021

2005.07.28 Motion granted............................................................................................10024

2005.08.29 Appellant's Merit Brief ...............................................................................10025

2005.09.19 State's Motion for leave to file brief in excess of page limit ..........................10058

PAGEID #

2005.09.19 Appellee's Merit Brief.................................................................10060

2005.09.29 Motion for extension of time to file reply brief ...........................10152

2005.09.30 Entry granting Appellant's motion for extension of time to file reply brief ...10156

2005.10.11 Appellant's reply brief.................................................................10157

2006.01.06 Entry granting Appellee's motion to exceed page limit of brief ...................10166

2006.09.01 Joint Motion to stay proceedings .................................................10167

2006.09.15 Judgment Entry granting stay of proceedings................................10169

2007.10.22 Opinion dismissing appeal for lack of jurisdiction .........................10171

2007.10.22 Mandate...................................................................................10175

2013.11.18 Entry from Supreme Court..........................................................10176

**TRIAL COURT - Trumbull County Common Pleas Case No. 2001 - CR- 793 (PCR #2)**

Docket ...........................................................................................................10177

2008.06.24 Motion for appointment of counsel................................................10199

2008.07.09 Judgment Entry reappointing David Doughten as counsel for def................10201

2008.08.20 Petition to vacate or set aside with Appendix and exhibits ..........................10202

2008.08.20 Appendix to petition to vacate with exhibits ..................................10321

2008.08.22 Motion to extend time to respond ................................................10399

2008.09.02 Judgment Entry granting State's Motion to extend time to respond
to Defendant.................................................................................................10404

2008.09.17 Motion for appropriation of funds for expert use
(independent psychologist) ............................................................................10405

2008.09.17 Motion for appropriation of funds for expert assistance
(Neuropsychologist).......................................................................................10408

2008.09.17 Motion to Stay........................................................................10414

2008.09.17 Defendant Motion for leave of court to conduct discovery ............................10416

2008.09.22 State's response to petitioner's Motion to stay postconviction proceedings ...10426

**PAGEID #**

2008.09.22 State's opposition for appointment of funds for expert assistance (psychologist)..................................................................................................10428

2008.09.22 States response to Motion for leave of court to conduct disc. .......................10431

2008.09.22 State's opposition for appointment of funds for expert assistance (Neuropsychologist)..............................................................................................10433

2008.09.25 Judgment Entry Defendant Motion to stay granted .......................................10436

2008.10.02 Letter from Defendant re Costs.....................................................................10437

2015.02.17 Motion to amend post-conviction petition.....................................................10438

2015.02.26 Motion to extend time to respond ................................................................10441

2015.07.20 Agreed judgment Entry.................................................................................10444

2015.08.19 Agreed Entry................................................................................................10447

2015.08.28 Motion for Summary judgment ....................................................................10449

2015.11.16 Letter filed by Donna Roberts........................................................................10486

2017.07.28 Entry Reconsideration denied ......................................................................10487

2018.04.12 Supreme Court received record .....................................................................10489

2019.06.05 Defendant Memo in Support of amended petition to vacate .........................10490

2019.06.07 Renewed Motion for summary judgment ......................................................10517

2019.06.13 Objection to Motion for summary judgment ..................................................10521

2019.11.20 Judgment Entry denying petition for post-conviction relief...........................10523

2019.12.02 Motion to appoint appellate counsel .............................................................10529

2019.12.10 Judgment Entry appointing counsel...............................................................10540

2019.12.18 Notice of Appeal .........................................................................................10541

2019.12.18 Approval of payment of counsel fees for David Doughten .............................10543

2020.08.24 COA affirmed Trumbull County Common Pleas judgment ............................10547

23

**PAGEID #**

**11th District Court of Appeals, State of Ohio v. Donna Roberts, Case No. 2019 TR 00089 (2d PCR Appeal COA)**

Docket .................................................................................................................10548

2019.12.18 Notice of Appeal ...............................................................................10555

2020.01.09 Regular calendar scheduling notice ..................................................10568

2020.01.27 Record filed.........................................................................................10569

2020.02.13 Motion for extension of time to file appellants brief .....................10570

2020.02.13 Magistrate's Order.............................................................................10573

2020.03.19 Appellant's Brief ................................................................................10574

2020.04.07 Motion to extend time to file brief....................................................10605

2020.04.08 Magistrate's Order.............................................................................10607

2020.05.08 Motion for extension of time to file brief .......................................10608

2020.05.11 Magistrate's Order.............................................................................10610

2020.06.08 Answer brief of appellee ...................................................................10611

2020.06.15 Magistrate's Order, re: Oral Argument scheduled .........................10638

2020.06.25 Motion for continuance.....................................................................10639

2020.06.30 Magistrate's Order.............................................................................10642

2020.08.24 Opinion from 11th District Court of Appeals .................................10643

2020.08.24 Mandate...............................................................................................10656

2020.09.15 Motion for appointment of counsel...................................................10657

2020.09.21 Motion for payment of attorney fees to David Doughten..............10661

2020.09.21 Judgment Entry granting Motion for appointment of counsel.......10670

2020.10.01 Motion for payment of attorney fees, Robert Dixon.......................10677

2020.10.08 Notice of Appeal ................................................................................10681

**PAGEID #**

**Supreme Court of Ohio- State v. Donna Roberts, Case No. 2020-1220 (2d PCR Appeal)**

Docket ....................................................................................................................10683

2020.10.08 Notice of appeal ................................................................................10684

2020.10.08 Memo in support of jurisdiction .......................................................10686

2020.10.08 Lower court decision..........................................................................10704

2020.10.08 Copy of motion for appointment of counsel ....................................10717

2020.10.08 Findings of fact and conclusions by trial court ...............................10719

2020.10.08 Affidavit of indigence .......................................................................10725

2020.11.09 Memorandum in response to jurisdiction .........................................10727

2020.12.29 Decision- Jurisdiction denied.............................................................10745

**State Court Exhibits 1-269**

Index of Exhibits....................................................................................................10746

Motion to Suppress Exhibits..................................................................................10764

State's Ex. 1- Consent to search Fonderlac St.......................................................10765

Defense Ex. A- Property receipt ............................................................................10767

Defense Ex. B- List of prescription meds found...................................................10775

**Trial Exhibits**

States Exhibits........................................................................................................10776

Ex. 1A- 911 transcript ...........................................................................................10776

Ex. 3- Crime scene diagram...................................................................................10782

Ex. 4- photo (containing what appears to be marijuana and drug paraphernalia) .............10783

Ex. 5- photo (containing what appears to be marijuana and drug paraphernalia) .............10784

Ex. 6- photo (victim as he was seen when officers arrived on scene) ...............................10785

Ex. 7- photo (victim as he was seen when officers arrived on scene taken from garage into kitchen).................................................................................................................10786

**PAGEID #**

Ex. 8- photo (victim's body and blood stains on floor)....................................................10787

Ex. 9- photo (from inside garage showing gun and partial footprint) ...............................10788

Ex. 10- photo (gun with cylinder open) ...........................................................................10789

Ex. 11- photo (victim as he was seen when officers arrived on scene) ...........................10790

Ex. 12- photo (door from garage into kitchen with blood)................................................10791

Ex. 13- photo (cup and pepsi case next to victim's body)................................................10792

Ex. 14- photo (victim's legs as seen from further into kitchen)........................................10793

Ex. 15- photo (of items at victim's feet)...........................................................................10794

Ex. 16- photo (bullet recovered from victim's clothing)....................................................10795

Ex. 17- photo (close-up of injury to webbing of victim's left hand)..................................10796

Ex. 19- photo (the stair well that leads into the basement, where a bullet hole
was located in the wall)....................................................................................................10797

Ex. 20- photo (the hole in the wall located in the stair well) ............................................10798

Ex. 27- photo (showing the bullet wound marked A on the left side of the head
with the hair shaved away) ..............................................................................................10799

Ex. 33- photo (bullet that was recovered from victim's brain).........................................10800

Ex. 40- photo (the graze wound on the back) ..................................................................10801

Ex, 47- photo (Cincinnati Reds baseball jacket victim was wearing) ..............................10802

Ex. 48- photo (Cincinnati Reds baseball jacket victim was wearing) ..............................10803

Ex. 49- photo (Cincinnati Reds baseball shirt with the blood on it)..................................10804

Ex. 51- photo (shirt victim was wearing)..........................................................................10805

Ex. 52- photo (shirt victim was wearing)..........................................................................10806

Ex. 53- photo (shirt victim was wearing)..........................................................................10807

Ex. 54- photo (shirt victim was wearing)..........................................................................10808

Ex. 55- photo (shirt victim was wearing)..........................................................................10809

**PAGEID #**

Ex. 56- photo (shirt victim was wearing)............................................................10810

Ex. 57- photo (of victim, two abrasions above the right eyebrow)....................10811

Ex. 61- photo (jersey that was worn by the victim)............................................10812

Ex. 64- photo (bullet recovered from brain of victim)........................................10813

Ex. 65- photo (Close-up of bullet recovered from brain of victim)...................10814

Ex. 66- photo (Clothes and Jewelry removed from victim by the Coroner).....................10815

Ex. 67- photo (X-ray of victim with the position of the bullet)...........................10816

Ex. 68- photo (Reds jacket) ...............................................................................10817

Ex. 69- photo (Tire marks in grass) ...................................................................10818

Ex. 76- photo (View of man door screen from garage) ....................................10819

Ex. 91- photo (Kitchen door closed)..................................................................10820

Ex. 92- photo (Overview of garage) ..................................................................10821

Ex. 93- photo (Back of man door with blood) ...................................................10822

Ex. 94- photo (Interior side of man door) ..........................................................10823

Ex. 99- photo (Victim on kitchen floor) .............................................................10824

Ex. 100- photo (Victim, back close-up)..............................................................10825

Ex. 101- photo (small key found under victim)...................................................10826

Ex. 104- photo (the bedroom and the sports jersey that was testified to by
Santiago Mason).................................................................................................10827

Ex. 109- photo (the bullet hole above the Cleveland Indians banner in the
basement steps or doorway)..............................................................................10828

Ex. 110- photo (victim laying on the kitchen floor) ...........................................10829

Ex. 124- photo (the leather couch that Mr. Mason testified to).........................10830

Ex. 125- photo (bullet hole with a ruler above the Cleveland Indians banner) .................10831

Ex. 126- photo (outside of 254 Fonderlac Drive, Southeast with Detective
Sergeant Monroe's vehicle) ..............................................................................10832

**PAGEID #**

Ex. 132- photo (victim, looking in from the garage) .........................................................10833

Ex. 138- photo (Dr. Germaniuk holding the firearm open and displaying that it
was fully loaded, the one that was recovered at the step in the garage) ...........................10834

Ex. 139- photo (the gun in relation to victim and footprints in blood)............................10835

Ex. 141- photo (stairwell and basement where the bullet hole was found) ......................10836

Ex. 157- Rear view of car ...............................................................................................10837

Ex. 159- Right side of car ...............................................................................................10838

Ex. 160- Front view of car, left corner............................................................................10839

Ex. 162- Front view of car ..............................................................................................10840

Ex. 164- Visor area with blood stains .............................................................................10841

Ex. 165- Interior area above head with blood .................................................................10842

Ex. 166- Exterior............................................................................................................10843

Ex. 168- Visor area removed ..........................................................................................10844

Ex. 169- Door handle on passenger side of vehicle.........................................................10845

Ex. 170- Door handle with blood....................................................................................10846

Ex. 171- Drivers side visor clamp...................................................................................10847

Ex. 172- Front car seat ...................................................................................................10848

Ex. 174- Interior left console ..........................................................................................10849

Ex. 178- keys in the ignition of the vehicle as it was found ............................................10850

Ex. 181- Passenger side dashboard .................................................................................10851

Ex. 182- Passenger side door- interior, with blood stain .................................................10852

Ex. 184- Left side of car with dashboard ........................................................................10853

Ex. 191- Drivers side release button ...............................................................................10854

Ex. 192- Wagon Wheel Motel photo of corridor ............................................................10855

Ex. 193- Wagon Wheel Motel, office area ......................................................................10856

**PAGEID #**

Ex. 194- Wagon Wheel photo (interior of room 101) ...........................................10857

Ex. 195- Wagon Wheel photo (jacuzzi and shower area).....................................10858

Ex. 196- Wagon Wheel Motel sign..........................................................................10859

Ex. 197- Photograph of items recovered at Days Inn .........................................10860

Ex. 198- photo of Red Chrysler ...............................................................................10861

Ex. 199- Days Inn photograph (exterior door of room 129).................................10862

Ex. 200- Days Inn photograph (bed inside of room 129 with yellow placards
showing location of stain).........................................................................................10863

Ex. 201- Days Inn photograph (view from inside the room looking out towards
the front door) ............................................................................................................10864

Ex. 203- Days Inn photograph (view from standing beside the bed, facing
the bathroom) .............................................................................................................10865

Ex. 205- Days Inn photograph (bed inside room 129; and AC/heating unit and
the window) ................................................................................................................10866

Ex. 206- Days Inn photograph, (another view of the interior of the room looking
into bathroom)............................................................................................................10867

Ex. 207- Days Inn photograph (open bathroom door).........................................10868

Ex. 208- Days Inn photograph (stain on the comforter) .....................................10869

Ex. 209- Days Inn photograph, (between the door and the AC/heating unit, where a
stain was located).......................................................................................................10870

Ex. 210- Days Inn photograph (a close-up of the previous photograph with
placard showing stain location) ...............................................................................10871

Ex. 211- Days Inn photograph (the stain of the previous two photographs) ....................10872

Ex. 212- Days Inn photograph (small suspect stains on the bathroom floor,
designated by arrows) ...............................................................................................10873

Ex. 213- Days Inn photograph (same as Ex. 12, just a little further back) ......................10874

Ex. 214- Days Inn photograph (photo of a Ex. 212, just further back) .............................10875

Ex. 215- Days Inn photograph (hand towels and the washcloth that were located underneath
the sink in the bathroom) ..........................................................................................10876

**PAGEID #**

Ex. 216- Days Inn photograph (larger hand towel found in room with some type of crusty yellow stain, appeared to be blood stain)....................................................10877

Ex. 217- Days Inn photograph (plastic trash can from room) ...........................................10878

Ex. 218- Days Inn photograph (looking down into the trash can, stain was located) .......10879

Ex. 219- Days Inn photograph (suspect stain right marked by arrow, tested positive for blood) ........................................................................................................................10880

Ex. 220- Days Inn photograph (toilet in the bathroom showing small black hairs with arrows on the floor)......................................................................................................10881

Ex. 221- Days Inn photograph (close-up of that area showing the hairs marked with arrows) ............................................................................................................................10882

Ex. 222- Days Inn photograph (side of the toilet with suspect hairs identified by arrows) .............................................................................................................................10883

Ex. 223- Days Inn photograph (a close-up of Ex. 222) ...................................................10884

Ex. 224- Days Inn photograph (the BFI dumpster located at the rear of the hotel)...........10885

Ex. 225- Days Inn photograph (the location of the dumpster as compared to the hotel itself) ..................................................................................................................10886

Ex. 226- Days Inn photograph (exterior photograph of room 129)...................................10887

Ex. 227- Door to a bedroom where suspects tennis shoes were located............................10888

Ex. 228- Front door of 791 Wirt Street ...........................................................................10889

Ex 229- Front of 791 Wirt Street ....................................................................................10890

Ex. 230- Front of 791 Wirt Street ...................................................................................10891

Ex. 231- closet where the black leather gloves were located ...........................................10892

Ex. 232- door to hallway where the gloves were located .................................................10893

Ex. 233- Closet where black leather gloves were found...................................................10894

Ex. 234- Location in closet where black leather gloves were found photographs ............10895

Ex. 239- Front view Nate Jackson ..................................................................................10896

Ex. 241- View of hands and wound.................................................................................10897

                                                                        **PAGEID #**

Ex. 245- Left hand- wrist to fingertip ..................................................10898

Ex. 251- Handgun 0.38 Taurus, firearm found at the scene ..............................10899

Ex. 252- 5 live rounds from Taurus ...................................................10900

Ex. 252 A- Envelope containing test fire rounds ......................................10901

Ex. 253- the lens that was on the floor and fits in these frames ......................10902

Ex. 254- Eye glasses glass frames with the missing lens ...............................10903

Ex. 255- Cotton swab of possible blood stain from floor found in front door hallway.....10904

Ex. 257- bullet recovered from drywall ...............................................10905

Ex. 259- Bullet recovered from clothing of victim.....................................10907

Ex. 260- Death certificate ...........................................................10909

Ex. 261- Coroner's verdict ...........................................................10910

Ex. 262- Autopsy Protocol ............................................................10911

Ex. 263- Microscopic Examination .....................................................10910

Ex. 264- Toxicology ..................................................................10923

Ex. 264A- Radiology report............................................................10925

Ex. 265- Blood drawn from Robert Fingerhut............................................10926

Ex. 266- Bullet recovered from brain of victim........................................10927

Ex. 267- Drivers side visor ..........................................................10928

Ex. 268- Drivers side clamp from the silver Chrysler .................................10930

Ex. 269- Keys that were in the vehicle ...............................................10931

**State Court Exhibits 271 (Letters - Donna to Nate) (pt 1)**

    Ex. 271-D1 .......................................................................10932

    Ex. 271-D2 .......................................................................10938

    Ex. 271-D3 .......................................................................10943

**Index to the Appendix to Return of Writ**                    **Roberts v. Warden**

**PAGEID #**

Ex. 271-D4......................................................................................10948

Ex. 271-D5......................................................................................10954

Ex. 271-D6......................................................................................10959

Ex. 271-D7......................................................................................10966

Ex. 271-D8......................................................................................10974

Ex. 271-D9......................................................................................10976

Ex. 271-D10....................................................................................10985

Ex. 271-D11....................................................................................10993

Ex. 271-D12....................................................................................10999

Ex. 271-D13....................................................................................11006

Ex. 271-D14....................................................................................11011

Ex. 271-D15....................................................................................11018

Ex. 271-D16....................................................................................11020

Ex. 271-D17....................................................................................11026

Ex. 271-D18....................................................................................11031

Ex. 271-D19....................................................................................11035

Ex. 271-D20....................................................................................11039

Ex. 271-D21....................................................................................11043

Ex. 271-D22....................................................................................11051

Ex. 271-D23....................................................................................11056

Ex. 271-D24....................................................................................11062

Ex. 271-D25....................................................................................11071

Ex. 271-D26....................................................................................11077

Ex. 271-D27....................................................................................11079

**PAGEID #**

Ex. 271-D28 .................................................................................11088

Ex. 271-D29 .................................................................................11094

Ex. 271-D30 .................................................................................11100

Ex. 271-D31 .................................................................................11102

Ex. 271-D32 .................................................................................11106

Ex. 271-D33 .................................................................................11109

Ex. 271-D34 .................................................................................11113

Ex. 271-D35 .................................................................................11120

Ex. 271-D36 .................................................................................11126

Ex. 271-D37 .................................................................................11130

Ex. 271-D38 .................................................................................11137

Ex. 271-D39 .................................................................................11143

Ex. 271-D40 .................................................................................11151

Ex. 271-D41 .................................................................................11157

Ex. 271-D42 .................................................................................11164

Ex. 271-D43 .................................................................................11166

Ex. 271-D44 .................................................................................11169

Ex. 271-D45 .................................................................................11174

Ex. 271-D46 .................................................................................11181

Ex. 271-D47 .................................................................................11189

Ex. 271-D48 .................................................................................11191

Ex. 271-D49 .................................................................................11196

Ex. 271-D50 .................................................................................11205

Ex. 271-D51 .................................................................................11206

**Index to the Appendix to Return of Writ**                    **Roberts v. Warden**

**PAGEID #**

Ex. 271-D52 ..............................................................................11212

Ex. 271-D53 ..............................................................................11216

Ex. 271-D54 ..............................................................................11224

Ex. 271-D55 ..............................................................................11229

Ex. 271-D56 ..............................................................................11234

Ex. 271-D57 ..............................................................................11239

Ex. 271-D58 ..............................................................................11245

Ex. 271-D59 ..............................................................................11248

Ex. 271-D60 ..............................................................................11255

Ex. 271-D61 ..............................................................................11256

Ex. 271-D62 ..............................................................................11262

Ex. 271-D63 ..............................................................................11268

Ex. 271-D64 ..............................................................................11276

Ex. 271-D65 ..............................................................................11281

Ex. 271-D66 ..............................................................................11285

Ex. 271-D67 ..............................................................................11289

Ex. 271-D68 ..............................................................................11295

Ex. 271-D69 ..............................................................................11299

Ex. 271-D70 ..............................................................................11307

Ex. 271-D71 ..............................................................................11311

Ex. 271-D72 ..............................................................................11315

Ex. 271-D73 ..............................................................................11323

Ex. 271-D74 ..............................................................................11331

Ex. 271-D75 ..............................................................................11333

**Index to the Appendix to Return of Writ**                 **Roberts v. Warden**

**PAGEID #**

Ex. 271-D76 .................................................................................................11337

Ex. 271-D77 .................................................................................................11344

Ex. 271-D78 .................................................................................................11350

Ex. 271-D79 .................................................................................................11358

Ex. 271-D80 .................................................................................................11359

Ex. 271-D81 .................................................................................................11364

Ex. 271-D82 .................................................................................................11371

Ex. 271-D83 .................................................................................................11376

Ex. 271-D84 .................................................................................................11379

Ex. 271-D85 .................................................................................................11384

Ex. 271-D86 .................................................................................................11388

Ex. 271-D87 .................................................................................................11391

Ex. 271-D88 .................................................................................................11395

Ex. 271-D89 .................................................................................................11401

Ex. 271-D90 .................................................................................................11406

Ex. 271-D91 .................................................................................................11408

Ex. 271-D92 .................................................................................................11412

Ex. 271-D93 .................................................................................................11416

Ex. 271-D94 .................................................................................................11420

Ex. 271-D95 .................................................................................................11422

Ex. 271-D96 .................................................................................................11427

Ex. 271-D97 .................................................................................................11432

Ex. 271-D98 .................................................................................................11435

Ex. 271-D99 .................................................................................................11440

**Index to the Appendix to Return of Writ**                    **Roberts v. Warden**

**PAGEID #**

Ex. 271-D100 .................................................................................................11444

Ex. 271-D101 .................................................................................................11449

Ex. 271-D102 .................................................................................................11452

Ex. 271-D103 .................................................................................................11455

Ex. 271-D104 .................................................................................................11458

Ex. 271-D105 .................................................................................................11461

Ex. 271-D106 .................................................................................................11462

Ex. 271-D107 .................................................................................................11467

Ex. 271-D108 .................................................................................................11471

Ex. 271-D109 .................................................................................................11476

Ex. 271-D110 .................................................................................................11479

Ex. 271-D111 .................................................................................................11482

Ex. 271-D112 .................................................................................................11486

Ex. 271-D113 .................................................................................................11492

Ex. 271-D114 .................................................................................................11495

Ex. 271-D115 .................................................................................................11498

Ex. 271-D116 .................................................................................................11501

Ex. 271-D117 .................................................................................................11503

Ex. 271-D118 .................................................................................................11506

Ex. 271-D119 .................................................................................................11508

Ex. 271-D120 .................................................................................................11511

Ex. 271-D121 .................................................................................................11515

Ex. 271-D122 .................................................................................................11522

Ex. 271-D123 .................................................................................................11527

**PAGEID #**

Ex. 271-D124 ..................................................................................11530

Ex. 271-D125 ..................................................................................11533

Ex. 271-D126 ..................................................................................11541

Ex. 271-D127 ..................................................................................11547

Ex. 271-D128 ..................................................................................11553

Ex. 271-D129 ..................................................................................11557

Ex. 271-D130 ..................................................................................11562

Ex. 271-D131 ..................................................................................11567

Ex. 271-D132 ..................................................................................11570

Ex. 271-D133 ..................................................................................11572

Ex. 271-D134 ..................................................................................11574

Ex. 271-D135 ..................................................................................11576

Ex. 271-D136 ..................................................................................11579

Ex. 271-D137 ..................................................................................11581

Ex. 271-D138 ..................................................................................11583

Ex. 271-D139 ..................................................................................11584

**Letters from Nate Jackson to Donna Roberts**

Ex. 273-N1 ....................................................................................11592

Ex. 273-N2 ....................................................................................11596

Ex. 273-N3 ....................................................................................11599

Ex. 273-N4 ....................................................................................11604

Ex. 273-N5 ....................................................................................11609

Ex. 273-N6 ....................................................................................11614

Ex. 273-N7 ....................................................................................11618

**Index to the Appendix to Return of Writ**          **Roberts v. Warden**

**PAGEID #**

Ex. 273-N8 ................................................................................................................. 11624

Ex. 273-N9 ................................................................................................................. 11630

Ex. 273-N10 ............................................................................................................... 11636

Ex. 273-N11 ............................................................................................................... 11641

Ex. 273-N12 ............................................................................................................... 11646

Ex. 273-N13 ............................................................................................................... 11651

Ex. 273-N14 ............................................................................................................... 11656

Ex. 273-N15 ............................................................................................................... 11660

Ex. 273-N16 ............................................................................................................... 11666

Ex. 273-N17 ............................................................................................................... 11672

Ex. 273-N18 ............................................................................................................... 11678

Ex. 273-N19 ............................................................................................................... 11687

Ex. 273-N20 ............................................................................................................... 11691

Ex. 273-N21 ............................................................................................................... 11696

Ex. 273-N22 ............................................................................................................... 11703

Ex. 273-N23 ............................................................................................................... 11710

Ex. 273-N24 ............................................................................................................... 11713

Ex. 273-N25 ............................................................................................................... 11719

Ex. 273-N26 ............................................................................................................... 11726

Ex. 273-N27 ............................................................................................................... 11731

Ex. 273-N28 ............................................................................................................... 11734

Ex. 273-N29 ............................................................................................................... 11741

Ex. 273-N30 ............................................................................................................... 11745

Ex. 273-N31 ............................................................................................................... 11753

**Index to the Appendix to Return of Writ**                    **Roberts v. Warden**

**PAGEID #**

Ex. 273-N32 ................................................................................................11757

Ex. 273-N33 ................................................................................................11763

Ex. 273-N34 ................................................................................................11776

Ex. 273-N35 ................................................................................................11782

Ex. 273-N36 ................................................................................................11786

Ex. 273-N37 ................................................................................................11789

Ex. 273-N38 ................................................................................................11797

Ex. 273-N39 ................................................................................................11805

Ex. 273-N40 ................................................................................................11809

Ex. 273-N41 ................................................................................................11813

Ex. 273-N42 ................................................................................................11817

Ex. 273-N43 ................................................................................................11826

Ex. 273-N44 ................................................................................................11831

Ex. 273-N45 ................................................................................................11835

Ex. 273-N46 ................................................................................................11841

Ex. 273-N47 ................................................................................................11845

Ex. 273-N48 ................................................................................................11853

Ex. 273-N49 ................................................................................................11859

Ex. 273-N50 ................................................................................................11874

Ex. 273-N51 ................................................................................................11888

Ex. 273-N52 ................................................................................................11894

Ex. 273-N53 ................................................................................................11901

Ex. 273-N54 ................................................................................................11909

Ex. 273-N55 ................................................................................................11915

**Index to the Appendix to Return of Writ**                    **Roberts v. Warden**

                                                                        **PAGEID #**

Ex. 273-N56 .......................................................................................11921

Ex. 273-N57 .......................................................................................11929

Ex. 273-N58 .......................................................................................11934

Ex. 273-N59 .......................................................................................11941

Ex. 273-N60 .......................................................................................11949

Ex. 273-N61 .......................................................................................11951

Ex. 273-N62 .......................................................................................11956

Ex. 273-N63 .......................................................................................11960

Ex. 273-N64 .......................................................................................11963

Ex. 273-N65 .......................................................................................11967

Ex. 273-N66 .......................................................................................11970

Ex. 273-N67 .......................................................................................11975

Ex. 273-N68 .......................................................................................11979

Ex. 273-N69 .......................................................................................11984

Ex. 273-N70 .......................................................................................11988

Ex. 273-N71 .......................................................................................11993

Ex. 273-N72 .......................................................................................11996

Ex. 273-N73 .......................................................................................11999

Ex. 273-N74 .......................................................................................12003

Ex. 273-N75 .......................................................................................12006

Ex. 273-N76 .......................................................................................12010

Ex. 273-N77 .......................................................................................12014

Ex. 273-N78 .......................................................................................12019

Ex. 273-N79 .......................................................................................12023

**Index to the Appendix to Return of Writ**                    **Roberts v. Warden**

**PAGEID #**

Ex. 273-N80 .................................................................................................12028

Ex. 273-N81 .................................................................................................12031

Ex. 273-N82 .................................................................................................12035

Ex. 273-N83 .................................................................................................12040

Ex. 273-N84 .................................................................................................12045

Ex. 273-N85 .................................................................................................12048

Ex. 273-N86 .................................................................................................12050

Ex. 273-N87 .................................................................................................12054

Ex. 273-N88 .................................................................................................12064

Ex. 273-N89 .................................................................................................12068

Ex. 273-N90 .................................................................................................12075

Ex. 273-N91 .................................................................................................12077

Ex. 273-N92 .................................................................................................12085

Ex. 273-N93 .................................................................................................12087

Ex. 273-N94 .................................................................................................12091

Ex. 273-N95 .................................................................................................12094

Ex. 273-N96 .................................................................................................12097

Ex. 273-N97 .................................................................................................12101

Ex. 273-N98 .................................................................................................12103

Ex. 273-N99 .................................................................................................12106

Ex. 273-N100 ...............................................................................................12110

Ex. 273-N101 ...............................................................................................12113

Ex. 273-N102 ...............................................................................................12116

Ex. 273-N103 ...............................................................................................12120

**Index to the Appendix to Return of Writ**                    **Roberts v. Warden**

**PAGEID #**

Ex. 273-N104 ................................................................................12123

Ex. 273-N105 ................................................................................12126

Ex. 273-N106 ................................................................................12130

Ex. 273-N107 ................................................................................12133

Ex. 273-N108 ................................................................................12137

Ex. 273-N109 ................................................................................12140

Ex. 273-N110 ................................................................................12145

Ex. 273-N111 ................................................................................12152

Ex. 273-N112 ................................................................................12157

Ex. 273-N113 ................................................................................12163

Ex. 273-N114 ................................................................................12166

Ex. 273-N115 ................................................................................12171

Ex. 273-N116 ................................................................................12175

Ex. 273-N117 ................................................................................12178

Ex. 273-N118 ................................................................................12183

Ex. 273-N119 ................................................................................12186

Ex. 273-N120 ................................................................................12189

Ex. 273-N121 ................................................................................12194

Ex. 273-N122 ................................................................................12196

Ex. 273-N123 ................................................................................12200

Ex. 273-N124 ................................................................................12204

Ex. 273-N125 ................................................................................12207

Ex. 273-N126 ................................................................................12211

Ex. 273-N127 ................................................................................12214

**PAGEID #**

Ex. 273-N128 .................................................................................12220

Ex. 273-N129 .................................................................................12222

Ex. 273-N130 .................................................................................12228

Ex. 273-N131 .................................................................................12231

Ex. 273-N132 .................................................................................12235

Ex. 273-N133 .................................................................................12240

Ex. 273-N134 .................................................................................12243

Ex. 273-N135 .................................................................................12245

Ex. 273-N136 .................................................................................12250

Ex. 273-N137 .................................................................................12254

Ex. 273-N138 .................................................................................12258

Ex. 273-N139 .................................................................................12259

Ex. 273-N140 .................................................................................12263

Ex. 273-N141 .................................................................................12266

Ex. 273-N142 .................................................................................12270

Ex. 273-N143 .................................................................................12273

Ex. 275A- Handwriting analysis.............................................................12277

Ex. 275B- Handwriting analysis.............................................................12285

Ex. 276C Handwriting standard, Nate Jackson records from Lorain Corr. Institution .....12298

Ex. 282A- Mike Roberts Firearm/Ballistics report....................................12315

Ex. 282C- Mike Roberts supplemental report ..........................................12317

Ex. 283- Cindy Mayle fingerprint analysis report ....................................12318

Ex. 284- Dale Laux Serology report on presumptive blood tests....................12320

Ex. 285- Steven Greene Handwriting analysis report..................................12322

**PAGEID #**

Ex. 286A- Brenda Gerardi DNA report ...................................................................12323

Ex. 286C- Brenda Gerardi supplemental 1 corrected copy of DNA report.......................12326

Ex. 286D- Brenda Gerardi supplemental 2 DNA report................................................12328

Ex. 287- three little white boxes containing swabs of blood ..............................................12331

Ex. 287A- swab containing suspect stain removed from the bottom of the trash can .......12331

Ex. 287B- swab with suspect stain from the bathroom floor................................................12331

Ex. 287C- swab of the stain removed from the wall.........................................................12331

Ex. 288- washcloth found underneath the sink ...................................................................12332

Ex. 289- hand towel found underneath the bathroom sink ...........................................12333

Ex. 290- tape lifts of hairs found around toilet .................................................................12334

Ex. 291- elimination prints from Jennifer Robinson .........................................................12335

Ex. 294- Dressing found in dumpster behind hotel ...........................................................12337

Ex. 309- Empty Days Inn room key .....................................................................................12338

Ex. 311- Envelope containing receipts .................................................................................12339

Ex. 311A- Check in..............................................................................................................12340

Ex. 311B- Credit card receipt ..............................................................................................12341

Ex. 311C- register audit .......................................................................................................12342

Ex. 311D- phone log/Checkout report ..................................................................................12343

Ex. 311E- credit card receipt ...............................................................................................12344

Ex. 312- Check in- Wagon Wheel Motel receipt for Nate Jackson....................................12345

Ex. 313- photographic line up shown to Jose Flores of the Wagon Wheel ......................12347

Ex. 314- Envelope containing guest log (5 pages) ...........................................................12348

Ex 314A- Guest log .............................................................................................................12349

Ex. 314B- Guest log.............................................................................................................12350

**PAGEID #**

Ex. 316C- Guest log.......................................................................................12351

Ex.314D- Guest log ......................................................................................12352

Ex. 314E- Guest log ......................................................................................12353

Ex. 315- Final Bill..........................................................................................12354

Ex. 316- photographic line-up used by Jill Kenyon ....................................12355

Ex. 317- black gloves.....................................................................................12356

Ex. 318- Black & Red Nike tennis shoes.......................................................12357

Ex. 320D- 4x5 photograph, photographs from the video of the Greyhound bus
terminal ..........................................................................................................12359

Ex. 320I- 8 1/2 x 11 photograph, photographs from the video of the Greyhound bus
terminal ..........................................................................................................12360

Ex. 321- Dobson communication phone records (17 pages), certified copies of
the phone records ...........................................................................................12361

Ex. 322- $250,000 Zurich life ins policy .......................................................12378

Ex. 323- $300,000 State Farm Ins policy ......................................................12402

Ex. 327A- ATF certification...........................................................................12459

Ex. 327B- Taurus IL 46854, firearms trace ..................................................12460

Ex. 327C- Taurus HJ 114188, firearms trace ................................................12461

Ex. 351- two cotton tipped swabs of Nate Jackson for DNA ........................12462

Ex. 360- telephone log record .......................................................................12463

Ex. 362A- Transcript of 10-05-01 recording .................................................12466

Ex. 363A- Transcript of 10-25-01 recording .................................................12472

Ex. 364A- Transcript of 10-27-01 recording .................................................12482

Ex. 365A- Transcript of 11-03-01 recording .................................................12491

Ex. 366A- Transcript of 11-08-01 recording .................................................12500

Ex. 367A- Transcript of 11-10-01 recording .................................................12507

**PAGEID #**

Ex. 368A- Transcript of 11-11-01 recording ................................................12516

Ex. 369A- Transcript of 11-15-01 recording ................................................12524

Ex. 370A- Transcript of 11-17-01 recording ................................................12532

Ex. 371A- Transcript of 11-22-01 recording ................................................12539

Ex. 372A- Transcript of 11-24-01 recording ................................................12549

Ex. 373A- Transcript of 11-24-02 recording ................................................12558

Ex. 374A- Transcript of 11-25-01 recording ................................................12568

Ex. 375A- Transcript of 11-29-01 recording ................................................12578

Ex. 376A- Transcript of 12-01-01 recording ................................................12587

Ex. 377A- Transcript of 12-02-01 recording ................................................12599

Ex. 378A- Transcript of 12-06-01 recording ................................................12607

Ex. 379A- Transcript of recording ..............................................................12616

Ex. 380A- Transcript of 12-08-01 recording ................................................12617

Ex. 381A- Transcript of 12-08-01-2 recording .............................................12620

Ex. 385- Swabbing from the driver's side visor ...........................................12631

Ex. 386- Swabs- swabbing of a stain that was visible on the trunk release that is inside
the vehicle on the driver's side ...................................................................12632

Ex. 387- Swabs- swab with a stain and that was collected from our number 14 .............12633

Ex. 388- Swabs- a blood standard from Robert Fingerhut ................................12634

Ex. 389- Gauze found in dumpster behind Days Inn .......................................12635

Ex. 390- Sample of stain from the jacket......................................................12636

Ex. 391- Envelope containing Jackson prints ................................................12637

Ex. 395- Envelope containing lift sheets ......................................................12647

Ex. 395A- lift sheets ..................................................................................12647

Ex. 395B- lift sheets ..................................................................................12647

**PAGEID #**

Ex. 396- Walmart receipt ..................................................................12648

Ex. 398- Preston Automobile service records- Red Chrysler ..................12649

    Ex. 398A .......................................................................................12650

    Ex. 398B .......................................................................................12655

    Ex. 398C .......................................................................................12661

    Ex. 398D .......................................................................................12665

    Ex. 398E .......................................................................................12670

    Ex. 398F .......................................................................................12677

    Ex. 398G .......................................................................................12680

    Ex. 398H .......................................................................................12682

    Ex. 398I .......................................................................................12685

    Ex. 398J .......................................................................................12695

    Ex. 398K .......................................................................................12696

    Ex. 398L .......................................................................................12698

    Ex. 398M .......................................................................................12704

    Ex. 398N .......................................................................................12707

    Ex. 398O .......................................................................................12708

    Ex. 398P .......................................................................................12709

Ex. 399- Preston Auto service records- Silver Chrysler ........................12710

    Ex. 399A .......................................................................................12711

    Ex. 399B .......................................................................................12718

    Ex. 399C .......................................................................................12720

    Ex. 399D .......................................................................................12724

    Ex. 399E .......................................................................................12730

**PAGEID #**

Ex. 399F ............................................................................................................12733

Ex. 399G ...........................................................................................................12735

Ex. 399H ...........................................................................................................12378

Ex. 399I .............................................................................................................12740

Ex. 399J ............................................................................................................12743

Ex. 399K ...........................................................................................................12744

Ex. 403- photos of Donna Roberts ...................................................................12745

Ex. 404- Victims wallet ....................................................................................12747

Ex. 405-Victims wallet .....................................................................................12748

Ex. 407- Key found under victim ......................................................................12749

Ex. 408- Key tag ...............................................................................................12750

**Defense Exhibits** .............................................................................................**12751**

Ex. 1- photo of the closed main door at the Fonderlac residence ......................12752

Ex. 2- photo of the closed main door at the Fonderlac residence ......................12753

Ex. 3- photo of the closed main door at the Fonderlac residence ......................12754

Ex. 4- photo of a drawer in the Fonderlac residence .........................................12755

Ex. 5- consent to search dated 12-12-01 ...........................................................12756

Ex. 6- consent to search dated 12-17-01 ...........................................................12757

Defendant Ex. A- yellow shirt ...........................................................................12758

**Joint Exhibit** - key found under the victim and a graze wound that was on his right

Shoulder ...........................................................................................................12761

**Court's Exhibits** ..............................................................................................**12762**

Ex. 1- Jury question ..........................................................................................12763

Ex. 1A- Court's response ..................................................................................12764

**PAGEID #**

Ex. 2- Jury question ................................................................................12765

Ex. 2A- Court's response .........................................................................12766

Ex. 3- Jury question ................................................................................12767

Ex. 3A- Court's response .........................................................................12768

Ex. 4- Jury question ................................................................................12769

Ex. 4A- Court's response .........................................................................12770

Ex. 5- Jury question ................................................................................12771

**Sentencing Ex. A**- Opinion of the Court imposing death sentence and findings
of fact and conclusions of law .................................................................12772