IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **DONNA ROBERTS,** : | |
| : | Case No. 4:21-cv-00368-DAP |
| Petitioner, : | |
| : | JUDGE DAN AARON POLSTER |
| v. : | |
| : | |
| **TERI BALDAUF, Warden,** : | |
| : | |
| Respondent. : | *Death Penalty Case* |

## WARDEN'S MOTION FOR LEAVE TO MANUALLY FILE AUDIO AND VIDEO EXHIBITS

The Warden hereby requests leave of this Court to manually file under a separate pleading State's Exhibits 1, 2, 319, 360, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371, 372, 373, 374, 375, 376, 377, 378, 379, 380, and 381, which contain audio and video files. These exhibits should be considered filed as part of the electronically filed appendix to the return of writ. [ECF No. 12].

Respectfully submitted,

DAVE YOST
Ohio Attorney General

s/ *Stephen E. Maher*
**STEPHEN E. MAHER (0032279)***
*Lead Counsel
Assistant Attorney General
Criminal Justice Section, Capital Crimes Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (866) 440-6159 (fax)
Stephen.Maher@ohioAGO.gov

**COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion for Leave to Manually File Audio and Video Exhibits* has been forwarded via the court's electronic filing to all parties of record this 9th day of May 2022.

                                    s/ *Stephen E. Maher*
                                    **STEPHEN E. MAHER (0032279)\***
                                    \*Lead Counsel
                                    Assistant Attorney General